FENNEMORE CRAIG, P.C.
Laurel E. Davis (NV Bar No. 3005)
Jon T. Pearson (NV Bar No. 10182)
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
E-Mail: ldavis@fclaw.com

Counsel for Debtor and Debtor in Possession

**E-filed March 20, 2008**

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>XYIENCE INCORPORATED,<br>a Nevada corporation,<br><br>Debtor. | Chapter 11<br><br>No. BK-S-08-10474-MKN<br><br>Eighth Judicial District Court<br>Las Vegas, Clark County, Nevada<br>Case No. A544781, Dept. XVI<br><br>**NOTICE OF REMOVAL** |
| XYIENCE INCORPORATED, a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD BERGERON, an individual<br><br>Defendant. | Adv. No. ___________<br><br>Scheduling Hearing<br><br>Date: April 23, 2008<br>Time: 9:30 a.m.<br>Location: 300 Las Vegas Blvd. South<br>Courtroom #2<br>Las Vegas, NV 89101 |

| |
|---|
| RICHARD BERGERON, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada corporation,<br><br>Counterdefendants. |

TO: THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF NEVADA:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1452(a), 1334, 157(a) and Local Rule of Bankruptcy Practice 1001(b), Xyience Incorporated ("Xyience"), removes to the United States Bankruptcy Court, District of Nevada (the "Bankruptcy Court") the action currently pending in the Eighth Judicial District Court, Clark County, Nevada, captioned as, *Xyience Incorporated v. Richard Bergeron, et al.*, Case No. A544781, Department XVI (the "State Court Action"). Pursuant to Fed.R.Bankr.P. 9027(a), Xyience provides the following statement with respect to its removal of the State Court Action:

1. On January 18, 2008, Xyience filed a voluntary petition for relief under chapter 11 of Title 11 of the U.S. Code (the "Chapter 11 Case"), which is currently pending before this Court as Case No. BK-S-08-10474-MKN.

2. The State Court Action was pending at the time of the commencement of the Chapter 11 Case.

3. The State Court Action, including all claims and causes of action asserted therein, is a civil action other than a proceeding before the United States Tax Court or a civil action by a governmental unit to enforce such governmental unit's police or

regulatory power and, therefore, the State Court Action may be removed to the Bankruptcy Court pursuant to 28 U.S.C. §§ 1452(a), 1334, 157(a) and Local Rule of Bankruptcy Practice 1001(b).

4. In the State Court Action, Xyience seeks damages for defamation, tortuous interference with prospective economic advantage, intentional interference with contract and injunctive relief against the Defendant, Richard Bergeron, with respect to Mr. Bergeron's posting of material regarding Xyience on his Myspace.com and UnlimitedFightNews.com websites. A preliminary injunction was issued in the State Court Action enjoining Mr. Bergeron, *inter alia*, from posting defamatory remarks on the internet concerning Xyience and requiring him to remove certain defamatory articles that he had posted on the internet. The claims for relief in the State Court Action constitute "core" matters because:

(a) They are proceedings concerning the administration of the estate, 28 U.S.C. § 157(b)(2)(A); and

(b) They are proceedings affecting the liquidation of assets of the estate or the adjustment of the debtor-creditor relationship, 28 U.S.C. §157(b)(2)(O).

5. If the Court determines the State Court Action contains non-core proceedings, Xyience consents to entry of final orders or judgment by the Bankruptcy Judge.

6. Removal of the State Court Action is timely pursuant to Fed.R.Bankr.P. 9027(a)(2) as removal was effected within ninety (90) days after the order for relief was entered in the Chapter 11 Case.

7. This Notice of Removal is accompanied by a copy of all "process and pleadings" in accordance with Fed.R.Bankr.P. 9027(a)(1) of the Federal Rules of Bankruptcy Procedure and 28 U.S.C. § 1446, consisting of all documents filed in the State Court Action which are submitted in the accompanying Appendix as <u>Exhibits 1 through</u>

71.

8. Pursuant to Fed.R.Bankr.P. 9027(c), Xyience will file this Notice with the Clerk of the Eighth Judicial District Court, Clark County, Nevada.

DATED this 20th day of March, 2008.

FENNEMORE CRAIG, P.C.

By: /s/ Laurel E. Davis
Laurel E. Davis

Counsel for Debtor and Debtor in Possession