FENNEMORE CRAIG, P.C.
Laurel E. Davis (NV Bar No. 3005)
Jon T. Pearson (NV Bar No. 10182)
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
E-Mail: ldavis@fclaw.com

Counsel for Debtor and Debtor in Possession

**E-filed March 20, 2008**

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>XYIENCE INCORPORATED, a Nevada corporation,<br><br>Debtor. | Chapter 11<br><br>No. BK-S-08-10474-MKN<br><br>Eighth Judicial District Court<br>Las Vegas, Clark County, Nevada<br>Case No. A544781, Dept. XVI<br><br>**APPENDIX OF DOCUMENTS, NOTICE OF REMOVAL** |
| XYIENCE INCORPORATED, a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD BERGERON, an individual<br><br>Defendant. | **Adv. No. 08-01082-MKN**<br><br>Scheduling Hearing<br><br>Date: April 23, 2008<br>Time: 9:30 a.m.<br>Location: 300 Las Vegas Blvd. South<br>Courtroom #2<br>Las Vegas, NV 89101 |

RICHARD BERGERON, an individual,

Counterclaimant,

v.

XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada corporation,

Counterdefendants.

Xyience Incorporated provides the attached Appendix of Documents in support of its Notice of Removal.

DATED this 20th day of March, 2008.

FENNEMORE CRAIG, P.C.

By: /s/ Laurel E. Davis
Laurel E. Davis

Counsel for Debtor and Debtor in Possession

**XYIENCE v. BERGERON**

Case No.: A544781
District Court Dept. XXIII

| EXHIBIT | DESCRIPTION | DATE FILED |
|---|---|---|
| 1 | State Court Action's Docket | |
| 2 | Complaint | 07-18-07 |
| 3 | Plaintiff's Motion for Preliminary Injunction on an Order Shortening Time | 07-18-07 |
| 4 | Initial Appearance Fee Disclosure | 07-18-07 |
| 5 | Defendant's Motion to Quash Service of Summons for Lack of Jurisdiction | 07-25-07 |
| 6 | Defendant's Motion to Quash Service of Summons for Lack of Jurisdiction | 07-27-07 |
| 7 | Notice of Motion – Defendant's Proper Motion to Quash Service of Summons | 08-02-07 |
| 8 | Plaintiff's Motion for Preliminary Injunction on an Order Shortening Time | 08-03-07 |
| 9 | Certificate of Mailing | 08-06-07 |
| 10 | Plaintiffs Opposition to Defendant's Motion to Dismiss | 08-07-07 |
| 11 | Summons | 08-10-07 |
| 12 | Plaintiff's Supplemental Brief in Support of its Motion for Preliminary Injunction | 08-17-07 |
| 13 | Opposition to Motion for Preliminary Injunction | 08-19-07 |
| 14 | Plaintiff's Reply in Support of its Motion for Preliminary Injunction | 08-27-07 |
| 15 | Order Denying Defendants Motion to Dismiss for Lack of Jurisdiction | 09-06-07 |
| 16 | Cash Bond - #01380201 - $1,000.00 | 09-06-07 |
| 17 | Application to Proceed Informa Pauperis | 09-06-07 |
| 18 | Preliminary Injunction Order | 09-06-07 |
| 19 | Notice of Entry of Order Denying Defendant's Motion to Dismiss | 09-13-07 |
| 20 | Notice of Entry of Order Granting Plaintiff's Motion for a Preliminary Injunction | 09-13-07 |
| 21 | Application to Proceed Informa Pauperis | 09-20-07 |
| 22 | Plaintiff's Motion to Modify Preliminary Injunction Order on an Order Shortening Time | 09-26-07 |
| 23 | Default | 10-05-07 |
| 24 | Three Day Notice of Intent to Enter Default | 10-05-07 |
| 25 | Motion to Dismiss | 10-09-07 |
| 26 | Notice of Motion to Dismiss | 10-11-07 |
| 27 | Certificate of Mailing | 10-15-07 |
| 28 | Modified Preliminary Injunction Order | 11-06-07 |
| 29 | Notice of Entry of Order Granting Modified Preliminary Injunction Order | 11-09-07 |

