# EXHIBIT

# 1

# District Case Inquiry - Case Activity

Home

Summary
Case Activity
Calendar
Continuance
Minutes
Parties
Judgments

District Case
Party Search
Corp. Search
Atty. Search
Bar# Search
ID Search

Calendar Day
Holidays

Help
Comments & Feedback
Legal Notice

**Case** 07-A-544781-C **Status** ACTIVE

**Plaintiff** Xyience Incorporated **Attorney** Davis, Laurel E.

**Defendant** Bergeron, Richard **Attorney** Pro Se

**Judge** Halverson, Elizabeth **Dept.** 23

**Total of 77 entries, presently displaying 1 through 10.**
**Entries are displayed most recent first.**

| Filed Date | Description | Performed |
|---|---|---|
| 03/14/2008 | NOTICE OF DEFT EX PARTE MTN TO VACATE ORDER FOR AN EXTENSION AND TO | |
| | **For** All Parties | |
| | **Filed By** Bergeron, Richard | 1 page |
| 03/14/2008 | DEFT'S EX PARTE MTN TO VACATE ORDER FOR EXTENSION & TO CONTINUE HEARINGS /15 | 04/17/2008 |
| | **For** All Parties | 41 pages |
| 03/07/2008 | NOTICE OF ENTRY OF ORDER | 03/06/2008 |
| | **For** All Parties | |
| | **Filed By** Xyience Incorporated | 4 pages |
| 03/06/2008 | ORDER | 05/05/2008 |
| | **Outcome** SCHEDULED | |
| | **For** All Parties | |
| | **Filed By** Xyience Incorporated | 2 pages |
| 03/03/2008 | DEFT'S MTN TO STRIKE ORDER ON PLTF'S EX PARTE MTN FOR EXTENSION /14 | 05/05/2008 |
| | **For** All Parties | 1 page |
| 03/03/2008 | DEFT'S MTN TO STRIKE AFFIDAVIT AS PERJURED TESTIMONY /13 | 05/05/2008 |
| | **For** All Parties | 2 pages |
| 03/03/2008 | MOTION TO STRIKE ORDER ON PLTFS EX PARTEMTN FOR AN EXTENSION | |
| | **For** All Parties | |
| | **Filed By** Bergeron, Richard | 13 pages |
| 03/03/2008 | MOTION TO STRIKE ADAM FRANKS AFFIDAVIT AS PREJURED TESTIMONY AND STRIKE ALL | |
| | **For** All Parties | |
| | **Filed By** Bergeron, Richard | 15 pages |
| 02/27/2008 | CERTIFICATE OF MAILING | 02/27/2008 |
| | **For** Bergeron, Richard | |
| | **Filed By** Xyience Incorporated | 2 pages |
| 02/28/2008 | ENTRY IN ERROR | |

# District Case Inquiry - Case Activity

Home

Summary
Case Activity
Calendar
Continuance
Minutes
Parties
Judgments

District Case
Party Search
Corp. Search
Atty. Search
Bar# Search
ID Search

Calendar Day
Holidays

Help
Comments & Feedback
Legal Notice

**Case** 07-A-544781-C **Status** ACTIVE
**Plaintiff** Xyience Incorporated **Attorney** Davis, Laurel E.
**Defendant** Bergeron, Richard **Attorney** Pro Se
**Judge** Halverson, Elizabeth **Dept.** 23

