# EXHIBIT

# 7

Electronically Filed
08/02/2007 01:36:23 PM

CLERK OF THE COURT

**Form Number 1**

NOTC
Rich Bergeron
43 Longhill Drive
East Sandwich, MA 02537
Telephone: (617) 209-4325
Defendant as Pro Se Attorney

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

XYIENCE, INC., A Nevada Corporation, CASE NO.: A544781

Plaintiff, DEPT. No.: XVI

v.

Rich Bergeron, An Individual,

Defendant.

**NOTICE OF MOTION**

Please take notice that the undersigned will bring the foregoing MOTION TO QUASH SERVICE OF SUMMONS FOR LACK OF JURISDICTION on for hearing on the 6th day of September, 2007, at the hour of 9:00am in DEPT. NO. XVI of the above entitled Court.

**Dated this 2nd Day of August, 2007** By:

Rich Bergeron

43 Longhill Drive

East Sandwich, MA 02537

Serving as Attorney Pro Se



STAD 8/2/07