# EXHIBIT 11

ORIGINAL

SUMM
**COGBURN LAW OFFICES**
JAMIE S. COGBURN, ESQ.
Nevada State Bar No. 008409
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616
Attorneys for Plaintiff

FILED
AUG 10 4 11 PM '07
CLERK OF THE COURT

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

XYIENCE INCORPORATED, a Nevada Corporation,

Plaintiff,

v.

RICHARD BERGERON, an Individual,

Defendant.

Case No: A544781
Dept. No.: XVI

**SUMMONS**

**NOTICE! YOU HAVE BEE SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.**

**TO THE DEFENDANT:** A civil Complaint has been filed by the Plaintiff against you for the relief set forth in the Complaint.

**Richard Bergeron**

1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you exclusive of the day of service, you must do the following:

a. File with the clerk of this court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the court.

b. Serve a copy of your response upon the attorney whose name and address is shown below.

2. Unless you respond, your default will be entered upon application of the plaintiff and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of money of property or other relief requested in the Complaint.

///

///



COGBURN LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936

3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed in time.

SHIRLEY PARRAGUIRRE, CLERK COURT

NORRETA CALDWELL

DISTRICT COURT SEAL

By: ______________________
DEPUTY CLERK
County Courthouse
200 South Third Street
Las Vegas, NV 89155

7/18/07

Issued at the direction of:

COGBURN LAW OFFICES

By: ______________________
Jamie S. Cogburn, Esq.
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616

COGBURN LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936

...GINAL

# PROOF OF SERVICE

ATTORNEY OR PARTY WITHOUT ATTORNEY or GOVERNMENTAL AGENCY

FOR COURT USE ONLY

Name Cogburn Law Offices
Jamie S. Cogburn, Esq. (Nevada State Bar No. 008409)
170 S. Green Valley Pkwy., Suite 280
Henderson NV 89012

Telephone: (702) 384-3616 Fax Number:

COURT: Nevada District Court
Clark County, Nevada

PLAINTIFF Xylence Incorporated

DEFENDANT Richard Bergeron

RESPONDENT Richard Bergeron

Case Number **A544781**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served the RESPONDENT with copies of:
**Summons and Complaint**

3. Address where RESPONDENT was served:
43 Long Hill Drive
East Sandwich MA 02537

4. I served the RESPONDENT by the following means:
On August 1, 2007 at *(time)* 6:55 AM

a. ☐ **Personal Service.** Into the Hand ("In-Hand") of the Respondent

or

b. **Substitute Service.** I left copies with or in the presence of: *(name)*
who is *(specify title or relationship to the RESPONDENT)*

(1) ☐ (Business) With a person at least 18 years of age who was apparently in charge at the office or usual place of business of the RESPONDENT I informed him or her of the general nature of the papers.

(2) ☒ (Home) A competent member of the household (at least 18 years of age) at the home of the RESPONDENT. I informed him or her of the general nature of the papers

or

(3) ☐ (Last and Usual) A copy of the papers were left at the door at the Last and Usual address of the RESPONDENT

Address:

and

(4) ☐ I thereafter I mailed additional copies (by first class postage prepaid) to the RESPONDENT at the place where the copies we left.

on *(date)*

5. **Person who served papers**
Name. Edward T. Bowser, III
Address: Post Office Box 1001
Winchester MA 01890-1001
Telephone: 617-820-0449

6. **Fees and Costs**
Witness Fee:
Service Fee: $125.00
Other:
Total: $125.00

DECLARATION OF SERVER

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF MASSACHUSETTS THAT THE FORGOING INFORMATION CONTAINED IN THE RETURN OF SERVICE AND STATEMENT OF FEES IS TRUE AND CORRECT

Date:

Edward T. Bowser, III
(NAME OF PERSON WHO SERVED PAPERS)

[signature]
(SIGNATURE OF PERSON WHO SERVED PAPERS)

State of: Massachusetts
County of: Middlesex
Subscribed and sworn to before me on this 1st day of August, 2007

Notary Public: [signature]

My Commision Expires:

ZINALIA GIL
Notary Public
Commonwealth of Massachusetts
My Commission Expires
June 2, 2012