# EXHIBIT 13 PART A

Electronically Filed
08/19/2007 03:56:31 PM

CLERK OF THE COURT

**Form Number 1**

OPPS

Rich Bergeron
43 Longhill Drive
East Sandwich, MA 02537
Telephone: (617) 209-4325
Defendant as Pro Se Attorney

## DISTRICT COURT

## CLARK COUNTY, NEVADA

XYIENCE, INC., A Nevada Corporation,

Plaintiff,

v.

Rich Bergeron, An Individual,

Defendant.

CASE NO.: A544781

DEPT. No.: XVI

## OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

### INTRODUCTION AND TIMELINE:

In December of 2006, Defendant Rich Bergeron received an email from a contact of his regarding Xyience, Inc. that revealed several serious allegations against the company. Bergeron noticed there was a case number within the email (#CV06-1859). He subsequently signed up for an account with the PACER SERVICE SYSTEM, which he had worked with before as a full time reporter for The Laconia Citizen newspaper in New Hampshire.

Bergeron also did an Internet search for the district attorney's email address (Full text of email in Defense Exhibit 1) and for John Miller of the Criminal Complaints Division of Consumer Affairs. He did find on-line several references to both the email address of the DA and to John Miller and the

Criminal Complaints Division of Consumer Affairs.

Bergeron subsequently published the email on his MySpace page with a disclaimer attached announcing not all of the email had been confirmed. He decided to look into the allegations and see if any of them were true and took special care to remove the email address of the district attorney before posting the email. He left a message for the district attorney and never received a call back. He did not find any additional contact information on John Miller.

Once Bergeron secured access to the PACER system, he began to research Xyience in order to find out if all of the email's contents were true. He started with the Phoenix Labs vs. Xyience lawsuit and another suit filed against Xyience by Valint Consulting. Once he discovered and researched these cases, he wrote stories detailing both of them and began to make contacts. Bergeron discovered a great deal of shocking and unreported information within the case files of these lawsuits. Lawyers and employees for Xyience had resigned at peculiar points in the Phoenix Labs case, timed around certain depositions that were supposed to take place in the discovery process.

Bergeron began finding that much of the email submitted to him contained completely factual information. The more he researched and made connections with witnesses, the more he discovered that there was really nothing in the email that could be proven false. There was some information that he could not verify completely, but he did not print anything in any of his stories he could not back up with facts and/or witness testimony after he received and posted the initial email and disclaimer.

Bergeron began connecting with a myriad of sources through time spent researching the case and finding new leads. A few of these sources asked that their names not be used because of death threats they had received. Every one of Bergeron's sources that went on the record also received threats.

Bergeron soon began to get threatening communications through MySpace and FightZoo.com from people obviously connected to Xyience. Bergeron also received threatening emails at this time. These communications all seemed to indicate Bergeron was onto something, and when the posters and

**Form Number 1**

messengers refused interviews to clear the company's name, Bergeron was convinced there was more they were trying to hide from him. The profiles communicating with Bergeron were decorated with Hell's Angels regalia, and the MySpace profile's owner kept telling him he should take down the email. Bergeron communicated back and forth with the owner and suddenly found his profile deleted. He never received any answer from MySpace as to why that happened. He later noticed that anyone who gets a message can click an abuse button to get MySpace's attention if they don't like a particular email. One poster on Fightzoo.com calling himself "Mr. Truth Untold" later admitted being responsible for getting Bergeron's profile removed (Defense Exhibit 2).

Bergeron had spent thousands upon thousands of hours personally adding friends to his profile to get his Fight News Unlimited fan base up to 5,000 friends on his MySpace profile he utilized as a base to start a fight news business. It took him a significant amount of time to rebuild the site, but he was able to take advantage of a promotion to get his own dot com at around the same time. While he set about rebuilding his hundreds of stories and trying to reassemble his friends list, he was continuously harassed by the anonymous posters on the other profiles and e-mailers who would never use their real names. They started mentioning the name Mark Neiber religiously and tried to paint Neiber as Bergeron's only source.

Not long after Bergeron began posting new stories in what became the Xyience Series on his new Web-site, public blogs appeared insulting Bergeron and claiming he had an ongoing homosexual relationship with Neiber (See Links in Defense Exhibit 3). Bergeron has never talked to Mark Neiber, shared any kind of communications with him, or used any information in his stories that came from Mark Neiber unless they pertained to the public records of Neiber's lawsuit against Xyience. The blogs about Bergeron increased over time, utilizing pictures from his personal MySpace page and resumes from public sites to spread complete falsehoods about Bergeron's history. These blogs pointed to

Bergeron being removed from a teaching position because of a problem with a minor, which was completely false. They also claimed Bergeron had been kicked out of military school for honor code issues, which also never happened. People obviously connected to Xyience also used Bergeron's unlimitedfightnews.com comments section to launch baseless attacks against Bergeron and Neiber as if the two were out to destroy Xyience. Some of these comments, including manufactured emails purported to be sent back and forth between Neiber and Bergeron, were later linked to an IP address shared by comments left with John Chadwell's company email address at Xyience (DEFENSE EXHIBIT 4).

Representing himself as Xyience security, Chadwell contacted Bergeron and threatened he would be criminally charged if he continued to contact Xyience employees to ask questions about the company. Chadwell accused Bergeron of trying to extort the company, yet all Bergeron was trying to obtain was information. Chadwell warned Bergeron that Neiber had been arrested for stalking and had tried to extort the company and told Bergeron to call a Las Vegas detective to confirm the arrest. Bergeron called the detective and did receive a call back a few weeks later. The detective confirmed that Bergeron was not in any criminal trouble whatsoever and that Chadwell had made up the threat of criminal charges.

Bergeron also received emails and recorded phone messages from Chadwell in Mid-March of 2007 that led to Xyience offering Bergeron a free ticket to fly to Xyience headquarters. Bergeron would have to write a glowing story about Xyience in order to get the trip paid for, according to Chadwell. Bergeron was also promised interviews with Ultimate Fighting Championships President Dana White and access to UFC fighters if he would make the trip and write a positive story about the company. Chadwell told Bergeron the offer had come out of discussions with Russell Pike himself and other board members (See Defense Exhibit 3 For Link to Video). Around this time other comment posters and anonymous e-mailers tried to tell Bergeron that Pike had nothing to do with the company and was not there anymore.

**Form Number 1**

Bergeron finally exhausted his research and gave the case a rest after he became embroiled in the middle of a family feud between Mark Kreichbaumer and his brother Andrew Kreichbaumer. Bergeron was threatened on tape by Andrew Kreichbaumer's mother, and Andrew Kreichbaumer threatened to sue him if he did not take down the blog he wrote about Andrew's involvement in Xyience. Andrew Kriechbaumer co-founded the company with Pike and helped gather much of the initial investment funds from his family. Bergeron also spoke with Joseph Kriechbaumer, the father of the two brothers. Joe Kriechbaumer admitted he knew Russell Pike was a criminal (also on tape), but he also added that Pike was at the same time a genius. Mark Kriechbaumer felt betrayed by his brother for not receiving any kind of payback on a loan and a stock purchase he made to support Xyience in the early stages of the company. Bergeron was able to discover through the two brothers and a UCC Filing he paid to acquire that Pike bought back all of Andrew's shares at around .30 for each share. Russell Pike's brother William Pike subsequently tried to contact Mark Kriechbaumer to complain about the price of the sold shares making it into one of Bergeron's stories. Andrew Pike during one call also admitted a message meant for him was left on William Pike's cell phone once by Bergeron.

William Pike later admitted receiving this message in a long, drawn out and bogus psychological evaluation of Bergeron he posted on www.fightzoo.com (DEFENSE EXHIBIT 2) through a profile named "Billythekid78." Pike's profile picture was a picture of Defendant Bergeron himself. Around the same time, Russell Pike was apparently taking things a step further. In response to some of Bergeron's posts linking to the series that were left on the forums at www.sherdog.com, a poster named "Friends of Chuck" (Defense Exhibit 5) railed off repeated insults at Bergeron labeling him a "cocksucker," claiming he was an escaped mental patient, and warning people his site had a virus. The same poster later (in mid-July, 2007) responded to customer complaints about Xyience products by admitting he was a co-founder of the company and he would be changing things soon.

