# EXHIBIT
# 13
# PART B

**Form Number 1**

**Form Number 1**

**Form Number 1**

POSTED BY: FightNewsUnlimited on 02/08/2007 22:26:42 [ QUOTE ]

Hello all,

I just found it necessary to address some issues "stirred up" by my latest blog, as Zookeeper predicted :)

I believe that Xyience President Russell Pike himself is out there now attempting to assassinate my character by saying I posted some slanderous email. First of all, the email I posted came from a reliable, trusted source, and I posted it with the cautionary note that we had yet to verify all of the content.

We did verify much of what was in that email, and hence the latest blog, which is all based on absolute fact. If you want the documents yourself, you can shoot me your email address, and I will forward them to you. They show what amounts to a classic coverup operation that unfolded in the Phoenix case. Xyience's own legal team gave up on defending the case, and key witnesses from Xyience conveniently left their jobs when it was time to be deposed.

I have nothing against Xyience. I got a tip and acted on it. If anything, I am now MORE committed to exposing the true nature of this case now than I was when I first posted the email and then the follow up story. I probably would have let it all go if it had not been for Pike's cowardly harassment from a dummy profile on MySpace. That spineless attack led to thousands of hours of my work to earn an honest living being

destroyed. To cover the tracks of a crooked ex con, my site was shut down along with the connections to more than 5,000 friends.

I was willing to take the email down as long as Pike agreed to an interview. He balked, and it's no surprise. His profile on MySpace was subsequently deleted, too, for his harassment of me at my other profile there.

I am a fighter by nature. I don't get punched in the eye and walk away. I stand my ground. As a writer, I operate the same way. Pike has struck a blow against my livelihood, and although I honestly would like to call him every name in the book for it, there's a certain style to a good fight. There are rules. There's no eye-gouging allowed. I will take the fight to the realm of my research, tying together every bit of information I can out there to expose what else he is hiding. I have done my share of investigative reporting before, and when I see someone squirm like he is squirming, I know there must be a reason for it. There is more to this than any of us know right now.

Stay tuned. I have a follow up story brewing, and it just might be way too big for a simple blog. I am going to be pitching some ideas to some major magazines on this one, because it's big.

POSTED BY: mrtruthuntold on 02/10/2007 06:39:18 [ QUOTE ]

This is what I mean… about verification and research… DO YOU KNOW FOR A FACT THAT PIKE had your myspace profile shut down?? Do you know for a fact that PIKE is contacting you?? I asked for your blog to be deleted but not for the profile to be deleted. How can you write a one sided article without ANY comment from the other side? Have you called anyone at the Xyience H.Q.? The answer to that is NO

… Reliable source!? I know your source… for that email, and he is NOT reliable… he is an ex felon… convicted of aggravated mayhem, torture and assault with a deadly weapon. He was convicted in 1998 in San Diego, CA. case #SCD 132920. Mark A. Neiber (a.k.a. John Miller) born 12/31/1960

(govaction2006@yahoo.com< em>.. does this seem like an official gov. email address???)

So, you see everything that you have written on this particular blog… is untrue.. I AM NOT PIKE… if you have an issue w/ anyone.. it is me.

One more thought... If you cannot prove that Pike is responsible for all the claims that you have made.. against you... Hmm, do you not consider that slander? I mean I am and have been telling you that I am not who you think I am but you are still making slanderous claims against somone who probaly does not even know about you... How would you think you would respond to someone like yourself if they where slamming your name without "research?"

**Form Number 1**

The only reason I have not identified myself is because I am closing the doors around the con who started the smear. The less he knows about me the better.

I could let you go on and think it is Pike and keep doing what I need to do.. but you see, I actually have researchd all of this and I have standards to my ways.. try it some time.

Back To Top

POSTED BY: FightNewsUnlimited on 02/10/2007 12:17:58 [ QUOTE ] [ DELETE ] [ EDIT ]

I have sent you all the research, and you know that. I have contacted Xyience headquarters for a response and have heard nothing. Like you said yourself, the best response is no response.

As for whoever you think I got my information from, I have no idea who you are talking about with that convicted felon crap. I do know Pike is a felon, and I got that where I got the rest of my research: From the US GOVERNMENT'S PACER SERVICE SYSTEM, which I have access to. This site has all the documented evidence about the blog you have yet to address. I have already admitted the information in the email was secured through a third party, and I never contended that it was all true, though I have suspicions that most of it is and was true at the time I posted it.

Why don't you stop bitching and moaning and address the story about Xyience's legal issues? What you are talking about is something that is no longer even accessible. Whether you meant to do it or not, you had my entire profile deleted, and you started this shit storm, so how about addressing the real story here and quit your hiding and whining. If you really have cahones, you will call me yourself.

As for research, how can you expect anyone to believe you have done any research at all if you can't even spell my name correctly?

--------------------------------------------------------------

FIGHT NEWS UNLIMITED
Back To Top
08/17/2007

POST REPLY
Jump to Forum BOXING I saw that on TV Misc. Fight Talk Not Necessarily Fighting Site Help The Main Event Training Forum Underground Wrestling

TERMS & CONDITIONS | HELP GUIDE | CONTACT US | INVITE | BROWSER COMPATIBILITY | ABOUT US | GET INVOLVED | SUBSCRIBE | ARCHIVE

*** FightZoo.Com - The Fight Community, MMA, KOTC, UFC, Ultimate Fighting, Boxing, WWF and More! ***
Partner Sites: FishingFiles.Com

**Form Number 1**

# EXHIBIT 3

INTERNET LINKS TO FURTHER EVIDENCE AND CORROBORATING POINTS

FIGHT NEWS UNLIMITED'S XYIENCE SERIES PAGE:

http://www.unlimitedfightnews.com/id16.html

*Note: the above page includes links to various court documents relied upon for evidence in the Xyience series, and this is only a partial list of all the case documents Bergeron has in his possession.*

JOHN CHADWELL VIDEO:

http://video.google.com/googleplayer.swf?docId=-7920964797475344386&hl=en

FORUM AND STORY LINK POSTINGS:

http://meatheadedlibertarian.blogspot.com/2007_03_01_archive.html

http://www.mmaforum.com/ufc-discussion/14538-spike-not-cool-xyience-anymore.html#post196272

http://www.fightopinion.com/2007/06/04/trouble-for-ufc-sponsors/

http://www.sherdog.net/forums/archive/index.php/t-446310.html

http://www.sherdog.net/forums/archive/index.php/t-352081.html

http://www.sherdog.net/forums/archive/index.php/t-509044.html

http://www.sherdog.net/forums/archive/index.php/t-509044.html

http://www.sherdog.net/forums/archive/index.php/t-370255.html

**Form Number 1**

http://www.marketingymedios.com/marketingymedios/search/article_display.jsp?schema=&vnu_content_id=1001002039

XYIENCE SERIES ARTICLES WITH COMMENTS:

http://unlimitedfightnews.com/wordpress/?p=26

http://unlimitedfightnews.com/wordpress/?p=252

http://unlimitedfightnews.com/wordpress/?p=245

http://unlimitedfightnews.com/wordpress/?p=227

http://unlimitedfightnews.com/wordpress/?p=196

http://unlimitedfightnews.com/wordpress/?p=176

http://unlimitedfightnews.com/wordpress/?p=149

http://unlimitedfightnews.com/wordpress/?p=87

http://unlimitedfightnews.com/wordpress/?p=44

http://unlimitedfightnews.com/wordpress/?p=43

http://unlimitedfightnews.com/wordpress/?p=42

http://unlimitedfightnews.com/wordpress/?p=331

SLANDEROUS AND LIBELOUS BLOGS AGAINST BERGERON:

http://www.blogger.com/profile/14977171689598840515

http://neiberbergeroncamp.blogspot.com/

http://neiberbergeroncamp.blogspot.com/2007/04/bergeron-is-for-sale-part-2.html

# EXHIBIT 4

**Form Number 1**

# FIGHT NEWS UNLIMITED (View site »)

Howdy, **rich.bergeron**. [Sign Out, My Profile]

1. Dashboard
2. Write
3. Manage
4. Comments
5. Blogroll
6. Presentation
7. Plugins
8. Users
9. Options
10. Comments
11. Awaiting Moderation (8)

## Comments

Show Comments That Contain... [72.193.39.135] [Search] [view] (Searches within comment text, e-mail, URL, and IP address.)

View Mode | Mass Edit Mode

12. **Mark Neiber** | lostidahoinvestor@yahoo.com | IP: 72.193.39.135

Oh, this one is cute!
Romance Reclaimed
A dance shared years ago,
Close and clinging to each other,
A warm conversation in the fall air,
An undiscovered love that had to wait.
Never did we know how long it would take.
How many years would pass us by,

Until we reconnected and talked again.
Just like we never strayed from each other's side.
Other loves and romances came and went,
As we wondered what could have been
Way back when.
Hours locked in conversation on the phone
Brought us right back where we started then,
Lost and scared and not ready to commit,
To something we knew would be intense.
Something deep and divine and tempered by time.
Something now stronger than it could have been
When we were young and unprepared
For the magic of two minds shared like one.
A walk in the snow, she proposed,
And I melted at the very thought.
Strolling along with her hand in mine,
Our thoughts drifting with the wind.
A phone line keeps us together.
Her voice keeps my spirits high.
The hope of finding what we left behind
Warms my heart and makes me smile.
The holidays are almost here,
But it's her that gives me cheer.
Her that makes me think of days to come
And the first time we'll meet again.
Hapincss, she says…
Is all everyone wants.
I agree and know it's there to find.
There in her eyes,
In her smile,
And in her thoughts.
To know that she still feels for me is to know serenity.
The memories are still fresh, and so are we,
Ripe and ready for whatever we can make of this.
Filled with anxious energy and joy,
Just knowing we've got the chance
To right an old forgotten wrong.
It's cold outside,
But I am warm within
If only because I know
She wants me to be.

