# EXHIBIT 13 PART C

**Form Number 1**

"GLT » Gay and Lesbian Times
»Business Spotlight: Mark Neiber, Owner, Health and Fitness Plus. »Business Directory. Resources. »Calendar. »Resource Guide. »Horoscope …www.gaylesbiantimes.com/?issue=856 - 27k

Stay tuned, in the next few days more information on the wedding photographer, MMA blogger (Bergeron) will be added. Until then, check out Neiber's current and past experiences with law enforcement:

Mark A. Neiber Police Reports
Report Date Report Information
09/10/05 Maui County Police Dept. Dist Report # 05-80999
Tel # 808-244-6400
Abuse of Family Victim: Patricia Weldon,
Perpetrator: Mark Neiber-Arrested
04/20/06 Las Vegas Metro. Police Dept. Report # LLV060420001732
Tel # 702-229-3111
Harassment.
06/02/06 Las Vegas Metro. Police Dept. Report # LLV060619002673
Tel # 702-229-3111
Stolen Property: Passport.
06/19/06 Las Vegas Metro. Police Dept. Report # LLV060619002901
Tel # 702-229-3111
Harassment, Death Threats.
06/20/06 Palm Springs, CA Police Dept. Report # D617100-33
Tel # 760-902-5807 Contact: Officer Don Dougherty
Assault on 02/17/06.
06/23/06 City of San Diego, CA Police Dept. Report # 06037071
Tel # 619-531-2231 Contact: Officer Harvey #4594
Domestic Violence, Death Threats. Alleged
10/30/06 City of Corona, CA Police Dept. Report # 06-15375
Tel # 951-736-2334 Contact: Officer Caliva # 001504
Death Threats, Stalking.
11/01/06 Las Vegas Metro. Police Dept. Event # LLV061101-1694
Tel # 702-229-4451, 3581
11/04/06 Palm Desert, CA Sheriff's Dept. Report # S030822
Tel # 760-836-1600
Harassment.
11/22/06 Las Vegas Metro. Police Dept. Event #LLV061122002407
Tel # 702-229-4451
Violation of Temporary Restraining Order.
12/04/06 Las Vegas Metro. Police Dept. Event # LLV061204001550
Tel # 702-229-4451
Threat against a person
01/12/07 Las Vegas Metro. Police Dept. Event # LLV070112001847
Tel # 702-229-3111
Violation of Temporary restraining Order.
01/17/07 Las Vegas Metro. Police Dept. Event # LLV0701171430
Death Tretas, Violation of TPO.

01/23/07 Las Vegas Metro. Police Dept. Event #LLV070123002562
Extortion, Threats
01/23/07 Las Vegas Metro. Police Dept. Event #LLV070123002562
Extortion, Threats
01/23/07 Las Vegas Metro. Police Dept. Event # LLV070123002562
Extrotion. Victim: Xyience, Inc
01/30/07 Las Vegas metro. Police Dept. Event # LLV070130002461
Assault with a Deadly Weapon.
01/30/07 Las Vegas Metro. Police Dept. Event #LLV070130002652
Violation TPO (2 Counts):
02/25/07 Santa Ana, CA Police Dept. Report #07-07884
Tel. #714-245-8360 Contact: Jime Rodriguez
Threats.

· Restraining Order # T92205 with the Clark County, NV Court
· TPO Violations: Detective Metzger 702-828-8240
· Extortion, Death Threats: Detective Martines 702-828-4017"

Aug 19, 12:39 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]
**Them Boyz** | nonie@gmail.com | IP: 24.253.34.182
"Mark Neiber is a conviced felon who served over four years in Tehachapi Prison in California from 1998 to 2002 for assault with a deadly weapon. Upon examining court records, it was found that Mr. Neiber is a drug user and alcohol abuser who is suicidal and suffers from depression. Further investigation uncovered that Mr. Neiber's first marriage ended up in divorce in 1997 over allegations of physical abuse of his wife. He also allegedly threatened to kill one of her friends. He was arrested again in 2005 for assaulting his second wife on their honeymoon. This marriage ended up in an annulment. Neiber was arrested again in March of this year for aggravated stalking and extrotion. It is quite evident that Mr. Bergeron's main source for his reports has the character and the credibility of a scorpion."

Aug 19, 12:37 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]
**Them Boyz** | nonie@gmail.com | IP: 24.253.34.182
http://richbergeronisforsale.blogspot.com/2007/03/rich-bergeron-is-for-sale.html

Aug 19, 12:36 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]
**Them Boyz** | nonie@gmail.com | IP: 24.253.34.182
Rich Bergeron is for sale
Rich Bergeron the wedding photographer has reportedly gone into business with a former inmate. Together they have formed blogs and stories that our inside source at unlimited fight news has stated that the two (Neiber and Bergeron) are allegedly involved in both a personal and professional relationship. Our inside source who wishes to stay anonymous has said that this is confusing but it makes since since Neiber is linked to the cover of (GLB) Gay and Lesbian Times, a publication in San Diego.

Aug 19, 12:36 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]
**Them Boyz** | nonie@gmail.com | IP: 24.253.34.182
http://www.red-ring.com/rbresume.html

Aug 19, 12:33 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]
**Them Boyz** | nonie@gmail.com | IP: 24.253.34.182
Thats not all we found on this clown. Things just keep popping up the deaper we dig. More to come soon.

Aug 19, 12:32 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]
**Them Boyz** | nonie@gmail.com | IP: 24.253.34.182
Richard Bergeron's Resume
Contact Richard Bergeron

**Form Number 1**

Richard Bergeron has 24+ years experience in the software industry. He has 20+ years of experience with 80×86 assembly and Microsoft C/C++ programming on an industry-standard PC. Good experience in writing proposals, specifications, designs and implementation for small to medium applications. These applications involve communications (ISDN, X25 and RS232), database (Access 97 and MySQL) and networking (LAN and WAN). Strong problem-solving and interfacing skills. An accurate, responsible, hard worker that can be part of a team or individual player. Obtained a BSEET degree at a certified University.

His qualifications include:

ASSEMBLY: 80×86, TMS320×0, 68000, Z80, 8051

HIGH-LEVEL: HTML, PHP 4.0, SQL, MySQL, XML, Visual C++/MFC (MSVC++ and .NET), C, MS WINDOWS, ACCESS BASIC, VISUAL BASIC, PASCAL, FORTH, APL.

DEBUGGERS: Soft-Ice, CodeView, Microsoft Debug

PATENTS: 1986: U.S. Patent for Call Interceptor

1989: U.S. Patent for Portable Comm. Terminal

SOFTWARE: Experience writing highly modular code to satisfy users needs quickly and efficiently. Current code is written in Microsoft Visual C++ and debugged with Visual C++ debugger. Experience with writing and using drivers, MSDOS and BIOS on IBM compatible PCs. Excellent experience writing for MS Windows using the MFC classes.

HARDWARE: Good experience and knowledge of hardware. Have designed some small projects. Most experience in interfacing software with hardware or writing assembly language for microprocessor controlled boards.

EXTRA: Good experience and knowledge of Dreamweaver, Javascript, HTML and PHP. Created or enhanced website for various small business clients. Some clients are abcsheds.com, estatetrackingservices.com, misterbob.com and 2bintouch.com.

EMPLOYMENT HISTORY

Bizfon, Inc., 50 Stiles Rd, Salem, NH 03079

Software Engineering Contractor

8/03 - present

Hired to create a Windows GUI application to monitor messages from the Voice over IP (VOIP) system using Visual C++/MFC. Completed initial phase on schedule.

Was asked to continue contract and worked on feature enhancements and bug fixes to the SIP IP phone using Wind River's embedded VxWorks OS, Tornado IDE and the Radvision SIP Stack.

