# EXHIBIT
# 15

ORIGINAL

16

FILED

SEP 6 10 05 AM '07

CLERK OF THE COURT

ORDR
**COGBURN LAW OFFICES**
JAMIE S. COGBURN, ESQ.
Nevada State Bar No. 008409
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616
Attorneys for Plaintiff

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| XYIENCE INCORPORATED, a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD BERGERON, an Individual,<br><br>Defendant. | Case No: A 544781<br>Dept. No.: XVI |

**ORDER DENYING DEFENDANT'S MOTION TO DISMISS FOR LACK OF JURISDICTION**

Having considered Defendant's Motion to Dismiss for Lack of Jurisdiction, Plaintiff's Opposition, and the papers and pleadings on file herein, and for good cause appearing thereof:

Defendant's Motion to Dismiss for Lack of Jurisdiction is Denied as Plaintiff has showed that this Court has specific jurisdiction over the Defendant based upon the allegations set forth in Plaintiff's Complaint on file herein.

////

////

////

////

////

////

////

COGBURN LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936

RECEIVED
SEP 6 2007
CLERK OF THE COU

**ORDER**

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss for Lack of Jurisdiction is Denied as Plaintiff has put forth enough evidence to show this Court has specific jurisdiction based upon the events arising from the actions alleged in Plaintiff's Complaint.

Dated this 6th day of ~~August,~~ September 2007.

DISTRICT COURT JUDGE

Respectfully submitted by:

COGBURN LAW OFFICES

By: ______________________
Jamie S. Cogburn, Esq.
Nevada State Bar No. 008409
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
Attorneys for Plaintiff

COGBURN LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936