# EXHIBIT 16

CLERK OF THE COURT
CLARK COUNTY DISTRICT COURT
CLARK COUNTY, NEVADA

TRUST ¶

Receipt#:01380201 09/06/07 At:10:04 AM

Reg. No:5113

---

RECEIVED FROM:
Xyience Incorporated

---

Case#: 07-A-544781-C Type: CIVIL
Xyience Incorporat v Bergeron, Richard

For: Qty: 1 BOND $1,000.00

---

TOTAL DUE: $1,000.00

CHECK: NO: 3359 $1,000.00

---

TOTAL PAID: $1,000.00

CHANGE DUE:

THANK YOU
CHARLES J. SHORT