# EXHIBIT 17

ORIGINAL

**APPL**

Richard E. Bergeron
NAME

43 Longhill Drive
ADDRESS

East Sandwich, MA 02537
CITY, STATE, ZIP CODE

617-209-4325
TELEPHONE

**IN PROPER PERSON**

Electronically Filed
09/06/2007 10:09:39 AM

CLERK OF THE COURT

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

Xyience, Inc.
Plaintiff,
vs.
Rich Bergeron
Defendant

Case 544781
Dept. No.: XVI

**APPLICATION TO PROCEED INFORMA PAUPERIS**
**(Filing Fees/Service Only)**

Pursuant to NRS 12.015, and based on the following Affidavit, I request permission from this Court to proceed without paying court costs or other costs and fees as provided in NRS 12.015, because I lack sufficient financial ability.

## AFFIDAVIT

**STATE OF NEVADA** )
) **ss.**
**COUNTY OF CLARK** )

I, Rich Bergeron, after being duly sworn, depose and state as follows:

I wish to file with this Court the pleading submitted with this Application. I cannot pay the filing fees and costs of this action because I lack sufficient income, assets, or other resources. Including myself, there are 2 adults and 0 children age(s) ______ in my household.

My total monthly income is:

From all sources including employment, self-employment, social security, child support, etc $ 250 - 500

Any other household income from another member of the household is $ 900

My employer is myself located at www.unlimitedfightnews.com my job title is Editor/writer/webmaster

The following represents a list of all of my assets and their value:

| | Value | Loan Balance |
|---|---|---|
| Automobile N/A<br>YEAR, MAKE, AND MODLE | $ | $ 0 |
| Mobile Home, House or Other Real Estate N/A<br>SIZE, TYPE, AND YEAR | $ | $ 0 |

| Bank Accounts | Value | Loan Balance |
|---|---|---|
| First Debit checking<br>NAME OF BANK AND TYPE OF ACCOUNT | $ 5.00 | $ 0 |
| PayPal<br>NAME OF BANK AND TYPE OF ACCOUNT | $37.50 | $ 0 |
| Other<br>DESCRIPTION | $ | $ |


ALL RIGHTS RESERVED

| | | |
|---|---|---|
| ______________________ | $______ | $______ |
| ______________________ | $______ | $______ |

The following represents my total monthly expenses:

| | | |
|---|---|---|
| Rent or Mortgage | | $ 400 |
| Phone, Gas, Electricity, and Other Utilities | | $ 100 |
| Food | | $ 50 |
| Child Care | | $ |
| Insurance | | $ |
| Medical | | $ |
| Transportation | | $ 50 |
| Other: Auto Insurance | | $ |
| None | | $ |
| TOTAL MONTHLY EXPENSES | | $ 600 |

I request the Court hold a hearing on this Application if the Court is inclined to deny same, so that I may testify as to my indigent status. I declare under penalty of perjury that the foregoing is true and correct.

Richard E. Bergeron

Signature

© Clark County Civil Resource Center
Civil- IFP Costs/Fees



ALL RIGHTS RESERVED
u:\CRC\fee_waiver\packet_8\appfeewaiver_0501.wpd