# EXHIBIT
# 19

ORIGINAL

FILED
SEP 13 4 14 PM '07
CLERK OF THE COURT

NOTC
**COGBURN LAW OFFICES**
JAMIE S. COGBURN, ESQ.
Nevada State Bar No. 008409
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616
Attorneys for Plaintiff

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

XYIENCE INCORPORATED, a Nevada Corporation,

Plaintiff,

v.

RICHARD BERGERON, an Individual,

Defendant.

Case No: A 544781
Dept. No.: XVI

**NOTICE OF ENTRY OF ORDER DENYING DEFENDANT'S MOTION TO DISMISS**

**YOU WILL PLEASE TAKE NOTICE** that on the 6th day of September, 2007, an **ORDER DENYING DEFENDANT'S MOTION TO DISMISS** was entered in the above matter, a copy of which is attached hereto.

Dated this 13th day of September, 2007.

COGBURN LAW OFFICES

By ______________________
Jamie S. Cogburn, Esq.
Nevada State Bar No. 008409
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
Attorney for Plaintiffs

COGBURN LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936

RECEIVED
SEP 13 2007
CLERK OF THE COURT

**CERTIFICATE OF MAILING**

I hereby certify that on the 13th day of September, 2007, I served a copy of the foregoing Notice of Order Denying Defendant's Motion to Dismiss upon each of the parties by depositing a copy of the same in a sealed envelope in the United States Mail, Las Vegas, Nevada, First-Class Postage fully prepaid, and addressed to:

Richard Bergeron
43 Longhill Drive
East Sandwich, MA 02537

and that there is a regular communication by mail between the place of mailing and the place(s) so addressed.

an employee of Cogburn Law Offices

COGBURN L..W OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936

ORDR
**COGBURN LAW OFFICES**
JAMIE S. COGBURN, ESQ.
Nevada State Bar No. 008409
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616
Attorneys for Plaintiff

FILED
SEP 6 10 05 AH '07
CLERK OF THE COURT

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| XYIENCE INCORPORATED, a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD BERGERON, an Individual,<br><br>Defendant. | Case No: A 544781<br>Dept. No.: XVI |

**ORDER DENYING DEFENDANT'S MOTION TO DISMISS FOR LACK OF JURISDICTION**

Having considered Defendant's Motion to Dismiss for Lack of Jurisdiction, Plaintiff's Opposition, and the papers and pleadings on file herein, and for good cause appearing thereof:

Defendant's Motion to Dismiss for Lack of Jurisdiction is Denied as Plaintiff has showed that this Court has specific jurisdiction over the Defendant based upon the allegations set forth in Plaintiff's Complaint on file herein.

////
////
////
////
////
////
////

COGBURN LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936

COGBURN LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936

**ORDER**

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss for Lack of Jurisdiction is Denied as Plaintiff has put forth enough evidence to show this Court has specific jurisdiction based upon the events arising from the actions alleged in Plaintiff's Complaint.

Dated this 6 day of ~~August~~ September, 2007.

TIMOTHY G. WILLIAMS

DISTRICT COURT JUDGE

Respectfully submitted by:

COGBURN LAW OFFICES

By: ______________________

Jamie S. Cogburn, Esq.
Nevada State Bar No. 008409
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
Attorneys for Plaintiff