# EXHIBIT

# 22

ORIGINAL

OST
**COGBURN LAW OFFICES**
JAMIE S. COGBURN, ESQ.
Nevada State Bar No. 008409
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616
Attorneys for Plaintiff

FILED
2007 SEP 26 P 4: 33
CLERK OF THE COURT

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| XYIENCE INCORPORATED, a Nevada Corporation,<br>Plaintiff,<br>v.<br>RICHARD BERGERON, an Individual,<br>Defendant. | Case No: A 544781<br>Dept. No.: XVI |

**PLAINTIFF'S MOTION TO MODIFY PRELIMINARY INJUCTION ORDER ON AN ORDER SHORTENING TIME**

COMES NOW, the Plaintiff, Xyience Incorporated, by and through its attorney of record, Cogburn Law Offices, and moves to modify the Preliminary Injunction order entered on September 6, 2007, restraining Defendant, Richard Bergeron from posting defamatory remarks on the internet concerning Xyience and to remove certain false and defamatory articles currently on his website.

09-25-07A09:30 RCVD

RECEIVED
SEP 26 2007
CLERK OF THE COURT

COGBURN LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936

This Motion is based upon the pleadings and papers on file herein, Plaintiff's Declaration, the attached Points and Authorities, the Declaration of Jamie S. Cogburn, Esq. and any oral argument to be made by counsel at any hearing of this matter.

DATED this 25th day of September, 2007.

COGBURN LAW OFFICES

By ______________________
Jamie S. Cogburn, Esq.
Nevada State Bar No. 008409
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
Attorneys for Plaintiff

COGBURN LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936

**ORDER SHORTENING TIME**

Upon the Declaration of Jamie S. Cogburn, Esq., and good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the time for hearing of the above-entitled matter will be heard on the 11TH day of October, 2007, at the hour of 9:00 a.m. in Dept. No. XVI of the above-entitled Court.

DATED this 25th day of September, 2007.

______________________
DISTRICT COURT JUDGE

**DECLARATION OF JAMIE COGBURN, ESQ. IN SUPPORT OF AN EXPARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER**

1. I am an attorney licensed to practice law in the state of Nevada and am an officer of this Court. I have personal knowledge of the facts stated in this Declaration except for those upon information and belief and to those matters I believe them to be true. This Declaration is

made in support of Plaintiff's Motion to modify the Preliminary Injunction Order on an Order Shortening Time.

2. Cogburn Law Offices represents the interest of Plaintiff, Xyience Incorporated in the instant litigation now pending before this Honorable Court.

3. Upon information and belief, on December 10, 2006, Bergeron posted an article on his Myspace.com webpage, wherein he alleged that Xyience is being investigated by the Securities and Exchange Commission and that a Class Action law suit against Xyience was underway. Both of these statements were false.

4. Upon information and belief, on or about March 17, 2007, Bergeron posted a new article laced with false statements entitled "Xyience Investigative Report: Creator Russell Pike's Criminal Tendencies R Bergeron alleges that Xyience was created to steal money from investors for the benefit of certain employees or directors.

5. Bergeron also alleges that a major shareholder, Russell Pike, is using Xyience to defraud investors. Bergeron goes on to make up quotes from Russell Pike's former attorney, David Winterton, that Xyience is just another company to defraud investors.

6. Bergeron also alleges that the President of the Ultimate Fighting Championship (hereinafter referred to as "UFC"), Dana White is involved in defrauding investors by splitting sponsorship fees that Xyience paid the UFC. This allegation was also false.

7. Bergeron goes on to claim that Xyience is skimming money from investors and splitting it with the UFC, which is utterly false.

8. On September 6, 2007, this Court issued an Injunction requiring Bergeron to remove these claims and enjoined him from making the same or similar claims in the future. <u>See</u> Preliminary Injunction Order attached as Exhibit 1.

COGBURN LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936

9. Bergeron has failed to remove the postings in question and continues to post false and defamatory statements on his website with the intent to harm the reputation of Xyience. Moreover, these false and defamatory statements have led to potential investors refusing to invest substantial amounts of money until these articles are taken down.

