# EXHIBIT

# 23

ORIGINAL

DFLT
**COGBURN LAW OFFICES**
JAMIE S. COGBURN, ESQ.
Nevada State Bar No. 008409
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616
Attorneys for Plaintiff

FILED
2007 OCT -5 A 8:39
CLERK OF THE COURT

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| XYIENCE INCORPORATED, a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD BERGERON, an Individual,<br><br>Defendant. | Case No: A 544781<br>Dept. No.: XVI |

**DEFAULT**

It appearing from the files and records in the above entitled action that RICHARD BERGERON, an individual, Defendant herein, having been served with a copy of the Complaint and Summons on August 1, 2007 and more than 20 days, exclusive of the day of service, having expired since service upon the Defendant and since Defendant's Motion to Dismiss for lack of jurisdiction being denied; that no answer or other appearance having been filed and no

....

....

....

....

....

....

....

COGBURN LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936

RECEIVED
OCT 1 2007
CLERK OF THE COURT

further time having been granted, the default of the above-named Defendant for failing to answer or otherwise plead to Complaint is hereby entered.

CHARLES J. SHORT, CLERK OF THE COURT

By: ______________________ OCT 05 2007
Deputy Clerk Date
BRANDI J. WENDEL

The undersigned hereby requests and directs the entry of default

COGBURN LAW OFFICES

By: ______________________

Jamie Cogburn, Esq.
Nevada State Bar No. 008409
170 S. Green Valley Pkwy, Ste 280
Henderson, NV 89012
(702) 384-3616

COGBURN LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936