# EXHIBIT

# 24

ORIGINAL

NOTC
**COGBURN LAW OFFICES**
JAMIE S. COGBURN, ESQ.
Nevada State Bar No. 008409
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616
Attorneys for Plaintiff

FILED
OCT 5 4 02 PM '07
CLERK OF THE COURT

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| XYIENCE INCORPORATED, a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD BERGERON, an Individual,<br><br>Defendant. | Case No: A 544781<br>Dept. No.: XVI |

**THREE DAY NOTICE OF INTENT TO ENTER DEFAULT**

TO: RICHARD BERGERON, Defendant;

YOU AND EACH ONE OF YOU will please take notice that unless you answer to or otherwise plead to the Summons and Complaint on behalf of Defendant, RICHARD BERGERON, on file herein within (3) days of this Three Day Notice of Intent to Enter Default, the above-named Plaintiffs will enter a default against you, the above-named Defendant, and request the Court to enter a judgment against you, the Defendant, by default.

DATED this 5th day of October, 2007.

COGBURN LAW OFFICES

By ______________________________
Jamie S. Cogburn, Esq.
Nevada State Bar No. 008409
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
Attorneys for Plaintiff

COGBURN LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936

COGBURN LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936

## CERTIFICATE OF MAILING

I hereby certify that on the 5th day of October, 2007, I served a copy of the foregoing Three Day Notice of Intent to Take Default upon each of the parties by depositing a copy of the same in a sealed envelope in the United States Mail, Las Vegas, Nevada, First-Class Postage fully prepaid, and addressed to:

Richard Bergeron
43 Longhill Drive
East Sandwich, MA 02537

and that there is a regular communication by mail between the place of mailing and the place(s) so addressed.

__________________________
an employee of Cogburn Law Offices