# EXHIBIT
# 26

Electronically Filed
10/11/2007 03:23:23 PM

CLERK OF THE COURT

**Form Number 1**

OPPS

Rich Bergeron
43 Longhill Drive
East Sandwich, MA 02537
Telephone: (617) 209-4325
Defendant as Pro Se Attorney

## DISTRICT COURT

## CLARK COUNTY, NEVADA

XYIENCE, INC., A Nevada Corporation,

Plaintiff,

v.

Rich Bergeron, An Individual,

Defendant.

CASE NO.: A544781

DEPT. No.: XVI

---

## NOTICE OF MOTION TO DISMISS

**TO EACH PARTY AND TO EACH PARTY'S COUNSEL OF RECORD:**

YOU ARE HEREBY NOTIFIED that on Tuesday, October 09, 2007, Defendant Rich Bergeron moves pursuant to Code of Civil Procedure section 425.16 to strike the complaint of plaintiff Xyience, Inc. in this action on the grounds that the allegations of the complaint arise out of defendants' exercise of their rights to free speech under the State and Federal Constitutions in a public forum, in connection with an issue of public interest, and it is not probable that plaintiff will prevail on the claim. The motion will be based upon this Notice, the attached Memorandum of Points and Authorities, new evidence, the attached Declarations, and the records and files in this action.

DATED: October 11, 2007

By:

Rich Bergeron
43 Longhill Drive
East Sandwich, MA 02537
Serving as Attorney Pro Se

STAD 10/11/07