# EXHIBIT 27

ORIGINAL

COM
**COGBURN LAW OFFICES**
JAMIE S. COGBURN, ESQ.
Nevada State Bar No. 008409
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616
Attorneys for Plaintiff

FILED
Oct 15 4 32 PM '07
CLERK OF THE COURT

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| XYIENCE INCORPORATED, a Nevada Corporation, Plaintiff, v. RICHARD BERGERON, an Individual, Defendant. | Case No: A 544781<br>Dept. No.: XVI |

**CERTIFICATE OF MAILING**

I hereby certify that on the 26th day of September, 2007, I served a copy of the foregoing **Plaintiff's Motion to Modify Preliminary Injunction Order On An Order Shortening Time** upon each of the parties by depositing a copy of the same in a sealed envelope in the United States Mail, Las Vegas, Nevada, First-Class Postage fully prepaid, and addressed to:

Richard Bergeron
43 Longhill Drive
East Sandwich, MA 02537

and that there is a regular communication by mail between the place of mailing and the place(s) so addressed.

Vanessa Aghyan
an employee of Cogburn Law Offices

COGBURN LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936

RECEIVED
OCT 15 2007
CLERK OF THE COURT