# EXHIBIT 28

ORIGINAL

FILED
Nov 6 4 33 PM '07
CLERK OF THE COURT

ORDR
**COGBURN LAW OFFICES**
JAMIE S. COGBURN, ESQ.
Nevada State Bar No. 008409
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616
Attorneys for Plaintiff

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| XYIENCE INCORPORATED, a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD BERGERON, an Individual,<br><br>Defendant. | Case No: A 544781<br>Dept. No.: XVI |

**MODIFIED PRELIMINARY INJUNCTION ORDER**

Date of Hearing:
Time of Hearing: 9:00 a.m.

THIS MATTER having come on before this court on the 11th day of October, 2007, on Plaintiff's Motion to Modify Preliminary Injunction Order with Plaintiffs appearing by and through their counsel of record, Jamie S. Cogburn, Esq., and Defendant, Richard Bergeron (hereinafter referred to as "Bergeron") not appearing, but receiving proper notice of said hearing. The Court having reviewed the papers and pleadings on file herein, and having heard the argument of counsel and good cause appearing therefore,

IT IS HEREBY ORDERED, that Plaintiff's Motion to Modify Preliminary Injunction is Granted.

**IT IS FURTHER ORDERED**, that Plaintiffs Modified Preliminary Injunction Order is Granted pursuant to NRCP 65 and Sobol v. Capital Mangmt. Consultants, 102 Nev. 444, 726 P.2d 335 (1986), as Xyience has showed that there is a strong likelihood of success on the merits,



COGBURN LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936

RECEIVED
NOV 6 2007
CLERK OF THE COURT

COGBURN LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936

there is a threat of irreparable harm, there is little to no harm that will result to the Defendant, and this Court has an interest to protect the public from defamatory statements.

**IT IS FURTHER ORDERED**, that the Defendant, Richard Bergeron, shall remove any and all articles or postings regarding false claims about Xyience from the internet and Defendant shall be enjoined from communicating any statements or making any representations which in any manner state, advise, represent, assert, allege, suggest, or imply, in any manner which is intended to, or does evoke an inference or create an impression that Xyience is being investigated by the SEC.

**IT IS FURTHER ORDERED** that the Defendant, Richard Bergeron, shall remove any and all articles claiming that Xyience is defrauding investors and/or is conspiring with Dana White or the Ultimate Fighting Challenge to defraud investors. Richard Bergeron shall be enjoined from communicating any statements or making any representations which in any manner state, advise, represent, assert, allege, suggest, or imply, in any manner which is intended to, or does evoke an inference or create an impression that Xyience is defrauding investors and/or conspiring with Dana White or the Ultimate Fighting Championship to defraud investors.

**IT IS FURTHER ORDERED** that Bergeron's internet provider, EarthLink, Inc. shall take actions, including but not limited to removing the websites in question from there server, to remove any statements or any representations which in any manner state, advise, represent, assert, allege, suggest, or imply, in any manner which is intended to, or does evoke an inference or create an impression that Xyience is being investigated by the SEC or Xyience is defrauding investors. Specifically, the websites in question are www.unlimitedfightnews.com and www.fightnewsunlimited.com.

COGBURN LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936

**IT IS FURTHER ORDERED** that Google shall remove Bergeron's postings from Google's search engine, to ensure that any statements or any representations which in any manner state, advise, represent, assert, allege, suggest, or imply, in any manner which is intended to, or does evoke an inference or create an impression that Xyience is being investigated by the SEC or Xyience is defrauding investors does not appear when someone uses Google's search engine to look up "Xyience." Specifically, the websites in question are www.unlimitedfightnews.com and www.fightnewsunlimited.com.

**IT IS FURTHER ORDERED** that if Bergeron changes internet providers, then Bergeron's current internet provider shall take actions to remove any statements or any representations which in any manner state, advise, represent, assert, allege, suggest, or imply, in any manner which is intended to, or does evoke an inference or create an impression that Xyience is being investigated by the SEC or Xyience is defrauding investors.

**IT IS FURTHER ORDERED** that Bergeron shall be restrained from contacting Xyience vendors and/or investors in an attempt to interfere with Xyience's business relationships.

DISTRICT COURT JUDGE 10/12/07

Respectfully submitted by:

COGBURN LAW OFFICES

By: ______________________

Jamie S. Cogburn, Esq.
Nevada State Bar No. 008409
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
Attorneys for Plaintiff