# EXHIBIT 29

ORIGINAL

27

FILED

Nov 9 4 53 PM '07

CLERK OF THE COURT

NOTC
**COGBURN LAW OFFICES**
JAMIE S. COGBURN, ESQ.
Nevada State Bar No. 008409
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616
Attorneys for Plaintiff

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

XYIENCE INCORPORATED, a Nevada Corporation,

Plaintiff,

v.

RICHARD BERGERON, an Individual,

Defendant.

Case No: A 544781
Dept. No.: XVI

**NOTICE OF ENTRY OF ORDER GRANTING MODIFIED PRELIMINARY INJUNCTION ORDER**

**YOU WILL PLEASE TAKE NOTICE** that on the 6th day of November, 2007, an **ORDER GRANTING PLAINTIFF'S MODIFIED PRELIMINARY INJUNCTION** was entered in the above matter, a copy of which is attached hereto.

Dated this 9th day of November, 2007.

COGBURN LAW OFFICES

By ______________________
Jamie S. Cogburn, Esq.
Nevada State Bar No. 008409
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
Attorney for Plaintiffs

**COGBURN LAW OFFICES**
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936

RECEIVED
NOV - 9 2007
CLERK OF THE COURT

COGBURN LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936

**CERTIFICATE OF MAILING**

I hereby certify that on the 9th day of November, 2007, I served a copy of the foregoing Notice of Order Granting Plaintiff's Modified Preliminary Injunction upon each of the parties by depositing a copy of the same in a sealed envelope in the United States Mail, Las Vegas, Nevada, First-Class Postage fully prepaid, and addressed to:

Richard Bergeron
43 Longhill Drive
East Sandwich, MA 02537

and that there is a regular communication by mail between the place of mailing and the place(s) so addressed.

[signature]
an employee of Cogburn Law Offices