# EXHIBIT 31

ORIGINAL

COM
COGBURN LAW OFFICES
JAMIE S. COGBURN, ESQ.
Nevada State Bar No. 008409
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616
Attorneys for Plaintiff

FILED 19

DEC 3 4 41 PM '07

CLERK OF THE COURT

DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| XYIENCE INCORPORATED, a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD BERGERON, an Individual,<br><br>Defendant. | Case No: A 544781<br>Dept. No.: XVI |

## CERTIFICATE OF MAILING

I hereby certify that on the 3rd day of December, 2007, I served a copy of the foregoing (1) **Motion to Withdraw As Counsel for Plaintiff's Failure to Pay Attorneys' fees and Costs; (2) To Perfect Attorneys' Lien; and (3) Foreclose Attorneys' Lien** upon each of the parties via facsimile (where available) and by depositing a copy of the same in a sealed envelope in the United States Mail, Las Vegas, Nevada, First-Class Postage fully prepaid, and addressed to:

Xyience, Inc.
8912 Spanish Ridge, Suite 120
Las Vegas, Nevada 89148
Fax: (702) 430-3310

Richard Bergeron
43 Longhill Drive
East Sandwich, MA 02537

COGBURN LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936

RECEIVED
DEC 0 3 2007
CLERK OF THE COURT

COGBURN LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936

Petty Tsay, Esq.
Eisner & Frank
9601 Wilshire Blvd., Suite 700
Beverly Hills, CA 90210
Fax: (310) 855-3201

and that there is a regular communication by mail between the place of mailing and the place(s) so addressed.

an employee of Cogburn Law Office

DEC-03-2007(MON) 09:16 Cogburn Law Offices (FAX)702 943 1936 P.001

Transaction Report

Broadcast
Transaction(s) completed

| No. | TX Date/Time | | Destination | Duration | P.# | Result | Mode |
|---|---|---|---|---|---|---|---|
| 257 | DEC-03 | 09:10 | 130 | 0°00'52" | 007 | OK | N ECM |
| | | 09:15 | 4303310 | 0°00'55" | 007 | OK | N ECM |

COGBURN | LAW OFFICES

170 S. Green Valley Pkwy.,
Suite 280
Henderson, Nevada 89012
www.COGBURNLAW.com
TEL: (702) 384-3616
FAX: (702) 943-1936

**ATTORNEYS AT LAW**

**FAX NUMBER CALLING:** **310.855.3201**
**702.430.3310**

**FACSIMILE TRANSMITTAL FORM**

**TO:** Petty Tsay, Esq.
Jeanette Mersino

**FROM:** Jamie S. Cogburn, Esq.

**DATE:** December 3, 2007

**RE:** Xyience v. Bergeron

**FILE NO.:** 232.00

* * * * * * * * * *

**Message:**

**Description of Documents FAXed:** Motion to Withdraw and Foreclose on Lien

TOTAL PAGES 7 (including cover sheet)

Please see that this facsimile is delivered immediately upon receipt. If you do not receive this facsimile properly, please immediately contact Cogburn Law Offices at (702) 384-3616.

*The information contained in this facsimile message is privileged and confidential; it is intended only for the use of the recipient named above. If the reader of this message is not the intended recipient (or the employee or agent responsible to deliver it to the intended recipient), you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error, please immediately notify us by telephone and return the original message to us at the above address via the U.S. Postal Service. We will be happy to reimburse you for any costs. Thank you.*