# EXHIBIT
# 32

ORIGINAL

**Form Number 1**
OPPS
Rich Bergeron
43 Longhill Drive
East Sandwich, MA 02537
Telephone: (617) 209-4325
Defendant as Pro Se Attorney

FILED
DEC 6 9 27 AM '07
CLERK OF THE COURT

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

XYIENCE, INC., A Nevada Corporation,

Plaintiff,

v.

Rich Bergeron, An Individual,

Defendant.

CASE NO.: A544781

DEPT. No.: XVI

NOTICE OF DISPOSITIVE MOTION FOR RULE 11 SANCTIONS

**TO EACH PARTY AND TO EACH PARTY'S COUNSEL OF RECORD:**

YOU ARE HEREBY NOTIFIED that on Monday, December 3rd, 2007, Defendant Rich Bergeron moves pursuant to the federal and state provisions of Rule 11 that serious financial and ethical sanctions be levied against Plaintiff Xyience, Inc. and their counsel Jamie Cogburn along with Russell Pike, the man responsible for hiring Cogburn and pressing this frivolous case. Cogburn, Xyience, and Pike have all abused the court's trust, railroaded the defendant, and manufactured evidence to press their fraudulent case. This motion will be based upon this Notice, the attached new evidence, the attached Declarations, and the records and files in this action. A proposed Order of Dismissal With Prejudice is also attached and has been sent to plaintiff in the matter.

DATED: December 3rd, 2007

By:

Rich Bergeron
43 Longhill Drive
East Sandwich, MA 02537
Serving as Attorney Pro Se

RECEIVED
DEC 06 2007
CLERK OF THE COURT

STAD 11/24/07

# CERTIFICATE OF MAILING

I hereby certify that on the 3rd day of December, 2007, I served a copy of the foregoing Defendant's Notice of Dispositive Motion For Rule 11 Sanctions upon each of the parties by depositing a copy of the same in a sealed envelope in the United States Mail, East Sandwich, MA, First-Class Fully Prepaid, and addressed to:

XYIENCE, INC.
8912 SPANISH RIDGE, SUITE 120
LAS VEGAS, NV 89148

Russell Pike
801 Ville Franche Street
Las Vegas, NV 89145

Jamie Cogburn
170 S. Green Valley PKWY., SUITE 280
Henderson, Nevada, 89012

And that there is regular communication by mail between the place of mailing and the place so addressed.

RICH BERGERON
SERVING AS PRO SE ATTORNEY