# EXHIBIT 33

ORIGINAL

FILED

DEC 11 1 55 PM '07

CLERK

ORDR
COGBURN LAW OFFICES
JAMIE S. COGBURN, ESQ.
Nevada State Bar No. 008409
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616
Attorneys for Plaintiff

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| XYIENCE INCORPORATED, a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD BERGERON, an Individual,<br><br>Defendant. | Case No: A 544781<br>Dept. No.: XVI |

**ORDER GRANTING COGBURN LAW OFFICES MOTION TO WITHDRAW, PERFECT LIEN AND FORECLOSE LEIN**

The Court, having considered COGBURN LAW OFFICE'S MOTION TO: (1) WITHDRAW AS ATTORNEYS FOR PLAINTIFF'S XYIENCE, INC. FAILURE TO PAY FEES AND COSTS; (2) PERFECT ATTORNEYS LIEN; AND (3) FORECLOSE ATTORNEYS LIEN ON REQUEST FOR ORDER SHORTENING TIME, and there being no Opposition filed, and good cause appearing therefore, hereby ORDERS as follows:

1. Cogburn Law Offices Motion to: (1) Withdraw as Attorneys for Plaintiff's Xyience, Inc.'s failure to pay fees and costs; (2) Perfect Attorneys Lien; and (3) Foreclose Attorneys Lien on Request for Order Shortening Time is GRANTED in all respects;

COGBURN LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936

RECEIVED
DEC 11 2007
CLERK OF THE COURT



12-06-07 17:03 RCVD

2. The Plaintiffs' last known address and telephone number are:

Xyience, Inc.
8912 Spanish Ridge, Suite 120
Las Vegas, Nevada 89148

3. Xyience shall have 30 days to retain new counsel and for counsel to make an appearance.

4. JUDGMENT in favor of Cogburn Law Offices and against Xyience, Inc., is hereby entered in the amount of $14,658.54, plus interest to run at the statutory rate of 10.25% annually until paid in full.

5. The $14,658.54 Judgment in favor of Cogburn Law Offices and against Xyience, Inc., is for their failure to pay Cogburn Law offices attorneys fees and costs which are rightfully due and owing.

6. The $14,658.54 Judgment in favor of Cogburn Law Offices and against Xyience, Inc., is a reasonable amount of attorneys fess and costs based upon the factors in Brunzell v. Golden Gate Nat'l Bank, 85 Nev.345, 455 P.2d 31 (1969).

**IT IS SO ORDERED** this 10th day of December, 2007.

DISTRICT COURT JUDGE

Respectfully Submitted:

COGBURN LAW OFFICES

By:______________________
JAMIE S. COGBURN, ESQ.
Nevada State Bar No. 008409
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
Attorneys for Plaintiff

COGBURN LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936