# EXHIBIT 35

**Form Number 1**

OPPS
Rich Bergeron
43 Longhill Drive
East Sandwich, MA 02537
Telephone: (617) 209-4325
Defendant as Pro Se Attorney

FILED

2007 DEC 15 P 12: 14

CLERK OF THE COURT

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

XYIENCE, INC., A Nevada Corporation,

Plaintiff,

v.

Rich Bergeron, An Individual,

Defendant.

CASE NO.: A544781

DEPT. No.: XVI

NOTICE OF DISPOSITIVE MOTION FOR RULE 11 SANCTIONS

**TO EACH PARTY AND TO EACH PARTY'S COUNSEL OF RECORD:**

YOU ARE HEREBY NOTIFIED that on Tuesday, December 11th, 2007, Defendant Rich Bergeron moves pursuant to the federal and state provisions of Rule 11 that serious financial and ethical sanctions be levied against Plaintiff Xyience, Inc. and their counsel Jamie Cogburn along with Russell Pike, the man responsible for hiring Cogburn and pressing this frivolous case. Cogburn, Xyience, and Pike have all abused the court's trust, railroaded the defendant, and manufactured evidence to press their fraudulent case. This motion will be based upon this Notice, the attached new evidence, the attached Declarations, and the records and files in this action. A proposed Order of Dismissal With Prejudice is also attached and has been sent to plaintiff in the matter.

DATED: December 11, 2007

By:

Rich Bergeron
43 Longhill Drive
East Sandwich, MA 02537
Serving as Attorney Pro Se

RECEIVED
DEC 1 6 2007
CLERK OF THE COURT

STAR 12/6/07

12-11-07 08:43 RCVD