# EXHIBIT 36

ORIGINAL

15

FILED

DEC 18 4 47 PM '07

CLERK OF THE COURT

NOA
PAMELA R. LAWSON, ESQ.
Nevada Bar No. 5044
HUNTERTON & ASSOCIATES
333 South Sixth Street
Las Vegas, NV 89101
(702) 388-0098
Attorneys for Plaintiff

DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| XYIENCE INCORPORATED, a Nevada, Corporation,<br><br>Plaintiff,<br><br>RICHARD BERGERON, an Individual,<br><br>Defendant . | **CASE NO.: A544781**<br>**DEPT NO.: XVI**<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that law firm, HUNTERTON & ASSOCIATES, hereby files this Notice of Appearance as attorney of record for Plaintiff XYIENCE, INC. Please mail all pleadings, notices and documents to:

Hunterton & Associates
333 South Sixth Street
Las Vegas, NV 89101
(702) 388-0098
Fax: (702) 388-0361

DATED this 18th day of December 2007.

HUNTERTON & ASSOCIATES

By: ______________________
PAMELA R. LAWSON, ESQ.
Hunterton & Associates
Nevada Bar No. 5044
333 S. Sixth Street
Las Vegas, Nevada 89101
Attorneys for Plaintiff

RECEIVED
DEC 18 2007
CLERK OF THE COURT

HUNTERTON & ASSOCIATES
ATTORNEYS AT LAW
333 South Sixth Street
Las Vegas, NV 89101
(702) 388-0098

## CERTIFICATE OF SERVICE

On the 18 day of December 2007, the undersigned served by U.S. Mail the foregoing NOTICE OF APPEARANCE in an envelope, postage prepaid on:

Richard Bergeron
43 Longhill Drive
East Sandwich, MA 02537

[signature]
An Employee of Hunterton & Associates

HUNTERTON
&
ASSOCIATES
ATTORNEYS AT LAW
333 South Sixth Street
Las Vegas, NV 89101
(702) 388-0098



Case No.: