# EXHIBIT 37

ORIGINAL

NOTC
**COGBURN LAW OFFICES**
JAMIE S. COGBURN, ESQ.
Nevada State Bar No. 008409
KRISTIN H. COGBURN, ESQ.
Nevada State Bar No. 008271
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616
Attorneys for Plaintiffs

FILED
DEC 19 3 36 PM '07
CLERK OF THE COURT

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

XYIENCE INCORPORATED, a Nevada Corporation,

Plaintiff,

v.

RICHARD BERGERON, an Individual,

Defendant.

Case No.: A 544781

Dept. No.: XVI

**NOTICE OF ENTRY OF ORDER**

**YOU WILL PLEASE TAKE NOTICE** that on the 11th day of December, 2007, an Order Granting Cogburn Law Offices Motion to Withdraw, Perfect Lien and Foreclose Lien was entered in the above matter, a copy of which is attached as Exhibit "1" hereto.

Dated this 19th day of December, 2007.

Respectfully submitted by:

COGBURN LAW OFFICES

By ______________________
JAMIE S. COGBURN, ESQ.
Nevada State Bar No. 008409
KRISTIN H. COGBURN, ESQ.
Nevada State Bar No. 008271
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
Attorneys for Plaintiffs

COGBURN LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936

RECEIVED
DEC 19 2007
CLERK OF TH_ OURT

COGBURN LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936

**CERTIFICATE OF MAILING**

I hereby certify that on the ___ day of December, 2007, I served a copy of the foregoing **NOTICE OF ENTRY OF ORDER** upon each of the parties by depositing a copy of the same in a sealed envelope in the United States Mail, Las Vegas, Nevada, First-Class Postage fully prepaid, and addressed to:

Richard Bergeron
43 Longhill Drive
East Sandwich, MA 02537

Xyience, Inc.
8912 Spanish Ridge, Suite 120
Las Vegas, Nevada 89148

and that there is a regular communication by mail between the place of mailing and the place(s) so addressed.

an employee of Cogburn Law Offices

# EXHIBIT "1"

ORDR
COGBURN LAW OFFICES
JAMIE S. COGBURN, ESQ.
Nevada State Bar No. 008409
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616
Attorneys for Plaintiff

FILED
DEC 11 1 55 PM '07
CLERK OF THE COURT

DISTRICT COURT

CLARK COUNTY, NEVADA

XYIENCE INCORPORATED, a Nevada Corporation,

Plaintiff,

v.

RICHARD BERGERON, an Individual,

Defendant.

Case No: A 544781
Dept. No.: XVI

**ORDER GRANTING COGBURN LAW OFFICES MOTION TO WITHDRAW, PERFECT LIEN AND FORECLOSE LEIN**

The Court, having considered COGBURN LAW OFFICE'S MOTION TO: (1) WITHDRAW AS ATTORNEYS FOR PLAINTIFF'S XYIENCE, INC. FAILURE TO PAY FEES AND COSTS; (2) PERFECT ATTORNEYS LIEN; AND (3) FORECLOSE ATTORNEYS LIEN ON REQUEST FOR ORDER SHORTENING TIME, and there being no Opposition filed, and good cause appearing therefore, hereby ORDERS as follows:

1. Cogburn Law Offices Motion to: (1) Withdraw as Attorneys for Plaintiff's Xyience, Inc.'s failure to pay fees and costs; (2) Perfect Attorneys Lien; and (3) Foreclose Attorneys Lien on Request for Order Shortening Time is GRANTED in all respects;



COGBURN LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936

COGBURN LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936

2. The Plaintiffs' last known address and telephone number are:

Xyience, Inc.
8912 Spanish Ridge, Suite 120
Las Vegas, Nevada 89148

3. Xyience shall have 30 days to retain new counsel and for counsel to make an appearance.

4. JUDGMENT in favor of Cogburn Law Offices and against Xyience, Inc., is hereby entered in the amount of $14,658.54, plus interest to run at the statutory rate of 10.25% annually until paid in full.

5. The $14,658.54 Judgment in favor of Cogburn Law Offices and against Xyience, Inc., is for their failure to pay Cogburn Law offices attorneys fees and costs which are rightfully due and owing.

6. The $14,658.54 Judgment in favor of Cogburn Law Offices and against Xyience, Inc., is a reasonable amount of attorneys fess and costs based upon the factors in Brunzell v. Golden Gate Nat'l Bank, 85 Nev.345, 455 P.2d 31 (1969).

**IT IS SO ORDERED** this 10 day of December, 2007.

TIMOTHY C. WILLIAMS
DISTRICT COURT JUDGE

Respectfully Submitted:

COGBURN LAW OFFICES

By: ______________________
JAMIE S. COGBURN, ESQ.
Nevada State Bar No. 008409
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
Attorneys for Plaintiff