# EXHIBIT 39

ORIGINAL

AFF
PAMELA R. LAWSON, ESQ.
Nevada Bar No. 5044
HUNTERTON & ASSOCIATES
333 South Sixth Street
Las Vegas, NV 89101
(702) 388-0098
Attorneys for Plaintiff

FILED
JAN 8 4 47 PM '08
CLERK OF THE COURT

DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| XYIENCE INCORPORATED, a Nevada, Corporation,<br>Plaintiff,<br>RICHARD BERGERON, an Individual,<br>Defendant . | **CASE NO.: A544781**<br>**DEPT NO.: XVI**<br><br>**AFFIDAVIT OF PAMELA R. LAWSON IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT JUDGMENT** |

I, Pamela R. Lawson, do hereby wear under penalty of perjury that the following assertions are true to the best of my knowledge and belief and as provided to me by my client and its former counsel, Jamie S. Cogburn, Esq.

1. Affiant is the attorney for Plaintiff in the above-entitled action and has made careful investigation in the cause, and has been informed and believes that Defendant Richard Bergeron is not in the military service of the United States nor an infant or incompetent person.

2. Defendant Richard Bergeron was served with a copy of the Summons and Complaint by service upon Richard Bergeron at 43 Longhill Drive, East Sandwich, MA 02537.

RECEIVED
JAN 0 8 2008
CLERK OF THE COURT

HUNTERTON & ASSOCIATES
ATTORNEYS AT LAW
333 South Sixth Street
Las Vegas, NV 89101
(702) 388-0098

3. Plaintiff sent a Three Day Notice of Intent to Take Default on or about October 5, 2007. The Default was entered on October 5, 2007; a copy is attached hereto marked as Exhibit 1.

4. I am further informed and believe that there Plaintiff's damages are in the amount of $70,000.00.

5. Plaintiff has also incurred 42.5 hours of reasonable attorney's services. The billing is attached to the Application for Default Judgment as Exhibit 2. These services were all necessary to the prosecution of this action and are believed by Affiant to be reasonable.

Plaintiff seeks attorneys' fees and his costs as special damages.

FURTHER YOUR AFFIAT SAYETH NAUGHT

PAMELA R. LAWSON

SUBSCRIBED AND SWORN to before me
this 8 day of January 2008.

Notary Public

DONALANE CAMERON-LAWSON
Notary Public State of Nevada
No. 03-84649-1
My appt. exp. Oct.9, 2011

HUNTERTON
&
ASSOCIATES
ATTORNEYS AT LAW
333 South Sixth Street
Las Vegas, NV 89101
(702) 388-0098

**CERTIFICATE OF SERVICE**

On the 8 day of January 2008, the undersigned served by U.S. Mail the foregoing AFFIDAVIT OF PAMELA R. LAWSON IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT JUDGMENT in an envelope, postage prepaid on:

Richard Bergeron
43 Longhill Drive
East Sandwich, MA 02537

An Employee of Hunterton & Associates

HUNTERTON
&
ASSOCIATES
ATTORNEYS AT LAW
333 South Sixth Street
Las Vegas, NV 89101
(702) 388-0098



Case No.:

# EXHIBIT 1

ORIGINAL

DFLT
**COGBURN LAW OFFICES**
JAMIE S. COGBURN, ESQ.
Nevada State Bar No. 008409
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616
Attorneys for Plaintiff

FILED
2007 OCT -5 A 8:39
CLERK OF THE COURT

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

XYIENCE INCORPORATED, a Nevada Corporation,

Plaintiff,

v.

RICHARD BERGERON, an Individual,

Defendant.

Case No: A 544781
Dept. No.: XVI

**DEFAULT**

It appearing from the files and records in the above entitled action that RICHARD BERGERON, an individual, Defendant herein, having been served with a copy of the Complaint and Summons on August 1, 2007 and more than 20 days, exclusive of the day of service, having expired since service upon the Defendant and since Defendant's Motion to Dismiss for lack of jurisdiction being denied; that no answer or other appearance having been filed and no

....

