# EXHIBIT
# 40

**Form Number 1**

OPPS
Rich Bergeron
43 Longhill Drive
East Sandwich, MA 02537
Telephone: (617) 209-4325
Defendant as Pro Se Attorney

FILED
2008 JAN 14 P 2:49
CLERK OF THE COURT

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

XYIENCE, INC., A Nevada Corporation,

Plaintiff,

v.

Rich Bergeron, An Individual,

Defendant.

CASE NO.: A544781

DEPT. No.: XVI

RE-NOTICE OF DEFENDANT'S MOTION TO DISMISS

**TO EACH PARTY AND TO EACH PARTY'S COUNSEL OF RECORD:**

YOU ARE HEREBY NOTIFIED that on Feb 14, 08 at 9:00Am Defendant Rich Bergeron's motion to dismiss shall be scheduled for a telephonic hearing to facilitate Bergeron's participation. A proposed order and notice of entry of order has already been delivered to each and all parties.

DATED: December 26th, 2007

MC

RECEIVED
JAN 14 2008
CLERK OF THE COURT

By: Rich Bergeron

Rich Bergeron
43 Longhill Drive
East Sandwich, MA 02537
Serving as Attorney Pro Se

STAD 12/26/07

# CERTIFICATE OF MAILING

I hereby certify that on the 26th day of December, 2007, I served a copy of the foregoing Re-notice of Defendant's Motion to Dismiss upon each of the parties by depositing a copy of the same in a sealed envelope in the United States Mail, East Sandwich, MA, First-Class Fully Prepaid, and addressed to:

XYIENCE, INC.
8912 SPANISH RIDGE, SUITE 120
LAS VEGAS, NV 89148

Pamela R. Lawson, Esq.
Hunterton & Associates
333 South Sixth Street
Las Vegas, Nevada 89101

Jamie Cogburn
170 S. Green Valley PKWY., SUITE 280
Henderson, Nevada, 89012

And that there is regular communication by mail between the place of mailing and the place so addressed.

RICH BERGERON
SERVING AS PRO SE ATTORNEY