# EXHIBIT 41

ORIGINAL

FILED

2008 JAN 24 P 1:24

CLERK OF THE COURT

MOT
PAMELA R. LAWSON, ESQ.
Nevada Bar No. 5044
HUNTERTON & ASSOCIATES
333 South Sixth Street
Las Vegas, NV 89101
(702) 388-0098
Attorneys for Plaintiff

DISTRICT COURT

CLARK COUNTY, NEVADA

XYIENCE INCORPORATED, a Nevada, Corporation,

Plaintiff,

RICHARD BERGERON, an Individual,

Defendant .

**CASE NO.: A544781**
**DEPT NO.: XVI**

**Date of Hearing:**
**Time of Hearing:**

**MOTION TO QUASH OR IN THE ALTERNATIVE, MOTION TO STRIKE; MOTION TO VACATE HEARING AND MOTION FOR ATTORNEY FEES**

RECEIVED
JAN 24 2008
CLERK OF THE COURT

Plaintiff, Xyience, Inc., by and through it's attorney, Pamela R. Lawson of the law firm of Hunterton & Associates, moves this honorable court, in accordance with the provisions of N.R.C.P 12, to quash or in the alternative to strike the filing and attempted service of Defendant's Renewed Motion to Dismiss, to vacate the hearing on said Motion scheduled to be heard on February 24, 2008; to quash or in the alternative to strike the filing of Defendant's Dispositive Motion for Rule 11 Sanctions and Notice of dispositive Motion for Rule 11 Sanctions filed on or about December 15, 2007. Further, Plaintiff requests attorney fees for having to make these Motions.

These Motions are based upon the pleadings and papers on file herein, these Motions, Notice of Motions, and the Points and Authorities attached hereto.

HUNTERTON & ASSOCIATES ATTORNEYS AT LAW 333 South Sixth Street Las Vegas, NV 89101 (702) 388-0098

**NOTICE OF MOTION**

TO: ALL INTERESTED PARTIES:

YOU WILL PLEASE TAKE NOTICE that the undersigned will bring the above and foregoing Motion on for hearing before the Court at the Courtroom of the above-entitled Court on the 26 day of Feb., 2008, at the hour of 9 A m., in Department XVI of said Court.

DATED this 21st day of January 2008.

HUNTERTON & ASSOCIATES

By ____________________
PAMELA R. LAWSON, ESQ.
Nevada Bar No. 5044
333 South Sixth Street
Las Vegas, Nevada 89101
Attorneys for Plaintiffs

HUNTERTON
&
ASSOCIATES
ATTORNEYS AT LAW
333 South Sixth Street
Las Vegas, NV 89101
(702) 388-0098

## POINTS AND AUTHORITIES

## I.

## PERTINENT BACKGROUND

Plaintiff filed its Complaint and Motion for Preliminary Injunction on July 18, 2007. The Complaint was served on August 1, 2007. Defendant filed a Motion to Dismiss for lack of jurisdiction, which was denied on September 9, 2007. The Notice of Entry was filed and served September 13, 2007. A copy is attached hereto marked Exhibit 1.

Defendant failed to answer the Complaint, a Three Day Notice was sent and a default was entered on October 5, 2007, a copy is attached hereto and marked as Exhibit 2. Since the entry of the Default, the Summary Case Activity Calendar indicates that Defendant filed "Dispositive Motion for Rule 11 Sanctions" on or about December 15, 2007 and a Notice of Dispositive Motion for Rule 11 Sanctions on the same date neither was served upon the Plaintiff and an inquiry indicates there was no hearing.

