# EXHIBIT 42

ORIGINAL

FILED

2008 JAN 24 P 1:24

CLERK OF THE COURT

AFFT
PAMELA R. LAWSON, ESQ.
Nevada Bar No. 5044
HUNTERTON & ASSOCIATES
333 South Sixth Street
Las Vegas, NV 89101
(702) 388-0098
Attorneys for Plaintiff

DISTRICT COURT

CLARK COUNTY, NEVADA

XYIENCE INCORPORATED, a Nevada, Corporation,

Plaintiff,

RICHARD BERGERON, an Individual,

Defendant .

**CASE NO.: A544781**
**DEPT NO.: XVI**

**AFFIDAVIT OF PAMELA R. LAWSON IN SUPPORT OF ORDER SHORTENING TIME**

STATE OF NEVADA )
) ss:
COUNTY OF CLARK )

PAMELA R. LAWSON, being duly sworn deposes and states that:

1. I am a partner in the law firm of Hunterton & Associates, attorneys of record for the Plaintiff in this lawsuit. I know the matters set forth herein of my own personal knowledge and am competent to testify thereto.

2. Defendant did not file an Answer to the subject Complaint.

3. A Three Day Notice of Intent to Take Default was sent to the Defendant in this case; a Default was entered on October 5, 2007.

MC

RECEIVED
JAN 24 2008
CLERK OF THE COURT

HUNTERTON
&
ASSOCIATES
ATTORNEYS AT LAW
333 South Sixth Street
Las Vegas, NV 89101
(702) 388-0098

4. On January 8, 2008, I prepared and filed Plaintiff's Application for Default Judgment.

5. My office makes it a practice to check two on line sites, Blackstone and WizNet on a daily basis. A check of WizNet revealed that Defendant had filed a Re-Notice of Motion to Dismiss and a hearing date of February 14, 2008 appeared on the court's calendar.

6. On or about January 2, 2008, my office received a packet from Defendant consisting of Notice of Entry of Order of Dismissal with Prejudice, Certificate of Mailing, Order of Dismissal with Prejudice and Re-Notice of Defendant's Motion to Dismiss. There was no hearing date list on the Re-Notice of Motion to Dismiss, nor was there a Motion to Dismiss pleading.

7. An Order Shortening Time is necessary because the hearing date is now set for February 14, 2008 and there should not even be a hearing because, among other things, the default entered in this case precludes Defendant bringing any motions other than one to set aside the default.

8. If Plaintiff's Motion is not heard on an Order Shortening Time, Plaintiff will be forced to expend time and money defending the Motion and trying to obtain a copy, if one exists, of Defendant's Motion to Dismiss.

9. This matter can be heard on the court's chambers calendar since it is strictly a decision under the Nevada Rules of Civil Procedure.

Pamela Lawson

PAMELA R. LAWSON

SUBSCRIBED AND SWORN to before me
this 21 day of January, 2008.

Donalane Cameron-Lawson

Notary Public in and for said County and State

DONALANE CAMERON-LAWSON
Notary Public State of Nevada
No. 03-84649-1
My appt. exp. Oct.9, 2011

HUNTERTON & ASSOCIATES
ATTORNEYS AT LAW
333 South Sixth Street
Las Vegas, NV 89101
(702) 388-0098