# EXHIBIT 43

ORIGINAL

FILED

Jan 25 1 01 PM '08

CLERK OF THE COURT

COM
PAMELA R. LAWSON, ESQ.
Nevada Bar No. 5044
HUNTERTON & ASSOCIATES
333 South Sixth Street
Las Vegas, NV 89101
(702) 388-0098
Attorneys for Plaintiff

DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| XYIENCE INCORPORATED, a Nevada, Corporation, Plaintiff, RICHARD BERGERON, an Individual, Defendant . | **CASE NO.: A544781** **DEPT NO.: XVI** **CERTIFICATE OF MAILING** |

**CERTIFICATE OF MAILING**

On the 25 day of January 2008, the undersigned served by U.S. Mail, both certified and regular US MAIL, the foregoing MOTION TO QUASH OR IN THE ALTERNATIVE MOTION TO STRIKE; MOTION TO VACATE HEARING AND MOTION FOR ATTORNEY FEES; AFFIDAVIT OF PAMELA R. LAWSON IN SUPPORT OFORDER SHORTENING TIME AND ORDER SHORTENING TIME in an envelope, postage prepaid on:

Richard Bergeron
43 Longhill Drive
East Sandwich, MA 02537
Certified Mail Number: 7006 2760 0003 1880 5559

An Employee of Hunterton & Associates

RECEIVED
JAN 2 5 2008
CLERK OF THE COURT

HUNTERTON & ASSOCIATES
ATTORNEYS AT LAW
333 South Sixth Street
Las Vegas, NV 89101
(702) 388-0098



Case No.: