# EXHIBIT 44

ORIGINAL

7

OST
PAMELA R. LAWSON, ESQ.
Nevada Bar No. 5044
HUNTERTON & ASSOCIATES
333 South Sixth Street
Las Vegas, NV 89101
(702) 388-0098
Attorneys for Plaintiff

FILED

2008 JAN 25 A 10: 10

CLERK OF THE COURT

DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| XYIENCE INCORPORATED, a Nevada, Corporation, Plaintiff, RICHARD BERGERON, an Individual, Defendant . | CASE NO.: A544781 DEPT NO.: XVI Date of Hearing: Time of Hearing: ORDER SHORTENING TIME |

**ORDER SHORTENING TIME**

For the reasons set forth in the supporting Affidavit of Pamela R. Lawson., IT IS HEREBY ORDERED that the Motion to Quash or in the Alternative, Motion to Strike; Motion to Vacate Hearing and Motion for Attorney Fees shall be brought on for hearing before the court on the 7th day of February 2008, at 9:00 a m., in Department XVI.

[signature]
DISTRICT COURT JUDGE

RECEIVED
JAN 25 2008
CLERK OF THE COURT

HUNTERTON
&
ASSOCIATES
ATTORNEYS AT LAW
333 South Sixth Street
Las Vegas, NV 89101
(702) 388-0098

01-24-08 15:23 RCVD