# EXHIBIT
# 46

ORIGINAL

**FILED**

JAN 28 2008

CLERK OF THE COURT

**APPL**

Richard E. Bergeron
NAME
43 Longhill Drive
ADDRESS
East Sandwich, MA 02537
CITY, STATE, ZIP CODE
617-209-4325
TELEPHONE
**IN PROPER PERSON**

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

~~Rich Bergeron~~
Xyience, Inc.
Plaintiff,
vs.
Rich Bergeron
Defendant

Case No.: A544781
Dept. No.: XVI

## ORDER TO PROCEED IN FORMA PAUPERIS
(Filing Fees/Service Only)

Upon consideration of Rich Bergeron 's Application to Proceed in Forma Pauperis and it appearing that there is not sufficient income, property, or resources with which to maintain the action and good cause appearing therefore:

**IT IS HEREBY ORDERED,**

1. That Rich Bergeron , Defendant , shall be permitted to proceed in Forma Pauperis with this action as permitted by NRS 12.015.

2. That Rich Bergeron shall proceed without the prepayment costs or fees or the necessity of giving security, and the Clerk of the Court may file or issue any necessary writ, pleading or paper without charge.

3. That the Sheriff or other appropriate officer within this State shall make personal service of any necessary writ, pleading or paper without charge.

RECEIVED
SEP 20 2007
CLERK OF THE COURT

4. That if the Defendant, Rich Bergeron, prevails in this action, the Court shall enter an Order pursuant to NRS 12.015 requiring the opposing party to pay into the court, within five (5) days, the costs which would have been incurred by the prevailing party, and those costs must then be paid as provided by law.

~~IT IS HEREBY ORDERD that ____________________'s request to waive fees and costs is **DENIED** for the following reason:~~

~~A. __________ The Party is not indigent.~~

~~B. __________ Other: ____________________________________~~

DATED this 23rd day of JANUARY, 2008

[signature]

DISTRICT COURT JUDGE

Respectfully submitted by:

[signature]

Signature

Richard E. Bergeron

PRINT NAME

43 Longhill Drive

ADDRESS

East Sandwich, MA 02537

CITY, STATE, ZIP CODE

617-209-4325

TELEPHONE

**IN PROPER PERSON**

© Clark County Civil Resource Center


ALL RIGHTS RESERVED