# EXHIBIT 48

ORIGINAL

REQ
PAMELA R. LAWSON, ESQ.
Nevada Bar No. 5044
HUNTERTON & ASSOCIATES
333 South Sixth Street
Las Vegas, NV 89101
(702) 388-0098
Attorneys for Plaintiff

FILED
FEB 8 3 45 PM '08
CLERK OF THE COURT

DISTRICT COURT

CLARK COUNTY, NEVADA

XYIENCE INCORPORATED, a Nevada, Corporation,

Plaintiff,

RICHARD BERGERON, an Individual,

Defendant .

**CASE NO.: A544781**
**DEPT NO.: XVI**

**PLAINTIFF'S REQUEST FOR ALL PRIOR PLEADINGS FROM DEFENDANT RICHARD BERGERON**

**PLEASE TAKE NOTICE**, that Plaintiff, Xyience Incorporated, by and through their attorneys, Hunterton & Associates, hereby respectfully requests all prior pleadings in the above litigation from Defendant Richard Bergeron.

DATED this 7 day of February 2008.

HUNTERTON & ASSOCIATES

By ______________________
PAMELA R. LAWSON, ESQ.
Nevada Bar No. 5044
333 S. Sixth Street
Las Vegas, Nevada 89101
Attorneys for Plaintiff

RECEIVED
FEB 0 8 2008
CLERK OF THE COURT

HUNTERTON & ASSOCIATES
ATTORNEYS AT LAW
333 South Sixth Street
Las Vegas, NV 89101
(702) 388-0098



Case No.:

**CERTIFICATE OF SERVICE**

On the 8 day of February 2008, the undersigned served by U.S. Mail the foregoing **PLAINTIFF'S REQUEST FOR ALL PRIOR PLEADINGS FROM DEFENDANT RICHARD BERGERON** in an envelope, postage prepaid on:

Richard Bergeron
43 Longhill Drive
East Sandwich, MA 02537

Donalone Cameron-Lawson
An Employee of Hunterton & Associates

HUNTERTON
&
ASSOCIATES
ATTORNEYS AT LAW
333 South Sixth Street
Las Vegas, NV 89101
(702) 388-0098