# EXHIBIT
# 49

**Form Number 1**
NOTC
Rich Bergeron
147 Old County Road
East Sandwich, MA 02537
Telephone: (617) 209-4325
Defendant as Pro Se Attorney

7

FILED

2008 FEB 14 A 8:59

CLERK OF THE COURT

## DISTRICT COURT

## CLARK COUNTY, NEVADA

XYIENCE, INC., A Nevada Corporation, CASE NO.: A544781

Plaintiff, DEPT. No.: XVI

v.

Rich Bergeron, An Individual,

Defendant.

---

## RE-NOTICE OF DEFENDANT'S DISPOSITIVE MOTION FOR RULE 11 SANCTIONS

**TO EACH PARTY AND TO EACH PARTY'S COUNSEL OF RECORD:**

YOU ARE HEREBY NOTIFIED that on 3/18/08 at 9am Defendant Rich Bergeron's Dispositive Motion For Rule 11 Sanctions shall be scheduled for a telephonic hearing to facilitate Bergeron's participation. A proposed order and notice of entry of order has already been delivered to each and all parties.

DATED: February 8th, 2008

By:

Rich Bergeron
147 Old County
East Sandwich, MA 02537
Serving as Attorney Pro Se

RECEIVED
FEB 14 2008
CLERK OF THE COURT

DISTAD 2/8/08

RECEIVED
FEB 13 2008
CLERK OF THE COURT