# EXHIBIT
# 50
# PART C

**Form Number 1**

**CONTRIBUTIONS RECEIVED**

| Doug Gillespie | Sheriff | |
|---|---|---|
| Name (print) | Office (if applicable) | District (if applicable) |

**Contributions In Excess of $100 or, When Added Together from One Contributor Exceeds $100**
**Transfer Total Amount of All Campaign Contributions to Line 1 of Contributions Summary**

| NAME AND ADDRESS OF PERSON, GROUP OR ORGANIZATION WHO MADE CONTRIBUTION | DATE OF EACH CONTRIBUTION | AMOUNT OF EACH CONTRIBUTION | CHECK HERE IF LOAN | NAME AND ADDRESS OF 3RD PARTY IF LOAN GUARANTEED BY 3RD PARTY | NAME AND ADDRESS OF PERSON WHO FORGAVE THE LOAN, IF DIFFERENT THAN CONTRIBUTOR |
|---|---|---|---|---|---|
| William D. Smith<br>3061 S. Maryland Pkwy.<br>Ste 200<br>Las Vegas, NV 89109 | 7/20/2006 | 8,000.00 | | | |
| Snyder's Consulting<br>1410 Clipperton Ave.<br>Henderson, NV 89074 | 8/1/2006 | 100.00 | | | |
| South Street, LLC<br>dba Casa Fuente<br>2121 Industrial Rd., Ste. 107<br>Las Vegas, NV 89102 | 6/9/2006 | 2,600.00 | | | |
| Southwest Gas Corporation<br>P.O. Box 98510<br>Las Vegas, NV 89193-8511 | 8/3/2006 | 600.00 | | | |
| Cal R. Spear<br>4151 Pinecrest Circle W.<br>Las Vegas, NV 89121 | 5/22/2006 | 2,000.00 | | | |
| Spring Mtn. Wynn Investments, LLC<br>3445 S. Valley View<br>Las Vegas, NV 89102 | 8/1/2006 | 1,000.00 | | | |
| Station Casinos, Inc<br>P.O. Box 29525<br>Las Vegas, NV 89126 | 6/14/2006 | 10,000.00 | | | |
| Christopher Stinson<br>3752 Broadmead Street<br>Las Vegas, NV 89147 | 6/27/2006 | 250.00 | | | |
| Stipp Family Trust<br>3250 Santolina Dr.<br>Las Vegas, NV 89130 | 6/20/2006 | 10,000.00 | | | |
| Michael E. Stoberski<br>7240 Brook Crest Ave.<br>Las Vegas, NV 89131 | 8/3/2006 | 250.00 | | | |
| Karen Strubynski<br>10330 Placid St<br>Las Vegas, NV 89183 | 6/27/2006 | 50.00 | | | |
| Sullivan & Associates International<br>P.O. Box 36147<br>Las Vegas, NV 89133 | 7/25/2006 | 500.00 | | | |
| Sunset Coin, Inc.<br>2805 S. Decatur Blvd.<br># 218<br>Las Vegas, NV 89102 | 7/5/2006 | 10,000.00 | | | |
| Sunset Station Hotel & Casino<br>1301 West Sunset Road<br>Henderson, NV 89014 | 6/14/2006 | 10,000.00 | | | |
| Sunwest Financial Services<br>6405 W. Sahara Ave.<br>Ste. 103<br>Las Vegas, NV 89146 | 7/28/2006 | 250.00 | | | |

This page may be copied or duplicated if additional space is needed.



