# EXHIBIT
# 51

ORIGINAL

AFFT
PAMELA R. LAWSON, ESQ.
Nevada Bar No. 5044
HUNTERTON & ASSOCIATES
333 South Sixth Street
Las Vegas, NV 89101
(702) 388-0098
Attorneys for Plaintiff

FILED
FEB 15 9 30 AM '08
CLERK OF THE COURT

DISTRICT COURT

CLARK COUNTY, NEVADA

XYIENCE INCORPORATED, a Nevada, Corporation,

Plaintiff,

RICHARD BERGERON, an Individual,

Defendant .

**CASE NO.: A544781**
**DEPT NO.: XVI**

**AFFIDAVIT OF PAMELA R. LAWSON, ESQ. REGARDING THE DEFENDANT'S UNAUTHORIZED RECORDING**
**<u>OF THE FEBRUARY 7, 2008 HEARING</u>**

STATE OF NEVADA )
) ss:
COUNTY OF CLARK )

Pamela R. Lawson, Esq. being first duly sworn, states as follows:

1. I am a partner with Hunterton & Associates, counsel of record for Plaintiff, Xyience Incorporated ("Xyience"), in *Xyience Incorporated v. Richard Bergeron*, Case No. A544781, Department XVI, currently pending in the Eighth Judicial District Court, Clark County, Nevada.

2. I have personal knowledge of, and I am competent to testify to the facts contained in this Affidavit, except those matters based upon information and belief and, as to such matters, I believe them to be true.

3. On February 7, 2008, a hearing came before this Court on Xyience's Motion to

Quash or Motion to Strike Motion to Vacate and Attorneys' Fees ("Motion").

4. I was present at the hearing, Defendant, Richard Bergeron, was permitted to appear telephonically.

5. On February 8, 2008, I was notified by Kevin Brown, Esq. that Mr. Bergeron had recorded the hearing and posted the recording on the internet, which may be found at: (i) http://unlimitedfightnews.com/wordpress/?p=1093%22%3ECLICK;and(ii)http://www.fnu.my podcast.com/.

6. At no time prior to or during the hearing did Mr. Bergeron disclose the fact that he was recording the hearing. He did not ask my permission to record the proceeding.

7. To my knowledge, Mr. Bergeron failed to seek permission from the Court to record the hearing.

8. Mr. Bergeron's unauthorized recording of the hearing is a clear violation of Nevada law, and he is potentially subject to both civil and criminal penalties. See Lane v. Allstate Ins. Co., 114 Nev. 1176, 969 P.2d 938 (1998); see NRS 200.690.

DATED this 14th day of February, 2008.

Pamela R. Lawson

PAMELA R. LAWSON, ESQ.

SUBSCRIBED AND SWORN to before me this 14 day of February, 2008.

Dohalane Cameron-Lawson

Notary Public in and for said County and State

DOHALANE CAMERON-LAWSON
Notary Public State of Nevada
No. 03-84649-1
My appt. exp. Oct.9, 2011

HUNTERTON & ASSOCIATES
ATTORNEYS AT LAW
333 South Sixth Street
Las Vegas, NV 89101
(702) 388-0098

**CERTIFICATE OF SERVICE**

On the 15 day of February 2008, the undersigned served by U.S. Mail, the foregoing Affidavit of Pamela R. Lawson, Esq. Regarding the Defendant's Unauthorized Recording of the February 7, 2008 Hearing in an envelope, postage prepaid on:

Richard Bergeron
43 Longhill Drive
East Sandwich, MA 02537

[signature]
An Employee of Hunterton & Associates

HUNTERTON
&
ASSOCIATES
ATTORNEYS AT LAW
333 South Sixth Street
Las Vegas, NV 89101
(702) 388-0098