# EXHIBIT 53

#3

IAFD
RICH BERGERON
147 OLD COUNTRY ROAD
EAST SANDWICH, MA 02537
(617) 209-4325

2008 FEB 19 P 3:36
CLERK OF THE COURT

DISTRICT COURT

CLARK COUNTY, NEVADA

XYIENCE INC

Plaintiff(s),

-vs-

RICH BERGERON

Defendant(s).

CASE NO. A544781

DEPT. NO. XVI

## INITIAL APPEARANCE FEE DISCLOSURE (NRS CHAPTER 19)

Pursuant to NRS Chapter 19, as amended by Senate Bill 106, filing fees are submitted for parties appearing in the above entitled action as indicated below:

RICH BERGERON ☐ $ 148.00 or ☒ $101.00

☐ Total of Continuation Sheet Attached

TOTAL REMITTED: (Required)

DATED this 19 day of FEB, 2008.

EDDIE GARCIA
1982 N RAINBOW #240
LAS VEGAS NV 89108

RECEIVED
FEB 19 2008
CLERK OF THE COURT