# EXHIBIT

# 55

ORIGINAL

12

**CERT**
Rich Bergeron
147 Old County Road
East Sandwich, MA 02537
Phone (617)209-4325
Defendant as Pro Se Attorney

FILED
FEB 21 10 11 AM '08
CLERK OF THE COURT

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

XYIENCE, INC., A Nevada Corporation And Fertitta Enterprises, A Nevada Corporation,

Plaintiff/Counter-Defendant,

Vs.

RICHARD BERGERON, an Individual

Defendant/Counter-Claimant.

CASE NO. A544781

DEPT. NO. XVI

**CERTIFICATE OF MAILING**

**I HEREBY CERTIFY** that service of the Answer to Complaint and Counterclaim for Declaratory Relief was made this 20th day of February, 2008, by depositing a copy of the same in the U.S. Mail, postage prepaid regular mail to the following individuals at their last known address.

XYIENCE, Inc.
4572 W. Hacienda Ave.
Las Vegas, Nevada 89118

Fertitta Enterprises
2960 W. Sahara Ave.
Las Vegas, Nevada 89102

**DATED** this 20th day of February, 2008.

Sarah Hugar (Over 18 & a Citizen)

RECEIVED
FEB 21 2008
CLERK OF THE COURT