# EXHIBIT 56

ORIGINAL

FILED

FEB 22 4 37 PM '08

CLERK OF THE COURT

NOE
PAMELA R. LAWSON, ESQ.
Nevada Bar No. 5044
HUNTERTON & ASSOCIATES
333 South Sixth Street
Las Vegas, NV 89101
(702) 388-0098
Attorneys for Plaintiff

DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| XYIENCE INCORPORATED, a Nevada, Corporation,<br><br>Plaintiff,<br><br>RICHARD BERGERON, an Individual,<br><br>Defendant . | CASE NO.: **A544781**<br>DEPT NO.: **XVI**<br><br>**NOTICE OF ENTRY OF ORDER** |

**NOTICE OF ENTRYOF ORDER**

PLEASE TAKE NOTICE that on the 19th day of February 2008 an Order was entered in the above-referenced matter, a copy of which is attached hereto.

Respectfully submitted this 22nd day of February 2008.

HUNTERTON & ASSOCIATES

By [signature]
PAMELA R. LAWSON, ESQ
Nevada Bar No. 5044
333 S. Sixth Street
Las Vegas, Nevada 89101
Attorneys for Plaintiff

RECEIVED
FEB 22 2008
CLERK OF THE COURT

HUNTERTON & ASSOCIATES
ATTORNEYS AT LAW
333 South Sixth Street
Las Vegas, NV 89101
(702) 388-0098

**CERTIFICATE OF SERVICE**

On the 22 day of February 2008, the undersigned served by U.S. Mail the foregoing NOTICE OF ENTRY OF ORDER in an envelope, postage prepaid on:

Richard Bergeron
147 Old County Road
East Sandwich, MA 02537

[signature]
An Employee of Hunterton & Associates

HUNTERTON
&
ASSOCIATES
ATTORNEYS AT LAW
333 South Sixth Street
Las Vegas, NV 89101
(702) 388-0098



Case No.:

ODR
PAMELA R. LAWSON, ESQ.
Nevada Bar No. 5044
HUNTERTON & ASSOCIATES
333 South Sixth Street
Las Vegas, NV 89101
(702) 388-0098
Attorneys for Plaintiff

FILED

FEB 19 3 23 PM '08

CLERK COURT

DISTRICT COURT

CLARK COUNTY, NEVADA

XYIENCE INCORPORATED, a Nevada, Corporation,

Plaintiff,

RICHARD BERGERON, an Individual,

Defendant .

CASE NO.: A544781
DEPT NO.: XVI

Date of Hearing: 2-7-08
Time of Hearing: 9:00 a.m.

**ORDER**

**ORDER**

The matter of Plaintiff's Motion to Quash or Motion to Strike, Motion to Vacate and Motion for Attorney's Fees, having come on for hearing on the 7th day of February, 2008 at 9:00 a.m., Plaintiff appearing through counsel, Pamela R. Lawson, Esq. of the firm Hunterton & Associates Defendant Richard Bergeron present via telephone conference, and the Court having read the pleadings on file herein and having heard oral argument and good cause appearing, therefore,

IT IS HEREBY ORDERED that the DEFAULT is SET ASIDE and Defendant is permitted to file a response. Defendant may file an answer and or plead whatever pleading he wants to in this matter.

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss will be heard on March 5, 2008 and Defendant is to make sure that Plaintiff's counsel gets a copy of his

HUNTERTON & ASSOCIATES
ATTORNEYS AT LAW
333 South Sixth Street
Las Vegas, NV 89101
(702) 388-0098

complete motion with five (5) business days (February 14, 2008) and is not to be e-mailed to counsel. The Motion will be taken off calendar if Defendant does not comply within the time frame set forth.

IT IS FURTHER ORDER that Defendant must follow the procedural requirements of the Court; there must be a 16.1 Conference and a 16.1 Report filed, after which time Defendant can conduct discovery.

IT IS FURTHER ORDERED that Plaintiff's Motion for Attorney's Fees is DENIED.

Respectfully submitted this 15th day of February 2008.

DISTRICT COURT JUDGE

Submitted by:

HUNTERTON & ASSOCIATES

By
PAMELA R. LAWSON, ESQ.
Nevada Bar No. 5044
333 S. Sixth Street
Las Vegas, Nevada 89101
Attorneys for Plaintiff

HUNTERTON & ASSOCIATES
ATTORNEYS AT LAW
333 South Sixth Street
Las Vegas, NV 89101
(702) 388-0098



Case No.: