# EXHIBIT 58

ORIGINAL

30

SUBT
FENNEMORE CRAIG, P.C.
Laurel E. Davis, Esq. - #3005
Jon T. Pearson, Esq. - #10182
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
E-Mail: ldavis@fclaw.com
E-Mail: jpearson@fclaw.com

Attorneys for Plaintiff
Xyience Incorporated

FILED

FEB 25 11 24 AM '08

CLERK OF THE COURT

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

XYIENCE INCORPORATED, a Nevada corporation,

Plaintiff,

v.

RICHARD BERGERON, an Individual

Defendant.

**CASE NO.: A544781**

**DEPT. NO.: XVI**

**SUBSTITUTION OF COUNSEL**

Pursuant to EDCR 7.40(b)(1), the undersigned attorneys and client consent to the substitution of FENNEMORE CRAIG, P.C. as attorneys for Plaintiff, XYIENCE INCORPORATED, in place of its present counsel of HUNTERTON & ASSOCIATES.

DATED this 14 day of February, 2008.

XYIENCE INCORPORATED

By: ____________________
OMER SATTAR, President of
Xyience Incorporated

//

//

RECEIVED
FEB 25 2008
CLERK OF THE COURT

I hereby consent to the above and foregoing substitution.

DATED this 14th day of February, 2008.

HUNTERTON & ASSOCIATES

By: ____________________
PAMELA R. LAWSON, ESQ.
333 South Sixth Street
Las Vegas, Nevada 89101
(702) 388-0098

I hereby accept the above and foregoing substitution as attorney for the Plaintiff, XYIENCE INCORPORATED.

DATED this 14th day of February, 2008.

FENNEMORE CRAIG, P.C.

By: ____________________
LAUREL E. DAVIS, ESQ.
JON T. PEARSON, ESQ.
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
(702) 692-8000

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY, pursuant to NRCP 5(b), that I mailed a copy of the foregoing **SUBSTITUTION OF COUNSEL**, via first class mail, postage prepaid, to the following parties, this 25th day of February, 2008:

Richard Bergeron
43 Longhill Drive
East Sandwich, MA 02537

In *pro per*

and that there is a regular communication by mail between the place of mailing and the place(s) so addressed.

An Employee of FENNEMORE CRAIG

15869.1/23805.002

FENNEMORE CRAIG, P.C.
LAS VEGAS