# EXHIBIT 59

FILE COPY

FILED

NDR

FEB 28 3 10 PM '08

DISTRICT COURT

CLARK COUNTY, NEVADA

CLERK OF THE COURT

Xyience Incorporated, Plaintiff(s),

VS

Richard Bergeron, Defendant(s).

Case No. 07-A-544781-C

Dept No. 23

NOTICE OF DEPARTMENT REASSIGNMENT

NOTICE IS HEREBY GIVEN that the above-entitled action has been randomly reassigned to Department 23 .

( ) This reassignment follows the filing of a Peremptory Challenge of Judge ____________.

(✓) This reassignment is due to the recusal of Judge WILLIAMS . See minutes in file.

( ) This reassignment is due to ____________.

ANY TRIAL DATE IS VACATED AND WILL BE RESET BY THE NEW DEPARTMENT.

Any motions or hearings presently scheduled in the FORMER department will be heard by the NEW department as set forth below:

| | | |
|---|---|---|
| MOTION TO DISMISS | 4/3/08 | at 8:30 |
| MOTION FOR SANCTIONS | 4/3/08 | at 8:30 |

PLEASE INCLUDE THE NEW DEPARTMENT NUMBER ON ALL FUTURE FILINGS.

~~SHIRLEY B. PARRAGUIRRE, COUNTY CLERK~~

By [signature] Deputy Clerk

Brett Bylngton

I hereby certify that on February 28, 2008, I placed a copy of the foregoing document in:

(✓) The folder(s) located in the Office of the County Clerk of each attorney of record listed below.

(✓) The United States mail addressed as follows:

Laurel E. Davis
300 S. Fourth St., #1700
Las Vegas, NV 89101

Richard Bergeron
147 Old County Rd
East Sandwich, MA 02547

[signature] Deputy Clerk

Brett Byington

CMC

Rev11/03