# EXHIBIT 60

ORIGINAL

FILED
2008 FEB 27 P 4:42
CLERK OF THE COURT

**ODR**
FENNEMORE CRAIG, P.C.
Laurel E. Davis, Esq. (NV Bar No. 3005)
Jon T. Pearson, Esq. (NV Bar No. 10182)
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
E-Mail: ldavis@fclaw.com
E-Mail: jpearson@fclaw.com

Attorneys for Plaintiff
**Xyience Incorporated**

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| XYIENCE INCORPORATED, a Nevada corporation,<br>Plaintiff,<br>v.<br>RICHARD BERGERON, an Individual<br>Defendant. | **CASE NO.: A544781**<br>**DEPT. NO.:** ~~XVI~~ 23<br>**ORDER ON PLAINTIFF'S *EX PARTE* MOTION FOR AN EXTENSION** |

Plaintiff, Xyience Incorporated ("Xyience"), submitted its (1) *Ex Parte* Motion for an extension of time to submit its oppositions to Defendant Richard Bergeron's Dispositive Motion for Rule 11 Sanctions and Motion to Dismiss ("Mr. Bergeron's Motions"), and (2) Motion to continue hearings on Mr. Bergeron's Motions on an order shortening time to the Court on February 26, 2008. The Court, having reviewed and considered the *Ex Parte* Motion, the papers and pleadings on file, and good cause appearing:

**IT IS HEREBY ORDERED:**

ORDERED, that Xyience's *Ex Parte* Motion for an extension of time to submit its oppositions to Mr. Bergeron's Motions is GRANTED.

IT IS FURTHER ORDERED, that Xyience's oppositions to Mr. Bergeron's Motions shall not be due until the Court has had an opportunity to hear Xyience's Motion to continue the

RECEIVED
FEB 27 2008
CLERK OF THE CO

hearings on Mr. Bergeron's Motions, at which time either the parties or the Court will set a revised briefing schedule for Mr. Bergeron's Motions.

IT IS FURTHER ORDERED, that this Order together with Xyience's (1) *Ex Parte* Motion for an extension of time to submit its oppositions to Mr. Beregon's Motions"; and (2) Motion to continue hearings on Mr. Bergeron's Motions on an order shortening time shall be immediately served.

DATED this 27 day of February, 2008.

Jack B. Ames
DISTRICT COURT JUDGE

Submitted By:

FENNEMORE CRAIG, P.C.

By: Jon Pearson
Jon T. Pearson (No. 10182)
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101

Attorneys for Plaintiff
**Xyience Incorporated**

16487.1/23805.002