# EXHIBIT 61

FILED AFTER HOURS

FEB 2 7 2008

2008 FEB 27 P 5:45

**NOTC**
FENNEMORE CRAIG, P.C.
Laurel E. Davis, Esq. (NV Bar No. 3005)
Jon T. Pearson, Esq. (NV Bar No. 10182)
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
E-Mail: ldavis@fclaw.com
E-Mail: jpearson@fclaw.com

Attorneys for Plaintiff
**Xyience Incorporated**

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| XYIENCE INCORPORATED, a Nevada corporation,<br>Plaintiff,<br>v.<br>RICHARD BERGERON, an Individual<br>Defendant. | **CASE NO.: A544781**<br>**DEPT. NO.: XXIII**<br>**NOTICE OF ENTRY OF ORDER** |

TO: RICHARD BERGERON, Defendant, *in proper person*:

PLEASE TAKE NOTICE that on the 27th date of February, 2008, an Order on Plaintiff's *Ex Parte* Motion For An Extension was entered in the above-captioned case, a copy of which is attached hereto.

DATED this 27th day of February, 2008.

FENNEMORE CRAIG, P.C.

By: [signature]
Laurel E. Davis (No. 3005)
Jon T. Pearson (No. 10182)
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101

Attorneys for Plaintiff
**Xyience Incorporated**

**CERTIFICATE OF MAILING**

I hereby certify that I am an employee of FENNEMORE CRAIG, P.C. and that on the 27th day of February, 2008, I placed a true and correct copy of the foregoing **NOTICE OF ENTRY OF ORDER** in the United States mails, postage prepaid, at Las Vegas, Nevada, addressed to the following:

Richard Bergeron
43 Longhill Drive
East Sandwich, MA 02537

Richard Bergeron
147 Old Country Road
East Sandwich, MA 02537

*In proper person*

and that there is a regular communication by mail between the place of mailing and the place(s) so addressed.

Maria Hurtado
An Employee of FENNEMORE CRAIG, P.C.

LAS/MHURTADO/16620.1/23805.002

**ODR**
FENNEMORE CRAIG, P.C.
Laurel E. Davis, Esq. (NV Bar No. 3005)
Jon T. Pearson, Esq. (NV Bar No. 10182)
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
E-Mail: ldavis@fclaw.com
E-Mail: jpearson@fclaw.com

Attorneys for Plaintiff
**Xyience Incorporated**

FILED
2008 FEB 27 P 4:42
CLERK OF THE COURT

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

XYIENCE INCORPORATED, a Nevada corporation,

Plaintiff,

v.

RICHARD BERGERON, an Individual

Defendant.

**CASE NO.: A544781**

**DEPT. NO.:** ~~XVI~~ 23

**ORDER ON PLAINTIFF'S *EX PARTE* MOTION FOR AN EXTENSION**

Plaintiff, Xyience Incorporated ("Xyience"), submitted its (1) *Ex Parte* Motion for an extension of time to submit its oppositions to Defendant Richard Bergeron's Dispositive Motion for Rule 11 Sanctions and Motion to Dismiss ("Mr. Bergeron's Motions"), and (2) Motion to continue hearings on Mr. Bergeron's Motions on an order shortening time to the Court on February 26, 2008. The Court, having reviewed and considered the *Ex Parte* Motion, the papers and pleadings on file, and good cause appearing:

**IT IS HEREBY ORDERED:**

ORDERED, that Xyience's *Ex Parte* Motion for an extension of time to submit its oppositions to Mr. Bergeron's Motions is GRANTED.

IT IS FURTHER ORDERED, that Xyience's oppositions to Mr. Bergeron's Motions shall not be due until the Court has had an opportunity to hear Xyience's Motion to continue the

hearings on Mr. Bergeron's Motions, at which time either the parties or the Court will set a revised briefing schedule for Mr. Bergeron's Motions.

IT IS FURTHER ORDERED, that this Order together with Xyience's (1) *Ex Parte* Motion for an extension of time to submit its oppositions to Mr. Beregon's Motions"; and (2) Motion to continue hearings on Mr. Bergeron's Motions on an order shortening time shall be immediately served.

DATED this 27th day of February, 2008.

JACK B. AMES
SENIOR DISTRICT JUDGE

\s\ JBA
DISTRICT COURT JUDGE

Submitted By:

FENNEMORE CRAIG, P.C.

By: ______________________
Jon T. Pearson (No. 10182)
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101

Attorneys for Plaintiff
**Xyience Incorporated**

16487.1/23805.002