# EXHIBIT 63

15

FILED AFTER HOURS
FEB 27 2008

2008 FEB 27 P 5:44

**CERT**
FENNEMORE CRAIG, P.C.
Laurel E. Davis, Esq. (NV Bar No. 3005)
Jon T. Pearson, Esq. (NV Bar No. 10182)
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
E-Mail: ldavis@fclaw.com
E-Mail: jpearson@fclaw.com

Attorneys for Plaintiff
**Xyience Incorporated**

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| XYIENCE INCORPORATED, a Nevada corporation,<br>Plaintiff,<br>v.<br>RICHARD BERGERON, an Individual<br>Defendant. | **CASE NO.: A544781**<br>**DEPT. NO.: XXIII**<br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY, pursuant to NRCP 5(b), that I mailed a copy of the foregoing **PLAINTIFF'S (1) *EX PARTE* MOTION FOR AN EXTENSION; AND (2) MOTION TO CONTINUE HEARINGS ON DEFENDANT'S MOTION FOR RULE 11 SANCTIONS AND MOTION TO DISMISS ON ORDER SHORTENING TIME; ORDER ON PLAINTIFF'S *EX PARTE* MOTION FOR AN EXTENSION,** via first class mail, postage prepaid, to the following parties, this 27th day of February, 2008:

Richard Bergeron
43 Longhill Drive
East Sandwich, MA 02537

///

Richard Bergeron
147 Old Country Road
East Sandwich, MA 02537

*In proper person*

and that there is a regular communication by mail between the place of mailing and the place(s) so addressed.

Mia Hurtado
An Employee of FENNEMORE CRAIG

LAS/MHURTADO/16620.1/23805.002