# EXHIBIT
# 66

Electronically Filed
03/03/2008 01:03:49 PM

CLERK OF THE COURT

**Form Number 1**

NOTC
Rich Bergeron
43 Longhill Drive
East Sandwich, MA 02537
Telephone: (617) 209-4325
Defendant as Pro Se Attorney

## DISTRICT COURT

## CLARK COUNTY, NEVADA

XYIENCE, INC., A Nevada Corporation,

Plaintiff,

v.

Rich Bergeron, An Individual,

Defendant.

CASE NO.: A544781

DEPT. No.: ~~XVI~~ 23

## NOTICE OF MOTION TO STRIKE ADAM FRANK'S AFFIDAVIT AS PERJURED TESTIMONY AND STRIKE ALL ORDERS BASED ON THAT TESTIMONY OR DEFENDANT'S FAILURE TO APPEAR

**TO EACH PARTY AND TO EACH PARTY'S COUNSEL OF RECORD:**

YOU ARE HEREBY NOTIFIED that on April 03, 2008 at 8:30 am Defendant Rich Bergeron's Motion to strike Adam Frank's Affidavit as perjured testimony and strike all orders based on that testimony or defendant's failure to appear shall be scheduled for a telephonic hearing to facilitate Bergeron's participation.

DATED: March 3rd, 2008

By:

Rich Bergeron
147 Old County Road
East Sandwich, MA 02537
Serving as Attorney Pro Se

STAD 3/3/08

# CERTIFICATE OF MAILING

I hereby certify that on the 3rd day of March, 2008, I served a copy of the foregoing Defendant's Notice of Motion upon each of the parties by e-service.

And that there is regular communication by mail between the place of mailing and the place so addressed.



RICH BERGERON
SERVING AS PRO SE ATTORNEY