# EXHIBIT
# 67

Electronically Filed
03/03/2008 03:52:19 PM

CLERK OF THE COURT

**Form Number 1**

NOTC
Rich Bergeron
43 Longhill Drive
East Sandwich, MA 02537
Telephone: (617) 209-4325
Defendant as Pro Se Attorney

## DISTRICT COURT

## CLARK COUNTY, NEVADA

XYIENCE, INC., A Nevada Corporation,

Plaintiff,

v.

Rich Bergeron, An Individual,

Defendant.

CASE NO.: A544781

DEPT. No.: ~~XVI~~ XXIII

## NOTICE OF MOTION TO STRIKE ORDER ON PLAINTIFF'S EX PARTE MOTION FOR AN EXTENSION

**TO EACH PARTY AND TO EACH PARTY'S COUNSEL OF RECORD:**

YOU ARE HEREBY NOTIFIED that on April 03, 2008 at 8:30 AM Defendant Rich Bergeron's Motion to strike order on plaintiff's ex parte motion for an extension shall be scheduled for a telephonic hearing to facilitate Bergeron's participation and promote due process.

DATED: March 3rd, 2008

By:

Rich Bergeron
147 Old County Road
East Sandwich, MA 02537
Serving as Attorney Pro Se

STAD 3/3/08