# EXHIBIT 69

ORIGINAL

FILED

MAR 7 11 27 AM '08

CLERK OF THE COURT

**NOTC**
FENNEMORE CRAIG, P.C.
Laurel E. Davis, Esq. (NV Bar No. 3005)
Jon T. Pearson, Esq. (NV Bar No. 10182)
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
E-Mail: ldavis@fclaw.com
E-Mail: jpearson@fclaw.com

Attorneys for Plaintiff
**Xyience Incorporated**

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

XYIENCE INCORPORATED, a Nevada corporation,

Plaintiff,

v.

RICHARD BERGERON, an Individual

Defendant.

**CASE NO.: A544781**

**DEPT. NO.: XXIII**

**NOTICE OF ENTRY OF ORDER**

TO: RICHARD BERGERON, Defendant, *in proper person*:

PLEASE TAKE NOTICE that on the 6th day of March, 2008, an Order on Plaintiff's Motion to Continue Hearings on Defendant's Motion to Dismiss and Motion for Rule 11 Sanctions on an Order Shortening Time was entered in the above-captioned case, a copy of which is attached hereto.

DATED this 6th day of March, 2008.

FENNEMORE CRAIG, P.C.

By: [signature]
Laurel E. Davis (No. 3005)
Jon T. Pearson (No. 10182)
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101

Attorneys for Plaintiff
**Xyience Incorporated**

RECEIVED
MAR 7 2008
CLERK OF THE COURT

**CERTIFICATE OF MAILING**

I hereby certify that I am an employee of FENNEMORE CRAIG, P.C. and that on the 6th day of March, 2008, I placed a true and correct copy of the foregoing **NOTICE OF ENTRY OF ORDER** in the United States mail, postage prepaid, at Las Vegas, Nevada, addressed to the following:

Richard Bergeron
43 Longhill Drive
East Sandwich, MA 02537

Richard Bergeron
147 Old Country Road
East Sandwich, MA 02537

*In proper person*

and that there is a regular communication by mail between the place of mailing and the place(s) so addressed.

Mia Hurtado
An Employee of FENNEMORE CRAIG, P.C.

17009.1/23805.002

FENNEMORE CRAIG, P.C.
LAS VEGAS

FILED

2008 MAR -6 A 9:57

CLERK OF THE COURT

ORDR
FENNEMORE CRAIG, P.C.
Laurel E. Davis, Esq. (NV Bar No. 3005)
Jon T. Pearson, Esq. (NV Bar No. 10182)
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
E-Mail: ldavis@fclaw.com
E-Mail: jpearson@fclaw.com

Attorneys for Plaintiff
**Xyience Incorporated**

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

XYIENCE INCORPORATED, a Nevada corporation,

Plaintiff,

v.

RICHARD BERGERON, an Individual

Defendant.

**CASE NO.: A544781**

**DEPT. NO.: XXIII**

**ORDER**

Date of Hearing: March 3, 2008
Time of Hearing: 8:30 a.m.

MC

Plaintiff, Xyience Incorporated's ("Xyience") Motion to Continue Hearings on Defendant's Motion to Dismiss and Motion for Rule 11 Sanctions on an Order Shortening Time came on for hearing on March 3, 2008, before the Honorable Norman C. Robison. Jon T. Pearson, Esq., of Fennemore Craig, P.C., appeared on behalf of Xyience; and Defendant Richard Bergeron, *in proper person*, failed to appear at the hearing in person or telephonically. The Court, having considered the motion, the papers and pleadings on file, after hearing the arguments of counsel, and good cause appearing,

IT IS HEREBY ORDERED, that Xyience's Motion to Continue Hearings on Defendant's Motion to Dismiss and Motion for Rule 11 Sanctions on an Order Shortening Time is GRANTED.

IT IS FURTHER ORDERED, that the hearing on Defendant's Motion to Dismiss and

Motion for Rule 11 Sanctions is continued to May 5, 2008, at 8:30 a.m.

IT IS FURTHER ORDERED, that Xyience shall have to and including April 21, 2008, in which to file its Opposition to Defendant's Motion to Dismiss and Motion for Rule 11 Sanctions; and that Defendant shall have to and including April 28, 2008, in which to file a Reply Brief in support of the Motion to Dismiss and Motion for Rule 11 Sanctions.

IT IS FURTHER ORDERED, that if Defendant intends to appear at the hearing set for May 5, 2008, Defendant must appear in person. Defendant shall not be permitted to appear telephonically at such hearing.

DATED this 5th day of March, 2008.

NORMAN ROBISON

DISTRICT COURT JUDGE

Submitted By:

FENNEMORE CRAIG, P.C.

By: Jon Pearson
Laurel E. Davis (No. 3005)
Jon T. Pearson (No. 10182)
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101

Attorneys for Plaintiff
**Xyience Incorporated**

16824.1/23805.002

FENNEMORE CRAIG, P.C.
LAS VEGAS