# EXHIBIT
# 71

Electronically Filed
03/14/2008 02:58:29 PM

CLERK OF THE COURT

**Form Number 1**

NOTC
Rich Bergeron
43 Longhill Drive
East Sandwich, MA 02537
Telephone: (617) 209-4325
Defendant as Pro Se Attorney

# DISTRICT COURT

# CLARK COUNTY, NEVADA

XYIENCE, INC., A Nevada Corporation,

Plaintiff,

v.

Rich Bergeron, An Individual,

Defendant.

CASE NO.: A544781

DEPT. No.: XVI

## NOTICE OF DEFENDANT'S EX PARTE MOTION TO VACATE ORDER FOR AN EXTENSION AND TO CONTINUE HEARINGS ON DEFENDANT'S MOTION FOR RULE 11 SANCTIONS AND MOTION TO DISMISS ON ORDER SHORTENING TIME

**TO EACH PARTY AND TO EACH PARTY'S COUNSEL OF RECORD:**

YOU ARE HEREBY NOTIFIED that on ________________ at ____________ Defendant Rich Bergeron's Ex Parte Motion to Vacate Order For an Extension and to Continue Hearings on Defendant's Motion for Rule 11 Sanctions and Motion to Dismiss on Order Shortening Time shall be scheduled for a telephonic hearing to facilitate Bergeron's participation.

DATED: March 14, 2008

By: Rich Bergeron
147 Old County Road
East Sandwich, MA 02537
Serving as Attorney Pro Se

STAD 3/14/08