GORDON & SILVER, LTD.
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gordonsilver.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mcz@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Fertitta Enterprises, Inc.

E-Filed On 3/24/08

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>XYIENCE, INCORPORATED,<br>a Nevada corporation,<br><br>Debtor. | Case No.: BK-S-08-10474-MKN<br>Chapter 11 |
| XYIENCE INCORPORATED,<br>a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD BERGERON, an individual,<br><br>Defendant. | Adversary No. 08-1082-MKN |
| RICHARD BERGERON, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada corporation,<br><br>Counterdefendants. | **<u>NOTICE OF HEARING ON MOTION OF COUNTERDEFENDANT FERTITTA ENTERPRISES, INC. TO DISMISS ADVERSARY PROCEEDING</u>**<br><br>Date: April 30, 2008<br>Time: 9:30 a.m. |

NOTICE IS HEREBY GIVEN that Matthew C. Zirzow, Esq., of the law firm of Gordon & Silver, Ltd., attorneys for Fertitta Enterprises, Inc., filed a Motion to Dismiss Adversary Proceeding ("Motion"). A copy of the above-referenced Motion is on file with the clerk of the United States Bankruptcy Court for the District of Nevada, 300 Las Vegas Boulevard, South, Las Vegas, Nevada 89101. This Motion seeks to dismiss all of the counterclaims in this matter against it pursuant to Rule 12(b)(6) for failure to state a claim upon which relief can be granted.

NOTICE IS FURTHER GIVEN that any opposition to the Motion must be filed and served on counsel within 15 days after service of this Notice (plus three days for mailing). Any reply to an opposition shall be filed and served no later than 5 business days before the date set for the hearing or as otherwise ordered by the Court. In accordance with LR 9014, the following statement is provided:

> If you object to the relief requested, you *must* file a **WRITTEN** response to this Pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

NOTICE IS FURTHER GIVEN that in the event objections are filed to the Motion, a hearing on said Motion will be held before a United States Bankruptcy Judge in the Foley Federal Building, Bankruptcy Courtroom No. 2, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101, on the 30th day of April, 2008, at 9:30 a.m.

. . .

. . .

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89169
(702) 796-5555

NOTICE IS FURTHER GIVEN that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and times at the above noticed hearing or any adjournment thereof.

DATED this 24th day of March, 2008.

GORDON & SILVER, LTD.

By: ______________________
GREGORY E. GARMAN, ESQ.
MATTHEW C. ZIRZOW, ESQ.
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Attorneys for Fertitta Enterprises, Inc.