GORDON & SILVER, LTD.
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gordonsilver.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mcz@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Fertitta Enterprises, Inc.

E-Filed On 3/24/08

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>XYIENCE, INCORPORATED,<br>a Nevada corporation,<br><br>Debtor. | Case No.: BK-S-08-10474-MKN<br>Chapter 11 |
| XYIENCE INCORPORATED,<br>a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD BERGERON, an individual,<br><br>Defendant. | Adversary No. 08-1082-MKN |
| RICHARD BERGERON, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada corporation,<br><br>Counterdefendants. | **CERTIFICATE OF SERVICE OF: (1) MOTION OF COUNTERDEFENDANT FERTITTA ENTERPRISES, INC. TO DISMISS ADVERSARY PROCEEDING; AND (2) NOTICE OF HEARING**<br><br>Date: April 30, 2008<br>Time: 9:30 a.m. |

1. On March 24, 2008, I served the foregoing documents by the following means to the persons as listed below:

☒ a. ECF System to: See attached EFC Confirmation Sheet

☒ b. United States Mail, postage fully prepaid to:

Rich Bergeron
147 Old County Road
East Sandwich, MA 02537

I declare under penalty of perjury that these facts are true to the best of my knowledge and belief.

DATED this 24th day of March, 2008.

Marsha Stallsworth, an employee of
Gordon & Silver, Ltd.



GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89169
(702) 796-5555

## File a Motion:

08-01082-mkn XYIENCE INCORPORATED v. BERGERON

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from ZIRZOW, MATTHEW C. entered on 3/24/2008 at 2:09 PM PDT and filed on 3/24/2008

**Case Name:** XYIENCE INCORPORATED v. BERGERON
**Case Number:** 08-01082-mkn
**Document Number:** 7

**Docket Text:**
Motion to Dismiss Adversary Proceeding Filed by MATTHEW C. ZIRZOW on behalf of FERTITTA ENTERPRISES (ZIRZOW, MATTHEW)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\mds\Desktop\Motion to Dismiss Adversary Proceeding.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=3/24/2008] [FileNumber=9521131-0]
[f46dde11eecf440b472dea389ad44b0d3120821f275c227736cc21039ef29bc792e6
482d1d08796e19117a9772ce47e4439c592cc3ad3273967989eba4443d97]]

**08-01082-mkn Notice will be electronically mailed to:**

LAUREL E. DAVIS ldavis@fclaw.com, mhurtado@fclaw.com

MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

**08-01082-mkn Notice will not be electronically mailed to:**

RICHARD BERGERON
East Sandwich, MA 02537

## File a Notice:

08-01082-mkn XYIENCE INCORPORATED v. BERGERON

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from ZIRZOW, MATTHEW C. entered on 3/24/2008 at 2:18 PM PDT and filed on 3/24/2008

**Case Name:** XYIENCE INCORPORATED v. BERGERON
**Case Number:** 08-01082-mkn
**Document Number:** 8

**Docket Text:**
Notice of Hearing/Motion . Hearing scheduled 4/30/2009 at 09:30 AM at MKN LV-Courtroom 2, Foley Federal Bldg. Filed by MATTHEW C. ZIRZOW on behalf of FERTITTA ENTERPRISES (Related document(s)[7] Motion to Dismiss Adversary Proceeding filed by Counter-Defendant FERTITTA ENTERPRISES.)(ZIRZOW, MATTHEW)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\mds\Desktop\NOH Motion to Dismiss Adversary Proceeding.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=3/24/2008] [FileNumber=9521262-0] [0458f8ffe2a58b17c309a0d36d37df7a60b1b86f36462722dae34f3beb2a1a8c2e6e 7c0778c3fb2a8fc59d9c222ee1f19c1b0dc6ad8a222d8466c8172b499068]]

**08-01082-mkn Notice will be electronically mailed to:**

LAUREL E. DAVIS ldavis@fclaw.com, mhurtado@fclaw.com

MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

**08-01082-mkn Notice will not be electronically mailed to:**

RICHARD BERGERON
East Sandwich, MA 02537