ORIGINAL

RECEIVED AND FILED

MAR 28 3 35 PM '08

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Rich Bergeron
147 OLD COUNTY ROAD
East Sandwich, MA 02537
Telephone: (617) 209-4325
Defendant as Pro Se Attorney

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>XYIENCE, INC., A Nevada Corporation<br><br>Debtor. | No. BK-S-08-10474-MKN<br>Chapter 11<br><br>Eighth Judicial District Court<br>Las Vegas, Clark County, Nevada<br>Case No. A544781, Dept. XXIII |
| XYIENCE INCORPORATED, a Nevada Corporation,<br>Plaintiff,<br><br>v.<br><br>RICHARD BERGERON, an individual<br>Defendant. | CASE NO. BK-2-08-AP-01082-MKN<br><br>**DEFENDANT AND COUNTERCLAIMANT'S CERTIFICATE OF SERVICE**<br><br>Hearing Date: ___________, 2008<br><br>Time: ___________<br><br>Location: 300 Las Vegas Blvd. South<br>Courtroom #2<br>Las Vegas, NV 89101 |
| RICHARD BERGERON, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada corporation,<br><br>Counterdefendants. | |

## CERTIFICATE OF SERVICE

1. On March 25 and 26, 2008 I served the following document(s) regarding both Counter-Defendants:

**DEFENDANT AND COUNTERCLAIMANT'S (I) EMERGENCY MOTION TO SUSPEND BANKRUPTCY PROCEEDINGS PENDING INVESTIGATION OF FRAUDULENT BANKRUPTCY FILING AND (II) MOTION FOR SUMMARY JUDGMENT ON DEFENDANT'S RULE 11 MOTION, MOTION TO DISMISS, AND COUNTERCLAIMS (Including all attached evidence)**

2. I served the above-named document(s) by the following means to the persons as listed below:

[x] b. **By direct email (as opposed to through the ECF system)** (list persons and email addresses):

GREGORY E GARMAN: bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com
U.S. TRUSTEE - LV – 11: USTPRegion17.lv.ecf@usdoj.gov
SHEENA R. AEBIG: saebig@williamskastner.com
OGONNA M. ATAMOH: oatmoh@nevadafirm.com, bkecf@nevadafirm.com, paltstatt@nevadafirm.com, sliberio@nevadafirm.com
AMBRISH S. SIDHU: ecfnotices@sidhulawfirm.com
BRETT A. AXELROD baxelrod@lrlaw.com; pkois@lrlaw.com tshauntee@lrlaw.com
SCOTT FLEMING Sfleming@halelane.com
AUGUST LANDIS: Augie.landis@usdoj.gov
MARJORIE GUYMON: mguymon@goldguylaw.com

I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[x] c. **By U.S. Mail**:
I served the document(s) by placing them in an envelope or package addressed with proper postage attached and mailed to the persons at the addresses listed below:

Fennemore Craig, P.C.
300 South Fourth Street
Suite 400
Las Vegas, NV 89101

Fertitta Enterprises
2960 W SAHARA AVENUE

Las Vegas, NV 89102
&
P. O. Box 27555
Las Vegas, NV, 89126-1555

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 26th day of March, 2008.

IN PROPER PERSON

Rich Bergeron

Rich Bergeron
147 Old County Road
East Sandwich, MA 02537
617-209-4325
Attorney Pro-Se
Rich.Bergeron@gmail.com