FENNEMORE CRAIG, P.C.
Laurel E. Davis (NV Bar No. 3005)
Jon T. Pearson (NV Bar No. 10182)
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
E-Mail: ldavis@fclaw.com
E-Mail: jpearson@fclaw.com

Attorneys for Plaintiff/Counter-Defendant
**Xyience Incorporated**

**E-filed April 9, 2008**

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>XYIENCE INCORPORATED,<br>a Nevada corporation,<br><br>Debtor. | Chapter 11<br><br>No. BK-S-08-10474-MKN<br><br>Adv. No. 08-1082-MKN<br><br>**NOTICE OF HEARING ON XYIENCE INCORPORATED'S MOTION TO DISMISS AND TO STRIKE RICHARD BERGERON'S COUNTERCLAIMS** |
| XYIENCE INCORPORATED, a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD BERGERON, an individual<br><br>Defendant. | Date: May 14, 2008<br>Time: 9:30 a.m.<br>Location: 300 Las Vegas Blvd. South<br>Courtroom #2<br>Las Vegas, NV 89101 |

| |
|---|
| RICHARD BERGERON, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada corporation,<br><br>Counterdefendants. |

NOTICE IS HEREBY GIVEN that Laurel E. Davis, Esq. of the law firm of Fennemore Craig, P.C., attorneys for Xyience Incorporated, filed a Motion to Dismiss and to Strike Richard Bergeron's Counterclaims ("Motion"). A copy of the above-referenced Motion is on file with the clerk of the United States Bankruptcy Court for the District of Nevada, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101. This Motion seeks to dismiss all of the counterclaims in this matter against it pursuant to Rule 12(b)(6) for failure to state a claim upon which relief can be granted.

NOTICE IS FURTHER GIVEN that any opposition to the Motion must be filed and served on counsel within 15 days after service of this Notice (plus three days for mailing). Any reply an opposition shall be filed and served no later than 5 business days before the date set for the hearing or as otherwise ordered by the Court. In accordance with LR 9014, the following statement is provided:

> If you object to the relief requested, you *must* file a **WRITTEN** response to this Pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

NOTICE IF FURTHER GIVEN that in the event objections are filed to the Motion, a hearing on said Motion will be held before a United States Bankruptcy Judge in the Foley Federal Building, Bankruptcy Courtroom No. 2, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101, on the 14th day of May, 2008, at 9:30 a.m.

NOTICE IS FURTHER GIVEN that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and times at the above noticed hearing or any adjournment thereof.

DATED this 9th day of April, 2008.

FENNEMORE CRAIG, P.C.

By: /s/ Jon T. Pearson
Jon T. Pearson

Attorneys for Plaintiff/Counter-Defendant
**Xyience Incorporated**

18471.1/23805.002