GORDON & SILVER, LTD.
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gordonsilver.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mcz@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Fertitta Enterprises, Inc.

E-Filed On 04/15/08

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>XYIENCE, INCORPORATED,<br>a Nevada corporation,<br><br>Debtor. | Case No.: BK-S-08-10474-MKN<br>Chapter 11 |
| XYIENCE INCORPORATED,<br>a Nevada corporation,<br><br>Plaintiff,<br>v.<br><br>RICHARD BERGERON, an individual,<br><br>Defendant. | Adversary No. 08-1082-MKN |
| RICHARD BERGERON, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada corporation,<br><br>Counterdefendants. | **CERTIFICATE OF SERVICE OF COUNTERDEFENDANT, FERTITTA ENTERPRISES, INC.'S, OPPOSITION TO DEFENDANT/COUNTERCLAIMANT'S: (1) EMERGENCY MOTION TO SUSPEND BANKRUPTCY PROCEEDINGS, AND (2) MOTION FOR SUMMARY JUDGMENT ON DEFENDANT'S RULE 11 MOTION, MOTION TO DISMISS, AND COUNTERCLAIMS**<br><br>Date:<br>Time: |

1. On April 15, 2008, I served the foregoing documents by the following means to the persons as listed below:

☒ a. ECF System to: See attached EFC Confirmation Sheet

☒ b. United States Mail, postage fully prepaid to:

Rich Bergeron
147 Old County Road
East Sandwich, MA 02537

I declare under penalty of perjury that these facts are true to the best of my knowledge and belief.

DATED this 15th day of April, 2008.

Marsha Stallsworth, an employee of
Gordon & Silver, Ltd.

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89169
(702) 796-5555

## File an answer to a motion:

08-01082-mkn XYIENCE INCORPORATED v. BERGERON

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from ZIRZOW, MATTHEW C. entered on 4/15/2008 at 4:44 PM PDT and filed on 4/15/2008
**Case Name:** XYIENCE INCORPORATED v. BERGERON
**Case Number:** 08-01082-mkn
**Document Number:** 19

**Docket Text:**
Opposition Filed by MATTHEW C. ZIRZOW on behalf of FERTITTA ENTERPRISES (Related document(s)[11] Motion To Stay,, Motion for Summary Judgment, filed by Defendant RICHARD BERGERON.) (ZIRZOW, MATTHEW)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\mds\Desktop\Fertitta's Opposition to Bergeron's Emergency Motion to Suspend Bankruptcy Proceedings, Motion for Summary Judgment, Motion to Dismiss and Counterclaims.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/15/2008] [FileNumber=9653421-0]
[f5a16f68bf7bf66293e6769c05bbf1fa3e8e6e33468f257c00fd66ce102fbd0c3f0f
ab0f815cc1addc4d299d1c9cc63572d6415e20eb80aba0eef1d3c709b4b6]]

**08-01082-mkn Notice will be electronically mailed to:**

LAUREL E. DAVIS ldavis@fclaw.com, mhurtado@fclaw.com

JON PEARSON jpearson@fclaw.com

MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

**08-01082-mkn Notice will not be electronically mailed to:**

RICHARD BERGERON
East Sandwich, MA 02537