GORDON & SILVER, LTD.
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gordonsilver.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Fertitta Enterprises, Inc.

E-Filed On 4/21/08

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>XYIENCE, INCORPORATED,<br>a Nevada corporation,<br><br>Debtor. | Case No.: BK-S-08-10474-MKN<br>Chapter 11 |
| XYIENCE INCORPORATED,<br>a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD BERGERON, an individual,<br><br>Defendant. | Adversary No. 08-1082-MKN |
| RICHARD BERGERON, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada corporation,<br><br>Counterdefendants. | **COUNTERDEFENDANT, FERTITTA ENTERPRISES, INC.'S, BRIEF IN ADVANCE OF SCHEDULING CONFERENCE**<br><br>Scheduling Conference:<br>Date: April 23, 2008<br>Time: 9:30 a.m. |



GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89169
(702) 796-5555

Counterdefendant, Fertitta Enterprises, Inc., a Nevada corporation ("Fertitta Enterprises"), by and through its counsel, the law firm of Gordon & Silver, Ltd., hereby submits its brief in advance of the Scheduling Conference set in this adversary proceeding. Fertitta Enterprises respectfully requests that the Court continue the Scheduling Conference in this matter until after all of the currently pending motions to dismiss have been heard and decided.

Specifically, on March 24, 2008, Fertitta Enterprises filed its Motion to Dismiss Adversary Proceeding, which is set for hearing on April 30, 2008. See Docket No. 7. Similarly, on April 10, 2008, Plaintiff/Counterdefendant, Xyience, Inc., a Nevada corporation ("Xyience"), filed its Motion to Dismiss and to Strike Richard Bergeron's Counterclaims, which is set for hearing on May 14, 2008. See Docket No. 13. Both of the foregoing motions are made and based on Rule 12(b)(6) of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding pursuant to Rule 7012(b) of the Federal Rules of Bankruptcy Procedure. In light of the potentially dispositive effect of the foregoing motions on the outcome of this litigation, it would be in the interests of judicial economy to hear and decide these matters before setting any trial dates or other deadlines.

DATED this 21st day of April, 2008.

GORDON & SILVER, LTD.

By: [signature]
GREGORY E. GARMAN, ESQ.
MATTHEW C. ZIRZOW, ESQ.
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Attorneys for Fertitta Enterprises, Inc.