GORDON & SILVER, LTD.
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gordonsilver.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Fertitta Enterprises, Inc.

E-Filed On 04/21/08

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>XYIENCE, INCORPORATED,<br>a Nevada corporation,<br><br>Debtor. | Case No.: BK-S-08-10474-MKN<br>Chapter 11 |
| XYIENCE INCORPORATED,<br>a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD BERGERON, an individual,<br><br>Defendant. | Adversary No. 08-1082-MKN |
| RICHARD BERGERON, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada corporation,<br><br>Counterdefendants. | **<u>CERTIFICATE OF SERVICE OF COUNTERDEFENDANT, FERTITTA ENTERPRISES, INC.'S, BRIEF IN ADVANCE OF SCHEDULING CONFERENCE</u>**<br><br><u>Scheduling Conference:</u><br>Date: April 23, 2008<br>Time: 9:30 a.m. |

1. On April 21, 2008, I served the foregoing documents by the following means to the persons as listed below:

☒ a. ECF System to: See attached EFC Confirmation Sheet

☒ b. Direct E-mail to: Rich Bergeron: rich.bergeron@gmail.com

I declare under penalty of perjury that these facts are true to the best of my knowledge and belief.

DATED this 15th day of April, 2008.

______________________________
Marsha Stallsworth, an employee of
Gordon & Silver, Ltd.

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89169
(702) 796-5555

## Adversary Miscellaneous:

08-01082-mkn XYIENCE INCORPORATED v. BERGERON

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from ZIRZOW, MATTHEW C. entered on 4/21/2008 at 10:59 AM PDT and filed on 4/21/2008

**Case Name:** XYIENCE INCORPORATED v. BERGERON
**Case Number:** 08-01082-mkn
**Document Number:** 21

**Docket Text:**
Brief *in Advance of Scheduling Conference* Filed by MATTHEW C. ZIRZOW on behalf of FERTITTA ENTERPRISES (ZIRZOW, MATTHEW)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\mds\Desktop\Counterdefendant, Fertitta Enterprises, Inc.'s Brief in Advance of Scheduling Conference.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/21/2008] [FileNumber=9681491-0]
[0df4dd238395474fed36f0d68c1f97e1d832f0daa1d741e6bbbdb9c0865eda941283
254b30bb5437fd5a52cbafed9a634f9c089e965a82a02ae6410530aa29b2]]

**08-01082-mkn Notice will be electronically mailed to:**

LAUREL E. DAVIS ldavis@fclaw.com, mhurtado@fclaw.com

JON PEARSON jpearson@fclaw.com

MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

**08-01082-mkn Notice will not be electronically mailed to:**

RICHARD BERGERON
East Sandwich, MA 02537

## MDS Marsha D. Stallsworth

| | |
|---|---|
| **From:** | MDS Marsha D. Stallsworth |
| **Sent:** | Monday, April 21, 2008 11:14 AM |
| **To:** | 'rich.bergeron@gmail.com' |
| **Subject:** | SERVICE OF DOCUMENT |
| **Attachments:** | Dkt 21 Counterdefendant, Fertitta Enterprises, Inc.'s Brief in Advance of Scheduling Conference.pdf |

Dkt 21
unterdefendant, Fert

THIS EMAIL CONSTITUTES SERVICE OF THE ATTACHED DOCUMENT.