GORDON & SILVER, LTD.
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gordonsilver.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Fertitta Enterprises, Inc.

E-Filed On 04/21/08

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

In re:

XYIENCE, INCORPORATED,
a Nevada corporation,

Debtor.

Case No.: BK-S-08-10474-MKN
Chapter 11

XYIENCE INCORPORATED,
a Nevada corporation,

Plaintiff,

v.

RICHARD BERGERON, an individual,

Defendant.

Adversary No. 08-1082-MKN

RICHARD BERGERON, an individual,

Counterclaimant,

v.

XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada corporation,

Counterdefendants.

**CERTIFICATE OF SERVICE OF COUNTERDEFENDANT, FERTITTA ENTERPRISES, INC.'S, BRIEF IN ADVANCE OF SCHEDULING CONFERENCE**

Scheduling Conference:
Date: April 23, 2008
Time: 9:30 a.m.

1. On April 21, 2008, I served the foregoing documents by the following means to the persons as listed below:

☒ a. ECF System to: See attached EFC Confirmation Sheet

☒ b. Direct E-mail to: Rich Bergeron: rich.bergeron@gmail.com

I declare under penalty of perjury that these facts are true to the best of my knowledge and belief.

DATED this 21st day of April, 2008.

Marsha Stallsworth, an employee of
Gordon & Silver, Ltd.



GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89169
(702) 796-5555

## Adversary Miscellaneous:

08-01082-mkn XYIENCE INCORPORATED v. BERGERON

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from ZIRZOW, MATTHEW C. entered on 4/21/2008 at 10:59 AM PDT and filed on 4/21/2008

**Case Name:** XYIENCE INCORPORATED v. BERGERON
**Case Number:** 08-01082-mkn
**Document Number:** 21

**Docket Text:**
Brief *in Advance of Scheduling Conference* Filed by MATTHEW C. ZIRZOW on behalf of FERTITTA ENTERPRISES (ZIRZOW, MATTHEW)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\mds\Desktop\Counterdefendant, Fertitta Enterprises, Inc.'s Brief in Advance of Scheduling Conference.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/21/2008] [FileNumber=9681491-0]
[0df4dd238395474fed36f0d68c1f97e1d832f0daa1d741e6bbbdb9c0865eda941283
254b30bb5437fd5a52cbafed9a634f9c089e965a82a02ae6410530aa29b2]]

**08-01082-mkn Notice will be electronically mailed to:**

LAUREL E. DAVIS ldavis@fclaw.com, mhurtado@fclaw.com

JON PEARSON jpearson@fclaw.com

MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

**08-01082-mkn Notice will not be electronically mailed to:**

RICHARD BERGERON
East Sandwich, MA 02537

## MDS Marsha D. Stallsworth

**From:** MDS Marsha D. Stallsworth
**Sent:** Monday, April 21, 2008 11:14 AM
**To:** 'rich.bergeron@gmail.com'
**Subject:** SERVICE OF DOCUMENT

**Attachments:** Dkt 21 Counterdefendant, Fertitta Enterprises, Inc.'s Brief in Advance of Scheduling Conference.pdf

Dkt 21
ınterdefendant, Fer

THIS EMAIL CONSTITUTES SERVICE OF THE ATTACHED DOCUMENT.

## Adversary Miscellaneous:

08-01082-mkn XYIENCE INCORPORATED v. BERGERON

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from ZIRZOW, MATTHEW C. entered on 4/21/2008 at 11:19 AM PDT and filed on 4/21/2008

| | |
|---|---|
| **Case Name:** | XYIENCE INCORPORATED v. BERGERON |
| **Case Number:** | 08-01082-mkn |
| **Document Number:** | 22 |

**Docket Text:**
Certificate of Service Filed by MATTHEW C. ZIRZOW on behalf of FERTITTA ENTERPRISES (Related document(s)[21] Brief filed by Counter-Defendant FERTITTA ENTERPRISES.) (ZIRZOW, MATTHEW)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\mds\Desktop\COS Counterdefenedant, Fertitta Enterprises, Inc.'s Brief in Advance of Scheduling Conference.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/21/2008] [FileNumber=9681815-0] [cfdb278bd9b59090a9fa9f369b2011a6a8feb81b0c81f4cda218292e4c58defb8c8e 419da30fb2cc969e2473fa015ec6eaaa41be06aa0f27fdb31b0c1f0516de]]

**08-01082-mkn Notice will be electronically mailed to:**

LAUREL E. DAVIS ldavis@fclaw.com, mhurtado@fclaw.com

JON PEARSON jpearson@fclaw.com

MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

**08-01082-mkn Notice will not be electronically mailed to:**

RICHARD BERGERON
East Sandwich, MA 02537