GORDON & SILVER, LTD.
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gordonsilver.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Fertitta Enterprises, Inc.

E-Filed On 04/22/08

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>XYIENCE, INCORPORATED,<br>a Nevada corporation,<br><br>Debtor. | Case No.: BK-S-08-10474-MKN<br>Chapter 11 |
| XYIENCE INCORPORATED,<br>a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD BERGERON, an individual,<br><br>Defendant. | Adversary No. 08-1082-MKN |
| RICHARD BERGERON, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada corporation,<br><br>Counterdefendants. | **CERTIFICATE OF SERVICE OF COUNTERDEFENDANT, FERTITTA ENTERPRISES, INC.'S, STATEMENT ON REMOVAL PURSUANT TO FED. R. BANKR. P. 9027(e)(3)**<br><br>Date: N/A<br>Time: N/A |

## Adversary Miscellaneous:

08-01082-mkn XYIENCE INCORPORATED v. BERGERON

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from ZIRZOW, MATTHEW C. entered on 4/22/2008 at 11:29 AM PDT and filed on 4/22/2008

**Case Name:** XYIENCE INCORPORATED v. BERGERON
**Case Number:** 08-01082-mkn
**Document Number:** 26

**Docket Text:**
*STATEMENT ON REMOVAL PURSUANT TO FED. R. BANKR. P. 9027(e)(3)* Filed by MATTHEW C. ZIRZOW on behalf of FERTITTA ENTERPRISES (Related document(s)[1] Notice of Removal filed by Plaintiff XYIENCE INCORPORATED.) (ZIRZOW, MATTHEW)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\mds\Desktop\Statement on Removal.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/22/2008] [FileNumber=9688936-0]
[2e04d6d5be2270feacc5e385bd44fbb3c6ca8cbe9a0d0ba5391eee92196f684008b5
7909efff5dd9db5cb2951524b1e7f40341031fbdab43c414402796396c4a]]

**08-01082-mkn Notice will be electronically mailed to:**

LAUREL E. DAVIS ldavis@fclaw.com, mhurtado@fclaw.com

JON PEARSON jpearson@fclaw.com

MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

**08-01082-mkn Notice will not be electronically mailed to:**

RICHARD BERGERON
East Sandwich, MA 02537

1. On April 22, 2008, I served the foregoing documents by the following means to the persons as listed below:

☒ a. ECF System to: See attached EFC Confirmation Sheet

☒ b. Direct E-mail to: Rich Bergeron: rich.bergeron@gmail.com

I declare under penalty of perjury that these facts are true to the best of my knowledge and belief.

DATED this 22nd day of April, 2008.

Marsha Stallsworth, an employee of
Gordon & Silver, Ltd.



GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89169
(702) 796-5555

## MDS Marsha D. Stallsworth

| | |
|---|---|
| **From:** | MDS Marsha D. Stallsworth |
| **Sent:** | Tuesday, April 22, 2008 11:26 AM |
| **To:** | 'rich.bergeron@gmail.com' |
| **Subject:** | SERVICE OF DOCUMENT |
| **Attachments:** | Statement on Removal.pdf |

Statement on
Removal.pdf (62 K...

THIS CONSTITUTES SERVICE OF THE ATTACHED DOCUMENT.