GORDON & SILVER, LTD.
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gordonsilver.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Fertitta Enterprises, Inc.

E-Filed On 04/22/08

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>XYIENCE, INCORPORATED,<br>a Nevada corporation,<br><br>Debtor. | Case No.: BK-S-08-10474-MKN<br>Chapter 11 |
| XYIENCE INCORPORATED,<br>a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD BERGERON, an individual,<br><br>Defendant. | Adversary No. 08-1082-MKN |
| RICHARD BERGERON, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada corporation,<br><br>Counterdefendants. | **CERTIFICATE OF SERVICE OF COUNTERDEFENDANT, FERTITTA ENTERPRISES, INC.'S, REPLY TO OPPOSITION TO MOTION TO DISMISS ADVERSARY PROCEEDING**<br><br>Date: April 30, 2008<br>Time: 9:30 a.m. |

1. On April 22, 2008, I served the foregoing documents by the following means to the persons as listed below:

☒ a. ECF System to: See attached EFC Confirmation Sheet

☒ b. Direct E-mail to: Rich Bergeron: rich.bergeron@gmail.com

I declare under penalty of perjury that these facts are true to the best of my knowledge and belief.

DATED this 22nd day of April, 2008.

Marsha Stallsworth, an employee of
Gordon & Silver, Ltd.



GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89169
(702) 796-5555

## File an answer to a motion:

08-01082-mkn XYIENCE INCORPORATED v. BERGERON

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from ZIRZOW, MATTHEW C. entered on 4/22/2008 at 4:24 PM PDT and filed on 4/22/2008

**Case Name:** XYIENCE INCORPORATED v. BERGERON
**Case Number:** 08-01082-mkn
**Document Number:** 28

**Docket Text:**
Reply Filed by MATTHEW C. ZIRZOW on behalf of FERTITTA ENTERPRISES (Related document (s)[16] Opposition filed by Defendant RICHARD BERGERON.) (ZIRZOW, MATTHEW)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\mds\Desktop\Counterdefendant, Fertitta Enterprises Inc.'s Reply to Opposition to Motion to Dismiss Adversary Proceeding.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/22/2008] [FileNumber=9692130-0]
[ab6b8ce1b69e2fe2e134dd8e961c8ec0e41cc16b5fefcfe3bc2a046dc528cfbadfc2
f0f95d6be173ec8e3849fa8a02961331d6d4013875155eca73934be7794e]]

**08-01082-mkn Notice will be electronically mailed to:**

LAUREL E. DAVIS ldavis@fclaw.com, mhurtado@fclaw.com

JON PEARSON jpearson@fclaw.com

MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

**08-01082-mkn Notice will not be electronically mailed to:**

RICHARD BERGERON
East Sandwich, MA 02537

## MDS Marsha D. Stallsworth

| | |
|---|---|
| **From:** | MDS Marsha D. Stallsworth |
| **Sent:** | Tuesday, April 22, 2008 4:20 PM |
| **To:** | 'rich.bergeron@gmail.com' |
| **Subject:** | SERVICE OF DOCUMENT |
| **Attachments:** | Counterdefendant, Fertitta Enterprises Inc.'s Reply to Opposition to Motion to Dismiss Adversary Proceeding.pdf |

Counterdefendant,
Fertitta Ent...

THIS CONSTITUTES SERVICE OF THE FOREGOING DOCUMENT.