**Entered on Docket**
**April 25, 2008**

**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| In re: XYIENCE INCORPORATED, a Nevada corporation, Debtor. | BK-S-08-10474 -MKN Chapter 11 |
| XYIENCE INCORPORATED, a Nevada corporation, Plaintiff, vs. RICHARD BERGERON, an individual, Defendant. | Adv. Proceeding No.08-1082 MKN **Hearing Date** Date:May 14, 2008 Time: 9:30 A.M. |
| RICHARD BERGERON, an individual, Counter Claimant, vs. XYIENCE INCORPORATED, a Nevada corporation, ; FERTITTA ENTERPRISES, INC., a Nevada corporation, Counterdefendants. | |

**ORDER RESCHEDULING HEARINGS AND SETTING DEADLINES**

A Scheduling Conference in the above-captioned adversary proceeding was held on April 23, 2008, at 9:30 a.m. Jon Pearson, Esq. appeared on behalf of plaintiff Xyience, Incorporated, Gregory E. Garman, Esq. appeared on behalf of counter-defendant Fertitta Enterprises, Inc., and defendant Richard Bergeron, *in propria persona*, participated by telephone. Good cause appearing,

**IT IS HEREBY ORDERED** that **(1)** the Motion to Dismiss Adversary Proceeding filed by Matthew C. Zirzow on behalf of Fertitta Enterprises, Docket #7, currently scheduled for April 30, 2008 at 9:30 A.M.; **(2)** the Defendant and Counterclaimant's (1) Emergency Motion to Suspend Bankruptcy Proceedings Pending Investigation of Fraudulent Bankruptcy Filing and (II) Motion for Summary Judgment on Defendant's Rule 11 Motion, Motion to Dismiss, and Counterclaims filed by Richard Bergeron, Docket #11, not currently scheduled before the Court; **(3)** the Motion to Dismiss and to Strike Richard Bergeron's Counterclaims filed by Jon Pearson on behalf of Xyience Incorporated, Docket #13, presently scheduled for May 14, 2008, at 9:30 A.M.; **(4)** the Dispositive Motion for Rule 11 Sanctions filed by Richard Bergeron, Docket #3, Exhibit 34, not currently scheduled before the Court;**(5)** the Motion to Dismiss filed by Richard Bergeron, Docket #3, Exhibit 47, not currently scheduled before the Court; and **(6)** the Motion to Strike Adam Frank's Affidavit filed by Richard Bergeron, Docket #3, Exhibit 64, not currently scheduled before the Court, **shall be heard on May 14, 2008 at 9:30 A.M.** in the Foley Federal Building, 300 Las Vegas Blvd. South, Las Vegas, Nevada, in Courtroom #2 before the Honorable Mike K. Nakagawa.

**I T IS FURTHER ORDERED** that any opposition to the Motion to Strike Adam Frank's Affidavit shall be filed and served no later than April 25, 2008, and any replies with respect to all of the foregoing matters shall be filed and served **no later than May 7, 2008.**

**IT IS FURTHER ORDERED** that the scheduling conference in this adversary proceeding is continued to **May 20, 2008, at 9:30 a.m.**

**IT IS SO ORDERED**.

Copies sent by Electronic Notice to:

LAUREL E. DAVIS ldavis@fclaw.com, mhurtado@fclaw.com

JON PEARSON jpearson@fclaw.com

MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

Copies to be sent via BNC Notice to:

RICHARD BERGERON
147 OLD COUNTRY ROAD
EAST SANDWICH, MA 02537

# # #

BAE SYSTEMS

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

District/off: 0978-2 User: wenszellg Page 1 of 1 Date Rcvd: Apr 25, 2008
Case: 08-01082 Form ID: pdf805 Total Served: 4

The following entities were served by first class mail on Apr 27, 2008.
aty +JON PEARSON, FENNEMORE CRAIG, 300 SOUTH FOURTH STREET, STE 1400, LAS VEGAS, NV 89101-6021
aty +LAUREL E. DAVIS, FENNEMORE CRAIG, P.C., 300 S. FOURTH STREET, #1400, LAS VEGAS, NV 89101-6021
aty +MATTHEW C. ZIRZOW, GORDON & SILVER, LTD., 3960 HOWARD HUGHES PARKWAY, 9TH FLR, LAS VEGAS, NV 89169-5978
aty +RICH BERGERON, 147 OLD COUNTY ROAD, EAST SANDWICH, MA 02537-1465

The following entities were served by electronic transmission.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 27, 2008** **Signature:** Joseph Speetjens