RECEIVED AND FILED
ORIGINAL MAY 6 3 43 PM '08
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Rich Bergeron
147 OLD COUNTY ROAD
East Sandwich, MA 02537
Telephone: (617) 209-4325
Defendant as Pro Se Attorney

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>XYIENCE, INC., A Nevada Corporation<br><br>Debtor. | No. BK-S-08-10474-MKN<br>Chapter 11<br><br>Eighth Judicial District Court<br>Las Vegas, Clark County, Nevada<br>Case No. A544781, Dept. XXIII |
| XYIENCE INCORPORATED, a Nevada Corporation,<br>Plaintiff,<br><br>v.<br><br>RICHARD BERGERON, an individual<br>Defendant. | CASE NO. BK-2-08-AP-01082-MKN<br><br>**DEFENDANT AND COUNTERCLAIMANT'S FIRST AMENDMENT BRIEF**<br><br>Hearing Date: May 14, 2008<br><br>Time: 9:30 AM<br><br>Location: 300 Las Vegas Blvd. South<br>Courtroom #2<br>Las Vegas, NV 89101 |
| RICHARD BERGERON, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada corporation,<br><br>Counterdefendants. | |

**"AND JUSTICE FOR ALL"**

**"To use these problems by attempting to destroy those who protest against them is probably the most indecent thing that we can do. You can crucify Jesus, you can poison a Socrates, you can hang John Brown or Nathan Hale, you can kill a Che Guevara, you can jail a Eugene Debs or a Bobby Seale. You can assassinate John F. Kennedy or a Martin Luther King, but the problem remains. The solutions are essentially made by continuing and perpetuating with every breath you have the right of men to think, the right of men to speak boldly and unafraid, the right to be masters of their souls, the right to live free and die free. The hangman's rope never solved a single problem except that of one man."**

***Closing Argument by William M. Kuntsler in The State of Illinois v. Abbie Hoffman, et al.,*** **Chicago, Illinois, February, 1970.**

**"There is no limit to the good you can do if you don't care who gets the credit."**

***Former General of the Army, Former Secretary of State George C. Marshall***

# INTRODUCTION:

I recited The Pledge of Allegiance every day in my classroom experience throughout my youth from Catholic Kindergarten to public high school. I took many other sacred and historical oaths at military schools, including an honor code (i.e. "I will not lie, cheat, or steal, nor tolerate those who do."). The different schools I attended (see resume) held only slightly unique variations to the code, with the over-riding principled quality of integrity held as the chief concern of a cadet's character.

An individual with my background, or any background for that matter, should have the staunchest protections against false attacks at the hands of corporate entities with armies of lawyers. Especially when documents filed in Fertitta Enterprises' motion to dismiss openly admit blogs are not to be taken seriously. Bogus technicalities and outrageous attempts to circumvent adequate and judicious hearings have obscured the true character of this case thus far and its primary First Amendment implications.

This fraudulent case against me is a complete fabrication on the part of the plaintiff and

counter defendants directly. They are already acting like perpetrators. However much they involved different entities, theirs was the chief and most egregious miscarriage of influence, justice, and responsibility when it came to Xyience and Fertitta Enterprises and their various collective interests.

I have researched my articles to stand up to scrutiny. I know what I'm writing, I know what I'm doing, I know who I'm going up against. Find me in contempt of court if anything I've written is not the truth. I have stacks of documented evidence and have presented much of it for this Court and for general public perusal. I am not running from the truth like the opposition. I am merely trying to get the truth on the record.

The counter-defendants in this case have lied through their lawyers, built this log cabin of a case with rotten wood, and their lawyers are now trying to hide the fact that what they've built won't hold up to the weakest weather. This entire case is an act to deceive, defraud, injure, and insult multiple untold victims.

This kind of a case does not belong in bankruptcy court, and is not merely about dollars and cents in a financial frame of mind. It's about common sense, night and day, black and white. I never lied or manipulated the facts. I told the truth, and what I predicted happened later almost every step of the way.

I am not coming before this court as a scoundrel with a long line of civil penalties for defaming corporations. Yet the courts have ruled thus far as if I do have that pattern of history. Fertitta Enterprises and Xyience have meanwhile both escaped culpability despite their own backgrounds steeped in fraudulent activity and multiple formal charges of breach of fiduciary duty. Not to mention the fact that Frank Fertitta, Jr., who is in a position of influence at Fertitta Enterprises, has known organized crime ties.

The plaintiffs secured the initial audience of a judge who had received an endorsement from the counter-defendant Fertitta Enterprises' casino business. Station Casinos not only endorsed Judge Timothy Williams but also produced election pamphlets on his behalf for its patrons to help get him his seat on the bench. Williams finally recused himself from the case only after encountering a Xyience Attorney he had a working history with. I raised the judge's connection to the Fertittas and Station Casinos much earlier in the case, but Williams did not step down from the case at that time. Not even when Fertitta Enterprises was known to have a formal financial interest in Xyience did the judge step aside.

