Rich Bergeron
147 OLD COUNTY ROAD
East Sandwich, MA 02537
Telephone: (617) 209-4325
Defendant as Pro Se Attorney

RECEIVED AND FILED
MAY 6 3 42 PM '08
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

ORIGINAL

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re:<br><br>XYIENCE, INC., A Nevada Corporation<br><br>Debtor. | No. BK-S-08-10474-MKN<br>Chapter 11<br><br>Eighth Judicial District Court<br>Las Vegas, Clark County, Nevada<br>Case No. A544781, Dept. XXIII |
| XYIENCE INCORPORATED, a Nevada Corporation,<br>Plaintiff,<br><br>v.<br><br>RICHARD BERGERON, an individual<br>Defendant. | CASE NO. BK-2-08-AP-01082-MKN<br><br>**DEFENDANT AND COUNTERCLAIMANT'S CERTIFICATE OF SERVICE**<br><br>Hearing Date: May 14, 2008<br><br>Time: 9:30 AM<br><br>Location: 300 Las Vegas Blvd. South<br>Courtroom #2<br>Las Vegas, NV 89101 |
| RICHARD BERGERON, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada corporation,<br><br>Counterdefendants. | |

**CERTIFICATE OF SERVICE**

1. On May 6, 2008 I served the following documents regarding both Counter-Defendants:

**DEFENDANT AND COUNTERCLAIMANT'S REPLY TO PLAINTIFF XYIENCE, INCORPORATED'S OPPOSITION TO: DISPOSITIVE MOTION FOR RULE 11 SANCTIONS; MOTION TO DISMISS; AND MOTION TO STRIKE ADAM FRANK'S AFFIDAVIT AS PERJURED TESTIMONY AND ALL ORDERS BASED ON THAT TESTIMONY OR DEFENDANT'S FAILURE TO APPEAR**

**DEFENDANT AND COUNTERCLAIMANT'S FIRST AMENDMENT BRIEF**

2. I served the above-named document(s) by the following means to the persons as listed below:

[x] b. **By direct email (as opposed to through the ECF system)** (list persons and email addresses):

Laurel E. Davis (NV Bar No. 3005) ldavis@fclaw.com
Jon T. Pearson (NV Bar No. 10182) jpearson@fclaw.com

GREGORY E GARMAN: bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com
U.S. TRUSTEE - LV – 11: USTPRegion17.lv.ecf@usdoj.gov
SHEENA R. AEBIG: saebig@williamskastner.com
OGONNA M. ATAMOH: oatmoh@nevadafirm.com, bkecf@nevadafirm.com, paltstatt@nevadafirm.com, sliberio@nevadafirm.com
AMBRISH S. SIDHU: ecfnotices@sidhulawfirm.com
BRETT A. AXELROD baxelrod@lrlaw.com; pkois@lrlaw.com tshauntee@lrlaw.com
SCOTT FLEMING Sfleming@halelane.com
AUGUST LANDIS: Augie.landis@usdoj.gov
MARJORIE GUYMON: mguymon@goldguylaw.com

I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**I declare under penalty of perjury that the foregoing is true and correct.**

*DATED this 6th day of May, 2008.*

IN PROPER PERSON

*[signature]* RB

Rich Bergeron
147 Old County Road
East Sandwich, MA 02537
617-209-4325
Attorney Pro-Se
Rich.Bergeron@gmail.com