**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| In re:<br><br>XYIENCE, INCORPORATED,<br><br>Debtor. | BK-S-08-10474-MKN<br>Chapter 11 |
| XYIENCE, INCORPORATED,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD BERGERON,<br><br>Defendant. | Adv. Proceeding No.: 08-01082-MKN<br><br>Date: June 25, 2008<br>Time: 9:30 a.m. |

**ORDER CONTINUING SCHEDULING CONFERENCE**

Good cause appearing:

IT IS HEREBY ORDERED that the scheduling conference currently set for May 20, 2008, is hereby continued to **June 25, 2008 at 9:30 a.m.** in the courtroom of Bankruptcy Judge Mike K. Nakagawa, Courtroom #2, Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada.

IT IS SO ORDERED.

Copies noticed through ECF to:

LAUREL E. DAVIS ldavis@fclaw.com, mhurtado@fclaw.com

JON PEARSON jpearson@fclaw.com

MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

and sent to BNC to:

RICH BERGERON
147 OLD COUNTRY ROAD
EAST SANDWICH, MA 02537

RICH BERGERON
147 OLD COUNTY ROAD
EAST SANDWICH, MA 02537

# # #