Hon. Mike K. Nakagawa
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| In re:<br><br>XYIENCE, INCORPORATED,<br><br>Debtor. | BK-S-08-10474-MKN<br>Chapter 11 |
| XYIENCE, INCORPORATED,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD BERGERON,<br><br>Defendant. | Adv. Proceeding No.: 08-01082-MKN<br><br>Date: June 25, 2008<br>Time: 9:30 a.m. |

**ORDER CONTINUING SCHEDULING CONFERENCE**

Good cause appearing:

IT IS HEREBY ORDERED that the scheduling conference currently set for May 20, 2008, is hereby continued to **June 25, 2008 at 9:30 a.m.** in the courtroom of Bankruptcy Judge Mike K. Nakagawa, Courtroom #2, Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada.

IT IS SO ORDERED.

Copies noticed through ECF to:

LAUREL E. DAVIS ldavis@fclaw.com, mhurtado@fclaw.com

JON PEARSON jpearson@fclaw.com

MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

and sent to BNC to:

RICH BERGERON
147 OLD COUNTRY ROAD
EAST SANDWICH, MA 02537

RICH BERGERON
147 OLD COUNTY ROAD
EAST SANDWICH, MA 02537

# # #

BAE SYSTEMS
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

District/off: 0978-2 User: fishermd Page 1 of 1 Date Rcvd: May 15, 2008
Case: 08-01082 Form ID: pdf928 Total Served: 1

The following entities were served by first class mail on May 17, 2008.
aty +RICH BERGERON, 147 OLD COUNTY ROAD, EAST SANDWICH, MA 02537-1465

The following entities were served by electronic transmission.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 17, 2008** **Signature:** Joseph Speetjens