**Entered on Docket**
**August 18, 2008**

**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| In re:<br><br>XYIENCE INCORPORATED,<br>a Nevada corporation,<br><br>Debtor. | Case No.: BK-S-08-10474-MKN<br><br>Chapter 11 |
| XYIENCE INCORPORATED,<br>a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD BERGERON,<br><br>Defendant. | Adv. Proceeding No.: 08-01082-MKN<br><br>Date: September 10, 2008<br>Time: 9:30 a.m. |
| AND RELATED COUNTERCLAIMS. | |

**ORDER TO SHOW CAUSE RE: UNAUTHORIZED RECORDING OF COURT PROCEEDINGS**

The Court having reviewed the Ex Parte Application for Order to Show Cause Re: Unauthorized Recording of Court Proceedings (the "OSC Application"), and the Declaration of Gregory E. Garman, Esq. in Support of Ex Parte Application for Order to Show Cause Re: Unauthorized Recording of Court Proceedings, both filed by Counterdefendant, Fertitta Enterprises, Inc. ("Fertitta Enterprises"), in the above-captioned adversary proceeding, and for good cause appearing:

**IT IS THEREFORE ORDERED** that Defendant/Counterclaimant, Richard Bergeron ("Bergeron"), shall appear before this Court on **September 10, 2008, at 9:30 a.m.**, in Courtroom 2 of the Foley Federal Building and U.S. Courthouse, 300 Las Vegas Boulevard South, Las Vegas, Nevada, and show cause why he should not be sanctioned for the unauthorized recording of this Court's proceedings heard on May 14, 2008 in violation of LR IA 9-1(c) and his representations to this Court at that hearing that he was not recording the proceedings.

**IT IS FURTHER ORDERED** that any response Bergeron may have to this Order to Show Cause shall be filed and served by **August 29, 2008**. Any reply to Bergeron's response to this Order to Show Cause shall be filed and served by **September 5, 2008**.

**IT IS SO ORDERED**.

Copies noticed through ECF to:

LAUREL E. DAVIS ldavis@fclaw.com, mhurtado@fclaw.com

JON PEARSON jpearson@fclaw.com, mhurtado@fclaw.com

MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

GREGORY E GARMAN bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

U.S. TRUSTEE - LV - 11 USTPRegion17.lv.ecf@usdoj.gov

and sent by BNC to:

RICHARD BERGERON
147 OLD COUNTY ROAD
EAST SANDWICH, MA 02537

# # #