E-Filed On 9/5/08

GORDON SILVER
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gordonsilver.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Counterdefendant,
Fertitta Enterprises, Inc.

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>XYIENCE INCORPORATED,<br>a Nevada corporation,<br><br>Debtor. | Case No.: BK-S-08-10474-MKN<br>Chapter 11 |
| XYIENCE INCORPORATED,<br>a Nevada corporation,<br><br>Plaintiff,<br>v.<br><br>RICHARD BERGERON, an individual,<br><br>Defendant. | Adversary No. 08-1082-MKN<br><br>**AFFIDAVIT OF SERVICE OF ORDER TO SHOW CAUSE** |
| RICHARD BERGERON, an individual,<br><br>Counterclaimant,<br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada corporation,<br><br>Counterdefendants. | Date: September 10, 2008<br>Time: 9:30 a.m. |

# AFFIDAVIT OF SERVICE

United States Bankruptcy Court

County of

State of Nevada

Case Number: BK-S-08-10474-MKN Court Date: 9/5/2008

In re::
**Xyience Incorporated**

Received by Gordon & Silver, Ltd. on the 18th day of August, 2008 at 3:36 pm to be served on Richard Bergeron, 147 Old County Rd., East Sandwick, MA 02537. I, THOMAS B DOLBY, being duly sworn, depose and say that on the 19TH day of AUG, 2008 at 10:30 Am., executed service by delivering a true copy of the Order to Show Cause re: Unauthorized Recording of Court Proceedings in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

(X) SUBSTITUTE SERVICE: By serving WESLEY HUTCHINSON as ROOMMATE.

( ) POSTED SERVICE: After attempting service on __/__ at ____ and on __/__ at ____ to a conspicuous place on the property described herein.

( ) OTHER SERVICE: As described in the Comments below by serving __________ as __________.

( ) NON SERVICE: For the reason detailed in th

**COMMENTS:** ____________________

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

THOMAS B DOLBY
[signature]
APPOINTED CONSTABLE BARNSTABLE MASSACHUSETTS
PROCESSERVER # ______
Appointed in accordance with State Statutes

Subscribed and Sworn to before me on the 27th day of AUGUST 2008 by the affiant who is personally known to me.

[signature]
NOTARY PUBLIC

Gordon & Silver, Ltd.
3960 Howard Hughes Pkwy.
Ninth Flr
Las Vegas, NV 89169
(702) 796-5555
Our Job Serial Number: 2008003989

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.2w