GORDON SILVER
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gordonsilver.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Counterdefendant,
Fertitta Enterprises, Inc.

E-Filed On 9/8/08

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>XYIENCE INCORPORATED,<br>a Nevada corporation,<br><br>Debtor. | Case No.: BK-S-08-10474-MKN<br>Chapter 11 |
| XYIENCE INCORPORATED,<br>a Nevada corporation,<br><br>Plaintiff,<br>v.<br><br>RICHARD BERGERON, an individual,<br><br>Defendant. | Adversary No. 08-1082-MKN<br><br>**CERTIFICATE OF SERVICE OF REPLY OF COUNTERDEFENDANT, FERTITTA ENTERPRISES, INC., TO RESPONSE OF DEFENDANT AND COUNTERCLAIMAINT, RICHARD BERGERON, TO SHOW CAUSE ORDER AND MOTION TO RECUSE JUDGE NAKAGAWA** |
| RICHARD BERGERON, an individual,<br><br>Counterclaimant,<br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada corporation,<br><br>Counterdefendants. | Date: September 10, 2008<br>Time: 9:30 a.m. |

1. On September 5, 2008, I served the foregoing documents by the following means to the persons as listed below:

☒ a. ECF System to: See attached ECF Confirmation Sheet

☒ d. By direct email to: Richard Bergergon: rich.bergeron@gmail.com

I declare under penalty of perjury that these facts are true to the best of my knowledge and belief.

DATED this 8th day of September, 2008.

Marsha Stallsworth, an employee of
Gordon Silver

**Gordon Silver**
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

## File an answer to a motion:

08-01082-mkn XYIENCE INCORPORATED v. BERGERON

Type: ap Office: 2 (Las Vegas) Lead Case: 08-10474-mkn
Judge: mkn

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from ZIRZOW, MATTHEW C. entered on 9/5/2008 at 5:01 PM PDT and filed on 9/5/2008

**Case Name:** XYIENCE INCORPORATED v. BERGERON
**Case Number:** 08-01082-mkn
**Document Number:** 63

**Docket Text:**
Reply *TO RESPONSE TO SHOW CAUSE ORDER AND COUNTERMOTION TO RECUSE THE HONORABLE MIKE K. NAKAGAWA* Filed by MATTHEW C. ZIRZOW on behalf of FERTITTA ENTERPRISES (Related document(s)[60] Miscellaneous Application filed by Defendant RICHARD BERGERON, Counter-Claimant RICH BERGERON.) (ZIRZOW, MATTHEW)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Fertitta Reply.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=9/5/2008] [FileNumber=10564616-0] [fcd7884bce2379d9821d77eda571799a8486c1819439476553417c37fbc13c12bad9 5caa519283d17b9bcbdc02b04594960c8bc2a0421aa9e06441e334f2087e]]

**08-01082-mkn Notice will be electronically mailed to:**

LAUREL E. DAVIS ldavis@fclaw.com, mhurtado@fclaw.com

JON PEARSON jpearson@fclaw.com, mhurtado@fclaw.com

MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

**08-01082-mkn Notice will not be electronically mailed to:**

RICH BERGERON
147 OLD COUNTY ROAD
EAST SANDWICH, MA 02537