GORDON SILVER
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gordonsilver.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Counterdefendant,
Fertitta Enterprises, Inc.

E-Filed On 9/8/08

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>XYIENCE INCORPORATED,<br>a Nevada corporation,<br><br>Debtor. | Case No.: BK-S-08-10474-MKN<br>Chapter 11 |
| XYIENCE INCORPORATED,<br>a Nevada corporation,<br><br>Plaintiff,<br>v.<br><br>RICHARD BERGERON, an individual,<br><br>Defendant. | Adversary No. 08-1082-MKN<br><br>**AMENDED**<br>**CERTIFICATE OF SERVICE OF REPLY OF COUNTERDEFENDANT, FERTITTA ENTERPRISES, INC., TO RESPONSE OF DEFENDANT AND COUNTERCLAIMAINT, RICHARD BERGERON, TO SHOW CAUSE ORDER AND MOTION TO RECUSE JUDGE NAKAGAWA** |
| RICHARD BERGERON, an individual,<br><br>Counterclaimant,<br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada corporation,<br><br>Counterdefendants. | Date: September 10, 2008<br>Time: 9:30 a.m. |

1. On September 5, 2008, I served the foregoing documents by the following means to the persons as listed below:

☒ a. ECF System to: See attached ECF Confirmation Sheet

2. On September 5, 2008, I served the foregoing documents by the following means to the persons as listed below:

☒ d. By direct email to: Richard Bergergon: rich.bergeron@gmail.com

I declare under penalty of perjury that these facts are true to the best of my knowledge and belief.

DATED this 8th day of September, 2008.

Marsha Stallsworth, an employee of
Gordon Silver

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555



101630-001/615363.doc

## MDS Marsha D. Stallsworth

**From:** MDS Marsha D. Stallsworth
**Sent:** Monday, September 08, 2008 9:01 AM
**To:** 'rich.bergeron@gmail.com'
**Subject:** Dkt 63 Reply by Fertitta to Bergeron's Response to Show Cause/Fertitta Enterprises, Inc./Defense of Litigation/Removed to BK Court/101630-001

**Attachments:** Dkt 63 Reply by Fertitta to Bergeron's Response to Show Cause

615318.pdf (641 KB)

THIS CONSTITUTES SERVICE OF THE FOREGOING DOCUMENT.