E-Filed On 10/7/08

GORDON SILVER
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gordonsilver.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Counterdefendant,
Fertitta Enterprises, Inc.

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>XYIENCE INCORPORATED,<br>a Nevada corporation,<br><br>Debtor. | Case No.: BK-S-08-10474-MKN<br>Chapter 11 |
| XYIENCE INCORPORATED,<br>a Nevada corporation,<br><br>Plaintiff,<br>v.<br><br>RICHARD BERGERON, an individual,<br><br>Defendant. | Adversary No. 08-1082-MKN<br><br>**CERTIFICATE OF SERVICE OF OPPOSITION TO DEFENDANT AND COUNTERCLAIMANT, RICHARD BERGERON'S, MOTION TO REVOKE THE BANKRUPTCY DEBTOR'S PLAN APPROVAL ORDER AND MOTION TO TRANSFER ADVERSARY PROCEEDING TO PROPER VENUE** |
| RICHARD BERGERON, an individual,<br><br>Counterclaimant,<br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada corporation,<br><br>Counterdefendants. | Date: October 8, 2008<br>Time: 9:30 a.m. |

1. On October 6, 2008, I served the foregoing document by the following means to the persons as listed below:

☒ a. ECF System to: See attached ECF Confirmation Sheet

2. On October 7, 2008, I served the foregoing document by the following means to the persons as listed below:

☒ d. By direct email to: Richard Bergergon: rich.bergeron@gmail.com

I declare under penalty of perjury that these facts are true to the best of my knowledge and belief.

DATED this 7th day of October, 2008.

Marsha Stallsworth, an employee of
Gordon Silver

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555



101630-001/625765.doc

## File an answer to a motion:

08-01082-mkn XYIENCE INCORPORATED v. BERGERON

Type: ap Office: 2 (Las Vegas) Lead Case: 08-10474-mkn

Judge: mkn

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from ZIRZOW, MATTHEW C. entered on 10/6/2008 at 5:53 PM PDT and filed on 10/6/2008

**Case Name:** XYIENCE INCORPORATED v. BERGERON

**Case Number:** 08-01082-mkn

**Document Number:** 69

**Docket Text:**

Opposition Filed by MATTHEW C. ZIRZOW on behalf of FERTITTA ENTERPRISES (Related document(s)[66] Miscellaneous Application,, Motion to Transfer Case/Change Venue (Inter-district), Motion to Transfer Case/Change Venue (Inter-district) filed by Defendant RICHARD BERGERON.) (ZIRZOW, MATTHEW)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Oppn Bergeron Revoke.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=10/6/2008] [FileNumber=10783897-0
] [81f461b4a4da6c6abd89ddf8b04576dfe0fd3e76e086744f8149c9fde7f486d3348
7b80b5b2cc929714a65bbac00bea805abb6af221fb434444ae525169c3b9c]]

**08-01082-mkn Notice will be electronically mailed to:**

LAUREL E. DAVIS ldavis@fclaw.com, mhurtado@fclaw.com

JON PEARSON jpearson@fclaw.com, mhurtado@fclaw.com

MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

**08-01082-mkn Notice will not be electronically mailed to:**

RICH BERGERON
147 OLD COUNTY ROAD
EAST SANDWICH, MA 02537

## MDS Marsha D. Stallsworth

**From:** MDS Marsha D. Stallsworth
**Sent:** Tuesday, October 07, 2008 7:50 AM
**To:** 'rich.bergeron@gmail.com'
**Subject:** XYIENCE v. BERGERON 08-1082 - SERVICE OF DOCUMENT

**Attachments:** Dkt 69 Opposition to Bergeron's Motion to Revoke Debtor's Plan Approval Order and Motion to Transfer Adversary Proceeding to Proper Venue.pdf

Dkt 69 Opposition
to Bergeron'...

THIS CONSTITUTES SERVICE OF THE ATTACHED DOCUMENT.