**Entered on Docket**
**October 14, 2008**

**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| In re:<br><br>XYIENCE INCORPORATED, a Nevada corporation,<br>Debtor. | BK-S-08-10474-MKN<br><br>Chapter 11 |
| XYIENCE INCORPORATED, a Nevada corporation,<br><br>Plaintiff,<br>v.<br><br>RICHARD BERGERON, an individual,<br><br>Defendant. | Adversary No. 08-1082<br><br>Date: May 14, 2008<br>Time: 9:30 a.m. |
| RICHARD BERGERON, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada corporation,<br><br>Counterdefendants. | |

**ORDER ON XYIENCE INCORPORATED'S MOTION TO DISMISS ADVERSARY PROCEEDING AND TO STRIKE RICHARD BERGERON'S COUNTERCLAIMS**

The Court having entered its Memorandum Decision on Counterdefendant Xyience

Incorporated's Motion to Dismiss Adversary Proceeding and to Strike Richard Bergeron's Counterclaims concurrently herewith,

**IT IS HEREBY ORDERED** that Counterdefendant Xyience Incorporated's Motion to Dismiss Adversary Proceeding and to Strike Richard Bergeron's Counterclaims be and the same hereby is, **GRANTED** as to the First, Second, Third and Fourth Counterclaims set forth in the Answer to Complaint and Counterclaim for Declamatory Relief filed by Defendant and Counterclaimant Richard Bergeron on February 19, 2008, and is **DENIED** with respect to the materials attached thereto.

**IT IS FURTHER ORDERED** that Defendant and Counterclaimant Richard Bergeron is granted leave to amend only with respect to the First Counterclaim (Defamation). The amended First Counterclaim (Defamation) must be filed no later than 20 days from the date of entry of this Order.

Copies noticed through ECF to:

LAUREL E. DAVIS ldavis@fclaw.com, mhurtado@fclaw.com;lgolonka@fclaw.com

JON PEARSON jpearson@fclaw.com, mhurtado@fclaw.com

MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com,
bknotices@gordonsilver.com

MATTHEW E. MCCLINTOCK mmcclintock@bellboyd.com, sthoma@bellboyd.com

GREGORY E GARMAN bankruptcynotices@gordonsilver.com,
bknotices@gordonsilver.com

and sent to BNC to:

RICH BERGERON
147 OLD COUNTY ROAD
EAST SANDWICH, MA 02537

# # #