UNITED STATES BANKRUPTCY COURT · DISTRICT OF NEVADA

Entered on Docket
October 14, 2008

Hon. Mike K. Nakagawa
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| In re: | BK-S-08-10474-MKN |
| XYIENCE INCORPORATED, a Nevada corporation, Debtor. | Chapter 11 |
| XYIENCE INCORPORATED, a Nevada corporation, Plaintiff, v. RICHARD BERGERON, an individual, Defendant. | Adversary No. 08-1082<br>Date: October 8, 2008<br>Time: 9:30 a.m. |
| RICHARD BERGERON, an individual, Counterclaimant, v. XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada corporation, Counterdefendants. | |

**ORDER ON DEFENDANT AND COUNTERCLAIMANT'S MOTION TO REVOKE THE BANKRUPTCY DEBTOR'S REORGANIZATION PLAN APPROVAL ORDER**

The Court having entered its Memorandum Decision on Defendant and Counterclaimant

Richard Bergeron's Motion to Revoke the Bankruptcy Debtor's Reorganization Plan Approval Order concurrently herewith,

**IT IS HEREBY ORDERED** that Defendant and Counterclaimant Richard Bergeron's Motion to Revoke the Bankruptcy Debtor's Reorganization Plan Approval Order be, and the same hereby is, **DENIED**.

Copies noticed through ECF to:

LAUREL E. DAVIS ldavis@fclaw.com, mhurtado@fclaw.com;lgolonka@fclaw.com

JON PEARSON jpearson@fclaw.com, mhurtado@fclaw.com

MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

MATTHEW E. MCCLINTOCK mmcclintock@bellboyd.com, sthoma@bellboyd.com

GREGORY E GARMAN bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

and sent to BNC to:

RICH BERGERON
147 OLD COUNTY ROAD
EAST SANDWICH, MA 02537

# # #

# CERTIFICATE OF NOTICE

District/off: 0978-2 User: lyonsmk Page 1 of 1 Date Rcvd: Oct 14, 2008
Case: 08-01082 Form ID: pdf805 Total Served: 1

The following entities were served by first class mail on Oct 16, 2008.
aty +RICH BERGERON, 147 OLD COUNTY ROAD, EAST SANDWICH, MA 02537-1465

The following entities were served by electronic transmission.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 16, 2008** **Signature:** Joseph Speetjens