RECEIVED
AND FILED
Nov 3 3 08 PM '08
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Rich Bergeron
147 OLD COUNTY ROAD
East Sandwich, MA 02537
Telephone: (617) 209-4325
Defendant as Pro Se Attorney

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>XYIENCE, INC., A Nevada Corporation<br><br>Debtor. | No. BK-S-08-10474-MKN<br>Chapter 11<br><br>Eighth Judicial District Court<br>Las Vegas, Clark County, Nevada<br>Case No. A544781, Dept. XXIII |
| XYIENCE INCORPORATED, a Nevada Corporation,<br>Plaintiff,<br><br>v.<br><br>RICHARD BERGERON, an individual<br>Defendant. | CASE NO. BK-2-08-AP-01082-MKN<br><br>**AFFIDAVIT OF BART DONOVAN IN SUPPORT OF AMENDED COUNTERCLAIM**<br>Hearing Date: ____________, 2008<br><br>Time: 9:30 AM |
| RICHARD BERGERON, an Individual,<br><br>Counterclaimant,<br><br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada Corporation,<br><br>Counterdefendants. | Location: 300 Las Vegas Blvd. South<br>Courtroom #2<br>Las Vegas, NV 89101 |

**AFFIDAVIT OF BART DONOVAN IN SUPPORT OF AMENDED COUNTERCLAIM**

**Bart Donovan**, being first duly sworn, states as follows:

1. I make this affidavit in support of Defendant and Counterclaimant Rich Bergeron's Amended Counterclaim against Xyience, Incorporated and Fertitta Enterprises.
2. I have personal knowledge of, and I am competent to testify to the facts contained in this affidavit, except those matters based upon information and belief, and as to such matters I believe them to be true.
3. On September 6, 2007 I received a visit from Gary Nelson (hereinafter Nelson).
4. Nelson announced during the visit that he had good news about Xyience and presented me with a preliminary injunction order regarding Xyience's case against Bergeron.
5. Nelson passed on details about the Xyience case against Bergeron that he had learned from Russell Pike.
6. Nelson visited me in regards to Xyience and claimed Bergeron had been fined $1,000 and would have to pay all of Xyience's legal fees in the company's case against him.
7. Nelson went on to claim Bergeron was sentenced to a 30-day suspended jail sentence and would be held in contempt if all his stories regarding Xyience were not removed in 24 hours.
8. Nelson also conveyed information he received from Russell Pike indicating Bergeron was on a "vendetta" against the company.
9. Nelson further explained that Dana White, Lorenzo Fertitta, and Frank Fertitta would now be willing to provide Xyience with bridge financing for an IPO since Bergeron was out of the way.
10. Nelson also reported that investment houses were competing for the Xyience IPO and the offering could take place as soon as January of 2008.
11. Having communicated with Bergeron on several occasions I am convinced he is not and never has been out to harm Xyience and intends only to help the original Xyience shareholders as they seek justice for the transgressions of Fertitta Enterprises and the designees they assigned to improperly and fraudulently bankrupt Xyience.
12. Aside from the fact that Bergeron had an injunction issued against him, Nelson's claims

regarding the fine, legal fees, suspended jail term, and contempt stipulations were all later shown to me to be absolutely false.

*Dated November 3, 2008*

BART DONOVAN, AFFIANT

Subscribed and Sworn to Before Me
This 3rd Day of November, 2008

JAMIE HINES
NOTARY PUBLIC
STATE OF NEVADA
Date Appointment Exp: 12-18-2011
Certificate No: 01-70368-1

NOTARY PUBLIC
My Commission Expires: