GORDON SILVER
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gordonsilver.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Fertitta Enterprises, Inc.

E-Filed On 11-24-08

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>XYIENCE, INCORPORATED,<br>a Nevada corporation,<br><br>Debtor. | Case No.: BK-S-08-10474-MKN<br>Chapter 11 |
| XYIENCE INCORPORATED,<br>a Nevada corporation,<br><br>Plaintiff,<br>v.<br><br>RICHARD BERGERON, an individual,<br><br>Defendant. | Adversary No. 08-1082-MKN |
| RICHARD BERGERON, an individual,<br><br>Counterclaimant,<br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada corporation,<br><br>Counterdefendants. | **<u>DECLARATION OF MATTHEW C. ZIRZOW, ESQ. IN SUPPORT OF MOTION OF COUNTERDEFENDANT, FERTITTA ENTERPRISES, INC., TO DISMISS AMENDED COUNTERCLAIM OF DEFENDANT/COUNTERCLAIMANT, RICHARD BERGERON</u>**<br><br>Date: January 7, 2008<br>Time: 9:30 a.m. |

the "Zyen Full Disclosure Report" available at http://unlimitedfightnews.com/wordpress/?p=1342 (last visited November 24, 2008), and (b) the "Xyience: The Enron of MMA" available at http://unlimitedfightnews.com/xyiencewow.htm (last visited November 24, 2008). I have observed these articles having been published on Bergeron's Website for many months prior to the Article's publication. True and correct copies of printouts of the foregoing articles retrieved from the Bergeron Website are attached hereto as Exhibits "3" and "4," respectively.

I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

DATED this 24th day of November, 2008.

MATTHEW C. ZIRZOW, ESQ.

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

# EXHIBIT "1"

TheDeal Newsweekly
VOICE OF THE DEAL ECONOMY

# Rumble

*By Jamie Mason*

SHARE E-MAIL RETURN TO FULL STORY

*Published September 12, 2008 at 2:29 PM*



Inside the ring, Ultimate Fighting Championship combatants are prohibited from head butting, eye gouging, biting and kicking the kidneys with a heel. Outside the ring, apparently, everything goes, something that **Xyience Inc.**, an energy-drink maker that was once a key sponsor of UFC, and both its shareholders and unsecured creditors have painfully learned.

Xyience is on the verge of liquidating. Its assets were sold for $15 million to **Manchester Consolidated Corp.** in April and Judge Mike Nakagawa of the U.S. Bankruptcy Court for the District of Nevada in Las Vegas confirmed its wind-down plan on Aug. 26.

But fisticuffs, and worse, are far from over. Litigation surrounds the former maker of the power drink known as Xenergy and the seemingly endless cast of characters involved in its creation, its day-to-day management and its descent into Chapter 11.

There's the lawsuit that Xyience shareholders have filed against the company's former management and lenders alleging breach of fiduciary duty and other misconduct. Separate litigation pits Xyience's unsecured creditors against Zyen LLC, a distant cousin of UFC that provided the company prepetition financing and then tried to foreclose on its assets. Then there's the Xyience bankruptcy estate's lawsuit against a blogger, Rich Bergeron, and his countersuit against the company, and **Fertitta Enterprises Inc.**, whose principals also own UFC.

The strange complications don't end there. Because Xyience shareholders will be wiped out under the liquidation plan, their standing in their lawsuit is now questionable. In addition, Xyience's liquidating trustee, Biff Leonard, has yet to decide whether to pursue further legalities for the estate. Less than a year ago, Xyience's logo, with its Chinese symbols, graced the floor of UFC's octagonal ring. It was removed after the Nov. 17 match between Rashad Evans and Michael Bisping.

For Las Vegas-based Xyience, the high-profile branding from UFC helped it stand out against such rivals as Red Bull, Monster, RockStar, Adrenaline and Full Throttle, especially among males aged 18 to 34. UFC's bloody, frenetic mix of jiujitsu, judo, karate, boxing, kickboxing and wrestling makes it the second-most popular sport among that group.

UFC is owned by **Zuffa LLC**, Italian for a fight or brawl without rules, which is owned by brothers Frank and Lorenzo Fertitta, two **Station Casinos Inc.** executives who bought UFC in 2001 for a mere $2 million.

It would take a few years for the Fertittas' world to collide with that of Russell Craig Pike, who shortly after his release from jail created Xyience in May 2004. Pike started the company as a powders-and-pills sports supplement entity before introducing a line of energy drinks in 2006.

Pike wasn't an unknown in Vegas. He had started E-Destiny, an Internet shopping site comparing prices of business supplies that eventually shut down. He also founded Advanced Cart Technology Inc., which made the carts used to bring drinks to gamblers in casinos.

Pike had spent time in jail after pleading guilty to grand theft and forgery in California's Orange County Superior Court in 1987. He eventually ended up in Las Vegas and found investors for Advanced Cart. By mid-1996, however, he was again in trouble, filing for personal bankruptcy protection in Nevada on June 11 of that year.

Six days later, Advanced Cart filed for Chapter 7 in the Las Vegas bankruptcy court, felled by manufacturing costs that outstripped orders, according to Advanced Cart's debtor counsel, David Winterton of **David J. Winterton & Assoc. Ltd.**

Pike also pleaded guilty to a money laundering charge on Oct. 13, 1998, in U.S. District Court in Las Vegas and was sentenced to almost five years in federal prison and three years of supervised release. He was also ordered to pay $2.4 million in restitution.

"Pike has a history of fraudulent activity," says Winterton. "He has a history of his companies failing, either in bankruptcy or out

of bankruptcy."

Attempts to reach Pike by e-mail were unsuccessful. But the Xyience situation didn't start to unravel until 2006. The company that year received a $32 million equity investment, of which $10 million was a convertible note, from the Brush Monroe Fund, a private equity firm operated by **AA Capital Partners Inc.**, court papers said.

After the U.S. Securities and Exchange Commission filed a lawsuit against AA Capital on Sept. 7, 2006, the receiver appointed to take control of the company didn't renew Xyience's financing, leading it to default on the note.

Since a default triggered a conversion of the note into 16 million shares of Xyience stock, Xyience's officers and directors decided the best thing to do was to buy Brush Monroe's note and the Xyience shares. So on Oct. 20, 2006, Xyience signed a deal with Florida broker-dealer **Pointe Capital LLC**, to raise $30 million at $5 per share. According to the Xyience shareholders' lawsuit, **Crown Capital Partners Inc.** agreed to provide Xyience with $12 million to $25 million in financing, including a $5 million bridge loan from a Crown Capital-controlled company, Darlis Investments.

By the end of 2006, however, Xyience had only received the $5 million in financing from Darlis, so Adam Roseman, the chief executive of **ARC Investment Partners LLC**, an investment company hired to raise money, brought in Adam Frank, a partner in a development company, **Edge Group LLC**. Roseman later became a board member. Frank also promised to put $1 million into Xyience. But according to the shareholders' lawsuit, Frank failed to keep his promise.

Pike resigned as Xyience CEO in January 2007 but remained on its board until Feb. 21. Roseman took the reins and, along with Patrick Brauckmann, the CEO of Crown Capital and another Xyience board member, began trying to raise money by selling the Xyience stock that they did not own for $2.50 a share -- even as Pointe Capital was selling shares at $5 per share, the shareholder suit asserts.

But Xyience failed to raise enough money. When Xyience tried to roll out Xenergy on a national basis, the CEO was Bill Underhill and Jan Hall was the chief operating officer. They resigned in May 2007, however, after failing to generate the estimated $29 million needed to execute the company's marketing plan, court papers said.

By that June, with Frank and Kirk Sanford running the company, Xyience owed $25 million to trade creditors and $18 million to its noteholders. It had more than 130 distributors, including major mass-market customers such as **Kroger Co.**, **7-Eleven Inc.**, **General Nutrition Centers Inc.**, **Kmart Corp.** and **Wal-Mart Stores Inc.** But by December, only 27 customers remained and sales slipped from $2.7 million to $1.4 million, says a source close to Xyience shareholders.

Frank and Sanford cut Xyience's work force to 53 from 88, scaled back its business plan and searched for capital so the company could continue production. According to Xyience, the only company willing to provide the struggling company with a loan was Zyen, an affiliate of the UFC that was the Fertittas created specifically to provide Xyience with a loan.

On Oct. 4, 2007, Zyen provided Xyience with a $12 million senior convertible note priced at 15% and warrants for 10% of the company. "I think that Frank and Sanford have an unfair bad rap," says Xyience debtor counsel Laurel Davis of **Fennemore Craig PC**. "They worked very hard for no salary."

By the time Zyen provided the money, Xyience was embroiled in a lawsuit against Bergeron, a self-employed journalist and blogger, over posts he wrote about it. In the lawsuit, filed in the Eighth Judicial District Court in Clark County, Nev., on July 18, 2007 (it became part of the bankruptcy proceedings on March 20), Xyience seeks $25 million in damages for defamation, tortious interference with prospective economic advantage, intentional interference with contract and injunctive relief.

