GORDON SILVER
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gordonsilver.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Counterdefendant,
Fertitta Enterprises, Inc.

E-Filed On November 25, 2008

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>XYIENCE INCORPORATED,<br>a Nevada corporation,<br><br>Debtor. | Case No.: BK-S-08-10474-MKN<br>Chapter 11 |
| XYIENCE INCORPORATED,<br>a Nevada corporation,<br><br>Plaintiff,<br>v.<br><br>RICHARD BERGERON, an individual,<br><br>Defendant. | Adversary No. 08-1082-MKN<br><br>**CERTIFICATE OF SERVICE OF (1) MOTION OF COUNTERDEFENDANT, FERTITTA ENTERPRISES, INC., TO DISMISS AMENDED COUNTERCLAIM OF DEFENDANT/COUNTERCLAIMANT, RICHARD BERGERON; (2) DECLARATION OF MATTHEW C. ZIRZOW, ESQ.; AND (3) NOTICE OF HEARING** |
| RICHARD BERGERON, an individual,<br><br>Counterclaimant,<br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada corporation,<br><br>Counterdefendants. | Date: January 7, 2009<br>Time: 9:30 a.m. |

1. On November 24, 2008, I served the foregoing documents by the following means to the persons as listed below:

☒ a. ECF System to: See attached ECF Confirmation Sheet

2. On November 25, 2008, I served the foregoing documents by the following means to the persons as listed below:

☒ d. By direct email to: Richard Bergergon: rich.bergeron@gmail.com

I declare under penalty of perjury that these facts are true to the best of my knowledge and belief.

DATED this 25th day of November, 2008.

Marsha Stallsworth, an employee of
Gordon Silver

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555



101630-001/641454.doc

**MDS Marsha D. Stallsworth**

**From:** USBC_NEVADA@nvb.uscourts.gov
**Sent:** Monday, November 24, 2008 9:36 PM
**To:** Courtmail@nvb.uscourts.gov
**Subject:** 08-01082-mkn Motion to Dismiss Adversary Proceeding

*****NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from ZIRZOW, MATTHEW C. entered on 11/24/2008 at 9:35 PM PST and filed on 11/24/2008
**Case Name:** XYIENCE INCORPORATED v. BERGERON
**Case Number:** 08-01082-mkn
**Document Number:** 111

**Docket Text:**
Motion to Dismiss Adversary Proceeding Filed by MATTHEW C. ZIRZOW on behalf of FERTITTA ENTERPRISES (ZIRZOW, MATTHEW)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Bergeron New Motion.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=11/24/2008] [FileNumber=11117512-

0] [43bdecb95e9a502a668a87f0b0c03e8f18ecbbe918c11817327d1545e9910a8b6b

e3207fb24c5663a774be69b7c4713748b421cc4598ba2370776f51f3134bd2]]

**08-01082-mkn Notice will be electronically mailed to:**

LAUREL E. DAVIS ldavis@fclaw.com, mhurtado@fclaw.com;mlafrena@fclaw.com

JON PEARSON jpearson@fclaw.com, mhurtado@fclaw.com

MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

**08-01082-mkn Notice will not be electronically mailed to:**

RICH BERGERON

147 OLD COUNTY ROAD
EAST SANDWICH, MA 02537

BARTHOLOMEW DONOVAN
UNKNOWN
LAS VEGAS, NV 89101

GARY NELSON
,

**MDS Marsha D. Stallsworth**

**From:** USBC_NEVADA@nvb.uscourts.gov
**Sent:** Monday, November 24, 2008 9:38 PM
**To:** Courtmail@nvb.uscourts.gov
**Subject:** 08-01082-mkn Declaration

*****NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from ZIRZOW, MATTHEW C. entered on 11/24/2008 at 9:37 PM PST and filed on 11/24/2008
**Case Name:** XYIENCE INCORPORATED v. BERGERON
**Case Number:** 08-01082-mkn
**Document Number:** 112

