[illegible] FILED
2008 NOV 25 P 1:29
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Rich Bergeron
147 OLD COUNTY ROAD
East Sandwich, MA 02537
Telephone: (617) 209-4325
Defendant as Pro Se Attorney

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re:<br><br>XYIENCE, INC., A Nevada Corporation<br><br>Debtor. | No. BK-S-08-10474-MKN<br>Chapter 11<br><br>Eighth Judicial District Court<br>Las Vegas, Clark County, Nevada<br>Case No. A544781, Dept. XXIII |
| XYIENCE INCORPORATED, a Nevada Corporation,<br>Plaintiff,<br><br>v.<br><br>RICHARD BERGERON, an individual<br>Defendant. | CASE NO. BK-2-08-AP-01082-MKN<br><br>**AFFIDAVIT OF RICHARD KLINGENBERG IN SUPPORT OF DEFENDANT AND COUNTER-CLAIMANT'S MOTION TO STRIKE THE PERJURED DECLARATIONS OF ADAM FRANK AND JAMIE COGBURN; AND MOTION TO VACATE THE MODIFIED PRELIMINARY INJUNCTION ORDER** |
| RICHARD BERGERON, an Individual,<br><br>Counterclaimant,<br><br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada Corporation,<br><br>Counterdefendants. | Hearing Date: ____________, 2008<br><br>Time: 9:30 AM<br><br>Location: 300 Las Vegas Blvd. South<br>Courtroom #2<br>Las Vegas, NV 89101 |

**AFFIDAVIT OF RICHARD KLINGENBERG IN SUPPORT OF DEFENDANT AND COUNTER-CLAIMANT'S MOTION TO STRIKE THE PERJURED DECLARATIONS OF ADAM FRANK AND JAMIE COGBURN; AND MOTION TO VACATE THE MODIFIED PRELIMINARY INJUNCTION ORDER**

Richard Klingenberg, being first duly sworn, states as follows:

1. I make this affidavit in support of Defendant and Counterclaimant Rich Bergeron's Motion to Strike the Perjured Declarations of Adam Frank and Jamie Cogburn; and Motion to Vacate the Modified Preliminary Injunction Order.
2. I have personal knowledge of, and I am competent to testify to the facts contained in this affidavit, except those matters based upon information and belief, and as to such matters I believe them to be true.
3. For the last few months I have been communicating with Rich Bergeron in relation to Xyience, and I am convinced that he is out to help the shareholders and never intended to harm the company.
4. At first I really hated what he was doing because I helped start the company and my children's educational trust stood to lose everything (they have since lost everything), but his actions triggered me to take a step back and ask what was really going on at Xyience.
5. I was trying very diligently in the months before the bankruptcy to get venture firms to consider helping Xyience, but I was told by Adam Frank, Kirk Sanford and Michael Levy that with Bergeron slandering everyone the company was going down. I am sure now that argument was a smokescreen for their planned bankruptcy.
6. I explained to them that my sources were completely aware of all the drama but would move forward based on financials.
7. I begged and pleaded for these financials for over 6 months and they refused to give me even a summary, and you can see by the attached emails where all that got me.
8. Bill Bullard of Fertitta Enterprises was cc'd on all this, and yet Zyen, LLC and Fertitta Enterprises still went forward into foreclosure on their Xyience note and then bankruptcy, even though they spent virtually the entire investment package (which they promised was designed to avoid bankruptcy and expand the brand) on their own business entities, namely

Zuffa.

9. What has been most damaging to my family is Adam Frank, Kirk Sanford and Micheal Levy all convinced the trustee of my family's trust fund to subordinate the secured position it had in the company on the promise that my Mom would be paid back her $20,000 and the trust would be paid back the outstanding balance upon the Fertitta funding.

10. Instead, they just flat out robbed her. They paid her $5,000 out of the 12 million dollars and took hundreds of thousands for themselves. Obviously, if they will rob old ladies and children's college funds they certainly are capable of damaging others who stand in the way of their insatiable appetite for cash.

