FILED

2008 NOV 25 P 3:31

Rich Bergeron
147 OLD COUNTY ROAD
East Sandwich, MA 02537
Telephone: (617) 209-4325
Defendant as Pro Se Attorney

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>XYIENCE, INC., A Nevada Corporation<br><br>Debtor. | No. BK-S-08-10474-MKN<br>Chapter 11<br><br>Eighth Judicial District Court<br>Las Vegas, Clark County, Nevada<br>Case No. A544781, Dept. XXIII |
| XYIENCE INCORPORATED, a Nevada Corporation,<br>Plaintiff,<br><br>v.<br><br>RICHARD BERGERON, an individual<br>Defendant. | CASE NO. BK-2-08-AP-01082-MKN<br><br>**<u>AFFIDAVIT OF RICH BERGERON IN SUPPORT OF DEFENDANT AND COUNTER-CLAIMANT'S MOTION FOR AN IMMEDIATE SHOW CAUSE HEARING TO STRIKE THE PERJURED DECLARATIONS OF ADAM FRANK (Dkt. #3, Exh. 3) AND JAMIE COGBURN (Dkt. #3, Exh. 8); AND MOTION TO VACATE THE CLARK COUNTY DISTRICT COURT'S MODIFIED PRELIMINARY INJUNCTION ORDER (Dkt. #3, Exh. 28)</u>** |
| RICHARD BERGERON, an Individual,<br><br>Counterclaimant,<br><br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada Corporation,<br><br>Counterdefendants. | Hearing Date: ____________, 2008<br><br>Time: 9:30 AM<br><br>Location: 300 Las Vegas Blvd. South<br>Courtroom #2<br>Las Vegas, NV 89101 |

**AFFIDAVIT OF RICH BERGERON IN SUPPORT OF DEFENDANT AND COUNTER-CLAIMANT'S MOTION FOR AN IMMEDIATE SHOW CAUSE HEARING TO STRIKE THE PERJURED DECLARATIONS OF ADAM FRANK (Dkt. #3, Exh. 3) AND JAMIE COGBURN (Dkt. #3, Exh. 8); AND MOTION TO VACATE THE CLARK COUNTY DISTRICT COURT'S MODIFIED PRELIMINARY INJUNCTION ORDER (Dkt. #3, Exh. 28)**

**RICH BERGERON**, being first duly sworn, states as follows:

1. I make this affidavit in support of Defendant and Counterclaimant Rich Bergeron's **MOTION FOR AN IMMEDIATE SHOW CAUSE HEARING TO STRIKE THE PERJURED DECLARATIONS OF ADAM FRANK (Dkt. #3, Exh. 3) AND JAMIE COGBURN (Dkt. #3, Exh. 8); AND MOTION TO VACATE THE CLARK COUNTY DISTRICT COURT'S MODIFIED PRELIMINARY INJUNCTION ORDER (Dkt. #3, Exh. 28).**
2. I have personal knowledge of, and I am competent to testify to the facts contained in this affidavit, except those matters based upon information and belief, and as to such matters I believe them to be true.
3. I am neither a creditor nor a shareholder in Xyience, nor have I ever had a working or business relationship with Xyience.
4. I had a conversation with Adam Frank and Kirk Sanford on November 6, 2007 during which they praised me for reporting the truth on Xyience and admitted they looked to my site as a resource to learn the history of what went on there before they became Co-CEOs of the company.
5. Adam Frank contradicted every fact he attested to in his declaration in this instant case during the November 6, 2007 conversation.
6. The November 6, 2007 telephone call I participated in was partially recorded.
7. The first portion of the call is available at: http://premium.fileden.com/premium/2007/9/16/1434673/frankandsanford.mp3
8. Frank and Sanford said the following during the conversation:

**KIRK SANFORD: "From, you know, Adam and my perspective, you know, We don't know all this history. We actually go to your web-site to try to figure out what's gone on around this place. So, that's a little bit funny."**

**ADAM FRANK: "Yeah, The funny thing is it's probably one of the better resources to find out what the Hell, you know, has happened in this company historically."**

9. The conversation was not a settlement conference and had no relation whatsoever to any settlement discussion.
10. I was later invited officially by Frank and Sanford to attend UFC 78 in Newark, New Jersey, and before the trip Frank and Sanford first offered $5,000.00 for travel and then later sent me a $500.00 check.
11. I met Frank and Sanford in person around 1:15 PM on November 17, 2007 at the Blue Fin Restaurant at Broadway & 47th Street in New York City after they set me up with a hotel room and a round trip plane ticket to get there.
12. Standard General Employee Robert Lavan was also present.
13. The conversation only included one mention of the case ending against me. There was no discussion of dollar amounts or even any mention of the term settlement.
14. Lavan spent most of the time asking pertinent questions about what the plan for the company was, as he and his firm were interested in learning more about both Sanford's Former Company Global Cash Access and Xyience for investment purposes.
15. Sanford repeatedly insinuated he was acting with full support of the Fertittas and used the words "scorched earth" to describe how he planned to go about bankrupting the company and writing off the 380 shareholders with an interest in Xyience.
16. Lavan offered Sanford and Frank a multiple of other options including possibly buying out shareholders and "knocking on doors" to possibly raise more funds from existing shareholders and/or find out more about what people holding shares would be willing to accept as a compromise.
17. Frank and Sanford told me they wanted my help in defending a suit against them brought by Xyience Founder Russell Pike.
18. Frank and Sanford also told me they would let me write whatever I wanted, even if it damaged them.
19. Frank and Sanford even said they might be able to fund a book or movie project on the Xyience series.
20. At the end of the conversation Frank and Sanford each paid me $100 in cash to get to the UFC 78 fight card that night in Newark, New Jersey.

