Rich Bergeron
147 OLD COUNTY ROAD
East Sandwich, MA 02537
Telephone: (617) 209-4325
Defendant as Pro Se Attorney

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br>XYIENCE, INC., A Nevada Corporation<br>Debtor. | No. BK-S-08-10474-MKN<br>Chapter 11<br><br>Eighth Judicial District Court<br>Las Vegas, Clark County, Nevada<br>Case No. A544781, Dept. XXIII |
| XYIENCE INCORPORATED, a Nevada Corporation,<br>Plaintiff,<br><br>v.<br><br>RICHARD BERGERON, an individual<br>Defendant. | CASE NO. BK-2-08-AP-01082-MKN<br><br>**NOTICE OF HEARING FOR DEFENDANT AND COUNTER-CLAIMANT'S MOTION FOR AN IMMEDIATE SHOW CAUSE HEARING TO STRIKE THE PERJURED DECLARATIONS OF ADAM FRANK (Dkt. #3, Exh. 3) AND JAMIE COGBURN (Dkt. #3, Exh. 8); AND MOTION TO VACATE THE CLARK COUNTY DISTRICT COURT'S MODIFIED PRELIMINARY INJUNCTION ORDER (Dkt. #3, Exh. 28)** |
| RICHARD BERGERON, an Individual,<br><br>Counterclaimant,<br><br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada Corporation,<br><br>Counterdefendants. | Hearing Date: January 7, 2009<br><br>Time: 9:30 AM<br><br>Location: 300 Las Vegas Blvd. South<br>Courtroom #2<br>Las Vegas, NV 89101 |

**NOTICE IS HEREBY GIVEN THAT RICH BERGERON, ATTORNEY PRO-SE, FILED DEFENDANT AND COUNTER-CLAIMANT'S MOTION FOR AN IMMEDIATE SHOW CAUSE HEARING TO STRIKE THE PERJURED DECLARATIONS OF ADAM FRANK (Dkt. #3, Exh. 3) AND JAMIE COGBURN (Dkt. #3, Exh. 8); AND MOTION TO VACATE THE CLARK COUNTY DISTRICT COURT'S MODIFIED PRELIMINARY INJUNCTION ORDER (Dkt. #3, Exh. 28) ON NOVEMBER 25, 2008.**

A copy of the above-referenced Motion is on file with the clerk of the United States Bankruptcy Court for the District of Nevada, 300 Las Vegas Boulevard, South, Las Vegas, Nevada 89101. This Motion seeks the striking of the Adam Frank and Jamie Cogburn declarations as well as the vacation of the preliminary injunction order, and as such this notice and the motion itself have been served on both Frank and Cogburn in addition to the counter-defendants.

**NOTICE IS FURTHER GIVEN** that any opposition to the Motion must be filed and served on counsel within 15 days after service of this Notice (plus three days for mailing). Any reply to an opposition shall be filed and served no later than 5 business days before the date set for the hearing or as otherwise ordered by the Court. In accordance with LR 9014, the following statement is provided:

If you object to the relief requested, you *must* file a **WRITTEN** response to this Pleading with the court. You must also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

• The court may *refuse to allow you to speak* at the scheduled hearing; and

• The court may *rule against you* without formally calling the matter at the

hearing.

**NOTICE IS FURTHER GIVEN** that in the event objections are filed to the Motion, a hearing on said Motion will be held before a United States Bankruptcy Judge in the Foley Federal Building, Bankruptcy Courtroom No. 2, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101, on the 7th day of January, 2009, at 9:30 a.m.

**NOTICE IS FURTHER GIVEN** that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and times at the above noticed hearing or any adjournment thereof.

DATED this 2nd day of December, 2008.

IN PROPER PERSON

Rich Bergeron
147 Old County Road
East Sandwich, MA 02537
617-209-4325
Attorney Pro-Se
Rich.Bergeron@gmail.com