Rich Bergeron
147 OLD COUNTY ROAD
East Sandwich, MA 02537
Telephone: (617) 209-4325
Defendant as Pro Se Attorney

DEC 3 10 08 AM '08

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>XYIENCE, INC., A Nevada Corporation<br><br>Debtor. | No. BK-S-08-10474-MKN<br>Chapter 11<br><br>Eighth Judicial District Court<br>Las Vegas, Clark County, Nevada<br>Case No. A544781, Dept. XXIII |
| XYIENCE INCORPORATED, a Nevada Corporation,<br>Plaintiff,<br><br>v.<br><br>RICHARD BERGERON, an individual<br>Defendant. | CASE NO. BK-2-08-AP-01082-MKN<br><br>**DEFENDANT AND COUNTERCLAIMANT'S CERTIFICATE OF SERVICE**<br>Hearing Date: January 7, 2008<br><br>Time: 9:30 A.M.<br><br>Location: 300 Las Vegas Blvd. South<br>Courtroom #2<br>Las Vegas, NV 89101 |
| RICHARD BERGERON, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada corporation,<br><br>Counterdefendants. | |

## CERTIFICATE OF SERVICE

1. On DECEMBER 2, 2008 I served the following documents:

**DEFENDANT AND COUNTER-CLAIMANT'S MOTION FOR AN IMMEDIATE SHOW CAUSE HEARING TO STRIKE THE PERJURED DECLARATIONS OF ADAM FRANK (Dkt. #3, Exh. 3) AND JAMIE COGBURN (Dkt. #3, Exh. 8); AND MOTION TO VACATE THE CLARK COUNTY DISTRICT COURT'S MODIFIED PRELIMINARY INJUNCTION ORDER (Dkt. #3, Exh. 28)**

**AFFIDAVIT OF RICH BERGERON IN SUPPORT OF DEFENDANT AND COUNTER-CLAIMANT'S MOTION FOR AN IMMEDIATE SHOW CAUSE HEARING TO STRIKE THE PERJURED DECLARATIONS OF ADAM FRANK (Dkt. #3, Exh. 3) AND JAMIE COGBURN (Dkt. #3, Exh. 8); AND MOTION TO VACATE THE CLARK COUNTY DISTRICT COURT'S MODIFIED PRELIMINARY INJUNCTION ORDER (Dkt. #3, Exh. 28)**

**AFFIDAVIT OF RIC KLINGENBERG IN SUPPORT OF DEFENDANT AND COUNTER-CLAIMANT'S MOTION FOR AN IMMEDIATE SHOW CAUSE HEARING TO STRIKE THE PERJURED DECLARATIONS OF ADAM FRANK (Dkt. #3, Exh. 3) AND JAMIE COGBURN (Dkt. #3, Exh. 8); AND MOTION TO VACATE THE CLARK COUNTY DISTRICT COURT'S MODIFIED PRELIMINARY INJUNCTION ORDER (Dkt. #3, Exh. 28)**

**NOTICE OF HEARING FOR DEFENDANT AND COUNTER-CLAIMANT'S MOTION FOR AN IMMEDIATE SHOW CAUSE HEARING TO STRIKE THE PERJURED DECLARATIONS OF ADAM FRANK (Dkt. #3, Exh. 3) AND JAMIE COGBURN (Dkt. #3, Exh. 8); AND MOTION TO VACATE THE CLARK COUNTY DISTRICT COURT'S MODIFIED PRELIMINARY INJUNCTION ORDER (Dkt. #3, Exh. 28)**

2. I served the above-named document(s) by the following means to the persons as listed below:

By Certified Mail to: **Jamie Cogburn** at 170 S. Green Valley Pkwy., Suite 280, Henderson, NV 89012 **and ADAM FRANK** at 620 Palmwood Ln., Las Vegas, NV 89123-0250 **AND/OR** 6238 Santa Cruz Ave, Las Vegas, NV 89108-3316.

[x] b. **By direct email (as opposed to through the ECF system)**
(list persons and email addresses):
Laurel E. Davis (NV Bar No. 3005) ldavis@fclaw.com
Jon T. Pearson (NV Bar No. 10182) jpearson@fclaw.com
GREGORY E GARMAN: bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com
U.S. TRUSTEE - LV – 11: USTPRegion17.lv.ecf@usdoj.gov
SHEENA R. AEBIG: saebig@williamskastner.com
OGONNA M. ATAMOH: oatmoh@nevadafirm.com, bkecf@nevadafirm.com, paltstatt@nevadafirm.com, sliberio@nevadafirm.com
AMBRISH S. SIDHU: ecfnotices@sidhulawfirm.com
SCOTT FLEMING Sfleming@halelane.com
AUGUST LANDIS: Augie.landis@usdoj.gov
MARJORIE GUYMON: mguymon@goldguylaw.com

I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**I declare under penalty of perjury that the foregoing is true and correct.**

*DATED this 2nd day of DECEMBER, 2008.*

IN PROPER PERSON

Rich Bergeron
147 Old County Road
East Sandwich, MA 02537
617-209-4325
Attorney Pro-Se
Rich.Bergeron@gmail.com