E-Filed On 12/15/08

GORDON SILVER
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gordonsilver.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Counterdefendant,
Fertitta Enterprises, Inc.

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>XYIENCE INCORPORATED,<br>a Nevada corporation,<br><br>Debtor. | Case No.: BK-S-08-10474-MKN<br>Chapter 11 |
| XYIENCE INCORPORATED,<br>a Nevada corporation,<br><br>Plaintiff,<br>v.<br><br>RICHARD BERGERON, an individual,<br><br>Defendant. | Adversary No. 08-1082-MKN<br><br>**CERTIFICATE OF SERVICE OF LIMITED OPPOSITION OF COUNTERDEFENDANT, FERTITTA ENTERPRISES, INC., TO MOTION OF DEFENDANT/COUNTERCLAIMANT, RICHARD BERGERON, FOR SHOW CAUSE HEARING TO STRIKE DECLARATIONS, AND TO VACATE PRELIMINARY INJUNCTION ORDER** |
| RICHARD BERGERON, an individual,<br><br>Counterclaimant,<br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada corporation,<br><br>Counterdefendants. | Date: January 7, 2009<br>Time: 9:30 a.m. |

1. On December 15, 2008, I served the foregoing documents by the following means to the persons as listed below:

☒ a. ECF System to: See attached ECF Confirmation Sheet

☒ d. By direct email to: Richard Bergergon: rich.bergeron@gmail.com

I declare under penalty of perjury that these facts are true to the best of my knowledge and belief.

DATED this 15th day of December, 2008.

Marsha Stallsworth, an employee of
Gordon Silver



Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101630-001/648296.doc

## File an answer to a motion:

08-01082-mkn XYIENCE INCORPORATED v. BERGERON
Type: ap Office: 2 (Las Vegas) Lead Case: 08-10474-mkn
Judge: mkn

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from ZIRZOW, MATTHEW C. entered on 12/15/2008 at 4:36 PM PST and filed on 12/15/2008
**Case Name:** XYIENCE INCORPORATED v. BERGERON
**Case Number:** 08-01082-mkn
**Document Number:** 122

**Docket Text:**
Limited Opposition Filed by MATTHEW C. ZIRZOW on behalf of FERTITTA ENTERPRISES (Related document(s)[117] Miscellaneous Application,, Motion to Vacate, filed by Defendant RICHARD BERGERON, Counter-Claimant RICH BERGERON.) (ZIRZOW, MATTHEW)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\mds\Desktop\Fertitta's Limited Opposition to Bergeron's Motion for Show Cause Hearing to Strike Declarations and to Vacate Preliminary Injunction Order.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=12/15/2008] [FileNumber=11254597-0] [cb8ec5d02fac608e515f7d45a60738e89e0a6892040053648cbe2df50d69367189 b1dd7f58c487fbbfd0fb5571d9b4e0afb459726d34f549161f6f8a46d8bd3c]]

**08-01082-mkn Notice will be electronically mailed to:**

LAUREL E. DAVIS ldavis@fclaw.com, mhurtado@fclaw.com;mlafrena@fclaw.com

JON PEARSON jpearson@fclaw.com, mhurtado@fclaw.com

MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

**08-01082-mkn Notice will not be electronically mailed to:**

RICH BERGERON
147 OLD COUNTY ROAD
EAST SANDWICH, MA 02537

BARTHOLOMEW DONOVAN

UNKNOWN
LAS VEGAS, NV 89101

GARY NELSON
,

## MDS Marsha D. Stallsworth

| | |
|---|---|
| **From:** | MDS Marsha D. Stallsworth |
| **Sent:** | Monday, December 15, 2008 4:38 PM |
| **To:** | 'rich.bergeron@gmail.com' |
| **Subject:** | SERVICE OF DOCUMENTS - ADV. NO. 08-1082 |
| **Attachments:** | Dkt 122 Fertitta's Limited Opposition to Bergeron's Motion for Show Cause Hearing to Strike Declarations and to Vacate Preliminary Injunction Order.pdf |

Dkt 122 Fertitta's Limited Opp...

THIS CONSTITUTES SERVICE OF THE FOREGOING DOCUMENT.