[RECEI]VED AND FILED

2008 DEC 17 P 3: 16

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Rich Bergeron
147 OLD COUNTY ROAD
East Sandwich, MA 02537
Telephone: (617) 209-4325
Defendant as Pro Se Attorney

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>XYIENCE, INC., A Nevada Corporation<br><br>Debtor. | No. BK-S-08-10474-MKN<br>Chapter 11<br><br>Eighth Judicial District Court<br>Las Vegas, Clark County, Nevada<br>Case No. A544781, Dept. XXIII |
| XYIENCE INCORPORATED, a Nevada Corporation,<br>Plaintiff,<br><br>v.<br><br>RICHARD BERGERON, an individual<br>Defendant. | CASE NO. BK-2-08-AP-01082-MKN<br><br>**DEFENDANT AND COUNTERCLAIMANT'S MOTION FOR WAIVER OF COURTCALL TELEPHONIC APPEARANCE FEES**<br><br>Hearing Date: N/A<br><br>Location: 300 Las Vegas Blvd. South<br>Courtroom #2<br>Las Vegas, NV 89101 |
| RICHARD BERGERON, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada corporation,<br><br>Counterdefendants. | |



PDF Creator - PDF4Free v2.0 http://www.pdf4free.com

# DEFENDANT AND COUNTERCLAIMANT'S MOTION FOR WAIVER OF COURTCALL TELEPHONIC APPEARANCE FEES

Defendant and Counter Claimant Rich Bergeron was granted an Order to Proceed In Forma Pauperis on February 28, 2008 by the Clark County District Court. The CourtCall fees have piled up lately and are making it very difficult for Bergeron to continue to participate in these proceedings.

Other courts, notably the UNITED STATES BANKRUPTCY COURT, MIDDLE DISTRICT OF PENNSYLVANIA outline that an In Forma Pauperis Order allows for the granting of a fee waiver for Court Call Telephonic Appearances:

"A waiver of the CourtCall fees is approved for parties who have been granted IFP status and parties represented by Pro Bono counsel. The Court will notify CourtCall prior to the hearing of such waiver of fees." (From *Telephonic Court Appearance Procedures for Chief Judge John J. Thomas*)

As such, Bergeron is qualified to receive such a waiver, which should go into effect prior to the next scheduled hearing in this matter on January 7, 2009. The proper notice regarding Bergeron's already-existing account (under 617-209-4325) should be given to CourtCall so that he can adequately participate in these proceedings.

Although CourtCall mentions as part of their telephonic appearance services that a fee waiver is available through the actual court, Bergeron was not able to find any suitable form for such relief. Therefore he presents this formal motion as a request for such a stipulation waving his CourtCall fees for the remainder of this case.

*DATED this 17th day of DECEMBER, 2008.*

IN PROPER PERSON

Rich Bergeron
147 Old County Road
East Sandwich, MA 02537
617-209-4325
Attorney Pro-Se
Rich.Bergeron@gmail.com



PDF Creator - PDF4Free v2.0 http://www.pdf4free.com