GORDON SILVER
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gordonsilver.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Counterdefendant,
Fertitta Enterprises, Inc.

E-Filed On December 29, 2008

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>XYIENCE INCORPORATED,<br>a Nevada corporation,<br><br>Debtor. | Case No.: BK-S-08-10474-MKN<br>Chapter 11 |
| XYIENCE INCORPORATED,<br>a Nevada corporation,<br><br>Plaintiff,<br>v.<br><br>RICHARD BERGERON, an individual,<br><br>Defendant. | Adversary No. 08-1082-MKN<br><br>**CERTIFICATE OF SERVICE OF REPLY OF COUNTERDEFENDANT, FERTITTA ENTERPRISES, INC., TO OPPOSITION OF DEFENDANT/COUNTERCLAIMANT, RICHARD BERGERON, TO MOTION TO DISMISS AMENDED COUNTERCLAIM** |
| RICHARD BERGERON, an individual,<br><br>Counterclaimant,<br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada corporation,<br><br>Counterdefendants. | Date: January 7, 2009<br>Time: 9:30 a.m. |

1. On December 24, 2008, I served the foregoing documents by the following means to the persons as listed below:

☒ a. ECF System to: See attached ECF Confirmation Sheet

2. On December 24, 2008, I served the foregoing documents by the following means to the persons as listed below:

☒ b. By direct email to: Richard Bergergon: rich.bergeron@gmail.com

I declare under penalty of perjury that these facts are true to the best of my knowledge and belief.

DATED this 29th day of December, 2008.

Marsha Stallsworth, an employee of
Gordon Silver

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

## File an answer to a motion:

08-01082-mkn XYIENCE INCORPORATED v. BERGERON

Type: ap Office: 2 (Las Vegas) Lead Case: 08-10474-mkn
Judge: mkn

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from GARMAN, GREGORY E entered on 12/24/2008 at 10:57 AM PST and filed on 12/24/2008

**Case Name:** XYIENCE INCORPORATED v. BERGERON
**Case Number:** 08-01082-mkn
**Document Number:** 129

**Docket Text:**
Reply Filed by GREGORY E GARMAN on behalf of FERTITTA ENTERPRISES (Related document (s)[125] Opposition filed by Defendant RICHARD BERGERON, Counter-Claimant RICH BERGERON.) (GARMAN, GREGORY)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\ebarnwell\Desktop\Reply of Counterdefendant Fertitta Enterprises Inc to Opposition to Motion to Dismiss.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=12/24/2008] [FileNumber=11314775-0] [aa663f152c002e7d66eb9fd52345a4b93b83896d74bc30b76fa9591edc65273b97 7420a83246627d6ad2dbedd43d7c50a8cb077e4b9694a26be265a932a83d5b]]

**08-01082-mkn Notice will be electronically mailed to:**

LAUREL E. DAVIS ldavis@fclaw.com, mhurtado@fclaw.com;mlafrena@fclaw.com

GREGORY E GARMAN bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

JON PEARSON jpearson@fclaw.com, mhurtado@fclaw.com

MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

**08-01082-mkn Notice will not be electronically mailed to:**

RICH BERGERON
147 OLD COUNTY ROAD
EAST SANDWICH, MA 02537

BARTHOLOMEW DONOVAN
UNKNOWN
LAS VEGAS, NV 89101

GARY NELSON
,

## MDS Marsha D. Stallsworth

**From:** MDS Marsha D. Stallsworth
**Sent:** Wednesday, December 24, 2008 11:10 AM
**To:** 'rich.bergeron@gmail.com'
**Subject:** SERVICE OF DOCUMENT - Dkt 129 Fertitta Enterprises Reply to Opposition of/Fertitta Enterprises, Inc./Defense of Litigation/Removed to BK Court/101630-001

**Attachments:** Dkt 129 Fertitta Enterprises Reply to Opposition of

651070.pdf (328 KB)

Dkt 129 Fertitta Enterprises Reply to Opposition of Defendant-Counterclaimant, Richard Bergeron, to Motion to Dismiss Amended Counterclaim.pdf

THIS CONSTITUTES SERVICE OF THE ATTACHED DOCUMENT.