Entered on Docket
January 06, 2009

Hon. Mike K. Nakagawa
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| In re:<br><br>XYIENCE INCORPORATED, a Nevada corporation,<br>Debtor. | BK-S-08-10474-MKN<br><br>Chapter 11 |
| XYIENCE INCORPORATED, a Nevada corporation,<br>Plaintiff,<br>v.<br>RICHARD BERGERON, an individual,<br>Defendant. | Adversary No. 08-1082<br><br>Date: N/A<br>Time: N/A |
| RICHARD BERGERON, an individual,<br>Counterclaimant,<br>v.<br>XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada corporation,<br>Counterdefendants. | |

**ORDER ON DEFENDANT AND COUNTERCLAIMANT'S MOTION FOR WAIVER OF COURTCALL TELEPHONIC APPEARANCE FEES**

The court has reviewed the Motion for Waiver of Courtcall Telephonic Appearance Fees filed by Defendant and Counterclaimant Richard Bergeron on or about December 17, 2008. Defendant represents that certain judicial districts allow for a waiver of court call fees to those parties who have been granted *in forma pauperis* status. By an order entered on January 26, 2008, Defendant was granted *in forma pauperis* status in the state court proceeding[1] before the matter was removed to the bankruptcy court.

While some judicial districts may allow for a waiver of telephonic appearance fees, the District of Nevada is not one of them. Although this judicial district may adopt such procedures in the future, no current basis for such relief exists.

**IT IS THEREFORE ORDERED** that Defendant and Counterclaimant's Motion for Waiver of Courtcall Telephonic Appearance Fees be, and the same hereby is, **DENIED**.

Copies noticed through ECF to:

LAUREL E. DAVIS ldavis@fclaw.com, mhurtado@fclaw.com;lgolonka@fclaw.com

JON PEARSON jpearson@fclaw.com, mhurtado@fclaw.com

MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

GREGORY E GARMAN bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

and sent to BNC to:

RICH BERGERON
147 OLD COUNTY ROAD
EAST SANDWICH, MA 02537

# # #

[1] That order was entered based on two separate applications filed by the Defendant on September 6, 2007 and September 20, 2007.

# CERTIFICATE OF NOTICE

District/off: 0978-2 User: grahamjm Page 1 of 1 Date Rcvd: Jan 06, 2009
Case: 08-01082 Form ID: pdf805 Total Served: 1

The following entities were served by first class mail on Jan 08, 2009.
aty +RICH BERGERON, 147 OLD COUNTY ROAD, EAST SANDWICH, MA 02537-1465

The following entities were served by electronic transmission.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 08, 2009** **Signature:** Joseph Speetjens