# EXHIBIT 58

from Gary Nelson <lvgnelson@hotmail.com>
to rich.bergeron@gmail.com
date Mon, Apr 21, 2008 at 2:07 PM
subject FW: press release
mailed-by hotmail.com

hide details Apr 21 [Xyience financing release_rev1.doc]

Reply

Date: Tue, 9 Oct 2007 13:33:22 -0700
From: rxyience@yahoo.com
Subject: Fw: press release
To: dianefrankteam@yahoo.com; gnorthan@yahoo.com; nobleventures@yahoo.com; lvgnelson@hotmail.com; petestephens1@hotmail.com; tonysmith@wlgdirect.com; tnelson@nevadatitle.com

----- Forwarded Message ----
From: Adam Frank <adam@adam-frank.com>
To: rxyience@yahoo.com
Sent: Tuesday, October 9, 2007 12:55:17 PM
Subject: press release

Xyience financing release_rev1.doc
1488K View as HTML Download

# EXHIBIT 59

Thursday, November 22, 2007 11:03 PM
From: "Rich Bergeron" <boxer_47@yahoo.com>
Add sender to Contacts
To: "Kirk Sanford" sanfordkirk@gmail.com

You don't like my approach in dealing with it? ha ha ha ha ha ha ha

You think I like your approach, which was to sue me for $25 million to erase the truth?

I'm not a business man. I'm a writer. Forgive me for being blunt, but I feel I have to be in this situation.

You just said you were responsible for getting $8 million into this company, but you can't come up with a million bucks in a structured settlement that I'm willing to negotiate over 2 years?? That's ludicrous.

Since it appears I will no longer be working with either of you to help in any way with the business approach, I won't need your business sense. This is a legal matter and also one for the court of public opinion to consider now. Good luck.

Kirk Sanford <sanfordkirk@gmail.com> wrote:

Confidential

Rich, I do empathisize with your situation, but I do not like your approach in dealing with it. I am a business man that made money by hard work, integrity, and honor and have built successfull companies. My reputation and family life has sufferred over this bullshit.

I saw the potential in this company and that is why I have $8Million of my own and my friends money invested in this deal that will undoubtedly be wiped out. We didn't create it, we have only tried to fix it using the same principles that have always made us successful. Adam is a good man with charactor, but, we find ourselves in a mess that was created by alot of bad people, coupled with legacy management that were either incompetent or had hidden agendas.

This is what we walked into- No real business metrics to point to, company has lost $90 Million, $37Million in liabilites, no cash in the bank, $45M in negative shareholder equity and history (that we learned alot more than we ever would have believed) of criminals and crooks that have sold stock fraudulently, embezelled, and the list goes on... in talking with Frank Maher he understand the situation.

Rich, follow the money and who benefited, it will lead you to the truth. If you would like me to spend some time with you on my perspective as a business man I extend that to you- you are living on another planet in this regard, candidly, Adam and I have not taken $1 of shareholders money, nor have we spent $1 of shareholders money. Innocent people have paid upwards of $5 a share on a company that was never worth more than $0.25 per share. Regards.

On 11/22/07, Rich Bergeron wrote:
> Kirk,

>
> Look, there is nothing here that can be considered extortion. You both told
> me before I came to NYC that the lawsuit was going to be over, yet we
> discussed no terms of ending it, and you knew beforehand about the million
> dollar motion I was intending to file.
>
> You both told me I would be getting $5,000 for travel and only delivered
> $500.
>
> Adam signed an affidavit rife with lies about me to get the case against me
> going in the first place.
>
> You have both admitted to me that you use my site as a resource and you
> value the information I have.
>
> So, looking at all that, I would have been in a position to provide
> tremendous help in turning this brand around. All I asked for was to be
> justly compensated for what I went through, a process of litigation you both
> know is based on complete bullshit. There is no way to make that propaganda
> or sensationalize it. It's the cold, hard truth. Your company sued me for
> $25 million, which is something you both seem to think is trivial. If I
> should lose that case for some freak reason, I will be forced to spend the
> rest of my life paying off that kind of debt. My kids will be paying that
> debt after I die. And all of it is based on a sham.
>
> I am not trying to blackmail you. I told you what I want out of this
> situation to be able to be comfortable to proceed. Adam didn't even so much
> as come back with a counter offer. I know Xyience isn't a fortress full of
> money. It's a wreck, and I'm concerned by that, but it doesn't change the
> fact that there is a lawsuit in the company's name against me seeking $25
> million that needs to end, and I need to be rewarded instead of punished for
> the good deed I've done in exposing it all and getting the feds to come in
> and clean up a mess your predecessors and you never could.
>
> Imagine you were just walking down the street minding your own business and
> someone just walked right up to you in front of a crowd of people and beat
> you with a baseball bat until it broke over your skull. From intensive care
> you get a summons from the same guy who just beat you down. He's suing you
> because he claims you broke his baseball bat. That's how it feels to be in
> my position.
>
> I find this comment of yours laughable: "I do feel the way you are
> approaching this is unprofessional and irresponsible journalism- you appear
> to me to be a person more interested in propaganda/speculation than the
> truth." This coming from the guy who showed up to a business meeting looking
> more ready for a camping trip.
>
> So at what time were you lying to me? Was it when you said you use my site
> as a resource to learn the history of the company, or is it here in your
> email with the above statement? Make up your mind. In one breath you say you
> admire what I've done and know I'll do the right thing, and then in the next
> breath you're calling my work propoganda and specualtion. This has always
> been about the truth and always will be about the truth.
>

