**Entered on Docket**
**January 30, 2009**

**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| In re: | BK-S-08-10474-MKN |
| XYIENCE INCORPORATED, a Nevada corporation, Debtor. | Chapter 11 |
| XYIENCE INCORPORATED, a Nevada corporation, Plaintiff, v. RICHARD BERGERON, an individual, Defendant. | Adversary No. 08-1082<br>Date: January 7, 2009<br>Time: 9:30 a.m. |
| RICHARD BERGERON, an individual, Counterclaimant, v. XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada corporation, Counterdefendants. | |

**ORDER ON MOTION OF DEFENDANT/COUNTERCLAIMANT RICH BERGERON FOR AN IMMEDIATE SHOW CAUSE HEARING TO STRIKE THE PERJURED DECLARATIONS OF ADAM FRANK (Dkt. # 3, Exh. 3) AND JAMIE COGBURN (Dkt. #3, Exh. 8); AND MOTION TO VACATE THE CLARK COUNTY DISTRICT COURT'S MODIFIED PRELIMINARY INJUNCTION**

The court having entered its Memorandum Decision on Motion of Defendant/Counterclaimant Rich Bergeron for an Immediate Show Cause Hearing to Strike the Perjured Declarations of Adam Frank (Dkt. # 3, Exh. 3) and Jamie Cogburn (Dkt. #3, Exh. 8); and Motion to Vacate the Clark County District Court's Modified Preliminary Injunction concurrently herewith,

**IT IS HEREBY ORDERED** that the Motion for an Immediate Show Cause Hearing to Strike the Perjured Declarations of Adam Frank (Dk. # 3, Exh. 3) and Jamie Cogburn (Dkt. #3, Exh. 8); and Motion to Vacate the Clark County District Court's Modified Preliminary Injunction brought by Defendant/Counterclaimant Richard Bergeron be, and the same hereby is, **DENIED.**

Copies noticed through ECF to:

LAUREL E. DAVIS ldavis@fclaw.com, mhurtado@fclaw.com;lgolonka@fclaw.com

JON PEARSON jpearson@fclaw.com, mhurtado@fclaw.com

MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

MATTHEW E. MCCLINTOCK mmcclintock@bellboyd.com, sthoma@bellboyd.com

GREGORY E GARMAN bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

and sent to BNC to:

RICH BERGERON
147 OLD COUNTY ROAD
EAST SANDWICH, MA 02537

# # #