RECEIVED & FILED

'09 FEB -5 P3:19

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Rich Bergeron
147 OLD COUNTY ROAD
East Sandwich, MA 02537
Telephone: (617) 209-4325
Defendant as Pro Se Attorney

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>XYIENCE, INC., A Nevada Corporation<br><br>Debtor. | No. BK-S-08-10474-MKN<br>Chapter 11<br><br>Eighth Judicial District Court<br>Las Vegas, Clark County, Nevada<br>Case No. A544781, Dept. XXIII |
| XYIENCE INCORPORATED, a Nevada Corporation,<br>Plaintiff,<br><br>v.<br><br>RICHARD BERGERON, an individual<br>Defendant. | CASE NO. BK-2-08-AP-01082-MKN<br><br>**NOTICE OF HEARING ON DEFENDANT AND COUNTERCLAIMANT'S AMENDED MOTION FOR RULE 11 AND 9011 SANCTIONS**<br><br>Hearing Date: February 25, 2009<br><br>Time: 9:30 AM<br><br>Location: 300 Las Vegas Blvd. South<br>Courtroom #2<br>Las Vegas, NV 89101 |
| RICHARD BERGERON, an Individual,<br><br>Counterclaimant,<br><br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada Corporation,<br><br>Counterdefendants. | |

**NOTICE IS HEREBY GIVEN THAT RICH BERGERON, ATTORNEY PRO-SE, FILED AN AMENDED MOTION FOR RULE 11 AND 9011 SANCTIONS**

A copy of the above-referenced Motion is on file with the clerk of the United States Bankruptcy Court for the District of Nevada, 300 Las Vegas Boulevard, South, Las Vegas, Nevada 89101.

NOTICE IS FURTHER GIVEN that any opposition to the Motion must be filed and served on counsel within 15 days after service of this Notice (plus three days for mailing). Any reply to an opposition shall be filed and served no later than 5 business days before the date set for the hearing or as otherwise ordered by the Court. In accordance with LR 9014, the following statement is provided:

If you object to the relief requested, you *must* file a **WRITTEN** response to this Pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

NOTICE IS FURTHER GIVEN that in the event objections are filed to the Motion, a hearing on said Motion will be held before a United States Bankruptcy Judge in the Foley Federal Building, Bankruptcy Courtroom No. 2, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101, on the 25th day of February, 2008, at 9:30 a.m.

NOTICE IS FURTHER GIVEN that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and times at the above noticed hearing or any adjournment thereof.

DATED this 5th day of February, 2009.

IN PROPER PERSON

Rich Bergeron

Rich Bergeron
147 Old County Road
East Sandwich, MA 02537
617-209-4325
Attorney Pro-Se
Rich.Bergeron@gmail.com