GORDON SILVER
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gordonsilver.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Fertitta Enterprises, Inc.

E-Filed On 2-10-09

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>XYIENCE, INCORPORATED,<br>a Nevada corporation,<br><br>Debtor. | Case No.: BK-S-08-10474-MKN<br>Chapter 11 |
| XYIENCE INCORPORATED,<br>a Nevada corporation,<br><br>Plaintiff,<br>v.<br><br>RICHARD BERGERON, an individual,<br><br>Defendant. | Adversary No. 08-1082-MKN |
| RICHARD BERGERON, an individual,<br><br>Counterclaimant,<br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada corporation,<br><br>Counterdefendants. | **DECLARATION OF GREGORY E. GARMAN, ESQ. IN SUPPORT OF OPPOSITION OF COUNTERDEFENDANT, FERTITTA ENTERPRISES, INC., TO DEFENDANT/COUNTERCLAIMANT, RICHARD BERGERON'S MOTION FOR RULE 11 AND 9011 SANCTIONS**<br><br>Date: February 25, 2009<br>Time: 9:30 a.m. |

I, Gregory E. Garman, Esq., hereby declare as follows:

1. I am over the age of 18 and am mentally competent. I have personal knowledge of the facts in this matter and if called upon to testify, could and would do so.

2. I am a shareholder with the law firm of Gordon Silver ("G&S"), counsel of record for Fertitta Enterprises, Inc., a Nevada corporation ("Fertitta Enterprises"), in the above-captioned adversary proceeding.

3. I make this Declaration in support of the Opposition of Counterdefendant, Fertitta Enterprises, Inc. to Defendant/Counterclaimant, Richard Bergeron's Motion for Rule 11 and 9011 Sanctions (the "Opposition") in the above-captioned adversary proceeding.

4. Fertitta Enterprises incurred $11,301.00 based upon 27.3 hours of attorneys fees in preparing the Opposition. A true and correct copy of the itemized billings for work performed on the Opposition is attached hereto as Exhibit "1."

I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

DATED this 10th day of February, 2009.

GREGORY E. GARMAN, ESQ.



Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101630-001/665382.doc

# EXHIBIT "1"

# Transactions Listing

Search for: 101630-001 Search by: Matter ID Stage: WIP Type: Fees

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| **Date: 1/5/2009** | | | | | | |
| 1/5/2009 | GEG | 101630-001 / Fertitta Enterprises, Inc.<br>Defense of Litigation/Removed to BK Court<br>Review three new pleadings from Rich Bergeron | F | 0.50 | 500.00 | 250.00 |
| | | Date: 1/5/2009 | | 0.50 | | 250.00 |
| **Date: 1/25/2009** | | | | | | |
| 1/25/2009 | MCZ | 101630-001 / Fertitta Enterprises, Inc.<br>Defense of Litigation/Removed to BK Court<br>Reviewing Bergeron motion for sanctions, and declaration in support thereof. | F | 0.60 | 410.00 | 246.00 |
| 1/25/2009 | MCZ | 101630-001 / Fertitta Enterprises, Inc.<br>Defense of Litigation/Removed to BK Court<br>Preparing opposition to Bergeron new motion for sanctions, and legal research re: same. | F | 0.90 | 410.00 | 369.00 |
| | | Date: 1/25/2009 | | 1.50 | | 615.00 |
| **Date: 1/26/2009** | | | | | | |
| 1/26/2009 | MCZ | 101630-001 / Fertitta Enterprises, Inc.<br>Defense of Litigation/Removed to BK Court<br>Continuing preparation of opposition to motion for sanctions, and legal research re: same. | F | 6.60 | 410.00 | 2,706.00 |
| | | Date: 1/26/2009 | | 6.60 | | 2,706.00 |
| **Date: 1/28/2009** | | | | | | |
| 1/28/2009 | GEG | 101630-001 / Fertitta Enterprises, Inc.<br>Defense of Litigation/Removed to BK Court<br>Telephone call with [redacted] and revise bergeron docs | F | 0.70 | 500.00 | 350.00 |
| | | Date: 1/28/2009 | | 0.70 | | 350.00 |
| **Date: 1/29/2009** | | | | | | |
| 1/29/2009 | MCZ | 101630-001 / Fertitta Enterprises, Inc.<br>Defense of Litigation/Removed to BK Court<br>Continuing preparation of opposition to Bergeron's new sanctions motion. | F | 0.70 | 410.00 | 287.00 |
| | | Date: 1/29/2009 | | 0.70 | | 287.00 |

# Transactions Listing

Search for: 101630-001 Search by: Matter ID Stage: WIP Type: Fees

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| **Date: 1/30/2009** | | | | | | |
| 1/30/2009 | MCZ | 101630-001 / Fertitta Enterprises, Inc.<br>Defense of Litigation/Removed to BK Court<br>Continuing preparation of opposition to Bergeron's renewed sanctions motion. | F | 5.60 | 410.00 | 2,296.00 |
| 1/30/2009 | MCZ | 101630-001 / Fertitta Enterprises, Inc.<br>Defense of Litigation/Removed to BK Court<br>Reviewing court decisions re: Frank affidavit and granting dismissal of defamation claim. | F | 0.40 | 410.00 | 164.00 |
| | | Date: 1/30/2009 | | 6.00 | | 2,460.00 |
| **Date: 2/2/2009** | | | | | | |
| 2/2/2009 | MCZ | 101630-001 / Fertitta Enterprises, Inc.<br>Defense of Litigation/Removed to BK Court<br>Continuing preparation of opposition to Bergeron's renewed motionf for sanctions. | F | 2.90 | 410.00 | 1,189.00 |
| | | Date: 2/2/2009 | | 2.90 | | 1,189.00 |
| **Date: 2/3/2009** | | | | | | |
| [redacted] | | | | | | |
| 2/3/2009 | MCZ | 101630-001 / Fertitta Enterprises, Inc.<br>Defense of Litigation/Removed to BK Court<br>Preparing vexatious litigant motion, and legal research in support thereof. | F | 1.80 | 410.00 | 738.00 |
| | | Date: 2/3/2009 | | [redacted] | | [redacted] |
| **Date: 2/4/2009** | | | | | | |
| 2/4/2009 | MCZ | [redacted] | | | | |
| | | [redacted] | | [redacted] | | [redacted] |

# Transactions Listing

Search for: 101630-001 Search by: Matter ID Stage: WIP Type: Fees

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| **Date: 2/7/2009** | | | | | | |
| 2/7/2009 | MCZ | 101630-001 / Fertitta Enterprises, Inc.<br>Defense of Litigation/Removed to BK Court<br>Finalizing opposition to motion for sanctions, e-mails with [redacted] re: Bergeron's late notice of hearing. | F | 3.10 | 410.00 | 1,271.00 |
| | | Date: 2/7/2009 | | 3.10 | | 1,271.00 |
| **Date: 2/9/2009** | | | | | | |
| 2/9/2009 | MCZ | 101630-001 / Fertitta Enterprises, Inc.<br>Defense of Litigation/Removed to BK Court<br>Continuing preparation of opposition to Bergeron new motion for sanctions. | F | 3.50 | 410.00 | 1,435.00 |
| 2/9/2009 | MCZ | [redacted] | | | | |
| 2/9/2009 | GEG | [redacted] | | | | |
| | | | | [redacted] | | |
| | | Grand Total | | [redacted] | | |

27.3 hours

$11,301.00