GORDON SILVER
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gordonsilver.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Counterdefendant,
Fertitta Enterprises, Inc.

E-Filed On 2/11/09

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>XYIENCE INCORPORATED,<br>a Nevada corporation,<br><br>Debtor. | Case No.: BK-S-08-10474-MKN<br>Chapter 11 |
| XYIENCE INCORPORATED,<br>a Nevada corporation,<br><br>Plaintiff,<br>v.<br><br>RICHARD BERGERON, an individual,<br><br>Defendant. | Adversary No. 08-1082-MKN<br><br>**<u>CERTIFICATE OF SERVICE OF OPPOSITION OF COUNTERDEFENDANT, FERTITTA ENTERPRISES, INC., TO DEFENDANT/COUNTERCLAIMANT, RICHARD BERGERON'S MOTION FOR RULE 11 AND 9011 SANCTIONS; AND DECLARATION OF GREGORY E. GARMAN</u>** |
| RICHARD BERGERON, an individual,<br><br>Counterclaimant,<br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada corporation,<br><br>Counterdefendants. | Date: January 7, 2009<br>Time: 9:30 a.m. |

1. On February 10, 2009, I served the foregoing documents by the following means to the persons as listed below:

☒ a. ECF System to: See attached ECF Confirmation Sheet

2. On February 11, 2009, I served the foregoing documents by the following means to the persons as listed below:

☒ b. By direct email to: Richard Bergergon: rich.bergeron@gmail.com

I declare under penalty of perjury that these facts are true to the best of my knowledge and belief.

DATED this 11th day of February, 2009.

Marsha Stallsworth, an employee of
Gordon Silver

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

**MDS Marsha D. Stallsworth**

**From:** USBC□NEVADA□ nvb.uscourts.gov
**Sent:** Tuesday, February 10, 2009 6:22 PM
**To:** Courtmail□ nvb.uscourts.gov
**Subject:** 08-01082-mkn Opposition

**□□NOTE TO PUBLIC ACCESS USERS□□□You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from ZIRZOW, MATTHEW C. entered on 2/10/2009 at 6:22 PM PST and filed on 2/10/2009
**Case Name:** XYIENCE INCORPORATED v. BERGERON
**Case Number:** 08-01082-mkn
**Document Number:** 150

**Docket Text:**
Opposition *TO AMENDED MOTION FOR RULE 11 AND 9011 SANCTIONS* Filed by MATTHEW C. ZIRZOW on behalf of FERTITTA ENTERPRISES (Related document(s)[136] Miscellaneous Application filed by Defendant RICHARD BERGERON, Counter-Claimant RICH BERGERON.) (ZIRZOW, MATTHEW)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Bergeron Sanctions Opposition.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=2/10/2009] [FileNumber=11628743-0

] [7bf8e1cd7abad88d866551d176f1470f4e70449dbd624f27658cae06a449f73db7f e897f3019ed5b6e5accdca02c4b28dc82ae3f88c3d201fa5705c11466af3b]]

**08-01082-mkn Notice will be electronically mailed to:**

LAUREL E. DAVIS ldavis@fclaw.com, mhurtado@fclaw.com;mlafrena@fclaw.com

GREGORY E GARMAN bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

JON PEARSON jpearson@fclaw.com, mhurtado@fclaw.com

MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

**08-01082-mkn Notice will not be electronically mailed to:**

RICH BERGERON
147 OLD COUNTY ROAD
EAST SANDWICH, MA 02537

BARTHOLOMEW DONOVAN
UNKNOWN
LAS VEGAS, NV 89101

GARY NELSON
,

**MDS Marsha D. Stallsworth**

**From:** USBC□NEVADA□ nvb.uscourts.gov
**Sent:** Tuesday, February 10, 2009 6:26 PM
**To:** Courtmail□ nvb.uscourts.gov
**Subject:** 08-01082-mkn Declaration

*****NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from ZIRZOW, MATTHEW C. entered on 2/10/2009 at 6:25 PM PST and filed on 2/10/2009
**Case Name:** XYIENCE INCORPORATED v. BERGERON
**Case Number:** 08-01082-mkn
**Document Number:** 151

**Docket Text:**
Declaration Of: GREGORY E. GARMAN, ESQ. IN SUPPORT OF OPPOSITION TO AMENDED MOTION FOR RULE 11 AND 9011 SANCTIONS Filed by MATTHEW C. ZIRZOW on behalf of FERTITTA ENTERPRISES (Related document(s)[150] Opposition, filed by Counter-Defendant FERTITTA ENTERPRISES.) (ZIRZOW, MATTHEW)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Bergeron Sanctions Declaration.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=2/10/2009] [FileNumber=11628761-0

] [46430b04f6d188644b555d88c8b8b9e9decdc2f8333a1b1316354482a01ac0192dc

218a97c5198c564eac4547bcec649692109eb8974d7629261f62d3705a8af]]

**08-01082-mkn Notice will be electronically mailed to:**

LAUREL E. DAVIS ldavis@fclaw.com, mhurtado@fclaw.com;mlafrena@fclaw.com

GREGORY E GARMAN bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

JON PEARSON jpearson@fclaw.com, mhurtado@fclaw.com

MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

**08-01082-mkn Notice will not be electronically mailed to:**

RICH BERGERON
147 OLD COUNTY ROAD
EAST SANDWICH, MA 02537

BARTHOLOMEW DONOVAN
UNKNOWN
LAS VEGAS, NV 89101

GARY NELSON
,

## MDS Marsha D. Stallsworth

**From:** MDS Marsha D. Stallsworth
**Sent:** Wednesday, February 11, 2009 8:06 AM
**To:** 'rich.bergeron@gmail.com'
**Subject:** Adv. 08-1082 - SERVICE OF DOCUMENTS

**Attachments:** Dkt 150 Fertitta's Opposition to Bergeron's Motion for Rule 11 and 9011 Santions.pdf; Dkt 151 Declaration of Gregory E. Garman in Support of Fertitta's Opposition to Bergeron's Motion for Rule 11 and 9011 Santions.pdf

Dkt 150 Fertitta's Opposition ... Dkt 151 Declaration of Gregory...

THIS CONSTITUTES SERVICE OF THE FOREGOING DOCUMENTS.

**MDS Marsha D. Stallsworth**

**From:** Tom Downs
**Sent:** Tuesday, February 10, 2009 7:54 AM
**To:** BMH Brigid M. Higgins; MDS Marsha D. Stallsworth
**Subject:** Carpet and Wall Covering

Brigid – you will receive new carpet and wall covering this weekend. Everything in your desk and bookcases must be packed by 5 pm on Friday, Feb 13. Also, everything must be removed from the walls.

Marsha – please arrange for boxes for packing. The runners will assist in removing items from the office. Mark will remove the computer and telephone equipment on Friday evening.

Thanks

Tom