RECEIVED & FILED

FEB 13 3 53 PM '09

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Rich Bergeron
147 OLD COUNTY ROAD
East Sandwich, MA 02537
Telephone: (617) 209-4325
Defendant as Pro Se Attorney

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>XYIENCE, INC., A Nevada Corporation<br><br>Debtor. | No. BK-S-08-10474-MKN<br>Chapter 11<br><br>Eighth Judicial District Court<br>Las Vegas, Clark County, Nevada<br>Case No. A544781, Dept. XXIII |
| XYIENCE INCORPORATED, a Nevada Corporation,<br>Plaintiff,<br><br>v.<br><br>RICHARD BERGERON, an individual<br>Defendant. | CASE NO. BK-2-08-AP-01082-MKN<br><br>**DEFENDANT AND COUNTERCLAIMANT'S EX PARTE MOTION FOR WAIVER OF PLEADING PAGE LIMIT**<br><br>Hearing Date: __________, 2009<br><br>Time: 9:30 AM<br><br>Location: 300 Las Vegas Blvd. South<br>Courtroom #2<br>Las Vegas, NV 89101 |
| RICHARD BERGERON, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada corporation,<br><br>Counterdefendants. | |

# DEFENDANT AND COUNTERCLAIMANT'S EX PARTE MOTION FOR WAIVER OF PLEADING PAGE LIMIT

Defendant and Counter Claimant Rich Bergeron hereby moves for a waiver of Local Bankruptcy Rule 9014(e) regarding length of pleadings. Bergeron's 43-Page Motion For Rule 11 Sanctions exceeds the 20-page limit due to the extensive history of this case, lasting almost two years thus far and involving multiple parties subject to sanctioning. This complex matter requires complex pleadings, and as such Bergeron requests for a waiver in regard to this issue.

Bergeron is also aware of the hearing time issues raised by Fennemore and Craig Attorneys as well as Attorney Gregory Garman. He will seek to reschedule the hearing date as a result, which may also require another continuance of the March scheduling conference. Bergeron also hereby respectfully requests that the judge reset the scheduling conference date so as not to require another hearing in which this conference is simply continued once again.

*DATED this 11th day of February, 2009.*

IN PROPER PERSON

[signature]

Rich Bergeron
147 Old County Road
East Sandwich, MA 02537
617-209-4325
Attorney Pro-Se
Rich.Bergeron@gmail.com