RECEIVED & FILED
'09 FEB 18 A8:11
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

RECEIVED
IN DROP BOX
FEB 17 4 05 PM '09
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Rich Bergeron
147 OLD COUNTY ROAD
East Sandwich, MA 02537
Telephone: (617) 209-4325
Defendant as Pro Se Attorney

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>XYIENCE, INC., A Nevada Corporation<br><br>Debtor. | No. BK-S-08-10474-MKN<br>Chapter 11<br><br>Eighth Judicial District Court<br>Las Vegas, Clark County, Nevada<br>Case No. A544781, Dept. XXIII |
| XYIENCE INCORPORATED, a Nevada Corporation,<br>Plaintiff,<br><br>v.<br><br>RICHARD BERGERON, an individual<br>Defendant. | CASE NO. BK-2-08-AP-01082-MKN<br><br>**DEFENDANT AND COUNTERCLAIMANT'S EX PARTE MOTION 1.) FOR WAIVER OF PLEADING PAGE LIMIT; 2.) FOR CONTINUANCE OF SCHEDULING CONFERENCE AND AMENDED RULE 11 AND 9011 HEARINGS; and 3.) FOR PRIORITY SCHEDULING OF MOTION TO RECONSIDER HEARING** |
| RICHARD BERGERON, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada corporation,<br><br>Counterdefendants. | Hearing Date: N/A<br><br>Time: 9:30 AM<br><br>Location: 300 Las Vegas Blvd. South<br>Courtroom #2<br>Las Vegas, NV 89101 |

**DEFENDANT AND COUNTERCLAIMANT'S EX PARTE MOTION 1.) FOR WAIVER OF PLEADING PAGE LIMIT; 2.) FOR CONTINUANCE OF SCHEDULING CONFERENCE AND AMENDED RULE 11 AND 9011 HEARINGS; and 3.) FOR PRIORITY SCHEDULING FOR MOTION TO RECONSIDER HEARING**

Defendant and Counter Claimant Rich Bergeron hereby moves for a waiver of Local Bankruptcy Rule 9014(e) regarding length of pleadings. Bergeron's 43-Page Motion For Rule 11 Sanctions exceeds the 20-page limit due to the extensive history of this case, lasting almost two years thus far and involving multiple parties subject to sanctioning. This complex matter requires complex pleadings, and as such Bergeron requests for a waiver in regard to this issue.

Bergeron is also aware of the hearing time issues raised by Fennemore and Craig Attorneys as well as Attorney Gregory Garman. He would like to reschedule the Amended Rule 11 and 9011 hearing date as a result, which would also require another continuance of the March scheduling conference. Bergeron hereby respectfully requests that the judge reset the both the February 25th Rule 11 and 9011 hearing and the scheduling conference hearing date. This rescheduling should allow ample time for a new notice of hearing to be issued that will comply with all the filing deadline technicalities raised by the opposition.

Bergeron also hereby requests that the Motion to Reconsider filed with this Ex Parte Motion and proposed order be set for a hearing in advance of the hearing on Rule 11 and 9011 sanctions. Due to inconsistencies in the facts stated in the judge's memorandum decision and the failure of the judge to look at the basic argument and rule of law in regard to the injunction, this motion is absolutely crucial. A new hearing must take place that is not under any constraints for time and allows for adequate time to explain the issues.

*DATED this 18th day of February, 2009.*

IN PROPER PERSON

[signature]

Rich Bergeron
147 Old County Road
East Sandwich, MA 02537
617-209-4325
Attorney Pro-Se
Rich.Bergeron@gmail.com