GORDON SILVER
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gordonsilver.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Counterdefendant,
Fertitta Enterprises, Inc.

E-Filed On 2/23/09

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>XYIENCE INCORPORATED,<br>a Nevada corporation,<br><br>Debtor. | Case No.: BK-S-08-10474-MKN<br>Chapter 11 |
| XYIENCE INCORPORATED,<br>a Nevada corporation,<br><br>Plaintiff,<br>v.<br><br>RICHARD BERGERON, an individual,<br><br>Defendant. | Adversary No. 08-1082-MKN |
| RICHARD BERGERON, an individual,<br><br>Counterclaimant,<br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada corporation,<br><br>Counterdefendants. | **<u>OPPOSITION OF COUNTERDEFENDANT, FERTITTA ENTERPRISES, INC., TO DEFENDANT/COUNTERCLAIMANT, RICHARD BERGERON'S EX PARTE MOTION (1) FOR WAIVER OF PLEADING PAGE LIMIT, (2) FOR CONTINUANCE OF SCHEDULING CONFERENCE AND AMENDED RULE 11 AND 9011 HEARINGS, AND (3) FOR PRIORITY SCHEDULING OF MOTION TO RECONSIDER HEARING</u>**<br><br>Date: N/A<br>Time: N/A |

1. On February 20, 2009, I served the foregoing documents by the following means to the persons as listed below:

☒ a. ECF System to: See attached ECF Confirmation Sheet

☒ b. By direct email to: Richard Bergergon: rich.bergeron@gmail.com

I declare under penalty of perjury that these facts are true to the best of my knowledge and belief.

DATED this 23rd day of February, 2009.

Marsha Stallsworth, an employee of
Gordon Silver

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

## File an answer to a motion:

08-01082-mkn XYIENCE INCORPORATED v. BERGERON

Type: ap Office: 2 (Las Vegas) Judge: mkn

Lead Case: 2-08-bk-10474

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from MATTHEW C. ZIRZOW entered on 2/20/2009 at 5:27 PM PST and filed on 2/20/2009

**Case Name:** XYIENCE INCORPORATED v. BERGERON
**Case Number:** 08-01082-mkn
**Document Number:** 158

**Docket Text:**
Opposition Filed by MATTHEW C. ZIRZOW on behalf of FERTITTA ENTERPRISES (Related document(s)[155] Miscellaneous Application filed by Defendant RICHARD BERGERON, Counter-Claimant RICH BERGERON.) (ZIRZOW, MATTHEW)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\mds\Desktop\Fertitta Oppn to Bergeron Ex Parte.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=2/20/2009] [FileNumber=11700143-0
] [5609025ef9c5d74456b975fd2a8da5b75b833b5da80a052dec6126a76b8631af2cb
ca2d3c9cbcc894e69e08b34086a53c8ffce17dbf1be6745411396e01b9389]]

**08-01082-mkn Notice will be electronically mailed to:**

LAUREL E. DAVIS on behalf of Plaintiff XYIENCE INCORPORATED
ldavis@fclaw.com, mhurtado@fclaw.com;mlafrena@fclaw.com

GREGORY E GARMAN on behalf of Counter-Defendant FERTITTA ENTERPRISES
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

JON PEARSON on behalf of Plaintiff XYIENCE INCORPORATED
jpearson@fclaw.com, mhurtado@fclaw.com

MATTHEW C. ZIRZOW on behalf of Counter-Defendant FERTITTA ENTERPRISES
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

**08-01082-mkn Notice will not be electronically mailed to:**

RICH BERGERON on behalf of Counter-Claimant RICH BERGERON
147 OLD COUNTY ROAD
EAST SANDWICH, MA 02537

BARTHOLOMEW DONOVAN
UNKNOWN
LAS VEGAS, NV 89101

GARY NELSON
,

**MDS Marsha D. Stallsworth**

| | |
|---|---|
| **From:** | MDS Marsha D. Stallsworth |
| **Sent:** | Friday, February 20, 2009 5:29 PM |
| **To:** | 'rich.bergeron@gmail.com' |
| **Subject:** | SERVICE OF DOCKETS - Dkt 158 Fertitta Oppn to Bergeron Ex Parte.pdf/Fertitta Enterprises, Inc./Defense of Litigation/Removed to BK Court/101630-001 |
| **Attachments:** | Dkt 158 Fertitta Oppn to Bergeron Ex Parte.pdf |

669326.pdf (306 KB)

Dkt 158 Fertitta Oppn to Bergeron Ex Parte.pdf

THIS CONSTITUTES SERVICE OF THE FOREGOING ATTACHED DOCUMENT.