RECEIVED & FILED

MAR 12 3 55 PM '09

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Rich Bergeron
147 OLD COUNTY ROAD
East Sandwich, MA 02537
Telephone: (617) 209-4325
Defendant as Pro Se Attorney

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>XYIENCE, INC., A Nevada Corporation<br><br>Debtor. | No. BK-S-08-10474-MKN<br>Chapter 11<br><br>Eighth Judicial District Court<br>Las Vegas, Clark County, Nevada<br>Case No. A544781, Dept. XXIII |
| XYIENCE INCORPORATED, a Nevada Corporation,<br>Plaintiff,<br><br>v.<br><br>RICHARD BERGERON, an individual<br>Defendant. | CASE NO. BK-2-08-AP-01082-MKN<br><br>**AFFIDAVIT OF JANIS GRADY IN SUPPORT OF DEFENDANT AND COUNTER CLAIMANT RICH BERGERON'S AMENDED RULE 11 AND 9011 MOTION**<br><br>Hearing Date: ___________, 2009<br>Hearing Time : 9:30 AM |
| RICHARD BERGERON, an Individual,<br><br>Counterclaimant,<br><br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada Corporation,<br><br>Counterdefendants. | Location: 300 Las Vegas Blvd. South<br>Courtroom #2<br>Las Vegas, NV 89101 |

**AFFIDAVIT OF JANIS GRADY IN SUPPORT OF DEFENDANT AND COUNTER CLAIMANT RICH BERGERON'S AMENDED RULE 11 AND 9011 MOTION**

I, Janis Grady, do hereby swear under penalty of perjury under the laws of the United States of America that the following assertions are true and correct to the best of my knowledge and belief:

1. I am over the age of 18, am mentally competent, have personal knowledge of the facts in this matter, and if called upon to testify, could and would testify as set forth herein.
2. I am a note holder in remaining principal amount of $60,000.00 and a stockholder of 510,417 shares of stock in Xyience Incorporated (Xyience).
3. My Husband, Paul Grady, was Vice President of Research and Development for Xyience from February 2005 until August 2007.
4. I attended the June 2006 Xyience shareholder meeting, and at that meeting Russell Pike, Michael Clark, and Pete Rinato were elected to the Board of Directors of Xyience. This was the last shareholder meeting Xyience held.
5. On October 12, 2006, I purchased a $100,000.00 note from Xyience. $20,000.00 in principal was repaid on October 12, 2007 and $20,000.00 in principal was repaid on November 1, 2007.
6. From the end of May 2007 until Xyience filed for bankruptcy in January of 2008, Kirk Sanford (Sanford) and Adam Frank (Frank) were on the board of directors and managed Xyience.
7. After Kirk Sanford and Adam Frank took over management of Xyience, no financial information was ever given to me, and the 2007 shareholder meeting that was scheduled for June was not held.

8. I received a letter from Xyience dated June 21, 2007. In the letter I was invited to "investor conferences" to be held on July 11 & 12, 2007. The letter also stated that there would be a stockholder meeting in the third quarter of 2007. No meeting was held.

9. I attended one of the investor conferences on July 11, 2007 with approximately twenty other investors. Kirk Sanford, Adam Frank and Mike Levy presided over the conferences. We were shown a power point presentation. The other investors and I were told by Kirk Sanford that the management of the company would: "Establish robust reporting to shareholders," would give "Consistent and accurate messages on the state of the company," and that "Material strategic and financing decisions must have complete visibility."

10. Kirk Sanford told me and the other investors that June sales were $3.07 million and July sales would be $3.37 million. I since found out that June sales were only $2.24 and July sales only $1.98 million. Kirk Sanford, Adam Frank and Mike Levy lied to the stockholders.

11. Kirk Sanford told investors at the conference that Xyience was seeking funding from the Fertittas, but he would give no information on the type of funding or any particulars on the funding. When I expressed my concerns at the meeting concerning the Fertittas, Kirk Sanford did not disagree with what I was saying and said they would have to deal it when the time came.