| | | |
|---|---|---|
| 30 | (1) Motion to Withdraw as Counsel for Plaintiff's Xyience, Inc.'s Failure to Pay attorneys' Fees and Costs; (2) To Perfect Attorneys' Lien; and (3) Foreclose Attorneys' Lien | 11-30-07 |
| 31 | Certificate of Mailing | 12-03-07 |
| 32 | Notice of Dispositive Motion for Rule 11 Sanctions | 12-06-07 |
| 33 | Order Granting Cogburn Law Offices Motion to Withdraw, Perfect Lien and Foreclose Lien | 12-11-07 |
| 34 | Dispositive Motion for Rule 11 Sanctions | 12-15-07 |
| 35 | Notice of Dispositive Motion for Rule 11 Sanctions | 12-15-07 |
| 36 | Notice of Appearance | 12-18-07 |
| 37 | Notice of Entry of Order | 12-19-07 |
| 38 | Application for Default Judgment | 01-08-08 |
| 39 | Affidavit of Pamela R. Lawson in Support of Application for Entry of Default Judgment | 01-08-08 |
| 40 | Re-Notice of Defendant's Motion to Dismiss | 01-14-08 |
| 41 | Motion to Quash or in the Alternative, Motion to Strike; Motion to Vacate Hearing and Motion for Attorney Fees | 01-24-08 |
| 42 | Affidavit of Pamela R. Lawson in Support of Order Shortening Time | 01-24-08 |
| 43 | Certificate of Mailing | 01-25-08 |
| 44 | Order Shortening Time | 01-25-08 |
| 45 | Supplement to Plaintiff's Motion to Quash or in the Alternative, Motion to Strike; Motion to Vacate Hearing and Motion for Attorney Fees | 01-30-08 |
| 46 | Order to Proceed in Forma Pauperis | 01-26-08 |
| 47 | Defendant's Pro Per Motion to Dismiss | 02-07-08 |
| 48 | Plaintiff's Request for all Prior Pleadings from Defendant Richard Bergeron | 02-08-08 |
| 49 | Re-Notice of Defendant's Dispositive Motion for Rule 11 Sanctions | 02-14-08 |
| 50 | Answer to Complaint and Counterclaim for Declamatory Relief | 02-19-08 |
| 51 | Affidavit of Pamela R. Lawson, Esq. Regarding the Defendant's Unauthorized Recording of the February 7, 2008 Hearing | 02-15-08 |
| 52 | Order to Proceed in Forma Pauperis | 01-28-08 |
| 53 | Initial Appearance Fee Disclosure | 02-19-08 |
| 54 | Order | 02-19-08 |
| 55 | Certificate of Mailing | 02-21-08 |
| 56 | Notice of Entry of Order | 02-22-08 |
| 57 | Plaintiff's (1) Ex Parte Motion for an Extension; and (2) Motion to Continue Hearings on Defendant's Motion for Rule 11 Sanctions and Motion to Dismiss on Order Shortening Time | 02-27-08 |
| 58 | Substitution of Counsel | 02-25-08 |
| 59 | Notice of Department Reassignment | 02-28-08 |
| 60 | Order on Plaintiff's Ex Parte Motion for an | 02-27-08 |

| | | |
|---|---|---|
| | Extension | |
| 61 | Notice of Entry of Order | 02-27-08 |
| 62 | Plaintiff's Initial Opposition to Defendant's Dispositive Motion for Rule 11 Sanctions | 02-26-08 |
| 63 | Certificate of Mailing | 02-27-08 |
| 64 | Motion to Strike Adam Frank's Affidavit as Perjured Testimony and Strike all Orders Based on that Testimony or Defendant's Failure to Appear; and Motion to Shorten Time | 03-03-08 |
| 65 | Motion to Strike Order on Plaintiff's Ex Parte Motion for an Extension | 03-03-08 |
| 66 | Notice of Motion to Strike Adam Frank's Affidavit as Perjured Testimony and Strike all Orders Based on that Testimony or Defendant's Failure to Appear | 03-03-08 |
| 67 | Notice of Motion to Strike Order on Plaintiff's Ex Parte Motion for an Extension | 03-03-08 |
| 68 | Order | 03-06-08 |
| 69 | Notice of Entry of Order | 03-07-08 |
| 70 | Defendant's Ex Parte Motion to Vacate Order for Extension and to Continue Hearings | 03-14-08 |
| 71 | Notice of Defendant's Ex Parte Motion to Vacate Order for an Extension and to Continue Hearings | 03-14-08 |