**Total of 77 entries, presently displaying 11 through 20.**
**Entries are displayed most recent first.**

| Filed Date | Description | Performed |
|---|---|---|
| 02/26/2008 | PLAINTIFFS INTITIAL OPPOSITION TO DEFENDANTS DISPOSITIVE MOTION FOR | |
| | **For** All Parties | |
| | **Filed By** Xyience Incorporated | 28 pages |
| 02/27/2008 | NOTICE OF ENTRY OF ORDER | 02/27/2008 |
| | **For** All Parties | |
| | **Filed By** Xyience Incorporated | 4 pages |
| 02/27/2008 | ORDER ON PLTFS EX PARTE MTN FOR AN EXTENSION | 02/27/2008 |
| | **For** All Parties | |
| | **Filed By** Xyience Incorporated | 2 pages |
| 02/28/2008 | NOTICE OF DEPARTMENT REASSIGNMENT PRO SE003005FC | 02/28/2008 |
| | | 1 page |
| 02/25/2008 | SUBSTITUTION OF COUNSEL | 02/25/2008 |
| | **For** All Parties | |
| | **Filed By** Xyience Incorporated | 3 pages |
| 02/27/2008 | PLTF'S MTN FOR AN EXTENSION & MTN TO CONTINUE/12 | 03/03/2008 |
| | **Outcome** GRANTED | |
| | **For** All Parties | 30 pages |
| 02/27/2008 | RECUSAL OF JUDGE Williams REASSIGNED TO JUDGE Halverson | |
| 02/27/2008 | MINUTE ORDER RE: RECUSAL DEPT XVI | 02/27/2008 |
| | **For** NP | |
| 02/22/2008 | NOTICE OF ENTRY OF ORDER | 02/19/2008 |
| | **For** All Parties | |
| | **Filed By** Xyience Incorporated | 4 pages |
| 02/21/2008 | CERTIFICATE OF MAILING | 02/20/2008 |
| | **For** Xyience Incorporated | |
| | **Filed By** Bergeron, Richard | 1 page |

**Entries:** (1 - 10) | (11 - 20) | (21 - 30) | (31 - 40) | (41 - 50) | (51 - 60) | (61 - 70) | (71 - 77)

Top Of Page

**Generated by BLACKSTONE ... the Judicial System**

# District Case Inquiry - Case Activity

Home

Summary
Case Activity
Calendar
Continuance
Minutes
Parties
Judgments

District Case
Party Search
Corp. Search
Atty. Search
Bar# Search
ID Search

Calendar Day
Holidays

Help
Comments & Feedback
Legal Notice

| | | | |
|---|---|---|---|
| **Case** 07-A-544781-C | | **Status** ACTIVE | |
| **Plaintiff** Xyience Incorporated | | **Attorney** Davis, Laurel E. | |
| **Defendant** Bergeron, Richard | | **Attorney** Pro Se | |
| **Judge** Halverson, Elizabeth | | **Dept.** 23 | |

**Total of 77 entries, presently displaying 21 through 30.**
**Entries are displayed most recent first.**

| Filed Date | Description | Performed |
|---|---|---|
| 02/19/2008 | ORDER | 02/19/2008 |
| | **For** All Parties | |
| | **Filed By** Xyience Incorporated | 2 pages |
| 02/19/2008 | INITIAL APPEARANCE FEE DISCLOSURE | |
| | **For** Bergeron, Richard | |
| | **Filed By** Bergeron, Richard | 1 page |
| 02/28/2008 | ORDER TO PROCEED IN FORMA PAUPERIS | 01/28/2008 |
| | **For** Bergeron, Richard | |
| | **Filed By** Bergeron, Richard | 2 pages |
| 02/15/2008 | AFFIDAVIT OF PAMELA R LAWSON ESQ REGARDING THE DEFTS UNAUTHORIZED | |
| | **For** Xyience Incorporated | |
| | **Filed By** Xyience Incorporated | 3 pages |
| 02/19/2008 | ANSWER TO COMPLAINT AND COUNTERCLAIM FOR DECLARATORY RELIEF | 02/19/2008 |
| | **For** Bergeron, Richard | |
| | **Filed By** Bergeron, Richard | 92 pages |
| 02/14/2008 | DEFT'S MTN FOR SANCTIONS /10 | 05/05/2008 |
| | **For** All Parties | 1 page |
| 02/08/2008 | PLTFS REQUEST FOR ALL PRIOR PLEADINGS FROM DEFT RICHARD BERGERON | |
| | **For** Xyience Incorporated | |
| | **Filed By** Xyience Incorporated | 2 pages |
| 02/07/2008 | DEFT'S PRO PER MTN TO DISMISS | 05/05/2008 |
| | **For** All Parties | |
| 01/20/2007 | ENTRY IN ERROR | |
| 09/20/2007 | APPLICATION TO PROCEED IN FORMA PAUPERIS | |
| | **For** Bergeron, Richard | |
| | **Filed By** Bergeron, Richard | 3 pages |