Since Andrew Kriechbaumer, the other co-founder, was no longer in any position to make any decisions with the company at that point, all evidence points to the poster in question being Russell Pike himself.

Most recently, Bergeron wrote a story about this very lawsuit. Several posters jumped at the chance to comment. The bulk of them favored Xyience. Bergeron waited for the comment section to fill up before doing IP address checks on the participants. Many of them could be linked to previous comments. One particular poster had written previously that he was a Xyience shareholder. He lied and used multiple fake names to make himself appear as an objective party after admitting his connection. When caught, he finally admitted his connection to the company in Bergeron's latest blog. This poster left over 100 comments on Bergeron's stories using multiple aliases. During the time he argued back and forth with Bergeron, Bergeron repeatedly asked this person to post evidence of anything Bergeron had lied about in his stories. The poster instead came up with evidence of Bergeron's other employment history as a photographer and house painter but no substance to show Bergeron had ever committed a wrongful act of any kind. (ALL COMMENTS BY THIS INDIVIDUAL ARE LISTED IN DEFENSE EXHIBIT 6)

Bergeron has the bulk of evidence to prove those representing Xyience knowingly slandered him while Plaintiff has absolutely no evidence that Defendant Bergeron committed any wrongful act whatsoever against them. Bergeron, an individual, has been hit from all angles by those connected to Xyience who are attempting to destroy his credibility because he knows too much about the ongoing corruption there. Rather than compile anything of substance, these willing participants in a smear campaign against Bergeron chose to viciously insult him and paint his occupations outside of his writing as somehow dishonest.

Bergeron believes based on previous death threats handed out to his sources that even attending a hearing in Nevada could potentially lead to his own murder or serious bodily harm. Those trying to hide the truth for the plaintiff have always operated from the shadows while Bergeron has always put

**Form Number 1**

his name on every comment and story he's presented. Xyience has not provided one shred of evidence to show Bergeron had any other intentions other than to inform the public of wrongdoing by Plaintiff, which is his protected right under the First Amendment of the U.S. Constitution.

In fact, Bergeron has publicly stated his hopes that Xyience will be able to move past the corruption and straighten itself out so the innocent parties involved in working for the company will not be adversely affected. He has also expressed the need for the sport of mixed martial arts to move beyond the corruption involved in Xyience's investor relations and shady business practices as a sponsor of the UFC.

Yet, the Plaintiff's actions have demonstrated not only their corrupt nature but also their attempts to twist the situation in their favor through perpetrating obvious lies about defendant. Bergeron has always gathered a significant amount of facts before posting anything, and he has never strayed from his high level of professionalism in this case. On the other hand, those connected to plaintiff have done whatever they could to try to silence and discredit Bergeron's reporting of the complete and accurate truth about their dealings.

Xyience's entire case is not only weak but also fraudulent in several aspects. Attorney Jamie Cogburn was given absolutely no credible evidence of any wrongdoing on the defendant's part, and he was no doubt told to make something stick so the company could collect on $15 million from a purported investor Plaintiff has not even proved to actually exist. By pressing this case with a complete lack of any viable shred of proof that Bergeron committed any wrongful act, Cogburn is making a mockery of this court and the legal process.

## ARGUMENT

## I. THE REQUESTED INJUNCTION WOULD BE AN UNLAWFUL PRIOR RESTRAINT.

A. "prior restraint on expression comes ... with a 'heavy presumption' against its constitutional

validity." *Organization for a Better Austin v. Keefe*, 402 U.S. 415 (1971) (quoting *Carroll v. President and Comm'rs of Princess Anne*, 393 U.S. 175, 181 (1968)). A court-issued preliminary injunction is a particularly dangerous form of prior restraint. "Injunctions ... carry greater risks of censorship and discriminatory application than do general ordinances." *Madsen v. Women's Health Ctr.*, 512 U.S. 753, 764 (1994). As the Supreme Court has explained:

> [P]rior restraints on speech and publication are the most serious and the least tolerable infringement on First Amendment rights. A criminal penalty or a judgment in a defamation case is subject to the whole panoply of protections afforded by deferring the impact of the judgment until all avenues of appellate review have been exhausted. Only after judgment has become final, correct or otherwise, does the law's sanction become fully operative.
>
> A prior restraint, by contrast and by definition, has an immediate and irreversible sanction. If it can be said that a threat of criminal or civil sanctions after publication "chills" speech, prior restraint "freezes" it at least for the time.

*Nebraska Press Ass'n v. Stuart*, 427 U.S. 539, 559 (1976).

In recognition of these principals, "courts have long held that equity will not enjoin a libel." *Metropolitan Opera Association, Inc. v. Local 100, Hotel Employees And Restaurant Employees International Union*, 239 F.3d 172 (2d Cir. 2001). The Fourth Circuit has also recognized this rule. *See Alberti v. Cruise*, 383 F.2d 268, 272 (4th Cir. 1967) ("Generally an injunction will not issue to restrain torts, such as defamation or harassment, against the person. . . . There is usually an adequate remedy at law which may be pursued in seeking redress from harassment and defamation"). *See also Am. Malting Co. v. Keitel,* 209 F. 351, 354 (2d Cir.1913) ("Equity will not restrain by injunction the threatened publication of a libel, as such, however great the injury to property may be. This is the universal rule in the United States and was formerly the rule in England."); *Procter & Gamble Co. v. Bankers Trust Co.*, 78 F.3d 219, 225 (6th Cir.1996) (refusing to enjoin publication of trade secrets improperly obtained in violation of a protective order, noting, "[t]he private litigants' interest in protecting their vanity or their commercial self-interest simply does not qualify as grounds for imposing a prior restraint.").

**Form Number 1**

The plaintiff's claims that Bergeron's speech will injure their ability to enroll new investors, or to keep current investors satisfied, does not change the analysis. Similarly, in *Metropolitan Opera Association, Inc. v. Local 100, Hotel Employees And Restaurant Employees International Union*, 239 F.3d 172 (2d Cir. 2001), where the court reversed a preliminary injunction that had been granted against a union's allegedly defamatory speech, the court did "not ascribe any particular significance to the district court's finding that the Union was motivated to coerce the Met through social pressure and the threat of social ostracism." 239 F.3d at 177. The court acknowledged that "the Union's methods may be harassing, upsetting, or coercive, but unless we are to depart from settled First Amendment principles, they are constitutionally protected." *Id.* at 178. Bergeron's actions were not nearly as severe in this case.

In *CBS v. Davis*, 510 U.S. 1315 (1994), Justice Blackmun, acting as Circuit Justice, stayed a preliminary injunction issued by a lower court to prevent a television network from airing footage that was allegedly unlawfully obtained at a meat packing plant. Despite the lower court's findings that the broadcast "could result in a significant portion of the national chains refusing to purchase beef processed at [the plaintiff's plant] and thereafter in the [plaintiff's] plant's closure" and that "[p]ublic dissemination of [the plaintiff]'s confidential and proprietary practices and processes would likely cause irreparable injury to [the plaintiff]," Justice Blackmun found that the injunction was an unlawful prior restraint. Indeed, the injunction was so constitutionally objectionable that Justice Blackmun considered it an "extraordinary circumstance" justifying the immediate stay of a lower court order by a single Justice. 510 U.S. at 1317. Bergeron broke no laws in obtaining his evidence and information.

In sum, a preliminary injunction against alleged defamation, based on bare allegations of injury by the plaintiff, violates the First Amendment. The plaintiff's request for a preliminary injunction should therefore be denied. Furthermore, plaintiff seeks to restrain Bergeron from writing future stories in this series in the injunction. Such an overbroad injunction would violate both the First Amendment

and Rule 65(d) of the Federal Rules of Civil Procedure, which requires that injunctions be "specific in terms" and "describe in reasonable detail… the act or acts sought to be restrained." Xyience cannot describe in reasonable detail what has yet to be printed. Xyience also asks this court to remove an entire story from Bergeron's site containing information that they have yet to prove is false. Even in its complaint, Xyience identifies only a few statements on the Web-site that it alleges to be false. The complaint fails to quote any of the allegedly false statements in full, explain what in particular about the statements is false, or provide any proof of such falsehood.