Jul 18, 1:01 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

13. **Mark Neiber** | lostidahoinvestor@yahoo.com | IP: 72.193.39.135
I knew you where wired a little tight but after reading yor poetry dribble, get laid will ya! Whats painful is reading this.
By: Rich Bergeron
It is so painful to know what true love really is
And never even come close to discovering it.
Like an aging indoor tomcat never feeling
What it's like to wander and roam outside
I sit there on the other side of the window screen

**Form Number 1**

Always able to see exactly what I want
But forever unable to attain it.
The flowers bloom, the critters hop about, and the bugs dance in the air,
But I have never been able to sniff, chase or swat them outside my dreams.
I have tried time and again to make my escape.
Every time I hear a door open I run for it,
But it is always too late.
I have loved before and felt what it is to be loved.
It is not that I am a shy, unbecoming, homely virgin,
But I don't have a chiseled physique or a movie star's face, either.
I am just an average man looking for an above average mate,
A companion I would be happy to spend every waking and unconscious moment with.
But, sometimes I wonder whether anyone honestly finds true love, anyway.
Not even those mean, muscle-bound, baby-faced bad boys women so often flock to.
They can take their pick of the litter, but they want them all.
I just want one… one special, perfect match for me.
Having a romantic, freewheeling, optimistic outlook on life,
I always believed I could find her someday.
At different times I thought I might be ever so close
To that giddy, lighthearted feeling of true love's bliss,
But each time I discovered it was only a cruel mirage.
Love is so much work, so much pure sacrifice,
So much trial and error, and so much futility
When a lover turns out to be a hopeless mismatch.
It is often worth the heartache but seldom easy to bear the resulting pain
When a relationship meets the inevitable, bitter end.
So often men substitute convenience and comfort for meaning and purpose.
Instead of searching for truth and substance,
We become mired in the pursuit of the superficial
Never knowing the satisfaction of completing a noble quest
or serving a worthy, selfless, serious cause.
Most are all to often driven blindly by desires more than principles.
Philistine philandering has never been my nature,
Although at times I wished I could be so shallow
As to pursue women for sport, reveling in each capture.
Instead, I go through life as a painfully shy, brutally honest, bumbling romantic,
Falling for every woman I've ever loved
And never looking upon any companion as a possession of mine.
I am not jealous or overbearing at all in love.
And perhaps my ultimate folly is that I love my dreams the most,
More so than any woman in the world, no matter how seductive she may be.
I love the written word and the bounty and burdens that come with the power to produce great art.
Whether it is for entertainment or education,
There is no other joy parallel to knowing
Readers devour the prose you have produced
Or hearing that what you've penned is fully appreciated.

The only problem lies in the unwritten expectations
Society places at the feet of all great writers,
Expectations which the best scribes often unintentionally double,
Heaping all kinds of abuse on themselves
For not living up to the potential of their talent.
Those who make fine careers pump out volumes of decent work,
But those who struggle keep their most magnificent masterpieces pent up,
Held back by their need to attain some unreachable level of perfection.
Brilliant men like Van Gogh and Melville made art too sophisticated for their time.
They languished as artists while alive.
Like them I have so many half-written works stewing in my head and written on tattered scraps of notebook paper,
Yet they lie unpublished in boxes and desk drawers, unfit at the moment for public consumption.
There is not enough time now to complete them all.
I will be lucky if I finish any at this rate.
Each day I find new subjects, new tangents, new missions
With which to occupy my writing time,
always trying to elucidate the most pressing matters first.
I long for a way to use my skills to help others somehow.
That is why I love the craft so very much,
For it is not a simple tool for me to wield wildly.
It is instead a mighty, altruistic and complicated web of responsibilities.
It is a journey for which I cannot pack light or fail to plan for.
If I can ever find a woman on the planet
As appealing as taking a pen to paper
I shall pass from this earth having accomplished much more than I ever expected to.
But, until I find that elusive mistress and muse
My one true love will be my art…
The art of stringing words together to make magic and inspire miracles…
And I will never let my true love go.
Jul 18, 1:00 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

14. **Crime Stopper** | stopcrime@safe-mail.net | IP: 72.193.39.135
Gee Reggie this will have a major trickle down effect! Let's see, if Neiber is not affiliated with LMC… does that mean any illegal activity that he did in the course of obtaining monies is prosecutable? And I wonder what will happen to any frivolous lawsuits initiated by him. Stand back ya all … I think there is a pile of shit about to hit the fan and certain people will have the byproduct on their faces.
Jul 18, 12:11 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

15. **Justice** | Justice.forall@gmail.com | IP: 72.193.39.135
Nice try… anyone can check on deadbeat dads and this is a false statement. Keep trying Mark. See you in August.
Jul 3, 2:39 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

16. **Arron** | eilersarod@yahoo.com | IP: 72.193.39.135
Rich, it seems like this Reggie O guy has some valid points. Did you use this John Miller, Criminal Complaint document in your article and e-mail Reggie that Miller and this agency actually existed and that you had verified it, when they did not exist and you had not? Did you e-mail Reggie and tell him that you had verified the investigations in the Miller document with the District Attorney of Clark County, when you had not? If you say you did and it ends up not being true, and there are other instances in your articles where this is the case, it seems

**Form Number 1**

to me that this Reggie, whoever he is or represents, has an excellent defamation lawsuit against you in the form of libel.

Jun 24, 2:44 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

17. **tracy** | tracy.colb@gmail.com | IP: 72.193.39.135

…hearing it read in court?? Sure, OK…

Jun 22, 1:10 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

18. **Berg** | bergeron49@yahoo.com | IP: 72.193.39.135

For the past month there has been several articles written in regards to the East Coast Blogger, RICH BERGERON. Many of these stories have focused on the criminal connection that has been linked to Mark Neiber, Vince Andrich and Rich Bergeron. There has been a lot of speculation on the origin of the connection but recently many details where uncovered that show an actual link between these individuals. An inside source has forwarded email exchanges between the individuals as recently as Wednesday, April 25, 2007. These email exchanges will are included below.

On 4/20/07, Rich Bergeron wrote:

Sounds like he is dodging you these days. What did your attorney say about your lawsuit? maybe we can find some more people who want to jump on board to sue Pike and Xyience? The more damage that we do the less chance they have to make this go public, right?

Rich

"Mark Neiber" mark.neiber@gmail.com

Hey buddy,

NO, I do not think it is a good idea for me to show up there yet. Knowing that bitch she probably has spread some more lies! I have not spoken to Vince in a while. I am sure he is nervous about all of this now. He is not used to this type of shit.

On 4/20/07, Rich Bergeron wrote:

I know that Pike and his servants must be twisting in the wind over there! Have you talked to Vince about those F'ing blogs!? What about your court date next month?? Are you going to go? I will work on another blurb before then.

Rich

Recently our resource received a phone call from Rich Bergeron's, blogger/ writer of "unlimited fight news." During the phone call our source was told that despite our knowledge and belief that he (Rich Bergeron) is a co-conspirator in extortion attempts, "we would not be able to prove it." It would seem true for this particular incident since our source did not anticipate Bergeron's phone call and was not able to tape record it. After this phone call we looked into Rich Bergeron's latest Internet Blog and found that he was up to his usual antics. Rich seems to be focused on Xyience, a company based out of Las Vegas Nevada and the former CEO. It is obvious that Bergeron has a vendetta against this company and the former CEO. The same source that was able to obtain these exchanges of emails told us that Neiber has promised Bergeron a "piece," of the settlement that he gets.

Our source has stated that they will not be a part of this unfair and unjustified attack. They have also promised additional emails that will show the truth and the criminal intent of Rich Bergeron, MArk Neiber and Vince Andrich

Posted by MNand RB at 2:02 PM 0 comments

Jun 14, 4:32 AM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

19. **Rich** | bergeron47@yahoo.com | IP: 72.193.39.135

Mark Neiber is a violent convict who is due back in court in August to face charges of extortion and stalking. Neiber has united with a wedding photographer/ substitute teacher/blogger (RICH BERGERON) to launch cyber smear attacks against a major company in Las Vegas and certain individuals.

Allegedly, Bergeron's actions have always been in question. Allegedly, his actions where questioned by his former employer, SHAKER school district. Bergeron was once a part time school teacher but was released for questionable acts with a student who allegedly was a minor. The full details are still being uncovered at this time.

Mark Neiber is facing serious charges in two states. If convicted he will be a three time offender. Neiber has over 18 police reports that have been submitted in regards to his alleged criminal activities. These reports where filled in Corona, San Diego, Palm Springs, Santa Ana, Palm Desert, Maui and Las Vegas. These charges include; stalking, extortion, theft, assault and others. This is just a simple warning about a serious offender. Mark Neiber spent time in Tehachapi State Prison in California for a vicious crime. Mark Neiber was charged with mayhem, torture and assault with a deadly weapon. His case number was #SCD132920 and his conviction was in 1998.