The project shipped on schedule

Comstock Data Mining, Inc.

Software Engineering Contractor

11/01 - 2/03

Part of a design team adding features and fixing bugs to a dating web site. Among other achievements, designed and implemented the internal mail system and the e-commerce system. Discovered and fixed major flaw in using Javascript for verification of data.

Learned PHP language and became productive very quickly. Involved using HTML, PHP 4.x, PostgreSQL and some Javascript.

Project shipped on schedule.

Atrium Medical, Inc. 5 Wentworth Drive, Hudson, NH 03051

Software Engineering Contractor

5/97 - 8/01

Part of a design team that redesigned an Access 2.0 database and GUI for Access 97. Involved working with Visual C++ MFC 6.0 and Access Basic 97.

STAD 8/19/07

Independently designed and implemented an import subsystem with minimal specification. Imported data from three different vascular testing instruments. Involved converting data from instrument output to Access tables. Worked with the designers of the instrument software. This feature helped sell more units because these instrument makers would recommend the product to their customers.

Worked with another engineer to redesign the database and UI.

Wrote helper utilities, import subsystem & other DLLs in VC++/MFC to add capabilities to the system that were not available in Access.

Wrote an ActiveX component to plot waveforms on Access forms & reports using VC++/ATL.

Project shipped on their schedule.

All these new features were requested by customers or were required by law, so sales grew because of the improvements made to the program.

@Comm, Inc., Manchester, NH

Software Engineering Contractor

4/00 - 4/01

Wrote specification and designed System Utilities for VxWorks embedded Communications device. Some utilities include Backup, Restore and Upgrade using TAR and GZIP. FTP was used for remote backup, restore and upgrade.

Created a logging mechanism for errors using a FLASH RAM.

The Upgrade feature was critical to the success of the product since this was an embedded product and there were units in the field that needed to be upgraded regularly.

Involved working with VxWorks and Tornado IDE, make files, GNU compiler and debugger, remote debugging and hard disk utilities.

Keane, Inc., Bedford, NH

Software Engineering Contractor

9/99 - 12/99

Came in first day and solved a problem immediately that they had been working on for a couple of days.

Wrote 4 ATL COM components for e-commerce system. Ran on NT server under MTS and accessed SQL Server database using OLE DB. These components output the data in XML format. Created installation for these components using InstallShield. Involved working with Visual C++ 6.0, InstallShield, XML, OLE DB and SQL Server queries and interfacing.

System was already designed and well documented but helped redesign some of the components

Mentored a younger engineer

Project was completed and placed on-line within the allotted stringent schedule.

NEC Technologies, Inc. 1414 Massachusetts Avenue, Boxborough, MA 01719

5/96 - 5/97

Created application to automatically backup a SMART Hard Drive when it predicts failure. Used DMI 2.0 as the alerting mechanism and Cheyenne Backup as the backup engine. Involved working with Visual C++ 5.0 and DMI 2.0 SDK.

Created system software architecture for new PC product. Also implemented driver DLLs for some parts of the system. Involves working with Visual C++ 4.2. Also involved helping with the engineer working on the audio driver. Created a couple of small utility applications.

PictureTel, Inc. 100 Brickstone Square, Andover, MA 01810

6/92 - 5/96

Ported the PCS50 product to Windows 95. Involved working with Visual C++ V4.x. Also involved working with Windows 95 driver installation issues - INF files and the Registry.

Wrote installation and configuration utility for Windows NT version of the LAN Video Configuration editor. Required using Visual C++ 2.0.

Expanded LiveManager Configuration editor to use SNMP on a Novell network and made the UI more graphical. Involved writing a Novell NLM to install software on the server. Used WinSNMP to send/receive SNMP packets over Novell. Used the Encode/Decode functions of WinSNMP and wrote

**Form Number 1**

code to use IPX to transport the data.

Wrote Windows application to edit Configuration files for LiveManager - management software for a new LAN Video Conferencing system. System shipped in Nov 1994. Used the MFC class libraries to create an MDI application with toolbar, status bar and context-sensitive help. Application has ability to edit four different types of files including an ODBC database file. Required using Visual C++ 1.5 with the MFC classes version 2.0.

Internationalized the System 1000 User Interface for Japan. Involved working with translator and changing fonts and various aspects of the UI to better fit with Japanese usage. Required using Japanese DOS and Windows and understanding differences required to make them work with the present system.

Wrote DLLs (Dynamic Link Libraries) and .EXE for User Interface for System 1000 Video Conferencing system. System shipped in Nov 1993. Involved subclassing and superclassing controls, using resource-only DLLs and code-locked DLLs for interrupt handling. Required using MS C/C++ 7.0 and Windows 3.1 SDK.

Investigated, designed and tested two schemes for handling interrupts under Windows. Documentation included a "How to" for handling interrupts. Gained detailed knowledge of how interrupts work under Windows.

Wrote up a Functional Requirement document for modifying a Windows 3.1 VGA driver for their system. Gained knowledge of VGA and Video Drivers under Windows.

Fluent, Inc. 594 Worcester Rd., Natick, MA 01760

3/92 - 5/92

Coded, tested and documented a Multimedia Wave driver under Windows 3.1 for Fluent's audio card. Documentation included a Functional Specification. Required Windows 3.1 SDK & DDK and MSC 6.0. Also required use of DMA and interrupts under Windows.

Documented, implemented and tested a modification to enable their system to use the Wave driver. Documentation included a Functional Specification and a "How To" manual for others to use when changing the part of the system I worked on. Required Windows 3.1 SDK and MSC 6.0.

Wang Laboratories, Inc. 1 Industrial Ave., Lowell, MA 01851

1/80 - 1/92

Project leader for MS Windows 3.0 applications to support voice communications on a Pen-based PC. Utilizing MSC 6.00 and Windows SDK 3.0

Wrote proposal, functional spec and detailed design spec for above project

Scheduled tasks for another software engineer and myself.

Coded, tested and documented a voice record/play DLL in Enhanced mode

Application to test DLL - application and DLL debugged with Codeview

Project leader for hardware/software project to build a DSP FAX/DATA modem as an add-on to a PC's serial port.

Wrote proposal, functional spec and detailed design spec

Scheduled tasks for a hardware engineer and myself.

Evaluated all aspects of the project

Coded and tested DSP code for FAX - ported from an 8 bit processor

Project leader for MS Windows applications to support NETBIOS emulator. Utilizing MSC 5.1 and Windows SDK 2.0. Debugged with Codeview and Soft-Ice.

Designed, built and debugged support utilities for the emulator including a configuration editor and background support for incoming call ID (ICLID). Involved message passing for ICLID to get to other Windows apps.