10. Potential investors refuse to invest money because they fear that this assault on the internet against Xyience will detrimentally effect the value of there shares.

11. Bergeron has also sent emails to vendors with links to these postings in an attempt to destroy the business relationship Xyience has built with said vendor. <u>See</u> Exhibit 2.

12. Plaintiff's counsel has contacted Google and Bergeron's internet provider, EarthLink, Inc., to have the postings removed, but counsel has been informed a more specific order is necessary.

13. Consequently, Plaintiff is requesting this Court to modify the injunction, so Google and EarthLink Inc., will take the appropriate action to remove these defamatory postings.

14. Moreover, these articles are causing immediate and irreparable harm to Xyience. Without a modification to the Injunction Plaintiff will continue to suffer harm based upon the false and defamatory articles posted by the Defendant.

15. I declare under penalty of perjury under the laws of the State of Nevada (NRS 53.045), that the foregoing is true and correct.

Jamie S. Cogburn, Esq.

COGBURN LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936

## POINTS AND AUTHORITIES

## I. INTRODUCTION & FACTUAL SUMMARY

Xyience sued Richard Bergeron for defamation, and intentional tortuous interference with economic advantage. On September 6, 2007, this Court issued a Preliminary Injunction Order requiring Bergeron to remove any defamatory postings and refrain from making more defamatory postings. See Exhibit 1. To date, Bergeron has failed to remove said postings, so Xyience will be bringing a Motion to Show Cause, but in the meantime Xyience is requesting an Order to Modify the Injunction, so Google and EarthLink, Inc. (Bergeron's internet provider) will take the appropriate action. In addition, Xyience request an order restraining Bergeron from contacting vendors and investors with links to his defamatory postings, which was done immediately after this Court entered the Preliminary Injunction.

## III. THE PRELIMINARY INJUNCTION SHOULD BE MODIFIED

The Preliminary injunction was issued on September 6, 2007, requiring Bergeron to remove any defamatory postings and refrain from making more defamatory postings. See Exhibit 1. The preliminary injunction should be modified to add three additional orders. First, it should be modified to require Google to remove the Bergeron postings from there search engine, so the defamation does not continue at such a high level. Second, the order should require EarthLink, Bergeron's internet provider, to take the appropriate action to remove the postings, including but not limited to removing the website, if Bergeron continues to refuse to abide by the original order. Lastly, the order should restrain Bergeron from contacting Xyience vendors or investors in order to continue his defamatory campaign against Xyience. As evidenced by the email attached as Exhibit 2, Bergeron continues to contact Xyience vendors and investors via email and then provides a link to his defamatory postings on his website. A copy of the proposed order is attached as Exhibit 3, which Xyience proposes this Court enters.

COGBURN LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936

## IV. CONCLUSION

Based on the foregoing, this Court should modify the Preliminary Injunction Order to ensure that Bergeron can not continue his defamatory campaign against Xyience and continue to interfere with Xyience's business relationships.

DATED this 25th day of September, 2007.

COGBURN LAW OFFICES

By ______________________________

Jamie S. Cogburn, Esq.
Nevada State Bar No. 008409
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
Attorneys for Plaintiff

COGBURN LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936

EXHIBIT 1

ORDR
**COGBURN LAW OFFICES**
JAMIE S. COGBURN, ESQ.
Nevada State Bar No. 008409
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616
Attorneys for Plaintiff

FILED

SEP 6 10 07 AM '07

CLERK OF THE COURT

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

XYIENCE INCORPORATED, a Nevada Corporation,

Plaintiff,

v.

RICHARD BERGERON, an Individual,

Defendant.

Case No: A 544781
Dept. No.: XVI

**PRELIMINARY INJUNCTION ORDER**

Date of Hearing: August 9, 2007
Time of Hearing: 9:00 a.m.