....

....

....

....

....

....

COGBURN LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936

RECEIVED
OCT 1 2007
CLERK OF THE COURT

further time having been granted, the default of the above-named Defendant for failing to answer or otherwise plead to Complaint is hereby entered.

CHARLES J. SHORT, CLERK OF THE COURT

By: ______________________ OCT 05 2007
Deputy Clerk Date
BRANDI J. WENDEL

The undersigned hereby requests and directs the entry of default

COGBURN LAW OFFICES

By: ______________________
Jamie Cogburn, Esq.
Nevada State Bar No. 008409
170 S. Green Valley Pkwy, Ste 280
Henderson, NV 89012
(702) 384-3616

COGBURN LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936

# EXHIBIT 2

APP
PAMELA R. LAWSON, ESQ.
Nevada Bar No. 5044
HUNTERTON & ASSOCIATES
333 South Sixth Street
Las Vegas, NV 89101
(702) 388-0098
Attorneys for Plaintiff

DISTRICT COURT

CLARK COUNTY, NEVADA

| | | |
|---|---|---|
| XYIENCE INCORPORATED, a Nevada, Corporation,<br><br>Plaintiff,<br><br>RICHARD BERGERON, an Individual,<br><br>Defendant . | ) | **CASE NO.: A544781**<br>**DEPT NO.: XVI**<br><br>**APPLICATION FOR DEFAULT JUDGMENT** |

Plaintiff Xyience, Inc. moves this honorable court to enter a Default Judgment in favor of Plaintiff and against the Defendant Richard Bergeron in the principal amount of $70,000 together with attorneys fees in the aggregate amount of $84,040.00 comprised of:

$ 14,040.00 to Hunterton & Associates, Esq. Attorneys of record. See itemized bill attached hereto marked as Exhibit A.

This Application is made on the ground that a Default has been entered against the Defendant for failure to answer or otherwise defend as to as to the Complaint on behalf of Plaintiff and that said Defendant is not in the military service of the United States nor an infant or incompetent person.

In support of this Application, Plaintiff relies on the Affidavit of Pamela R. Lawson filed herewith and incorporated by reference herein, and all the records, papers, and pleadings on file herein.

DATED this 8th day of January 2008.

HUNTERTON & ASSOCIATES

By [signature]
PAMELA R. LAWSON, ESQ.
Hunterton & Associates
Nevada Bar No. 5044
333 S. Sixth Street
Las Vegas, Nevada 89101
Attorneys for Plaintiff

HUNTERTON & ASSOCIATES
ATTORNEYS AT LAW
333 South Sixth Street
Las Vegas, NV 89101
(702) 388-0098

**CERTIFICATE OF SERVICE**

On the 8 day of January 2008, the undersigned served by U.S. Mail the foregoing APPLICATION FOR DEFAULT JUDGMENT in an envelope, postage prepaid on:

Richard Bergeron
43 Longhill Drive
East Sandwich, MA 02537

[signature]
An Employee of Hunterton & Associates

HUNTERTON
&
ASSOCIATES
ATTORNEYS AT LAW
333 South Sixth Street
Las Vegas, NV 89101
(702) 388-0098