Then, on January 14, 2008, Plaintiff discovered there had been some activity in this case. Plaintiff checks daily the District Case Inquiry computer site. The site indicates that that Defendant filed a Motion to Dismiss; calendaring set February 14, 2008 as a hearing date. On or about January 2, 2008, plaintiff's counsel received Notice of Entry of Order of Dismissal with Prejudice, Certificate of Mailing, Order of Dismissal with Prejudice, and Defendant's Re-Notice of Defendant's Motion to Dismiss. There was not a copy of a Motion to Dismiss, nor has the client been served with a Motion to Dismiss other than the Motion to Dismiss for Lack of Jurisdiction (which was denied – see first paragraph).

On January 8, 2008, Plaintiff filed its Application for Default Judgment. Plaintiff's former attorney, Jamie Cogburn (Motion to Withdraw granted December 6, 2007) made numerous attempts to help Defendant with procedure, but to no avail. Plaintiff's current counsel has also attempted to explain procedure to the Defendant which was met with mind

HUNTERTON & ASSOCIATES
ATTORNEYS AT LAW
333 South Sixth Street
Las Vegas, NV 89101
(702) 388-0098

your own business and worry about your own client attitude and response. Plaintiff had no recourse but to file these Motions.

## II.

## ARGUMENT

A. WITH THE ENTRY OF THE DEFAULT ON OCTOBER 5, 2007, DEFENDANT WAS BARRED FROM ANY FURTHER PARTICIPATATION IN THE CASE, UNTIL THE ENTRY OF DEFAULT IS SET ASIDE

Once a default has been entered, it cuts off the defendant's ability to participate further in the case, unless the default is set aside. The Nevada Rules of Civil Procedure provides a remedy but it is the defendant's responsibility to seek that remedy and procedure to have the default set aside. In this case, the defendant was served with a Three Day Notice, he knew that plaintiff was seeking a default yet he did nothing. Defendant was served with a copy of plaintiff's Application for Default Judgment, yet again he has done nothing other than to ignore the default and continue to file "motions". Until the default is set aside, defendant cannot participate in the case, cannot file motions, depositive or otherwise, until the default is lifted, therefore, everything defendant has filed since October 5, 2007 must be stricken, any service quashed, and the hearing date of February 14, 2008 vacated.

B. EVEN IF DEFENDANT WAS NOT BARRED FROM FURTHER PARTICIPATING IN THE CASE UNLESS AND UNTIL THE DEFAULT IS LIFTED, THE HEARING THE COURT ERRONEROUSLY SET FOR FEBRUARY 14, 2008 MUST BE VACATED

The Defendant, as retrieved by this office on WizNet, filed a Re-Notice of Defendant's Motion to Dismiss. Defendant has not served this office with a calendar date; additionally a "re-notice" indicates that there was a former Notice and Motion to Dismiss other than the September Motion previously heard. There has been no service of a Notice of Motion to Dismiss nor a Motion to Dismiss served upon the Plaintiff. Additionally the "Re-Notice", attached as Exhibit 3 that we retrieved on line from the WizNet site, states that it is

HUNTERTON
&
ASSOCIATES
ATTORNEYS AT LAW
333 South Sixth Street
Las Vegas, NV 89101
(702) 388-0098

telephonic. There is no indication that the Court has approved any hearing where the Defendant can appear telephonically.

C. PLAINTIFF IS ASKING FOR AN AWARD OF ATTORNEYS FEES FOR HAVE TO BRING THIS MATTER TO THE COURT'S ATTENTION WHICH SHOULD NOT HAVE BEEN NECESSARY IF DEFENDANT WOULD HAVE READ AND COMPLIED WITH THE RULES OF CIVIL PROCEDURE

**CONCLUSION**

Everything filed since October 5, 2007, the date the Default was entered against Defendant, must be stricken and the hearing now, according to WizNet, set for February 14, 2008, vacated. Until the default is lifted, Defendant cannot participate in the case and cannot file motions, other than a Motion to Lift Default. The Defendant, despite an attempt by counsel, has continued to ignore the Nevada Rules of Civil Procedure, and has not properly served Plaintiff. It is only because Plaintiff is vigilant in daily checking Blackstone and WizNet that we are even aware that a hearing date was apparently set.