2934

[illegible] Report Period [illegible]

Doug Gillespie — Sheriff

Name (print) — Office (if applicable) — District (if applicable)

**Contributions In Excess of $100 or, When Added Together from One Contributor Exceeds $100**
**Transfer Total Amount of All Campaign Contributions to Line 1 of Contributions Summary**

| CONTRIBUTOR'S NAME AND ADDRESS | DATE OF EACH CONTRIBUTION | AMOUNT OF EACH CONTRIBUTION | CHECK HERE IF LOAN | NAME AND ADDRESS OF 3RD PARTY IF LOAN GUARANTEED BY 3RD PARTY | NAME AND ADDRESS OF PERSON WHO FORGAVE THE LOAN, IF DIFFERENT THAN CONTRIBUTOR |
|---|---|---|---|---|---|
| Anne E. Zimmerman<br>4360 Hayride St<br>Las Vegas, NV 89149 | 6/27/2006 | 200.00 | | | |
| Zuffa, LLC<br>P.O. Box 26959<br>Las Vegas, NV 89126-0959 | 6/14/2006 | 10,000.00 | | | |

This page may be copied or duplicated if additional space is needed.



?935

**Form Number 1**

# EXHIBIT 38

38

CampaignMoney.com 

Enter a Zip Code GO *See $$$ Contributors From Your Zip Code*

Home | Money Search | Presidential Candidates | About Data Updated on 02/09/2008

**Political polls**
Make Current.com your source for the latest campaign news.
www.current.com

**Democratic Consultant**
New Mexico Campaigns Political strategy
www.milagrostrategies.org

**Fundraising Consultants**
Consultanting for schools, churches and community organizations
www.mcginleydevelopment.com

**100 Signs $120 Completed**
Print & Ship The Same Day, Free Quick Design Proof, No Set-up Fee
www.YardSignWholeSale.com

[redacted]

# LAS VEGAS, NV 89126
# 2008 Political Campaign Contributions

Zip Code Totals

**Download Data**
*Download All Contribution Records*
*From this Zip Code for 2008*
*To a Spreadsheet or Other File Type*

| Election Year | Total Money | Money To Democrats | Money To Republicans |
|---|---|---|---|
| 2008 | $98,500 | $27,250 (%28) | $71,000 (%72) |
| 2006 | $262,450 | $18,950 (%7) | $214,825 (%82) |
| 2004 | $233,319 | $41,625 (%18) | $147,844 (%63) |
| 2002 | $176,505 | $14,500 (%8) | $31,000 (%18) |
| 2000 | $121,725 | $3,750 (%3) | $18,725 (%15) |

**Download Data**
*Download All Contribution Records*
*From this Zip Code for 2008*
*To a Spreadsheet or Other File Type*

**Vote Michael Boll**
View His Platform, Read The Latest Campaign News & Spread the Word!
www.boll4mayor.com

**Hillary or Obama?**
Celebs Pick their Choice - Vote Now! Who Do You Want to Win?
www.SodaHead.com

**Democratic Match**
The World's Liberal Dating Service! Meet Cool Liberal People. Join Free
DemocraticMatch.Com

[redacted]

## 2008 Election Cycle
Political Campaign Donor/Contributor List

| Name | Occupation | $ Amount | Date | Primary/ General | Contibuted To |
|---|---|---|---|---|---|
| Zundel, Dena K. Ms. | Self-Employed/Manager | $200 | 10/29/2007 | P | REPUBLICAN NATIONAL COMMITTEE - Republican |
| Selco, Scott L. | Self/Physician | $1,000 | 08/22/2007 | P | BERKLEY FOR CONGRESS - Democrat |
| SELCO, SCOTT L | SELF EMPLOYED/PHYSICIAN | $2,000 | 04/06/2007 | P | FRIENDS FOR HARRY REID - Democrat |
| Phillips, Kathy | Nevada Commerce Bank/President and | $250 | 02/20/2007 | P | AMERICAN BANKERS ASSOCIATION PAC (BANKPAC) - None |
| Peckman, Maureen | Schafer Co., LLC/Owner | $1,250 | 12/18/2007 | P | BIDEN FOR PRESIDENT INC - Democrat |
| Lumpkin, Troy H Mr. | Epitome Mgmt. Services Inc. | $1,000 | 07/30/2007 | P | NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE - Republican |
| Fulack, Marita K Ms. | Miles Kimball/Customer Service Repr | $500 | 06/28/2007 | P | REPUBLICAN NATIONAL COMMITTEE - Republican |