At all times in the early going of this case I faced an uphill climb until I finally received one chance to appear and won the hearing. Lawyers subsequently changed, the bankruptcy of the company grew deeper, and everything I'd ever written about the situation began to materialize just like I said it would.

I am third generation blood of law enforcement with multiple uncles and cousins serving in some law enforcement capacity at the current time. My first job as a youth was delivering the Boston Globe at 12 years old, never dreaming one of my own pictures would someday grace the front of their sports page. I worked my way from the ground up in this business, starting in a detailed capacity as a circulation manager for a South Shore, MA newspaper during the day. I later secured bonus night work covering town meetings and high school football games for the newsroom. I always look back to those days as some of the most productive and rewarding times in my life. I not only stood by what I reported, but I made sure it got in the hands of the people who wanted it. Having my own Web-site allows me to do the same thing, but worldwide. The responsibilities and expectations are even greater.

There is an intense duty owed to being one's own representative in a courtroom procedure almost 3,000 miles away. There is a yet even more daunting burden required in being a lawyer, editor, and webmaster for a fledgling Web-site, trying to maintain a freelance writing career, and occasionally securing a gig as a wedding photographer all at the same time. Such is my life, battling by myself against a major corporation's lawyers, letting every other task fall to the wayside, because I know without exoneration here in this court, I will have a bold scarlet letter to carry throughout my tenure as a writer.

It is a great dishonor of untold proportion to have such a charge of defamation, slander, or libel staining an otherwise spotless record. I can explain up and down to people that it is all a farce, but until this court admits so and passes down appropriate judgment I will be defamed by this case's continuance. There may be immunity in regards to defamation charges that arise in litigation, but what of false litigation? What of litigation designed from the outset to be a lark, a deception, and a severe abuse of the judicial process? What of those who choose to pursue such a case knowing there is no merit to it?

This case cannot be more basic as far as the direct line of connectivity pointing to the plaintiff and Counter Defendant Xyience and Counter-Defendant Fertitta Enterprises in filing this frivolous case. They shared a lengthy and unbreakable bond from the very beginning. These scheming entities all came together in this situation solely to commit massive fraud together, and Fertitta Enterprises facilitated the Xyience bankruptcy bailout and swept the fraud under the rug through Bankruptcy while expediting the sale process to a party they had previous negotiations with. They managed to do this incognito only by achieving a prior restraint against me, the only reporter with a bead on what they were scheming to do.

There are also federal crimes engaged within this conspiracy to commit massive fraud. Bankruptcy Fraud is clearly underway already, and this Court should make moves to stop that process as soon as possible. The civil RICO Act provisions are picture perfectly matched to this kind of instance. I am currently crafting that very complaint to be removed to US District Court and remanded to the State of Massachusetts. I am simply waiting on the proper and long-awaited adjudication of the $25 million claim against me. I've been denied prompt and fair hearings thus far, and justice is long past due.

Fertitta and Xyience interests are one and the same as far as their roles in this fraud. They are co-dependent companies in many senses. Until recent months Xyience was the big-ticket sponsor of the UFC. Their marketing was paramount to UFC events and their logo was stamped right in the center of the fighting mat that covered the floor of the cage. The name also appeared on the shorts of fighters the company once sponsored at a high rate. The Xyience name and emblem has been on public television and Pay Per View television before the eyes of millions upon millions of fight fans throughout the MMA and Boxing world. It will be visible in highlight reels and recordings that will be played for generations to come. Xyience sponsorships kept fighters from complaining about salaries since the company's sponsorships were once so good to them. Each company always used the other in some capacity since their partnership began.

There is no disconnecting this abusive new father, Fertitta Enterprises, from its bastard, adopted, bankrupted child: Xyience. Especially when taking into account the $350 million senior secured credit facility. Zuffa (UFC's parent company) received the influx of capital based on the value of a company who's only significant sponsor at the time that funding came through was Xyience, which was extremely distressed at the time.

The opposing attorneys will do everything they can to prevent more proof of their clients' collective fraud from surfacing:

**"Most humans are not formally trained in the art of twisting the truth, bending the rules, or distorting the testimony of honest people to make more money winning lawsuits with trickery and deceit. To the typical lawyer, however, such practices are commonplace. It's part of the legal profession's skill set. Lawyers are trained to find and use every possible means for hiding the truth, so long as they can do so without getting caught with their pants down!"**

***Jurisdictionary Legal Course mailing.***

I am not a model lawyer according to the above passage, not to the standards of today's money-grubbing capitalist society where too many lawyers are sharks and earn all the jokes rained upon them. No, I am a citizen soldier in this fight, proving that sometimes it is better not to have legal counsel to cloud the truth by using process to trump the facts.