The state court on Sept. 6, 2007, ordered Bergeron to remove posts and articles from the Internet. Bergeron had written on MySpace.com and his Web site ultimatefightnews.com that Xyience was under investigation by the SEC and that it had created shell corporations to divert investor funds to benefit certain directors and board members, according to court papers. An SEC spokesman says he's not authorized to confirm or deny any sort of investigation of Xyience.

Pike then resurfaced, leading several other creditors in putting Xyience into Chapter 11 involuntarily on Jan. 3. The company responded 15 days later with a voluntary petition. But the drama didn't end there.

According to court papers, Xyience was in the final stages of negotiations with a group of shareholders who were going to provide the company with a $7.5 million loan when talks were derailed by a "campaign of intimidation and death threats" led by Pike and shareholders Terry Cardenas, Ronald Solomon and Ric Klingenberg.

On Dec. 19, Klingenberg and his brother, David Bergstrom, "stormed into the Xyience office, cornering CFO Michael Levy in an office and refusing to allow Levy to depart until their demands were met," court documents say.

Klingenberg and Bergstrom demanded a $20,000 payment and promised to "return the next day with guys who had a 100% collection rate," according to court papers.

Davis says they didn't return and Levy got a temporary protective order against them. Security was hired to protect the premises, but Xyience's offices were closed for 10 days, and its accounting staff quit because they felt unsafe. "They were the only ones aware of and who witnessed the incident, because a lot of people that work for Xyience are sales agents out in the field, so they aren't in the office," Davis says.

Zyen provided a $2.69 million debtor-in-possession loan to fund the bankruptcy case, and Xyience entered into a new UFC licensing agreement, which cost $675,000. Zuffa provided Xyience with a secured loan to cover the cost. Without the agreement, Xyience would have lost $8 million in revenue because of the requirement to destroy inventory that now contains the UFC trademark.

Little was left for Xyience's unsecured creditors, who will receive no initial distribution under the liquidation plan. If there is money remaining after all other claims are paid in full, they will receive a pro-rata share of those funds. Unsecured creditors will also be paid from preferential transfers, avoidance actions and proceeds from pending litigation. Winning in court is the only way Xyience equity holders will get anything. Their lawsuit names as defendants nearly everyone who ran Xyience after Pike departed.

For example, the shareholders' lawsuit accuses Roseman and Brauckmann of giving the proceeds of the $2.50-per-share stock sale to Key Management LLC, an entity they owned, and not to Xyience.

The shareholders also allege that Jeff Dash, Xyience's CFO from August 2006 to May 2007, knew what Roseman and Brauckmann were doing, didn't report it to the board and got paid for his silence.

And because the money never reached Xyience, production and shipment of products stopped by the middle of January 2007.

The shareholders' suit also disparages Frank and Sanford, noting that between June and September 2007, they were presented with several financial proposals for Xyience through a sale of equity with a favorable valuation while protecting existing shareholders from dilution. "In order to promote their own personal agendas, Frank and Sanford refused to pursue favorable financing that would limit shareholder dilution," the suit reads.

Richard Benenson of **Brownstein Hyatt Farber Schreck LLP**, counsel for both ARC Investment Partners and Roseman, refused comment. Pamela Lawson of **Hunterton & Associates**, counsel to Frank and Sanford, didn't return calls.

But one attorney involved in the shareholders' lawsuit who refused to be named says allegations in the complaint are factually off in many ways. Roseman "was not involved in any wrongdoing or to blame for Xyience's decline," according to a dismiss motion filed by ARC and Roseman, noting his service of only one month. "ARC is ostensibly involved as a defendant because Mr. Roseman works there; the complaint fails to explain how ARC was involved in any wrongdoing."

Zyen, too, is named in the shareholders' lawsuit, but the adversary proceeding the unsecured creditors committee brought on March 31 mainly accuses the Fertittas' vehicle of making a prepetition loan to Xyience knowing full well it couldn't make payments on it.

Xyience defaulted on it on Dec. 10, and Zyen sought to foreclose on its assets. "The Fertittas loaned the money with the understanding that there would be a subsequent equity infusion in Xyience," says counsel to both Zyen and Fertitta Enterprises, Gregory Garman of **Gordon & Silver Ltd.** "When management couldn't get the equity infusion, they foreclosed. Xyience said it was in a position to make regular debt payments, and it wasn't."

By defaulting on the note, Zyen would have been able to take possession of Xyience's assets, but the bankruptcy filing prevented that, says debtor counsel Davis.

Unsecured creditors, however, argue there is more to the financing than that. They say that because Zyen and Zuffa were affiliated, Zuffa's secured loan to Xyience conferred control over its inventory to Zyen.

The financing unit knew Zuffa could terminate the license before the bankruptcy filing, and if that happened, it could use the threat of trademark infringement to ensure that the debtor would never be able to sell its inventory of energy drinks, the unsecureds charge.

As a result, the committee alleges, Xyience could never operate or reorganize without Zyen's approval. "The Zuffa license accordingly provided the Fertitta family a level of control that they would not have had by means of their Zyen prepetition note alone," its lawsuit says.

Then there's the Bergeron situation. The blogger eventually countersued Xyience and Fertitta Enterprises on Feb. 12, seeking $15 million in damages because he claims he was slandered and defamed in bogus blogs connected directly to Xyience employees and associates through IP addresses. The blogs called Bergeron a homosexual and characterized his writings as a personal vendetta against Xyience, court papers say. Bergeron says in court documents that he has had to borrow money from a cousin because of extreme mental anguish and an inability to work, since he's needed to "rigorously defend the charges against him [and] restore his good name."

"The suit is nonsense," declares Garman. "Bergeron is neither a creditor or had any relationship with Xyience. He believes that the best way to do investigative journalism is to sue the company that you are trying to investigate."

The Fertittas have asked that the countersuit be dismissed, but Fennemore Craig's Davis says Nakagawa now must resolve the counterclaims Bergeron brought against the Fertittas before he can decide whether to dismiss the case.

A status conference on the shareholders committee's and Bergeron's lawsuits is scheduled for Oct. 8. In the shareholders lawsuit, Nakagawa is expected to rule on the defendants' motion to dismiss and Xyience's motion to substitute itself as the real party in interest, says the attorney close to that case. A status conference on the unsecured creditors' committee's lawsuit will take place

Case 08-01082-mkn Doc 112 Entered 11/24/08 21:37:27 Page 7 of 36

the same day. Zyen and the Fertittas have sought dismissal for that case, too.

All the lawyer for the Xyience shareholders, Daniel Newman of **Broad and Cassel**, would say is that "we believe we will be able to prove the allegations through discovery," adding that Nakagawa still must decide whether the shareholders' case should be moved back to state court, where it began.

The relationship between Xyience and UFC has changed. Xenergy remains a sponsor. But a logo featuring a can of Xenergy no longer appears beneath the fighters' feet. Another drink, Bud Light, has replaced it.

Surely the ring can be an unforgiving place. Xyience shareholders and unsecured creditors hope the courts aren't, too.

SHARE E-MAIL RETURN TO FULL STORY

# EXHIBIT "2"

XYIENCESUCKS.COM

**Chapter 7 Bankruptcy**
You May Qualify for Chapter 7 Bankruptcy. Free Online Evaluation.
www.Chapter7.com

**File for Bankruptcy**
Filing for Bankruptcy Can Relieve Financial Pressure, Free Evaluation
www.ClearBankruptcy.com

**Chapter 7 Bankruptcy**
Find A Lawyer That Can Protect You Free Evaluation. Call Today!
www.TotalLawyers.com

**Chapter 7 Bankruptcy**
Determine If Chapter 7 Is Your Most Feasible Option. Online Evaluation.
www.TotalBankruptcy.com/Chapte

Ads by Google

[ Home ] [ OUR BLOG ] [ FNU ON FACEBOOK ] [ FNU ON PROELITE ] [ OUR STAFF ]
[ SPONSOR US ] [ ABOUT US ] [ BOXING ] [ MMA ] [ LINKS ] [ RING GIRL CONTEST ]
[ PUBLIC RELATIONS ] [ ARCHIVES ] [ PODCASTS ] [ BUY OUR GEAR ]
[ MYPSACE PAGE 1 ] [ MYSPACE PAGE 2 ] [ BUILD YOUR SITE ] [ Our YouTube Page ]

***"Courage is contagious. When a brave man takes a stand, the spines of others are stiffened"***

## CLICK HERE TO COMMENT ON THE XYIENCE SAGA

**BERGERONS AMENDED ANSWER AND COUNTERCLAIM**

**BERGERON AFFIDAVIT**

**BART DONOVAN AFFIDAVIT**

**GARY NELSON AFFIDAVIT**

9000925 VISITORS

## XYIENCE AUDIO FILES:




Create a playlist at MixPod.com

**IF YOU HAVE ANY INFORMATION ABOUT THIS CASE OR WOULD BE WILLING TO ASSIST PRO BONO, PLEASE CONTACT RICH BERGERON AT 617-209-4325**




**PLEASE CLICK ON THE LINK BELOW TO DONATE TO THE RICH BERGERON LEGAL DEFENSE FUND:**

PayPal Donate

**XYIENCE STORY PROMO VIDEOS:**



XYIENCE CASE FILES: JUDGE NAKAGAWA'S DECISIONS

MORE COURT DOCUMENTS

**MEDIA LINKS TO THE XYIENCE LAWSUIT & BANKRUPTCY STORY:**

FIGHTLINKER REPORT ON FEBRUARY 7TH TELEPHONIC HEARING

FIGHTLINKER.COM XYIENCE/BERGERON ARCHIVES

CAGE POTATO COVERAGE OF XYIENCE LAWSUIT/BANKRUPTCY

XYIENCE, PRIDE, THE UFC, AND THE FNU LAWSUIT

FIGHT OPINION EXPLAINS WHY YOU SHOULD CARE ABOUT THE XYIENCE STORY

FIGHT OPINION'S FEBRUARY 7TH, 2008 LAWSUIT UPDATE

FIGHT OPINION STORY ON XYIENCE RESPONSE TO BERGERON'S COUNTERCLAIM

FIGHT OPINION UPDATES XYIENCE BANKRUPTCY SITUATION

ALL FIGHT OPINION STORIES ON RICH BERGERON

MMAPUNCH.COM: IS XYIENCE REALLY THIS SHADY?