**Docket Text:**
Declaration Of: Matthew C. Zirzow, Esq. Filed by MATTHEW C. ZIRZOW on behalf of FERTITTA ENTERPRISES (Related document(s)[111] Motion to Dismiss Adversary Proceeding filed by Counter-Defendant FERTITTA ENTERPRISES.) (ZIRZOW, MATTHEW)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Bergeron New Declaration.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=11/24/2008] [FileNumber=11117518-

0] [f6d29684e1536ba67aebf36acc3e110faff46eff4982dde306f297635498e089e5
68c85cce6332cc5db032768ad31fd52adb58c9059247c366b72d93bf10733b]]

**08-01082-mkn Notice will be electronically mailed to:**

LAUREL E. DAVIS ldavis@fclaw.com, mhurtado@fclaw.com;mlafrena@fclaw.com

JON PEARSON jpearson@fclaw.com, mhurtado@fclaw.com

MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

**08-01082-mkn Notice will not be electronically mailed to:**

RICH BERGERON

147 OLD COUNTY ROAD
EAST SANDWICH, MA 02537

BARTHOLOMEW DONOVAN
UNKNOWN
LAS VEGAS, NV 89101

GARY NELSON
,

11/25/2008

## File a Notice:

08-01082-mkn XYIENCE INCORPORATED v. BERGERON

Type: ap Office: 2 (Las Vegas) Lead Case: 08-10474-mkn

Judge: mkn

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from ZIRZOW, MATTHEW C. entered on 11/25/2008 at 9:39 AM PST and filed on 11/25/2008

**Case Name:** XYIENCE INCORPORATED v. BERGERON
**Case Number:** 08-01082-mkn
**Document Number:** 114

**Docket Text:**
Notice of Hearing . Hearing scheduled 1/7/2009 at 09:30 AM at MKN LV-Courtroom 2, Foley Federal Bldg. Filed by MATTHEW C. ZIRZOW on behalf of FERTITTA ENTERPRISES (Related document (s)[111] Motion to Dismiss Adversary Proceeding filed by Counter-Defendant FERTITTA ENTERPRISES.)(ZIRZOW, MATTHEW)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\mds\Desktop\NOH Motion of Fertitta to Dismiss Ameneded Counterclaim of Defendant Counterclaimant Richard Bergeron.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=11/25/2008] [FileNumber=11119198-0] [c2535493cf021902ee5e4928b4a1a99b662d9beb6f223fc4d79befacffe5439d72 38352dabbefd19a1a170ea109b4e333e170c082255fdf0f271ef6994df24f0]]

**08-01082-mkn Notice will be electronically mailed to:**

LAUREL E. DAVIS ldavis@fclaw.com, mhurtado@fclaw.com;mlafrena@fclaw.com

JON PEARSON jpearson@fclaw.com, mhurtado@fclaw.com

MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

**08-01082-mkn Notice will not be electronically mailed to:**

RICH BERGERON
147 OLD COUNTY ROAD
EAST SANDWICH, MA 02537

BARTHOLOMEW DONOVAN
UNKNOWN
LAS VEGAS, NV 89101

GARY NELSON
,

## MDS Marsha D. Stallsworth

**From:** MDS Marsha D. Stallsworth
**Sent:** Tuesday, November 25, 2008 9:46 AM
**To:** 'rich.bergeron@gmail.com'
**Subject:** Service of Documents: Adv. No. 08-1082

**Attachments:** Dkt 111 Motion of Counterdefendant, Fertitta Enterprises, Inc. to Dismiss Amended Counterlcaim of Defendant-Counterclaimant, Richard Bergeron.pdf; Dkt 112 MCZ Declaration re Motion of Counterdefendant, Fertitta Enterprises, Inc. to Dismiss Amended Counterlcaim of Defendant-Counterclaimant, Richard Bergeron.pdf; Dkt 114 NOH Motion of Fertitta to Dismiss Ameneded Counterclaim of Defendant Counterclaimant Richard Bergeron.pdf

Dkt 111 Motion of Counterdefen... Dkt 112 MCZ Declaration re Mot... Dkt 114 NOH Motion of Fertitta...

THIS CONSTITUTES SERVICE OF THE FOREGOING ATTACHED DOCUMENTS.