*Dated November 21st, 2008*

RIC KLINGENBERG, AFFIANT

Subscribed and Sworn to Before Me
This 21st Day of November, 2008

NOTARY PUBLIC
My Commission Expires: Jan 3, 2012

CAROL T. BROWN
NOTARY PUBLIC
STATE OF NEVADA
My Commission Expires 01-30-2012
Commission No: 04-86898-1

EMAIL COMMUNICATIONS RELATED TO THIS AFFIDAVIT:

From: Sanford, Kirk [mailto:ksanford@gcamail.com]
Sent: Tuesday, November 13, 2007 4:09 AM
To: Ric Klingenberg; nlflv@aol.com; janisgrady@aol.com; adam@adam-frank.com; andymersha@yahoo.com; semisports@yahoo.com; jbert3@cox.net; jsadler@rsplv.com; chuckypson@yahoo.com; jwayte@us.ibm.com; designelectric@sti.net; steve@alternativehealth4u.com; DRBOJRAB@aol.com; mike@navbat.com; egarcia777@cox.net; coronagiuliano@aol.com; mgiuliano@lee-assoc.com; dc1.1@netzero.net; rory.camangian@gmail.com; kitcope@aol.com; rsozzi@rvsventures.com; rinaldi5@cox.net; sjbock@hotmail.com; pb@crowncapitalsa.com; flamencovivo@aol.com; apwstrategies@gmail.com; marc.rock@gmail.com; sbock@cox.net; dianefrankteam@yahoo.com; kriech18@hotmail.com; devinleemarin@aol.com; cjs@hexagoninc.com; chubilly@yahoo.com; billyzb@yahoo.com; Russell Pike; terry@tlcconsulting.biz; mclarkmjc@lvcoxmail.com; janderson84@aol.com; bunderhi@aol.com
Cc: ptsay@eisnerlaw.com; Lever, Katie; braukmann@shaw.ca; jmersino@xyience.com; ronaldsol@msn.com; mlevy@xyience.com; billb@gordonbiersch.com; BookMagician@aol.com; vdibernado@xyience.com; osattar@xyience.com
Subject: RE: I need your help please

Ric, my apologies for not responding to your email below. Unfortunately, Adam and I have been recently served with a lawsuit by Russell (your boss) for a $21M "defamation" of his character. We have been busy working on our response to the complaint with our legal counsel. The Comedy Central Network will also receive a copy.

For the rest of the shareholders that are looking for answers to any concerning questions, Adam and I will be sending a shareholder letter addressing the emails we received thus far and we will also be available at the upcoming annual meeting in December to discuss as well. We would respectfully request that the "happy ears" be left at home so we can have productive discussions on addressing some of the challenges we are facing that were created by the past founders/management.

As someone that invested $400K of my hard earned money and have $8M of my friends money in this deal and have yet to realize any return on the investment, would be great to hear anyone debate how the interest of your current management team are not aligned with you as a shareholder.

Regards, Kirk

From: Ric Klingenberg [mailto:ric@xyienceapparel.com]
Sent: Thu 11/8/2007 1:46 PM
To: nlflv@aol.com; janisgrady@aol.com; adam@adam-frank.com; Sanford, Kirk; andymersha@yahoo.com; semisports@yahoo.com; jbert3@cox.net; jsadler@rsplv.com;