21. UFC 78 was the last event featuring Xyience advertising in the middle of the fighting mat.
22. I met Danny Seratelli, the proprietor of the Web-site brickcityboxing.com at the venue in Newark and used his cell phone to contact Frank and Sanford.
23. I spoke with Adam Frank briefly at the event and introduced Seratelli to him. Frank did not mention settlement at that point and did not indicate if there was any plan to meet again on that subject later on that evening or the next day.
24. I called Frank and Sanford after the event, but they did not return my calls.
25. I called Frank and Sanford the next morning from my hotel room and told them if they wanted to talk settlement that day they needed to call and set something up as soon as possible so I could then make my flight home.
26. Frank and Sanford declined to set up a meeting and did not contact me again until after I returned home.
27. I communicated in writing and by telephone with Sanford and Frank on numerous occasions in which they professed to admiring my courage, wanting to help me, needing my help, and intending to end the Xyience case against me.
28. Frank and Sanford knew my information was true and accurate, and when confronted with the challenge of naming a specific fact I'd pegged wrong, they were both rendered speechless during the part of the November 6, 2007 conversation that did not get recorded. They subsequently changed the subject.
29. I discovered a bevy of emails waiting for me when I came home, some of which are attached to this affidavit. I also began making direct contact by phone with individuals who had inside information on Xyience.
30. Global Cash Access Holdings (GCA) stock holders also began contacting me about the involvement in Xyience of ex-GCA employees Sanford, Kathryn Lever, Karim Maskatiya, and Omer Sattar.
31. The GCA communications detailed a situation that described exactly why the former GCA employees wound up at Xyience and how they used their positions at GCA to participate in an international skimming operation.
32. Several civil lawsuits resulted from the GCA skimming allegations, and since Sanford's departure the stock price has fallen to a ¼ of the value it enjoyed before Sanford's departure

with the other GCA employees suspected in the skimming.

33. I have since spoken to an individual who wore a wire for the FBI while in position at GCA during Sanford and Maskatiya's reign there.

34. The individual who worked with the FBI said that Sanford and Maskatiya were engaged in international money laundering along with bank and loan fraud.

35. The FBI informant said that superiors at GCA suspected something and were in fear of incriminating themselves in the individual's presence.

36. The FBI was not able to develop actionable information from the informant, but the individual shared information with me that indicated Kirk Sanford, Omer Satter, Kathryn Lever, and other GCA officials had been committing fraud and unjustly enriching themselves through GCA for years.

37. The informant volunteered to further cooperate in any investigation of these individuals and will provide any and all documentation possible if the government wants to take a hard look at this situation. I have also been given permission to share the individual's contact information with investigators should such a federal investigation be initiated. However, without government protection of some sort the individual cannot testify as it would result in the individual fearing repercussions up to and including murder.

38. Adam Frank and Jamie Cogburn were in no position to profess to the facts they included in their declarations in support of the initial claim against me as well as the injunction request to block my true stories.

39. I never spoke to Cogburn, Frank, or Sanford prior to the filing of the initial complaint, and they could not have known that I intended to harm Xyience in any way since I never did intend to harm Xyience and they never spoke to me about the subject.

40. I was never asked by any Xyience official to remove any my stories from the Internet prior to the suit against me being filed in July of 2007.

41. John Chadwell, professing to be Xyience security at one point and then a Xyience consultant later on, left the following lengthy comment on one of my initial stories in the Xyience series:

John Chadwell
March 17th, 2007 @11:08 am

"I look forward to Rich posting our emails as long as they are in their entirety so we ALL can see who had the attitude. Once again you did not verify your information. If you have an inside source at

Xyience as you claim than that source would have told you that Adam Roseman and Arc investments have not been with the company for close to three weeks. That same source would have told you that the new CEO is a Harvard graduate and a former prosecutor for Los Angeles and also has credentials off of Wall Street with over 20 years of experience. Also, the same source should have told you that Xyience was just audited FULLY by an independent company from Colorado, AJ Robbins, forensic Accounting and Russell Pike received not one dime and in fact is owed money by Xyience. The same source would have told you that Russell has not been the CEO for close to three months."

"You see, as I tried to explain to Rich, we wanted him to come to Xyience H.Q. and interview Russell in person. He was told that he could ask ALL of his listed questions that he sent me. News: there is NO conspiracy going on here. I said that we are investigating persons who have been a part of a extortion scheme, one of which has already been arrested and is due back in court on April 11th, 2007 for several charges of extortion and aggravated stalking."

"I also emailed you back and clearly stated that I mis-wrote one portion, that portion being access to Dana White. I told you that Russell would facilitate information for the interview. You would have NEVER had access for a personal interview. **We wanted you to have the opportunity to see Xyience and all the good we are doing for this industry. I never expected you to "sweep," anything away. You would just have had the opportunity to interview and see Xyience at first hand. You said that a ticket was not in the budget and we offered to fly you out, what is fishy about that?"**

"Dana has NEVER received any monies from any source at Xyience and is COMPLETELY separate from Xyience. There are NO current investigations into Xyience or anyone associated with Xyience."

"You are right, there are consequences for actions. When persons write or make statements that are libelous, there are consequences. **You have made certain libelous statements which are untrue and people should have the common sense to disregard them as untrue.** In your conspiracy theory, did it include a trip out to Vegas and to have your one-on-one interview that included answering all your questions? Who is dodging the truth now? Lets see if you have enough integrity to keep this up and let everyone see our side."

42. Chadwell was in no position to know whether money ever changed hands between Russell Pike and Dana White.

43. Chadwell was also in no position to know whether or not an SEC investigation was underway.

44. Chadwell was only in a position to confirm that he never asked me to remove any of my articles, which he clearly does in the statement above by writing, "I never expected you to 'sweep' anything away."

45. Chadwell left the comment using a Xyience email address that was later linked to abusive and defamatory comments against me. These comments with the same IP address as Chadwell were left by a poster who continued to change posting names and left info on Bergeron's site that was used in other blogs defaming Bergeron that were widely publicized at the time.

46. As far as investigations on anyone associated with Xyience, the company's founder Russell

Pike was at the time under investigation by the California Department of Corporations, which eventually issued a desist and refrain order against Pike on September 10, 2007 (SEE: http://www.corp.ca.gov/ENF/pdf/2007/xyience.pdf).

47. Fertitta Enterprises through Bill Bullard, Adam Frank, and Kirk Sanford's efforts began seeking investor approval of the Fertitta buy-in and chief lien position the day after the injunction against me went into effect.

48. I have communications sent to me by shareholders in Xyience that verify that Fertitta Enterprises officials, through Bullard, Frank, and Sanford, professed that their capital infusion would save the company from bankruptcy.

49. Once in chief lien position Sanford and Frank purposely turned down further funding and convinced potential funding sources like Standard General that their company was not worth putting a dime into.