> As far as the litigation you are already threatening, it's funny to me how
> uptight you're both getting when nothing's even been printed yet except that
> you paid for my trip, and I haven't even mentioned your names...yet. It's
> even funnier that you would rather pay for more useless litigation than give
> me what I'm due here. I'm asking for $1 million. I know if you don't have it
> in Xyience you can find it. I bet my guest at lunch there would even provide
> that money to you, and you could make this deal happen and get a bit more
> capital while you're at it. Whether it's set up as a contract or a
> structured settlement, I don't care. I just know what I already put in, how
> hard I worked, the long hours I put in as my own attorney, and the levels of
> stress I've endured watching all this unfold. I have a number in my head
> that I think addresses what I've been through properly, and right away you
> can't come up with it.
>
> If you can't come up with a million to get my help and end this case, then
> how do you expect me to believe you can come up with the kind of capital
> that will turn this company around? Honestly, why should I ever trust you
> now? You think because you supposedly acted in good faith by bringing me to
> the fights that I owe you something? You brought me there to wheel and deal
> and take from me whatever you could for the least price you had to pay. I
> know how you both work, and that's what you do whenever you can. You take
> advantage of people.
>
> At this point, I'm not even sure the contract would make ever make sense
> anyway. It would work better as a structured settlement. Already, just by
> announcing you paid for my trip another fight site started a blog that says
> I sold out. I would still be willing to help under the right terms, but you
> have to understand it's not being immature on my part. It's being ruthless,
> as you and your company have been with me up until you invited me to NYC and
> to Newark for the fights.
>
> As far as the $5 million, I never demanded that. I just told you that's what
> my motion was going to ask for in damages and sanctions now that things have
➢ tanked in our negotiations. That's the truth. That motion will sanction Frank for
➢ his lies and possibly result in perjury charges if I play my cards right.
➢ As far as your end, I'm going to find out what you did
> at GCA and why your departure is being investigated right now.
>
> I am not being unreasonable here, as much as you might think so. This
> lawsuit has made news worldwide. It accuses me of printing lies. If it
> stands as is without me winning, people can always find it and use it to
> question my integrity. I have spent nearly my entire adult life following
> the tenets of a personal honor code, and I have never had any problems with
> anyone questioning my integrity until this lawsuit came along. I am not in
> the business of making shit up.
>
> By the very nature of my job as a reporter, I can't spout things I can't
> confirm. I know that, and I know the laws of libel and slander, and
> therefore there is no way I can lose this case. You and Adam are both in a
> position where what you've been doing and what you're planning just isn't
> going to square with the other investors. All I'm going to do is find out
> exactly why they're unhappy. If that should damage your already shaky
> character further, that's your problem. Should you choose to sue me, I will
> have all the documentation to show you've lied before, you'll lie again, and

> you're fond of creating claims out of thin air.
>
> As far as honey and vinnegar, I think you both proved that doesn't always
> work. You tried to charm me and only revealed your duplicity and
> underhandedness. As I told Adam, if you were planning to get me to walk away
> from the suit for $5,000 you might as well have spit in my face and called
> it a day.
>
> The bottom line is you've created this monster, and I'm telling you what
> needs to be done to destroy it. If you don't want to follow through and make
> this case go away like you promised, the truth will shine through one way or
> another. I am more determined than ever to find out the real truth about
> this new deal now. I've been contacting the players on the other side of
> this thing, and come next week they'll be filling me in on all the sordid
> details. The claim against you from Pike will be published, your recording
> from your first conversation with me will be made public, and my army of
> truth will be activated for war again. Yet, there will be no propoganda or
> subversive behavior. It will all be out in the open, fair game, and ready to
> withstand any scrutiny.
>
> I'm basically going to opt out of being included in your whole mess. I'll
> report from the sidelines, talk to the players, and watch the battle unfold.
> This is not going to bode as well for you as having me in your corner
> exclusively. I say that not because I'm going to make up something to make
> you look bad. It's because I already know some of the things people are
> unhappy about, and I wouldn't be happy in their position, either. You said
> it yourself that you want to make sure the company is as profitable as it
> can be. It seems to me that you don't care who gets screwed to accomplish
> that.
>
> If you really intend to clean this situation up and you really would like me
> to help, I am still willing to consider a counter offer. However, you will
> have to go a long way in proving to me you are not what the other side is
> painting you as and you have moved beyond the past transgressions I'm now
> aware of. Let me know what you think, but honestly I would advise you to be
> ready for the truth to come out in the coming days and weeks. I'm not
> holding back for any reason until a deal can be made and this case can be
> closed once and for all.
>
>
> Kirk Sanford wrote:
>
> Confidential
>
> Rich, I wish you and your family a happy Thanksgiving. This back and
> forth dialogue is accomplishing nothing. To be candid and forthright
> with you, we reached out to you in good faith because we believed you
> were a good guy trying to expose some bad things going on and to
> understand your perspective on the situation we wanted to do that in
> person which is why we invited you to NY. Remember, we were also sued
> by Russell for $21M and you have been a good source for us in
> understanding the history that occurred before we were involved.
>
> I do feel the way you are approaching this is unprofessional and