12. No financials were given to investors at the conference.

13. I received a letter from Xyience dated August 7, 2007. The letter solicited investor interest to purchase shares at $2.50 to $3.50 per share. At this time there were approximately 60 million shares outstanding, this would give the company a value of $150 million to $210 million.

14. In August of 2007, my husband and I were asked to sign a forbearance agreement so our note for $100,000 would be subordinate to the new Fertitta funding that was still being

worked out. I was told that if I did not subordinate then the Fertittas would not do their loan and Xyience would have to fold.

15. I was told that this new funding would result in $12,000,000 capital so Xyience could get new product on the shelves and increase production. I was not informed that the new funding from the Fertittas was going to be used to pay the UFC, commissions and a $1.5 million dollar unsubordinated loan back to the Fertittas, Kirk Sanford and Adam Frank.

16. To prove his point that Xyience needed the money from the Fertittas, Adam Frank shut down the company and ceased all operations until he got the major shareholders to sign off their voting rights.

17. Even though my husband and I own 510,417 shares of Xyience stock, I never received a copy of the funding consent letter dated September 14, 2007.

18. On October 4, 2007 I received an email from Adam Frank pronouncing: "Fertitta Transaction Completed!!!" Adam Frank went on to say: "We are very pleased to finally tell you we have closed our transaction with Fertitta Enterprises and that the funding has been transmitted…we feel lucky to be part of a great team and look forward to spectacular results." (Attached exhibit 1: 10/04/07 Frank email)

19. I received a Third Quarter Newsletter from Xyience dated October 10, 2007 that stated: "We will be holding our Annual Shareholder's Meeting in late November or early December and hope that you can all attend. We will be mailing out the details of the meeting in the coming weeks." No notice was sent out. No meeting was held.

20. This same Third Quarter Newsletter from Xyience dated Oct 10, 2007 also stated: "The proceeds of the financing will be used to enhance our working capital position and at the same time supplement our marketing and sales initiatives……What it does mean is that we will be able to do many other critical things, like getting product on the shelf, sampling, promotion and partnering that we had to pass on in prior months and years due to lack of

sufficient working capital. We also intend to hire several senior additions to our team that are necessary to bolster the depth to the company's sales and management team."

21. Four weeks later, despite having received "access to up to $12 million in capital" the product to go on the shelves had not been paid for and remained in the Cott warehouse waiting to be shipped. The sales team was cut back, and the only marketing/promotion being paid was to the UFC, which was owned by the Fertittas who provided the new loan.

22. In October and in November, I along with stockholders representing approximately 25 million shares of Xyience stock, 40% of the company, signed proxies demanding a stockholder meeting and full disclosure of all financial records of Xyience. Our demands were ignored.

23. 30 days after the $12,000,000 funding, I was never informed that on November 4, 2007 the first monthly payment on the Fertitta/Zyen note was not paid by Xyience. When I met with Adam Frank on November 26, 2007 with a list of questions from the shareholders, Adam Frank did not reveal to me that the November 4, 2007 payment on the note had not been paid and that the company was already in default on the note.

24. On November 19, 2007 I spoke to Adam Frank. Adam Frank could not make the meeting we had set up that day, so he suggested we have the meeting the next week. Later that day, I received an email from Adam Frank concerning a new XENERGY can designed by Jerry Kramer of SK+G. (Attached is exhibit 2 11/19/07 Frank email). I remember thinking later, *why would a company that is in deep financial difficulties expend funds to design a new can that was never used?*

25. On November 26, 2007, I had a meeting with Adam Frank at the Xyience offices at Spanish Ridge. Adam Frank told me that Bill Bullard the secretary of Fertitta Enterprises had "made" Kirk Sanford and himself loan Xyience $250,000.00 each along with a $1 million loan from the Fertittas. The $1.5 million in loans were secured by all of the assets of Xyience. No shareholder/investor like myself was ever informed of this and no

subordination agreements to this loan were signed. This was the first time I had heard their loan existed and that they had been repaid in full by the Zyen loan of $12,000,000 while other investors like myself, had to subordinate to the Zyen note.