**Entries:** (1 - 10) | (11 - 20) | (21 - 30) | (31 - 40) | (41 - 50) | (51 - 60) | (61 - 70) | (71 - 77)

# District Case Inquiry - Case Activity

Home

Summary
Case Activity
Calendar
Continuance
Minutes
Parties
Judgments

District Case
Party Search
Corp. Search
Atty. Search
Bar# Search
ID Search

Calendar Day
Holidays

Help
Comments & Feedback
Legal Notice

**Case** 07-A-544781-C **Status** ACTIVE
**Plaintiff** Xyience Incorporated **Attorney** Davis, Laurel E.
**Defendant** Bergeron, Richard **Attorney** Pro Se
**Judge** Halverson, Elizabeth **Dept.** 23

**Total of 77 entries, presently displaying 31 through 40.**
**Entries are displayed most recent first.**

| Filed Date | Description | Performed |
|---|---|---|
| 01/26/2008 | ORDER TO PROCEED IN FORMA PAUPERIS | |
| | **For** All Parties | |
| | **Filed By** Bergeron, Richard | 2 pages |
| 01/30/2008 | SUPPLEMENT TO PLTFS MOTION TO QUASH OR IN THE ALTERNATIVE MOTION TO | |
| | **For** Xyience Incorporated | |
| | **Filed By** Xyience Incorporated | 11 pages |
| 01/25/2008 | ORDER SHORTENING TIME | 02/07/2008 |
| | **Outcome** SCHEDULED | |
| | **For** All Parties | |
| | **Filed By** Xyience Incorporated | 1 page |
| 01/25/2008 | CERTIFICATE OF MAILING | 01/25/2008 |
| | **For** All Parties | |
| | **Filed By** Xyience Incorporated | 1 page |
| 01/24/2008 | AFFIDAVIT OF PAMELA R LAWSON IN SUPPORT OF ORDER SHORTENING TIME | |
| | **For** All Parties | |
| | **Filed By** Xyience Incorporated | 2 pages |
| 01/24/2008 | PLTF'S MTN TO QUASH OR MTN TO STRIKE, MTN TO VACATE & MTN FOR ATTORNEY FEES/8 | 02/07/2008 |
| | **Outcome** DENIED | |
| | **For** All Parties | 16 pages |
| 01/14/2008 | DEFT'S MTN TO DISMISS /7 (VJ 2/7/08) | 02/14/2008 |
| | **Outcome** VACATED | |
| | **For** All Parties | 2 pages |
| 01/08/2008 | AFFIDAVIT OF PAMELA R LAWSON IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT | |
| | **For** Xyience Incorporated | |
| | **Filed By** Xyience Incorporated | 13 pages |
| 01/08/2008 | APPLICATION FOR DEFAULT JUDGMENT | |
| | **For** Xyience Incorporated | |
| | | |

| | | |
|---|---|---|
| | **Filed By** Xyience Incorporated | 6 pages |
| 12/19/2007 | NOTICE OF ENTRY OF ORDER | 12/11/2007 |
| | **For** All Parties | |
| | **Filed By** All Plaintiffs | 5 pages |