The situation mirrors that in *Metropolitan Opera*, *supra*. There, the court found a preliminary injunction to be unconstitutional because "the injunction is vague as to what the Union may say and what statements might lead to a finding of contempt of court. It puts the Union at risk of punishment for good faith efforts to advocate publicly its position." The court went on to observe:

> . . . The reality of such risk is brought home by the fact that the district court found the Union in contempt for chanting "Shame on You" and "No More Lies." The Union has no way of determining from the text of the injunction whether other chants or statements in the future will lead to further contempt sanctions.

The proposed preliminary injunction puts the defendant at risk of contempt for their attempts to tell the true story behind the plaintiff's corrupt activity. The First Amendment does not permit this.

## II. PLAINTIFF MISREPRESENTS THEIR OWN EVIDENCE

Plaintiff speculates that an email Bergeron published on a now defunct MySpace account included false statements. Bergeron published this email (See Entire Unedited Email in Defense Exhibit 1), which Xyience Counsel misrepresents as "an article," with an editor's note attached. The note claimed only that the email came from a reliable source, that Bergeron had verified the email address of the Nevada District Attorney said email was sent to, and that he would be looking further into the allegations contained within the email. Bergeron subsequently verified several portions of the email which were indeed fact.

**Form Number 1**

Bergeron obtained court documents and evidence that: proved Xyience was indeed part of an SEC investigation of AA Capital CEO and President John Orecchio (See Defense Exhibit 7); indicated Phoenix Labs had sued and subsequently settled out of court with Xyience in attempt to secure over $500,000 in unpaid debts; and confirmed that Xyience did have several burned investors attempting to draft a class action lawsuit against them.

Xyience Counsel further misrepresents Plaintiff's Exhibit 1 as claiming that a class action lawsuit was "already underway" against his client. The email actually asserts that the class action suit was "currently being drafted." Another contention in the email Plaintiff's counsel called into question regarded "shell corporations" constituted by Xyience, Inc. which Bergeron did not definitively verify immediately. He did find later that Xyience, Inc. did have multiple smaller corporations as Nevada Business Entities under the Xyience name that have since been dissolved and removed from all records searches. Coincidentally these entities disappeared not long after Former CEO and Co-Founder Russell Pike had been ousted from a leadership role as part of the mandate resulting from AA Capital offshoot Brush Monroe's partial liquidation of their Xyience stock.

Bergeron's MySpace account was removed from MySpace after he exposed the issues behind the Phoenix case and another lawsuit brought against Xyience by Valint Consulting. Bergeron had by then begun to receive threatening communications from another profile decorated with Hell's Angels regalia and a Skull and Crossbones as the main profile picture. These communications were supportive of Xyience, Inc. and indicated the owner of the profile at the very least knew Russell Pike personally. The messenger was particularly angered by the email Bergeron had posted on his site. Bergeron offered to remove the email from his MySpace page if he could secure an interview with Russell Pike. The messenger refused. Bergeron's site was deleted very soon after corresponding with the mysterious profile's owner. Plaintiff has provided no proof Bergeron's MySpace page was deleted for posting

defamatory material. Anyone who receives a message they do not like can click a "report abuse" button and get someone's profile removed.

The deletion of Bergeron's MySpace profile also makes it irrelevant to the preliminary injunction being sought for Bergeron's current Web-site, because it no longer exists in connection with Bergeron, and Bergeron did not print the email on his new site, nor did he even quote anything from it. He did later find out that much of its contents were accurate and true, and he always presented due evidence whenever he did present one of the email's points in his stories.

Bergeron faced anonymous and vicious attacks through several on-line profiles around the time of his MySpace problems. He received numerous messages through email and social Web-site profiles regarding a Mark Neiber, who Xyience officials have repeatedly claimed is Bergeron's only source, which is utterly false. Bergeron received messages through a profile at www.fightzoo.com where the messenger launched continuous attacks against Bergeron under the name of "Mr. Truth Untold" (Defense Exhibit 2) and featured a similar skull and crossbones for his profile picture as Bergeron encountered on MySpace. Later, another profile was formed on fightzoo.com named "Billythekid78" that featured Bergeron's picture on it. This profile posted violent, slanderous messages about Bergeron through the forums on the site, including a fabricated complete psychological evaluation (Defense Exhibit 2). The poster intimated through his communications certain information that led Bergeron to determine he was William Pike, Russell Pike's brother. William Pike launched specific threats and referred to Bergeron as a "faggot" among other insults.

In early March, 2007 Bergeron obtained the url www.unlimitedfightnews.com and posted stories there about Xyience, Inc. that specifically centered around Russell Pike's questionable business history, past convictions for check fraud and money laundering, and a series of financial transgressions Pike committed against a company called Nitro Supplements. Bergeron produced these stories relying on official court documents obtained through the PACER SERVICE SYSTEM (DEFENSE EXHIBIT 8) and testimony from several anonymous, inside sources in a position to know about all of Pike's

activities. At no time did Bergeron ever use information he did not confirm through at least two sources of this variety. In many cases Bergeron also received actionable information from sources he named who gave him clues "off the record." While unable to quote these sources on the information they gave him, he was able to use their information to back up what his anonymous sources told him.

Bergeron's sources continuously reported that they knew death threats were going around to those who were trying to expose a suspected unusual, secret, corrupt partnership between Xyience Co-Founder Russell Pike and Ultimate Fighting Championship President Dana White. These anonymous sources were all in a position to know something was going on between the two regarding investor funds, but none of them could go as far as saying they witnessed any direct cash transactions between the two, which all of Bergeron's stories clearly denote.

Plaintiff completely and irresponsibly misrepresents Bergeron's initial story posted on www.unlimitedfightnews.com about Xyience. Plaintiff's case points to a myriad of charges Bergeron never alleged himself, inferred, or even hinted at through his own contentions. Bergeron's sources lodged the allegations against Xyience, and Bergeron reported their testimony accurately. These sources also did not specifically name the entire UFC as a party to the reported suspected transactions of advertising and sponsorship revenue between Pike and White. The sources quoted by Bergeron were all in a position to witness first hand some of the activity that occurred between Dana White and Russell Pike. One particular source also sat in on meetings with Xyience officials and SPIKE TV representatives and took part in day to day activities of the company.

Bergeron is well aware of the UFC's tendency to file lawsuits whenever threatened in the least bit. The Fertitta Brothers are multi-millionaires who own multiple casino chains in addition to UFC parent company Zuffa. The depth of their financial power is tremendous. Bergeron has been told a great deal more than he printed about the UFC's involvement with Xyience. He was even told

numerous times that the Fertitta Brothers were planning to invest $10 to $15 million in Xyience, which now seems very peculiar since Xyience indicates one investor plans to offer them the highest figure in that range if Bergeron's stories are removed from the Internet. Bergeron held back on printing certain allegations and worded certain aspects of his stories properly, taking special care not to print anything the UFC or Zuffa could sue him for, and to date they have not even threatened to. Their relationship to the corruption as an entire entity is tenuous at best, which is exactly the way Bergeron has always characterized it.

Bergeron has even recently discovered that Station Casinos (owned by the Fertittas) publicly endorsed this case's residing judge at one point (a letter announcing such is listed on the judge's Web-site).

Bergeron never intended to try to prove or even delve too far into the role the UFC as a whole might have played in the reported transactions between White and Pike. Although Bergeron had his suspicions about the bigger picture, he knew he had the most evidence and corroborating witnesses regarding Russell Pike's involvement and the corroborating history of Pike's previous behavior with other corporations. He knew he could only print what the strongest evidence he had could corroborate. He also knew the Fertittas and the UFC as a whole did not need to perpetrate a continuous scam to make money, as their Mixed Martial Arts promotions are now the most popular and dominant segment of the sport in the world. It was Russell Pike and his partners at Xyience who had the most to gain in the partnership.

Plaintiff provided absolutely no unbiased evidence that anything Bergeron printed about the Pike and White partnership was in any way false. Plaintiff relies on a simple affidavit for the bulk of their claims, an affidavit signed by a member of their own corporation who would be in a position to profit if their case is successful. This is akin to a student writing his own note to the teacher to dismiss himself from school early. This should not be considered evidence. The only other evidence Plaintiff offers is the Defendant's own work product. Even in presenting that material, Plaintiff is not in any

way specific about what particular allegations are false and how they can be proven so. For instance, if Xyience is or ever was under investigation by the SEC, they would have no way of knowing or demonstrating that until charges come down.