Currently Mark Neiber has a two warrants for his arrest. One warrant is in a addition to his current charges in Clark County and the other is from Orange County California. The charges include: death threats, extortion and stalking. His next hearing is scheduled in August where he will appear in a Clark County Court.

Below is a history of Mark Neiber's criminal past as well as the past of just one of his alleged criminal partners, Maurice "MO," Owens.

Mark A. Neiber Police Reports

Report Date Report Information

09/10/05 Maui County Police Dept. Dist Report # 05-80999
Tel # 808-244-6400
Abuse of Family
Perpetrator: Mark Neiber-Arrested

04/20/06 Las Vegas Metro. Police Dept. Report # LLV060420001732
Tel # 702-229-3111
Harassment.

06/02/06 Las Vegas Metro. Police Dept. Report # LLV060619002673
Tel # 702-229-3111
Stolen Property: Passport.

06/19/06 Las Vegas Metro. Police Dept. Report # LLV060619002901
Tel # 702-229-3111
Harassment, Death Threats.

06/20/06 Palm Springs, CA Police Dept. Report # D617100-33
Tel # 760-902-5807 Contact: Officer Don Dougherty
Assault on 02/17/06.

06/23/06 City of San Diego, CA Police Dept. Report # 06037071
Tel # 619-531-2231 Contact: Officer Harvey #4594
Domestic Violence, Death Threats. Alleged

10/30/06 City of Corona, CA Police Dept. Report # 06-15375
Tel # 951-736-2334 Contact: Officer Caliva # 001504
Death Threats, Stalking.

11/01/06 Las Vegas Metro. Police Dept. Event # LLV061101-1694
Tel # 702-229-4451, 3581

11/04/06 Palm Desert, CA Sheriff's Dept. Report # S030822
Tel # 760-836-1600
Harassment.

**Form Number 1**

11/22/06 Las Vegas Metro. Police Dept. Event #LLV061122002407
Tel # 702-229-4451
Violation of Temporary Restraining Order.
12/04/06 Las Vegas Metro. Police Dept. Event # LLV061204001550
Tel # 702-229-4451
Threat against a person
01/12/07 Las Vegas Metro. Police Dept. Event # LLV070112001847
Tel # 702-229-3111
Violation of Temporary restraining Order.
01/17/07 Las Vegas Metro. Police Dept. Event # LLV0701171430
Death Threats, Violation of TPO.
01/23/07 Las Vegas Metro. Police Dept. Event #LLV070123002562
Extortion, Threats
01/23/07 Las Vegas Metro. Police Dept. Event #LLV070123002562
Extortion, Threats
01/23/07 Las Vegas Metro. Police Dept. Event # LLV070123002562
Extortion. Victim: Xyience, Inc
01/30/07 Las Vegas metro. Police Dept. Event # LLV070130002461
Assault with a Deadly Weapon.
01/30/07 Las Vegas Metro. Police Dept. Event #LLV070130002652
Violation TPO (2 Counts):
02/25/07 Santa Ana, CA Police Dept. Report #07-07884
Tel. #714-245-8360 Contact: Jime Rodriguez
Threats.
Case Title:
DEFENDANT MARK ALAN NEIBER
Case Number:
SCD132920
Case Location:
San Diego
Case Type:
Criminal
Date Filed:
12/22/1997
Defendant
Last Name
First Name
AKA
DA Number
NEIBER
MARK ALAN
PA386801
Maurice Owens
District Case Inquiry - Charges
Home
Case 99-C-159819-C
Plaintiff State of Nevada

Defendant Owens, Maurice W
Judge Gates, Lee A
Defendant Owens, Maurice W
Status CLOSED
Just Ct. 98-FH-00942 Case*
Attorney Bell, Stewart L. Attorney Rappard, Andres R. Dept. 8
Id Number 1585475
Count
Charge
Description
Offense
Bail Plea
Negotiated
Disposed
Disposition
Sentenced
0001
205.0832
Theft
Misdemeanor
$3,000.00 1 Guilty
No
02/08/2000
PLED GUILTY
02/08/2000
Criminal screens reflect individual Defendant records. To review a Co-Defendant, select "Next Co-Def".
Jun 14, 4:30 AM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

20. **John Chadwell** | jchadwell@xyience.com | IP: 72.193.39.135
As far as being hostile or threatening you with a warning.. NOT that "threatening with a warning," makes sense. A warning is that and nothing else. Here is what you wrote to me. Can anyone agree that you where being objective and non-bias before you published this "piece," Who had already made up their mind here? Looks like from this email, it is you. You email reads below:
John,
That's why you are a security guard and not a real cop. You have no idea what the hell you are talking about. I do not really need their help to get a good story. I already have that. What I need their help for is to get a better story, but I'm willing to wait for the judge and jury to find out that tale if need be. As for my communicating with Neiber on his profile, how do you even know he set that profile up? Even if I did communicate with the person running that profile, I will not be using a shred of what he told me in any of my future pieces. I have expanded my research tremendously, and I am marketing the story to several high profile magazines right now. I know it all my friend. I bet you don't even know what I know. Have fun reading it. It will all be published soon. With or without the help of more inside sources I'm getting what I need. I just like to see all of you squirm, because I know it proves you are all scared and you all have something to hide. Thanks for confirming your fears.
Rich
Mar 18, 7:06 AM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

21. **John Chadwell** | jchadwell@xyience.com | IP: 72.193.39.135

**Form Number 1**

Dana White, the UFC and to some extent Xyience have made the sport grow as fast as it has for the good of the fighters and the fans. Xyience has paid more to the fighters than all other sponsors combined. Xyience has sponsored MMA websites and helped to make UFC available on free TV. Xyience is great for the sport.

Your goal is to drudge up regurgitated past history that was feed to you by a source that we both know, what would have been your loss to actually see things in person, ask you questions in person? What happened to your inside source? It was not an oversight, you have no inside source as you claim.

Xyience products are now in tens of thousands of stores in the United States and Canada. By the end of 2007, Xyience products will be in over 100,000 stores worldwide. It is one of the greatest business and brand success stories in recent years. Russell and Xyience just wanted the reporter to see the truth and not listen to people that are under arrest and have an axe to grind with no real knowledge of the facts.

Mar 18, 5:48 AM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

22. **John Chadwell** | jchadwell@xyience.com | IP: 72.193.39.135

I look forward to Rich posting our emails as long as they are in their entirety so we ALL can see who had the attitude. Once again you did not verify your information. If you have an inside source at Xyience as you claim than that source would have told you that Adam Roseman and Arc investments have not been with the company for close to three weeks. That same source would have told you that the new CEO is a Harvard graduate and a former prosecutor for Los Angeles and also has credentials off of Wall Street with over 20 years of experience. Also, the same source should have told you that Xyience was just audited FULLY by an independent company from Colorado, AJ Robbins, forensic Accounting and Russell Pike received not one dime and in fact is owed money by Xyience. The same source would have told you that Russell has not been the CEO for close to three months.

You see, as I tried to explain to Rich, we wanted him to come to Xyience H.Q. and interview Russell in person. He was told that he could ask ALL of his listed questions that he sent me. News: there is NO conspiracy going on here. I said that we are investigating persons who have been a part of a extortion scheme, one of which has already been arrested and is due back in court on April 11th, 2007 for several charges of extortion and aggravated stalking.

I also emailed you back and clearly stated that I mis-wrote one portion, that portion being access to Dana White. I told you that Russell would facilitate information for the interview. You would have NEVER had access for a personal interview. We wanted you to have the opportunity to see Xyience and all the good we are doing for this industry. I never expected you to "sweep," anything away. You would just have had the opportunity to interview and see Xyience at first hand. You said that a ticket was not in the budget and we offered to fly you out, what is fishy about that?

Dana has NEVER received any monies from any source at Xyience and is COMPLETELY separate from Xyience. There are NO current investigations into Xyience or anyone associated with Xyience.

You are right, there are consequences for actions. When persons write or make statements that are libelous, there are consequences. You have made certain libelous statements which are untrue and people should have the common sense to disregard them as untrue. In your conspiracy theory, did it include a trip out to Vegas and to have your one-on-one interview that included answering all your questions? Who is dodging

the truth now? Lets see if you have enough integrity to keep this up and let everyone see our side.

Mar 17, 11:08 AM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

http://wordpress.org/http://wordpress.org/

Documentation — Support Forums

2.1.2 — 1.80 seconds

http://browsehappy.com/http://browsehappy.com/

# EXHIBIT 5

**Form Number 1**

POSTED 7-14 BY "FRIENDSOFCHUCK" at:
http://www.sherdog.net/forums/showthread.php?p=16401703#post16401703

Hey, good news. Xyience is lowering prices, changing product lines. It will improve for better pricing for everyone! Hey, I am listening to what everyone is saying and telling management of Xyience so we are in tune with the fans, no b.s. So all this posting is helping to improve the world, I say as my fingers friggin' fall off from typing all night!

ha ha

check out eye candy, our hottie Xenergy girls,

http://www.myspace.com/xyiencexenergy
http://www.myspace.com/xyiencemodels
http://www.myspace.com/xenergy_drink

Then buy our Xenergy drinks or I'll slam you like Rampage did to Chuck this year! ha ha

Originally Posted by **Tricep** showthread.php?p=16356606 - post16356606
showthread.php?p=16356606 - post16356606
Successful company? in that pdf file outlining the receivers case it states in the year ended 31 december 2006 Xyience had losses of $56 million on sales of $20 million.

Now thats pretty f ing bad simple as that.