Co-designed, built and debugged a NETBIOS emulator using an ISDN PC card. Planned and wrote

detailed functional and design specifications for using ISDN & NETBIOS together. Obtained detailed knowledge about NETBIOS and the ISDN software.
Worked with another software engineer providing direction and expertise.
Cooperated with another company (Hayes) on the driver implementation.
Voice Software Tools on Industry-standard PC. Written in MSC 5.1 and 80286 assembly.
Designed, built and debugged a speech editor, waveform display and report generating tools needed for further development of TEXT-TO-SPEECH (TTS).
Involved multiple modules, multiple programs and using data sharing.
Prompt Development Workstation (PDW). Designed and developed programs to create prompts for a Voice Store and Forward system. Utilized MSC 5.1 with CodeView.
Evaluation of Automatic Speech Recognition (ASR) devices. Designed and executed a plan for evaluation of various vendor's ASR boards. Involved software and hardware interfacing with these boards, using interrupts and writing TSR drivers. Written in MSC 4.0 and 8086 assembly.
VT100 (VAX terminal) graphics add on. Added graphics capability to VT100 software emulator on PC. Designed and developed a driver which intercepted and interpreted data from VAX. Required knowledge of BIOS and debug of code without listing. Overrode RS232 interrupt and made graphics code run before original code. Written in 8086 assembly.
Reviewed and improved TEXT-TO-SPEECH (TTS) algorithm using C language and 8086 assembly. Involved interrupts, DMA, MSDOS and BIOS on the PC. Re-wrote I/O subsystem for DSP part of TTS.
Speech synthesis. Wrote simulation of GI SP0250 speech chip on a TMS32010 DSP board on PC. Involved debug of real-time code using XDS emulator. Required detailed understanding of internal chip algorithm.
Designed and developed run-time firmware for 8051-based telephone answer and transfer device (Call Interceptor). Debugged with Intel Development System. Used and helped design a complex protocol using touchtones. Helped on hardware design and selection of components for device. Received U.S. patent in 1986. System shipped on-schedule.
Aug 19, 12:31 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]
**Them Boyz** | nonie@gmail.com | IP: 24.253.34.182
Hey Boogeron,
when do we get our next update? Whats the latest newz with the criminalz at Zyience?
Aug 19, 12:19 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

12. **David** | danny@gmail.com | IP: 24.253.34.182
    This blog is what Rich means by "gainfully employed."
    Aug 16, 9:31 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]
13. **David** | danny@gmail.com | IP: 24.253.34.182
    You call this a job?
    Aug 16, 5:13 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]
14. **David** | danny@gmail.com | IP: 24.253.34.182
    Then you know I have the resources to sue you.
    Aug 15, 9:25 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]
15. **David** | danny@gmail.com | IP: 24.253.34.182
    You have to post the warning
    Aug 15, 8:59 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]
16. **David** | danny@gmail.com | IP: 24.253.34.182
    A word of legal advice: Post a warning if you plan to report IP address'
    Aug 15, 8:55 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]
17. **David** | danny@gmail.com | IP: 24.253.34.182
    I'll know if they drag me in
    Aug 15, 8:53 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

**Form Number 1**

18. **David** | danny@gmail.com | IP: 24.253.34.182
Rich,
If you report my IP address to ANYBODY, I'll sue your pants off.
Aug 15, 8:20 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]
19. **David** | danny@gmail.com | IP: 24.253.34.182
Rich,
If you report my IP address to the FBI, I'll sue your pants off. I didn't see any kind of warning before I posted, telling me you were tracking people, and or reporting to the FBI. That's a big invasion of my reasonable assumption of privacy… Go ahead and report me, I have the resources to sue you in MA; I'll bring a court fight to you like you've never seen. You can act as your own attorney, as you won't be able to afford a real lawyer. Go ahead, invade my privacy, dare ya
Aug 15, 8:19 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]
20. **David James** | danny@gmail.com | IP: 24.253.34.182
This blog is a waste of my time. Have fun with it, I'm out
Aug 14, 10:25 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]
21. **David James** | danny@gmail.com | IP: 24.253.34.182
Rich,
help me be more honest with the readers. Post my name
Aug 14, 10:21 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]
22. **David James** | danny@gmail.com | IP: 24.253.34.182
whatever man, cant win with you… you need to be honest with the readers:
http://unlimitedfightnews.com/wordpress/?p=43
Aug 14, 10:15 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]
23. **David James** | danny@gmail.com | IP: 24.253.34.182
check the IP address
Aug 14, 10:10 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]
24. **David James** | danny@gmail.com | IP: 24.253.34.182
I am not a consultant for Xyience. I do not own Xyience stock. I do not work for Xyience. Keep guessing
Aug 14, 10:06 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]
25. **David James** | danny@gmail.com | IP: 24.253.34.182
Comment by John Edson
Rinato is no longer General Counsel and has no power within Xyience, along with Russell Pike, as of February. No one should be listening or reporting on anything he says. Bill Underhill and Jan Hall run Xyience on a de facto basis.
Aug 14, 10:05 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]
26. **David James** | danny@gmail.com | IP: 24.253.34.182
I copied that from someone else who posted it before I did… do your research, or wait, did you know that already?
Aug 14, 9:57 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]
27. **David James** | danny@gmail.com | IP: 24.253.34.182
but in all seriousness, you have to report me to the FBI… I always wanted to be in that little room, like the guys on TV. That would be cool. They'll tell me my friends are telling all… you gotta duc it, duc, duc, duc it
Aug 14, 9:38 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]
28. **David James** | danny@gmail.com | IP: 24.253.34.182

I just wanted to see how many times I could post stuff, to make myself feel important
Aug 14, 9:36 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

29. **David James** | danny@gmail.com | IP: 24.253.34.182
btw, I dont own stock in Xyience, I dont work there… I was just bs'n with you. I doubt the FBI would be interested, I dont know anything
Aug 14, 9:34 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

30. **David James** | danny@gmail.com | IP: 24.253.34.182
Recall,
I'v been posting nothing but BS on your blog… those are your words, not mine. I dont know nuttin about nuttin
Aug 14, 9:32 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

31. **David James** | danny@gmail.com | IP: 24.253.34.182
you know who I am huh??? Post my name tough guy.
Aug 14, 9:31 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

32. **David James** | danny@gmail.com | IP: 24.253.34.182
Does that piss you off Boogeron??? You're going to report some poor smuck to the "authorities." Dude, this is a public blog, no crime committed here. You are using tactics of thuggery to silence anyone who disagrees with "The One Man Crusade"
Aug 14, 9:25 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

33. **David James** | danny@gmail.com | IP: 24.253.34.182
Boogeron,
I've been spoofing an IP the whole time, trace as you will… aint gonna find me
Aug 14, 9:19 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

34. **David James** | danny@gmail.com | IP: 24.253.34.182
http://en.wikipedia.org/wiki/Proxy_server
Aug 14, 8:11 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

35. **David James** | danny@gmail.com | IP: 24.253.34.182
Popular proxy software:
Free proxy lists , http://proxygeneration.com EDUCATIONAL PURPOSE ONLY
The Squid cache is a popular HTTP proxy server in the UNIX/Linux world.
The Apache HTTP Server can be configured to act as a proxy server.
Private Proxy is a software product by PrivacyView Software that connects to an anonymous proxy server to mask a computers IP address.
Blue Coat's (formerly Cacheflow's) purpose-built SGOS proxies 15 protocols including HTTPS/SSL, has an extensive policy engine and runs on a range of appliances from branch-office to enterprise.
WinGate is a multi-protocol proxy server and NAT solution that can be used to redirect any kind of traffic on a Microsoft Windows host. It also provides firewall, VPN and mail server functionality. Its WWW proxy supports integrated windows authentication, intercepting proxy, and multi-host reverse-proxying.
Privoxy is a free, open source web proxy with privacy and ad-blocking features.
Microsoft Internet Security and Acceleration Server is a product that runs on Windows 2000/2003 servers and combines the functions of both a proxy server and a firewall.
JAP - A local proxy, web anonymizer software connecting to proxy server chains of different organisations
Tor - A proxy-based anonymizing Internet communication system.
Proxomitron - User-configurable web proxy used to re-write web pages on the fly. Most noted for blocking ads, but has many other useful features.
PHProxy is a Web HTTP proxy programmed in PHP to bypass firewalls and other proxy restrictions through a Web interface very similar to the popular CGIProxy.
The HTTP-Tunnel is a SOCKS and HTTP proxy server and client for Windows.

**Form Number 1**

SJSWebProxy (SunMicrosystems) is a proxy server for HTTP and HTTPS (CONNECT) requests. It can also serve as a gateway for Ftp and Gopher traffic. It is also free for download.

Nginx Web and Reverse proxy server, that can act as POP3 proxy server.