THIS MATTER having come on before this court on the 9th day of August, 2007, on Plaintiff's Motion for Preliminary Injunction with Plaintiffs appearing by and through their counsel of record, Jamie S. Cogburn, Esq., and Defendant, Richard Bergeron not present, but having sufficient notice of the hearing. The Court having reviewed the papers and pleadings on file herein, and having heard the argument of counsel and good cause appearing therefore,

**IT IS HEREBY ORDERED**, that Plaintiffs Motion for Preliminary Injunction is Granted pursuant to NRCP 65 and Sobol v. Capital Mangmt. Consultants, 102 Nev. 444, 726 P.2d 335 (1986), as Xyience has showed that there is a strong likelihood of success on the merits, there is a threat of irreparable harm, there is little to no harm that will result to the Defendant, and this Court has an interest to protect the public from defamatory statements.



COGBURN LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936

COGBURN LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936

**IT IS FURTHER ORDERED**, that the Defendant, Richard Bergeron, shall remove any and all articles or postings regarding false claims about Xyience from the internet and Defendant shall be enjoined from communicating any statements or making any representations which in any manner state, advise, represent, assert, allege, suggest, or imply, in any manner which is intended to, or does evoke an inference or create an impression that Xyience is being investigated by the SEC.

**IT IS FURTHER ORDERED** that the Defendant, Richard Bergeron, shall remove any and all articles claiming that Xyience is defrauding investors and/or is conspiring with Dana White or the Ultimate Fighting Challenge to defraud investors. Richard Bergeron shall be enjoined from communicating any statements or making any representations which in any manner state, advise, represent, assert, allege, suggest, or imply, in any manner which is intended to, or does evoke an inference or create an impression that Xyience is defrauding investors and/or conspiring with Dana White or the Ultimate Fighting Championship to defraud investors.

**IT IS FURTHER ORDERED** that if Defendant, Richard Bergeron, fails to remove the defamatory articles regarding Xyience, then Xyience may take appropriate actions with internet service providers to have the defamatory articles removed.

**IT IS FURTHER ORDERED** that the instant Preliminary Injunction Order is conditioned upon the posting of security by Plaintiffs in the sum of $ 1,000.00.

TIMOTHY G. WILLIAMS

DISTRICT COURT JUDGE 9/26/07

Respectfully submitted by:

COGBURN LAW OFFICES

By: ______________________

Jamie S. Cogburn, Esq.
Nevada State Bar No. 008409
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
Attorneys for Plaintiff

COGBURN LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936

# EXHIBIT 2

**Jamie S. Cogburn**

**From:** Russell Pike [rpike@xyience.com]
**Sent:** Saturday, September 08, 2007 12:49 PM
**To:** jsc@cogburnlaw.com; Devin Keays
**Subject:** FW: help a good cause

---

**From:** Rich Bergeron [mailto:rich.bergeron@gmail.com]
**Sent:** Saturday, September 08, 2007 3:42 AM
**To:** info@unlimitedfightnews.com
**Subject:** help a good cause

Sorry for those getting this twice. I am including a link to the initial story this time for those who have not been following it. This investigative series I am now being sued for is something I have been working on since early this year with help from multiple inside sources. I have worked very hard to get things right and to seek justice for those who have been wronged. I truly believe I will be vindicated in the end, but I will need help to do that. If any of you have any advice or help to offer, you can contact me here.

Please check out these links:

http://unlimitedfightnews.com/wordpress/?p=331 (LAWSUIT DETAILS)

http://unlimitedfightnews.com/wordpress/?p=26 (INITIAL STORY)

--
Rich Bergeron
Editor/Writer/Webmaster
www.unlimitedfightnews.com
www.fightnewsunlimited.com
THE BEST FIGHT NEWS ON THE NET!!!
SPONSORED BY:
V-SHIELD:
http://www.myspace.com/needinvestors
www.extremecontactfighting.com
www.feelthepainfightgear.com
www.badboyzfightwear.com
www.heavyhittersfightgear.com
www.bulletfightgear.com
www.carnagefightgear.com

DO NOT read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please call us immediately at 800-994-3623 and ask to speak to the sender of the communication. Also please e-mail the sender and

notify the sender immediately that you have received the communication in error. Thank you. Xyience Inc.