# EXHIBIT A

HUNTERTON & ASSOCIATES
333 S. Sixth Street
Las Vegas, NV 89101

Invoice submitted to:
Adam Frank
1 Hughes Center Drive #505
Las Vegas NV 89169

January 08, 2008

In Reference To: Bergeron
3290-02/ CSH

Professional Services

| | | | Hrs/Rate | |
|---|---|---|---|---|
| 11/28/2007 | PRL | Telephone conference with Attorney Fell regarding Xyience. | 0.20<br>300.00/hr | NO CHARGE |
| 11/29/2007 | SBB | Review Bergeron web site; telephone conference with Attorneys Hunterton and Lawson and Mr. Sanford; review Bergeron emails. | 2.80<br>300.00/hr | |
| | CSH | Review deluge of documents from client regarding Blogger; review litigation material (partial); telephone conference with clients and follow-up. | 4.00<br>500.00/hr | |
| | PRL | Conference with Attorneys Benham and Hunterton, and Mr. Sanford regarding Bergeron postings. | 0.50<br>300.00/hr | |
| 11/30/2007 | SBB | Review and respond to audit letter. | 0.40<br>300.00/hr | |
| | SBB | Review additional Bergeron emails. | 0.80<br>300.00/hr | |
| 12/3/2007 | SBB | Conference with Attorney Lawson regarding Xyience v. Bergeron; email clients regarding additional representation. | 0.80<br>300.00/hr | |
| | PRL | Review and analysis of Bergeron blogs online; review and analysis of Bergeron e-mails and documents; conference with Attorney Hunterton regarding conflict; conference with Attorney Benham regarding solution to possible bankruptcy; draft memorandum to Attorney Hunterton. | 6.60<br>300.00/hr | |
| | CSH | Conference with Attorney Lawson. | 0.30<br>500.00/hr | NO CHARGE |
| 12/4/2007 | CSH | Review of voluminous documents and litigation materials; conference with Attorneys Benham and Lawson and Mr. Sanford. | 5.00<br>500.00/hr | |
| | SBB | Review Xyience v. Bergerson memorandum; conference with Attorney Lawson on same; review various emails regarding December 4th hearing date in Bergeron case; review court docket on same; multiple emails to Attorney Hunterton on same; conference with Ms. Allen on same; conference with Attorneys Hunterton and | 6.20<br>300.00/hr | |

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | Lawson regarding Xyience case; telephone conference with Attorneys Hunterton and Lawson and Mr. Sanford on same; follow up conference with Attorney Lawson. | | |
| 12/4/2007 | PRL | Conference with Attorney Hunterton and Benham regarding "plan" to represent Xyience in the litigation; review and analysis e-mails; conference with Attorney Benham. | 2.00<br>300.00/hr | |
| | PRL | Draft e-mails to Mr. Frank and Mr. Sanford regarding sanctions. | 0.30<br>300.00/hr | NO CHARGE |
| 12/5/2007 | PRL | Draft correspondence to Messrs. Sanford and Frank regarding resolution; draft proposed corporate minutes and notice; draft e-mail regarding amended complaint, minutes, hearing, review and analysis of Cogburn motion and billing statement; conference with Attorney Benham. | 2.40<br>300.00/hr | |
| | SBB | Review corporate resolutions; conference with Attorney Lawson on same. | 0.80<br>300.00/hr | |
| 12/6/2007 | PRL | Preparation for and attendance at court for Attorney Cogburn's Motion to Withdraw; review and analysis e-mail and attachment from Mr. Frank; draft e-mail to Mr. Frank and Mr. Sanford regarding court; review and analysis file from client; draft memorandum to Attorney Benham regarding default; default versus amended complaint, damages. | 4.00<br>300.00/hr | |
| | SBB | Conference with Attorney Lawson regarding hearing and other related matters; review corporate resolution. | 0.30<br>300.00/hr | |
| | PRL | Conference with Attorney Benham. | 0.10<br>300.00/hr | NO CHARGE |
| 12/13/2007 | SBB | Review Bergeron article. | 0.40<br>300.00/hr | |
| 12/14/2007 | PRL | Legal research regarding default judgment. | 0.80<br>300.00/hr | NO CHARGE |
| 12/17/2007 | SBB | Review email from Bergeron. | 0.20<br>300.00/hr | |
| | PRL | Draft Application for Default Judgment ; draft Affidavit in Support of Default Judgment; draft Memorandum of Costs and Disbursements. | 2.50<br>300.00/hr | |
| 12/19/2007 | PRL | Draft correspondence to Attorney Cogburn regarding information; his Affidavit and Application. | 0.60<br>300.00/hr | |
| 1/3/2008 | PRL | Draft correspondence to Mr. Bergeron regarding latest filing. | 0.50<br>300.00/hr | |

| | | Amount |
|---|---|---|
| For professional services rendered | 42.50 | $14,040.00 |