DATED this 21st day of January 2008.

HUNTERTON & ASSOCIATES

By [signature]
PAMELA R. LAWSON, ESQ.
Hunterton & Associates
Nevada Bar No. 5044
333 S. Sixth Street
Las Vegas, Nevada 89101
Attorneys for Plaintiff

HUNTERTON & ASSOCIATES
ATTORNEYS AT LAW
333 South Sixth Street
Las Vegas, NV 89101
(702) 388-0098



Case No.:

EXHIBIT 1

(Page 1 of 4)

ORIGINAL

NOTC
**COGBURN LAW OFFICES**
JAMIE S. COGBURN, ESQ.
Nevada State Bar No. 008409
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616
Attorneys for Plaintiff

FILED
SEP 13 4 14 PM '07
CLERK OF THE COURT

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

XYIENCE INCORPORATED, a Nevada Corporation,

Plaintiff,

v.

RICHARD BERGERON, an Individual,

Defendant.

Case No: A 544781
Dept. No.: XVI

**NOTICE OF ENTRY OF ORDER DENYING DEFENDANT'S MOTION TO DISMISS**

**YOU WILL PLEASE TAKE NOTICE** that on the 6th day of September, 2007, an **ORDER DENYING DEFENDANT'S MOTION TO DISMISS** was entered in the above matter, a copy of which is attached hereto.

Dated this 13th day of September, 2007.

COGBURN LAW OFFICES

By ______________________
Jamie S. Cogburn, Esq.
Nevada State Bar No. 008409
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
Attorney for Plaintiffs

COGBURN LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936

RECEIVED
SEP 13 2007
CLERK OF THE COURT

**CERTIFICATE OF MAILING**

I hereby certify that on the 13th day of September, 2007, I served a copy of the foregoing Notice of Order Denying Defendant's Motion to Dismiss upon each of the parties by depositing a copy of the same in a sealed envelope in the United States Mail, Las Vegas, Nevada, First-Class Postage fully prepaid, and addressed to:

Richard Bergeron
43 Longhill Drive
East Sandwich, MA 02537

and that there is a regular communication by mail between the place of mailing and the place(s) so addressed.

an employee of Cogburn Law Offices

COGBURN LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936

ORDR
**COGBURN LAW OFFICES**
JAMIE S. COGBURN, ESQ.
Nevada State Bar No. 008409
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616
Attorneys for Plaintiff

FILED

SEP 6 10 05 AM '07

CLERK OF THE COURT

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| XYIENCE INCORPORATED, a Nevada Corporation,<br>Plaintiff,<br>v.<br>RICHARD BERGERON, an Individual,<br>Defendant. | Case No: A 544781<br>Dept. No.: XVI |

**ORDER DENYING DEFENDANT'S MOTION TO DISMISS FOR LACK OF JURISDICTION**

Having considered Defendant's Motion to Dismiss for Lack of Jurisdiction, Plaintiff's Opposition, and the papers and pleadings on file herein, and for good cause appearing thereof:

Defendant's Motion to Dismiss for Lack of Jurisdiction is Denied as Plaintiff has showed that this Court has specific jurisdiction over the Defendant based upon the allegations set forth in Plaintiff's Complaint on file herein.

////

////

////

////

////

////

////



COGBURN LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936

COGBURN LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936

## ORDER

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss for Lack of Jurisdiction is Denied as Plaintiff has put forth enough evidence to show this Court has specific jurisdiction based upon the events arising from the actions alleged in Plaintiff's Complaint.

Dated this 6 day of ~~August,~~ September 2007.