**Search**
**Contributors:**
**Name**
**Employer/Occupation**
**City**
**County**
**Zip Code**
**State**
**Candidates:**
**Name**
**Party**
**State**
**Committees (PACs):**
**Name**
**Category**
**"527" Organizations:**
**Contributors by Name**
**Contributors by Zip**
**Organizations**
**Lobbyists:**
**Name**
**Client**

**Directories**
**Top $$$ Contributors**
**Contributions by Zip**
**Candidates by State**
**Committees (PACs)**
**527 Organizations**

**Reports**
**Celebrity Contributors:**
**Aaron Sorkin**
**Andrew Fastow**
**Arnold Palmer**
**Arnold Schwarzenegger**
**Ben Affleck**
**Bill Cosby**
**Bill Gates**
**Calvin Klein**
**Dennis Kozlowski**
**Donald Trump**
**George Soros**
**Hugh Hefner**
**Jack Grubman**
**Jeff Skilling**
**John Grisham**
**John Rigas**
**Ken Lay**
**Martha Stewart**
**Mel Gibson**
**Oprah Winfrey**
**Ralph Lauren**
**Richard Scrushy**
**Rush Limbaugh**
**Sam Waksal**
**Scott Sullivan**
**Steven Spielberg**



2983

Form Number 1

?984
?
?986



| | | | | | |
|---|---|---|---|---|---|
| FERTITTA, VICTORIA K MRS | | $28,500 | 06/25/2007 | P | NATIONAL REPUBLICAN SENATORIAL COMMITTEE - Republican |
| FERTITTA, TERESA J MRS. | HOMEMAKER | $2,300 | 03/31/2007 | G | RUDY GIULIANI PRESIDENTIAL COMMITTEE INC - Republican |
| FERTITTA, TERESA J MRS. | HOMEMAKER | $2,300 | 03/31/2007 | P | RUDY GIULIANI PRESIDENTIAL COMMITTEE INC - Republican |
| FERTITTA, TERESA J | N/A/HOMEMAKER | $2,300 | 06/26/2007 | G | FRIENDS FOR HARRY REID - Democrat |
| FERTITTA, TERESA J | N/A/HOMEMAKER | $2,300 | 06/26/2007 | P | FRIENDS FOR HARRY REID - Democrat |
| Fertitta, Teresa | Homemaker/Homemaker | $2,300 | 06/29/2007 | P | PORTER FOR CONGRESS - Republican |
| Fertitta, Teresa | | $2,300 | 03/28/2007 | P | HILLARY CLINTON FOR PRESIDENT - Democrat |
| Fertitta, Teresa | | $2,300 | 03/28/2007 | G | HILLARY CLINTON FOR PRESIDENT - Democrat |
| FERTITTA, LORENZO J MR. | STATION CASINOS INC./PRESIDENT | $2,300 | 03/31/2007 | G | RUDY GIULIANI PRESIDENTIAL COMMITTEE INC - Republican |
| FERTITTA, LORENZO J MR. | STATION CASINOS INC./PRESIDENT | $2,300 | 03/31/2007 | P | RUDY GIULIANI PRESIDENTIAL COMMITTEE INC - Republican |
| Fertitta, Lorenzo J | Stations Casino/Exec | $2,300 | 03/28/2007 | G | HILLARY CLINTON FOR PRESIDENT - Democrat |
| Fertitta, Lorenzo J | Stations Casino/Exec | $2,300 | 03/28/2007 | P | HILLARY CLINTON FOR PRESIDENT - Democrat |
| Fertitta, Lorenzo | Station Casinos/President | $4,600 | 06/28/2007 | P | PORTER FOR CONGRESS - Republican |
| Fertitta, Lorenzo | Station Casinos/President | $-2,300 | 06/29/2007 | P | PORTER FOR CONGRESS - Republican |
| FERTITTA, LORENZO | STATION CASINO/PRESIDENT | $2,300 | 06/26/2007 | G | FRIENDS FOR HARRY REID - Democrat |
| FERTITTA, LORENZO | STATION CASINO/PRESIDENT | $2,300 | 06/26/2007 | P | FRIENDS FOR HARRY REID - Democrat |