So many people who sue never get justice, and not just because of the performance of their lawyers. In the end, the thing people want exclusively—even more so than any award of formal damages—is a simple apology from the one or ones who wronged them. An admission of guilt can sometimes be enough. Yet our courts are hinged on monetary value in civil judgments, and the price tag is always outrageous. Maybe that's because those who can afford high-powered lawyers only seem to respond in situations when their financials are deeply affected. In essence, they will apologize all day and go right on scheming and destroying lives if they can keep making money by doing so. If they have to pay out real money for their mistakes, maybe they won't do it again. This is what our society and justice system have collectively come to.

## POINTS OF LAW:

As Defendant and Counter-Plaintiff I ask that formal judicial notice be taken of the following:

**Traguth v. Zuck, 710 F. 2d 90, 91 (1983):**

**"Implicit in the right to [self-representation] is the obligation on the part of the Court to make reasonable allowances to protect Pro Se litigants from inadvertent forfeiture of important rights because of their lack of legal training." And the "Court's duty is even broader in the case of a [Pro Se] defendant who finds [himself] in court against [his] will with little time to learn the intricacies of civil procedure and law." See 28 U.S.C.A. 1654.**

I have assembled a wide array of U.S. Supreme Court Decisions in my pleadings thus far, proving my point that the injunction against me is an unconstitutional Prior Restraint and a violation of my First Amendment rights:

**"The Supreme Court has repeatedly held that injunctions which bar defendants from speaking, printing, or broadcasting statements about topics of public concern are prior restraints that require the most extraordinary justifications before they may be approved. *New York Times v. United States*, 403, U.S. 713(1971); *Near v. Minnesota*, 283 U.S. 697 (1931)."**

**"The Supreme Court has declared that prior restraints may be justified, if at all, only in the most exceptional circumstances, such as to prevent the dissemination of information about troop movements during wartime, *Near v. Minnesota*, 283 U.S. 697, 716 (1931), or to "suppress information that would set in motion a nuclear holocaust." *New York Times Co. v. United States*, 403 U.S. 713, 726 (1971) (Brennan, J., concurring). Accordingly, the Supreme Court has rejected the use of prior restraints, even where substantial governmental or private interests would be affected by the publication sought to be restrained, or where the information at issue was confidential by law. *See, e.g., Near*, 283 at 716-18 (invalidating prior restraint of defamatory and racist statements that allegedly disturbed the "public peace" and provoked "assaults and the commission of crime"); *Nebraska Press*, 427 U.S. at 556-561 (invalidating prior restraint against publication of information about criminal defendant's confession, despite alleged risk to Sixth Amendment rights); *New York Times*, 403 U.S. at 714 (invalidating prior restraint against publication of the "Pentagon Papers," despite the government's argument that disclosure of that information posed a "grave and immediate danger" to national security)."**

**"The Supreme Court has also reminded us that "Our liberty depends on the freedom of the press, and that cannot be limited without being lost." *Nebraska Press*, 427 U.S. at 548 (quoting 9 Papers of Thomas Jefferson 239 (J. Boyd ed. 1943)). Thus, "[r]egardless of how beneficent-sounding the purposes of controlling the press might be," the Court has "remain[ed] intensely skeptical about those measures that would allow government to insinuate itself into the editorial rooms of this Nation's press." *Id.* at 560-61 (quoting *Miami Herald Publ'g Co. v. Tornillo*, 418 U.S. 241, 259 (1974) (White, J., concurring)). The Supreme Court's longstanding hostility towards prior restraints is the most important manifestation of that skepticism."**

**"When a branch of government, including the judiciary, restrains the publication of information that has been obtained lawfully by the media, it undermines the "main purpose" of the First Amendment, which is "to prevent all such previous restraints upon publications as [have] been practiced by other governments." *Nebraska Press*, 427 U.S. at 557 (quoting *Patterson v. Colorado*, 205 U.S. 454, 462 (1907))."**

**"The Supreme Court has "learned, and continue[d] to learn, from what we view as the unhappy experiences of other nations where government has been allowed to meddle in the internal editorial affairs of newspapers." *Nebraska Press*, 427 U.S. at 560 (quoting *Tornillo*, 418 U.S. at 259 (White, J., concurring)). It is important that this lesson is not forgotten in this case because "[b]oth the history and language of the First Amendment support the view that the press must be left free to publish news, *whatever the source*, without censorship, injunctions, or prior restraints." *New York Times Co.*, 403 U.S. at 717 (Black, J., concurring)."**

**"The Supreme Court consistently has required the government to carry an exceptionally onerous burden to support a prior restraint, which "comes to th[e] Court with a 'heavy presumption' against its constitutional**

**validity." *Organization for a Better Austin v. Keefe*, 402 U.S. 415, 419 (1971) (quoting *Carroll v. Princess Anne*, 393 U.S. 175, 181 (1968)). As another court explained, a "publication must threaten an interest more fundamental than the First Amendment itself " before a prior restraint may be imposed. *Procter & Gamble Co.*, 78 F.3d at 227. As the Supreme Court has emphasized, "the barriers to prior restraint [must] remain high unless we are to abandon what the Court has said for nearly a quarter of our national existence and implied throughout all of it." *Nebraska Press*, 475 427 U.S. at 561."**