CAGE POTATO: THE XYIENCE CRIME SERIES

XYIENCE BANKRUPTCY IMMINENT: BERGERON PREDICTS THE DOWNFALL

SHERDOG POSTING LINKING TO HUGE REVELATIONS MADE BY SEAN SHERK ABOUT HE AND OTHER FIGHTERS NOT BEING PAID FOR SPONSORSHIP

MMA PAYOUT STORY ON SEVERAL FIGHTERS NO LONGER AFFILIATED WITH XYIENCE DESPITE XYIENCE STILL CLAIMING TIES WITH THEM ON THEIR WEB-SITE

FIGHTLINKER JUMPS THE GUN ON BERGERON

FIGHT OPINION PROFILES BERGERON'S LAWSUIT

ZUFFA'S FINANCES REVEALED

THE REAL DEAL ON THE ZUFFA, LLC $350 MILLION LOAN

LAS VEGAS BUSINESS PRESS ARTICLE ON XYIENCE

MMA ANALYST COMPARES BERGERON TO NOSTRADAMUS

FERTITTA ENTERPRISES GOOGLE SEARCH




**LATEST STORIES:**

***THE USUAL SUSPECTS PART TWO***

***THE FULL DISCLOSURE REPORT***

Case 08-01082-mkn Doc 112 Entered 11/24/08 21:37:27 Page 10 of 36

-

Affidavits are like arrows:



**FOR THOSE UNFAMILIAR WITH THIS CASE, XYIENCE, INC. FILED A LAWSUIT SEEKING MORE THAN $25 MILLION IN DAMAGES DUE TO STORIES PRESENTED HERE AT FIGHT NEWS UNLIMITED THAT THEY CLAIMED WERE DEFAMATORY. The case has now seen three judges, three plaintiff's law firms, and raged on for more than a year. It is now in bankruptcy court, and Rich Bergeron continues to fight for his right to due process and for his First Amendment Protections to print the truth!**

**COMING SOON:**

**THE XYIENCE BOOK PROJECT:**

***XYIENCE: THE ENRON OF MMA*** **(CLICK ON THE PICTURE TO LEARN MORE ABOUT THIS SCANDAL)**




**Stop by this page for updates and new information as it becomes available. This page is designed as a resource for folks who want to find out what's going on behind the scenes at Xyience, Incorporated:**

*XYIENCE: THE ENRON OF MMA*

*FIGHTLINKER'S IN DEPTH INTERVIEW WITH RICH BERGERON*

**LATEST COURT MATERIAL:**

*OUR DOCSTOC.COM PROFILE WITH MULTIPLE COURT DOCUMENTS HOSTED*

*EMERGENCY MOTION TO SUSPEND BANKRUPTCY AND FOR SUMMARY JUDGMENT*

*EVIDENCE FOR EMERGENCY MOTION PT. 1*

*Xyience's audit numbers for 2005 and 2006*

**MORE FUNNY XYIENCE STUFF:**

Act I: The Adam Ballet

Jib Jab Xyience Balet

Act II: The Rendezvous

Jib Jab Xyience Pt. 2

Act III: The Farm Hands

Jib Jab Xyience Pt. 3

Act IV: The Jerk Can-Can

JIB JAB XYIENCE PT. 4

**OUR XYIENCE SERIES**

**XYIENCE CASE FILES:**

Fertitta Enterprises Responds

XYIENCECASEAGAINSTME.PDF

PRELIMINARYNJUNCTION.PDF

**XYIENCE TRIES TO SETTLE:**

XYIENCE'S $1,000 SETTLEMENT OFFER (PART ONE OF AUDIO)

XYIENCE'S $1,000 SETTLEMENT OFFER (PART TWO OF AUDIO)

**THE XYIENCE SERIES ARTICLES:**

*IS XYIENCE'S TURKEY COOKED?*

*XYIENCE TRYING TO TURN OVER A NEW LEAF*

*A LESSON IN JUDICIAL JIU JITSU FROM JURISDICTIONARY*

*XYIENCE TRYING TO RAILROAD FIGHT NEWS UNLIMITED WITH SLANDER*

*XYIENCE SHAREHOLDERS CONFERENCE LETTER*

*XYIENCE TRAINING CENTER OPENS*

**Jurisdictionary®**

CITIZEN MEDIA LAW PROJECT

MOTION TO QUASH FOR LACK OF JURISDICTION

BERGERON'S OPPOSITION TO THE INJUNCTION

BERGERON'S MOTION TO DISMISS PLEADING

BERGERON FILES FOR RULE 11 SANCTIONS AGAINST JAMIE COGBURN AND XYIENCE

THE COUNTERCLAIM!! BERGERON ASKS FOR DAMAGES (WORD VERSION)

.PDF VERSION OF COUNTERCLAIM




THE SHERDOG XYIENCE LAWSUIT COMMENT THREAD

CLICK HERE TO LOOK AT ALL XYIENCE'S RECENT LITIGATION ISSUES IN CLARK COUNTY (JUST TYPE IN XYIENCE IN THE SEARCH BOX)

**THE LIGHTS OUT SHOW INTERVIEWS RICH ABOUT THE XYIENCE SERIES:**




## INTERESTING LINKS:

FERTITTAS PLANNING $10 BILLION CASINO COMPLEX

FERTITTA FAMILY'S PLACE IN VEGAS AND MAFIA HISTORY

FERTITTAS TAKE STATION CASINO'S PRIVATE WITH $4.7 MILLION BUYOUT

Court Filings Indicate Bankrupt Xyience Closely Related To UFC

'Bevanda Magica': Xyience Bankruptcy Filings Reveal Deep Ties to Zuffa

*AA CAPITAL OFFSHOOT ASKS TO LIQUIDATE THEIR SOLE ASSET: XYIENCE STOCK*

CITIZEN MEDIA LAW PROJECT'S PAGE ON BERGERON'S CASE

WIKKIPEDIA PAGE ON ZUFFA

Bevnet Article on Xyience Bankruptcy

CLIP TAVERN XYIENCE VIDEO

ARC INVESTMENTS VS PATRICK BRAUCKMANN

Xenergy News Archive

ENRON OF MMA FORUM PAGE

LORENZO FERTITTA'S FORBES RANKING

FRANK FERTITTA III FORBES LISTING

## BERGERON'S EVIDENCE:

EXHIBITS 1-10

XYIENCE ENFORCEMENT ACTION.PDF

THE FERTITTAS RIDE TO XYIENCE'S RESCUE

INJUNCTION USED TO SEEK PERSONAL LOANS

OFFICIAL SEC POLICY ON INVESTIGATIONS

EXHIBIT 13

ADAM FRANK BREACH OF CONTRACT CASE

JUDGE'S ENDORSEMENT BY STATION CASINOS

EXHIBIT 15: BERGERON'S RESUME

XYIENCE COUNSEL EMAIL

EXHIBIT 22

## XYIENCE'S EVIDENCE:

EMAIL FROM DEFUNCT FNU MYSPACE PAGE

ADAM FRANK DECLARATION

PLAINTIFF'S EXHIBIT 2

## THE JUDGE'S ORDERS:



? JUDGE GRANTS INJUNCTION ?

JUDGE DENIES BERGERON'S MOTION TO QUASH

NEWS FLASH!! CLICK HERE TO LISTEN TO XYIENCE Co-CEOS ADAM FRANK AND KIRK SANFORD TELL RICH HIS WEB-SITE IS A GREAT RESOURCE ON XYIENCE

ADAM FRANK'S AFFIDAVIT

Deshiweb Directory

xyience

AddMe - Search Engine Optimization



IS THE FERTITTA BUSINESS EMPIRE IN TROUBLE??