chuckypson@yahoo.com; jwayte@us.ibm.com; designelectric@sti.net; steve@alternativehealth4u.com; DRBOJRAB@aol.com; mike@navbat.com; egarcia777@cox.net; coronagiuliano@aol.com; mgiuliano@lee-assoc.com; dc1.1@netzero.net; rory.camangian@gmail.com; kitcope@aol.com; rsozzi@rvsventures.com; rinaldi5@cox.net; sjbock@hotmail.com; pb@crowncapitalsa.com; flamencovivo@aol.com; apwstrategies@gmail.com; marc.rock@gmail.com; sbock@cox.net; dianefrankteam@yahoo.com; kriech18@hotmail.com; devinleemarin@aol.com; cjs@hexagoninc.com; chubilly@yahoo.com; billyzb@yahoo.com; Russell Pike; terry@tlcconsulting.biz; mclarkmjc@lvcoxmail.com; janderson84@aol.com; bunderhi@aol.com
Cc: ptsay@eisnerlaw.com; Lever, Katie; braukmann@shaw.ca; jmersino@xyience.com; ronaldsol@msn.com; mlevy@xyience.com; billb@gordonbiersch.com; BookMagician@aol.com; vdibernado@xyience.com; osattar@xyience.com
Subject: I need your help please

To All:

Some of you know me but most don't, my name is Ric Klingenberg.I'm not a professional letter writer so please forgive my style ,I'm speaking from the heart. In 2004 my childrens educational trust fund became the first major investor in Xyience upon my recommendation to the trustee. At the time sales were zero,I know because I was provided with financials .I also became so excited about the firm and Russell Pikes vision that I immediately went to work for Xyience as a sales and marketing consultant. I am writing this e-mail to tell you how angry, confused and ashamed I am at the current state of affairs at the firm.

I am being led to believe by Mr. Michael Levy and Mr.Adam Frank that Xyience is in need of $35 million in capital. It has come to my attention that allegedly Adam Frank has refused to allow Michael Levy to provide me with a 5 year plan and financial information that is being requested by seriously interested parties in Xyience to raise the needed funds. Why are Mr. Frank and Kirk Sanford allegedly forbidding Mr. Levy to provide me the information????? Mr. Frank and Mr. Sanford do you own Xyience? It is my understanding that the shareholders own Xyience. I consider Mr. Frank and Mr. Sanford to be greedy individuals who will be paying a heavy price for their misdeeds.

I understand many people have their life savings and others have large sums invested in Xyience, including my children, but that is my cross to bear. I'm asking everyone receiving this to help get the 5 year plan and financials to legitimate investment firms. I have eight that are waiting on the financials and have the ability to fund.One reason I believe for the refusal to provide the financial information is most capital firms will want Adam and Kirk fired before they would fund ,wouldn't you all based on these alleged facts? and yes Adam and Kirk they know all the good the bad and the ugly,its your bad and ugly that concern them. Sales will hit the mid to high $30 million range and in 08 projected to hit $100 million as sales and marketing continue to aggressively hit the market however will that matter with all the dilution ? What made this all possible was/is the branding alliances Mr. Pike set up and his adding XENERGY to the products list. I still believe heavily in him and his original and forward vision .

Adam you are not a visionary, you like to steal other peoples ideas and profit from them, (See attached) you've been exposed .My father taught me that we all make mistakes and we will be

measured by what we do about it, so I'm asking you to take full responsibility and step aside for that beverage executive you promised the stockholders and the employees months ago.

You and Kirk promised ongoing full disclosure to the shareholders. We have not received sales numbers since the meeting. What are the sales since you took over? What is the dilution?You promised full disclosure on any financing you were working on,waiting waiting waiting???. You refused to provide disclosure to even the top 20 shareholders, let alone the 340 shareholders as you promised. The list of non-disclosure is endless. It is clearly a pattern. Kirk how do you explain Omar Sattar's departure at GCA and arrival at Xyience? He was either fired or resigned retired whatever, what's his stock option deal???? Is he the beverage exec? How do you explain this below?

http://messages.finance.yahoo.com/Stocks_%28A_to_Z%29/Stocks_G/threadview?m=tm&bn=27055&tid=278&mid=278&tof=1&frt=2

The board is now comprised of people with special interests. Adam Frank and Patrick Braukmann are currently being sued for fraud(see attached). Kirk has just been let go(retired?) from his company GCA allegedly under a cloud of suspicion. There is not a single director that has been properly elected by a shareholder vote. Adam and Kirk work for the shareholders. They are not Xyience. They are acting like they can do whatever they want with no disclosure to shareholders. Are we going to sit idly by and allow this?