50. Frank and Sanford told select shareholders, who I have spoken personally with, that they were going to steal the company.

51. Frank and Sanford, along with Fertitta Enterprises General Manager Bill Bullard, arranged for all outstanding and future Zuffa bills to be paid, and contracts favorable to Zuffa and Fertitta interests were taken care of before they bankrupted the company on terms favorable to themselves.

52. Omer Satter later professed (see declarations in core case) to needing millions of dollars to purchase sufficient Xenergy product held by Cott Beverages, but inside reports indicate that Xyience paid Zuffa $6.5 million in past-due sponsorship fees rather than fund the purchase of further product to sell. Xyience and Zuffa also agreed to an outrageous marketing contract extension after the Fertittas became involved as funding sources for Xyience.

53. Xyience, under Fertitta control, heavily promoted the huge sponsorship contract, knowing they would eventually have to default on the agreement without obtaining further capital.

54. Xyience put out a press release on October 10th, 2007 celebrating the new sponsor deal.

55. Fertitta Enterprises bought into Xyience officially on or around October 4, 2007.

56. Shortly after Xyience negotiated the new sponsor contract, I met Frank and Sanford in New York where they told me they were going to bankrupt the company.

57. None of the shareholders I communicated with at the time knew Frank, Sanford, and Bullard

planned to bankrupt the company, and several shareholders emailed me and phoned me later to warn me something was awry. They worried that Sanford and Frank continued to refuse to hold an official shareholder meeting during their reign as Co-CEOs.

58. I also received word that while Frank and Sanford professed to working for free they each received considerable funds for their role in bankrupting the company.

59. I recently spent a few days in Las Vegas at the behest of a group of concerned shareholders.

60. During the visit I met with at least 20 Xyience shareholders and interested parties.

61. I led a meeting in Las Vegas on October 31 with Former Xyience CEO Bill Underhill in which he described how he could have recapitalized the company without the Fertittas and was instead shot down by corrupt individuals on the Xyience board of directors. These same individuals, namely Kirk Sanford and Adam Frank, later bankrupted the company under Fertitta control after Bill Underhill and Jan Hall stepped down from their positions.

62. Underhill later told me in a phone conversation that he never had any trouble finding funds for the company despite my Xyience series stories regarding the company and the popularity of those blog stories at the time of Underhill's involvement in Xyience.

63. Underhill also told me that those within the company who were overheard by him complaining about my stories never brought up the contention that there was anything untrue in them. They only seemed angry in regards to the stories being bad for the company's image.

64. I also received a copy of the Term Sheet on the Burrill Life Sciences fund agreement (exhibit 50) Underhill secured for Xyience on the basis that he would be retained as CEO.

65. I did not post an "article" on my MySpace page as Cogburn and Frank described in their declarations. It was actually an email with a disclaimer attached.

66. I never alleged myself that Xyience was being investigated by the SEC. My source did so in the email I received and posted with a disclaimer attached. Other web-sites printed the email with no disclaimer.

67. I subsequently discovered much, if not all, of the contents of the email message were indeed true.

68. As to Xyience being investigated by the SEC, there is no doubt whatsoever that Xyience is a party in the ongoing SEC litigation with AA Capital. AA Capital offshoot Brush Monroe still owns 2,500,000 shares in Xyience stock.

69. I read in the AA Capital court documents that the Brush Monroe deal was made without the board of directors of AA Capital having a chance to approve the deal.
70. I am also informed by reliable sources who admitted in a public meeting that Xyience Founder Russell Pike sold his own personal shares to Brush Monroe instead of issuing new company shares to the AA Capital offshoot.
71. I have communicated directly with SEC Agent Sarit Klein and IRS Agent Adam Steiner in relation to Xyience's massive trail of fraud. I first contacted Klein in early March of 2007.
72. I have provided official reports on this fraud to the FBI as well and had communications with FBI agents in Boston and in Las Vegas as a result.
73. I was told not to make it public that I was assisting these agencies, and I was told they could not update me on the course of their investigations. My failing to disclose these communications earlier out of respect to the agencies and their investigations has been a detriment to my case thus far.
74. I did not report in the article entered into evidence that Xyience was being investigated by the SEC. My source in the initial email I received reported that, and I simply published his email.
75. The first time I was asked to take down all my articles relating to Xyience was when Attorney Jamie Cogburn asked me to do so in the following email I received on September 13, 2007:

***from*** ***Jamie Cogburn <jsc@cogburnlaw.com>***
***to Rich Bergeron <rich.bergeron@gmail.com>***
***date Thu, Sep 13, 2007 at 8:21 AM***
***subject Re: Xyience v. Bergeron***
***mailed-by srs.bis.na.blackberry.com***
***hide details 9/13/07***
***Reply***

***What ideas do you have? Our idea would be for you to remove all defamatory articles. Give me some ideas and I will talk to my client.***

***Jamie S. Cogburn, Esq.***
***Cogburn Law Offices***
***170 S. Green Valley Pkwy., Suite 280***
***Henderson, Nevada 89012***
***Ph. (702)384-3616***
***Fax (702)943-1936***

Attorney Cogburn later decided not to work with Xyience for reasons he would not fully disclose. However, he admitted this much to me in an email I received on November 21, 2007:

*from Jamie S. Cogburn <jsc@cogburnlaw.com>*
*reply-to jsc@cogburnlaw.com*
*to Rich Bergeron <rich.bergeron@gmail.com>*
*date Wed, Nov 21, 2007 at 12:10 AM*
*subject RE:*
*mailed-by cogburnlaw.com*
*hide details 11/21/07*
*Reply*

*Call Russell and see if he will talk with you. I will no longer work with Xyience, unless Adam and Kirk are removed. I am sure Russell [PIKE] or whoever will give you the real facts. Good luck*

76. There were no false statements of fact made by me in the article entered into evidence ***(Xyience Investigative Report)*** to support the initial claim and injunction against me.

77. I never made up any quotes and have discussed this matter with David Winterton through emails and telephone conversations in which Winterton always assured me he would help me if Xyience were to sue me.