> irresponsible journalism- you appear to me to be a person more
> interested in propaganda/speculation than the truth. You are very
> reactive and immature when you don't get your way and asking for
> $1Million dollars and then followed up by $5Million dollars if it
> doesn't happen by a midnight drop dead date on a company that was
> insolvent when Adam and showed up here back in first of June. I hope
> that is merely a lack of your business experience (which I would like
> to believe is the case) versus trying to blackmail/extort by
> threatening Adam and I. Do what you think is right, but, should you be
> wrong and print any defamatory or slanderous articles on Adam or I,
> you will put us in a position where we have no choice but to respond
> with legal action against you, which we don't want to do.
>
> Rich, like the saying goes, you can catch more flys with honey than
> vinegar. Regards.
>

# EXHIBIT 60

# District Case Inquiry - Parties

Home

Summary
Case Activity
Calendar
Continuance
Minutes
Parties
Judgments

District Case
Party Search
Corp. Search
Atty. Search
Bar# Search
ID Search

Calendar Day
Holidays

Help
Comments & Feedback
Legal Notice

**Case** 07-A-551168-C **Status** ACTIVE
**Plaintiff** Pike, Russell **Attorney** Krincek, Wendy
**Defendant** Frank, Adam **Attorney** Semenza III, Lawrence J.
**Judge** Williams, Timothy C **Dept.** 16

Total of 10 entries, presently displaying 1 through 10.

| Party Name | | Party Type | Status |
|---|---|---|---|
| **Attorney Bar#** | **Attorney Name** | | **Total Attorneys** |
| **Answer Date** | **Answer Type** | **Summons Filed** | **Summons Served** |
| **Address** | | | **Phone** |
| Pike, Russell | | PRIMARY PLAINTIFF | ACTIVE as of 11/05/2007 |
| 006417 | Krincek, Wendy | | 1 |
| | | | |
| | | | |
| Frank, Adam | | PRIMARY DEFENDANT | ACTIVE as of 11/05/2007 |
| 007174 | Semenza III, Lawrence J. | | 1 |
| 07/09/2008 | AA | | |
| NV | | | |
| Sanford, Kirk | | DEFENDANT | ACTIVE as of 11/29/2007 |
| 001891 | Hunterton, C. S. | | 1 |
| 07/09/2008 | AA | | |
| NV | | | |
| Frank, Adam | | COUNTER CLAIMANT | ACTIVE as of 11/29/2007 |
| 001891 | Hunterton, C. S. | | 1 |
| | | | |
| NV | | | |
| Sanford, Kirk | | COUNTER CLAIMANT | ACTIVE as of 11/29/2007 |
| 001891 | Hunterton, C. S. | | 1 |
| | | | |
| NV | | | |
| Pike, Russell | | COUNTER-DEFENDANT | ACTIVE as of 11/29/2007 |
| 006417 | Krincek, Wendy | | 1 |
| 07/29/2008 | CC | | |

# EXHIBIT 61

**SCHEDULE A (FEC Form 3 )**
**ITEMIZED RECEIPTS**

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: PAGE 11 / 47
(check only one)
[X] 11a [ ] 11b [ ] 11c [ ] 11d
[ ] 12 [ ] 13a [ ] 13b [ ] 14 [ ] 15

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
Ensign for Senate

A. Full Name (Last, First, Middle Initial)
Frank Fertitta Jr.

Mailing Address 20 Vintage Court

| City | State | Zip Code |
|---|---|---|
| Las Vegas | NV | 89113 |

FEC ID number of contributing federal political committee. C

Name of Employer: Fertitta Enterprises

Occupation: Chairman of the Board

Receipt For: 2012
[X] Primary [ ] General
[ ] Other (specify)

Election Cycle-to-Date: 1000.00

Date of Receipt: 11 / 19 / 2007

Transaction ID: 80107.C43922

Amount of Each Receipt this Period: 1000.00

Receipt

[ ] Limit Increased Due to Opponent's Spending (2 U.S.C. 441a(i)/441a-1)

# EXHIBIT 62

# Commentary

# Star witness could derail skimming investigation

For State Gaming Control investigators, it represents a set-back in what is perhaps the dic[illegible]est probe confronting them.

Sources close to the investigation confirmed this week that contrary to earlier indications, star witness Harry McBride will refuse to speak with gaming agents about past alleged skimming by Palace Station Casino owner Frank Fertitta.

McBride, a former chief of security at the Palace Station (formerly the Bingo Palace) under the Carl Thomas regime, had been a key federal government witness in the Kansas City trial of eight top Midwest crime chiefs, who were found guilty of skimming from Las Vegas casinos during the 1970s.