26. At the November 26, 2007 meeting, Adam Frank told me that it was Bill Bullard who insisted that William Underhill resign from the Board of Directors, it was Bill Bullard who insisted that that Russell Pike, Mike Clark and William Pike (W. Pike) give up their voting rights and it was Bill Bullard who insisted that the provision be put in the Zyen note that a change in the board would be an event of default.

27. At the November 26, 2007 meeting with Adam Frank, he told me that Bill Bullard wanted Xyience to cut back on their national promotion and just concentrate selling product in California and Nevada, despite Xyience's new "capital funding" having just paid the UFC millions of dollars for national advertising and having UFC pasted on the Xyience products for national distribution. Adam said Xyience was doing no other advertising.

28. At the November 26, 2007 meeting, Adam Frank told me they would be doing a restructure to turn ownership into debt and that he would fight to get 5% of Xyience to the existing shareholders who supported him.

29. At the November 26, 2007 meeting, Adam Frank told me that there would be a shareholders meeting on December 11, 2007 and that notices would go out to shareholders on November 30, 2007 giving at least 10 days notice.

30. At the November 26, 2007 meeting, I asked Adam Frank for financial information on Xyience. Frank told me that he didn't have any and offered for me to sit in on his meeting with the auditors who were wrapping up their audit..

31. At the November 26, 2007 meeting, I asked Adam Frank where the $12 million from the Zyen went. He told me that he didn't know.

32. On November 26, 2007 at 8:56 PM I received an email copied to Bill Underhill and three other Xyience shareholders from Adam Frank. Adam Frank asked us to form an informal

shareholders committee and we would be informed and have conference calls on the restructuring of the company that would involve a commitment from each of us that "would be substantial for the next few weeks." I responded to Adam Frank willing to do this, but did not hear back from him to get it going.

33. It was very strange to me that Ronald Solomon, who held my proxy for 510,417 shares of Xyience stock and who was the proxy of 40% of the stock of Xyience was not included in the email. Adam Frank knew that Ronald Solomon was the proxy for my shares as Adam Frank had been served with the proxies. Further, Adam Frank had not complied with Ronald Solomon's request for documents, as per Nevada Law. (Attached is Exhibit 3 11/26/07 Frank email). No conference calls were held, no notice of a shareholder meeting went out and no shareholder meeting was held.

34. On December 10, 2007 I sent Adam Frank an email and asked him what happened to the shareholder meeting that was supposed to be held the next day. Frank replied to the email saying that I should contact Lanis O'Steen the Xyience "Chief Restructuring Officer." I emailed Adam Frank back and asked Adam Frank: "Did you file bankruptcy for Xyience?" He did not respond. (Attached is exhibit 4: 12/10 & 12/11/07 Grady/ Frank emails).

35. On December 12, 2007 I received an email from O'Steen: "we will be making announcements and keeping all our constituencies informed as appropriate." I returned his email and told him that shareholders had not received information in months from Xyience and that numerous promises that a shareholder meeting would be held were not fulfilled. I was never informed, as promised by O'Steen. (See Attached Exhibit 5: 12/12/07 Grady/ O'Steen email)

36. After meeting with Adam Frank on the 26th of November, I tried several times to talk to the CFO, Mike Levy. I was not getting any response or returned calls, so I thought he was not getting my messages. I therefore showed up at his office.

37. Mike Levy as the CFO Xyience told me he knew exactly what was going on with the shareholders being cut out and suggested I call my own shareholder meeting to get enough votes to override what the Board of Directors were doing. I pointed out to Mike Levy that with Mike Clark and Russell Pike having signed their voting rights away, we couldn't get enough. Mike suggested I contact Brauckmann and try and get him over to the shareholder side – Brauckmann never returned our calls. Mike also showed me the Xyience cans and pointed out how key it is to the success of Xyience to have the UFC on the cans. In this meeting Mike Levy told me that Bill Bullard, as the Fertitta representative, was the one really running Xyience.