**Entries:** (1 - 10) | (11 - 20) | (21 - 30) | (31 - 40) | (41 - 50) | (51 - 60) | (61 - 70) | (71 - 77)

Top Of Page

**Generated by BLACKSTONE ... the Judicial System**
**© 2008 All Rights Reserved, CMC Software**

# District Case Inquiry - Case Activity

Home

Summary
Case Activity
Calendar
Continuance
Minutes
Parties
Judgments

District Case
Party Search
Corp. Search
Atty. Search
Bar# Search
ID Search

Calendar Day
Holidays

Help
Comments & Feedback
Legal Notice

| | | | |
|---|---|---|---|
| **Case** 07-A-544781-C | | **Status** ACTIVE | |
| **Plaintiff** Xyience Incorporated | | **Attorney** Davis, Laurel E. | |
| **Defendant** Bergeron, Richard | | **Attorney** Pro Se | |
| **Judge** Halverson, Elizabeth | | **Dept.** 23 | |

**Total of 77 entries, presently displaying 41 through 50.**
**Entries are displayed most recent first.**

| Filed Date | Description | Performed |
|---|---|---|
| 12/18/2007 | NOTICE OF APPEARANCE | 12/18/2007 |
| | **For** All Parties | |
| | **Filed By** Xyience Incorporated | 2 pages |
| 12/15/2007 | NOTICE OF DISPOSITIVE MOTION FOR RULE 11 SANCTIONS | 12/11/2007 |
| | **Outcome** SCHEDULED | |
| | **For** All Parties | |
| | **Filed By** Bergeron, Richard | 1 page |
| 12/15/2007 | DISPOSITIVE MOTION FOR RULE 11 SANCTIONS | |
| | **For** Bergeron, Richard | |
| | **Filed By** Bergeron, Richard | 26 pages |
| 12/11/2007 | ORDER GRANTING CORGBURN LAW OFFICES MOTION TO WITHDRAW PERFECT LIEN AND | 12/11/2007 |
| | **For** All Parties | |
| | **Filed By** Xyience Incorporated | 2 pages |
| 12/06/2007 | NOTICE OF DISPOSITIVE MOTION FOR RULE 11 SANCTIONS | |
| | **For** All Parties | |
| | **Filed By** Bergeron, Richard | 2 pages |
| 12/03/2007 | CERTIFICATE OF MAILING | 12/03/2007 |
| | **For** All Parties | |
| | **Filed By** Xyience Incorporated | 3 pages |
| 11/30/2007 | COGBURN'S MTN TO WITHDRAW AS COUNSEL TO PERFECT LIEN & FORECLOSE/6 | 12/06/2007 |
| | **Outcome** GRANTED | |
| | **For** All Parties | 6 pages |
| 11/09/2007 | NOTICE OF ENTRY OF ORDER GRANTING MODIFIED PRELIMINARY INJUNCTION ORDER | 11/06/2007 |
| | **For** All Parties | |
| | **Filed By** Xyience Incorporated | 5 pages |
| 11/06/2007 | MODIFIED PRELIMINARY INJUNCTION ORDER | 11/06/2007 |
| | **For** All Parties | |
| | **Filed By** Xyience Incorporated | 3 pages |

| | | |
|---|---|---|
| 10/15/2007 | CERTIFICATE OF MAILING | 09/26/2007 |
| | **For** Xyience Incorporated | |
| | **Filed By** Xyience Incorporated | 1 page |

**Entries:** (1 - 10) | (11 - 20) | (21 - 30) | (31 - 40) | (41 - 50) | (51 - 60) | (61 - 70) | (71 - 77)

Top Of Page

**Generated by BLACKSTONE ... the Judicial System**
**© 2008 All Rights Reserved, CMC Software**

# District Case Inquiry - Case Activity



**Case** 07-A-544781-C **Status** ACTIVE
**Plaintiff** Xyience Incorporated **Attorney** Davis, Laurel E.
**Defendant** Bergeron, Richard **Attorney** Pro Se
**Judge** Halverson, Elizabeth **Dept.** 23