Plaintiff's counsel is perpetrating a grand fraud on this court by continuing to press this case with an absolute lack of credible, verifiable evidence and by further absolutely and completely misrepresenting and exaggerating what they do present as evidence. The bulk of the supporting documents held by Plaintiff in this matter are Bergeron's own. Even in presenting those they leave out a significant portion of the complete picture. They omit over 60 comments posted on Bergeron's initial story while trying to claim there are no positive comments about Xyience at the same time. They also misquote and manipulate the email that Bergeron posted on his MySpace site.

## III. DEFENDANT'S EVIDENCE FAR OUTWEIGHS PLAINTIFF'S AND DEMANDS THE SCRUTINY OF THE CRIMINAL COURT SYSTEM RATHER THAN THIS CIVIL COURT'S ATTENTION

Bergeron has collected a stockpile of documents, recorded conversations, and communications of the scope and breadth that will serve a great and altruistic purpose if it were all to be turned over to the proper government agencies for a formal investigation. Rather than any hasty injunction in this frivolous civil case, it is a lengthy, involved criminal investigation that should result from Xyience's activities.

It would cost Bergeron a fortune to print and produce the physical evidence in his possession and on his home computer. He has hours of recorded conversations as well. He is one man, an individual, and in this case his adversary is a major corporation. Bergeron cannot even afford an attorney. He has had to take time out of his busy schedule running his Web-site on his own to fight this frivolous case, which has already cost him money he can't spare. A plane ticket alone to appear in

Nevada would bankrupt Bergeron if he could even scrape together the funds to buy it. Plaintiff even makes it a point to argue Bergeron makes "no revenue" from his site. He has put most of his income from ads and sponsorships back into expenses for his site, and he has used the rest for modest living expenses. He relies on the great potential of the site to increase in value, and he would not risk having the site removed from the Internet based on some crude charade or any kind of personal grudge.

Bergeron is a journalist with extensive background in newspaper reporting, including other investigative reports and coverage of First Amendment case law. Plaintiff cannot prove Bergeron has any malicious intent to cause harm to Xyience. In fact, Bergeron would like to see the company cleaned up so it can resume sponsoring fighters in the UFC and existing employees who were not party to the corruption can be rewarded for the good work they've done for the company. Bergeron's motivations all lie in making the general public aware of Plaintiff's activities because they are legitimately corrupt and need to be addressed by the proper authorities. Bergeron's site shows without a doubt that he cares deeply about combat sports, a genre of the fight industry that Xyience's behavior has cast a dark shadow over.

Bergeron has never once been accused of, found guilty of, or proven to have made up any quotes in any previous story in over five years of reporting. There is no evidence he would ever misrepresent evidence to sensationalize a story. He is well versed in the laws of slander and libel, and he values the principles of journalistic ethics. He further lives by the "service before self" mentality ingrained in him during his attendance at The Air Force Academy, Norwich University, and Virginia Military Institute. He had an impeccable record at all three schools and lived under honor codes that held all attending cadets to a higher standard of integrity.

On the other hand, Russell Pike, who has been featured in most of Bergeron's allegations of corruption, is a convicted felon. He has a documented history of bilking investors and has been to federal prison for money laundering. He has perpetrated a pattern of criminal fraud that is not disputed in any way by Plaintiff's case. Much of the corruption and suspected criminal activity that has crippled

**Form Number 1**

Xyience's ability to turn a profit happened under Pike's leadership and direction. Pike and his partners have left a trail and pattern of fraud behind them that is almost identical to what happened under Pike's direction at John Scott's Nitro. Between unpaid bills, mounting civil lawsuits filed by both individuals and corporations, and the failure to retain any steady leadership, Xyience is reeling and now looks as if it will not be able to right itself regardless of whether Bergeron's stories are removed from the Internet.

In fact, the most damning evidence for Defendant Bergeron and against Xyience lies within Plaintiff's casework itself. Plaintiff calls into question only minimal aspects of the entire story they present as evidence. It must be therefore assumed that those portions Plaintiff has no question about or argument to dispute must be points of fact they believe and know to be true. Much of the points they don't dispute come from the same sources who gave evidence Plaintiff does challenge.

For instance, Plaintiff does not dispute Bergeron reporting that Russell Pike outright stole a company called John Scott's Nitro out from under the original owner so he could start Xyience, Inc. in the first place. None of Bergeron's information about Pike's devious behavior at John Scott's Nitro was questioned at all, and it was extensively laid out in the story. Bergeron even outlines Xyience's attempt to trade access to UFC fighters for him writing a positive story about Xyience. Plaintiff does not argue this is false.

Furthermore, Plaintiff only includes one of several stories written by Bergeron, all of which outline serious ongoing corruption at the company and point to specific documents that prove it. In the amount of time between the moments these stories were published and the time Xyience sued, nothing changed about the validity of the information in Bergeron's reports.

Plaintiff has simply decided to file suit now in a rush to make $15 million. With that payoff in mind, Attorney Cogburn threw together a hasty, sloppy, and irresponsible case, a case which this court should be completely offended by. In the request for an injunction Plaintiff repeatedly mentions the

scope of the merits as a determining factor as to whether an injunction can be secured. They do not have any merits whatsoever to speak of and therefore cannot claim those non-existent merits fall within any scope.

Bergeron always acted in good faith, gave both sides equal time and opportunity to explain themselves, and tried to get official word from Russell Pike on numerous occasions. Pike continued to refuse to provide any defense for his actions or explanation for his reported questionable behavior. Bergeron also made attempts to reach new leadership at the company and each time noticed that the new hires soon disappeared not long after they came on board. Bergeron has been told that Adam Roseman of Arc Investments actually received death threats to keep him silent about what was going on at Xyience. Former Xyience Counsel Pete Rinato refused to discuss Roseman's exit.

Bergeron made specific promises not to reveal the names of his sources in order to obtain the information he used to produce his investigative series. Bergeron does have recorded phone calls, email addresses, and other contact information for these sources he could reveal to any investigator in a criminal case on the matter if deemed necessary. However, no names of these sources can be revealed to anyone associated with Plaintiff for the physical well-being and protection of these sources alone.

Bergeron never made up quotes from Attorney David Winterton, and Plaintiff does not have an affidavit from Winterton or any other evidence to show he did. If the case were to go to trial, Bergeron would be confident in calling Winterton to testify in his defense.

## IV. FAIR PLAY AND SUBSTANTIAL JUSTICE HAVE BEEN SKEWED BY PLAINTIFF'S ACTIONS AND THEIR FALSE CHARACTERIZATION OF THIS CASE

Bergeron is the real target of defamation. He can demonstrate that fair play and substantial justice would only be served by this court transferring this case to the criminal level and exonerating Bergeron of all civil charges. He has been physically threatened and subjected to slander in several anonymous comment postings, emails, and blogs (See Links Within Defense Exhibit 3) created about him, some of

which he can link directly to Plaintiff. These blogs paint him as having a homosexual affair with Mark Neiber: a man he has never met, spoken to, or communicated with in any fashion. Bergeron is also not homosexual. When Bergeron posted links to his Xyience stories on www.sherdog.com under the profile Boxer_47 he was subjected to more slander, insulting remarks falsely painting him again as a homosexual, as an escaped mental patient, and making false claims that visitors to his Web-site would obtain a virus. These posts also recommended that Bergeron should be beaten up for his stories.

The profile on sherdog.com launching these baseless attacks later posted a message claiming he was a co-founder of Xyience who had come up with the company name. (See Defense Exhibit 5) The poster was subsequently banned from the forum for his hate speech. Bergeron also retained copies of comment postings that were attempted in his own blog that closely matched the defamatory blogs on other sites. Bergeron was able to verify the IP address linked to these comments was the same IP address connected to a Xyience email address for John Chadwell (Defense Exhibit 5). The most recent comment postings on Bergeron's latest story show that those commenting are clearly connected to the company and have repeatedly hidden behind constantly changing fake names. Bergeron has never posted anything anonymously or under any alias regarding Plaintiff.