NO SHIT, IT SUCKS! I am one of the original founders of Xyience, and yes it sucks. WE grew too fast, that's it in a nutshell...The sales were great, but if you can't service the sales accounts properly, it's a problem...The good thing is we fixed what was wrong and things are looking up! **We are hitting profitability and our Xenergy drinks are the fasting growing energy drinks in the US**...You know nobody cares about how much you lost your first big year if you make it all back within 2 years! That's business my friend! Look at the UFC, they were getting killed too, now they are bank, they make more than Fort Knox in a year, so that's how it works! Never easy, I've learned...

STAD 8/19/07

Check out our Xenergy girls it's unf'nbelievable!!!!!!

http://www.myspace.com/xyiencexenergy
http://www.myspace.com/xyiencemodels
http://www.myspace.com/xenergy_drink

Quote:
Originally Posted by **fightfan2355** showthread.php?p=14625776 - post14625776
showthread.php?p=14625776 - post14625776
We can only hope this shit-in-a-can company dies off

SORRY TO RUIN IT FOR YOU, but UFC's #1 sponsor is still alive and kicking. Hey, not everyone loves us, but what can you do...I am here to listen to you fight fans and make Xyience more credible with you guys, not just being known as the big display in the Octagon!
It's fun to knock us 'cause you don't know how to do anything else. You guys bitch about f'kin everything under the sun, but that's why I love ya all!!! ***I am one of the original founders of Xyience, I came up with the wierd name, so you're gonna have to kill me first before it goes down in flames***, and I'll take any of you on in our new training facility here in Vegas, Xyiencetc.com Xyience Training Center - Las Vegas, NevadaXyience Training Center is the exclusive training center for the best Mixed Martial Arts fighters! Located in Las Vegas, Nevada, Xyience training Center. See you in the Octagon anytime!

Hey on a positive note, check out our Xenergy girls, if you like hotties like this, you'll love this, hopefully you don't get busted by your wife or gfriend, this kind of stuff will get you in trouble, trust me:

http://www.myspace.com/xyiencexenergy
http://www.myspace.com/xyiencemodels
http://www.myspace.com/xenergy_drink

Quote:
Originally Posted by **Kaydoh** showthread.php?p=16330406 - post16330406
showthread.php?p=16330406 - post16330406
the ufc is already onto bigger and better sponsors xyience has served its purpose.

DON'T THINKS SO DUDE..we are still alive and kicking ass! Things are looking up for UFC's #1 sponsor. I say check out our Xenergy hotties and quit being so friggin' negative!

http://www.myspace.com/xyiencexenergy
http://www.myspace.com/xyiencemodels
http://www.myspace.com/xenergy_drink

And I'm not trolling, I am trying to show everyone we ain't all bad, come join the fun! The fighters don't hate us, they love us...Don't listen to all the bad things you hear, not true (maybe some! ha ha)

Quote:
Originally Posted by **BPA00** showthread.php?p=16356780 - post16356780
showthread.php?p=16356780 - post16356780
I thought the stuff worked "ok" as far a supplements go, and imho, tasted better than most... but

**Form Number 1**

was WAY over-priced compared to similar products....

OK, Xyience is listening to your concerns! Our prices are coming down soon! Hey, I came up with the name Xyience, I'm a founder, but I ain't rich, so I told everyone the posts on Sherdog (the only site any good) are all saying the same thing.

Anyways, check out our hotties on MySpace drinking Xenergy! Ain't nothing wrong with taking a peek at some insane hotties, unbelievable. I wish i was getting that action, hey just sayin'

http://www.myspace.com/xyiencexenergy
http://www.myspace.com/xyiencemodels
http://www.myspace.com/xenergy_drink

Quote:

Originally Posted by **Danablack** showthread.php?p=16356685 - post16356685 showthread.php?p=16356685 - post16356685

if you've taken a marketing class you would know that that their promotion sucks and they are targeting the demographic that watches the ufc and sherdog posters are that demographic and close nobody uses the products on sherdog so that tells you something same thing with boost mobile nobody here uses it

also the percieved value that they try to sell is not strong enough for the price they are asking for

OK, Xyience is listening to your complaints! The prices are coming down, only lines that are successful are being renewed, we are trying to be have more street cred, just the fights, no more b.s. Hopefully no more dropped cans! No more dry-sipping Xenergy on national friggin' TV!!!!

Hey it isn't our fault Amp'd mobile was the biggest marketing F'up in the last 5 years! Hey, we are actually doing well, and believe it or not, the Xenergy drinks are kicking ass! Remember, the fighters still for the most part love us, and Xenergy is the only drink of the UFC, and it is the best tasting one! Check out our myspace hotties if you like hot chicks dancing around (hopefully you do!) Join the fun, quit being so pissed about everything!

http://www.myspace.com/xyiencexenergy
http://www.myspace.com/xyiencemodels
http://www.myspace.com/xenergy_drink

POSTED ON 7-11-07 BY "FRIENDSOFCHUCK"

Quote:

Originally Posted by **Boxer_47** showthread.php?p=14071281 - post14071281 showthread.php?p=14071281 - post14071281 http://unlimitedfightnews.com/xyiencebigstuff.pdf

Go to this site and hit some major viruses. My system crashed when I checked this out, so thought I'd warn everyone

Quote:

STAD 8/19/07

> Originally Posted by **Boxer_47** showthread.php?p=16198660 - post16198660 showthread.php?p=16198660 - post16198660
> The guy who wrote the above post is not a friend of Chuck's, because Chuck hates Xyience. If you read my "crap" he'll have a tough time collecting on his stock options.

Chuck doesn't hate anyone! And Boxer_47 can't talk correctly because he sucked too much dick last night, look at all his personals on his crapper website. Bombs a way fuckface.

Quote:

> Originally Posted by **Danablack** showthread.php?p=16323172 - post16323172 showthread.php?p=16323172 - post16323172
> now i know how xyience lasted so long. i am a management consultant by profession and after a couple of months of seeing how xyience brand handled itself i knew it was going to fail

You guys just fucking hate Xyience, OK what do you like? You are a managment consultant? For who? Well, with all the haters, why is it still alive and doing well? If you don't know what the fuck you're talking about, keep your mouth shut dude!

Quote:

> Originally Posted by **PhumDuck** showthread.php?p=16001128 - post16001128 showthread.php?p=16001128 - post16001128
> Chuck drinks Red Bull too. I ordered room service at the MGM and when it got there the guy asked me if I was here for the fight. Than he told me that he had just delivered several Red Bulls to his room. Dumb story...

YEA, Redbull pays millions to stupid hotels to be the only energy drink so figure that out dumbass! Xyience can't get into the hotels, nobody can, because friggin' Redbull sucked so much dick to be the only one!

POSTED BY "FRIENDSOFCHUCK" ON 7-06-07

The guy that wrote this thread, Boxer_47, is none other than Rich Bergeron, a certifiable paranoid schizophrenic, who has been chased down by his mental institution workers, but escaped...If you read his crap you deserve the mind-fuck coming your way!

POSTED BY "FRIENDSOFCHUCK" ON 6-14-07

There is some psycho out there named Bergeron (FIGHTER_47) who after sucking so much dick, he can't talk anymore, so he just types out hatred towards UFC fighters and Xyience who sponsors a lot of fighters! So there...I guess 47 stands for how many cocks he has sucked this year!

If you want to really appreciate fights, actually go to one, and you'll see some cool killa shit! I've personally been to 7 fights, nothing like it man! And the pussy who keeps talking shit about Xyience he don't know shit, they sponsor fighters, and I knew a dude who worked there, nothing wrong with them, but everyone hates a winner don't they! Why not support brands that support the fights, instead of complaining!

POSTED BY "FRIENDSOFCHUCK" 6-06-07:

**Form Number 1**

To the Xyience supporters out there: kick ass and take no prisoners motherfuckas!!!!

To the people who hate Xyience: you can suck my dick!

Wake the fuck up people! A lot of these complainers hate Xyience because theyy hate anyone that kicks ass, they also hate the friggin' UFC also, a fake fight club they say, well I say they be full of shit!

Don't hate any fighters or fight organizations cause they are successful, enjoy the fact that MMA is taking over the world!

Oh, and your right "datdamnmachine" the fighters can't be drinking anything besides water during the fight, so they got to do the "Ashley Simpson thing" and lip-synch drinking it! AT least they didn't get busted for violation, is that what you want, to be REAL and get busted for it?

Hey anyone who visits Boxer_47 full of shit virus infested site, you get what you deserve, your fucking machine will crash on that crapper!

POSTED BY "FRIENDSOFCHUCK" ON 6-03-07:

The dude that is starting shit about Xyience tried to blackmail the owner I hear, now he is causing a lot of trouble for the UFC, or he is trying to! I knew someone that worked there at Xyience. This Rich Bergeron that started this thread is a real psycho. Now the cops are looking for him I hear from a source! I'd stay away from his virus-infested website full of shit code that'll fuck your computer up.

He is a gay man-lover that sits around and jerks off to fighters in his little room...His life is a fucking joke. His name is Rich Bergeron and we can all laugh at him! Smear the queer I say...I just said take his shit off this serious site for real fighters, real fans of the sport. Long live Chuck Liddell! He wasn't ready for the last fight, he was out of shape, but he'll be back, and to kick ass!

Anyone who is this big of a fuckup (you my friend) should be taken out and have the shit kicked out of him, just like Chuck beats the fuck out of everyone except last week, but he'll fuck someone up next. Get a fucking life #47 and quit wasting everyone's time with your stupid posts...You are a fucking jerk-off and everyone knows it by reading your crap...see ya in Hell!