SSH Secure Shell can be configured to proxify a connection, by setting up a SOCKS proxy on the client, and tunneling the traffic through the SSH connection.

yProxy is a NNTP proxy server that converts yEnc encoded message attachments to UUEncoding, complete with SSL client support.

PingFu is a proxy server and client for TCP and UDP applications

Zelune is a new web based proxy script that ultilizes cURL, that was made to compete with the more popular open source web proxy scripts. In addition to the CGIProxy, it supports javascript, and is freely distributable.

WWWOFFLE has been around since the mid-1990s, and was developed for storing online data for offline use.

Varnish is a high-performance HTTP accelerator with some features comparable to squid.

Aug 14, 8:10 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

36. **David James** | danny@gmail.com | IP: 24.253.34.182

ATTN anyone from Xyience who dares to stand up to Boogeron, and post on this blog: Use a proxy. Boogeron is going to turn over your IP address to the authorities… He is getting very desperate, also vowing to trace all IP address of anyone posting on this blog. The best way to thwart Boogeron's efforts is to use a proxy server before you post:

Anonymizing proxy server

A proxy server that removes identifying information from the client's requests for the purpose of anonymity is called an anonymizing proxy server or anonymizer.

Aug 14, 8:07 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

37. **David James** | danny@gmail.com | IP: 24.253.34.182

boogeron,

I'm going to give you an education on this matter:

IP traceback is a name given to any method for reliably determining the origin of a packet on the Internet. The datagram nature of the Internet makes it difficult to determine the originating host of a packet – the source id supplied in an IP packet can be falsified (Internet protocol spoofing) allowing for Denial Of Service attacks (DoS) or one-way attacks (where the response from the victim host is so well known that return packets need not be received to continue the attack). The problem of finding the source of a packet is called the IP traceback problem. IP Traceback is a critical ability for identifying sources of attacks and instituting protection measures for the Internet. Most existing approaches to this problem have been tailored toward DoS attack detection. Such solutions require high numbers of packets (tens of thousands) to converge on the attack path(s). By nature, a solution requiring large packet volume is specifically targeted toward DoS attacks and tend to be probablistic in nature.

A brute force solution to traceback can be obtained by having every router mark every packet as it passes through it. An alternative brute force solution requires every router to keep a record of every packet that passes through it. Such solutions are infeasible because: (1) they require a large and unbounded space in each packet (or router); (2) they require a large overhead at every router. Thus, most existing approaches to traceback attempt to reduce the above two effects.

IP Traceback was first suggested by Savage et al and later added to by many others.

Of the approaches described, some are probabilistic, and a few are deterministic. Some try to store information about packets in routers along the way, and some try to store information in the packet in either the fragment id field or the options field.

Aug 14, 7:59 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

38. **David James** | danny@gmail.com | IP: 24.253.34.182

Hey boogeron,

It will be proven, you ever heard of an IP trace??? I know you have, you keep threatening everyone who posts on this blog… Were you smart enough to use a proxy??? Oops, you just committed an "aww shit."

Aug 14, 7:47 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

39. **David James** | danny@gmail.com | IP: 24.253.34.182

Hey boogeron,

I know you authored those cartoons.

Aug 14, 7:29 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

40. **David James** | danny@gmail.com | IP: 24.253.34.182

Rich,

I knew you were a closet perv

Aug 14, 1:36 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

41. **David James** | danny@gmail.com | IP: 24.253.34.182

hahahahahahahaha lmao

Aug 14, 1:34 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

42. **David James** | danny@gmail.com | IP: 24.253.34.182

sources are crooks

Aug 13, 5:38 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

43. **David James** | danny@gmail.com | IP: 24.253.34.182

Go Xyience!!!

Aug 13, 5:03 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

44. **David James** | danny@gmail.com | IP: 24.253.34.182

I have a feeling that Rich is up against the cage wall, ripe for the take down… 1-Xyience, 0-Rich

Aug 13, 4:59 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

45. **David James** | danny@gmail.com | IP: 24.253.34.182

This lawsuit brings all the scum out to play. Rich, I'm here to play, are you???

Aug 13, 11:10 AM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

46. **David James** | danny@gmail.com | IP: 24.253.34.182

Richy boy,

I do see the proof: your sources are crooks, just like those you accuse. Lawrence aka (NEIBER) likes to violate restraining orders stating he must stay at least 1000 yards from a person. He comes on this blog, admits to a crime, and you still let him post and you continue to give him street cred. Got (NEIBER) on tape AGAIN.

Aug 13, 11:07 AM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

47. **David James** | danny@gmail.com | IP: 24.253.34.182

I guess he's broke too… I wish I could prove it was him typing under that name, I'd sue him in a second… All the money and time on my hands… gotta do something with it

Aug 13, 10:54 AM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

48. **David James** | danny@gmail.com | IP: 24.253.34.182

Jason,

Lawrence (NEIBER) is a crook, just like Rich… no regard for the law or the court system. It probably was him.

Aug 13, 10:45 AM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

49. **David James** | danny@gmail.com | IP: 24.253.34.182

Lawrence,

I'm the one with the money.

Aug 12, 10:24 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

**Form Number 1**

50. **David James** | danny@gmail.com | IP: 24.253.34.182
Hint: I'm using a proxy…
Aug 12, 9:03 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

51. **David James** | danny@gmail.com | IP: 24.253.34.182
Trace my IP address
Aug 12, 9:02 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

52. **David James** | danny@gmail.com | IP: 24.253.34.182
whatever dude, you need help
Aug 12, 9:02 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

53. **David James** | danny@gmail.com | IP: 24.253.34.182
More power to you
Aug 12, 8:12 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

54. **David James** | danny@gmail.com | IP: 24.253.34.182
no credible print organization would ever buy a word of this
Aug 12, 7:53 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

55. **David James** | danny@gmail.com | IP: 24.253.34.182
What started out in the first article sounding like it might be some interesting facts about the people behind Xyience, has fallen apart into what sounds like the repetitive ramblings of someone on the verge of madness.
Aug 12, 11:15 AM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

56. **David James** | danny@gmail.com | IP: 24.253.34.182
You're not a journalist, and no credible print organization would ever buy a word of this, if for no other reason than the writing is amateurish.
Aug 12, 9:46 AM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

57. **David James** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182
Yoy're going to have to wash a ton of houses to pay for all the damage you've caused: http://www.myspace.com/capecodpainting
Aug 11, 9:59 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

58. **David James** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182
Rich your delusions of grandeur and self aggrandizement throughout these articles and responses is hilarious. You're not a journalist, and no credible print organization would ever buy a word of this, if for no other reason than the writing is amateurish. I know you believe in this cause greatly, and who knows you might even be right that some of the people involved have shady records and are involved in wrong doing, but you come across as crusading and single-minded and really should give this a rest before it consumes you.
In the end, Mr. Pike has been caught before and imprisoned. If the lawsuits are as numerous as you maintain then the truth of all of this will come out in court and Mr. Pike will go back to jail, but nothing you write here is going to make any difference in those cases. What started out in the first article sounding like it might be some interesting facts about the people behind Xyience, has fallen apart into what sounds like the repetitive ramblings of someone on the verge of madness.
Take a step back.
Aug 11, 8:48 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

59. **David James** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182

Now that I've established myself to have credibility, I want to say this: I've talked with people who would know if the things said on this blog are true, they tell me with great certainty these things are lies.
Aug 11, 8:10 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