# EXHIBIT 3

ORDR
**COGBURN LAW OFFICES**
JAMIE S. COGBURN, ESQ.
Nevada State Bar No. 008409
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616
Attorneys for Plaintiff

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| XYIENCE INCORPORATED, a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD BERGERON, an Individual,<br><br>Defendant. | Case No: A 544781<br>Dept. No.: XVI |

**MODIFIED PRELIMINARY INJUNCTION ORDER**

Date of Hearing:
Time of Hearing: 9:00 a.m.

THIS MATTER having come on before this court on the ___ day of ____________, 2007, on Plaintiff's Motion to Modify Preliminary Injunction Order with Plaintiffs appearing by and through their counsel of record, Jamie S. Cogburn, Esq., and Defendant, Richard Bergeron (hereinafter referred to as "Bergeron") appearing pro se.. The Court having reviewed the papers and pleadings on file herein, and having heard the argument of counsel and good cause appearing therefore,

IT IS HEREBY ORDERED, that Plaintiff's Motion to Modify Preliminary Injunction is Granted.

**IT IS FURTHER ORDERED**, that Plaintiffs Modified Preliminary Injunction Order is Granted pursuant to NRCP 65 and Sobol v. Capital Mangmt. Consultants, 102 Nev. 444, 726 P.2d 335 (1986), as Xyience has showed that there is a strong likelihood of success on the merits,



COGBURN LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936

there is a threat of irreparable harm, there is little to no harm that will result to the Defendant, and this Court has an interest to protect the public from defamatory statements.

**IT IS FURTHER ORDERED**, that the Defendant, Richard Bergeron, shall remove any and all articles or postings regarding false claims about Xyience from the internet and Defendant shall be enjoined from communicating any statements or making any representations which in any manner state, advise, represent, assert, allege, suggest, or imply, in any manner which is intended to, or does evoke an inference or create an impression that Xyience is being investigated by the SEC.

**IT IS FURTHER ORDERED** that the Defendant, Richard Bergeron, shall remove any and all articles claiming that Xyience is defrauding investors and/or is conspiring with Dana White or the Ultimate Fighting Challenge to defraud investors. Richard Bergeron shall be enjoined from communicating any statements or making any representations which in any manner state, advise, represent, assert, allege, suggest, or imply, in any manner which is intended to, or does evoke an inference or create an impression that Xyience is defrauding investors and/or conspiring with Dana White or the Ultimate Fighting Championship to defraud investors.

**IT IS FURTHER ORDERED** that Bergeron's internet provider, EarthLink, Inc. shall take actions, including but not limited to removing the websites in question from there server, to remove any statements or any representations which in any manner state, advise, represent, assert, allege, suggest, or imply, in any manner which is intended to, or does evoke an inference or create an impression that Xyience is being investigated by the SEC or Xyience is defrauding investors. Specifically, the websites in question are www.unlimitedfightnews.com and www.fightnewsunlimited.com.

COGBURN LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936

COGBURN LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936

**IT IS FURTHER ORDERED** that Google shall remove Bergeron's postings from Google's search engine, to ensure that any statements or any representations which in any manner state, advise, represent, assert, allege, suggest, or imply, in any manner which is intended to, or does evoke an inference or create an impression that Xyience is being investigated by the SEC or Xyience is defrauding investors does not appear when someone uses Google's search engine to look up "Xyience." Specifically, the websites in question are www.unlimitedfightnews.com and www.fightnewsunlimited.com.

**IT IS FURTHER ORDERED** that if Bergeron changes internet providers, then Bergeron's current internet provider shall take actions to remove any statements or any representations which in any manner state, advise, represent, assert, allege, suggest, or imply, in any manner which is intended to, or does evoke an inference or create an impression that Xyience is being investigated by the SEC or Xyience is defrauding investors.

**IT IS FURTHER ORDERED** that Bergeron shall be restrained from contacting Xyience vendors and/or investors in an attempt to interfere with Xyience's business relationships.

______________________________
DISTRICT COURT JUDGE

Respectfully submitted by:

COGBURN LAW OFFICES

By: ________________________
Jamie S. Cogburn, Esq.
Nevada State Bar No. 008409
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
Attorneys for Plaintiff