TIMOTHY C. WILLIAMS

DISTRICT COURT JUDGE

Respectfully submitted by:

COGBURN LAW OFFICES

By: ______________________

Jamie S. Cogburn, Esq.
Nevada State Bar No. 008409
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
Attorneys for Plaintiff

**EXHIBIT 2**

ORIGINAL

NOTC
COGBURN LAW OFFICES
JAMIE S. COGBURN, ESQ.
Nevada State Bar No. 008409
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616
Attorneys for Plaintiff

FILED

OCT 5 4 02 PM '07

CLERK OF THE COURT

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| XYIENCE INCORPORATED, a Nevada Corporation,<br>Plaintiff,<br>v.<br>RICHARD BERGERON, an Individual,<br>Defendant. | Case No: A 544781<br>Dept. No.: XVI |

**THREE DAY NOTICE OF INTENT TO ENTER DEFAULT**

TO: RICHARD BERGERON, Defendant;

YOU AND EACH ONE OF YOU will please take notice that unless you answer to or otherwise plead to the Summons and Complaint on behalf of Defendant, RICHARD BERGERON, on file herein within (3) days of this Three Day Notice of Intent to Enter Default, the above-named Plaintiffs will enter a default against you, the above-named Defendant, and request the Court to enter a judgment against you, the Defendant, by default.

DATED this 5th day of October, 2007.

COGBURN LAW OFFICES

By ______________________
Jamie S. Cogburn, Esq.
Nevada State Bar No. 008409
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
Attorneys for Plaintiff

COGBURN LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936

**CERTIFICATE OF MAILING**

I hereby certify that on the 5th day of October, 2007, I served a copy of the foregoing Three Day Notice of Intent to Take Default upon each of the parties by depositing a copy of the same in a sealed envelope in the United States Mail, Las Vegas, Nevada, First-Class Postage fully prepaid, and addressed to:

Richard Bergeron
43 Longhill Drive
East Sandwich, MA 02537

and that there is a regular communication by mail between the place of mailing and the place(s) so addressed.

an employee of Cogburn Law Offices

COGBURN LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936

Exhibit 3

Form Number 1
OPPS
Rich Bergeron
43 Longhill Drive
East Sandwich, MA 02537
Telephone: (617) 209-4325
Defendant as Pro Se Attorney

FILED
2008 JAN 14 P 2:49
CLERK OF THE COURT

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

XYIENCE, INC., A Nevada Corporation,

Plaintiff,

v.

Rich Bergeron, An Individual,

Defendant.

CASE NO.: A544781

DEPT. No.: XVI

RE-NOTICE OF DEFENDANT'S MOTION TO DISMISS

**TO EACH PARTY AND TO EACH PARTY'S COUNSEL OF RECORD:**

YOU ARE HEREBY NOTIFIED that on Feb 14, 08 at 9:00Am Defendant Rich Bergeron's motion to dismiss shall be scheduled for a telephonic hearing to facilitate Bergeron's participation. A proposed order and notice of entry of order has already been delivered to each and all parties.

DATED: December 26th, 2007

MC

RECEIVED
JAN 14 2008
CLERK OF THE COURT

By: Rich Bergeron

Rich Bergeron
43 Longhill Drive
East Sandwich, MA 02537
Serving as Attorney Pro Se

STAD 12/26/07

# CERTIFICATE OF MAILING

I hereby certify that on the 26th day of December, 2007, I served a copy of the foregoing Renotice of Defendant's Motion to Dismiss upon each of the parties by depositing a copy of the same in a sealed envelope in the United States Mail, East Sandwich, MA, First-Class Fully Prepaid, and addressed to:

XYIENCE, INC.
8912 SPANISH RIDGE, SUITE 120
LAS VEGAS, NV 89148

Pamela R. Lawson, Esq.
Hunterton & Associates
333 South Sixth Street
Las Vegas, Nevada 89101

Jamie Cogburn
170 S. Green Valley PKWY., SUITE 280
Henderson, Nevada, 89012

And that there is regular communication by mail between the place of mailing and the place so addressed.

[signature]
RICH BERGERON
SERVING AS PRO SE ATTORNEY