| FERTITTA, JILL MRS. | N/A | $2,300 | 03/30/2007 | G | RUDY GIULIANI PRESIDENTIAL COMMITTEE INC - Republican |
| FERTITTA, JILL MRS. | N/A | $2,300 | 03/30/2007 | P | RUDY GIULIANI PRESIDENTIAL COMMITTEE INC - Republican |
| Fertitta, Jill Ann | Homemaker/Homemaker | $200 | 10/23/2007 | P | NEVADA REPUBLICAN STATE CENTRAL COMMITTEE - Republican |
| Fertitta, Jill Ann | Homemaker/Homemaker | $200 | 10/23/2007 | P | NEVADA REPUBLICAN STATE CENTRAL COMMITTEE - Republican |
| Fertitta, Jill | Homemaker/Homemaker | $2,300 | 06/29/2007 | P | PORTER FOR CONGRESS - Republican |
| Fertitta, Frank Jr. | Station Casino/Executive | $1,000 | 09/28/2007 | P | PORTER FOR CONGRESS - Republican |
| Fertitta, Frank Jr. | Station Casino/Executive | $-700 | 09/29/2007 | P | PORTER FOR CONGRESS - Republican |
| FERTITTA, FRANK J MR. III | STATION CASINOS INC./CHAIRMAN OF BO | $2,300 | 03/30/2007 | G | RUDY GIULIANI PRESIDENTIAL COMMITTEE INC - Republican |
| FERTITTA, FRANK J MR. III | STATION CASINOS INC./CHAIRMAN OF BO | $2,300 | 03/30/2007 | P | RUDY GIULIANI PRESIDENTIAL COMMITTEE INC - Republican |
| FERTITTA, FRANK J MR JR | | $12,500 | 06/25/2007 | P | NATIONAL REPUBLICAN SENATORIAL COMMITTEE - Republican |
| FERTITTA, FRANK III | STATION CASINOS/CHAIRMAN | $2,300 | 06/26/2007 | P | FRIENDS FOR HARRY REID - Democrat |

Tom Cruise
Tommy Hilfiger
**Industry Contributors:**
CEO/Chief Executives
College Professors
Journalists/Reporters
Trial Lawyers
Mortgage Brokers
Futures Brokers
Stock Brokers
Options Brokers
Life Insurance
Health Insurance
Auto Insurance
Securities Lawyers
Mortgages
Banks
Boats & Yachts
Commercial Loans
Tax Exempt Companies
Patents
Government Grants
Feel Economy
Government Contracts
Executive Compensation
Aircraft Sales
Software
**Baseball Contributors:**
New York Yankees
Boston Red Sox
Chicago Cubs
**Notable Politicians:**
George W Bush
John Kerry
Ralph Nader
Hillary Clinton
**Companies:**
Microsoft
CNN
Apple Computer
New York Times
News Corporation
Nike
Halliburton
General Electric
Exxon Mobil
Ford Motor
Anheuser Busch
**Top 10 Contributors:**
Haim Saban
Stephen Bing
Fred Eychaner
Steve Forbes
James Pederson
Richard Tarrant
Dawn Arnall
Alex Spanos
Boone Pickens
Bob Perry
**Summaries:**
Top '04 Zip Codes
Top '02 Zip Codes
Top '00 Zip Codes
Top $$$ States

STA

| | | | | | |
|---|---|---|---|---|---|
| Fertitta III, Frank J. | Station Casinos/Chairman | $4,600 | 06/28/2007 | P | PORTER FOR CONGRESS - Republican |
| Fertitta III, Frank J. | Station Casinos/Chairman | $-2,300 | 06/29/2007 | P | PORTER FOR CONGRESS - Republican |
| FERLITTA, FRANK III | STATION CASINOS/CHAIRMAN | $2,300 | 06/26/2007 | G | FRIENDS FOR HARRY REID - Democrat |

©2008 CampaignMoney.com. All rights reserved.