**"In cases where the media defendant is treating an issue of public concern, the First Amendment also requires proof of actual malice or reckless disregard of the truth, even if the plaintiff is not a public figure. Gertz v. Robert Welch, 418 U.S. 323, 349-50 (1974). See also Hepps, 475 U.S. at 775 (In non-public concern, non-public plaintiff defamation case, First Amendment does not bar application of mere negligence standard for defamation); Dun & Bradstreet v. Greenmoss Builders, Inc., 472 U.S. 749, 761 (1985) (Powell, J., concurring)."**

The Supreme Court's authority should not be undermined by this or any court. Free Speech is not just a concept or a widely help belief, it is a fact of life in these United States. A corporation should not be able to come before any court and be granted an injunction against fair and accurate criticism and dissenting reports revealing underlying fraud. Regardless of the actual malice standard that must be met in regard to public officials (both Xyience and Fertitta Enterprises qualify as such) to bring a defamation claim in the first place, an injunction cannot be secured against any speech that has not been determined to be defamatory by a full and fair trial process.

In this case, the injunction actually restricted me from making statements in the future that have since been reported by other press outlets, including the *Las Vegas Review Journal*, as definitive fact. In essence, I can be held in contempt for stating the widely known and reported truth. For instance, there is no possible way to legitimately argue at this point that Xyience never defrauded investors. As per the injunction however, it is unlawful for me to claim that which is now outright fact. Xyience's fraudulent activity in relation to recruiting investors is corroborated by the California Department of Corporations' Desist and Refrain Order against Russell Pike.

A vigilant press and populous is necessary to adequately police government and corporate excesses. "that the greatest menace to freedom is an inert people; that public discussion is a political

duty." *Whitney v. California*, 21, 24 (Brandeis, J. concurring). "It as much his duty to criticize as it is the official's duty to administer." *Sullivan*, 55, 59.

The Internet enjoys a strong presumption of First Amendment protection. In holding that the Internet is entitled to the highest level of First Amendment protection, *Reno v. ACLU*, 521 U.S. 844, 868, 870 (1997), the Supreme Court recognized "the unique factors that affect communication in the new and technology-laden medium of the Web," *ACLU v. Reno*, 31 F. Supp. 2d 473, 495 (E.D. Pa. 1999), a medium providing a "vast democratic for[um,]" *Reno v. ACLU,* 521 U.S. at 868, which gives average users an unprecedented ability to join a worldwide discussion and debate on a range of subjects "as diverse as human thought," *id.* at 852, and where anyone "can become a town crier with a voice that resonates farther than it could from any soapbox" and "can become a pamphleteer." *Id.* at 870.

The broad protection afforded by the courts and Congress to the Internet is rooted in the tradition of the "marketplace of ideas" crystallized by Justice Holmes in *Abrams v. United States,* 250 U.S. 616, 630 (1919) (dissenting opinion), where he explained that "[t]he ultimate good desired is better reached by free trade in ideas ... the best test of truth is the power of the thought to get itself accepted in the competition of the market," as well as the profound national commitment to the principle that debate on public issues should be "uninhibited, robust, and wide-open." *New York Times v. Sullivan,* 376 U.S. 254, 270 (1964). The marketplace concept was echoed in *Gertz v. Robert Welch, Inc.,* 418 U.S. 323, 339-340 (1974), where the court reminded us that "there is no such thing as a false idea. However pernicious an opinion may seem, we depend for its correction not on the conscience of judges and juries but on the competition of other ideas."

## HISTORICAL CONTEXT:

William Penn (the man after whom the commonwealth of Pennsylvania was named) was one of America's greatest visionaries. Quaker. Teacher. Poet. Statesman. Mystic. Penn saw a vision of this Great Republic of ours in a way too few today consider. Perhaps they are blinded by the exigent forces of terror and disease and economic disruption and global discontent to see the light Penn wrote about, inspiring others like Washington, Payne, Franklin, Adams, and others. Penn saw a nation led not by powerful men with weapons in their hands and in the hands of their obedient lieutenants. Penn saw a nation founded on the principle that Truth alone should rule, the Truth we symbolize by the All-Seeing Eye atop the pyramid on the back of our one-dollar bill.

When the United States of America was founded, it represented the most progressive political movement in Western Civilization since the days of the Greek democracies over 2,000 years ago. The movement for revolution, as most of us should know, was sparked by Thomas Paine, who roused colonists' desire for freedom with his best selling book *Common Sense* and then participated in the Revolution both as an enlisted man and by writing the inspirational series *Crisis*.