GOING PRIVATE IS A BUST FOR FERTITTAS' STATION CASINOS

CASINO MAGNATES FEEL ECONOMIC SQUEEZE

WAKABAYASHI FUND OFFER FOR XYIENCE

UFC SPONSOR FILES FOR BANKRUPTCY

STATIONS CASINO INVESTOR RELATIONS PAGE

VEGAS SLUMP HURTS FERTITTAS

STATIONS HOOVER REPORT

OCT, 2007 8-K FOR STATIONS

STATIONS BUYOUT CLOSES

MACEO FAMILY WIKKIPEDIA (FERTITTA COUSINS IN CRIME)

THE FIGHTSPORT SCOOP MCTROLL CONSPIRACY PAGE

ZUFFA'S MAFIA CONNECTION

MORE MACEO "FAMILY" HISTORY

Index Bahrain: Search engine for Bahrain

FWS FreeWebSubmission.com FREE manual and auto submission to the highest-rated, free internet search engines and directories!

# EXHIBIT "3"




UFC tickets, WWE Raw tickets and boxing tickets like Bernard Hopkins tickets are at TickCo.com !







**MMA Promoters**
Take your fight to the next level
MMA Ticketing and Marketing Tools
www.battlepass.com

**Xyience Xtest $24.79**
In Stock. No minumum to buy.
Fast Express Delivery.
www.FitnessONE.com

**Free MMA Package**
Get A Complete MMA Equipment Package . See Site For Details
Free-offer-sports.com

**MMA Gear and Clothing**
MMA Gear, MMA Gloves, MMA Shorts In Stock, Low Prices, Super Fast!
MMAWarehouse.com

Ads by Google




AWESOME VIDEO ON XYIENCE SCANDAL




- Home
- FNU STORE
- LINKS
- NEW FIGHT POSTERS
- OUR RING GIRL GALLERY
- POSTER ARCHIVE
- SPONSORSHIP
- VIDEOS

## Currently viewing and reading

2
diggs

digg it

# Xyience , Zuffa, Fertitta Enterprises, Zyen FULL DISCLOSURE Report

Posted by rich.bergeron in March 25th 2008

**MMA Gear and Clothing**
MMA Gear, MMA Gloves, MMA Shorts In Stock, Low Prices, Super Fast!

**Xyience Save up to 65%**
NOX-CG3 $24.95, XLR8 $21.95 XTest 24.95, XNGF 34.95 Shop Smart

Ads by Google

XYIENCE WOES CONTINUE: A "FERTITTAGATE" FULL DISCLOSURE REPORT

By: Rich Bergeron

It's a story of a Forbes 500 family sunk deep into casino interests, the Ultimate Fighting Championship, and their parent company Zuffa, LLC. And that's just the half of it. These billionaires have business interests and connections with all kinds of bustling financial institutions.

They wouldn't engage in corporate bigwig bullshit with that kind of money on the line, not personally. They could have some friends do it for them, though. They could bring in criminal masterminds in tailored suits who were already experienced in manipulating the stock market. Those guys could tweak the numbers and set the stage for bankruptcy before bailing out the back door. That way, one roll of the dice could make them all fat and

happy.

It's a disgraceful and despicable mode of business that takes a company and puts it under the kind of assault Xyience has since suffered. Though the ones left holding the bag may ultimately bear the brunt of the most pointed criticism, this situation was created by a whole host of other interconnected players. Each and every one of them saw something they could steal from Xyience, and they capitalized on their opportunities without hesitation. They didn't imagine how the stockholders would feel, how the public would ultimately judge their devious actions, or how they would later account for their insatiable greed. They just did it because they thought they could get away with it and because they knew it would make them a ton of money.

Left holding that final bag but not completely "owning it" Fertitta Enterprises and a few friends formed ZYEN, Inc. and a whole lot of UFC and Xyience business went down right after that. Company sales suffered, no further capital came in, and the usual suspects dismantled the whole operation piece by piece to promote huge profits for themselves through the process of setting the company up for a public April Fools Day auction.

There were Xyience layoffs during the holidays, stockholders were wiped out and it all became extremely ugly almost overnight. All the while Fertitta Enterprises and the new Xyience board of directors made a killing.

I had the great pleasure of attending UFC 78 on Xyience's dime. I saw what I thought were better fights than the media gave them credit for, but more importantly I sat down with the CEOs beforehand. Spouting "Scorched Earth" and woe-is-me-no-hope attitudes, they had already planted the bankruptcy seed. A scant two months and a few weeks after Fertitta Enterprises invests in Xyience it's going bankrupt all of a sudden? That's no coincidence.

Why would anyone pump money into a company and then kill it? One reason would be the potential for contract defaults. Their goal is to wipe it all out and start free and clear. They want to be on the other end collecting the check when it's over, passing the problem child to the highest bidder and getting everything they put in right back. If they can manage a tidy profit on top of that, the charade is a success in their eyes, no matter how many people they had to hurt in the process.

The Fertittas have billions of dollars at stake as operating partners of Station Casinos, and they know how to make business deals work to their advantage. This was not some sloppy oversight on the part of Fertitta Enterprises GM Bill Bullard and the leadership plants they put in place to be the fall guys. This was an orchestrated collapse meant to line the pockets of the principal players and ruin the lives of the rest of the folks who helped put Xyience on the map. Click here for my motion to suspend the bankruptcy and all THE EVIDENCE.

UFC 78 was ironically dubbed "Validation." That strikes me funny in so many ways since it was the last event in which the UFC used the Xyience logo in the middle of the cage floor. Over the course of the next few months the full extent of the fraud that took place at Xyience would be validated by my own stories and the follow up articles of other independent MMA media outlets.

My Xyience junket to New York City marked the first time I met officially with any representatives of Xyience, and they sold me a bill of goods I couldn't stomach. What made matters worse for me was the trip back to the airport. Sitting in the back seat of a huge SUV coach service car, I watched New York City's hustle and bustle go past and couldn't help but think about how many everyday working people would be screwed by the final Xyience accounting if the bankruptcy did go through as planned. I then caught a glimpse of one of the saddest sights I've ever witnessed.

A haggard, aging black woman with a few missing teeth and virtually no meat on her bones sat leaning against a lamp post on a random corner with a tiny blanket wrapped around her. Sobbing and carrying on, she appealed to passers by and received nothing but cold stares and glances of disapproval. I was really dismayed by that dose of hard reality. Here were thousands of people milling about, and none of them bothered to do anything to alleviate this woman's suffering. Too busy making their way to their favorite restaurant, bar, shopping outlet, or entertainment venue, New Yorkers and tourists alike passed this woman by like she was nothing more than a scattered piece of trash.

This is the all too familiar climate created by capitalism at its worst in this country. The wealth is concentrated and conglomerated under the people and profitable businesses that could easily go without it if they had to. Yet, the poor and downtrodden, the "huddled masses" the inscription on the Statue of Liberty calls to our shores, and all of us working class public citizens slaving to maintain our day jobs are left listlessly wandering the world with no real purpose or direction. One day it may be one of us on that street corner, wailing away in despair, rattling a few pennies around in a paper cup.

This is the kind of suffering my "Enron of MMA" story series puts in perspective. Xyience was never the kind of company that would ever be in the same league as the famous energy trader corporation gone bust, but there are parallels. The situation in which Xyience was raped and left for dead by a few of the prime players at the top was almost a mirror image of the Enron scandal on so many levels. The basic structure of the fraud, the motivating factors for it, and the power of sheer greed to corrupt the whole process was nearly identical in both situations.

The only investment the Fertitta-led investment group made in Xyience was supposed to go right back to the Fertittas through the UFC sponsorship. Any leftovers would later be set aside for acquiring the assets and remaining product while trying to account for none of the other debt. Maintaining a marketing agreement alone was crucial to being able to sell all the cans of Xenergy with the UFC logo already printed on them. Yet, the Xyience brass set up a situation in which Xyience's first major transaction under Fertitta control was a multi-million dollar title sponsorship deal Zuffa would later default on. That deal would leave nothing in the way of any capital behind to actually purchase product to promote any cash flow whatsoever.

It appears that Xenergy product is now key. It seems to any honest observer that paying for that product should have been the first priority. While in a position to call the shots at Zuffa at the same time they were de facto owners of Xyience, Fertitta Enterprises should have been able to hammer out a workable and affordable deal that would have satisfied both parties as far as the product licensing. However, they instead chose to enrich themselves with a much larger sponsorship than Xyience could afford.

Here is the way the Xyience bankruptcy paperwork explains the situation:

Case 08-10982-mkn Doc 112 Entered 11/24/08 21:37:27 Page 16 of 36

> Xyience has previously entered into a January 3, 2007 and October 3, 2007 Sponsorship Agreements with Zuffa Marketing, both of which have now terminated. In conjunction with the Zuffa Marketing Sponsorship Agreements, Xyience was permitted to place the UFC a label on Xenergy™ drink can. Xyience presently has existing inventory of Xenergy™ drinks which contains the UFC logo on each label, and in order to maintain the Business, Xyience requires the manufacture of additional inventory of Xenergy™ drinks. *Id.*

That all makes sense until you consider the true facts. First of all, a marketing agreement is a much different animal than a title sponsorship. If all that was needed was a simple marketing agreement, the octagon advertising portion of the deal should have been set aside. The multi-million dollar fiasco of the UFC/Xyience 3-year contract extension was just smoke and mirrors designed to create a domino effect of other potential post-Xyience sponsors paying above and beyond Xyience's going rate to get their businesses in the middle of the UFC mat. It was a shrewd way of creating a bidding war for the space. The problem with the process is that it was all built off the back of a bogus, over-inflated company.