Previous management teams treated the company stock and options like they were diamonds. You allegedly take and give away stock, stock options and stock warrants like it is Halloween candy. You are focused on all of the wrong things. Please allow the shareholders to vote for a board that will represent the best interest of the shareholders, not your special interests. Remember, you are not Xyience. Xyience belongs to the shareholders.

My boys are 10,13 and 15,college is breathing down my neck, I don't have the time to make it up so can you help this father out please and give back Xyience to the people who were working hard to make it a success not allegedly rape it!!! Russell Pikes promise to me came true Xyience is a world wide brand and yet I'm angry, confused and scared! I apologize to all for the time it took to read this but not for the message. Regards…Ric Klingenberg

From: nlflv@aol.com [mailto:nlflv@aol.com]
Sent: Thursday, November 01, 2007 3:41 PM
To: janisgrady@aol.com; adam@adam-frank.com; ksanford@gcamail.com; Ric Klingenberg; andymersha@yahoo.com; semisports@yahoo.com; jbert3@cox.net; jsadler@rsplv.com; chuckypson@yahoo.com; jwayte@us.ibm.com; designelectric@sti.net; steve@alternativehealth4u.com; DRBOJRAB@aol.com; mike@navbat.com; egarcia777@cox.net;

coronagiuliano@aol.com; mgiuliano@lee-assoc.com; dc1.1@netzero.net; rory.camangian@gmail.com; kitcope@aol.com; rsozzi@rvsventures.com; rinaldi5@cox.net; sjbock@hotmail.com; pb@crowncapitalsa.com; flamencovivo@aol.com; apwstrategies@gmail.com; marc.rock@gmail.com; sbock@cox.net; dianefrankteam@yahoo.com; kriech18@hotmail.com; cjs@hexagoninc.com; chubilly@yahoo.com; billyzb@yahoo.com; Russell Pike; terry@tlcconsulting.biz; mclarkmjc@lvcoxmail.com; bunderhi@aol.com
Cc: ptsay@eisnerlaw.com; klever@gcamail.com; braukmann@shaw.ca; billb@gordornbiersch.com; jmersino@xyience.com; ronaldsol@msn.com; mlevy@xyience.com; billb@gordonbiersch.com
Subject: Re: Xyience since the funding

I guess Kareem Musktiya ordering Kirk Sanford to make his nephew Omar CEO of Xyience supposedly an ex carpet salesman from Pakistan who from what I heard was just fired from global cash access & giving him a 1mil share signing bonus is their idea of bolstering the depth to the company's sales and management team?

Ask yourself this question?

Why does Kareem Musktiya a minority shareholder control 2 board seats & get to appoint the CEO?

I was told Adam Frank just fired Monica the Zenergy Model we've spent over 1yr & hundreds of thousands of dollars in commercials to brand & replaced her with the soon to be ex ufc ring girl Ali Sonoma I heard Adams been dating & paying her 100k per yr!

This must be Kareem, Kirk & Adams idea of using the proceeds of the financing to enhance our working capital position and at the same time supplement our marketing and sales initiatives?

WOW! That's some expensive tail on the other hand why should they care when it's us share holders are paying for it!

If that's not bad enough I heard Adam said to an employee who questioned him on this that he would hide this in the UFC package & no one would notice!

Guessed wrong Adam we noticed!

Also, Thanks to Kirk, Adam & the CFO of the UFC MR Mokie in April we will no longer be the center of the mat but will still be paying 9 mil per year for what all the other sponsors are currently paying 1mi per year!

Russell Pike had made an earlier deal with Dana White that was rejected for 3.5 mil per year allowing us rotate the center of the mat!

But they couldn't have cut themselves in on that deal now could they & from what the Fertita deal shows us is these guys are all about cutting the best deals for them at us shareholders expense!