78. Winterton also assured me through emails that he had no issues with my quotes attributed to him and only wanted to clarify one thing about a Danny Lee mentioned in the piece:

*From John Chadwell <jchadwell@xyience.com>*
*to Rich Bergeron <rich.bergeron@gmail.com>*
*date Wed, Mar 21, 2007 at 8:43 AM*
*subject RE:*
*hide details 3/21/07*
*Reply*

*Images are not displayed.*
*Display images below - Always display images from jchadwell@xyience.com*

*This does not seem like someone who made those quotes... He said that 90% of those quotes are WRONG.*

*From: David Winterton [mailto:david@davidwinterton.com]*
*Sent: Tuesday, March 20, 2007 1:33 PM*
*To: John Chadwell*
*Subject: RE:*

*Thank you. That will be fine and I will be happy to speak to the attorneys. If Rich does not get it right, he will be liable. Thank for the heads up.*

*David Winterton*

*from David Winterton <david@davidwinterton.com>*
*to Rich Bergeron <rich.bergeron@gmail.com>*
*date Wed, Mar 21, 2007 at 3:53 PM*
*subject RE:*
*hide details 3/21/07*

*Reply*

*He told me he is getting an attorney to go after you. I stated it is important to get it right or there could be liability. He is also misstating the facts. I said I did not know 90% of the information in your research. I told him I did not have any personal knowledge as to Xyience. 90% of the article dealt with Xyience. Now he is saying 90% of the information is wrong. It is a misrepresentation by him and fraud. I did not say it was wrong, I just said I did not know about Xyience. The information I did get came from two (2) people that wanted to sue Russell Pike and I was not going to talk to him about that conversations. They were confidential.*

*The information in my quotes are good but there are just a couple of things about Danny Lee I would like to clarify. After I review it, I will stand by the article 100%. I do not trust him. I will get back with you. Next time I will blind cc your on his emails*

*David Winterton*

79. Winterton sent the above emails to me before Xyience sued, and if any Xyience official or attorney contacted Winterton personally he did not write an affidavit on their behalf and there is no definitive evidence beyond Cogburn and Frank's declarations to confirm Winterton accused me of making up anything.

80. The only evidence that exists to show Winterton was contacted by any Xyience official in any capacity was the above email exchange between Xyience Consultant John Chadwell and Winterton.

81. I have spoken to Winterton and received more emails from him since and just recently spoke with him by phone on November 20, 2007.

82. During our November 20, 2007 conversation Winterton again re-iterated that none of my quotes were wrong.

83. Whoever contended that I did make up Winterton's quotes, it was definitely not Winterton himself.

**84.** Much of the same type of commentary Winterton made in my stories regarding Russell Pike and Xyience appeared in Reporter Jamie Mason's story in The Deal Magazine's September, 2008 story regarding Xyience.

85. I did not ever allege that Dana White was, in fact, involved directly in defrauding Xyience investors. My sources reported that Dana White and Russell Pike ***may have*** split the proceeds of Pike defrauding investors to pay for television advertising spots on SPIKE TV. As such, the allegation of collusion between Pike and White is just that and cannot be qualified as a definitive statement of fact subject to defamation charges.

**86.** At all times I never reported that Xyience as a whole was part of the above-mentioned scheme, nor did I implicate Zuffa, LLC or the Ultimate Fighting Championships (UFC) as being involved as an entire entity in that particular scheme. I specifically mentioned Dana White and Russell Pike alone as being allegedly involved.

87. The alleged splitting of the proceeds of fraud had nothing to do with sponsorships or Xyience and the UFC colluding as whole entities. I never alleged any impropriety related to UFC (Zuffa) and Xyience collusion as entire entities until the Fertittas bought into Xyience and I learned their reasoning for the acquisition was connected to the $350 million senior secured credit facility for Zuffa. (see emails attached to this Affidavit)

88. Neither Adam Frank or Jamie Cogburn were ever in any position to determine whether or not the Dana White and Russell Pike advertising scheme actually happened. There are no plaintiff affidavits from either Pike or White themselves specifically denying such activity.

89. I never alleged the UFC as a whole split skimming profits with Xyience, and I did not report that Xyience was as a whole operating a skimming operation on its investors.

**90.** I, in fact, continue to print the truth and follow the actions of Xyience while working with shareholders to help them recover relief and due justice for their being defrauded by the bankruptcy.

91. I only ever prevent abusive and disturbingly violent comments from appearing on my blog stories, including those related to Xyience. I have actually allowed for wide public back and forth discourse and scathing criticism of myself and my work in the comment section of all my stories. I even left all the comments in place on all the stories I've removed since the injunction order became official.

92. My intent has never been to harm the reputation of Xyience as an entity. My mission is and always has been to hold the company's principals accountable for their transgressions in order to allow the brand to move forward in a positive direction.

93. I did not interfere with any contracts or engage in any egregious conduct. An ex parte restraining order was not necessary or even legal under the constitution in this scenario.

94. I warned each and every attorney involved in these proceedings about the potential for punishment should they be found neglecting their duties to fully investigate their claims, pleadings, and evidence.

93. I did not interfere with any contracts or engage in any egregious conduct. An ex parte restraining order was not necessary or even legal under the constitution in this scenario.

94. I warned each and every attorney involved in these proceedings about the potential for punishment should they be found neglecting their duties to fully investigate their claims, pleadings, and evidence.

95. I also personally sent an email to Fennemore and Craig, P.C.'s Las Vegas Office Manager, Attorney John Mowbray warning his firm that they would be pursuing a frivolous case and they should properly investigate the initial bogus case before moving forward.

96. These attorneys ignored my warnings and proceeded based on Cogburn's tainted complaint and false declaration along with Adam Frank's perjured declaration.

97. Several shareholders will be submitting affidavits within the next few weeks as I attempt to fight by myself on their behalf in this case.

98. I plan to personally reach out by phone to each and every person on the shareholder list who should be entitled to relief as a result of this case.

99. I have already spoken to around 40 different Xyience shareholders by phone and many more by email.

100. None of the shareholders contacted by me displayed any negative feelings toward me, and many have been following my work for a long time.