For 20 years, McBride handled security operations at a number of casinos run by Thomas, the admitted master skimmer who plundered such hotels as Circus Circus, Slots O' Fun, Tropicana, Fremont, Hacienda and Stardust, funneling the proceeds back to organized crime chiefs in the



Ned Day

Midwest.

After turning government witness, Thomas confirmed that he headed a group of casino executives who acted, in essence, as skimmers for hire to the mob.

According to McBride's testimony before two federal grand juries (one in Kansas City and one in Las Vegas) Thomas put him (McBride) in charge of handling all security precautions to protect the various skimming operations.

But in his testimony on the Kansas City witness stand, McBride said that during the 1970s, he would often be dispatched by Thomas to the Fremont Hotel, in order to watch over and protect the skimming carried on there by a man whom McBride referred to as "Frank."

At the time, Frank Fertitta, now owner of the Palace Station, was casino manager of the Fremont and had been a longtime casino business associate of Thomas.

According to McBride, it was his job to conduct counter-surveillance aimed at law enforcement agents, while "Frank" conducted the count-room skimming.

Fertitta flatly denies any assertions that he engaged in skimming during the years he worked for Thomas. And in his testimony, Thomas never specifically implicated Fertitta.

The Kansas City grand jury did not indict Fertitta in the so-called Argent skim case and prosecutors have subsequently determined that the statute of limitations has run out on any alleged violations that took place in the 1970s — precluding any future indictment of him on those charges.

But as the owner of the Palace Station (which he purchased from Thomas) Fertitta holds a Nevada gaming license and the Gaming Control Board wants to get to the bottom of the allegations.

If Fertitta did in fact skim money for organized crime during the years he was associated with Thomas, then it means that he gave false statements to the Control Board and Gaming Commission when he received his license at the Palace Station.

And that would be grounds enough for license revocation at the Palace Station, a highly lucrative operation referred to by Thomas and his associates as "the bank."

But now McBride has indicated to confidants that he will decline to assist in the Control Board's probe.

McBride is said to feel that Fertitta has too many high-level political connections in Nevada for anything to come of the probe.

He's also reported to harbor an intense dislike for Control Board Chairman Bart Jacka, stemming from the years when Jacka worked as the assistant sheriff in Metro under the Ralph Lamb regime.

"He doesn't trust Jacka and he just doesn't think that any good will come of it," said one source familiar with the situation.

Is this a fatal blow to the investigation?

Maybe. Control Board agents are talking to other witnesses and they have the transcript of McBride's Kansas City testimony, which could be used as evidence at any subsequent Control Board hearing on Fertitta's license.

But unless he changes his mind and agrees to provide more detail on Fertitta's alleged role in the Thomas-led skimming operations, McBride's decision may effectively torpedo the probe.

The Control Board is unlikely to move against the well-liked and influential Fertitta without having a rock-solid case.

---

Sixty Minutes is set to re-air that controversial interview with sharp-tongued Las Vegas defense lawyer Oscar Goodman, tonight at seven.

---

Quotable:

Fiesty Horseshoe Casino owner Benny Binion, on the mend from a series of ailments, was being attended by a strong-willed, no-nonsense nurse who became exasperated with old Benny's refusal to follow her instructions.

"I'm sorry Mr. Binion, but we're going to have to sit down and have a talk," said the nurse.

"You're right," said Benny. "I'll start. You're fired."

---

Ned Day's column appears on the Commentary page every Wednesday, Friday and Sunday.

Sunday, June 8, 1986/Las Vegas Review-Journal/15B

# EXHIBIT 63

Mar. 14, 2007
Copyright © Las Vegas Review-Journal

Ex-Sheriff Young takes Station post

By BRIAN HAYNES and ARNOLD M. KNIGHTLY
REVIEW-JOURNAL

Since his retirement two months ago, former Clark County Sheriff Bill Young has skied more than he did in the past 20 years. He had time to golf, pick up his daughter from school, do the laundry and other day-to-day things that used to take a back seat to his job as the county's top cop.

Despite the newfound leisure time, the 51-year-old said he realized he was not ready to take up the retired life for good. On Tuesday he was named corporate vice president of security for Station Casinos Inc., following the well-worn path from local law enforcement to the gaming industry.

"At the end of the day, I felt this was the best place for Bill Young to be," he said Tuesday after the announcement.

Young was an officer with the Metropolitan Police Department for 24 years before being elected sheriff in 2002. Political insiders expected him to cruise to re-election last year, but he pulled out of the race in May, citing the demands the job placed on him and his family.

Young picked Undersheriff Doug Gillespie to succeed him, and Gillespie was elected in November with more than 60 percent of the vote. Young officially retired when Gillespie was sworn in on Jan. 2.

Shortly after his pullout, Young got a call from the Fertitta family, which owns Station Casinos and supported Young's run for sheriff.

Young said he also fielded job offers from other companies and agencies in Las Vegas and across the country. They included a professional sports team, a New York City security firm and cities looking for a police chief, he said.

"I nixed most of them right away," he said. "I'm a Las Vegas guy who's going to spend the rest of his life here."

Station Casinos' reputation as a good company to work for and his longtime association with the Fertitta family, which dates to his days at Bishop Gorman High School, cemented his decision, Young said.