38. On December 15, 2007, I sent by registered mail a Notice of Default to the CFO of Xyience, Mike Levy, which he acknowledged having received. This default letter points out that Xyience defaulted on the Amendment to Note; Agreement to Forbear which placed the Fertitta Enterprise note in front of ours.

39. From December 10, 2007 through January 4, 2008, my husband Paul Grady and I corresponded via email and telephone with Bill Bullard and Tom Paschall, the Fertitta Enterprises Attorney. We had a potential buyer for the Zyen note, through Linda Shakus. Bill Bullard and Tom Paschall had Linda, Paul and I sign confidentiality agreements to get a copy of the Zyen note before they would even discuss the note and Xyience with us. We signed these agreements and sent them to Paschall who did not return our phone calls. I then called Bill Bullard and asked him for financial information on the company and a copy of the Zyen note, but Bill Bullard said he could not give us any financial information. (Exhibit 6: Grady/Bullard/Paschall emails).

40. Meanwhile, per testimony of Mike Levy and Omar Sattar at the Creditor Meeting, Bill Bullard had met with Manchester Consolidated Corporation (Manchester) about the purchase of Xyience in Las Vegas and gave Manchester financial information, but Bill

Bullard would not give any information to me, a potential buyer who had signed a confidentiality agreement.

41. On April 1, 2007, Judge Nakagawa approved the sale of Xyience to Manchester Consolidated Corporation (Manchester) for the assumption of the Zyen note and DIP financing ($15 million) and cash of $200,000.00.

42. From April 9, 2008 through April 18, 2008 I corresponded via email with Ted Burr of Sierra Consulting Group, LLC., the company hired to conduct the Xyience asset sale. First, in my email of April 9, 2007, I pointed out to Burr that the spread sheets supplied to potential buyers had false information. Second, even after the sale of Xyience to Manchester was approved by the Court, Gregg Garman and Ted Burr were still negotiating to sell the Zyen note. Specifically Gregg Garman sent an email to Ted Burr that was forwarded to me. Gregg Garman stated: "*How much would the equity represent as a percentage of over all ownership and how much would they agree to infuse as working capital?*" I found it very strange that I was negotiating with Gregg Garman through Ted Burr and not with Manchester and that Gregg Garman was negotiating about equity percentages. (Attached is Exhibit 7: Grady/ Burr/ Garman emails).

43. I never voted for or received a ballot to vote for the following individuals who served on the board of directors of Xyience: Adam Frank, Kirk Sanford, Michael Kurdziel, Kathryn Lever, Adam Roseman, Jerry Kramer, Lanis O'Steen, Patrick Brauckmann, Michael Levy, Bill Bullard and Omer Sattar.

44. Kirk Sanford and Adam Frank gave fraudulent information to stockholders at the July Investor Conferences, made false statements to stockholders at the July Investor Conferences, and deliberately withheld financial information from stockholders contrary to their statements promising otherwise. Both stated several times in letters that there would be a stockholders meeting and then refused to call one. Kirk Sanford and Adam Frank

ignored requests by stockholders and I for financial information and a stockholders meeting.

45. These actions by Kirk Sanford and Adam Frank along with the actions of the other members of the Xyience Board of Directors that were never elected to the board by stockholders (Kurdziel, Lever, Roseman, Kramer, O'Steen, Brauckmann, Bullard, Levy and Sattar) damaged my husband and I in the amount of a $60,000.00 from our note and $1.27 million from our 510,417 shares of stock that Kirk Sanford put a minimum value of $2.50 per share on in June 2007.

46. I believe that Kirk Sanford, Adam Frank, Lanis O'Steen and Bill Bullard deliberately withheld financial information and deliberately did not hold a stockholder meeting, so they could stay in control of Xyience and defraud the stockholders and creditors out of their investments.

Dated 6th January, 2009

Janis Grady

Subscribed and Sworn to before me

This 6th day of January, 2009.

NOTARY PUBLIC

My Commission Expires: 09-30-2012

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
ROXANA SANCHEZ
No: 08-8019-1
My Appointment Expires Sept. 30, 2012