**Total of 77 entries, presently displaying 51 through 60.**
**Entries are displayed most recent first.**

| Filed Date | Description | Performed |
|---|---|---|
| 10/11/2007 | NOTICE OF MOTION TO DISMISS | |
| | **For** All Parties | |
| | **Filed By** Bergeron, Richard | 1 page |
| 10/09/2007 | ENTRY IN ERROR | |
| 10/09/2007 | MOTION TO DISMISS | |
| | **For** All Parties | |
| | **Filed By** Bergeron, Richard | 156 pages |
| 10/05/2007 | THREE DAY NOTICE OF INTENT TO TAKE DEFAULT | |
| | **For** Bergeron, Richard | |
| | **Filed By** Xyience Incorporated | 2 pages |
| 10/05/2007 | DEFAULT | 10/05/2007 |
| | **For** Xyience Incorporated | |
| | **Filed By** Xyience Incorporated | 2 pages |
| 09/26/2007 | PLTF'S MTN TO MODIFY PRELIM INJUNCTION ORDER/5 | 10/11/2007 |
| | **Outcome** GRANTED | |
| | **For** All Parties | 17 pages |
| 09/20/2007 | APPLICATION TO PROCEED INFORMA PAUPERIS | |
| | **For** Bergeron, Richard | |
| | **Filed By** Bergeron, Richard | 3 pages |
| 09/13/2007 | NOTICE OF ENTRY OF ORDER GRANTING PLAINTIFFS MOTION FOR A PRELIMINARY | 09/06/2007 |
| | **For** All Parties | |
| | **Filed By** Xyience Incorporated | 5 pages |
| 09/13/2007 | NOTICE OF ENTRY OF ORDER | 09/06/2007 |
| | **For** All Parties | |
| | **Filed By** Xyience Incorporated | 4 pages |
| 09/06/2007 | PRELIMINARY INJUNCTION ORDER | 09/06/2007 |
| | **For** All Parties | |
| | **Filed By** Xyience Incorporated | 3 pages |

**Entries:** (1 - 10) | (11 - 20) | (21 - 30) | (31 - 40) | (41 - 50) | (51 - 60) | (61 - 70) | (71 - 77)

# District Case Inquiry - Case Activity

Home

Summary
Case Activity
Calendar
Continuance
Minutes
Parties
Judgments

District Case
Party Search
Corp. Search
Atty. Search
Bar# Search
ID Search

Calendar Day
Holidays

Help
Comments & Feedback
Legal Notice

| | | | |
|---|---|---|---|
| **Case** 07-A-544781-C | | **Status** ACTIVE | |
| **Plaintiff** Xyience Incorporated | | **Attorney** Davis, Laurel E. | |
| **Defendant** Bergeron, Richard | | **Attorney** Pro Se | |
| **Judge** Halverson, Elizabeth | | **Dept.** 23 | |

**Total of 77 entries, presently displaying 61 through 70.**
**Entries are displayed most recent first.**

| Filed Date | Description | Performed |
|---|---|---|
| 09/06/2007 | APPLICATION TO PROCEED INFORMA PAUPERIS | 09/06/2007 |
| | **For** All Parties | |
| | **Filed By** Bergeron, Richard | 3 pages |
| 09/06/2007 | CASH BOND #01380201 $1,000.00 | 09/06/2007 |
| | **For** Xyience Incorporated | |
| | **Filed By** Xyience Incorporated | 1 page |
| 09/06/2007 | ORDER DENYING DEFENDANTS MOTION TO DISMISS FOR LACK OF JURISDICTION | 09/06/2007 |
| | **For** All Parties | |
| | **Filed By** Xyience Incorporated | 2 pages |
| 08/27/2007 | PLAINTIFFS REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION | |
| | **For** Xyience Incorporated | |
| | **Filed By** Xyience Incorporated | 8 pages |
| 08/19/2007 | OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION | |
| | **For** Bergeron, Richard | |
| | **Filed By** Bergeron, Richard | 111 pages |
| 08/17/2007 | PLTFS SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MTN FOR PRELIMINARY INJUNCTION | |
| | **For** Bergeron, Richard | |
| | **Filed By** Xyience Incorporated | 14 pages |
| 08/10/2007 | SUMMONS | 08/01/2007 |
| | **Outcome** SERVICE DATE | |
| | **For** Bergeron, Richard | |
| | **Filed By** Xyience Incorporated | 3 pages |
| 08/09/2007 | DECISION | 08/23/2007 |
| | **Outcome** VACATED | |
| | **For** NP | |
| 08/07/2007 | PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION TO DISMISS | |
| | **For** Xyience Incorporated | |
| | | |