Xyience Counsel contends that Bergeron maliciously and knowingly disseminated false information when Bergeron always used due diligence in obtaining multiple sources for each major claim and back up documents to corroborate witness testimony. Xyience has not offered any significant burden of proof as to any of Bergeron's reporting being questionable in any capacity, nor have they established a motive for Bergeron to produce false stories about the company. Furthermore, Plaintiff continually misrepresented evidence it presented or provided incomplete evidence in this case. Bergeron never announced, stated, or claimed outright that the behavior his sources described was anything more than alleged, reported, or apparent due to conclusions he made related to extensive

evidence he collected. Plaintiff cannot possibly dispute that.

Plaintiff cites an "article" that is really an email posting. They later go on to claim erroneously that charges within the email about Xyience's involvement in an SEC investigation were included in a "barrage of articles." They claim that Bergeron did not let positive comments on his initial unlimitedfightnews.com Xyience story, but they leave over 60 comments attached to the full version of Plaintiff's Exhibit 2 unaccounted for in their version of the document, and those comments feature several instances of people sticking up for Xyience.

There are inferences made in Bergeron's stories that come from sources who can be definitively documented, but their identity cannot be shared with Xyience officials. These anonymous sources would be put in harm's way if their names were revealed. Other cooperating witnesses have received multiple death threats for going on the record with Bergeron.

Furthermore, if necessary Bergeron can provide documentation to show much of what he reported on was already a pervasive belief in the industry before he began writing his series. Multiple forums for story and comment postings across the industry also betray a large portion of the general fan base rejecting and ridiculing Xyience for poor product taste, a genuine lack of results to justify the high pricing, and cheesy marketing ploys. Bergeron also discovered that Xyience reported well over $55 million in losses for Fiscal Year 2006 (DEFENSE EXHIBIT 9), well before Bergeron began working on the story.

In addition, Bergeron has been contacted since the lawsuit went public with more evidence that Xyience is still perpetrating fraud. There are multiple ongoing civil lawsuits against Xyience with one containing allegations of RICO Act violations. A new lawsuit appeared in the past few weeks, and in another lawsuit (Bardo Equities vs. Xyience) the plaintiff has yet to be paid by Xyience as part of the agreed upon settlement won by the Plaintiff. Bergeron also obtained an email from a current client of Xyience (Exhibit 10) in which they confess to not being paid and report major issues with the way Xyience markets themselves compared to what their numbers actually show.

**Form Number 1**

Consider that Xyience calls Xenergy one of the best selling energy drinks in the country. Xenergy's release date was late last year. There is no possible way with the drink only so far available at a handful of stores and one major chain (7-11) that it would be able to boast that claim truthfully. They have not even had significant time to get a foothold in the industry, never mind be able to claim they somehow come close to dominating it. Indeed, if Xenergy was one of the best selling energy drinks in the nation, Xyience should not be suffering from such heavy losses as they accuse Bergeron of causing them to sustain. They should not have to rely on investment capital to survive.

Pike's iron grip on this corporation is what is defaming and damaging it. His mere association with this company causes investors who know about his involvement and his criminal past to steer clear of it. Those impeccable leaders brought in to right the ship have all come and gone, and so have numerous employees. Xyience's own lawyers resigned in their Phoenix Labs case. Bergeron only made it easier to find out how Pike was connected to the company and made Pike's criminal history known. He only reported the truth about the company and those involved in the corruption there. He uncovered all that they were trying to hide, and he let the world know before the company could inflict anymore harm on any more uneducated investors. Bergeron has been told by initial investors that Pike always promised to only make 500,000 pre-IPO shares available to investors. He has since manipulated PPM books, sold millions of shares in the company, and now claims a hardship in attracting potential future investors due to Bergeron's true stories exposing his activities. As for current investors, it is hard to believe they would support further diluting the value of their own shares by making $15 million in further shares available.

The court should have no reason to believe Plaintiff's contentions about the potential $15 million investment in the first place. Plaintiff claims this investor is only willing to provide funds if Bergeron's stories are taken off the Internet. If it is true that the potential investor's reasoning lies in

their belief that Bergeron's stories are false why is there no affidavit from this investor? What does Plaintiff present in their case to prove these investors who aren't contributing this capital are not, in fact, more concerned about the real, documented activities of Plaintiff that Bergeron has exposed? Further, where are the affidavits to show these investors actually exist at all, regardless of the real reasons why they are hesitant to contribute any funds?

What is even more preposterous about Plaintiff's claim of damages done by Bergeron is that Plaintiff claims potential future income as losses. Bergeron cannot be held responsible for someone's personal choice to avoid a particular investment. If Xyience had adequate proof to show Bergeron's stories were in any way false, it should be simple for them to be able to convince potential investors to disregard what Bergeron wrote. Xyience officials have repeatedly been given the opportunity to provide whatever proof they can that Bergeron's stories are flawed. They have never produced a single shred of evidence as to their innocence or Bergeron's being guilty of defamation. They have chosen to instead publicly harass Bergeron with baseless, childish insults.

## CONCLUSION

Bergeron did a public service and should not be punished for that or made to spend money he doesn't have to defend himself against what is clearly a frivolous case designed to chill protected free speech for the sole purpose of great financial gain. Bergeron has made no profit off this investigation, has received no great personal recognition or reward, and has no reason or capacity to benefit in any possible way from Xyience's demise. He is motivated only by the possibility of inspiring justice and is not even interested in seeking damages for Xyience's defamation of his good name. He is willing to provide the contents of his computer to any agency for the purpose of going forward with an investigation into Xyience and their questionable and likely illegal activities.

Before any decision is made the court should honestly and objectively consider all the evidence, the bulk of which can be obtained through Bergeron's own site (http://www.unlimitedfightnews.com/id16.html) and was carelessly and purposely omitted by Plaintiff's

counsel. There is absolutely no supporting documentation to justify a preliminary injunction.

Defendant asks the court to deny Plaintiff's Motion for a Preliminary Injunction. A federal criminal investigation into the Plaintiff and their attorney would be more appropriate. This court would only be empowering the plaintiff to perpetrate more fraud in the future if it were to allow this case to continue against Bergeron.

**Dated this 20th Day of August, 2007** By:

Rich Bergeron

43 Longhill Drive

East Sandwich, MA 02537

Serving as Attorney Pro Se

# EXHIBIT 1

**Form Number 1**

---------- Forwarded message ----------
From: John Miller <govaction2006@yahoo.com>
Date: Dec 9, 2006 2:37 PM
Subject: XYIENCE SUPPLEMENT SPONSOR OF THE UFC CRIMINAL COMPLAINT
To: district attorney <rogerd-co.@clark.nv.us>

We have been notified by several investors of the Xyience Company, some who have pending lawsuits, that Xyience is currently being investigated by senior counsel for the Securities and Exchange Commission for illegal money raising and that investor funds are possibly being diverted into shell corporations set up by Xyience's CEO Russell Pike. Pike has been imprisoned for these type of actions in the past. We are in contact with the SEC, and have verified the investigation.

Attached are several articles sent to us by these investors, displaying Russell Pike's previous criminal history.

We have also been in contact with Phoenix Labs, a manufacturer of Nutritional Supplements for the industry. Xyience owes Phoenix Labs over $500.000.00 for manufacturing fees they will not pay. A lawsuit in currently pending against Xyience. Russell Pike and Paul Grady were deposed on October 12, 2006, regarding this Federal Case #CV06-1859.

Dymatize Nutrition is also filing suit against Xyience. Xyience owes this supplement manufacturing company over 2 million for unpaid manufacturing fees.

Recently, our office has also been contacted by Basic Media Group, who is the publisher of Real Fighter Magazine. Xyience refuses to pay for their share of the production of the publication and exclusive advertising rights for the Real Fighter Magazine given to Xyience.

Also, we have been contacted by the Nevada State Athletic Commission. They have been advised that Xyience's Russell Pike and the president of the Ultimate Fighting Championship, Dana White, have been coluding with each other to lockout all other supplement sponsors from advertising with the UFC. White is also directing which fighters Xyience sponsors and locking out other supplement manufacturers from advertising on Spike TV during the Reality Show. We are investigating further for a possible payoff accuring by Xyience to Dana White for this exclusive arrangement.

Lastly, sources have just notified our office, that some GNC executives might possibly have a financial interest in the Xyience Supplement company. GNC is Xyience's biggest account and they seem to be taking on all of the Xyience products in their current line.

STAD 8/19/07

A class action law suit is currently being drafted on behalf of several investors and former employees who have claims against the Xyience Company and it's convicted felon Pike, as well as other officers of the Xyience company.