# EXHIBIT 6

**Form Number 1**

# FIGHT NEWS UNLIMITED (View site »)

Howdy, **rich.bergeron**. [Sign Out, My Profile]

1. Dashboard
2. Write
3. Manage
4. Comments
5. Blogroll
6. Presentation
7. Plugins
8. Users
9. Options
10. Comments
11. Awaiting Moderation (15)

## Comments

Show Comments That Contain... [24.253.34.182] [Search] [view] (Searches within comment text, e-mail, URL, and IP address.)

View Mode | Mass Edit Mode

**Dave** | nonie@gmail.com | IP: 24.253.34.182

Check out what others are saying about Boogeron:
http://fightzoo.com/index.php?cmd=/public/blog/view/id_100/
From: hitbelowthebelt
03/26/2007 13:54:09
You like facts? Check these out on your "sources," Mark Neiber and Maurice Owens
Mark A. Neiber Police Reports
Report Date Report Information
09/10/05 Maui County Police Dept. Dist Report # 05-80999Tel # 808-244-6400Abuse of Family Victim: Patricia Weldon,Perpetrator: Mark Neiber-Arrested
04/20/06 Las Vegas Metro. Police Dept. Report # LLV060420001732Tel # 702-229-3111Harassment.
06/02/06 Las Vegas Metro. Police Dept. Report # LLV060619002673Tel # 702-229-3111Stolen Property: Passport.

06/19/06 Las Vegas Metro. Police Dept. Report # LLV060619002901Tel # 702-229-3111Harassment, Death Threats.
06/20/06 Palm Springs, CA Police Dept. Report # D617100-33Tel # 760-902-5807 Contact: Officer Don DoughertyAssault on 02/17/06.
06/23/06 City of San Diego, CA Police Dept. Report # 06037071Tel # 619-531-2231 Contact: Officer Harvey #4594Domestic Violence, Death Threats. Alleged
10/30/06 City of Corona, CA Police Dept. Report # 06-15375Tel # 951-736-2334 Contact: Officer Caliva # 001504Death Threats, Stalking.
11/01/06 Las Vegas Metro. Police Dept. Event # LLV061101-1694Tel # 702-229-4451, 3581
11/04/06 Palm Desert, CA Sheriff's Dept. Report # S030822Tel # 760-836-1600Harassment.
11/22/06 Las Vegas Metro. Police Dept. Event #LLV061122002407Tel # 702-229-4451Violation of Temporary Restraining Order.
12/04/06 Las Vegas Metro. Police Dept. Event # LLV061204001550Tel # 702-229-4451Threat against a person
01/12/07 Las Vegas Metro. Police Dept. Event # LLV070112001847Tel # 702-229-3111Violation of Temporary restraining Order.
01/17/07 Las Vegas Metro. Police Dept. Event # LLV0701171430Death Tretas, Violation of TPO.
01/23/07 Las Vegas Metro. Police Dept. Event #LLV070123002562Extortion, Threats
01/23/07 Las Vegas Metro. Police Dept. Event #LLV070123002562Extortion, Threats
01/23/07 Las Vegas Metro. Police Dept. Event # LLV070123002562Extrotion. Victim: Xyience, Inc
01/30/07 Las Vegas metro. Police Dept. Event # LLV070130002461Assault with a Deadly Weapon.
01/30/07 Las Vegas Metro. Police Dept. Event #LLV070130002652Violation TPO (2 Counts):
02/25/07 Santa Ana, CA Police Dept. Report #07-07884Tel. #714-245-8360 Contact: Jime RodriguezThreats. Victim: Ronald Solomon.
• Restraining Order # T92205 with the Clark County, NV Court• TPO Violations: Detective Metzger 702-828-8240• Extortion, Death Threats: Detective Martines 702-828-4017
State of Nevada vs.Maurice W. Owens
ID #1585475 Just Ct. 98-FH-00942Convicted of Theft 02/08/2000
Aug 19, 2:48 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]
**Dave** | nonie@gmail.com | IP: 24.253.34.182
Check out what others are saying about Boogeron:
http://fightzoo.com/index.php?cmd=/public/blog/view/id_56/
07/29/2007 19:38:42
Your a head case, you need a good psychiatrist to help your paranoid personality, your a narcissistic psychopath. You will get yours my friend!
Aug 19, 2:45 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]
**Dave** | nonie@gmail.com | IP: 24.253.34.182
Check out what others are saying about Boogeron:
http://fightzoo.com/index.php?cmd=/public/blog/view/id_56/
I think it is an oversimplification to label Bergeron as "crazy" as this implies to many that he is also stupid or inferior in some way. In fact, he is very dangerous to the people he dislikes. It should be fairly easy to show that Bergeron's behavior is one of an obsessive person who feels no compassion for anyone, will use any trick or dirty tactic, shows no remorse or feeling for his victims, feels justified in his campaign, will spend an unbelievable amount of time and energy (unpaid) devoted to destroying anyone that gets in his way; he won't give up ever, unless he is made to, and his unbelievable attention and energy directed at someone else or made to by the court system or the law. He is clever, devious, and will use every trick in the book to reach his goal, which is constantly morphing. His personality/psychological problems are consistent with his aggressive ranting and raving actions. This is consistent with his personality problems, which allow him to take a inch and get a mile, so to speak, with a cause he decides to go all in on, and fight to the bitter end. He self-justifies his behavior and is clearly paranoid and defiant of societies norms…He absurdly refers to himself as a "journalist" seeking

the truth, exposing wrongs. This is simply a smokescreen for what his real goals are to destroy his "enemies" and the other wronged parties, all for his personal satisfaction, his delusions.

Ok, so the fact that he attended the Air Force Academy in Virginia shows he is very intelligent, but not necessarily sane or able to get along with others or society…In fact, in my personal experiences, I have found that many men that were in the military were unable to mix into normal society because many tend to be "hardcore", rigid, ritualistic, "standoffish", defiant, power-hungry, unsociable around normal people, unable to take orders from those they didn't see as a "superior", at times outcasts, pure and utter failures at getting along with others not of their ilk…Now, this may be a generalization, but it is consistent with his personality as I see it. He feels he is an outsider, and doesn't get the respect he deserves, so he takes what he feels is his, and he is clearly very aggressive and enjoys a "good fight" (he mentions so much many times, in fact, challenging parties involved to a fight anytime he says, as he is a fighter in training he says. In other words, his people skills are those of a thug, and in my opinion, he has become increasingly distant from society and more hardcore and violent, less of a "journalist" with ethics as he has thrown those out the window to get what he wants, self-recognition in his own little world where he is very important (in his imagination)…

One of his MMA sites is the following, just showing how strange this guy is, he created a huge website as a profile on a fight site. This site URL is:

http://fightclubonline.com/profile.php?sub_section=username &id=Boxer_47

This is must reading, as he shows many pictures and a lot about himself. This is interestingly only one of his several profiled sites. He interestingly enough hasn't even logged into this site in almost 6 months, He has abandoned this site for a newer site MySpace site which is much more hardcore, and is clogged with so much junk that you can hardly navigate it:

http://www.myspace.com/BUCKNAKED47, adding to a picture of an obsessed person.

THIS WAS TAKEN FROM HIS SITE. Bergeron just happens (of all things!) to be a clever and devious webmaster, a frustrated writer, has a bone to pick with a lot of people or society in general, is obviously mentally ill to a point (to be determined), and is very clever and resourceful! He has spent I figure at least between 600 to 1000 hours in his campaign against us, spent in chatrooms, calling his "sources" whom he networks with, thru phone and email communications; he recruits sources from those who hate us, disgruntled ex-workers, those in lawsuits, ex-partners and ex-business associates who have a bone to pick; spies he recruits; email blasts of company rosters and others obtained from within his networks; "sources" he offers anonymity so they can get their 10 cents in, or anonymously attack us, even though their identities are usually obvious as Bergeron can't help himself by letting it out; designing websites against us; threading chatrooms and fight sites with his ideas and advertising his sites for unique hits and to cause overall trouble for Xyience and damaged parties by seeding the clouds, so to speak, with rumor, innuendo, outright lies, slander, etc; using both Google free webmaster tools and free Wordpress OS blogging software and plugins; creating and distributing throughout the internet videos of Xyience to defame, make fun of, slander, libel, etc using YouTube, Yahoovideo, Break.com, MySpace, and other sites he can add it to including his threads; creating a radio spot blog which he tried to put all over the place on the net, chat rooms, his website, other places he identified as useful to his campaign against Xyience, Russell Pike …

If he were to be paid for a "positive PR" campaign on the up and up, at the amount of energy and time for one person to do this, I figure the amount of money he could charge would be 1000 hours X $35 an hour would be $35,000. You can tweak the numbers, but figure Bergeron has spent about between $20,000 and $60,000 of man hours of his own time and energy to engage his campaign of terror against Xyience, Russell Pike , and the other damaged parties…This cannot in any way be considered an act of "journalism" or of normality! And this backs up my assertion that he is doing all of this because of his mental illness clouding his own suspect judgment. I wonder if he was ever sane,

however now as he gets older he is clearly getting worse. And he adds a twisted sense of "justice" and self-congratulatory patting himself on the back, for his actions by saying repeatedly that he isn't getting paid for any of this exhaustive and obsessive "work" and that this proves his "love" for journalism and seeking out the truth and exposing corruption and inequity.