60. **David James** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182
ok, will do. I have to call a few people.
Aug 11, 7:48 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]
61. **David James** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182
You do a good job of filling up the comment section with lies and BS.
Aug 11, 1:52 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]
62. **David James** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182
Legal trouble
Aug 11, 1:48 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]
63. **David James** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182
you should sell shares in unlimitedfightnews.com to pay for your leagal troubles
Aug 11, 1:47 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]
64. **David James** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182
I love rolling around in my almost 2 million Xyience shares.
Aug 11, 1:46 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]
65. **David James** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182
The only lies I see on here are posted by you
Aug 11, 1:42 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]
66. **David James** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182
who lied about what
Aug 11, 1:30 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]
67. **David James** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182
I paid $.50, now they are worth about $5.00 and I have had many people want to buy them. I want the $20.00 a piece at the IPO
Aug 11, 1:27 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]
68. **David James** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182
so you must be one of the founders???
Aug 11, 1:25 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]
69. **David James** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182
I didnt make a mistake. I love rolling around in my almost 2 million Xyience shares. Feels good, got em for .50 a share, not they're worth about $5.00 each.
Aug 11, 1:17 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]
70. **David James** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182
Heheyhey!!! Welcome back little buddy
Aug 11, 1:06 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

**Form Number 1**

71. **David James** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182
So I see you're still deleting comments. IE Interested Party = Bryant Rayford
Aug 11, 12:36 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]
72. **David James** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182
My stock is good, I have no problem with it, my problem is with a guy named Rich Bergeron. I have been talking to my lawyer, you are lucky so far. I'm not going to sue until if and when my name pops up in your blog. When it does, automatic lawsuit. I told you what my damages will be; you seem to think this is a big joke. If the share fail to go public as planned, I will also sue. You will need to take out a mortgage on your trailer, do a lot of weddings to pay for your legal bills. I will renew the judgments every year until the day I die. You will never own anther bank account or trailer, as long as I renew the judgments. There are more people than just me who stand to lose their life savings. The only class action lawsuit I see coming, is Xyience share holders against Rich Bergeron.
Aug 11, 12:18 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]
73. **David James** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182
plus the 500,000 share my father bought. add those too
Aug 11, 1:09 AM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]
74. **David James** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182
I'll be next in line to sue if my shares fail to go public, and it can somehow be traced to this blog. Rich, whats 1,225,000.00 x $20.00 ??? add that up, and post it. Remember that sum, those are the damages I will be seeking… The Xyience suit is just a warm up…
Aug 11, 1:01 AM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]
75. **David James** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182
you got me all wrong
Aug 11, 12:13 AM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]
76. **David James** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182
Does Xyience have more than 750 million dollars in assets?
Aug 10, 7:17 AM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]
77. **David James** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182
"consultants." implies money, lots of money being spent
Aug 9, 11:34 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]
78. **David James** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182
"consultants." hmm
Aug 9, 11:31 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]
79. **David James** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182
you slipped up, gave yourself away
Aug 9, 10:45 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

80. **David James** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182
hmmm… kind of figured that response would be conducive
Aug 9, 10:43 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

81. **David James** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182
Rich,
have you ever worked for Xyience?
Aug 9, 10:18 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

82. **David James** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182
I think that you should remove this material.
It looks too personal. Against Pike.
Don't bring down the whole company. What's the point?
Aug 9, 10:08 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

83. **David James** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182
nice
Aug 9, 10:05 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

84. **David James** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182
what do you do?
Aug 9, 10:00 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

85. **David James** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182
good luck
Aug 9, 9:53 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

86. **Dan** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182
I'll tell you what I do for a living if you tell everyone what you do
Aug 9, 9:41 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

87. **Dan** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182
Rich, your intelligence must be limited to wedding photography. You don't seem very adept when it comes to legal matters… Do you really think you are going to beat Xyience in a court room??? The only place you could win is the court of public opinion, and anyone would look bad if they were getting the press coverage you give… really fair and balanced man…
Aug 9, 9:33 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

88. **Danny Pike** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182
There you go deleting my comments
Aug 9, 9:33 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

89. **Danny Pike** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182
btw I think I will call myself Danny Pike, brother of Peter
Aug 9, 9:32 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

90. **Danny** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182
What do you mean by that, Sir???
Aug 9, 9:13 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

91. **Danny** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182
Trace Peter's IP address while you can, you may have to prove that it wasn't you who posted that stuff. I would demand some kind of proof from Peter, as he has made some very serious statements, passing them off as factual and true…

**Form Number 1**

Aug 9, 3:20 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

92. **Danny** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182
Why don't you fact check the post made by "Peter Pike"???? "Judicial Authorities??????" "Federal Authorities???" Sounds like he pulled that out of his ass… I went to google and found no record of a current investigation by "The State of California," "Judicial Authorities," or "Federal Authorities." And is his real name Peter Pike??? I think we have a case of slander here… Everything I post can be verified on google.com… cant say the same for Peter Pike. Rich, please verify Peter's outrageous claims.
Aug 9, 3:13 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

93. **Danny** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182
If I post 12 times a day, you must be deleting some of my posts
Aug 9, 12:51 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

94. **Danny** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182
08/09/2007 at 09:00 AM PLTF'S MTN FOR PRELIMINARY INJUNCTION/3
http://courtgate.coca.co.clark.nv.us/DistrictCourt/asp/SearchKeywordOptions.asp
type in Xyience and the case comes up. I will be following this online.
Aug 9, 9:05 AM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

95. **Danny** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182
I'm reading the las vegas sun articles you posted, this pike guy sounds like a bad dude. I must admit I am leaning toward guilty… doesnt look good for Pike, but again we should wait until he has his day in court.
Aug 9, 8:58 AM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

96. **Danny** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182
The stuff I posted about business loss is not "Xyience propaganda," you can look it up on google… its common course work in high school and 2nd and 3rd year college course work.
Aug 9, 8:51 AM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

97. **Danny** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182
"Federal Authorities"… sounds serious. I'm not toeing any company line, just think Rich is being one sided here. I am a firm believer in innocent until proven guilty in a court of law, not the court of public opinion… hence my comment: Rich you should show up and defend your case in Nevada. If all this crap is true about Xyience and Mr. Pike, I will be the first in line to swallow the bitter pill, but until then I must wait until all this stuff winds through the courts.
Aug 9, 8:47 AM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

98. **Danny** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182
I have no idea
Aug 8, 10:51 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

99. **Danny** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182
Do you know why their lawyers resigned?
Aug 8, 10:40 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

100. **Danny** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182
About those lawsuits… Remember, anybody can sue anyone for any reason… now winning is a different story. Mr. Pike has a great big target on his back; rich people get sued all the time… The latest get rich quick scheme: Lawyer up and sue someone… I'm sure the majority of those lawsuits against Mr. Pike are bogus, and or settled in Mr. Pike's favor.
Aug 8, 10:09 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

101. **Danny** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182
You should show up and make your case… I agree with some of what you're saying, but think you may be going about things the wrong way… you can't win your case if you fail to show up for court. Xyience is guaranteed victory.
Aug 8, 10:01 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

102. **Danny** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182
Are you going to show up tomorrow??? I would be trying for a plea deal if I were you. Try to settle it before they submit you.
Aug 8, 5:03 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

103. **Danny** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182
this is stuff from 1997??? thats like 10 years ago
Aug 8, 4:51 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

104. **Danny** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182
See Rich, there is a big difference in the loss… The money they claim you cost them is reputation and lost investment dollars… The loss I'm saying is good is the marketing loss, the 56 million… I am in no way saying the loss you caused them is a good thing. The loss they are claiming in the cause of action that is presently before the bar, that loss is very, very bad for a company… And once a criminal always a criminal is what I've gathered from this series… Mr. Pike was a criminal back in the old days, so he must be a criminal today… that's your logic, and Rich, to be quite honest, it hardly seems fair to me.
Aug 8, 9:35 AM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