**Form Number 1**

# EXHIBIT 39

3041
3042
3
3044



39

**SEC Response - File HO1241298** [illegible]

from U.S. Securities and Exchange Commission <[illegible]@sec.gov> hide details 9/11/07 Reply
reply-to "U.S. Securities and Exchange Commission" <[illegible]@sec.gov>,
to "Bergeron, Richard" <rich.bergeron@gmail.com>,
date Sep 11, 2007 2:10 PM
subject SEC Response - File HO1241298
mailed-by sec.gov

Dear Mr. Bergeron,

We are taking your complaint very seriously, and have referred it to the appropriate people within the SEC.

Please understand that the SEC conducts its investigations on a confidential basis and neither confirms nor denies the existence of an investigation unless we bring charges against someone involved. We do this to protect the integrity and effectiveness of our investigative process and to preserve the privacy of the individuals and entities involved. As a result, we will not be able to provide you with any future updates on the status of your complaint or of any pending SEC investigation.

Below is a flyer that describes our policy as it will apply to your complaint. Please contact me if you have other questions.

Sincerely,

MERRILY W KATZ
Office of Investor Education and Advocacy
U.S. Securities and Exchange Commission
(202) 551-4317

INFORMATION ABOUT SEC INVESTIGATIONS

Each year, thousands of investors ask the Securities and Exchange Commission to investigate the activities of other investors, financial professionals, corporations, brokerage firms, investment companies, stock exchanges, and others. These complaints generally suggest some impropriety or misconduct and sometimes make a plea to the SEC for direct assistance in resolving a grievance.

The SEC has the authority to investigate whether violations of the federal securities laws have occurred, and we make every effort to evaluate promptly and thoroughly the information provided by investors. But we cannot investigate every investor complaint. While many investor complaints do lead to full investigations and, if appropriate, to enforcement actions, we cannot guarantee that our review will lead to further investigation or that the SEC will take any legal action.

We also cannot provide you with updates on the status of your complaint or your request for an investigation. The SEC conducts investigations confidentially for two main reasons. First, we can conduct investigations more effectively if they are not announced publicly. For instance, important documents and evidence can be destroyed quickly if people hear of an investigation. Second, we keep our investigations confidential to protect the reputations of companies and individuals if we find no wrongdoing or decide we cannot bring a successful action against them. The SEC will not confirm or deny the existence of an investigation unless, and until, it becomes a matter of public record as the result of a court action or administrative proceeding.

When there is proof that someone has violated the securities laws, the sanctions may include financial penalties, orders to surrender profits, cease and desist orders, or an injunction by a court to prevent further violations. The SEC may also bar individuals from working for a securities firm, investment adviser, or investment company. We can also ask a federal court to bar individuals from being officers and directors of publicly held companies. In some situations, we may refer a case to the Department of Justice for possible criminal prosecution.

The SEC publishes news releases about its lawsuits and administrative actions, and the news media often report on them. You can read and download the SEC's ""Enforcement Actions"" on our website at www.sec.gov/divisions/enforce/enforceactions.shtml. Or you can obtain hard copies by contacting us at:

Office of Public Reference
100 F Street, N.E.
Washington, DC 20549-0102
Phone (202) 551-8090
Fax (202) 777-1027
E-mail publicinfo@sec.gov

---

COMPLAINT

---

Submitted 2007-09-03
Send Copy: A copy of this may be sent to the entity.