Paine was the first to suggest the unification of the separate states, and the first to use to term *United States of America.* Paine turned over all the money he received from the sale of his works to the Continental Army to support the cause of the Revolution. After the American Revolution was over Paine went on to France where he then participated in the French Revolution in his lifelong effort to fight for freedom from tyranny. Perhaps more than any other single man, Thomas Paine is responsible for the formation of the United States, for as fellow revolutionary and American president John Adams stated: *"Without the pen of Paine the sword of Washington would have been wielded in vain."*

Men like Thomas Paine and William Penn are clearly in short supply in today's society. Who would engage in such efforts for the benefit of so many others rather than himself? Who would seek justice for not just one man but all men affected by tyranny? Corruption, greed, money, power, and influence have all shaped the world and even this great and principled country in such a way that financial strength is today somehow akin to moral strength and strength of character and a man's ability to lie gains him respect rather than disdain.

Yet, here we cannot weigh a man's accomplishments solely by examining the amount of money in all his bank accounts and the face value of all his assets, not in a court of law.

Even money is just paper, and it has to be based on an overall foundation, on a guarantee that there is worth behind it. There is a reason so many things written down or painted on paper have achieved such high value throughout history. It is not just for the mere fact that these valuable parchments are colorful, or unique in design. More so, what makes a painting or scribbling in a diary from hundreds, or even thousands of years ago so sought after is that there are convictions in those pieces that still stand true today.

There are motivations behind those masterpieces that bridge the gap of time and hit us full force. I can't imagine what it would be like to see the United States Constitution and the Bill of Rights in their original form, knowing the founders of our nation touched those parchments and poured their hearts into freeing this land with words steeled by action. These men had to know they faced great risk, and they pushed on anyway, somehow aware that their sacrifice would be remembered and championed for generations beyond their death.

**<u>THE TRUTH AS AN ULTIMATE DEFENSE:</u>**

We fast forward to today. The Boston Tea Party hundreds of years behind us, we still protest

monarchist behavior in a bevy of new forms. We are a free people in every sense of the word. No more is the level of freedom and access to express opinion greater than in the ever-expanding territory of the World Wide Web. The Supreme Court has yet to decide the true extent of blog law pertaining to the First Amendment, prior restraint, and defamation. The printed newspaper cannot be wiped clean after being delivered like a Web page can. The Internet affords instant correction and instant publication. To my knowledge, such a case as this one now before this Court has not yet reached a significant appeals level determination. The Supreme Court Justices have never completely and adequately determined the question of how Internet blogs, either serious or satire, truly apply to torts initially designed for print and broadcast media.

The plaintiffs in this case secured an order that is purely a prior restraint under the supervision of this case by a judge friendly to the Fertittas (Williams). The plaintiff abandoned their offensive motions after getting their preliminary injunction order approved and receiving their bonus from Fertitta Enterprises for getting it done. Now when I attempt to move the case forward, there is vigorous argument against it. If they stand to gain $25 million in the long run, why not enter discovery if they're right? Why not enter in new evidence that further paints me in a bad light? Because discovery will be their ruin, and because, there is no evidence they can bring to the table to absolve them of their guilt.

The following quote is from the closing arguments of Robert H. Jackson at the Nuremberg War Crimes Trial on July 26, 1946:

**"But again the defendants claim: 'To be sure, we were building guns. But not to shoot. They were only to give us weight in negotiating.' At its best this argument amounts to a contention that the military forces were intended for blackmail, not for battle."**

I have talked to Jamie Cogburn in a call I recorded for posterity. That was a settlement

discussion to be sure, and we two lawyers (I acting as pro-se) discussed settlement terms. At that point he offered $1,000 on behalf of his client in return for my removing from the Web all the articles about the company. This was the first early admission that the $25 million was never any kind of damage amount Xyience hoped to ever achieve in the case. In fact, it was a telltale sign that the only thing they really wanted was that injunction. Xyience's complaint and subsequent motions hurriedly laid out for the court in succession were designed to simply scare me into giving up with the sheer amount of their firepower threatening to drag me into endless litigation. Their dog and pony show never fooled me, and once I somehow caught up and followed the process in a manner that allowed for fair hearings, I easily defeated their dastardly legal tricks.

This I did not do out of some base desire to profit unfairly from another's suffering. I mounted my case ultimately with the aim to see justice take its roots and grow, giving back whatever I could garner for the innocents who gave from the fruits of their labor so Xyience could prosper. These are people I owe nothing to, but nonetheless they know I will come to their rescue more so at times than their own lawyers. I am uncorrupted by greed and dishonesty, a rare bird in this legal atrium full of scavengers.

I do not litigate to increase my bottom line. I litigate for all the victims so that one day they can know justice has been done. Their interests, all their hopes and dreams, their stocks-turned-worthless-pieces-of-paper, were all herded onto trains, taken to concentration camps, and dehumanized to death. Where is their Nuremberg Trial for the perpetrators of these financial crimes? Why should casino magnates and cash machine barons run away with all the spoils of a war someone else fought for them? It is a travesty of justice that has now reached this all-important federal level.