All the while, even Zuffa's own fighters, the guys who fought and LITERALLY shed blood all those years over that Xyience logo, got screwed out of their Xyience money. We're talking guys who literally wore the Xyience logo on their sleeves, over their hearts, or on their shorts, and they got shafted. Chuck Liddell had one-million shares of Xyience stock according to 2005 and 2006 audit numbers from A.J. Robbins. Creditors in the Xyience bankruptcy case include: Travis Lutter; Rich Franklin, Inc.; Matt Serra; Heath Herring; Evan Shoman; and Anderson Silva Enterprises, Incorporated. Bankruptcy paperwork lists several other UFC fighters with Xyience financial issues. The company says they "may be in payment default" in regards to: Michael Bisping ($2,000); BJ Penn ($25,000); Forrest Griffin ($43,333.35); Matt Hughes ($49,999.98); Rich Franklin ($21,000); Josh Koscheck ($21,666.68); Chuck Liddell ($165,000); and Mike Swick ($28,083.35). Other MMA personalities sponsored by Xyience have also been hung out to dry. Payments have also been neglected for: Cung Le ($40,664) and Xyience Model Rachelle "Leah" ($50,000).

The list of Xyience's 280-plus creditors filed in the bankruptcy case covers every letter of the alphabet, except two coincidental characters of the English language: X AND Y. They owe everyone from AC NIELSEN to ZYEN, LLC. Xyience even owes their cleaning staff (3D Janitorial). Some big names on the list: State of Nevada DMV; T Mobile USA, Inc.; The Fight Network, Inc.; United Parcel Service; USA TODAY; Professional Bull Riders, Inc.; MTV Networks; Nevada Department of Taxation; OFFICE DEPOT; Pitney Bowes; MDK MOTORSPORTS, LLC; Missouri Department of Revenue; MMA Training Centers, Inc.; L.A. STARS, LLC; Howard Hughes Properties, IV; Fedex Freight, Internal Revenue Service; Dymatize; Cott Corporation; Dell, Inc.; Discovery Communications; Verizon Wireless; Washington State Department of Revenue; World Poker Tour Enterprises, Inc; and Zuffa Marketing, LLC..

Now that the company is in bankruptcy, acquiring the Xenergy product is such a seriously high priority that the licensing fee imposed by Zuffa to facilitate the Xenergy product recovery is being imposed as a matter of paramount importance:

> 4. The Zuffa licensing fee is secured by a first priority lien against all of Debtor's unencumbered assets pursuant to Bankruptcy Code Section 364(c)(3) and a junior lien against all of Debtor's encumbered assets pursuant to Bankruptcy Code Section 364(c)(2).

So why is it that now a smart deal gets hammered out post-bankruptcy when the best time to make this happen was the moment Fertitta Enterprises pumped in $12 million in capital? The answer to that question will surely emerge during the discovery process, but it's easy to see that a conflict of interest created this whole dilemma. When you have a company like Xyience in the hands of the principal owners of a company Xyience sponsors, you're bound to have situations in which the controlling players want to make sure their original company makes out a whole lot better than the new company. Add to the conundrum the evidence of all this being part of the grand fraud of the Fertittas buying Xyience specifically to bankrupt it, and what you have is all the explanation you need.

As if it weren't bad enough that they used their own money to sponsor their own company, they initiated the whole scheme to get more sponsors signed and to make it appear as if the covenants of their $350 million financing package for Zuffa were not in breach at all.

Now embroiled in tons of controversy revolving around some of the details of this shady, raw deal, Xyience bankruptcy documents seem to point to clear damage control methods now being employed by Fertitta Enterprises and their new Xyience board of directors. Now, all of a sudden they've justified that huge sponsorship deal as a necessity of doing business:

A new agreement with Zuffa Marketing was absolutely essential to the continued success of the Debtor's business because the prior Zuffa Marketing Agreements had expired, prepetition, and the "UFC" logo appears on the Xyience's current inventory of products and energy drinks, as well as the standing inventory of energy drinks in the possession of Cott. Absent a new agreement with Zuffa Marketing, Xyience had no right to use the "UFC" logo on its products, and Xyience would have therefore been required to destroy those valuable estate assets, experience the delay and related business losses from the associated requirement to manufacture new products without the logo, all in the face of a critical inventory shortage that in and of itself was poised to destroy the Debtor's business absent an immediate cash infusion to purchase inventory from Cott.

The first bidder to make a play for the company is connected to Cott through two former Cott executives. Cott is the maker of the stockpile of Xenergy stamped with the UFC logo, as mentioned above.

The UFC defaulted on Xyience's big sponsorship package in December. Officially, Xyience has no sponsorship interest beyond the UFC logo on the Cott cans from the way it appears. The bankruptcy filings are seriously troubling. Since I am now facing bankruptcy attorneys I've waded into their world, and it makes me shudder. The paperwork I've compiled has the kind of dirt in it that makes you want to take a shower after you read it.

So, let's go back in time to the big money 3-year-deal Xyience did with the UFC that went out to press with the numbers all laid out for all to see. Didn't that set the stage for the domino-effect advertising add-ons of Lumber Liquidators, Harley Davidson, and Bud Light? Didn't Zuffa have only Xyience as a big-time "real-deal" sponsor at the time they applied for their $350 million loan and credit package? Why did everything Zuffa's financiers touch turn to shit all of a sudden? PRIDE fell apart, Station Casino workers are up in arms over payment disputes, Randy Couture left the UFC, Tito Ortiz is leaving, Free Agent Fedor ain't touching the octagon with a ten foot pole. Yet, they are still hyping this thing as the big leagues by touting the big names of Bud Light and Harley Davidson, who had their sponsorships negotiated after the Xyience kickback came in. Like a stack of money at the end of a yo-yo string, Fertitta Enterprises put the capital through the back channel to pay their own sponsorship through investing in Xyience. The only creditor they thought they owed anything to was their own organization.

They might tell you that only means they created their own destiny. They did what they had to do. They came in acting like they cared, wanted to set things straight, and wanted to give so that someday all the stockholders could receive a better day down the line. That's what they were squawking when they put up the $12 million. They then negotiated a sinister, easy to back out of deal, and they kept Xyience propped up only long enough to engage in the sponsorship deal. All the while they had to know Xyience was on its last legs before they put anything into it. They saw a way they could exploit a bankruptcy, and they took advantage of it. They dropped a "Roofie" in Xyience's drink and had their way with her.

As long as big business can continue to operate in this selfish, twisted manner without being held accountable, everyone suffers. I only hope that my case in the hands of the bankruptcy courts will result in justice for all, not just the ones with the deepest pockets.

MORE RELATED DOCUMENTS:

ZUFFA CONFIDENTIALITY AGREEMENT

ZYEN/XYIENCE/FERTITTA ENTERPRISES WARRANT AGREEMENT

ZYEN/XYIENCE/FERTITTA ENTERPRISES SECURITY AGREEMENT

XYIENCE PRESIDENT OMER SATTAR FIRST DECLARATION (JANUARY)

OMER SATTAR FINAL DECLARATION (FEBRUARY)

AMENDED SHAREHOLDER COMPLAINT NAMING FERTITTA ENTERPRISES AS DEFENDANTS(PART ONE)

AMENDED SHAREHOLDER COMPLAINT NAMING FERTITTA ENTERPRISES AS DEFENDANTS(PART TWO)

Fertitta Enterprises

xenergy

xyience

8

Kick it 1

**Share and Enjoy:** These icons link to social bookmarking sites where readers can share and discover new web pages.

- 
- 

Case 08-01082-mkn Doc 112 Entered 11/24/08 21:37:27 Page 18 of 36

A Beautiful Bedroom



Natural Shells Quilt Ensemble
$89.99 Twn
Beautiful Beach Quilt with natural colored shells on Aqua. Cotton, prewashed, luxury overize.