I also heard Kareem, Kirk & Adam just lowered the Zenergy drink price per case from $30 to $22 so we could get it into Smart & Final cause obviously to them Zenergy is not a premium brand with sufficient marketing to compete with Redbull at the same price point.

Guess Kareem, Kirk & Adam figure if they can corner the 99 cent store market we'll go from the # 6 energy drink to #1energy drink a lot faster & in their words be able to do many other critical things, like getting product on the shelf, sampling, promotion and partnering that we had to pass on in prior months and years due to lack of sufficient working capital. !!!!!!!!!!!!!Unbelievable!!!!!!!!!!!!!!!!!

Everyday this Illegal Renegade Board stays in control Xyience will move closer to the disaster of losing our main distribution network & effectively killing the brand!

!!!!!!!!!!!But with all the $$$ we will make on the 99 cent store accounts we will be able to go public on the penny stock exchange ASAP!!!!!!!!!!!!!!!

Anyone who wants to see the upcoming bullshit smoke & mirror act that Adam Frank who's claim to business fame is the failed Las Vegas W hotel venture genius who I heard is being sued by that group of investors also, Kirk Sanford current President of Global Cash Access Holdings, Inc. (GCA) & Kareem Mustkiya founder & board member of (GCA) the ex billion dollar company that's stock is falling like a rock from their genious mismanagement intend to try to pull on us shareholders when they are finally forced to have a shareholder meeting need only look at all of the (GCA) message board on Yahoo home page below!

http://messages.finance.yahoo.com/mb/GCA

Ask the shareholders of GCA how they feel about Kareem & Kirk's management practices like cashing out 100's of millions in stock options while leaving the honest hardworking shareholders are left holding the bag!

Today Kirk Sanford effectively "retired" from GCA, more like fired. I guess the main institutional investors, i.e. Kareem, is worried that when Kirk is sued for shareholder abuse, mistrust, and securities fraud, they do not want him to be CEO of a public traded company. If he was a CEO of a public traded company he would have to report immediately to the SEC on this fact and for a standing CEO to be sued by shareholders from any company especially for security fraud and shareholder mistrust would not look to good for GCA and GCA stock price would continue to fall. As you can tell Kareem is protecting his primary other investment in GCA by removing Kirk from the GCA board. This will allow Kirk to do whatever he wants to us and try to benefit him, Kareem and Adam and not the main shareholders of this corp.

It doesn't take a rocket scientist to see that they plan to do same thing to us!

-----Original Message-----
From: janisgrady@aol.com
To: adam@adam-frank.com; ksanford@gcamail.com; ric@xyienceapparel.com; andymersha@yahoo.com; semisports@yahoo.com; jbert3@cox.net; nlflv@aol.com; jsadler@rsplv.com; chuckypson@yahoo.com; jwayte@us.ibm.com; designelectric@sti.net; steve@alternativehealth4u.com; DRBOJRAB@aol.com; mike@navbat.com; egarcia777@cox.net; coronagiuliano@aol.com; mgiuliano@lee-assoc.com; dc1.1@netzero.net; rory.camangian@gmail.com; kitcope@aol.com; rsozzi@rvsventures.com; rinaldi5@cox.net; sjbock@hotmail.com; pb@crowncapitalsa.com; flamencovivo@aol.com; apwstrategies@gmail.com; marc.rock@gmail.com; sbock@cox.net; dianefrankteam@yahoo.com; kriech18@hotmail.com; cjs@hexagoninc.com; chubilly@yahoo.com; billyzb@yahoo.com; russell@xyienceapparel.com; terry@tlcconsulting.biz; mclarkmjc@lvcoxmail.com; bunderhi@aol.com
Cc: ptsay@eisnerlaw.com; klever@gcamail.com; braukmann@shaw.ca; billb@gordorbiersch.com; jmersino@xyience.com; ronaldsol@msn.com; mlevy@xyience.com
Sent: Tue, 30 Oct 2007 3:42 pm
Subject: Xyience since the funding

Dear Xyience Board of Directors,

It is nearly 4 weeks now since you got the Fertitta funding, can you please ease the concerns of many of the shareholders and let us know what is being done to get increased production with those funds.