*Dated November* 24 *2008*

Rich Bergeron

RICH BERGERON, AFFIANT

Subscribed and Sworn to Before Me

This 24 Day of November, 2008

Carlos Cartagena

NOTARY PUBLIC

My Commission Expires:

CARLOS CARTAGENA
Notary Public
Commonwealth of Massachusetts
My Commission Expires January 28, 2016



PDF Creator - PDF4Free v2.0 http://www.pdf4free.com

date Sun, Nov 25, 2007 at 1:03 PM
subject Xyience conspiracy
mailed-by yahoo.com
signed-by yahoo.com

hide details 11/25/07

Reply

Rich, I read your article yesterday. Good for you. I'm glad you saw right through Adam and Kirk. Now, first hand, you know the way these two have treated us. Many good hard-working people who have worked at Xyience for years have been terminated without cause and had their severance and stock option packages taken away from them. The head of HR, Vicki DiBernardo, doesn't even try to protect the employees. I believe she derives some sort of pleasure out of destroying peoples' lives at the behest of Adam and Kirk. One person who worked here for years was terminated by Adam and Vicki after he had increased the sales in his division by more than four times in one year. They then took most of his compensation away from him. Promotions that were planned with the military and GNC were actually scrapped so Adam and Kirk could have a DJ party with Victoria Secrets lingerie models. Adam and Kirk are very two-faced, self-serving and condescending. Actually, I don't think either one knows how to tell the truth.

I have worked for a long time on this e-mail and have received help from two other people who work here. What follows is very explosive. It uncovers corruption, self-dealing and fraud on a large scale.

Kirk's problems at GCA are thickening. Investigators are looking for his corporate records and his laptop computer. I am not privy to as much information on GCA as I am on information on Xyience, but as we have moved to smaller office space and my office is near to Omer Sattar's, the former head of GCA Macau operations, I hear many things that normally one would not have access to. I believe that the GCA operation in Macau was set up to create kick-backs for Karim Maskatiya. He is the person that put Kirk, Kathryn Lever and Omer, his nephew, into management at Xyience. It seems unbelievable, but its not. On top of everything, the Fertitta's Station Casinos is one of GCA's biggest accounts.

I am in a unique position as my job gives me access to legal records. To give you a better understanding of what has been happening to the company and the shareholders, you have to understand the relationship with the legal counsel of Xyience, Eisner and Frank. Michael Eisner of Eisner and Frank was brought to Xyience in December of 2006 by Adam Roseman, the CEO of ARC Investment Partners and Jeff Dash, the Xyience CFO at that time. ARC Investment Partners and Eisner and Frank are both based in Beverly Hills, CA.

In November of 2006, Roseman, who was introduced to Xyience by Jeff Dash, introduced Patrick Brauckmann to Xyience. Roseman told management that he and Brauckmann would be able to raise $25 million in order to capitalize the company and retire the defaulted $10 million Brush Monroe note and buy back the 7 million shares of Xyience stock held by the AA Capital receiver. In January of 2007, Roseman insisted on becoming CEO and Chairman of the Board of Xyience and appointed Adam Frank to the board stating that he needed the executive positions and Frank to help raise the $25 million. Adam Frank also promised to invest $1 million into Xyience. As it turned out, Adam Frank never invested any money in Xyeience or raised a dime.

At the end of January 2007 members of the board of directors of Xyience consisted of Adam Frank, Adam Roseman, Russell Pike, Peter Rinato and Michael Clark. By February of 2007 the Brush

Monroe note, held by the AA Capital receiver was convertible into 16 million shares of Xyience stock. With the 7 million shares already held by the receiver. So, who ever purchased the receiver's position would get 23 million shares of stock.

Eisner and Frank, Jeff Dash, Adam Roseman and Adam Frank, along with Patrick Brauckmann, put together the scam where they went behind the backs of Russell Pike, Peter Rinato and Michael Clark, the majority on the board of directors, to purchase the Brush Monroe note and the stock from the AA Capital receiver in February. They sold Xience stock to investors for $2.50 a share, stock that they did not have, telling the investors that the money was going into the company. When actually, they were putting the money into Key Management, an entity set up by Brauckmann, to buy the note and stock from the receiver for $10 million for themselves. They would get 23 million shares from the receiver and give the people they sold the stock 4 million shares, while keeping 19 million shares of Xyience stock for themselves.

The receiver entered into negotiations with Brauckmann to sell the note to Brauckmann's Key Management in January. The other Xyience board members, Pike, Rinato and Clark, found out about the court hearing and sale the day before the hearing and tried to stop the sale. But as Dash, Frank, Roseman and Brauckmann had starved the company of funds, the company had no money to buy the note and stock from the receiver. After two hearings and a compromise, the judge let the sale go through when Brauckmann stated that he would fund Xyience with $20 million. After the hearing and sale to Brauckmann's Key Management, Brauckmann didn't put up one dime.

The compromise gave Jeff Dash, Adam Frank, Adam Roseman and Patrick Brauckmann over 10 million shares of stock and stock options and a $5 million note at no cost to themselves. Not only did Eisner and Frank not appear in court to try to stop this scam, they also tried to stop legal counsel hired by Peter Rinato from representing the shareholders and the company at the court hearings. This scam effectively diluted the shareholders' stock by almost 30% and because of the lack of funding, perpetrated by Dash, Roseman, Frank and Brauckmann, halted production of products and made sales in February of 2007 the worst in almost a year.

After the compromise, Adam Roseman resigned from the board and Adam Frank stayed on the board. Karim Maskatiya, a large shareholder of Xyience, founder and chairman of the board of Global Cash Access, was given authority to appoint two people to the board. By the end of May, Karim had appointed Kirk Sanford and Kathryn Lever to the board. Michael Kurdziel, manager of Adam Roseman's ARC Investment Partner's represented Roseman's and Brauckmann's interests, only Bill Underhill represented the shareholders.

From this point, June 2007, forward Kirk Sanford and Adam Frank controlled the company and would not raise any capital. They, with Kurdziel and Lever, controlled the board. Adam and Kirk gave themselves 600,000 shares of stock each and 3 million stock options to themselves and their new Xyience team. They thwarted every attempt by Bill Underhill to bring in financing. They postponed the June scheduled shareholders meeting until the third quarter. On July 11 and 12 Adam and Kirk had six investor conferences in two days and stated at these conferences that they would "establish robust reporting to shareholders" and that "material strategic and financing decisions must have complete visibility." In other words they lied directly to over one hundred shareholders at the meetings. To this day they have not called a shareholder meeting and they refuse to give any disclosure to shareholders. Every correspondence sent to shareholders, including the June investor conference letter, the August investor $2.50 to $3.50 per share equity raise letter, the September funding letter and the October third quarter newsletter, where the company lied to, deceived and gave no real information to shareholders, were edited and approved by Eisner and Frank.