He will oversee 630 workers and the security and surveillance operations for Station Casinos' 16 properties in Southern Nevada. Young would not reveal his new salary, but it was expected to top his annual salary of $134,263 he earned as sheriff.

Other former law enforcement officials, including retired Sheriff Jerry Keller, took corporate security jobs in the industry after retirement.

Young said he sought Keller's input.

He also talked to Grant Ashley, who led the FBI's Las Vegas office for several years and has been vice president in charge of security for Harrah's Entertainment since 2006.

Ashley said that one of the challenges facing Young in corporate security will be not having ownership of a problem from beginning to end.

**"You don't own the problem in its entirety, you don't own all the solutions" Ashley said. "To me that was a very interesting transition, and I realized there is a point in time, whether by law or otherwise, responsibilities and accountabilities and authority to accomplish things begins and ends."**

**Ashley said that one of the benefits of coming from a public safety background in Las Vegas is that Young already knows the players and the environment.**

**But he will also have to realize when to "dial back" and let outside agencies take over.**

**Young said he probably will tap into his connections in the law enforcement community, especially when it comes to homeland security issues. He said he looks forward to dealing with a different kind of environment than the down-and-dirty world that police officers deal with.**

**"This is a little happier, brighter environment, and people are coming here to have a good time," he said.**

**Find this article at:**
**http://www.reviewjournal.com/lvrj_home/2007/Mar-14-Wed-2007/news/13159594.html**

**Click Here to Print**
**SAVE THIS | EMAIL THIS | Close**
**Check the box to include the list of links referenced in the article.**

**Copyright □ Las Vegas Review-Journal, 1997 - 2007**

# EXHIBIT 64

From John Chadwell <jchadwell@xyience.com>
to Rich Bergeron <rich.bergeron@gmail.com>
date Wed, Mar 21, 2007 at 8:43 AM
subject RE:

hide details 3/21/07

Reply

Images are not displayed.
Display images below - Always display images from jchadwell@xyience.com

**This does not seem like someone who made those quotes... He said that 90% of those quotes are WRONG.**

From: David Winterton [mailto:david@davidwinterton.com]
Sent: Tuesday, March 20, 2007 1:33 PM
To: John Chadwell
Subject: RE:

Thank you. That will be fine and I will be happy to speak to the attorneys. If Rich does not get it right, he will be liable. Thank for the heads up.

David Winterton

from David Winterton <david@davidwinterton.com>
to Rich Bergeron <rich.bergeron@gmail.com>
date Wed, Mar 21, 2007 at 3:53 PM
subject RE:

hide details 3/21/07

Reply

He told me he is getting an attorney to go after you. I stated it is important to get it right or there could be liability. He is also misstating the facts. I said I did not know 90% of the information in your research. I told him I did not have any personal knowledge as to Xyience. 90% of the article dealt with Xyience. Now he is saying 90% of the information is wrong. It is a misrepresentation by him and fraud. I did not say it was wrong, I just said I did not know about Xyience. The information I did get came from two (2) people that wanted to sue Russell Pike and I was not going to talk to him about that conversations. They were confidential.

The information in my quotes are good but there are just a couple of things about Danny Lee I would like to clarify. After I review it, I will stand by the article 100%. I do not trust him. I will get back with you. Next time I will blind cc your on his emails

David Winterton

# EXHIBIT 65

Snapshots of Xyience's legal motions filed by Fennmore Craig attorneys citing perjured evidence and supporting the frivolous complaint.

From page 6 of Xyience opposition to Bergeron motion to dismiss:

Xyience alleged, *inter alia,* that: (i) Mr. Bergeron posted false and defamatory statements concerning Xyience on the internet (see Dkt. #3, Exh. 2 at ¶¶16-19); (ii) the defamatory statements were accessible by the general public on a daily basis (see Dkt. #3, Exh. 2 at ¶22); (iii) Mr. Bergeron made such statements knowing that they were false and that he knew he had no reasonable basis and fact to make such statements (see Dkt. #3, Exh. 2 at ¶¶24-25); (iv) Mr. Bergeron failed to use reasonable care to determine the truth or falsity of such statements (see Dkt. #3, Exh. 2 at ¶26); (v) the defamatory statements caused injury to Xyience (see Dkt. #3, Exh. 2 at ¶¶22-23 and 29); and (vi) that Mr. Bergeron acted with ill will toward Xyience and that he knew that his false statements would injure Xyience's business and/or reputation (see Dkt. #3, Exh. 2 at ¶¶ 16-18). Assuming all facts as alleged as true, Xyience has properly pled a claim for defamation against Mr. Bergeron.