| | | | |
|---|---|---|---|
| | | **Filed By** Xyience Incorporated | 11 pages |
| | 08/06/2007 | CERTIFICATE OF MAILING | 08/03/2007 |
| | | **For** Bergeron, Richard | |
| | | **Filed By** Xyience Incorporated | 1 page |

**Entries:** (1 - 10) | (11 - 20) | (21 - 30) | (31 - 40) | (41 - 50) | (51 - 60) | (61 - 70) | (71 - 77)

Top Of Page

**Generated by BLACKSTONE ... the Judicial System**
**© 2008 All Rights Reserved, CMC Software**

# District Case Inquiry - Case Activity

Home

Summary
Case Activity
Calendar
Continuance
Minutes
Parties
Judgments

District Case
Party Search
Corp. Search
Atty. Search
Bar# Search
ID Search

Calendar Day
Holidays

Help
Comments & Feedback
Legal Notice

**Case** 07-A-544781-C
**Status** ACTIVE
**Plaintiff** Xyience Incorporated
**Attorney** Davis, Laurel E.
**Defendant** Bergeron, Richard
**Attorney** Pro Se
**Judge** Halverson, Elizabeth
**Dept.** 23

**Total of 77 entries, presently displaying 71 through 77.**
**Entries are displayed most recent first.**

| Filed Date | Description | Performed |
|---|---|---|
| 08/03/2007 | PLTF'S MTN FOR PRELIMINARY INJUNCTION/3 | 08/23/2007 |
| | **Outcome** GRANTED | |
| | **For** NP | 33 pages |
| 08/02/2007 | DEFT'S PRO PER MTN TO QUASH SERVICE OF SUMMONS/02 | 09/06/2007 |
| | **Outcome** DENIED | |
| | **For** All Parties | 1 page |
| 07/27/2007 | DEFENDANTS MOTION TO QUASH SERVICE OF SUMMONS FOR LACK OF JURISDICTION | |
| | **For** All Parties | |
| | **Filed By** Bergeron, Richard | 11 pages |
| 07/25/2007 | DEFENDANTS MOTION TO QUASH SERVICE OF SUMMONS FOR LACK OF JURISDICTION | |
| | **For** Bergeron, Richard | |
| | **Filed By** Bergeron, Richard | 11 pages |
| 07/18/2007 | INITIAL APPEARANCE FEE DISCLOSURE | 07/18/2007 |
| | **For** Xyience Incorporated | |
| | **Filed By** Xyience Incorporated | 1 page |
| 07/18/2007 | PLTF'S MTN FOR PRELIMINARY INJUNCTION/1 | 07/26/2007 |
| | **Outcome** MATTER HEARD | |
| | **For** All Parties | 33 pages |
| 07/18/2007 | COMPLAINT FILED Fee $148.00 | |
| | **For** Xyience Incorporated | 8 pages |

**Entries:** (1 - 10) | (11 - 20) | (21 - 30) | (31 - 40) | (41 - 50) | (51 - 60) | (61 - 70) | (71 - 77)

Top Of Page

**Generated by BLACKSTONE ... the Judicial System**
**© 2008 All Rights Reserved, CMC Software**