We will be in touch as things progress.

Regards,

John Miller
Director
Criminal Complaint Division
Consumer Affairs

-------------------------------
Cheap Talk? Check out<http://us.rd.yahoo.com/mail_us/taglines/postman8/*http://us.rd.yahoo.com/evt=39663/*http://voice.yahoo.com>Yahoo!
Messenger's low PC-to-Phone call rates.

**Form Number 1**

# EXHIBIT 2

FIGHT ZOO POSTS:
http://fightzoo.com/index.php?cmd=/public/blog/view/id_56/

billythekid78
07/29/2007 19:49:32
I think it is an oversimplification to label Bergeron as "crazy" as this implies to many that he is also stupid or inferior in some way. In fact, he is very dangerous to the people he dislikes. It should be fairly easy to show that Bergeron's behavior is one of an obsessive person who feels no compassion for anyone, will use any trick or dirty tactic, shows no remorse or feeling for his victims, feels justified in his campaign, will spend an unbelievable amount of time and energy (unpaid) devoted to destroying anyone that gets in his way; he won't give up ever, unless he is made to, and his unbelievable attention and energy directed at someone else or made to by the court system or the law. He is clever, devious, and will use every trick in the book to reach his goal, which is constantly morphing. His personality/psychological problems are consistent with his aggressive ranting and raving actions. This is consistent with his personality problems, which allow him to take a inch and get a mile, so to speak, with a cause he decides to go all in on, and fight to the bitter end. He self-justifies his behavior and is clearly paranoid and defiant of societies norms...He absurdly refers to himself as a "journalist" seeking the truth, exposing wrongs. This is simply a smokescreen for what his real goals are to destroy his "enemies" and the other wronged parties, all for his personal satisfaction, his delusions.
Ok, so the fact that he attended the Air Force Academy in Virginia shows he is very intelligent, but not necessarily sane or able to get along with others or society...In fact, in my personal experiences, I have found that many men that were in the military were unable to mix into normal society because many tend to be "hardcore", rigid, ritualistic, "standoffish", defiant, power-hungry, unsociable around normal people, unable to take orders from those they didn't see as a "superior", at times outcasts, pure and utter failures at getting along with others not of their ilk...Now, this may be a generalization, but it is consistent with his personality as I see it. He feels he is an outsider, and doesn't get the respect he deserves, so he takes what he feels is his, and he is clearly very aggressive and enjoys a "good fight" (he mentions so much many times, in fact, challenging parties involved to a fight anytime he says, as he is a fighter in training he says. In other words, his people skills are those of a thug, and in my opinion, he has become increasingly distant from society and more hardcore and violent, less of a "journalist" with ethics as he has thrown those out the window to get what he wants, self-recognition in his own little world where he is very important (in his imagination)...
One of his MMA sites is the following, just showing how strange this guy is, he created a huge website as a profile on a fight site. This site URL is:
http://fightclubonline.com/profile.php?sub_section=username&id=Boxer_47
This is must reading, as he shows many pictures and a lot about himself. This is interestingly only one of his several profiled sites. He interestingly enough hasn't even logged into this site in almost 6 months, He has abandoned this site for a newer site MySpace site which is much more hardcore, and is clogged with so much junk that you can hardly navigate it:
http://www.myspace.com/BUCKNAKED47, adding to a picture of an obsessed person.
THIS WAS TAKEN FROM HIS SITE. Bergeron just happens (of all things!) to be a clever and devious webmaster, a frustrated writer, has a bone to pick with a lot of people or society in general, is obviously mentally ill to a point (to be determined), and is very clever and resourceful! He has spent I figure at least between 600 to 1000 hours in his campaign against us, spent in chatrooms, calling his "sources" whom he networks with, thru phone and email communications; he recruits sources from those who hate us, disgruntled ex-workers, those in lawsuits, ex-partners and ex-business associates who have a bone to pick; spies he recruits; email blasts of company rosters and others obtained from within his networks; "sources" he offers anonymity so they can get their 10 cents in, or anonymously attack us, even though their identities are usually obvious as Bergeron can't help himself by letting it

**Form Number 1**

out; designing websites against us; threading chatrooms and fight sites with his ideas and advertising his sites for unique hits and to cause overall trouble for Xyience and damaged parties by seeding the clouds, so to speak, with rumor, innuendo, outright lies, slander, etc; using both Google free webmaster tools and free Wordpress OS blogging software and plugins; creating and distributing throughout the internet videos of Xyience to defame, make fun of, slander, libel, etc using YouTube, Yahoovideo, Break.com, MySpace, and other sites he can add it to including his threads; creating a radio spot blog which he tried to put all over the place on the net, chat rooms, his website, other places he identified as useful to his campaign against Xyience, Russell Pike ...

If he were to be paid for a "positive PR" campaign on the up and up, at the amount of energy and time for one person to do this, I figure the amount of money he could charge would be 1000 hours X $35 an hour would be $35,000. You can tweak the numbers, but figure Bergeron has spent about between $20,000 and $60,000 of man hours of his own time and energy to engage his campaign of terror against Xyience, Russell Pike , and the other damaged parties...This cannot in any way be considered an act of "journalism" or of normality! And this backs up my assertion that he is doing all of this because of his mental illness clouding his own suspect judgment. I wonder if he was ever sane, however now as he gets older he is clearly getting worse. And he adds a twisted sense of "justice" and self-congratulatory patting himself on the back, for his actions by saying repeatedly that he isn't getting paid for any of this exhaustive and obsessive "work" and that this proves his "love" for journalism and seeking out the truth and exposing corruption and inequity.

And for all these reasons, any court should put a stop to this! He cannot hide behind the "first amendment rights" and "freedom of the press" for what he is doing.

====>My favorite maxims are: "You can do anything if you put your mind to it" and "Never give up! My goal in life is to help others and be remembered as an honest and giving person. I love movies, interesting characters, and a blank page in front of me to fill up with text. Drop me a line if you think you're worth writing about, or if you'd like to learn more about my photography skills. Everyone has a story!

PHOTOGRAPHYVIDEOGRAPHYWEBSITE PACKAGESCALL RICH AT:617-209-4325

CONTACT RICH AT RICH.BERGERON@GMAIL.COM OR BOXER_47@YAHOO.COM FOR COMPETITIVE PRICING ON ALL KINDS OF WRITING SERVICES IN THE NEW ENGLAND AREA AND BEYOND.

WRITING, TRANSCRIBING, DESKTOP PUBLISHING RATES

CALL ME TO NEGOTIATE PROJECT RATES

617-209-4325WEDDING PHOTOGRAPHY PACKAGES START AT: $300

MODELING PORTFOLIOS ALSO AVAILABLE!! CALL FOR ALL MY AFFORDABLE RATES ON FAMILY PORTRAITS AND OTHER ALL-PURPOSE PHOTOGRAPHY.

He most likely suffers from one or several personality disorders, with some traits of several of the disorders. Personality traits are enduring approaches to the world expressed in how the person thinks, how he feels, and what he does. Traditionally they have been viewed as unconscious processes. When traits become rigid, dysfunctional, and cause distress in self and others they may be diagnosed as a personality disorder.

I'd say this study into his personality is relevant because this man is not merely an inquisitive reporter who is "trying to dig up the truth" as he likes to say. He started this campaign of terror against us in January or earlier it appears, and has completely been obsessive in spending a huge amount of unpaid time in harassing us, designing sophisticated websites, engaging a campaign of threading and blogging against us, confiding in and working with a known criminal (Mark Neiber) who directs him on what to say and do (which a credible reporter would never let himself fall for, this person is much more than a "source", he is a mentor, confidant, and partner in this slander.)