And for all these reasons, any court should put a stop to this! He cannot hide behind the "first amendment rights" and "freedom of the press" for what he is doing.

====>My favorite maxims are: "You can do anything if you put your mind to it" and "Never give up! My goal in life is to help others and be remembered as an honest and giving person. I love movies, interesting characters, and a blank page in front of me to fill up with text. Drop me a line if you think you're worth writing about, or if you'd like to learn more about my photography skills. Everyone has a story!

PHOTOGRAPHYVIDEOGRAPHYWEBSITE PACKAGESCALL RICH AT:617-209-4325

CONTACT RICH AT RICH.BERGERON@GMAIL.COM OR BOXER_47@YAHOO.COM FOR COMPETITIVE PRICING ON ALL KINDS OF WRITING SERVICES IN THE NEW ENGLAND AREA AND BEYOND.

WRITING, TRANSCRIBING, DESKTOP PUBLISHING RATES

CALL ME TO NEGOTIATE PROJECT RATES

617-209-4325WEDDING PHOTOGRAPHY PACKAGES START AT: $300

MODELING PORTFOLIOS ALSO AVAILABLE!! CALL FOR ALL MY AFFORDABLE RATES ON FAMILY PORTRAITS AND OTHER ALL-PURPOSE PHOTOGRAPHY.

He most likely suffers from one or several personality disorders, with some traits of several of the disorders. Personality traits are enduring approaches to the world expressed in how the person thinks, how he feels, and what he does. Traditionally they have been viewed as unconscious processes. When traits become rigid, dysfunctional, and cause distress in self and others they may be diagnosed as a personality disorder.

I'd say this study into his personality is relevant because this man is not merely an inquisitive reporter who is "trying to dig up the truth" as he likes to say. He started this campaign of terror against us in January or earlier it appears, and has completely been obsessive in spending a huge amount of unpaid time in harassing us, designing sophisticated websites, engaging a campaign of threading and blogging against us, confiding in and working with a known criminal (Mark Neiber) who directs him on what to say and do (which a credible reporter would never let himself fall for, this person is much more than a "source", he is a mentor, confidant, and partner in this slander.)

His personality problems are now our problem! His personality problems are not bad enough that he needs to be psychiatrically hospitalized, but clearly is on the borderline of fantasy and reality. He has a paranoid viewpoint. He is too manipulative to be a successful journalist, as evidenced by his lack of stable employment in that industry (his website on Myspace details the multiple newspapers he worked for, moving around from paper to paper for no real justifiable reason, except that he may not be able to get along with others, and this would be typical in the paranoid person). He has been caught lying many times to get information he desires, almost like a detective with a license to say and do whatever to get ahead on his story. He is grandiose. He has been heard by me on a voicemail he thought was going to Andrew Kriechbaumer (I saved it), and he clearly is manipulative in tone, directive, uses pressured speech, sounds self-important, etc. He clearly is menacing in tone as well, threatening not to "expose" Andrew if he calls "and gives his side of the story" otherwise he "will run what he has and this can't be stopped". It sounds like a bad detective using license to lie and manipulate in search of the story he wants to hear. Well, it shows that Rich Bergeron is not simply a reporter calling to confirm sources or stories, he is much too rigid, focused, and has strange mannerisms to be a normal reporter. Because of his odd behavior, I bet his work history is filled with conflict, fighting with others at work, rigidity, and unprofessionalism. This has to be a reason he is unemployed and "seeking employment" as a reporter again he says. He tended to work at small non-descript newspapers, and with his iron-grip focus and passion, he could not be able to work around normal people. He may have the skill set to be a news reporter, but his mannerisms and personality traits are dysfunctional, and he has shown to be

way too aggressive and demanding to be around normal people, but he fits right in with his dealings with Mark Neiber who is easily tagged as being a sociopath or criminal deviant. The fact that he has blindly taken on Neiber's cause without considering his negative profile shows his aggressiveness and lack of either ethics or a sense of sanity (I'd say the latter).

The reason that figuring out his personality profile is so important is to be able to show a court or judge why Bergeron is so dangerous to Xyience and people he has targeted, his overly zealous passion towards his cause has morphed into a tirade against the damaged parties and he clearly shows a pattern of harassment of us, libel, defamation, and stalking. His stories as a set have no use other than to satisfy his urge to destroy us; his "expose" has no real market as a story, he can't sell it to any reputable journalistic venue (Lord know he has tried!); his articles, postings, and websites are easily identified by his target audience as being SPAM, manipulative, non-journalistic, the rants and raves of a madman (these are all comments he got sent back from real UFC fight fans whom he assumed would latch onto his stories and demand more! Shows he is somewhat delusional and grandiose)...A court must be able to see that Bergeron cannot hide behind "freedom of the press" claims, that his style of "reporting" is a sham and not viable in any way. No normal journalistic venue would ever run this story for fear of libel claims, lack of clear proof, non-validity, non-professionalism, etc. The fact that Bergeron would continue to spend hundreds of hours chasing this story is clearly ridiculous and shows a pattern of delusional or obsessive thinking. His claim on a post that he welcomes a court of law to show the court how bad Xyience (and other damaged parties are) is absolutely ridiculous. He sounds grandiose and egotistical and self-important on that post. He would refuse normal legal counsel as he doesn't need that, he would use the stage to go into even more sordid details of what he knows he says, and welcomes the opportunity. This shows more paranoid thinking, obsessive thinking, rigid thinking, and other dysfunctional thinking. In any court action he should be considered for an Independent Psychological or Psychiatric Exam to determine his competency and reveal his true reasons (not the weak excuse of being a "journalist" and to expose the story for the world, and to protect potential victims he says) for his smear campaign against Xyience and other damaged parties (Pike, Weldon, Solomon, A. Kriechbaumer, and many others)...

He perhaps shows "Narcissistic Personality Disorder" in that he "reacts to criticism with feelings of rage, shame, or humiliation (even if not expressed)"...One can see his anger upon being jabbed at on posts to his threads by me and others. He becomes so angry that he fires off very long emotional and angry replies which leaves one almost breathless. He replies in a way which leaves him looking very unprofessional which he doesn't seem to care about, as he is so anxious to get out his feelings of hostility about being criticized.

2) He is interpersonally exploitive: takes advantage of others to achieve his own ends: notice the very manipulative voicemail left for Andrew Kriechbaumer. Notice his strange use of friends tools to latch onto anyone that views his stuff or reaches out to him. He then strangely says these people are all his "friends", using these contacts as manipulation to raise his search engine rankings, showing he is both clever and manipulative. His high level of lack of ethics for his "reporting" is not consistent with a reputable and ethical journalist, another reason his website and blogs should not be considered journalism with its inherent protections against libel claims.

3) Has a grandiose sense of self-importance, such as exaggeration of achievements and talents, expects to be noticed as "special" without appropriate achievements. This would be evidenced by his unreasonable display of his various short-term newspaper jobs as showing his prowess as a reputable journalist, which he clearly is not!

4) Has a sense of entitlement: unreasonable expectation of especially favorable treatment. This would be evidenced by Bergeron's belief that whatever tactics he uses against Xyience are both justified and legal, even if he has caused great damage to the company and its reputation, as well as the damaged

parties.

5) Lack of empathy: inability to recognize and experience how others feel. This would be evidence by his utter lack of concern or feeling about the tremendous damage he has caused Xyience and the damaged parties! He has no guilt or feeling of caution about the things he says and the way he present them, or the damage inflicted, except to express that "(he hopes to) destroy any shareholder value" for a shareholder or employee he sees not as a victim but as part of the enemy, a innocent casualty of war so to speak, collateral damage which is acceptable in his eyes in order to satisfy his prime objective, that of destroying Xyience and the damaged parties, mostly Russell Pike , whom he has a special hatred of (even though he has never actually met or talked with him, and he shows no personal involvement with ever, other than what he perceives in his mind)...This shows some manner of psychopathology.

6) Is preoccupied with feelings of envy: His diatribe against Xyience, Russell Pike , Dana White, the UFC, and others reveals his inner hatred towards anything he is jealous of, as he clearly shows in his stories a theme of desiring to destroy any successes of these parties. This is not journalistic ethics at all, but a twisted version of journalism that he uses as justification for his smear campaign...this shows his deviousness and obsession with this subject, not defensible as "journalism".

The person with a narcissistic personality disorder displays grandiosity about his importance and achievements. This grandiosity is unlike the delusions of grandeur seen in schizophrenia or bipolars...The grandiosity is somewhat based in reality but is distorted, embellished, or convoluted to meet the person's needs of overvaluation of self-importance. For example, the person may say they were a star football player (or reporter for a newspaper or newspapers in his case), but doesn't say the truth that he barely made the 2nd string high school team (or piddled around at various small-time newspapers doing nothing of importance and getting fired for reasons such as lack of journalistic credibility or ethics, for example...)

The narcissistic person over evaluates himself, is arrogant, and seems indifferent to the criticism of others. Those around him are often seen as superior or inferior. The person has difficulty in knowing what is appropriate or inappropriate (or ethical) behavior. They are self-important.

Mr. Bergeron also shows facets or traits of the following: Antisocial Personality Disorder – The main feature of antisocial is a pattern of the disregard of the rights of others that is usually demonstrated by the repeated violation of others' rights (ours) in the form of unlawful (or unethical) behaviors, involving aggressive or illegal activities (his smear campaign). People with this disorder may appear to be charming and intellectual (Bergeron is to many charming and sneaky, as well as very clever and intelligent, and he gets what he wants)...They are smooth talkers and rationalize their (unethical or illegal) behavior. They recognize that they create hostility from others due to their behavior.