105. **Danny** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182
See Rich, there is a big difference in the loss… The money they claim you cost them is reputation and lost investment dollars… The loss I'm saying is good is the marketing loss, the 56 million… I am in no way saying the loss you caused them is a good thing. The loss they are claiming in the cause of auction that is presently before the bar, that loss is very, very bad for a company… And once a criminal always a criminal is what I've gathered from this series… Mr. Pike was a criminal back in the old days, so he must be a criminal today… that's your logic, and Rich, to be quite honest, it hardly seems fair to me.
Aug 8, 9:34 AM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

106. **Danny** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182
To put it in proper prospective, Xyience losing 56 million, is like you or I losing a few bucks…
Aug 7, 10:56 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

107. **Danny** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182
The only reason I took the trouble to post on your blog is because you kept making it a point to make sure everyone was aware that Xyience lost 56 million, and "relies on regular multi-million dollar infusions of capital just to survive." Again, please do research and post your finding on business profit and loss strategy… There is no conspiracy that I can see, 56 million is a lot of money, but all the same, Xyience is a big company… it comes with the territory.
Aug 7, 10:54 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

108. **Danny** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182
"Early marketing success is attributable to Xyience's strategic partnerships with the UFC, Spike TV, MTV, VH1, The Fight Network, and several trade magazines worldwide. These

**Form Number 1**

brand alliances have allowed Xyience to quickly become one of the most sought after brands in the world today."

I guess that was what the 56 million was spent on… you have to spend money to make money… They taught me that in college.

Aug 7, 10:38 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

109. **Danny** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182

It is a very, very good thing that they are still losing money… that was my point… nothing bad about them losing 56 million last year

Aug 7, 10:28 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

110. **Danny** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182

Partnerships and S-Corps cannot retain their own profits or losses, and so the profit in year 3 cannot be reduced. That's because the losses were already distributed to the shareholders. There is one significant audit risk with a partnership or S-Corp. It is assumed that the shareholder works for the S-Corp or partnership, and so the IRS expects part of the shareholder's income will be taxable wages, and part will be profits from the business. In order to avoid an audit, Mary would have to pay herself a reasonable salary, and pay tax on the salary, even though the business isn't making any money.

Aug 7, 10:21 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

111. **Danny** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182

In general, if your business activity is expected to generate losses for the foreseeable future, I recommend forming a partnership or an S-Corporation. Current losses will reduce current income on your 1040. Future profits, if any, will not be reduced by previous losses. In order to form a partnership, you will need at least two shareholders. This could be a spouse, significant other, or really any other person. And it doesn't need to be 50-50. Your partner could own as little as 1% of the partnership.

Aug 7, 10:20 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

112. **Danny** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182

Rich,

the fact that "Xyience relies on regular multi-million dollar infusions of capital just to survive," proves nothing… Guess you didn't pay attention to that course in high school… btw, this is not an insult to you by any means… most people dont know that most business lose money the first 3 years…This is how losses work:

First, your business loss reduces your total income. On Form 1040, your total income is calculated on Line 22. The loss also reduces your Adjusted Gross Income (Line 36), and Taxable Income (Line 42). As such, your business loss reduces your income tax. If you have a day job (on a W-2), this means you will get a bigger refund compared to someone who earned the same amount of wages but did not have a freelance gig side business.

Reducing your taxes in this way is an excellent tax strategy. In fact, many tax professionals have encouraged people with high incomes to convert their hobbies into "businesses" so they can have a loss to reduce their income. Not surprisingly, the IRS has caught on to this strategy. There's no hard-and-fast method for distinguishing between a hobby and a real business just based on the tax return. After all, the tax return is just a piece of paper, and so there's no way to tell a legitimate business from a hobby apart except by using a rule of thumb.

Hobby Loss Rule of Thumb.

If a business reports a net profit in at least 3 out of 5 years, it is presumed to be a for-profit business. If a business reports a net loss in more than 2 out of 5 years, it is presumed to be a not-for-profit hobby.

This rule of thumb makes places a huge burden of proof on young businesses. On the one hand, the IRS expects new businesses to incur a loss. It is normal for a business to have a year or two of losses before becoming profitable. On the other hand, it is likely that a business could have several years of losses before ever making a profit. In fact, several such cases have been sent to the Tax Court.

If you cannot meet the 3-out-of-5 year rule (3 years of profits in a 5-year period), you can still prove your profit motive using the following nine factors:

You carry on the activity in a businesslike manner,

The time and effort you put into the activity indicate you intend to make it profitable,

You depend on income from the activity for your livelihood,

Your losses are due to circumstances beyond your control (or are normal in the start-up phase of your type of business),

You change your methods of operation in an attempt to improve profitability,

You, or your advisors, have the knowledge needed to carry on the activity as a successful business,

You were successful in making a profit in similar activities in the past,

The activity makes a profit in some years, and how much profit it makes, and

You can expect to make a future profit from the appreciation of the assets used in the activity.

This list is found in IRS Publication 535 Business Expenses.

An audit to defend your business losses can be a very expensive audit. If you lose, the IRS will disallow the loss. Your business expenses will be limited only to the extent of business income (which means zero profit). And you will have to re-calculate your tax liability, often meaning that you will have to repay some of your income tax, plus penalties and interest. The audit may also be a waste of time and money, since you will have to spend time fighting the IRS and paying an accountant, instead of focusing on making money.

Nonetheless, defending your business loss is in your best interest, because creative professionals have succeeded in demonstrating a profit motive despite years and years of losses. First and foremost, you must carry on your freelance work in a very businesslike manner. This means keeping good records, keeping a business diary showing meetings with clients, deadlines, and projects, having business cards and a web site that promotes your business, and keeping a log of freelance gigs you apply for, and so forth. If you arrive at your audit armed with a daily planner showing all this information, it will be harder for the IRS to prove that you were just a hobbyist.

Aug 7, 10:14 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

113. **Danny** | danny@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182

You should ask Xyience what you can do to make this lawsuit go away. You said yourself you cant afford to fight the lawsuit, and the old saying goes: A defendant who acts as their own attorney has a fool for a client… I bet Xyience would drop the suit if you stopped trying to take down Xyience. Rich, sometimes you have to walk away, some things are just not worth pursing… There are many people who have jobs at Xyience besides Mr. Pike, what happens to them???

Aug 6, 5:38 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

114. **Danny** | dann@gmail.com | unlimitedfightnews.com/wordpress/?p=26 | IP: 24.253.34.182

What did Xyience ever do to you??? You're crazy, they have a slm dunk case here, rock solid from the look of the court documents you posted.

**Form Number 1**

Aug 4, 8:34 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

115. **Scott** | scotty@gmail.com | IP: 24.253.34.182

Bryant Rayford… wasn't he the guy who almost cost Xyience a major contract with an unnamed distributor, because he couldn't shut his mouth??? Yeah, that's him.

May 31, 9:57 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

116. **Scott** | scotty@gmail.com | IP: 24.253.34.182

Jason,

Do you know how hard it is to file a lawsuit after your life savings has been ripped from you, from that cocksucker Russell pike. Do you know what its like to be told by a lawyer that you don't have enough money to pursue you lawsuit because you don't have anymore money because it has been stolen from you. You obviously don't know a god damn thing that has happened or the true facts of this case. I am related to the family that got fucked over in this case; im not saying names on here, rich knows which family im talking about. So I recommend you open your mouth and insert your MOTHER FUCKIN FOOT before you try to say the people that got fucked over are going to get their money.

ONE LAST THING I HAVE TO ADD, IF I SEE RUSSELL PIKE HE BETTER HAVE A FUCKIN UFC FIGHTER WITH HIM CAUSE I AM GONNA BEAT THE EVER LIVIN FUCKING SHIT OUT OF HIM"

Is this the guy who convinced you to write this crap about xyience? This "Mike" guy sounds like a real winner. It is obvious to me this Mike guy never took a college class in his life. If he had, he would know that one never invests more than 10% in any one stock or company… Mike- this is your bad, not Mr. Pikes.