INVESTOR INFORMATION
Name Mr. Richard E. Bergeron
Address 147 Old County Road
East Sandwich, MASSACHUSETTS (MA) 02537
UNITED STATES
Day Phone: 617-209-4325
Alt Phone:
Fax:
Email rich.bergeron@gmail.com

ENTITY INFORMATION
Name Xpience, Inc.
Type Private/Closely Held Company
Rep : Ronald Solomon, Russell Pike
Address 10850 Charleston Blvd
Las Vegas, NEVADA (NV) 89135
UNITED STATES

SECURITY INFORMATION
Name:
Symbol:
Type:

COMPLAINT INFORMATION
Providable Documents:
- Correspondence to and from Firm
- Advertising or Marketing Materials



3045

**Form Number 1**

# EXHIBIT 40

unlimitedfightnews.com - Traffic Details from Alexa http://www.alexa.com/data/details/traffic_details/unlimitedfightnew...

40

Search Traffic Rankings Directory Alexa Toolbar Developer's Corner Blog

Alexa — The Web Information Company

nlimitedfightnews.com Top 500 - Movers & Shakers

**Explore this site**

- Overview
- Traffic Details
- Edit Site Info

**More to Explore**

- Wayback Machine: see how unlimitedfightnews.com looked in the past
- Search for unlimitedfightnews.com:
  - on the Web
  - in the Directory

**Share your thoughts**

- E-mail a friend about unlimitedfightnews.com...



**Unlimitedfightnews.com**

Unlimitedfightnews.com has a traffic rank of: 916,8[illegible]

Search Luxury Real Estate
Luxury Homes for Sale featured in the US and abroad.

Win 1000 Free Hair Grafts
Register To Win A Free Hair Transplant From Medical Hair Restoration.

Lower Your Blood Pressure
Non Drug. No Side Effects. Proven to Work in 10 Clinical Trials.

Lose 30 Pounds In 30 Days
Amazing Weight Loss Secret. As Seen on Oprah and 60 Minutes.

Your Ad Here

Traffic History Graph for unlimitedfightnews.com

Reach Rank Page Views Range: 7d 1m 3m 6m 1y 3y 5y max Clear Cmp




Put this graph on your site!

**Sell Ad Space on Your Site!**
AdBrite is the Internet's ad marketplace. Take control of your ad space today and make money.
AdBrite
Get Started Now

**Get a custom tee with your stats!**



0.00000% say my site rocks!
www.unlimitedfightnews.com

More Tees



Currently viewing Traffic Details for unlimitedfightnews.com

Learn more about Alexa Traffic...

**Reach for Unlimitedfightnews.com:**
Percent of global Internet users who visit this site

3091

PROOF OF SERVICE

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action.

A544781
DEFENDANT AND COUNTER-CLAIMANT BERGERON'S ANSWER TO COMPLAINT AND COUTERCLAIM FOR DECLAMATORY RELIEF

By placing a true copy of the document listed above in a sealed envelope and personally hand delivering to the addressed as set forth below.

Fertitta Enterprises
2960 W Sahara Ave.
Las Vegas, NV 89102
Counter-Defendant

I declare under penalty of perjury that the foregoing is true and correct. Executed on February ~~14~~ 19, 2008, in Las Vegas, Nevada.

________________________________
(signature)

________________________________
(print name)

PROOF OF SERVICE

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action.

A544781
DEFENDANT AND COUNTER-CLAIMANT BERGERON'S ANSWER TO COMPLAINT AND COUTERCLAIM FOR DECLAMATORY RELIEF

By placing a true copy of the document listed above in a sealed envelope and personally hand delivering to the addressed as set forth below.

Hunterton & Associates
333 South Sixth Street
Las Vegas, NV 89101
Attorneys for Plaintiff-Counter-Defendant

I declare under penalty of perjury that the foregoing is true and correct. Executed on February ~~14~~ 19, 2008, in Las Vegas, Nevada.

______________________________
(signature)

______________________________
(print name)