The call I participated in with Adam Frank and Kirk Sanford prior to my trip to New York

City was ***not*** a settlement discussion, though the issue of settlement did get raised. We did not discuss any pertinent stipulations of any settlement on that call, and there was no lawyer on their behalf entertaining any settlement negotiations who was privy to that call or spoke for the record. Sanford and Frank were acting as co-CEOs of Xyience, and they had no legal standing to engage in settlement talks without a lawyer present. They clearly incriminated themselves during that brief portion of the call, particularly Adam Frank. Frank might as well just confess at this point to outright perjury in exchange for leniency in sentencing for contempt.

The opposing lawyers act out of clear self-interest trying at every turn to deny me my right to sue on behalf of others, amend my counterclaims, and to seek to strike the perjury-laden affidavit they filed with their initial complaint. They even attempt to strike an entire section of Points and Authorities from my Counterclaim with no specificity whatsoever as to what within those points and authorities they can legitimately challenge. They use the bankruptcy forum's restrictions to curry favor with the court and point to responsibilities I am trying to assume that apparently only the trustee can undertake. Forgive me for being too bold, but I know what I know and want to do whatever I can to make things right.

As such, a compelling argument having already been made before this court, by this Brief I request that a full Civil RICO Claim be filed against both counter-defendants and other associated companies and individuals involved in this bankruptcy fraud and the underlying motivations behind that fraud. The root of the matter revolves around the $350 million Zuffa financing package that counter-defendant Fertitta Enterprises acted in support of all along.

The Trustee should formally launch an investigation into bankruptcy fraud, loan fraud, and breach of fiduciary duty with regard to Fertitta Enterprises, Global Cash Access interests in Xyience,

and all of the other interconnected entities (Zuffa, Zyen, Manchester Consolidated Corporation, Bevanda Magica, etc.). The trustee should also seek to collar any other individuals who furthered these financial crimes (i.e. Kirk Sanford, Adam Frank, Bill Bullard, Kathryn Lever, Karim Maskatiya, Omer Sattar, Mike Levy, Lorenzo Fertitta, Frank Fertitta III, and Frank Fertitta, Jr., all of whom put money into this endeavor and/or received unjust enrichment as a result of it). Any and all possible plaintiffs should be joined in the claim to properly initiate justice for all.

I admit to being outmaneuvered and outfoxed at certain stages of this litigation. It would do me well to release the burden of trying to figure out how to file all the appropriate paperwork involved in a RICO case. I have all the pertinent documentation, hours of recorded phone conversations with principal people involved at every stage of the situation, and all the audacity to proceed on my own if I must.

However, should I manage to shuffle off the self-imposed duty to champion the cause of all and put that charge in the responsible hands of an adequate attorney, I will ardently seek to end the existing case against me. I hope at the same time to provide whatever preliminary relief I can to all the current creditors in the case affected by the violation of my own rights to inform them of the truth as it was happening. While I was sidelined, the perpetrators of this grand fraud set to work and destroyed a good company to line their own pockets.

The securing of a clear prior restraint against me prevented me from putting a stop to what has now unfolded and left so many victims in its wake. I am not the only victim of the havoc this case has wrought. At the time the injunction became official I was the only reporter offering the shareholders the full disclosure they were entitled to. Without me reporting on the case, Fertitta Enterprises and Xyience officials used their time off the radar to commit multiple breaches of

fiduciary duty and engage in bankruptcy fraud.

I hereby formally request that the Trustee in this case take an accounting for the exploration of a Civil RICO claim based on the evidence laid out by myself and multiple other parties to this bankruptcy thus far.

Halfway through this process I realized I was fighting an uphill battle with this litigation despite my innocence, especially because I was attempting to do so as an honest man. Throughout history there have been lawyers who have been more bold, insanely eloquent and educated in trickery than champions of truth and soldiers of the downtrodden masses in need of a true defense from tyranny.

Clarence Darrow, an attorney known far and wide for his revolutionary approach to arguing a case, was once his own lawyer in *The State of California v. Clarence Darrow*. Darrow gave his own closing argument in that matter on May 15, 1912. Here is an excerpt from his moving account of his standing in life at the time:

**"As I have told you, I am tried here because I have given a large part of my life and my services to the cause of the poor and the weak, and because I am in the way of the interests. Those interests would stop my voice—and they have hired many vipers to help them do it. They would stop my voice—my voice, which from the time I was a prattling babe, my father and mother taught me to raise for justice and freedom, and in the cause of the weak and the poor. They would stop my voice with the penitentiary."**

At least one Xyience representative in this case tried to convince potential investors (see exhibit 11) that they had already stopped **my** voice with the penitentiary. They could very well, on the basis of the bogus prior restraint injunction now in place, call for the court to find me in contempt for violating the existing injunction order. I am violating that order as I write this, and I will violate it tomorrow. That order now literally commands me not to speak the absolute truth or commit it to printed words. I challenge the Bankruptcy court to take me to task for violating a prior restraint, an affront against the First Amendment, and a miscarriage of justice such as this injunction

represents. Lock me up and jail me!