1 of 6 items

www.SimplyQuiltCrazy.com Ads by Google

under: Blogroll, Investigative Reports, MMA, Mixed Martial Arts, Rich Bergeron, UFC, Xyience
Tags: Adam Swift, bank fraud, bankruptcy, Barak Obama, Bevanda Magica, Bill Clinton, bloggers, Britney Spears, Cialis, Cocaine, criminal conspiracy, Dana White, drugs, economy, embezzlement, Enron, federal government, Fedor Emelianenko, Fertitta Enterprises, fightopinion.com, first amendment, first amendment case, Frank Fertitta III, fraud, free porn, freedom of speech, George Bush, George W. Bush, health care, Hillary Clinton, Hunterton and Associates, investigative reporting, investors, IRS, JFK, John McCain, Judge Jeff Thaler, Las Vegas, lawsuit, legal hearings, Levitra, loan fraud, loan sharking, Lorenzo Fertitta, Lucille Iacovelli, Medicare, Methampethamine, Mitt Romney, MMA, money laundering, nudity, Oxycontin, Pamela R. Lawson, police, politics, Rambo, Randy Couture, republican primary, republican primary results, Rich Bergeron, RICO Act, Ritalin, Ron Paul, Russell Pike, scandal, Securities and Exchange Commission, securities fraud, sex, Sherdog, Social Security, Super Bowl, Super Tuesday, supplements, tax evasion, taxes, Ted Kennedy, The Enron of MMA, UFC, Ultimate Fighting Championship, Viagra, Xenergy, Xyience, xyience apparel, Xyience Incorporated, Xyience supplements, Xyience Xtreme Sex, Zach Arnold, Zuffa, Zyen LLC
Digg it Add to del.icio.us Stumble it add to technorati

### Related Post

- FREE MMA FIGHT FOOTAGE (November 22nd, 2008)
- THIS WEEK'S FIGHT NEWS UNLIMITED COMBAT SPORTS RADIO SHOW FEATURING AARON RICHMAN OF THE MMA AD NETWORK (November 21st, 2008)
- 2004 U.S. Olympian Jason "Big Six" Estrada caps strong 2008 on Nov. 29 in Rhode Island (November 21st, 2008)
- FORMER MARTIAL ARTS WORLD CHAMPION AND FILM STAR WILL BRING 10,000 CHILDREN TO ALBANY TO PROTEST GOVERNOR DAVID PATTERON'S BUDGET CUTS (November 21st, 2008)
- SNBC sanctions first title fight (November 21st, 2008)

**2 Comments Received**



JoanF
July 4th, 2008 @12:52 pm

Great work.....and amazing story.

So what will happen to the investors who bought stock in the private placement?

Any chance for a partial/full recovery?

And what about all of the thieves inside of Xyience?

Jail for any of them like Pike? Or do they just get off without a problem?



rich.bergeron
July 4th, 2008 @2:35 pm

They will likely all do no jail time and most won't even be held fully accountable I imagine. The power system in Vegas is just too corrupt and based on who can afford the best lawyer and last the longest in the legal realm. The investors may get something back if they fight to the bitter end, but it won't be much at all. That's just the unfortunate reality of it. I'm still trying to take them all to task on my own, but it's incredibly difficult.

**Leave A Reply**

Username (*require)

Case 08-01082-mkn Doc 112 Entered 11/24/08 21:37:27 Page 20 of 36

Email Address (*require)

website

Comments:

Submit Comment

**Please Note:** Comments may be under moderation after you submit your comments, so there is no need to resubmit your comment again




















« BLIND UGANDAN BOXER SEEN AS ROLE MODEL FOR FIGHTING THROUGH DISABILITY
TAKEDOWN RADIO REPORT »

### Search the Web

- Search

Case 08-01082-mkn Doc 112 Entered 11/24/08 21:37:27 Page 21 of 36

Google Custom Search

CLICK HERE TO CHECK OUT A NEW PROFESSIONAL MIXED MARTIAL ARTS BLOG

CLICK HERE TO VISIT KNOCKOUT PUBLICITY

## ENTER YOUR EMAIL

- Enter your email here to register for Fight News Unlimited's mailing list.

E-mail:

Submit

## FNU EXTRA FEATURES

- 


**LISTEN TO THE FNU COMBAT SPORTS SHOW. Call-in live Every Thursday at 8:00 PM EST.**



**The call in number is 605-475-8515, SHOW CONFERENCE ROOM#:5009209**

**CLICK HERE TO LISTEN TO PAST EPISODES**

b blogged

Search MMA Fighters

**Fighting Styles :**
--- Select Fighting Style ---

**Weight Classes :**
--- Select Weight Class ---

**Fighting Organizations :**
--- Select Fighting Organization ---

## OUR SPONSORS





















**FIGHT SITE FEEDS**

**OTHER FIGHT SITE FEEDS: (GET YOURS LISTED HERE FOR $5)**

**MMA JUNKIE FEED**
**FIGHTLINKER FEED**
**BLOODY ELBOW FEED**
**BLEEDING EDGE FEED**

**Feeds**

**SUBSCRIBES TO OUR NEWS RSS FEEDS**

**get latest updates on news and subscribes to our feeds**

↑ Grab this Headline Animator

**SUBSCRIBE TO OUR COMBAT SPORTS SHOW FEED:**

Subscribe in a reader

**Subscribes**

StumbleUpon

Traffic Rank
unlimitedfightnews.co...
739,854
Nov 24, 2008
Powered by Alexa

ADD THIS BLOG TO MY Technorati FAVORITES | Add to Google | MY AOL | netvibes | Rojo | MY YAHOO! | Bloglines | DICTIONARY | NewsAlloy | Bitty Browser | Send to Phone | NEWSBURST | newsgator | webwag.this | feedlounge

**Search**

Enter your sea

**Categories**

Select Category

**COOL LINKS!**

**TRANSLATORS:**

French | German version | Spanish version | Italian version




| Upcoming MMA Events™ | |
|---|---|
| 11-26-2008 | KOTC - Anticipation |
| 11-28-2008 | KOTC Canada - Grinder |
| 11-29-2008 | Shooto: Tradition 04 |
| 12-03-2008 | WEC 37: Torres vs. Tapia |
| 12-05-2008 | TKO 36: |
| 12-05-2008 | XFC: Salute Our Armed Forces 6 |
| 12-05-2008 | MFC 19: Long Time Coming |
| 12-05-2008 | K-1 World Grand Prix 2008 Final |
| 12-06-2008 | Pancrase: Shining Tour 09 |
| 12-06-2008 | Ultimate Challenge UK: Bad Breed |

Case 08-01082-mkn Doc 112 Entered 11/24/08 21:37:27 Page 24 of 36

**Recent Posts**

- **FREE MMA FIGHT FOOTAGE**
- **THIS WEEK'S FIGHT NEWS UNLIMITED COMBAT SPORTS RADIO SHOW FEATURING AARON RICHMAN OF THE MMA AD NETWORK**
- **2004 U.S. Olympian Jason "Big Six" Estrada caps strong 2008 on Nov. 29 in Rhode Island**
- **FORMER MARTIAL ARTS WORLD CHAMPION AND FILM STAR WILL BRING 10,000 CHILDREN TO ALBANY TO PROTEST GOVERNOR DAVID PATTERON'S BUDGET CUTS**

**FNU TV**

**FNU TV**





YouTube Widget by Daiko

Box-Tube Box Modulize WordPress Theme By Dezzain Studio
©2006-2008 FIGHT NEWS UNLIMITED
Powered by WordPress 2.3.2 Valid XHTML Valid CSS



# EXHIBIT "4"

**Stock Information**
Find Providers of Stocks. Your Business Solution Business.com
www.business.com

**Capital for Start-ups**
Equity capital for young companies Monthly GOA meetings across USA
www.gatheringofangels.com

**Find Venture Capital**
Largest online Investor database. Get Funded Today! (800) 260-0566
www.FindThatMoney.com

**Enron, Worldcom Help**
Experts help investors + give free advice to get out and money back
www.ShareholdersFoundation.com

Ads by Google




*"Well, it's too late, tonight, to drag the past out into the light."*

*ONE by: U2*

# THE ENRON OF MMA

## By: Rich Bergeron

**Because of an email that is now the subject of a $25 million lawsuit against me, and because I followed up on that email, I'm in a position now where I can put all of the intricate puzzle pieces together to prove the greatest fraud in fight industry history.**

**This story is too huge to keep to myself. It is dubbed the Enron of MMA for a reason, because it really *is*.**

**Right under the very noses of the fans who tuned in faithfully for every big show, right behind the backs of the fighters who put their safety on the line for the cash and the bragging rights of fighting in the "octagon", and right past federal regulators behind the curve, the latest Xyience backers have been feeding a chain of lies to investors and the public, and for a long time they were able to fly under the radar and avoid detection.**

**All the while, the UFC has found a way of representing themselves as having this great, exclusive sponsor, but it's not really all that great.**

Some fans might have heard that the UFC (AKA Zuffa, LLC) took out a $325 million loan not too long ago: DETAILS OF ZUFFA LOAN. In June 2007 Zuffa, LLC, the parent company of the UFC, borrowed $325 million through a Senior Secured Credit Facilities Term Loan due 6/18/15. This debt instrument was placed with Oppenheimer Funds, Franklin Templeton Funds, Fidelity Funds and others.

Evidently the Fertittas spent most of the proceeds on the purchase of Pride and on a dividend for themselves and Dana White. The provisions of the loan are as follows: The loan is a pledge of the entire Zuffa assets and revenues, including the UFC, and a stated amount of revenue must come from sponsorships.

The new UFC Xyience contract, which newly-crowned co-CEOs Adam Frank and Kirk Sanford negotiated with John Mulkey, the CFO of Zuffa LLC, calls for $9 million the first year, $11 million the second year and $12.14 million the third year. And Xyience will reportedly not be in the center of the mat after March. In other words: The Fertitta funding and new UFC contract with Xyience appears to be a sham for the auditors of Zuffa and the UFC to cover-up the fact that a key covenant in their $325 million loan was in breach.