In the third quarter 2007 letter that you sent out it states: "The proceeds of the financing will be used to enhance our working capital position and at the same time supplement our marketing and sales initiatives. This does not mean that we're running out spending money on new marketing channels - we intend to remain focused on the UFC. What it does mean is that we will be able to do many other critical things, like getting product on the shelf, sampling, promotion and partnering that we had to pass on in prior months and years due to lack of suffiient working capital. We also intend to hire several senior additions to our team that are necessary to bolster the depth to the company's sales and management team."

Also, I had heard the Xyience had moved office locations and the new location did not have phone lines nor internet services. Please include in your answer if this situation has now been handled and that the lack of phone and internet is no longer cutting into the employees getting on with their jobs.

Thank you for your attention in this matter.

Janis Grady

Search Mail

2007 4:23 PM
To: Ric Klingenberg; ksutton@eisnerlaw.com
Cc: klever@gcamail.com; jerry.kramer@skgadv.com; meisner@eisnerlaw.com; sanfordkirk@gmail.com; mlevy@Xyience.com
Subject: Re: I need your help please

Ric,

I understand that may have been a past company practice, but we need to follow the proper protocal to work through the company's managment team.

Again, please have them contact Levy or myself.

Ric, please also understand that we are very busy running the company and do not have time to debate this issue back and forth

Adam

----- Original Message -----
From: Ric Klingenberg <ric@xyienceapparel.com>
To: Adam Frank
Sent: Fri Nov 09 18:22:49 2007
Subject: RE: I need your help please

Adam ,please authorize me to act on behalf of the corporation because I helped start it, my trust has a tremendous amount to lose and I continue to contribute by collecting past due monies accounting has written off(I'm not officially authorized to do that either but Xyience continues to deposit the checks).It would seem to me that to be included in the process the party(s) need to be accredited and simply write Xyience a check for the stock price specified in the offering?Please advise asap...Thanks...Ric

-----Original Message-----
From: Adam Frank [mailto:adam@adam-frank.com]
Sent: Friday, November 09, 2007 3:02 PM
To: Ric Klingenberg
Cc: Keith Sutton; sanfordkirk@gmail.com; mlevy@Xyience.com
Subject: RE: I need your help please

Ric,

We appreciate your interest in helping- please keep in mind that as a shareholder, you are not authorized to act on behalf of the corporation. We are in discussions with a number of interested equity investors and are being advised by an investment bank. Please direct any interested contacts to Mike Levy ASAP, who as you know is the CFO of the company. The quicker you do so, the quicker we will be able to properly include

them in the process.

Thanks,

Adam

-----Original Message-----
From: Ric Klingenberg [mailto:ric@xyienceapparel.com]
Sent: Friday, November 09, 2007 12:06 PM
To: Adam Frank
Subject: RE: I need your help please

Adam and Kirk ,so I'm clear my understanding is the board is exclusively interested in equity deals only ?What is the price per share of the current offering ?If formalized I would like a copy of same please. As all my previous attempts to get the financials and the 5yr plan were either ignored or refused I am pleased you will now provide them. Unfortunately we have missed out on one group and the others want to see the financials as well as the 5yr plan asap. Upon review I will forward the interested parties to the appropriate parties. Thank-you....Ric

-----Original Message-----
From: Adam Frank [mailto:adam@adam-frank.com]
Sent: Friday, November 09, 2007 11:21 AM
To: Ric Klingenberg
Cc: meisner@eisnerlaw.com; ksutton@eisnerlaw.com; Katie Lever; Kirk Sanford ; pb@crowncapitalsa.com; Bill Bullard; Michael Levy
Subject: RE: I need your help please

Ric, thank you for your email. You are correct that Xyience needs new capital. We are very interested in meeting with any and all serious parties that would potentially consider a significant equity investment in the Company, as we have done at every stage since we accepted our positions as Company management in June. Please contact me or Mike Levy at your earliest convenience to share any qualified leads on financing.