By the middle of summer, once again, production was halted because of lack of funding and sales suffered. This cost the company millions of dollars in sales and earnings. Kirk and Adam would not

pursue any funding of Xyience, except that with Bill Bullard, President of Fertitta Enterprises. They ignored all other funding opportunities and even spoke disparagingly about the company to other potential investors.

By the beginning of October Kirk and Adam were threatening bankruptcy. If the major shareholders did not give in and authorize the Fertitta funding that Bill Bullard, Adam Frank and Kirk Sanford had put together, Adam and Kirk said they would put the company into bankruptcy. Adam Frank even sent out a cessation of operations e-mail without calling a board meeting. By this time they also had crammed down all vendors payments by threatening bankruptcy. What they proposed was a $12 million one year 15% senior note from Fretitta Enterprises. But the funding did not fund the company at all. What it did was make the entire arrears payment to the UFC of $6.5 million, paid off a note to Fertitta Enterprises for $1 million, paid Adam and Kirk $500,000.00 for their notes, paid Fretitta Enterprises an initiation fee of $240,000.00 and paid Eisner and Frank, Rosemann's lawyers that helped orchestrate the February scam, almost $300,000.00. All these were paid while note holders, who had notes that were past due and payable, had received nothing or just partial payments and other legal fees and payables went unpaid. In addition 7.3 million stock options were attached to the funding for Adam and Kirk and Fertitta Enterprises received 10% of all Xyience stock outstanding in warrants for one cent a share. Another and even more incerdible provision was that Fertitta Enterprises would receive default warrants for another 100 million shares for one cent a share if the shareholders voted to change the board of directors. In other words Fertitta Enterprises would pay themselves and the UFC and receive 60% of Xyience, while Adam and Kirk were rewarded for lying to shareholders and destroying Xyience.

On October 2, 2007 Adam Frank and Kirk Sanford informed Russell Pike, William Pike and Michael Clark, shareholders who represented 25% of the shares outstanding, that if they did not sign the funding consent form for the Fertitta funding and give up their voting rights, Adam and Kirk would put the company into bankruptcy. On October 3, under duress, the Pikes, Clark and other major shareholders signed the consent forms. Only eleven shareholders, who represent over 50% of the shares outstanding, ever saw the funding agreement. Over 300 shareholders are still being kept in the dark by Adam Frank and Kirk Sanford as to their investment. So, the UFC, Fertitta Enterprises, Adam Frank, Kirk Sanford and Eisner and Frank were paid in full and Fertitta Enterprises, Adam Frank, Kirk Sanford, Karim Maskatiya and Patrick Brauckmann were given total control of the company, while sales and relationships with major customers were destroyed.

But there is even more. On June 2, 2007 AMPD Wireless, a major sponsor of the UFC, filed for bankruptcy. This cost the UFC one of their major sponsors. By August, Adam and Kirk had damaged Xyience operations, cash flow and sales to such an extent that Xyience was in arrears on payments to the UFC for $6.5 million and could not make the payment to the UFC, because Adam and Kirk would not allow anyone else to bring in financing. Now two UFC sponsors were in deep trouble.

In June 2007 Zuffa, LLC, the parent company of the UFC, borrowed $325 million through a Senior Secured Credit Facilities Term Loan due 6/18/15. This debt instrument was placed with Oppenheimer Funds, Franklin Funds, Fidelity Funds and others. Evidently the Fertittas spent all the proceeds on the purchase of Pride and on a dividend for themselves and Dana White. The provisions of the loan are as follows: The loan is a pledge of the entire Zuffa assets and revenues, including the UFC, and a stated amount of revenue must come from sponsorships. The new UFC Xyience contract, which Adam and Kirk negotiated with John Mulkey the CFO of Zuffa LLC, calls for $9 million the first year, $11 million the second year and $12.14 million the third year. And Xyience will not be in the center of the mat after March. The new UFC contract isn't even worth half of its cost. In other words: The Fertitta funding and new UFC contract with Xyience is a sham for the auditors of Zuffa and the UFC to cover-up the fact that a key covenant in their $325 million loan was in breach.

Rich, these people are worse than crooks, they are disgusting. They deserve to be in one place and one place only, and that place is jail. I am sick of these people and it is a travesty that people I work with every day and investors that put in their hard earned money are being used by the likes of Adam Frank, Kirk Sanford, Adam Roseman, Patrick Brauckmann, Bill Bullard and the Fertittas. I can't truly describe to you what I really think of them. Do your best, after reading your articles, I know you will. Thank you for every thing you have done.

Rich Bergeron <rich.bergeron@gmail.com> wrote:

Well, I appreciate your information and encourage you to tell me whatever else you can. I broke off the deal I was planning to try to accomplish with Frank and Sanford. I circumvented their whole process of negotiating with me while on the all expenses paid trip to UFC 78 and came home with an all new perspective. I ultimately decided my conversations with them would be better used as an informal deposition.

I am still going to press my case against them in the hopes that the individuals acting in a fraudulent manner will be sanctioned appropriately. I'm committed to doing what I can to make sure this company goes forward and somehow manages to succeeed against the odds. Please keep me posted, and I will put out there what I have to in order to make something positive out of this negative situation.