Below: page 7 and page 7 footnote

Xyience alleged that: (i) Mr. Bergeron knew that his defamatory statements would deter potential investors from investing in Xyience (see Dkt. #3, Exh. 2 at ¶34); (ii) Mr. Bergeron was aware of Xyience's prospective economic relationship with outside investors (see Dkt. #3, Exh. 2 at ¶35); (iii) Mr. Bergeron intended or was substantially certain that his conduct would cause the outside investor not to invest in Xyience (see Dkt. #3, Exh. 2 at ¶38); (iv) Mr. Bergeron did not have any justification or privilege to interfere with Xyience's contractual or prospective economic relationship with its outside investors (see Dkt. #3, Exh. 2 at ¶37); and (v) Xyience was harmed by Mr. Bergeron's actions, as such outside investors did not invest any funds in Xyience (see Dkt. #3, Exh. 2 at ¶¶36 and 39). Assuming all facts as alleged as true, Xyience has properly pled a claim for intentional interference with prospective economic advantage against Mr. Bergeron.

[3] With respect to the intent element, Nevada has adopted the view expressed in the Restatement (Second) of Torts: "The interference with the other's prospective contractual relation is intentional if the actor desires to bring it about or if he knows that the interference is certain or substantially certain to occur as a result of his action." Las Vegas-Tonopah-Reno Stage Line, Inc.,106 Nev. at 287-88, 792 P.2d at 388 (1990); RESTATEMENT (SECOND) OF TORTS § 766B(d) (1979). "At the heart of [an intentional interference] action is whether Plaintiff has proved intentional acts by Defendant intended or designed to disrupt Plaintiff's contractual relations . . . ." Lake at Las Vegas Inv. Group, Inc. v. Pac. Malibu Dev. Corp., 867 F. Supp. 920, 925 (D. Nev. 1994) (quoting Nat. Right to Life P.A. Com. v. Friends of Bryan, 741 F. Supp. 807, 814 (D. Nev. 1990)).

18931.1/23805.002

Page 8 of Xyience opposition Motion:

Xyience alleged that: (i) Mr. Bergeron knew that his defamatory statements would deter potential investors from investing in Xyience (see Dkt. #3, Exh. 2 at ¶42); (ii) Mr. Bergeron was aware of pending deals between Xyience and outside investors, which suggests a contract between Xyience and its outside investors (see Dkt. #3, Exh. 2 at ¶43); (iii) Mr. Bergeron intended or was substantially certain that his conduct would cause the outside investor not to invest in Xyience (see Dkt. #3, Exh. 2 at ¶46); (iv) Mr. Bergeron did not have any justification or privilege to interfere with Xyience's contractual relationship with its outside investors (see Dkt. #3, Exh. 2 at ¶45); and (v) Xyience was harmed by Mr. Bergeron's actions, as such outside investors did not invest any funds in Xyience (see Dkt. #3, Exh. 2 at ¶¶44 and 47). Assuming all facts as alleged as true, Xyience has properly pled a claim for intentional interference with contract against Mr. Bergeron.

# EXHIBIT 66

A message received by Rich Bergeron regarding the fraudulent bankruptcy scheme

# WHO BANKRUPTED XYIENCE INCORPORATED?

Who destroyed Xyience stockholder equity, defrauded Xyience creditors and purposely put Xyience into bankruptcy for their own benefit? By looking at all the court documents filed and other documents that are publically available, the answer to this question is immediately discernable.

The most intriguing court documents are Xyience president and board member Omer Sattar's Sworn Declarations filed on January 23, 2008, February 8, 2008 and July 15, 2008 in U.S. Bankruptcy Court, the Zuffa Marketing Motion filed on January 25, 2008 in the U.S. Bankruptcy Court, Rich Bergeron's Motion filed on March 25, 2008 in the U.S. Bankruptcy Court, the Xyience Shareholder Amended Complaint case #553116 filed in Clark County District Court, the transcript of the Creditors' Question and Answer session of February 28, 2008 in U.S. Bankruptcy Court, the Creditors' Complaint filed on March 31, 2007 in U.S. Bankruptcy Court, The Deposition of William Smith of Manchester Consolidated filed in U.S. Bankruptcy Court and the Zyen $12 million note. An examination of these documents proves that Omer Sattar committed perjury at the direction of other individuals in control of Xyience and further shows who bankrupted Xyience and why.

On October 4, 2007 Xyience received $12 million from the Zyen note. Zyen LLC is an entity set up by Fertitta Enterprises on September 12, 2007. From that point forward, as will be seen, Xyience was controlled by Bill Bullard, secretary of Fertitta Enterprises. In the Zyen note, Bullard has full control over the uses of the funds provided to Xyience from the note. On October 10, 2007 Xyience issued a press release concerning the Zyen funding. The release stated: "The company (Xyience) intends to use a significant portion of the investment to expand distribution of its Xenergy brand energy drink." Adam Frank XYIENCE CEO said in the release: "We believe that the combination of the new financing and the extension of our UFC relationship firmly positions the company for success as we embark on a world wide expansion of the XYIENCE and Xenergy brands." In actuality, the exact opposite was true. A significant portion of the investment did not go "to expand distribution," but went to the UFC (Zuffa, a Fertitta company), Fertitta Enterprises, then Xyience Co-CEO and board chairman Adam Frank, then Xyience board member Kirk Sanford, their Beverly Hills law firm Eisner and Frank and Zyen LLC. In Omer Sattar's three declarations, Sattar under penalty of perjury states: "the proceeds of the Zyen loan could only be used to finance on going business as opposed to meeting the company's commitments to noteholders and vendors." Once again, the exact opposite is true. Fertitta Enterprises, Kirk Sanford and Adam Frank, note holders, had their notes paid in full and Zuffa Marketing and Eisner and Frank, vendors and were paid the majority of the proceeds of the funding. Cott, the manufacturer of Xenergy, the main product of Xyience, was not paid approximately $1.5 million for 169,599 cases of the product. These cases would have created revenue of $3.7 million for Xyience if purchased. Even more egregious, on November 4, 2007 the first $150,000.00 interest payment on the Zyen note was not paid by Xyience. Under the provisions of the Zyen note, Bill Bullard authorized payments of the proceeds of the financing. Why did Bill Bullard not authorize the payment? On December 4, 2007 Bullard sent out a letter to Xyience note holders that he was foreclosing on the Zyen note. So within two months of the financing, Bullard was forcing a company he controlled into bankruptcy by not paying a note he controlled and then foreclosing on that note. Additionally, Xyience stockholders were not informed that the first note payment was not made. Coincidentally, Bill Underhill, the only independent member of the Xyience board, was forced to resign the week before the note payment was not made.