His personality problems are now our problem! His personality problems are not bad enough that he needs to be psychiatrically hospitalized, but clearly is on the borderline of fantasy and reality. He has a paranoid viewpoint. He is too manipulative to be a successful journalist, as evidenced by his lack of stable employment in that industry (his website on Myspace details the multiple newspapers he worked for, moving around from paper to paper for no real justifiable reason, except that he may not be able to get along with others, and this would be typical in the paranoid person). He has been caught lying many times to get information he desires, almost like a detective with a license to say and do whatever to get ahead on his story. He is grandiose. He has been heard by me on a voicemail he thought was going to Andrew Kriechbaumer (I saved it), and he clearly is manipulative in tone, directive, uses pressured speech, sounds self-important, etc. He clearly is menacing in tone as well, threatening not to "expose" Andrew if he calls "and gives his side of the story" otherwise he "will run what he has and this can't be stopped". It sounds like a bad detective using license to lie and manipulate in search of the story he wants to hear. Well, it shows that Rich Bergeron is not simply a reporter calling to confirm sources or stories, he is much too rigid, focused, and has strange mannerisms to be a normal reporter. Because of his odd behavior, I bet his work history is filled with conflict, fighting with others at work, rigidity, and unprofessionalism. This has to be a reason he is unemployed and "seeking employment" as a reporter again he says. He tended to work at small non-descript newspapers, and with his iron-grip focus and passion, he could not be able to work around normal people. He may have the skill set to be a news reporter, but his mannerisms and personality traits are dysfunctional, and he has shown to be way too aggressive and demanding to be around normal people, but he fits right in with his dealings with Mark Neiber who is easily tagged as being a sociopath or criminal deviant. The fact that he has blindly taken on Neiber's cause without considering his negative profile shows his aggressiveness and lack of either ethics or a sense of sanity (I'd say the latter).

The reason that figuring out his personality profile is so important is to be able to show a court or judge why Bergeron is so dangerous to Xyience and people he has targeted, his overly zealous passion towards his cause has morphed into a tirade against the damaged parties and he clearly shows a pattern of harassment of us, libel, defamation, and stalking. His stories as a set have no use other than to satisfy his urge to destroy us; his "expose" has no real market as a story, he can't sell it to any reputable journalistic venue (Lord know he has tried!); his articles, postings, and websites are easily identified by his target audience as being SPAM, manipulative, non-journalistic, the rants and raves of a madman (these are all comments he got sent back from real UFC fight fans whom he assumed would latch onto his stories and demand more! Shows he is somewhat delusional and grandiose)...A court must be able to see that Bergeron cannot hide behind "freedom of the press" claims, that his style of "reporting" is a sham and not viable in any way. No normal journalistic venue would ever run this story for fear of libel claims, lack of clear proof, non-validity, non-professionalism, etc. The fact that Bergeron would continue to spend hundreds of hours chasing this story is clearly ridiculous and shows a pattern of delusional or obsessive thinking. His claim on a post that he welcomes a court of law to show the court how bad Xyience (and other damaged parties are) is absolutely ridiculous. He sounds grandiose and egotistical and self-important on that post. He would refuse normal legal counsel as he doesn't need that, he would use the stage to go into even more sordid details of what he knows he says, and welcomes the opportunity. This shows more paranoid thinking, obsessive thinking, rigid thinking, and other dysfunctional thinking. In any court action he should be considered for an Independent Psychological or Psychiatric Exam to determine his competency and reveal his true reasons (not the weak excuse of being a "journalist" and to expose the story for the world, and to protect potential victims he says) for his smear campaign against Xyience and other damaged parties (Pike, Weldon, Solomon, A. Kriechbaumer, and many others)...

He perhaps shows "Narcissistic Personality Disorder" in that he "reacts to criticism with feelings of rage, shame, or humiliation (even if not expressed)"...One can see his anger upon being jabbed at on posts to his threads by me and others. He becomes so angry that he fires off very long emotional and angry replies which leaves one almost breathless. He replies in a way which leaves him looking very

**Form Number 1**

unprofessional which he doesn't seem to care about, as he is so anxious to get out his feelings of hostility about being criticized.

2) He is interpersonally exploitive: takes advantage of others to achieve his own ends: notice the very manipulative voicemail left for Andrew Kriechbaumer. Notice his strange use of friends tools to latch onto anyone that views his stuff or reaches out to him. He then strangely says these people are all his "friends", using these contacts as manipulation to raise his search engine rankings, showing he is both clever and manipulative. His high level of lack of ethics for his "reporting" is not consistent with a reputable and ethical journalist, another reason his website and blogs should not be considered journalism with its inherent protections against libel claims.

3) Has a grandiose sense of self-importance, such as exaggeration of achievements and talents, expects to be noticed as "special" without appropriate achievements. This would be evidenced by his unreasonable display of his various short-term newspaper jobs as showing his prowess as a reputable journalist, which he clearly is not!

4) Has a sense of entitlement: unreasonable expectation of especially favorable treatment. This would be evidenced by Bergeron's belief that whatever tactics he uses against Xyience are both justified and legal, even if he has caused great damage to the company and its reputation, as well as the damaged parties.

5) Lack of empathy: inability to recognize and experience how others feel. This would be evidence by his utter lack of concern or feeling about the tremendous damage he has caused Xyience and the damaged parties! He has no guilt or feeling of caution about the things he says and the way he present them, or the damage inflicted, except to express that "(he hopes to) destroy any shareholder value" for a shareholder or employee he sees not as a victim but as part of the enemy, a innocent casualty of war so to speak, collateral damage which is acceptable in his eyes in order to satisfy his prime objective, that of destroying Xyience and the damaged parties, mostly Russell Pike , whom he has a special hatred of (even though he has never actually met or talked with him, and he shows no personal involvement with ever, other than what he perceives in his mind)...This shows some manner of psychopathology.

6) Is preoccupied with feelings of envy: His diatribe against Xyience, Russell Pike , Dana White, the UFC, and others reveals his inner hatred towards anything he is jealous of, as he clearly shows in his stories a theme of desiring to destroy any successes of these parties. This is not journalistic ethics at all, but a twisted version of journalism that he uses as justification for his smear campaign...this shows his deviousness and obsession with this subject, not defensible as "journalism".

The person with a narcissistic personality disorder displays grandiosity about his importance and achievements. This grandiosity is unlike the delusions of grandeur seen in schizophrenia or bipolars...The grandiosity is somewhat based in reality but is distorted, embellished, or convoluted to meet the person's needs of overvaluation of self-importance. For example, the person may say they were a star football player (or reporter for a newspaper or newspapers in his case), but doesn't say the truth that he barely made the 2nd string high school team (or piddled around at various small-time newspapers doing nothing of importance and getting fired for reasons such as lack of journalistic credibility or ethics, for example...)

The narcissistic person over evaluates himself, is arrogant, and seems indifferent to the criticism of others. Those around him are often seen as superior or inferior. The person has difficulty in knowing what is appropriate or inappropriate (or ethical) behavior. They are self-important.

Mr. Bergeron also shows facets or traits of the following: Antisocial Personality Disorder – The main feature of antisocial is a pattern of the disregard of the rights of others that is usually demonstrated by the repeated violation of others' rights (ours) in the form of unlawful (or unethical) behaviors, involving aggressive or illegal activities (his smear campaign). People with this disorder may appear to

be charming and intellectual (Bergeron is to many charming and sneaky, as well as very clever and intelligent, and he gets what he wants)...They are smooth talkers and rationalize their (unethical or illegal) behavior. They recognize that they create hostility from others due to their behavior.

(AND) Paranoid Personality Disorder (he questions without justification the loyalty or trustworthiness of his "sources" such as Mark Kriechbaumer & Mark Neiber who both clearly have ulterior motives and are using Bergeron for their own personal gain. Also, he bears grudges and is unforgiving of insults. He is easily slighted and quick to react with anger or to counterattack (note his rambling, profanity-laced, long and angry responses to posts by Ron Solomon, William Pike, John Chadwell, who were in many instances trying to get such a reaction out of Bergeron to have him make a mistake in strategy of disclosing his real sources or his real strategy of his smear and harassment campaign)... Persons with paranoid personality disorders are unable to laugh at themselves and are often humorless and serious (this is clearly the way Bergeron acts)...Speech is logical and goal directed, although the bases of arguments are false (enough said!)...They may appear to be cold and usually lack sentimental and tender feelings (this is noticeable as well in our dealings with Bergeron)...

THESE EXCERPTS TAKEN FROM DSM-III-R mental health diagnostic criterion. I am not a mental health professional, but merely show patterns in Bergeron's behavior, interactions with others, his rantings and ravings on his websites and blogs, his obsessive attention to details, his intense hatred for Xyience and the damaged parties even though none of us have ever met him or he has no claim to any damages from us. His behavior must be understood to see why he is doing all of this against the parties in the lawsuit.