(AND) Paranoid Personality Disorder (he questions without justification the loyalty or trustworthiness of his "sources" such as Mark Kriechbaumer & Mark Neiber who both clearly have ulterior motives and are using Bergeron for their own personal gain. Also, he bears grudges and is unforgiving of insults. He is easily slighted and quick to react with anger or to counterattack (note his rambling, profanity-laced, long and angry responses to posts by Ron Solomon, William Pike, John Chadwell, who were in many instances trying to get such a reaction out of Bergeron to have him make a mistake in strategy of disclosing his real sources or his real strategy of his smear and harassment campaign)... Persons with paranoid personality disorders are unable to laugh at themselves and are often humorless and serious (this is clearly the way Bergeron acts)...Speech is logical and goal directed, although the bases of arguments are false (enough said!)...They may appear to be cold and usually lack sentimental and tender feelings (this is noticeable as well in our dealings with Bergeron)...

THESE EXCERPTS TAKEN FROM DSM-III-R mental health diagnostic criterion. I am not a mental health professional, but merely show patterns in Bergeron's behavior, interactions with others, his rantings and ravings on his websites and blogs, his obsessive attention to details, his intense hatred for Xyience and the damaged parties even though none of us have ever met him or he has no claim to any damages from us. His behavior must be understood to see why he is doing all of this against the parties in the lawsuit.

**Form Number 1**

Aug 19, 2:44 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

**Dave** | nonie@gmail.com | IP: 24.253.34.182

Rich Bergeron is for sale

I found the following story by typing Rich Bergeron into the Google search bar.

http://richbergeronisforsale.blogspot.com/

Rich Bergeron the wedding photographer has reportedly gone into business with a former inmate. Together they have formed blogs and stories that our inside source at unlimited fight news has stated that the two (Neiber and Bergeron) are allegedly involved in both a personal and professional relationship. Our inside source who wishes to stay anonymous has said that this is confusing but it makes since since Neiber is linked to the cover of (GLB) Gay and Lesbian Times, a publication in San Diego.

GLT » Gay and Lesbian Times

»Business Spotlight: Mark Neiber, Owner, Health and Fitness Plus. »Business Directory. Resources. »Calendar. »Resource Guide. »Horoscope ...www.gaylesbiantimes.com/?issue=856 - 27k

Stay tuned, in the next few days more information on the wedding photographer, MMA blogger (Bergeron) will be added. Until then, check out Neiber's current and past experiences with law enforcement:

Mark A. Neiber Police Reports

Report Date Report Information

09/10/05 Maui County Police Dept. Dist Report # 05-80999

Tel # 808-244-6400

Abuse of Family Victim: Patricia Weldon,

Perpetrator: Mark Neiber-Arrested

04/20/06 Las Vegas Metro. Police Dept. Report # LLV060420001732

Tel # 702-229-3111

Harassment.

06/02/06 Las Vegas Metro. Police Dept. Report # LLV060619002673

Tel # 702-229-3111

Stolen Property: Passport.

06/19/06 Las Vegas Metro. Police Dept. Report # LLV060619002901

Tel # 702-229-3111

Harassment, Death Threats.

06/20/06 Palm Springs, CA Police Dept. Report # D617100-33

Tel # 760-902-5807 Contact: Officer Don Dougherty

Assault on 02/17/06.

06/23/06 City of San Diego, CA Police Dept. Report # 06037071

Tel # 619-531-2231 Contact: Officer Harvey #4594

Domestic Violence, Death Threats. Alleged

10/30/06 City of Corona, CA Police Dept. Report # 06-15375

Tel # 951-736-2334 Contact: Officer Caliva # 001504

Death Threats, Stalking.

11/01/06 Las Vegas Metro. Police Dept. Event # LLV061101-1694

Tel # 702-229-4451, 3581

11/04/06 Palm Desert, CA Sheriff's Dept. Report # S030822

Tel # 760-836-1600

Harassment.

STAD 8/19/07

11/22/06 Las Vegas Metro. Police Dept. Event #LLV061122002407
Tel # 702-229-4451
Violation of Temporary Restraining Order.
12/04/06 Las Vegas Metro. Police Dept. Event # LLV061204001550
Tel # 702-229-4451
Threat against a person
01/12/07 Las Vegas Metro. Police Dept. Event # LLV070112001847
Tel # 702-229-3111
Violation of Temporary restraining Order.
01/17/07 Las Vegas Metro. Police Dept. Event # LLV0701171430
Death Tretas, Violation of TPO.
01/23/07 Las Vegas Metro. Police Dept. Event #LLV070123002562
Extortion, Threats
01/23/07 Las Vegas Metro. Police Dept. Event #LLV070123002562
Extortion, Threats
01/23/07 Las Vegas Metro. Police Dept. Event # LLV070123002562
Extrotion. Victim: Xyience, Inc
01/30/07 Las Vegas metro. Police Dept. Event # LLV070130002461
Assault with a Deadly Weapon.
01/30/07 Las Vegas Metro. Police Dept. Event #LLV070130002652
Violation TPO (2 Counts):
02/25/07 Santa Ana, CA Police Dept. Report #07-07884
Tel. #714-245-8360 Contact: Jime Rodriguez
Threats.

· Restraining Order # T92205 with the Clark County, NV Court
· TPO Violations: Detective Metzger 702-828-8240
· Extortion, Death Threats: Detective Martines 702-828-4017

Posted by Tehachapi Hitter at 4:16 PM 3 comments

Bergeron Is For Sale

Rich Bergeron of Massachusetts is for sale. Allegedly he has been involved in a personal and business relationship with Mark Neiber. Neiber is a known criminal that established several hostile profiles on myspace that focused on his ex wife and former employer. Stay tuned for more information and until then take a look at Rich's partner who can be linked to a few stories as well as the cover of (GLB) Gay and Lesbian Times magazine.

GLT » Gay and Lesbian Times
»Business Spotlight: Mark Neiber, Owner, Health and Fitness Plus. »Business Directory. Resources. »Calendar. »Resource Guide. »Horoscope ...www.gaylesbiantimes.com/?issue=856 - 27k

Mark A. Neiber Police Reports
Report Date Report Information
09/10/05 Maui County Police Dept. Dist Report # 05-80999
Tel # 808-244-6400
Abuse of Family Victim: Patricia Weldon,
Perpetrator: Mark Neiber-Arrested
04/20/06 Las Vegas Metro. Police Dept. Report # LLV060420001732
Tel # 702-229-3111
Harassment.
06/02/06 Las Vegas Metro. Police Dept. Report # LLV060619002673
Tel # 702-229-3111
Stolen Property: Passport.

**Form Number 1**

06/19/06 Las Vegas Metro. Police Dept. Report # LLV060619002901
Tel # 702-229-3111
Harassment, Death Threats.
06/20/06 Palm Springs, CA Police Dept. Report # D617100-33
Tel # 760-902-5807 Contact: Officer Don Dougherty
Assault on 02/17/06.
06/23/06 City of San Diego, CA Police Dept. Report # 06037071
Tel # 619-531-2231 Contact: Officer Harvey #4594
Domestic Violence, Death Threats. Alleged
10/30/06 City of Corona, CA Police Dept. Report # 06-15375
Tel # 951-736-2334 Contact: Officer Caliva # 001504
Death Threats, Stalking.
11/01/06 Las Vegas Metro. Police Dept. Event # LLV061101-1694
Tel # 702-229-4451, 3581
11/04/06 Palm Desert, CA Sheriff's Dept. Report # S030822
Tel # 760-836-1600
Harassment.
11/22/06 Las Vegas Metro. Police Dept. Event #LLV061122002407
Tel # 702-229-4451
Violation of Temporary Restraining Order.
12/04/06 Las Vegas Metro. Police Dept. Event # LLV061204001550
Tel # 702-229-4451
Threat against a person
01/12/07 Las Vegas Metro. Police Dept. Event # LLV070112001847
Tel # 702-229-3111
Violation of Temporary restraining Order.
01/17/07 Las Vegas Metro. Police Dept. Event # LLV0701171430
Death Tretas, Violation of TPO.
01/23/07 Las Vegas Metro. Police Dept. Event #LLV070123002562
Extortion, Threats
01/23/07 Las Vegas Metro. Police Dept. Event #LLV070123002562
Extortion, Threats
01/23/07 Las Vegas Metro. Police Dept. Event # LLV070123002562
Extrotion. Victim: Xyience, Inc
01/30/07 Las Vegas metro. Police Dept. Event # LLV070130002461
Assault with a Deadly Weapon.
01/30/07 Las Vegas Metro. Police Dept. Event #LLV070130002652
Violation TPO (2 Counts):
02/25/07 Santa Ana, CA Police Dept. Report #07-07884
Tel. #714-245-8360 Contact: Jime Rodriguez
Threats.
· Restraining Order # T92205 with the Clark County, NV Court
· TPO Violations: Detective Metzger 702-828-8240
· Extortion, Death Threats: Detective Martines 702-828-4017
Aug 19, 2:40 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]
**Dave** | nonie@gmail.com | IP: 24.253.34.182
I found the following story by typing Rich Bergeron into the Google search bar.

http://neiberbergeroncamp.blogspot.com/

"As a part of out follow up story to the "Rich Bergeron is for sale," story, we have continued to uncover affiliations with know criminals and wannabe white collar criminals. Our reliable inside source at Unlimited Fight News has been a valuable outlet for the inside "scoop." The source has reported that the Neiber/Andrich/Bergeron affiliation has gone to further devious steps. Allegedly, the trio is attempting to recruit inside personnel from a business in Nevada to facilitate their cyber smear tactics and slanderous onslaughts. Reason? As usual is seems that the three are operating on a steam engine full of hot air and motivated by jealousy and envy. Apparently, as the source has told us, the three are enraged at the success of this company and angry at their departure and for other unknown reasons of failure as businessmen and sports writers. Aldrich's reasons have been determined and his story will be revealed later this week along with his connections to Neiber and Bergeron. Our source has told us the Bergeron's motivation stems from an infantile revenge mentality and his timing was perfect as to when he met his new partner on the Internet. They allegedly united immediately from mutual goals. However it is alleged that ones motivation is for revenge and the others is for money.