May 30, 9:53 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

117. **Scott** | scotty@gmail.com | IP: 24.253.34.182

Rich, please stop this blog. I bought a lot of Xyience stock, over 500,000 shares, and I would like Xyience to go public so I can get my money back- and then some. Please don't damage my chance of recovery because some guy came to you with a sob story and convinced you to write the article. Xyience has been very good to me, and others who benefited the good of the company.

May 30, 9:47 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

118. **Scotty** | scottyyyy@gmail.com | IP: 24.253.34.182

Rinato is no longer General Counsel and has no power within Xyience, along with Russell Pike, as of February. No one should be listening or reporting on anything he says. Bill Underhill and Jan Hall run Xyience on a de facto basis.

May 30, 8:55 AM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

119. **Scott** | scottyyyyy@gmail.com | IP: 24.253.34.182

Rinato is no longer General Counsel and has no power within Xyience, along with Russell Pike, as of February. No one should be listening or reporting on anything he says. Bill Underhill and Jan Hall run Xyience on a de facto basis.

May 30, 8:55 AM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

120. **Scott** | scottyyyyy@gmail.com | IP: 24.253.34.182

Rinato is no longer General Counsel and has no power within Xyience, along with Russell Pike, as of February. No one should be listening or reporting on anything he says. Bill Underhill and Jan Hall run Xyience on a de facto basis.

May 30, 8:54 AM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

121. **Scott** | scottyyyyy@gmail.com | IP: 24.253.34.182

Comment by rich.bergeron:
"why would anyone PAY MONEY to fly me to Xyience HQ when Russell Pike's had countless opportunities to talk to me on the phone?"
Because you must be very important- only VIP get a first class, non-stop flight to Xyience corporate… Can't discuss these things over the phone- you know that Rich. This is a top secret, highly sensitive matter and must be treated as such.
May 30, 8:50 AM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

122. **Scott** | scottyyyyy@gmail.com | IP: 24.253.34.182
He probably was advised by the Xyience legal team to avoid you like the plague, as you would take everything out of context… to fit this ideologically driven witch-hunt you're so desperately trying to complete- at any cost I might add.
May 30, 8:43 AM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

123. **Scott** | scottyyyyy@gmail.com | IP: 24.253.34.182
Comment by rich.bergeron:
"I'd be happy to tell the other side of the story if I could find anyone willing to go to bat for Mr. Pike. Lately you are the only one who's willing to come forward and vouch for him."
Rich, I remember Mr. Pike was willing to meet with you in Las Vegas, you sir refused that meeting… doesn't seem like you really want his side of the story. John Chadwell went to bat, vouched for Mr. Pike, you destroyed him.
May 30, 12:04 AM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

124. **Scott** | scottyyyyy@gmail.com | IP: 24.253.34.182
Rich, I just want you to see the truth and not listen to people that are under arrest and have an axe to grind with no real knowledge of the facts.
May 29, 11:54 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

125. **Scott** | scottyyyyy@gmail.com | IP: 24.253.34.182
No Rich, not batting for Mr. Pike's team, just being open minded to the other side of the story… And yes, I can believe all these sources you have are people who are not at all credible… They all have various reasons for giving their side of the story… all have an axe to grind. I do see Mr. Pike as a "hero." In you own words; he went from a prison camp out at Nellis, to owner of Xyience in 4 years… That's a pretty good track record in my book… How many jobs has Mr. Pike provided through Xyience??? 50?? 75??? 100??? 200??? Any one of those is very, very good. How many people do you employ Mr. Rich??? Or are you employed by someone??? The Xyience "pie" smells pretty good doesn't it Rich???
May 29, 11:45 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

126. **Scott** | scottyyyyy@gmail.com | IP: 24.253.34.182
Comment by rich.bergeron:
"Trust me, you will see the light when the indictments come down and will be forced to change your tune then."
No I wont, as I said before, anyone can be indicted, sued, and accused of anything under the sun… just because accused, doesn't mean guilty.
May 29, 11:52 AM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

127. **Scott** | scottyyyyy@gmail.com | IP: 24.253.34.182
Anyone can sue anyone for any reason… just because "Mr. Pike and Xyience are being sued NOW by multiple different individuals and entities," doesn't make them guilty. When you have a good thing going, it is expected that people will come out of the woodwork, lawyer up, and try to sue to get a piece of the pie. You have to keep in mind that there are people out there who see a good thing and want to get a peice of the auction now that Xyience has taken off… I fail to see how Mr Pike is responsible for any investor putting his "life Savings" in Xyience… You should only invest what you can afford to lose… and if they lost their monies, it is not by any fault of Mr. Pike.
May 29, 11:49 AM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

**Form Number 1**

128. **Scott** | scott@gmail.com | 30 | IP: 24.253.34.182

As far as people getting their "Life Savings" snatched away, I don't feel sorry for their poor investment strategy. Most responsible people know not to invest more than 10% of their investments in one company or stock…

May 27, 1:03 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

129. **Scott** | scott@gmail.com | IP: 24.253.34.182

Rich keeps deleting my comments… thought you were a fair guy… why not let me speak my mind?

May 27, 10:36 AM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

130. **Scott** | scott@gmail.com | IP: 24.253.34.182

This Rich guy is blinded and has his mind closed to any point of view that goes against Xyience and Mr. Pike being guilty… Guys, just remember the owner of this blog seems to have an axe to grind and there are two sides to every story… Anyone and his brother would be found guilty if this Rich clown was presenting the evidence. You can tell he has his mind made up. As far as Mike goes… what a loser… has to threaten people who dare say "innocent until proven guilty." Mike, this is America, not Russia… Mr. Pike, if he has committed crimes, will be charged… we should wait until that day comes, not prejudge and try to destroy him based on his past… and I'm sure there are two sides to that story as well… The Las Vegas sun can be very biased.

May 27, 10:34 AM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

131. **D Scott** | finnallyfree@gmail.com | IP: 24.253.34.182

As far as people getting their "Life Savings" snatched away, I don't feel sorry for their poor investment strategy. Most responsible people know not to invest more than 10% of their investments in one company or stock…

May 27, 1:02 AM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

132. **Daniel Scott** | maree@gmail.com | IP: 24.253.34.182

I will reserve judgement for a little longer. you are supposed to be innocent until proven guilty and I have not read anywhere that Xience Inc. has been charged with any criminal wrong doing nor has Dana White so in my eyes they are innocent until a jury of there piers finds them guilty.

May 25, 10:18 PM — [ Edit | Delete | Unapprove | Approve | Spam | View Post ]

# EXHIBIT 7

**Form Number 1**

# FULL TEXT OF THIS CASE DOCUMENT AVAILABLE AT:

http://unlimitedfightnews.com/xyiencebigstuff.pdf

# EXHIBIT 8

**Form Number 1**

3784

3785

3786

3787

# PACER SERVICE CENTER INVOICE/STATEMENT

U.S. COURTS – PACER • P.O. BOX 70951 • CHARLOTTE, NC 28272-0951

| | | |
|---|---|---|
| **LOGIN ID:** | **FN0750** | Rich Bergeron |
| **BILLING DATE:** | **07/10/2007** | Fight News Unlimited |
| **BILLING CYCLE:** | **04/01/2007 - 06/30/2007** | 508-888-8995 |
| **PAGE:** | **1** | |

**PAYMENT INSTRUCTIONS**

Please do not send cash. We accept checks, money orders, Discover, Visa, Master Card, and American Express. Make checks drawn on a U.S. bank in U.S. dollars payable to: **PACER Service Center** and indicate the login ID on your check. For your information, the PACER Service Center's Federal tax identification number is **74-2747938**. To make payment by credit card, change account information, or view transaction details for this statement, visit the "Account Information" Section of the PACER Service Center web site at http://pacer.psc.uscourts.gov.