Deputy District Attorney Bobby DeLaughter had a chance to be engaged in one of the most fascinating reversals of a judicial mistake when he delivered his final remarks in The State of Mississippi v. Byron De La Beckwith in 1994. De La Beckwith stood trial for the murder of Civil Rights Leader Medgar Evers in 1964, and a jury deadlocked on their final decision. A second trial ended later that same year without any determination of guilt or innocence. The loose-lipped Beckwith later boasted of getting away with murder, and an informant betrayed the murderer's confidence and inspired DeLaughter to correct an old injustice. Thirty years later, on January 25, 1994, Bobby DeLaughter included the following rousing words in the second half of his closing arguments:

**"We have to learn from the past, folks, that where justice is never fulfilled—justice has sometimes been referred to as that soothing balm to be applied on the wounds inflicted on society—where justice is never fulfilled and that wound can never be cleansed, all it does is just fester and fester over the years."**

DeLaughter's last words in the case:

**"Is it ever too late to do the right thing? For the sake of justice and the hope of us as a civilized society, I sincerely hope and pray that it's not."**

There is absolutely no reason to proceed beyond May 14th with any claims brought initially by the plaintiff in this case based on any accurate record of the proceedings thus far. The outstanding motions which have been delayed incessantly are now almost upon us for deliberation. May 14 will be a defining day for the plaintiff and the counter-defendants, and they will be exposed for having no explanation for the behavior of their clients. Only the counterclaims should continue, and only then if summary judgment is not appropriate based on the weight of the evidence I've presented to this point.

I will rely on all the evidence already laid out, encourage the testimony of witnesses, and

move judiciously toward discovery.

I have been known before to predict the future, and I will do it again here in this brief: The plaintiff and counter-defendants will stall, stomp their feet, and whine about my crude but effective method of practicing law. They will produce no new evidence exonerating themselves or implicating me in any improper behavior whatsoever.

The opposing lawyers will seek favors, point to loopholes, and harp on obscure provisions that mean nothing in the face of the merits of this case. They will expend numerous billable hours they can rely on their clients to pay without question, all the while asking for me to pay their outrageous fees for mounting my defense.

The clients themselves will seek to steam roll justice no matter what the cost. They will feed the beast until they can't afford the food. They will utilize the arduous process, the lawyer-friendly system, and possibly even the back channels of Nevada political corruption to buy a win in the long run.

I will meanwhile fight for the victims, and I will receive no paycheck for my unselfish actions. I will have no client to bill. I will drain no other pockets but my own. Having no other motivation but the exposure of the truth and the desire to inspire relief and JUSTICE FOR ALL, I will continue to drive this case into discovery where revelations I made a long time ago will prove to be true and undeniably incriminating to the counter defendants in this case.

## CONCLUSION:

I do not ask for anything that is unreasonable of this court to impose based on the infractions committed by my collective opposition through the abuse of this court and the justice system. Just as

I did not ask for the mantle laid upon my shoulders in championing this story to begin with as a must-tell investigative report. I was born with the spirit of fighting for truth within me, nursed along by the idea that life is all about helping those who are more unfortunate than you are.

Writing ability is both a burden and a curse all at once. You can move the masses with your words, and it is a powerful feeling, but it comes with responsibilities, duties, and inherent charges to use your skills wisely. There is always a sense that you are not living up to your potential as a great writer if you are not tackling evasive, violent, compelling and controversial subjects and recording them accurately and descriptively.

There is a warm glow of charity in my heart for accomplishing the needs of others to the detriment of my own fortune, or lack thereof. I am always doing more for others than myself, and I do not find it tiring or aggravating that I have this nature to give before receiving. Though it is a hard lifestyle to lead, there is a certain glory to achieving greatness in spite of being good-tempered and responsible. To buck the selfish trend and still succeed is a marvel worth noticing, a pursuit truly worth writing about. Those who refuse to accept the status quo are known as rebels, but so, too, were the very founders of this great country once labeled.

Clarence Darrow in another case made these remarks:

**"What do you suppose would have happened to the workingmen except for these rebels all the way down through history? Think of the complacent cowardly people who never raise their voices against the powers that be. If there had been only these, you gentlemen of the jury would be hewers of wood and drawers of water. You gentlemen would have been slaves. You gentlemen owe whatever you have and whatever you hope to these brave rebels who dared to think, and dared to speak, and dared to act."**

I am but one man with out-turned empty pockets asking for relief not out of greed, but out of sheer necessity. I have been wronged. I have been victimized. I have been used to spread lies, and this Court has been used to put lies on the judicial record to be measured by history forever. This Court may rule any way it deems appropriate, but should the First Amendment be ignored and the

inalienable rights of an individual be patently denied through the use of a prior restraint, the Supreme Court may well get a chance to deliberate this case someday. Yet, there is a much better way.