They were allowed to obtain this loan by representing the sponsors they have are all above board, successful companies. Once Zuffa had secured and collected on their own loan, Fertitta Enterprises and a few other outside investors gave Xyience financing in a deal that shareholders were told would directly benefit the company and provide operating funds for an expansion of the brand. The alternative would be to bankrupt the company. The scare tactic worked. The new investment group now plans to do what they said they were trying to avoid all along, all in order to truly capitalize for themselves on their investment.

Instead of providing bridge financing for an IPO of Xyience stock (as some investors were told the Fertitta funding would facilitate) or funds to pay off a host of other vendor fees Xyience has accrued, the Fertitta loan barely made a dent in Xyience's extensive debt.

Fertitta Enterprises entered into financing Xyience primarily to pay off the company's UFC debt. Almost immediately after the Fertitta money came in, Xyience reportedly forked out over $6.5 million in past due sponsorship fees that had been accrued by Xyience and were owed to the UFC. The company also extended their UFC sponsorship contract right after the Fertitta Enterprises deal became official. The Fertittas and a few other investors basically funded a company on the verge of bankruptcy to provide capital for themselves. So, the Fertittas and a few friends paid the debts owed to the UFC by Xyience while also propping Xyience up as a valid, viable company. Any way you slice it, it's a scam perpetrated by misdirection and manipulation.

Xyience has been insolvent for months now, yet the folks at Fertitta Enterprises used Xyience as a significant reference to get their hands on $325 million for Zuffa, LLC, and the entire business' assets are riding as collateral on that loan. Read the MMA Payout article, and you see where the money went. Zuffa made a heavy investment in PRIDE, took some dividend money, gave a significant bailout loan to Xyience through Fertitta Enterprises, and extended the Xyience endorsement contract for three years.

Sales under the new Xyience regime are suffering amid the clamoring MMA mainstream press eager to print explosive evidence, like the report that a supplement Sean Sherk was

taking had tested positive for a banned substance. There were also reports of fighters getting stiffed on contract money, and months after I reported it on my site the Liddell/Xyience issue was finally brought to light and confirmed.

Those who once saw me as a conspiracy theorist had to open their eyes, look twice, and say, "Jesus, the kid was right all along."

At this point I know almost all there is to know about Xyience. So, let's get to it:

Xyience is no better now than it was when it was freshly stolen from John Scott, the Current Owner of John Scott's Nitro.

Xyience is a wreck. They have been lying about their growth and placement in the marketplace for far too long. Xenergy is not the fastest growing and selling energy drink. Kirk Sanford and Adam Frank are leading the company into what they describe as a situation where they simply must bankrupt it once and for all. This revelation is coming just mere weeks after they purported to save it from that same exact scenario with the Fertitta deal.

The company has already had one round of layoffs and faces another one soon as the prospect of bankruptcy comes into focus.

For some reason it didn't surprise me when I found out that Kirk Sanford's old company Global Cash Acess Holdings had a very significant account with Station Casinos. The Fertitta Brothers through Fertitta Enterprises have been able to hijack Xyience without inspiring any sort of outrage from the MMA fans or the fighters who might have appreciated that $12 million investment being put back into the UFC and spread out through contracts.

Lobbying against Fertitta Enterprises and Frank and Sanford are an estimated 340 investors. The offer tentatively on the table, according to inside reports, is to give the existing investors a 5 percent interest in the new company if they are willing to cooperate.

The company is fraught with liability and debt. Bankruptcy may be the only way out, but why do those 340 shareholders have to be left holding the bag if they don't pledge allegiance to the new regime? Why should the folks who put in early get screwed? Why should they be forced to support a group who only seems to be furthering and complicating the fraud at Xyience instead of alleviating it?

It's pretty clear something has to be done to permanently prove the company is in good hands and has begun moving in a better direction to regain loyal customers and cleanse the name of the institution. This company has been bought and sold over and over again, six ways to Sunday, and around the world in 80 days.

Once the Fertitta deal separated Pike and his close associates from voting rights, a new group of movers and shakers in the shady business world came in and began to pick the remaining post-Pike assets apart. They are taking everything of value and dismantling it all, pulling off a massive scam, all under the veil of an association with the Ultimate Fighting Championships, A.K.A. Zuffa. Layoffs at Xyience to move closer to bankruptcy will leave all those employees out of work for the holiday season, and many have already jumped the gun and put their resumes up on www.monster.com.

**The resulting fallout unfolding here reminds me of the words of one of my early sources: "Xyience isn't a sponsor of the UFC, the UFC is a sponsor of Xyience." Nothing could be more true right now.**

**The UFC became its own sponsor when the Fertittas bought into Xyience. Their $325 million loan terms require them to have strong sponsor partnerships, so it was not merely a factor of being guilty by association. There was more to it than that. They had overextended themselves, they needed a loan, and they needed their main sponsors to stay strong and look the part. Not too long ago Dana White was screaming from the rooftops about how the UFC didn't need a Coke or Pepsi level sponsor.**

**"I don't fucking need Coke to keep doing what we're doing, man. Believe me, the big time sponsors if they come on, of course that'd be fantastic. I don't need 'em. 18-to-34 year old males, they're here hanging out with me. If Coke wants them, Coke needs to come to us," White proclaimed. Turns out Coke didn't need White, either.**

**In the end he was stuck with the option of having nobody come knocking, and Xyience had to stay on point somehow. If the company went under, everything would go wrong for the UFC. It would be the second straight sponsor bailing out from on-the-mat advertising due to bankruptcy.**

**In an interview recently on CNBC with former Disney Head Honcho Michael Eisner, White promised the UFC would be announcing some brand new corporate sponsors within the next few months.**

**Xyience is still bankrupt for all intents and purposes. They cannot serve their debt under current arrangements. It's only a matter of time before they have to admit their plan to take the company under. Someone will end up foreclosing, and it appears the most likely scenario is the Fertitta Enterprises group gaining control over the bulk of the company's interests and assets in the advent of any insolvency. Then they will have to change the name and reconstitute the business.**

**"We look forward to our future endeavors together as both of our companies continue their explosive growth," Dana White said back when Xyience and the UFC extended their sponsorship. Xyience was on its way to bankruptcy and just received a huge infusion of capital to keep it from going under, yet White calls this condition "explosive growth?"**

**If you could know what I know, you'd completely understand. Let me slow down and get to the point at the same time. What has befallen this company under Russell Pike has been written to death. This is the new chapter, the unfolding of everything, the great reveal.**

**The new players are some richly people to say the least. For research purposes, here's a list to familiarize yourself with:**



**ADAM FRANK**
**CO-CEO**



**KIRK SANFORD**
**CO-CEO**



**OMER SATTAR**
**COO**

**BILL BULLARD OF FERTITTA ENTERPRISES**

**KATHRYN LEVER**

**PATRICK BRAUCKMAN**

**MORE ON BRAUCKMANN**

**ADAM ROSEMAN**

**BILL UNDERHILL**

**MICHAEL EISNER**

**KARIM MASKATIYA**

**JEFF DASH**

**Xyience is now on a collision course for bankruptcy while a group of shareholders are threatening a class action suit. Even some of the recently burned employees are considering joining the class action suit. I have personally spoken to lawyers already regarding a possible case.**

**Kirk Sanford's sudden departure from Global Cash Access and the stock's nosedive in**

mid-November leave more questions than answers, and now Sanford is at Xyience with all the players he was closest to at GCA.

GCA's operation in Macau was allegedly set up to create kick-backs for Karim Maskatiya. He is the person who insiders say put Kirk, Kathryn Lever and Omer, his nephew, into management at Xyience. Maskatiya also reportedly put $5 million of his own money into Xyience. About half of the board of directors for Xyience now has some connection to the casino industry.

On top of everything, the Fertittas' Station Casinos is one of GCA's most significant accounts. Station Casinos also endorsed Judge Timothy Williams for his campaign to get a district court bench. Williams just happens to be the judge overseeing Xyience's $25 million case against me in Clark County, Nevada. Williams also coincidentally oversaw the case of Fishman Companies vs. Dream Stage Entertainment (DSE). Just before the Fertittas could be deposed in the case, it was settled. Soon after that settlement, the UFC'S purchase of DSE (PRIDE) became official.

While Williams has been quick to act and set hearings for the Xyience motions on the docket and graciously approved the other side's proposed orders, my own motion to dismiss has been sitting on the docket for longer than a month now. Even in the face of Xyience's lawyer withdrawing from the case, the judge refuses to acknowledge that the whole $25 million litigation is a farce.

Also of interest is the case Xyience Founder Russell Pike has filed against Kirk Sanford and Adam Frank.

To get a better understanding of what has been happening to the company and the shareholders, you have to understand the relationship with the legal counsel of Xyience: Eisner and Frank.

Michael Eisner of Eisner and Frank was brought to Xyience in December of 2006 by Adam Roseman, the CEO of ARC Investment Partners and Jeff Dash, the Xyience CFO at that time. ARC Investment Partners and Eisner and Frank are both based in Beverly Hills, CA.