Thanks,

Kirk and Adam
From: Paul Dino Bertuccini [mailto:rinaldi5@cox.net]
Sent: Thursday, November 08, 2007 4:14 PM
To: Ric Klingenberg
Subject: Re: I need your help please

DEAR RIC, THANK YOU FOR YOUR WONDERFUL LETTER. THE ONLY CHANCE WE HAVE IS TO HAVE A LEGAL SHAREHOLDERS ELECTION. THEN WE WILL VOTE IN A BOARD OF DIRECTORS WHO WILL REPESENT THE SHAREHOLDERS INTEREST. BEST REGARDS. PAUL DINO BERTUCCINI

-----Original Message-----

From: ksanford-gcainc@att.blackberry.net [mailto:ksanford-gcainc@att.blackberry.net]
Sent: Tuesday, November 13, 2007 1:02 PM
To: Ric Klingenberg; Kirk Sanford; adam@adam-frank.com
Subject: Re: I need your help please

The facts speak for themselves. You should take a step back and do some self examination on your past and current actions, its pretty despicable
Sent via BlackBerry by AT&T

-----Original Message-----
From: "Ric Klingenberg" <ric@xyienceapparel.com>

Date: Tue, 13 Nov 2007 12:18:58
To:"Sanford, Kirk" <ksanford@gcamail.com>, <adam@adam-frank.com>
Subject: RE: I need your help please

Kirk and Adam,

This is how you respond to a request for financial information to help raise equity. You are as always totally unprofessional. Why would I expect anything different.

Interesting you would mention criminal investigations. What I hear is that you are the ones going to prison. I look forward to your sentencing hearing when you guys cry for mercy with hundreds of shareholders explaining to the judge what you both have done to try to ruin their lives.

Get prepared to spend the next ten years in court in and a 10 by 10 cell. That is the best outcome you can look forward to. It does not pay to try to ruin people's lives. Karma is a bitch.

----------------

From: Sanford, Kirk [mailto:ksanford@gcamail.com]
Sent: Tuesday, November 13, 2007 3:10 AM
To: Ric Klingenberg
Cc: adam@adam-frank.com
Subject: RE: I need your help please

Hi Ric,

Adam and I will be sure to send you a box of tissues to dry your eyes. Given the criminal investigation and soon to be closure on you and your scumbag buddies we will be sure to include a toll free number to call someone who cares. Regards, Kirk

From: Michael Levy [mailto:mlevy@Xyience.com]

Sent: Wednesday, November 14, 2007 1:23 PM
To: Ric Klingenberg
Subject: RE: info please

Haven't seen the mail yet!

From: Ric Klingenberg [mailto:ric@xyienceapparel.com]
Sent: Wednesday, November 14, 2007 1:17 PM
To: Michael Levy
Subject: RE: info please

AS far as my Mom perhaps I misspoke ,but I thought I understood you to say she would be paid off by Dec.1rst..Have you seen todays mail?

I don't want to have him reissue unless it didn't come today

From: Michael Levy [mailto:mlevy@Xyience.com]
Sent: Wednesday, November 14, 2007 1:05 PM
To: Ric Klingenberg
Subject: RE: info please

I'll let you know when checks come in for those accounts, none so far. We'll pay your mom as quickly as possible, I have always mentioned in $5k increments, I'll pay her quicker if my cash flow warrants.

From: Ric Klingenberg [mailto:ric@xyienceapparel.com]
Sent: Wednesday, November 14, 2007 12:34 PM
To: Michael Levy
Subject: info please

Mike I need to know if you have received any checks from the delinquent accounts Im working.Its difficult for me to help Xyience when you don't return my emails or texts ? What is that all about…My Mom is asking about her balance ,she wasn't expecting $5k payments