Thanks,

Rich

On Nov 23, 2007 12:07 PM, Corp Insider wrote:
>
> Rich, Thank you for your response. I appreciate your concern, but I can not
> agree with your assessment of Adam Frank and Kirk Sanford. I do not believe
> they care at all for the shareholders of the company or the employees for
> that matter. If they did, why would they be talking bankruptcy to you? That
> would wipe out all shareholders positions and most probably cost us our
> jobs.
>
> As far as their caring for shareholders, they do not allow me to respond to
> the many e-mails we receive from shareholders every day. All as they have me
> do is try to dig up anything on past officers and certain shareholders of
> the company. They seem to be only concerned with discrediting past
> management and not with running the company.
>
> Adam has been on the board of directors since January and it is my
> understanding that Kirk has been intimately involved with the company since
> before then. For them to tell you that they are new to the company and have
> the interests of the shareholders at heart is ridiculous. Under the
> direction of Adam and Kirk funding from real sources has been non-existent,
> attempts by past management and stockholders to bring funding to the company
> has been thwarted, production and shipments have been halted, sales have
> been terrible and to get what they want from shareholders Adam and Kirk have
> threatened bankruptcy several times. In addition they have given themselves

> and their new team members and members of the un-elected board of directors
> tens of millions of shares of stock, stock options and warrants, effectively
> stealing the company from the shareholders.
>
> I don't consider Adam and Kirk the lesser of two evils, I consider them part
> of a greater evil which is orchestrated by Karim Maskatiya, the Fertittas
> and Patrick Brauckmann. Brauckmann is a corporate raider, CEO of Crown
> Capital Partners, SA and Director of Key Management, who was brought in by
> Adam Roseman and Jeff Dash, the former CFO, in the end of last year. It is
> my understanding that Brauckmann and Roseman, while promising to fund
> Xyience in January and February of 2007, actually strangled the company and
> never came through with funding they promised. Part of the funding was to be
> used to retire the position from the AA Capital receiver. Instead Roseman
> and Brauckmann raised funds to purchase the receiver's position to get
> Xyience stock for themselves for pennies, while Xyience suffered from lack
> of funding and sales were destroyed. Adam Frank took part in this scam.
>
> As an example, supplement sales for the last quarter of 2006 were over $5
> million. Supplement sales for the third quarter of 2007 under Adam and Kirk
> were less than $1 million. As a matter of fact, the best sales quarter ever
> at Xyience was the last quarter of 2006, even when Pike was running the
> company. Things have gone so bad at Xyience that people want to quit as they
> are sick of the way Kirk and Adam treat them. A large part of the sales
> force has put their resumes out on Monster. We all realize now that the
> Fertitta funding was not a way to fund Xyience, but was a way for Adam,
> Kirk, Karim, Brauckmann and the Fertittas to steal the company from the
> shareholders for themselves and for the UFC to get paid. Note holders and
> vendors have gone unpaid while the UFC was paid in full.
>
> Adam and Kirk still refuse to give the shareholders any information on the
> company and refuse to hold an annual meeting of shareholders even though it
> was scheduled for this past June. None of the members of the current board
> were elected to their positions. Each member of the board has given
> themselves stock, options and warrants for nothing. For your information the
> Xyience board now consists of the following members: Adam Frank, Kirk
> Sanford, Kathryn Lever (V.P. and Gen'l Counsel of GCA), Patrick Brauckmann
> (CEO of Crown Capital Partners) and Bill Bullard (President of Fertitta
> Enterprises). What a cast of characters.
>
> I am looking for a new job myself and will be leaving here very shortly. I
> can't believe I am writing to this on Thanksgiving of all days. I do believe
> the only way to help the employeea and shareholders is to expose all these
> people for what they are. Do what you can for us; we need all the help they
> can get.
>
>
>
> Rich Bergeron wrote:
>
> Thank you for the information. I am trying to discern what Frank and
> Sanford's plan is, and they do seem to be leaning a bit too far toward
> bankruptcy. I don't think that's necessary. I met with them both in
> New York City Saturday before the UFC 78 fights. Then they provided me

> seats for the fights and talked to me about the grim future.
>
> Whoever you are, I would encourage you to hold off on all the
> infighting and encourage anyone you can to take more of a wait and see
> approach. I am doing my best to help make sure the company separates
> from Russell Pike permanently and there are no more raids or dilutions
> of anyone's stock. I even have a high-potential capital source lined
> up. I do not want Frank and Sanford to be the lesser of two evils if
> it's a choice between them or Pike. The first step in any kind of
> process of recovery is admitting you have a problem. Xyience sued me
> to keep the problem quiet, and by now trying to bring me into the fold
> they are admitting it exists and it's getting worse.
>
> If you or anyone else has any information for me, it won't be leaked
> to them. There has been nothing signed for an agreement yet between
> us, and the lawsuit is still in progress according to the court. I'm
> still in a wait and see pattern myself, because I wonder why the rush
> for bankruptcy. I still wonder if these two are making decisions for
> the whole team that are alienating other stockholders to get a better
> position for themselves. I suspect it's true. But, the reality is
> there's time. This company will not go public in the near future no
> matter what happens. It simply can't be done. It will take time to
> reshape the name and create a new reputation. To give them credit,
> Kirk and Adam seem like they are motivated to clean the company up,
> and they are legitimately concerned with the dillemma of doing right
> by the shareholders (340 in total they told me).
>
> Before everyone blows their stack and starts going after each other,
> every investor should think about the turmoil that exists already and
> whether further litigation will make it worse or improve conditions
> somehow. Xyience has suffered from enough drains from negative energy
> impacting the brand lately. There needs to be some positive,
> cooperative energy put into rebuilding something better than what Pike
> built. We all need to start coming to terms and coming to the table to
> communicate and negotiate before we litigate. Litigation solves
> nothing and takes forever. Action is instant, and the impact can be
> permanent.
>
> The future can be bright for Xyience if the right approach is taken. I
> am committed to making sure that when Xyience does become successful,
> the right folks get paid for it.
>
> That means everyone who put in something gets something out of it.
> Thanks for reaching out, and keep me posted if you can. I need to have
> every perspective possible to get to the heart of the issues plaguing
> Xyience right now. It's a daunting task to clean it all up, but I know
> it can be done.
>
> Thanks,
>
> Rich
>
>

> On Nov 17, 2007 10:08 PM, Corp Insider wrote:
> > Dear Mr. Bergeron, I have been an employee of Xyience for several months
> and have read many of your articles. In the last months Adam Frank, Kirk
> Sanford and Omer Sattar have refused to give out any information to the
> stockholders of the company. I have been forbidden from commonicating with any one
> > outside the company. Frankly I am in fear of losing my job and am taking a
> > great chance in communicating with you, but my conscience has bothered me
> to much. I have attched some information concerning Kirk Sanford, Omer
> Sattar, Adam Frank and Global Cash Access. I would provide other documents to you
> > but my attorney has advised me not to. These people have boasted that they
> > are going the same thing to Xyience stockholders that they have done to
> > stockholders at Global Cash Access. Thank you, please help get out the
> > truth.
> >
> > ________________________________
> > Never miss a thing. Make Yahoo your homepage.