In Omer Sattar's January 23, 2008 and July 15, 2008 declarations, Sattar under penalty of perjury states: "At the time, Xyience was in the final stages of negotiations with a group of shareholders who had agreed to provide the required financing. Those negotiations, however, were derailed by a campaign of intimidation and threats by company founder and former CEO, Mr. Pike, Terry Cardenas, Ronald Solomon and Ric Klingenberg...Litigation between Xyience and Mr. Pike soon followed. Because of the turmoil generated by this campaign of intimidation and threats-as well as the resulting litigation-Xyience was not able to secure the necessary $7.5 million investment to fund the restructuring, resulting in significant adverse consequences to Xyience." Once again the exact opposite is true.

First, the Xyience October press release did not make any mention of additional needed investment, neither did an email sent by Adam Frank on October 4, 2007 in which Adam Frank stated: "The funding is very significant for us as it will allow us to enter a new chapter of the company's history with a committed strategic partner." In reality, the "committed strategic partner" took a majority of funding for entities controlled by the "committed strategic partner." Nor did the October 10, 2007 Xyience Third Quarter Shareholder Newsletter mention any imminent need for additional investment. Xyience note holders were not informed of the need for any additional investment when they signed subordination agreements to the Zyen note in September. Neither were the stockholders who signed the funding agreement for the Zyen note or the rest of the 380 stockholders, for that matter, informed that the company needed additional financing to the $12 million Zyen loan. If an additional $7.5 million investment was needed, why did Bill Bullard, Kirk Sanford and Adam Frank pay the UFC (Zuffa) $4.5 million plus an additional undisclosed amount, Fertitta Enterprises $1 million for their note, Adam Frank and Kirk Sanford $250,000.00 each for their notes, the law firm of Eisner and Frank $300,000.00 for their services out of the financing and why did Zyen receive $240,000.00 for a 2% "initiation fee," the loan was actually for a net of $11,760,000.00.
Second, contrary to Mr. Sattar's sworn statement, there is no litigation between Mr. Pike and Xyience.

Third, Xyience, under control of Bill Bullard, did not make the first Zyen note payment on November 4, 2007. Bill Bullard initiated foreclosure proceedings on December 4, 2007. On November 17, 2007 Adam Frank and Kirk Sanford, whose two $250,000.00 notes, as already stated, were paid in full from the Zyen financing, informed Robert Lavan, a representative of Standard General, an institution interested in investing in Xyience, that they were not looking for investors, that they were putting Xyience into bankruptcy and that they were giving the shareholders nothing in what Kirk Sanford referred to as his "scorched earth" plan. By December 4, 2007 when Bill Bullard commenced foreclosure proceedings, Bill Bullard's, Adam Frank's and Kirk Sanford's plan to bankrupt Xyience and defraud creditors and stockholders was well on its way to fruition.

Forth, Adam Frank, Kirk Sanford and Xyience CFO Michael Levy started bankruptcy and reorganization plans in early November. There were no contingencies in these plans to pay creditors or save any shareholder equity.

Fifth, the shareholder lawsuit, that alleges fraud, civil conspiracy and breach of fiduciary duty on the part of Xyience directors Adam Frank, Kirk Sanford and Kathryn Lever, was not filed until December 7, 2007, after Bullard's foreclosure notice was sent out, in response to the default by Xyience on the Zyen note orchestrated by Bullard himself and after Kirk Sanford's announcement of his "scorched earth" plan to Lavan and others.
Sixth, the "campaign of intimidation" was alleged by Michael Levy to have occurred in the end of December.

Last, Under Kirk Sanford's and Adam Frank's leadership, Xyience sales had plummeted from $3.2 million in May to less than $500,000.00 in December of 2007.

Bill Bullard, Adam Frank and Kirk Sanford paid themselves, the UFC (Zuffa), Fertitta Enterprises and the law firm of Eisner and Frank out of the proceeds of the Zyen note. The proceeds were not "used to finance on going business" as stated by Omer Sattar under oath in the U. S. Bankruptcy Court. The two most important items that needed to be paid to keep Xyience as an "on going business" were not funded, and those items were the purchase of the company's main product, Xenergy, and the first payment on the Zyen note.