**From:** billythekid78
07/29/2007 19:38:42
Your a head case, you need a good psychiatrist to help your paranoid personality, your a narcissistic psychopath. **You will get yours my friend!**

**From:** FightNewsUnlimited
07/23/2007 11:41:09
Billy the kid is Billy Pike, and he's just trying to stick up for his brother. If you want to see the whole truth and nothing but the truth go here:
http://www.unlimitedfigh tnews.com/id16.html

**From:** billythekid78
06/16/2007 15:07:55
The faggot who wrote this post is a real tool. He sits around and beats off to sweaty fighters, read his crap and you'll be part of his faggot trail of favorites on his gay myspace threads!

THE XYIENCE STORY CONTINUES

By: FightNewsUnlimited
Mood: Choke
Date: 03/18/2007 04:30:49
My Links: None

**Form Number 1**

http://unlimitedfightnews.com/wordpress/?p=26

MEMBERS COMMENTS

YOUR COMMENT:

-- Font family --Andale MonoArialArial BlackBook AntiquaComic Sans MSCourier NewGeorgiaHelveticaImpactSymbolTahomaTerminalTimes New RomanTrebuchet MSVerdanaWebdingsWingdings -- Font size -- 1 (8 pt) 2 (10 pt) 3 (12 pt) 4 (14 pt) 5 (18 pt) 6 (24 pt) 7 (36 pt)

Path:

[ MORE EMOTICONS ]

VIEWING 1 - 4 OUT OF 4 COMMENTS

From: FightNewsUnlimited
07/30/2007 21:14:42
Russell Pike's brother William Pike is obviously on a rampage. It's clear that my reporting is affecting their bottom line, and he must not be getting his normal allowance anymore.

[ DELETE ]

From: billythekid78
06/15/2007 12:47:13
Anybody who goes to "unlimitedfightnews.com" is a pansey and deserves to get pile-drived right thru the babeing ground. This site is full of viruses, babeed my system up bad, now I am devoting my life to ruining them! I am crazy just like Rich Bergeron, fight faggot fan.

[ DELETE ]

From: billythekid78
06/15/2007 12:44:58

Fuck you Bergeron faggot! Xyience is one of the coolest sponsers of UFC, when UFC was really struggling, they sponsored the fighters and are a big part of the fight scene. They are being stalked by these real babeups named Rich Bergeron and Mark Neiber who spend there days beating off to each other's voices! Ha Ha!!! So read into it for yourself, if you like MMA fights like I do, just be real and don't get all mixed up into this shit about who sponsors the UFC fights or not, what really matters are the fighters and the fight fans! Who gives a shit about Burger King or whomever that is sponsoring the fights, just be glad the fights are there! OR we'll be stuck with friggin' Tyson vs. Rocky XX !!!!!

[ DELETE ]

From: hitbelowthebelt
03/26/2007 13:54:09
You like facts? Check these out on your "sources," Mark Neiber and Maurice Owens

Mark A. Neiber Police Reports

Report Date Report Information

09/10/05 Maui County Police Dept. Dist Report # 05-80999Tel # 808-244-6400Abuse of Family Victim: Patricia Weldon,Perpetrator: Mark Neiber-Arrested

04/20/06 Las Vegas Metro. Police Dept. Report # LLV060420001732Tel # 702-229-3111Harassment.

06/02/06 Las Vegas Metro. Police Dept. Report # LLV060619002673Tel # 702-229-3111Stolen Property: Passport.

06/19/06 Las Vegas Metro. Police Dept. Report # LLV060619002901Tel # 702-229-3111Harassment, Death Threats.

06/20/06 Palm Springs, CA Police Dept. Report # D617100-33Tel # 760-902-5807 Contact: Officer Don DoughertyAssault on 02/17/06.

06/23/06 City of San Diego, CA Police Dept. Report # 06037071Tel # 619-531-2231 Contact: Officer Harvey #4594Domestic Violence, Death Threats. Alleged

10/30/06 City of Corona, CA Police Dept. Report # 06-15375Tel # 951-736-2334 Contact: Officer Caliva # 001504Death Threats, Stalking.

11/01/06 Las Vegas Metro. Police Dept. Event # LLV061101-1694Tel # 702-229-4451, 3581

11/04/06 Palm Desert, CA Sheriff's Dept. Report # S030822Tel # 760-836-1600Harassment.

11/22/06 Las Vegas Metro. Police Dept. Event #LLV061122002407Tel # 702-229-4451Violation of Temporary Restraining Order.

**Form Number 1**

12/04/06 Las Vegas Metro. Police Dept. Event # LLV061204001550Tel # 702-229-4451Threat against a person

01/12/07 Las Vegas Metro. Police Dept. Event # LLV070112001847Tel # 702-229-3111Violation of Temporary restraining Order.

01/17/07 Las Vegas Metro. Police Dept. Event # LLV0701171430Death Tretas, Violation of TPO.

01/23/07 Las Vegas Metro. Police Dept. Event #LLV070123002562Extortion, Threats

01/23/07 Las Vegas Metro. Police Dept. Event #LLV070123002562Extortion, Threats

01/23/07 Las Vegas Metro. Police Dept. Event # LLV070123002562Extrotion. Victim: Xyience, Inc

01/30/07 Las Vegas metro. Police Dept. Event # LLV070130002461Assault with a Deadly Weapon.

01/30/07 Las Vegas Metro. Police Dept. Event #LLV070130002652Violation TPO (2 Counts):

02/25/07 Santa Ana, CA Police Dept. Report #07-07884Tel. #714-245-8360 Contact: Jime RodriguezThreats. Victim: Ronald Solomon.

• Restraining Order # T92205 with the Clark County, NV Court• TPO Violations: Detective Metzger 702-828-8240• Extortion, Death Threats: Detective Martines 702-828-4017

State of Nevada vs.Maurice W. Owens

ID #1585475 Just Ct. 98-FH-00942Convicted of Theft 02/08/2000

[ DELETE ]

THE ABOVE INFORMATION CAN BE SEEN FIRSTHAND AT:
http://fightzoo.com/index.php?cmd=/public/blog/view/id_100/

MESSAGES FROM "MR TRUTH UNTOLD"

**VIEW MAIL**



**F**
**R**
**O**
**M**
**:**

mrtruthuntol
d

**Form Number 1**

| | |
|---|---|
| **DATE:** | 02/11/2007 |
| **SUBJECTS:** | just a thought |

1151

Your friend Nick wrote me and this is what I said.. Shit, millions, I wish! Rich you do what you think is best. I have tried to tell you that I am not anyone at Xyience. It is NO sweat off my balls what you have to say about Pike or anything else. I am after one person and one person only... You know who that is. So, write what you have to and assume what you need. Just one thought, what happens in a few months when you finally except that I am someone other that what you believe and all of this shit talking and comments that you are making about an actual person are found to be unfounded? Well, I would hate to be in the wrong on that day.
Nick-
I can appreciate your interest as well as everyone else. I have never claimed to be PIKE

or anyone else at Xyience. Like Rich, I am an outside person who has a friend who works for Xyience. Sure, everyone has their own past and mistakes. I know some of the back stories about Phoenix labs and other issues that clearly are negative. Point is.. that is not what I am about.. clearing anyones past mistakes or bad business deals. I am about outing a con artist and a violent ex convict who started this entire smear campaign. I posted that info about him, MARK A. NEIBER. This person is an ex subcontractor of Xyience. He has created over 12 bogus email addresses and myspace profiles. He has portrayed himself as "John Miller," a government official, and FBI agent and a doctor. He likes to use photoshop to create documents from actual letterheads..
He likes to con women and businesses.. he likes to beat women.. and anyone that upsets him or stops him. Rich is pissed because he posted a bogus email from "John Miller," YES some of it is obviously true.. other parts are NOT.. I aksed for the myspace blog to be removed as it was untrue and authored by a ficticious person.. that alone should have been enough for him to remove it. He didn't and myspace deleted his profile. I do not agree that they did this.. If it was just the

**Form Number 1**

BLOG.. that would have been fine.
In short....... I am NOT Pike.... I cannot say that enough... he chooses to believe something else. THINK about it! DO you think that a president of a LARGE company would have time to post and respond to this site as well as myspace and others? If Rich is such a great researcher.. tell him to CALL Xyience HQ in Vegas and demand to talk to him.. how simple..