One thing that is clear; Rich Bergeron has lost all of his credibility as soon as he agreed to be Neiber's platform for his criminal activities. Our sources as well as outside investigations have seen evidence that Bergeron had the capability to verify his own claimed sources for their legitimacy. It was reported that Bergeron is blinded by revenge and other emotions and now his focus is not about covering the MMA scene but to help disseminate vile slander and schoolyard name calling. Our sources cannot fathom how Bergeron could be taken seriously or how his articles would even be published on the Internet by other sources besides his own.

It is fitting that Bergeron's character is now being exposed for what it is. Bergeron clearly enjoys partnering with hardened criminals for the possibility of notoriety and Internet fame. Now his past and his ethics are coming to light and soon his own career will possibly be in question.

Further research into Neiber's legal problems has shown some incredible evidence that not even John Gotti could walk away from. Only one conclusion could be made: GUILTY

Later this week:

More connections between the trio at camp NEIBER/BERGERON/ANDRICH"

Aug 19, 2:34 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

**Dave** | nonic@gmail.com | IP: 24.253.34.182

Rich Bergeron 4 Sale- bias revealed.

More to follow.

Aug 19, 2:32 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

**Dave** | nonic@gmail.com | IP: 24.253.34.182

Rich cant stand the truth. He's back to his old ways. Why not leave the comments? You seem to be protecting that scum of the earth Nieber

Aug 19, 1:16 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

**Dave** | nonic@gmail.com | IP: 24.253.34.182

Nice try

Aug 19, 1:14 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

**Them Boyz** | nonie@gmail.com | IP: 24.253.34.182

I didnt slander anyone. I posted all my sources, got all that stuff from Google

Aug 19, 1:11 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

**Them Boyz** | nonie@gmail.com | IP: 24.253.34.182

fyi, I don't have to worry about you doing anything with my IP address. Talked to council, you're full of Horse-Pucky.

Aug 19, 1:05 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

**Them Boyz** | nonie@gmail.com | IP: 24.253.34.182

R. Justice said this not me:

"Rich Bergeron and his site are a sham and an injustice to the MMA scene. I thought that legitimate writers where supposed to be non bias? Well folks just read the latest blog and it is clear that Bergeron

**Form Number 1**

is on an agenda. One more fact for everyone, His partner, Mark Neiber, is due back in court to face extortion charges… alleged crimes that he committed against Xyience, Pike and his former wife… He also has two additional warrants out in Vegas and in Southern California. Bergeron seems to have some real reliable sources out there!

Here is a list of current police reports on Bergeron's "main," source…

Mark A. Neiber"

Aug 19, 1:01 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

**Them Boyz** | nonie@gmail.com | IP: 24.253.34.182

I don't have to hide behind a proxy. All I did was Google your name, post with quotation and called out my sources. Why are you so afraid?

Aug 19, 12:59 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

**Them Boyz** | nonie@gmail.com | IP: 24.253.34.182

"Ed Says:

June 24th, 2007 at 10:03 pm

This is the same Mark Neiber I knew, he was a drug dealer in San Diego. He's a big guy, on drugs all the time and totally full of himself. Ten years ago, he as abusing and cheating on his wife and she left. When she did, he went off the deep end. As Reggie says, he called up a guy she new and said he'd kill him, all because he thought he guy was helping his poor wife. Mark even called all her customers and told them that she had AIDS and not to come to her shop. After that Mark Neiber attacked another guy in a bar with a glass and beat him over and over in the face. They sent Mark to prison for that. I heard that when he got out he went both ways, moved to a gay section back in San Diego and started doing drugs again and cheating and using other people. Now he got arrested again. He deserves to be in prison. That's where an animal like Mark Neiber should be, away form normal good people."

Aug 19, 12:50 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

**Them Boyz** | nonie@gmail.com | IP: 24.253.34.182

http://www.fightopinion.com/2007/06/04/trouble-for-ufc-sponsors/

This is what other people are saying:

"R. Justice Says:

June 5th, 2007 at 9:53 pm

For the record,

I know several people at Xyience and the company and its employees are good people. Rich Bergeron is on a personal vendetta against "FORMER," CEO Russell Pike. Even though Pike is NO longer in charge of the company Bergeron still slams Xyience for its founder. Let it be known that one of Bergeron's main "characters," in his "stories," MARK NEIBER, is a convict that had associations with Xyience only through his former wife, President and CEO of Launch Marketing. She was the only one responsible for placement of Xyience products into GNC.

Furthermore, Bergeron has stated that he has no communication with Neiber but clearly by reading his "blogs," it is evident that he has DIRECT communication with this felon.

"NEIBER DETAILS A SUCCESSION OF LIES AND PRODUCES QUICK TALKS OF SETTLEMENT

This is a headline from his latest blog… FYI… pretty curious how a 1.2 million dollar lawsuit was said to "have," been in discussion for settlement of a little more than $20,000. WOW seems like a major drop for someone who was so wronged. Wait, Oh YA, he lost all rights when his former wife's annulment was granted which left his without his claim to her business.

Rich Bergeron and his site are a sham and an injustice to the MMA scene. I thought that legitimate writers where supposed to be non bias? Well folks just read the latest blog and it is clear that Bergeron

is on an agenda. One more fact for everyone, His partner, Mark Neiber, is due back in court to face extortion charges… alleged crimes that he committed against Xyience, Pike and his former wife… He also has two additional warrants out in Vegas and in Southern California. Bergeron seems to have some real reliable sources out there!

Here is a list of current police reports on Bergeron's "main," source…

Mark A. Neiber"

Aug 19, 12:48 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

**Them Boyz** | nonie@gmail.com | IP: 24.253.34.182

http://neibertheconvict.blogspot.com/

I found all this information by going to google and typing in Rich's name.

Mark Alan Neiber, born December 31, 1960, Neiber's troubles started in 1997 when he brutally attacked an innocent man in a bar fight, imprisoned for four years for assault with a deadly weapon, only because he plead guilty to the lesser of three counts. First two counts carried life sentences.

Neiber's M.O. is to portray a successful business man to his victims.

In reality, Neiber has never personally brokered any business deal. However, he has allegedly swindled numerous professionals including bank personnel, doctors and attorneys.

His favorite targets appear to be women. The more successful they are the better target they seem to be. However, we have been told that his latest "mark," was not successful. Neiber was in the doors of a major company and looked to earn or "steal" a great deal of money. However, it was reported that his old habits caught up and he ended up attacking his "partner." Before Neiber could get his hooks into the prize he was terminated from both professional relationships.

After a nasty departure and an arrest for his assault, Neiber began his cyber attacks on the very company that severed ties with him. Allegedly Neiber went on to commit numerous crimes including; theft, wire fraud, stalking, extortion, assault and embezzlement

Neiber's schemes have also included both sexes as he is noted to be on the front cover of the 1994 G.L.B. magazine. One witness reportedly saw Neiber out front of his nutritional supplement shop (Health & Fitness Plus) in a pair of short-shorts and his body was glazed with oils. When the witness asked what Neiber was doing, allegedly Neiber commented on how his shop was located in a section of San Diego that is frequented by gay men. Allegedly Neiber went on to say that his look attracted that type of business.

Further investigations have led to the fact that Neiber is also known for abusing women. Reportedly, Mark has been married twice and there are reports as well as arrests that implicate Neiber as a spousal abuser.

When sources where asked about their opinions on Neiber's behavior they stated that they believed he is bi-polar and this condition is amplified by his alleged use of steroids and narcotics. These Narcotics allegedly, consisted of cocaine and steroids. The same anonymous source stated that Neiber used to sell both narcotics out of his shop. Not only did he sell and use them he allegedly brought the across from the border.

In court documents that where obtained under the FOI act, Neiber was listed as suicidal before his sentencing on his late 90's case. This would seem feasible with his alleged mixtures of these narcotics.

Recently Neiber has found a new partner in his alleged schemes, Rich Bergeron of East Sandwich MA.

Investigations in Bergeron have revealed interesting results. One would find it confusing why the two have partnered up since one allegedly went to a military school, has a degree and is a substitute teacher. The other is a violent convict that allegedly perpetrates all types of crimes.

Bergeron seems to be Neiber's platform for launching his cyber attacks. Several sources have indicated that numerous pieces of information as well as pictures have come from Neiber himself. On Bergeron's website he has disputed connections with Neiber but our information contradicts these denials. Obviously, there is no writer integrity in Bergeron's dictionary and clearly he has become the new "mark."

Aug 19, 12:41 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

**Them Boyz** | nonie@gmail.com | IP: 24.253.34.182