If you believe there is an error on your statement or if you have a question concerning a transaction, please write to PACER Service Center, P. O. Box 780549, San Antonio, TX 78278. All credit requests must be submitted in writing. You may fax your request to the PACER Service Center at (210) 301-6441. In your correspondence provide us with your name, login ID, and the dollar amount of the suspected error(s) together with a copy of the transactions in question. Please provide a reason for each credit being requested. When the PACER Service Center receives your request, you will be contacted by a representative.

We must hear from you no later than 08/06/2007. If we do not hear from you and your account becomes delinquent, you are subject to having the account disabled. The address below is for payments only. All other correspondence including address changes should be directed to the PACER Service Center, P.O. Box 780549, San Antonio, TX 78278. If you have any questions regarding this statement, you may contact the PACER Service Center at *(800) 676-6856 or (210) 301-6440.*

**ACCOUNT SUMMARY**

| | |
|---|---|
| Number of Dial-Up PACER Transactions: | 0 |
| Dial-Up PACER Billing Rate: | $.60 / Minute |
| Dial-Up PACER Total Time: | *00:00:00* |
| *Dial-Up PACER Charges:* | $0.00 |
| Number of PACER-Net Transactions : | 126 |
| PACER-Net Billing Rate: | $0.08 / Page |
| PACER-Net Total Web Pages: | *713* |
| *PACER-Net Charges:* | $57.04 |

| | |
|---|---|
| **Previous Balance:** | **$100.08** |
| **Current Charges:** | **$57.04** |
| **Total Amount Due:** | **$157.12** |

*Please detach this portion and return with your payment. Thank you!*

**PACER**

Public Access to Court Electronic Records

*Visit http://pacer.psc.uscourts.gov for address changes!*

| LOGIN ID | DUE DATE |
|---|---|
| FN0750 | 08/06/2007 |

| AMOUNT DUE |
|---|
| *$157.12* |

Mail Payment to:

**PACER Service Center**
**P.O. Box 70951**
**Charlotte, NC 28272-0951**

22975 T144 *****AUTO**ALL FOR AADC 028
Rich Bergeron
Fight News Unlimited
43 Long Hill Dr
East Sandwich MA 02537-1201

**PUBLIC ACCESS TO COURT ELECTRONIC RECORDS**

**Form Number 1**

# EXHIBIT 9

# Xyience, Inc.
## Balance Sheet
### As of December 31, 2006

| | Dec 31, 06 |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Checking/Savings | |
| Cash and Cash Equivalents | 85,079.88 |
| Total Checking/Savings | 85,079.88 |
| Accounts Receivable | |
| Accounts Receivable | 4,861,264.36 |
| Allowance for Doubtful Accounts | -250,051.54 |
| Total Accounts Receivable | 4,611,212.82 |
| Other Current Assets | |
| Inventory | 6,433,762.71 |
| Cash Deposits | 80,650.00 |
| Prepaid Expenses | 89,602.68 |
| Employee Advances | 10,000.00 |
| Total Other Current Assets | 6,614,015.39 |
| Total Current Assets | 11,310,308.09 |
| Fixed Assets | |
| Fixed Assets | 528,271.19 |
| Total Fixed Assets | 528,271.19 |
| Other Assets | |
| Interest Rec. Russell Pike | 130,768.45 |
| Interest Rec. Carol Brown | 12,437.56 |
| Interest Receivable Pete Rinato | 3,020.55 |
| Loan Receivables | 184,895.76 |
| Total Other Assets | 331,122.31 |
| **TOTAL ASSETS** | **12,169,701.59** |
| **LIABILITIES & EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable | 19,018,792.36 |
| Total Accounts Payable | 19,018,792.36 |
| Other Current Liabilities | |
| Note Discount, Share Issuance | -1,135,789.46 |
| Accrued Rent | 53,256.06 |
| Sales Tax Payable | 52.79 |
| Lease Payable-AEL Financial | 93,649.62 |
| Customer Deposits | 134,000.00 |
| Contingent Liab., AP Lititag. | 570,000.00 |
| Short Term Loans Payable | 18,923,303.96 |
| Accrued Interest Expense | 1,087,517.53 |
| Accrued Liabilities | 190,233.07 |
| Payroll Liabilities | 424,544.33 |
| Total Other Current Liabilities | 20,340,767.90 |
| Total Current Liabilities | 39,359,560.26 |
| Total Liabilities | 39,359,560.26 |
| Equity | |
| Capital Stock, Par Value | 47,974.35 |
| Additional Paid in Capital | 39,461,414.87 |
| Retained Earnings | -10,865,594.24 |
| Net Income | -55,833,653.65 |
| Total Equity | -27,189,858.67 |
| **TOTAL LIABILITIES & EQUITY** | **12,169,701.59** |

**Form Number 1**

3834

3835

3836

---

8:11 PM

02/10/07

Accrual Basis

# Xyience, Inc.
## Profit & Loss
### January through December 2006

| | Jan - Dec 06 |
|---|---|
| Ordinary Income/Expense | |
| Income | |
| Gross Sales Revenue | 22,475,964.88 |
| Discounts, Credits and Rebates | -2,103,784.94 |
| Total Income | 20,372,179.94 |
| Cost of Goods Sold | |
| Cost of Goods Sold | 14,170,872.31 |
| Total COGS | 14,170,872.31 |
| Gross Profit | 6,201,307.63 |
| Expense | |
| Marketing | 42,165,423.35 |
| Personnel Costs | 6,383,649.53 |
| Office and Facilities Expense | 1,848,212.03 |
| Other Administrative Costs | 3,619,739.92 |
| Legal, Accounting & Consulting | 5,218,506.43 |
| Total Expense | 59,235,531.26 |
| Net Ordinary Income | -53,034,223.63 |
| Other Income/Expense | |
| Other Income | |
| Interest Income | 116,930.09 |
| Total Other Income | 116,930.09 |
| Other Expense | |
| Depreciation & Ammortization | 91,472.36 |
| Interest Expense | 2,823,351.11 |
| Taxes | 1,536.64 |
| Total Other Expense | 2,916,360.11 |
| Net Other Income | -2,799,430.02 |

# EXHIBIT 10

Kurt Jetta H
<kurtjetta@tabsgroup.com> i

**Form Number 1**

d
e
d
e
t
a
i
l
s

| | |
|---|---|
| to | RICH.BERGERON@gmail.com |
| date | Aug 4, 2007 9:56 AM |
| subject | QUESTION ON XYIENCE |

3877

Rich,

I came across your block because I have Xyience set up as a Google Alert. I was very interested in your notes on Xyience. They are a client of ours, and I'm trying to get to the bottom of what their business prospects are, and who even is in charge there. Since April, our contact person has changed four times. One recent President and COO, Jan Hall, was only there about a month.

We are having a very difficult time getting paid, but it's clear that they still want our services. They don't go totally dark on us, so I don't think they're trying to duck out on their commitments.

Here's the issue I'm trying to get at: they are spending all this money on Marketing, and their in-market sales are still *extremely* low. So who's funding this endeavor and why? There's at least one Private Equity firm involved in the company. Are you suggesting they are getting soaked, as well?

Any hard information you can provide would be helpful. Thanks.

*Kurt Jetta*
President
203-925-9157
TABS Group, Inc.
www.tabsgroup.com
***The Experts in Consumer Analytics***

3878

STAD 8/19/07