This case should end on May 14, 2008. Let's not waste this court's time any longer. Let us proceed immediately to the merits, examine them, and make a fair determination based on the record that exists. It is too late for dodging points and exhibits that trained lawyers should have noticed and addressed months ago. To make this case any more of a procedural free for all would be a grave mistake that would come to light on appeal. Should the opposition wish to strike any motion or portion of any motion preceding the May 14th hearing, they should be compelled to provide contradictory evidence, such as I have with the Adam Frank and Kirk Sanford recording.

Should there be any question to the authenticity of my exhibits that witnesses can be compelled to testify in order to clarify, then those witnesses should be made available at the hearings for the previously filed motions. Adam Frank, Attorney Jamie Cogburn, Kirk Sanford, John Chadwell, and Attorney David Winterton could all be called by the plaintiff to back up their points if any of their points were legitimate in the first place. Frank should be a witness available to be called at the hearings, anyway, since it is his perjured declaration that started this whole charade.

The balance of evidence leans one way, toward me, and if the plaintiff and counter defendants wish to change that they will have to start assembling their own evidence as fast as possible.

And what lawyer in his or her right mind would attempt to be ignorant of Rule 11 sanctions other than one trying to deny culpability by playing the fool? In the same breath as they defend against my Rule 11 motion, using the "Safe Harbor" provision, they deny it is applicable to bankruptcy court.

According to the Federal Rules of Procedure Regarding Rule 11:

**"(A) By Motion. A motion for sanctions under this rule shall be made separately from other motions or requests and shall describe the specific conduct alleged to violate subdivision (b). It shall be served as provided in Rule 5, but shall not be filed with or presented to the court unless, within 21 days after service of the motion (or such other period as the court may prescribe), the challenged paper, claim, defense, contention, allegation, or denial *is not withdrawn or appropriately corrected.* If warranted, the court may award to the party prevailing on the motion *the reasonable expenses and attorney's fees* incurred in presenting or opposing the motion. Absent exceptional circumstances, a law firm shall be held jointly responsible for violations committed by its partners, associates, and employees."**

Xyience has not withdrawn their claim or corrected it, and they have had over 21 days since the service of the Rule 11 motion to do so. Furthermore, the 21 days is not absolute, as the remarks in parentheses above stipulate. Fertitta Enterprises should also be subject to Rule 11 sanctions since they allowed the case to continue against me even after trying to settle the matter. They pursued the case while their company was in priority lienholder position and Adam and Kirk Sanford were directly subordinate to Bill Bullard and other Fertitta Enterprises officials.

It is the court that decides when to accept a Rule 11 motion, and in this case it is the lower court that ordered it served on the plaintiff and set it for an initial hearing. The motion was not thereafter set for any hearing date within the 21-day window that was allowed to stand, but the plaintiffs also did not withdraw their claims having plenty of opportunity to do so far beyond 21 days' time.

Instead of claiming Safe Harbor protection early on, they have done so as a last resort even after taking it upon themselves to delay the hearing of the motion to a period far beyond that 21-day "safe harbor" term. They have paddled their own way too far from shore, and the fact that they can't make it home is nobody's fault but their own. As it stands, their boat is sinking, and they blame me.

I didn't make the plans to set sail, order the provisions, and build the boat. They did. Now they have to drown in their own vessel far outside the safe harbor they left behind on their own. There is no safe harbor for frivolous lawsuits, and this court should explain that to the counter-

defendants to spare any future victims from such treatment as I have sustained throughout this egregious process of blame storming. Justice depends on truth, hence the old expression "The truth will set you free."

Before any decision is made one question must be answered based on the overwhelming evidence:

Who here is really telling the truth?

I think it's all too easy to see. As this motion began, it will end with the words of William M. Kuntsler:

**"I think if this case does nothing else, perhaps it will bring into focus that again we are in that moment of history when a courtroom becomes the proving ground of whether we do live free and whether we do die free. You are in that position now. Suddenly all importance has shifted to you—shifted to you as I guess in the last analysis it should go, and it is really your responsibility, I think, to see that men remain able to think, to speak boldly and unafraid, to be masters of their souls, and to live and die free. And perhaps if you do what is right, perhaps Allen Ginsberg will never have to write again as he did in 'Howl,' 'I saw the best minds of my generation destroyed by madness,' perhaps Judy Collins will never have to stand in any courtroom again and say as she did, 'When will they ever learn? When will they ever learn?'"**

***Closing Argument by William M. Kuntsler in The State of Illinois v. Abbie Hoffman, et al.*, Chicago, Illinois, February, 1970. (final words)**

*Dated May 6, 2008*

IN PROPER PERSON

Rich Bergeron RB

Rich Bergeron
147 Old County Road
East Sandwich, MA 02537
617-209-4325
Attorney Pro-Se
Rich.Bergeron@gmail.com