In November of 2006, Roseman, who was introduced to Xyience by Jeff Dash, introduced Patrick Brauckmann to Xyience. Roseman reportedly told management that he and Brauckmann would be able to raise $25 million in order to capitalize the company and retire the defaulted $10 million Brush Monroe note and buy back the 7 million shares of Xyience stock held by the AA Capital receiver.

Reports say in January of 2007, Roseman insisted on becoming CEO and Chairman of the Board of Xyience and appointed Adam Frank to the board stating that he needed the executive positions and Frank to help raise the $25 million. Adam Frank also reportedly promised to invest $1 million into Xyience.

At the end of January 2007 members of the board of directors of Xyience consisted of: Adam Frank; Adam Roseman; Russell Pike; Peter Rinato; and Michael Clark. By February of 2007 the Brush Monroe note, held by the AA Capital receiver, was convertible into 16 million shares of Xyience stock. With the 7 million shares already held by the receiver.

**So, whoever purchased the receiver's position would get 23 million shares of stock.**

**CORPORATE RAIDERS OF THE LOST "ARC"**

**Eisner and Frank, Jeff Dash, Adam Roseman and Adam Frank, along with Patrick Brauckmann, allegedly put together an intricate scam where they went behind the backs of Russell Pike, Peter Rinato and Michael Clark, and the majority on the board of directors, to purchase the Brush Monroe note and the stock from the AA Capital receiver in February. They then reportedly sold Xyience stock to investors for $2.50 a share, stock that they did not have, telling the investors that the money was going into the company. Actually, they were putting the money into Key Management, an entity set up by Brauckmann, to buy the note and stock from the receiver for $10 million for themselves.**

**They would get 23 million shares from the receiver and give the people they sold the stock to 4 million shares, while keeping 19 million shares of Xyience stock for themselves.**

**The receiver entered into negotiations with Brauckmann to sell the note to Brauckmann's Key Management in January. The other Xyience board members: Pike, Rinato and Clark, found out about the court hearing and sale the day before the hearing and tried to stop the sale. But as Dash, Frank, Roseman and Brauckmann had starved the company of funds, the company had no money to buy the note and stock from the receiver.**

**After two hearings and a compromise, the judge let the sale go through when Brauckmann stated that he would fund Xyience with $20 million. Brauckmann later reportedly never put up that promised money.**

**The compromise gave Jeff Dash, Adam Frank, Adam Roseman and Patrick Brauckmann over 10 million shares of stock and stock options and a $5 million note at no cost to themselves.**

**Not only did Eisner and Frank not appear in court to try to stop this scam, they also tried to stop legal counsel hired by Peter Rinato from representing the shareholders and the company at the court hearings. This scam effectively diluted the shareholders' stock by almost 30 percent. The lack of funding grinded production to a halt and made sales in February of 2007 the worst in almost a year. This all happened while Xyience was publicly making sales claims <u>their own analytics firm questioned</u>.**

**After the compromise, Adam Roseman resigned from the board and Adam Frank stayed on the board. Karim Maskatiya, a large shareholder of Xyience, founder and chairman of the board of Global Cash Access, was given authority to appoint two people to the board. By the end of May, Karim had appointed Kirk Sanford and Kathryn Lever to the board.**

**<u>Michael Kurdziel</u>, manager of Adam Roseman's ARC Investment Partners, represented Roseman's and Brauckmann's interests, and only Bill Underhill represented the shareholders.**

**<u>Arc Investment Partners later sued Brauckmann for problems related to another deal they corroborated on.</u>**

# THE LAST HURRAH

**After having the wool pulled over their eyes by Brauckmann and company, the good people left at Xyience were put in the hands of yet another abuser to be victimized yet again. The new regime hopes this third try to get something of value out of the mess Xyience has become will be an unqualified success. Yet, to obtain that goal the new powers that be will have to alienate the shareholders that put Xyience on the map with their early funding. There will be layoffs and auctions, misery and loss. Kirk Sanford likes to call this approach "Scorched Earth."**

**From June 2007 on, Kirk Sanford and Adam Frank controlled the company, and it seemed apparent to insiders that these men would not raise any capital. They, with Kurdziel and Lever, controlled the board. It was up to them to save the company while they still could.**

**Adam and Kirk reportedly gave themselves 600,000 shares of stock each and 3 million stock options for themselves and their new Xyience team. Yet, they thwarted every attempt by Bill Underhill to bring in financing. They postponed the June scheduled shareholders meeting until the third quarter. On July 11 and 12 Adam and Kirk had six investor conferences in two days and stated at these conferences that they would "establish robust reporting to shareholders" and that "material strategic and financing decisions must have complete visibility."**

**Reports confirm Sanford and Frank have not called a complete shareholder meeting recently (although one is scheduled for December 15), and they refuse to give any disclosure to shareholders. I sent Sanford a list of questions recently, and he refused to provide answers publicly. "You had some good questions," he wrote in response. "But, we decided it would be better if we communicated directly to the shareholders ourselves first. Once we've done that, I am sure they will send you a copy (like they always do)."**

**By the middle of summer, once again, production was halted because of lack of funding, and sales suffered. This cost the company millions of dollars in sales and earnings. Kirk and Adam still did not seem eager to pursue any funding of Xyience, except with Bill Bullard, President of Fertitta Enterprises.**

**Insiders say the co-CEOs ignored all other funding opportunities and even allegedly spoke disparagingly about the company to other potential investors. By the beginning of October Kirk and Adam were threatening bankruptcy. If the major shareholders did not give in and authorize the Fertitta funding that Bill Bullard, Adam Frank and Kirk Sanford had put together, Adam and Kirk said they would put the company into bankruptcy.**

**Adam Frank even sent out a cessation of operations e-mail without calling a board meeting. By this time they also had crammed down all vendor payments by threatening bankruptcy. What they proposed was a $12 million one year 15% senior note from Fertitta Enterprises.**

**But, the funding did not sustain the company at all. What it did was make the entire arrears payment to the UFC of $6.5 million, paid off a note to Fertitta Enterprises for $1 million, paid Adam and Kirk $500,000.00 for their notes, paid Fertitta Enterprises an initiation fee of $240,000.00 and paid Eisner and Frank--Rosemann's lawyers that helped orchestrate the February scam--almost $300,000.00.**

**All these were paid while note holders, who had notes that were past due and payable, had received nothing or just partial payments. Other legal fees and payables also remained**

**outstanding. Xyience's case against me has not even been funded. In addition, 7.3 million stock options were attached to the funding for Adam and Kirk, and Fertitta Enterprises received 10% of all Xyience stock outstanding in warrants for one cent a share.**

**Another and even more incredible provision was that Fertitta Enterprises would receive default warrants for another 100 million shares for one cent a share if the shareholders voted to change the board of directors.**

**In other words, Fertitta Enterprises would pay themselves and the UFC and receive 60% of Xyience. Frank and Sandford were rewarded for lying to shareholders by promoting a deal for the Fertittas to help save Xyience when all along the deal only served to destroy the company.**

**On October 2, 2007 Frank and Sanford informed Russell Pike, William Pike and Michael Clark, shareholders who represented 25% of the shares outstanding, that if they did not sign the funding consent form for the Fertitta funding and give up their voting rights, Adam and Kirk would put the company into bankruptcy. On October 3, under duress, the Pikes, Clark and other major shareholders signed the consent forms.**

**Only eleven shareholders, who represent over 50% of the shares outstanding, ever saw the funding agreement. Over 300 shareholders are reportedly still being kept in the dark by Adam Frank and Kirk Sanford as to their investment. So, the UFC, Fertitta Enterprises, Adam Frank, Kirk Sanford and *Eisner and Frank* were paid in full, and Fertitta Enterprises, Adam Frank, Kirk Sanford, Karim Maskatiya and Patrick Brauckmann were given total control of the company--all while sales and relationships with major customers were reportedly destroyed.**

**The scam can only ultimately be pulled off if the Fertittas remain virtually invisible. This is why there has been no press release. You won't see Lorenzo Fertitta at any podium proclaiming the UFC now has an indirect financial interest in one of their main sponsors. The situation screams conflict of interest. They have instead left it up to Adam Frank and Kirk Sanford to sink the ship and command the expedition to salvage the wreckage.**

**There is one glaring commonality between the UFC and Xyience. On paper both companies are losing money on a grand scale. The UFC's losses have been estimated to be at least $44 million since the Fertittas and Dana White took over. Xyience lost $56 million in 2006 according to their profit and loss statement for that year.**

**Vegas is supposed to be the place where big gambles pay off. Yet, no matter how much money is thrown at these two companies, they still can't overtake their losses. They can't generate their own surplus of capital. Instead, Zuffa had to bail Xyience out indirectly and rely on a $325 million loan to provide any profit-sharing opportunities for the principals. They basically just put a second mortgage on their whole company. The question that remains is simple:**

**How much can you really do with $325 million, minus of course what ZUFFA paid for PRIDE? Can you resuscitate a dead company? Can you right a wrong?**

**Can you erase the past?**

Case 08-01082-mkn Doc 112 Entered 11/24/08 21:37:27 Page 36 of 36

**Only time will tell.**

CLICK HERE TO COMMENT