from Corp Insider <gcaxyienceinsider@yahoo.com>
to Rich Bergeron <rich.bergeron@gmail.com>
date Tue, Nov 27, 2007 at 1:16 PM
subject Re: Xyience conspiracy
mailed-by yahoo.com
signed-by yahoo.com

hide details 11/27/07

Reply

Rich, It has come to my attention that Adam Frank and Kirk Sanford and the rest of the board will put Xyience into bankruptcy in the next two weeks. They will be terminating many employees by the end of this week. Adam, in his generosity, is going to push for the shareholders to receive five percent of the new company. People who do not go along with him will get nothing. So much for these two caring about the employees and shareholders. I was told by another person who works here that Bill Bullard and Patrick Brauckmann don't want to give the shareholders anything and that that Adam is fighting to get the shareholders five percent. Disgusting, we lose our jobs and the shareholders, if they go along with Adam and support him, might get five percent. I have received many e-mails from these shareholders and I know what their reaction will be, a big lawsuit. Adam and Kirk have spammed out many shareholders e-mail addresses so we don't even get their communications. Great shareholder relations.

I found out that the new reorganization financial plan will give $2.40 per case of Xenergy right off the top to the UFC. So before anyone makes any money the UFC gets a large percentage of the gross earnings in the new Xyience, while my coworkers and I won't have a job and the shareholders get screwed. This goes back to the $325 million Zuffa LLC Loan. The Fertittas are using Xyience to cover their loan covenants so the Fertiita brothers, Dana White and Bill Bullard can live it up and everyone else at Xyience gets ripped off or fired.

One of the large shareholders in Xyience has a family member who is a manager at Summit Partners

L.P. fund. This fund has a large position in GCA. I have been told that the investigation into GCA is zeroing in on Kirk Sanford and that Kathryn Lever, because of her part in the GCA investigation, will be resigning from the board at Xyience.

Depending on the way I am terminated and after I talk with my attorney, I will know what other information I will be able to provide to you. Thank you for your help. Please expose these people for what they are.

from Corp Insider <gcaxyienceinsider@yahoo.com>
to Rich Bergeron <rich.bergeron@gmail.com>
date Mon, Dec 3, 2007 at 4:53 PM
subject Re: Xyience conspiracy
mailed-by yahoo.com
signed-by yahoo.com

hide details 12/3/07

Reply

Rich, Most of our sales force and many employees were fired last Thursday. Adam and Kirk announced to all of us that that would be the end of the lay-offs, as they call them. More like ruining people's lives for their own benefit. They even lied about that. I found out today that they will be firing more people tomorrow, while, Omer Sattar, who has no idea on how to run this place, is getting over $100,000.00 a year and Xyience is paying for his immigration papers. Now I know why we moved into this new office with no room for everyone in October, right after Adam and Kirk signed their big deal with the Fertittas, because Adam and Kirk new all along they were going to fire us all.

People who have worked here for years are having their lives ruined and shareholders are being defrauded so Adam and Kirk can run around in their Mercedes and Bentleys and the Fertittas and Dana White can run around on their yachts and jets. This is sickening. I will be laid off tomorrow. I think that they will be filing bankruptcy tomorrow, so they, who have fraudulently made themselves the creditors, can totally take over the company and steal Xyience from the shareholders. I heard that they ordered millions of dollars of Xenergy from Cott and won't pay them. So I guess they are going to defraud Cott too.

I know that former employees are joining the shareholders in filing a class action lawsuit and are naming Adam and Kirk as defendants. I hope that these people get exactly what they deserve. I can't wait to get to out of this place. Thank you for your help.

from Corp Insider <gcaxyienceinsider@yahoo.com>
to Rich Bergeron <rich.bergeron@gmail.com>
date Sat, Dec 29, 2007 at 8:22 PM
subject Re: Xyience conspiracy
mailed-by yahoo.com
signed-by yahoo.com

hide details 12/29/07

hide details 12/29/07

Reply

Rich, I was fired over two weeks ago. I was so incensed over what I realized Adam and Kirk are all about, I didn't want to think about Xyience over Christmas. I just wanted to be with my family and not think about any of this for a while.

Towards the end, they didn't like the fact that I was asking questions and that I was becoming suspicious of their motives. They tried to keep me in the dark of their treatment of the shareholders and their communications that went out to shareholders before my arrival. Now I realize that the main reason I was hired was to research and make files on past directors, consultants and employees for Adam and Kirk and use the information against these people. Right before I left, Adam and Kirk ordered Vicki DiBernardo and I to order background checks on former employees, directors and shareholders. Vicki enjoyed the task. I was disgusted.
Since I left, I learned that they are moving out of the new office that we just moved into in October, that Adam Frank gave six months rent for in advance and wasted over $50,000.00 moving into. On top of every thing, we didn't have phones or computers for over three weeks when we moved in October, which lost us many customers. Now the firm is moving once more and that is to the original office on Hacienda Avenue. Adam and Kirk have fired practically the entire sales force, but Omer Sattar, our new president, is still getting paid. Everyone who I have talked to now realize that the only reason Adam and Kirk came to Xyience was to steal the company from the shareholders for their own benefit. They never managed the company, they never went to see clients, all they did was go out and party and attack the character of former employees and directors in an attempt to cover up the fact that they have destroyed the company while they were trying to steal it.

Now to top every thing, Xyience will not be in the center of the UFC octagon tonight. They have destroyed people's lives, the lives of employees and many shareholders, attacked people's character and lied directly to employees and shareholders. Just a month ago they where standing with Dana White in the center of the Octagon talking about the big future; tonight Harley Davidson will be in the center of the octagon. I am so happy to be out of there. I have been talking to one of the more influential shareholders and he told me that an amended complaint to the shareholder lawsuit will filed shortly. From talking to him, I'm sure Adam and Kirk will get what they deserve. Thank you very for everything you have done. You have no idea how used we all feel.

Rich Bergeron [signature]

Rich Bergeron

I, Carlos Cartagena obtained a WHDL for identification on November 24th, 2008. from Richard Bergeron

Carlos Cartagena [signature]
Notary Public

CARLOS CARTAGENA
Notary Public
Commonwealth of Massachusetts
My Commission Expires January 29, 2016