Mr. Satter's statement in his January 23, 2008 and July 15, 2008 declarations: "Xyience's energy drink business has shown signs of moderate and sporadic strength in certain markets, but it has never had the opportunity to operate in an environment where management could focus on operating a business" is true.

Since May of 2007 when Kirk Sanford, Adam Frank, Kathryn Lever and, later Omer Sattar, took over management of Xyience their main "focus" has been to defraud the shareholders and creditors of Xyience out of their investments, not to run the company. On May 23, 2007 Karim Maskatiya, founder and chairmen of the board of Global Cash Access (GCA) an ATM provider to the casino industry that does substantial business with the Fertitta Stations Casinos, appointed Kirk Sanford, then CEO of GCA, and Kathryn Lever, the general counsel of GCA, to the Xyience board of directors. Thus Karim Maskatiya had control over two board seats. From that point forward, Kirk Sanford with Adam Frank, who had been on the Xyience board since January 2007, ran Xyience. The first acts Adam Frank and Kirk Sanford did were to force CEO Bill Underhill out of management and to cancel the annual meeting of shareholders scheduled for June that was to elect a new board of directors, so they could implement their "team's ninety day plan." Even though Kirk Sanford and Adam Frank repeatedly told Xyience shareholders in letters that a shareholder meeting would be held, none ever was. From May 2007 on, contrary to Nevada Law, none of the members of the board of directors of Xyience were elected by the shareholders.

In May 2007 when Adam Frank and Kirk Sanford took over control of Xyience, the company was given evaluations of from $180 million to $325 million by institutions and broker dealers. In May, as stated earlier, sales were $3.2 million, by December sales were less than $500,000.00. In May Xyience had the following mass market, specialty market and military customers: Kroger, HEB, 7 Eleven, GNC, Walgreens, Kmart, Wal-Mart, Albertson's, Rite Aid, USA Drug and AAFES. By November all of these accounts were lost by Adam Frank, Kirk Sanford and Omer Sattar. In May Xyience sold to over 130 distributors, by December only 27 were ordering. Within one month of the $12 million Zyen loan that according to Adam Frank was to be used for "world wide expansion," Adam Frank was putting together restructuring plans that called for the world to be shrunk down to Nevada, Southern California and a distributor in Canada.

William Smith, Vice President of Manchester Consolidated, the high bidder and buyer for Xyience, made some very interesting statements in his deposition filed with the U.S. Bankruptcy Court. Manchester is assuming the Zyen LLC note and the DIP financing for a total of approximately $15 million and is offering $200,000.00 in cash for Xyience. Smith further stated in his deposition that as far as he was aware the entire Zyen note was to be converted into equity. So the Zyen note and DIP financing, that were funded by the Fertittas, would be converted into equity ownership in the new entity. In other words, Xyience would emerge from bankruptcy as a company owned by the Fertittas and those who conspired with them.

Omer Sattar did make another very interesting statement in the question and answer session on February 28, 2008 in U.S. Bankruptcy Court. That statement was that Adam Frank and Kirk Sanford had resigned as the Co-CEOs and from the board of directors of

Xyience so they could be part of an entity that would buy Xyience out of bankruptcy. And who brought Omer Sattar into Xyience? Satter admits in the February 28, 2008 question and answer session in U.S. Bankruptcy Court that he was brought into Xyience by Kirk Sanford and appointed to the board of directors by Adam Frank, Kirk Sanford and Kathryn Lever. What Sattar did not admit is that he is Global Cash Access (GCA) Chairman Karim Maskatiya's "associate" for ten years and that he worked at GCA with Kirk Sanford and Kathryn Lever. Sattar did not inform the court that one of GCA's major customers is the Fertitta's Station Casinos. Sattar did not inform the bankruptcy court that Sanford resigned as CEO of GCA, became Co-CEO of Xyience and brought Sattar with him to join Xyience management just three days before Xyience did not make the first payment on the Zyen note and less than two weeks before an investigation at GCA sent GCA's stock from $9.17 per share to $3.71 in one day. Sattar did not inform the bankruptcy court that Sanford sold 118,969 shares of his GCA stock at $10.00 per share two weeks before the investigation and a total of $11 million of his stock at an average price of $15.00 before his resignation. Sattar did not inform the court that in October and November of 2007 three demands for corporate records were made by Xyience shareholders per Nevada law and that these demands were ignored by Sattar, Kirk Sanford and Adam Frank. Sattar did not inform the court that officers and directors of GCA, Kirk Sanford and Karim Maskatiya, were being sued by shareholders of GCA, just as Xyience shareholders are suing officers and directors of Xyience, Kirk Sanford, Adam Frank and Kathryn Lever.

By May Manchester Consolidated had purchased Xyience, but Omer Sattar, a person who admitted that he has no experience in the beverage industry, was still President and a Director of Xyience. So, who destroyed Xyience stockholder equity, defrauded Xyience creditors and purposely put Xyience into bankruptcy for their own benefit? Need anyone really ask?