RECEIVED & FILED

'09 MAY -5 P12 :44

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Rich Bergeron
147 OLD COUNTY ROAD
East Sandwich, MA 02537
Telephone: (617) 209-4325
Defendant as Pro Se Attorney

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>XYIENCE, INC., A Nevada Corporation<br><br>Debtor. | No. BK-S-08-10474-MKN<br>Chapter 11<br><br>Eighth Judicial District Court<br>Las Vegas, Clark County, Nevada<br>Case No. A544781, Dept. XXIII |
| XYIENCE INCORPORATED, a Nevada Corporation,<br>Plaintiff,<br><br>v.<br><br>RICHARD BERGERON, an individual<br>Defendant. | CASE NO. BK-2-08-AP-01082-MKN<br><br>**AFFIDAVIT OF LINDA LESKER IN SUPPORT OF DEFENDANT AND COUNTER CLAIMANT RICH BERGERON'S AMENDED RULE 11 AND 9011 MOTION**<br><br>Hearing Date: ____________, 2009<br>Hearing Time : 9:30 AM |
| RICHARD BERGERON, an Individual,<br><br>Counterclaimant,<br><br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada Corporation,<br><br>Counterdefendants. | Location: 300 Las Vegas Blvd. South<br>Courtroom #2<br>Las Vegas, NV 89101 |

**AFFIDAVIT OF LINDA LESKER IN SUPPORT OF DEFENDANT AND COUNTER CLAIMANT RICH BERGERON'S AMENDED RULE 11 AND 9011 MOTION**

I, Linda Lesker, do hereby swear under penalty of perjury under the laws of the United States of America that the following assertions are true and correct to the best of my knowledge and belief:

1. I make this affidavit in support of Defendant and Counter-claimant Rich Bergeron's Amended Rule 11 and 9011 Motion.
2. I am over the age of 18, am mentally competent, have personal knowledge of the facts in this matter, and if called upon to testify, could and would testify as set forth herein.
3. I support Rich Bergeron in his case against Xyience because he bravely reported the facts on this scam, and I know he never intended to harm the company, nor the innocent shareholders.
4. We all just want the truth to come out about the real culprits.
5. I am an investor in Xyience, and my life has been destroyed by their actions.
6. I am a 61-year-old woman who, in 2005, owned her own home, had cash in the bank, and wanted to invest wisely to raise money to open up a women's center.
7. I hired a team of experts in Nevada to invest my money. They advised me to mortgage my home and to use my retirement funds to go into two investments: Xyience and VesCor.
8. I was told these two investments were risk free and that when Xyience got their IPO within the year, the shares I held at $2.00 a share would most likely open at $12 to $14.
9. I planned to sell my shares immediately to pay off my loans and then start up my women's center with the profits.
10. I invested $900,000 in Xyience and $200,000 in VesCor during the summer of 2005. Both went bankrupt.
11. I am devastated, and my life is ruined. I will never recover if Rich Bergeron's efforts are not successful here.
12. I have been deceived, and I believe it was planned. After reviewing some of my emails and other communications, which I have attached, I am sure I've been defrauded by Xyience and those tied to the Fertitta investment group that bankrupted the company.

13. I always kept in constant contact with Xyience on a regular basis to see how the company was coming along and was always told how great they were doing.

14. I believed in Xyience because they were on the mat at the UFC and thought that it was a great connection for their success.

15. Adam Frank and Kirk Sanford called an informal meeting in June, 2007 to introduce themselves as the new team members and claimed they wanted to help make Xyience successful.

16. Frank and Sanford said there were problems and that they would work for free for the shareholders.

17. Frank and Sanford said they would hold an official shareholder meeting later in the year and would provide disclosure to us to review.

18. Frank and Sanford never did what they promised.

19. On August 22nd, 2007, I read a post on a website that said:

"I heard Xyience is going bankrupt. They can't seem to get new investment. They sold too many shares and all outstanding shares are therefore devalued to 50% of the purchase price. You should look into the upcoming bankruptcy.

Xyience will be laying off another round of employees by year end. They will retain core, vital upper management and operate on a skeleton crew. It will be a far cry from their heyday when they had so much funding they had to think of ways to spend it. Please look into their funding problems. They say the next round of layoffs are because of a change in company vision."

20. I immediately called the office and spoke to a woman named Vicki DiBernardo who was a new person there. She assured me that Xyience was doing great and not to worry. We went back and forth but she did not convince me that everything was fine.

21. I emailed Vicki and forwarded that post and told her how upset I was and wanted to talk to the key people at Xyience ASAP. I told her I wanted to speak to one of the men who spoke at the June meeting and to forward the email I sent before they called me back.

22. DiBernardo then emailed me on August 22, 2007 and wrote:

"Linda, you have got to stop believing this garbage. We are doing great. In fact, I am hiring between 2 and 5 sales staff per week. Our sales are up and we are on target to hit our numbers. You cannot believe all the garbage that is out there about Xyience. We have taken legal action against them to

stop this type of negative information. As we communicated in our Shareholder letter, we are close to closing the Fertitta deal and are on target. Again, do not believe what you read.
Regards, Vicki DiBernardo, VP Human Resources and Administration."

23. I emailed her again and said I wanted to speak directly to whoever was in charge. She then accidentally emailed me an email she had meant to send to 'the money man,' Michael Levy.

24. The following is the text of the email she sent back to me, again on August 22, 2007:

"Hi Michael,

Please give her a call. She is being unreasonable and now wants to pull her money out of the company. As she has stated, 'you don't start a company without a budget and spend all of the investor's money.' 'What happened to the money?' I told her it was unfortunate that she missed the presentation by Kirk - she came in at the tail end of the Q&A. I said had she been there she would have heard Kirk talk about the cost of launching a beverage in the market place usually costs the company $100M before it starts to break even.

Bottom line is she wants to talk to you - the money guy!

Regards, Vicki DiBernardo"

25. I emailed her back the same day after getting Michaels' email and wrote:

"I find it extremely offensive for you to call me unreasonable to question my money. Are you retired with no income and did you borrow $900,000 to invest in Xyience? You honestly don't think that I should question my huge investment and should just shut up? I thought you were more professional than this Vicki. Doesn't make Xyience look very good with comments like this".

26. I then received a call that same day from Adam Frank and heard him speak to a Michael who was present during the call, who I believe was Michael Levy.

27. Adam Frank told me that there would be a quarterly update soon and that sales have increased and things were being cleaned up.

28. Frank said the UFC would be paid first and that the Fertittas deal was not a done deal just yet.

29. Frank said it would take about a year to see any money for the 350 investors and if anybody told me differently then they lied to me.

30. Frank claimed that he was working for free.

31. I remembered this call because I always kept notes of conversations. I then became very nervous about Xyience.

32. After receiving the notice from Adam and Kirk on 10/2/07 giving us formal notice that they were ceasing all business operations and had approved the Fertitta deal, we were stunned.

33. They had told us that they were going to save Xyience!

34. We didn't approve of anything, and we were all left in the dark about the deal.

35. The shareholders then started communicating in emails.

36. One shareholder named Ric, sent this to Adam and Kirk and the shareholders on October 2, 2007:

"Adam and Kirk, it now appears that you've decided to deflect the real issue and that is the fact you two complicated the funding by collectively weaving apprx. 8.4 million stock options for yourselves into the consummation of the Fertitta deal and are now extorting the stock holders with your recent unbelievable actions that are more damaging to the future of Xyience than any other action to date. If you really cared about the employees or the stockholders you would have structured your options to be triggered based on performance. Lets satisfy the simple request of full disclosure, why do you two continue to dodge that legal obligation?

Ric"

37. Adam Frank then emailed Ric and the list on October 2, 2007:

"Ric,

Unfortunately there has been a lot of misinformation about mine and Kirk's comp. It has been fully disclosed in the shareholder consents which were sent to major shareholders. For everyone's benefit and by way of background. Kirk and I agreed to sign up for a 90-day commitment to clean up the disastrous state of affairs at Xyience that existed before we got here. We stepped in to $37M worth of vendor and noteholder obligations. We had a choice at that time, which in hindsight may have been the best option, to put the company into Bankruptcy. In order to protect shareholder value, we were willing to take a risk to try to renegotiate all of these vendor and noteholder liabilities down to a reasonable level. For those of you who are familiar with stock options, you understand that these options are worthless unless the company does well. Our options are tied to success - 75% of my options going forward and 100% of Kirk's options going forward only vest if we hit significant performance metrics. If they have value, then we have created significant value for the shareholders. If no value is created, we get ZERO.

Please keep in mind, that Kirk and I have never taken $1 out of the company.

During our tenure, we have never even submitted an expense report. Please also keep in mind that these comp packages have been approved unanimously by the board, by Russell (who did not want to make the comp tied to Fertitta), and by other major shareholders. The deal was highly negotiated and Kirk and I recused ourselves together from the approval process. We made significant

organizational changes to the company by reducing corporate overhead and focusing on management, expense control, sales, and operations. We have brought the much needed discipline from the open checkbook mentality that existed prior to us getting here. Prior to our arrival, more than $70M has been spent with very little tangible profitability results. Much of this cleanup and go forward success must be attributed to the key Xyience employees that believe in this company. The facts of these results can not be changed by speculation and accusation. Ric, it is guys like you that been part of the problem and it is time to turn the page. Running around our office high fiving the Russell constituents as the company is in its most dire situation is not a way to conduct oneself. THIS IS NOT A GAME OR A DOUBLE DOWN LONGSHOT BET AT THE SPORTSBOOK. People's livelihood, money, and valuable time are at stake. To make matters worse, when employees had a number of concerns about the future of Xyience, Kirk, myself, and other senior management felt it important to address their concerns. During this very critical time, you and your cohorts thought it was a good idea to try and intimidate these key employees. By showing up with a camera and telling employees that they need to pick a side and to raise their hand if they are on your side, you could not have been more unprofessional. THERE ARE NO SIDES. THE ONLY SIDE IS WHAT IS IN THE BEST INTEREST OF THE COMPANY AND IT'S SHAREHOLDERS. Regards, Kirk and Adam"

38. I then sent an email back to the list:

"What? 8.4 million stock options for themselves? These are the 2 guys who said that they were working for FREE from their hearts to help the investors??

I remember one of them telling me that he will work an extra hour each day to make things right after he heard about the scam on my IRA money. Who are these so-called honorable shiny knights called Adam and Kirk who wanted to help us? Anyone know when the meeting will take place? I will not miss it. Linda Lesker"

39. Then Adam emailed me back on October 2, 2007:

"Linda, You may not understand how options work. We can walk you through it. We are working for ZERO CASH. The only way that we can make any money is if the investors do. If you don't make money, we don't. Most executives get paid big cash salaries as well. We said "No Thanks" on salary. We are happy to walk you through all the details and are confident it will make sense to you. Regards, Kirk and Adam"

40. I did ask them to please explain the procedure to me and they never responded. We tried to get information on what was going on in the company and kept asking for a formal shareholder meeting and we demanded full disclosure. They refused to give us any answers.

41. Then we all saw a memo that Kirk and Adam wrote to the staff at Xyience on November 6, 2007 that confirmed our suspicions:

"Dear Employees, Several employees have recently reported that they are being harassed by, and bombarded with questions and requests for information from, shareholders, former employees, founders, and other outside parties. The employees have communicated that such activity has become a major distraction and created a work environment that is very disconcerting to employees. Management takes these reports very seriously and is committed to ensuring that the Company provides a safe and harassment-free workplace for its employees. Accordingly, we are instituting a new procedure for dealing with all questions and requests for information from outside sources. Effectively immediately, all telephone calls, emails, and other questions and requests for information that you receive from anyone, other than another Company employee or member of the Board of Directors, should immediately be directed to Adam Frank so that he request can properly be addressed. Please do not provide answers that divulge information in response to these requests. We believe that this new procedure will not only help eliminate distractions and allow employees to focus on their important roles in helping to build a successful company, but will also allow us to more effectively and efficiently manage our communications with outside sources. We would also like to remind all employees that pursuant to the section in Xyience's employee handbook entitled "Confidentiality of Company Information" and the non-disclosure agreements signed by employees, each employee has a legal obligation to keep all information pertaining to the Company strictly confidential, and to not share that information with third parties. If you have any questions or concerns regarding this new policy, please contact Vicki DiBernardo in Human Resources. All questions or concerns will be treated in confidence. Sincerely, Kirk and Adam"

42. We were all very upset on what was happening to our company. Adam and Kirk were purposely destroying Xyience.

43. It was offensive and wrong for Frank and Sanford to say that a shareholder had no right to question what was going on in the company.

44. Sanford and Frank also told the employees to not release any information to us because we were outsiders.

45. Kirk and Sanford wouldn't even tell us the new address of Xyience. They ignored all our requests.

46. I have all the above emails in their entirety for the court's review and also many others.

47. I am sick to my stomach that once again I was a victim who was taken advantage of.

48. It is obvious to me and many other shareholders that this new team at Xyience had set out to defraud the shareholders from the very beginning.

49. Many of us will never recover. I owe a million dollars that I can never pay back.

50. I beg the court to please help the victims of this scam. Justice needs to be served and those who commit crimes should be punished.

*Dated November ______, 2008*

LINDA LESKER, AFFIANT
10601-G Tierrasanta Blvd. #350
San Diego, CA 92124
619-316-5050
FlamencoVivo@aol.com

Subscribed and Sworn to Before Me

This 20th Day of November, 2008

VR S. KALANDIJYAN
Commission # 1647743
Notary Public - California
San Diego County
My Comm. Expires Feb 26, 2010

NOTARY PUBLIC
My Commission Expires:

**From:** BUnderhi@aol.com
**To:** FlamencoVivo@aol.com
**Subject:** Re: I am very concerned about Xyience and this new deal
**Date:** Wed, 24 Oct 2007 9:42 pm

I understand your concerns. You know that I agreed to help out and ran part of the company for a short time, with Jan Hall from Coke running sales and marketing. Sales increased during that 75+ days and about 12 million in new equity came into the business at $2 and $2.50 per share. Since that time shipments have decreased and the Fertitta loan is the only new capital. When I was forced out in May I agreed to stay on the board as a favor to several people like yourself who have significant money invested. (I was a former Assistant District Attorney in Los Angeles before attending Harvard Business School and receiving my MBA. I have run several consumer businesses and was a partner on Wall Street.) I have been asked by the powers to be to resign that position and am considering doing so as serious actions such as shutting down the business to force Russell's compliance were taken without Board consultation, let alone approval. I can however assure you that by the time the Fertitta deal was done the company had no realistic alternative. We must all hope that the Fertitta's will bring sensibility and full honesty back to Xyience. They basically own the UFC and have very deep pockets, and although I have yet to see it is my understanding that a new and less expensive UFC deal has been negotiated. Russell and Ron know me and my efforts. If you wish to speak with me my number is 702 497-5381.

I like you remain hopeful that necessary change can occur with the share holders required meeting in December

Respectfully,
William Underhill

***************************************
See what's new at http://www.aol.com

XYIENCE
xtreme science for your active lifestyle
10650 W. Charleston Blvd
Suite #110
Las Vegas, NV 89135
702-430-5400 702-430-3310 fax

October 2, 2006

Re: Xyience Inc Stock value for Linda Lesker

To Whom It May Concern:

This letter is to inform all concerned parties of the current value of Xyience Inc Stock value for Linda Lesker.

On March 7, 2006 Linda Lesker purchased 100,000 shares of Xyience Inc Stock at $2 per share which were issued as follows, Trust Company of America fbo Linda Lesker. As to date said shares are valued at $4 per share.

On May 3, 2006, MS Lesker purchased 350,000 shares of Xyience Inc Stock at $2 per share which were issued as follows, Linda Lesker. As to date said shares are valued at $4 per share.

Regards,

Carol T. Brown
Corporate Secretary
Xyience Inc

**From:** flamencovivo@aol.com
**To:** adam@adam-frank.com; ksanford@gcamail.com
**Cc:** terry@tlcconsulting.biz; janisgrady@aol.com; ric@xyienceapparel.com; andymersha@yahoo.com; semisports@yahoo.com; jbert3@cox.net; jsadler@rsplv.com; chuckypson@yahoo.com; jwayte@us.ibm.com; designelectric@sti.net; steve@alternativehealth4u.com; DRBOJRAB@aol.com; mike@navbat.com; egarcia777@cox.net; coronagiuliano@aol.com; mgiuliano@lee-assoc.com; dc1.1@netzero.net; rory.camangian@gmail.com; kitcope@aol.com; rsozzi@rvsventures.com; rinaldi5@cox.net; sjbock@hotmail.com; pb@crowncapitalsa.com; flamencovivo@aol.com; apwstrategies@gmail.com; marc.rock@gmail.com; sbock@cox.net; dianefrankteam@yahoo.com; kriech18@hotmail.com; cjs@hexagoninc.com; chubilly@yahoo.com; billyzb@yahoo.com; russell@xyienceapparel.com; terry@tlcconsulting.biz; mclarkmjc@lvcoxmail.com; vdibernardo@xyience.com; bunderhi@aol.com; ptsay@eisnerlaw.com; klever@gcamail.com; braukmann@shaw.ca; billb@gordonbiersch.com; jmersino@xyience.com; ronaldsol@msn.com; mlevy@xyience.com
**Subject:** Xyience Inc.
**Date:** Sat, 3 Nov 2007 3:05 am

Dear Adam and Kirk,
That sounds great, I really appreciate you taking the time to help me understand how everything works.
I will take you up on your offer to walk me through it. I look forward to hearing all the details.
Regards,
Linda

Subject: RE: XYIENCE NOTICE OF CESSATION OF OPERATIONS
Date: Wed, 3 Oct 2007 02:30:44 -0400
From: adam@adam-frank.com
To: FlamencoVivo@aol.com
CC: ksanford@gcamail.com

Linda,
You may not understand how options work. We can walk you through it. We are working for ZERO CASH. The only way that we can make any money is if the investors do. If you don't make money, we don't. Most executives get paid big cash salaries as well. We said "No Thanks" on salary. We are happy to walk you through all the details and are confident it will make sense to you.

Regards,
Kirk and Adam

**From:** FlamencoVivo@aol.com [mailto:FlamencoVivo@aol.com]
**Sent:** Tuesday, October 02, 2007 11:11 PM
**To:** rklingenberg@xyience.com
**Cc:** Adam Frank; JKJets@aol.com; rpike@xyience.com; BUnderhi@aol.com; klever@gcamail.com; ksanford@gcamail.com; mk@arcinvestmentpartners.com; rsozzi@rvsventures.com; rinaldi5@cox.net; sjbock@hotmail.com; brent@pbgmail.com; pb@crowncapitalsa.com; kmaskatiya@gcamail.com; JanisGrady@aol.com; FlamencoVivo@aol.com; apwstrategies@gmail.com; meisner@eisnerlaw.com; ksutton@eisnerlaw.com; marc.rock@gmail.com; scurry@Xyience.com; mlevy@Xyience.com; sbock@cox.net; dianefrankteam@yahoo.com; kriech18@hotmail.com; cjs@hexagoninc.com; terry@tlcconsulting.biz; chubilly@yahoo.com; billyzb@yahoo.com; PAULGRADY@aol.com; Matt@aacapitalpartners.com; rrios@Xyience.com; dkeays@xyience.com; soldham@Xyience.com; mrusnak@Xyience.com; swierczbicki@xyience.com; ssmith@Xyience.com; dasuncion@Xyience.com; nrodriguez@Xyience.com; dmahlke@Xyience.com; ronaldsol@msn.com; vdibernardo@xyience.com
**Subject:** Re: XYIENCE NOTICE OF CESSATION OF OPERATIONS

What? 8.4 million stock options for themselves?

These are the 2 guys who said that they were working for FREE from their hearts to help the investors???

I remember one of them telling me how he will work an extra hour each day to make things right after he heard about the scam on my IRA money.

Anyone know when the meeting will take place? I will not miss it.
Linda

Linda Laker

Email and AIM finally together. You've gotta check out free AOL Mail!

Subj: **RE: XYIENCE NOTICE OF CESSATION OF OPERATIONS**
Date: 10/2/2007 11:30:14 PM Pacific Daylight Time
From: adam@adam-frank.com
To: rklingenberg@xyience.com, jkjets@aol.com, rpike@xyience.com, bunderhi@aol.com, klever@gcamail.com, ksanford@gcamail.com, mk@arcinvestmentpartners.com
CC: rsozzi@rvsventures.com, rinaldi5@cox.net, sjbock@hotmail.com, brent@pbgmail.com, pb@crowncapitalsa.com, kmaskatiya@gcamail.com, janisgrady@aol.com, flamencovivo@aol.com, apwstrategies@gmail.com, meisner@eisnerlaw.com, ksutton@eisnerlaw.com, marc.rock@gmail.com, scurry@Xyience.com, mlevy@Xyience.com, sbock@cox.net, dianefrankteam@yahoo.com, kriech18@hotmail.com, cjs@hexagoninc.com, terry@tlcconsulting.biz, chubilly@yahoo.com, billyzb@yahoo.com, paulgrady@aol.com, Matt@aacapitalpartners.com, rrios@Xyience.com, dkeays@xyience.com, soldham@Xyience.com, mrusnak@Xyience.com, swierczbicki@xyience.com, ssmith@Xyience.com, dasuncion@Xyience.com, nrodriguez@Xyience.com, dmahlke@Xyience.com, ronaldsol@msn.com, vdibernardo@xyience.com

Ric,

Unfortunately there has been a lot of misinformation about mine and Kirk's comp. It has been fully disclosed in the shareholder consents which were sent to major shareholders.

For everyone's benefit and by way of background. Kirk and I agreed to sign up for a 90 day commitment to clean up the disastrous state of affairs at Xyience that existed before we got here.

We stepped in to $37M worth of vendor and noteholder obligations. We had a choice at that time, which in hindsight may have been the best option, to put the company into Bankruptcy. In order to protect shareholder value, we were willing to take a risk to try to renegotiate all of these vendor and noteholder liabilities down to a reasonable level.

For those of you who are familiar with stock options, you understand that these options are worthless unless the company does well. Our options are tied to success – 75% of my options going forward and 100% of Kirk's options going forward only vest if we hit significant performance metrics. If they have value, then we have created significant value for the shareholders. If no value is created, we get ZERO. Please keep in mind, that Kirk and I have never taken $1 out of the company. During our tenure, we have never even submitted an expense report. Please also keep in mind that these comp packages have been approved unanimously by the board, by Russell (who did not want to make the comp tied to Fertitta), and by other major shareholders. The deal was highly negotiated and Kirk and I recused ourselves together from the approval process.

We made significant organizational changes to the company by reducing corporate overhead and focusing on management, expense control, sales, and operations. We have brought the much needed discipline from the open checkbook mentality that existed prior to us getting here. Prior to our arrival, more than $70M has been spent with very little tangible profitability results.

Much of this cleanup and go forward success must be attributed to the key Xyience employees that believe in this company. The facts of these results can not be changed by speculation and accusation.

Ric, it is guys like you that have been part of the problem and it is time to turn the page. Running around our office high fiving the Russell constituents as the company is in its most dire situation is not a way to conduct oneself. THIS IS NOT A GAME OR A DOUBLE DOWN LONGSHOT BET AT THE SPORTSBOOK. People's livelihood, money, and valuable time are at stake.

To make matters worse, when employees had a number of concerns about the future of Xyience, Kirk, myself, and other senior management felt it important to address their concerns. During this very critical time, you and your cohorts thought it was a good idea to try and intimidate these key employees. By showing up with a camera and telling employees that they need to pick a side and to raise their hand if they are on your side, you could not have been more unprofessional. THERE ARE NO SIDES. THE ONLY SIDE IS WHAT IS IN THE BEST INTEREST OF THE COMPANY AND ITS SHAREHOLDERS.

Regards,

Kirk and Adam

**From:** Ric Klingenberg [mailto:rklingenberg@xyience.com]
**Sent:** Tuesday, October 02, 2007 10:13 PM
**To:** Adam Frank; jkjets@aol.com; Russell Pike; William Underhill AOL; Katie Lever; Kirk Sanford; mk@arcinvestmentpartners.com
**Cc:** rsozzi@rvsventures.com; rinaldi5@cox.net; sjbock@hotmail.com; brent@pbgmail.com; pb@crowncapitalsa.com; kmaskatiya@gcamail.com; janisgrady@aol.com; flamencovivo@aol.com; apwstrategies@gmail.com; meisner@eisnerlaw.com; ksutton@eisnerlaw.com; marc.rock@gmail.com; Susan Curry; Michael Levy; sbock@cox.net; dianefrankteam@yahoo.com; kriech18@hotmail.com; cjs@hexagoninc.com; TLC FORWARDING; chubilly@yahoo.com; billyzb@yahoo.com; paulgrady@aol.com; Matt@aacapitalpartners.com; Reuben Rios; Devin Keays; Siobhan Oldham; Michael Rusnak; swierczbicki@xyience.com; Stephen Smith; Dara Asuncion; Nina Rodriguez; Darin T. Mahlke; ronaldsol@msn.com; Vicki DiBernardo
**Subject:** RE: XYIENCE NOTICE OF CESSATION OF OPERATIONS

Adam and Kirk it now appears that you've decided to deflect the real issue and that is the fact you two complicated the funding by collectively weaving apprx. 8.4 million stock options for yourselves into the consummation of the Fertitta deal and are now extorting the stock holders with your recent unbelievable actions that are more damaging to the future of Xyience than any other action to date.If you really cared about the employees or the stockholders you would have structured your options to be triggered based on performance. Lets satisfy the simple request of full disclosure,why do you two continue to dodge that legal obligation?

Ric Klingenberg
XYIENCE
702.430.5491 Office
702.287.2121 Cell
ric@xyience.com

**From:** Adam Frank [mailto:adam@adam-frank.com]
**Sent:** Tuesday, October 02, 2007 9:37 PM
**To:** jkjets@aol.com; Russell Pike; William Underhill AOL; Katie Lever; Kirk Sanford; mk@arcinvestmentpartners.com
**Cc:** rsozzi@rvsventures.com; rinaldi5@cox.net; sjbock@hotmail.com; brent@pbgmail.com; pb@crowncapitalsa.com; kmaskatiya@gcamail.com; Ric Klingenberg; janisgrady@aol.com; flamencovivo@aol.com; apwstrategies@gmail.com; meisner@eisnerlaw.com; ksutton@eisnerlaw.com; marc.rock@gmail.com; Susan Curry; Michael Levy; sbock@cox.net; dianefrankteam@yahoo.com; kriech18@hotmail.com; cjs@hexagoninc.com; TLC FORWARDING; chubilly@yahoo.com; billyzb@yahoo.com; paulgrady@aol.com; Matt@aacapitalpartners.com; Reuben Rios; Devin Keays; Siobhan Oldham; Michael Rusnak; swierczbicki@xyience.com; Stephen Smith; Dara Asuncion; Nina Rodriguez; Darin T. Mahlke; ronaldsol@msn.com; Vicki DiBernardo
**Subject:** RE: XYIENCE NOTICE OF CESSATION OF OPERATIONS

Jared, Marc, Randy, Robert,

On behalf of the management, board, and employees, thank you for your sensible assessment of the real issues.

Everyone on this email should ask themselves:

The Fertittas –

A LEGITIMATE, COMMITTED, FUNDING SOURCE for the company.

Subj: **RE: XYIENCE NOTICE OF CESSATION OF OPERATIONS**
Date: 10/2/2007 11:42:07 PM Pacific Daylight Time
From: adam@adam-frank.com
To: FlamencoVivo@aol.com
CC: ksanford@gcamail.com

Linda,

You may not understand how options work. We can walk you through it. We are working for ZERO CASH. The only way that we can make any money is if the investors do. If you don't make money, we don't. Most executives get paid big cash salaries as well. We said "No Thanks" on salary. We are happy to walk you through all the details and are confident it will make sense to you.

Regards,

Kirk and Adam

---

**From:** FlamencoVivo@aol.com [mailto:FlamencoVivo@aol.com]
**Sent:** Tuesday, October 02, 2007 11:11 PM
**To:** rklingenberg@xyience.com
**Cc:** Adam Frank; JKJets@aol.com; rpike@xyience.com; BUnderhi@aol.com; klever@gcamail.com; ksanford@gcamail.com; mk@arcinvestmentpartners.com; rsozzi@rvsventures.com; rinaldi5@cox.net; sjbock@hotmail.com; brent@pbgmail.com; pb@crowncapitalsa.com; kmaskatiya@gcamail.com; JanisGrady@aol.com; FlamencoVivo@aol.com; apwstrategies@gmail.com; meisner@eisnerlaw.com; ksutton@eisnerlaw.com; marc.rock@gmail.com; scurry@Xyience.com; mlevy@Xyience.com; sbock@cox.net; dianefrankteam@yahoo.com; kriech18@hotmail.com; cjs@hexagoninc.com; terry@tlcconsulting.biz; chubilly@yahoo.com; billyzb@yahoo.com; PAULGRADY@aol.com; Matt@aacapitalpartners.com; rrios@Xyience.com; dkeays@xyience.com; soldham@Xyience.com; mrusnak@Xyience.com; swierczbicki@xyience.com; ssmith@Xyience.com; dasuncion@Xyience.com; nrodriguez@Xyience.com; dmahlke@Xyience.com; ronaldsol@msn.com; vdibernardo@xyience.com
**Subject:** Re: XYIENCE NOTICE OF CESSATION OF OPERATIONS

What? 8.4 million stock options for themselves?

These are the 2 guys who said that they were working for FREE from their hearts to help the investors???

I remember one of them telling me how he will work an extra hour each day to make things right after he heard about the scam on my IRA money.

Who are these so-called honorable shiny knights called Adam and Kirk who wanted to help us?

Anyone know when the meeting will take place? I will not miss it.

In a message dated 10/2/2007 10:10:10 PM Pacific Daylight Time, rklingenberg@xyience.com writes:

> Adam and Kirk it now appears that you've decided to deflect the real issue and that is the fact you two complicated the funding by collectively weaving apprx. 8.4 million stock options for yourselves into the consummation of the Fertitta deal and are now extorting the stock holders with your recent unbelievable actions that are more damaging to the future of Xyience than any other action to date.If you really cared about the employees or the stockholders you would have structured your options to be triggered based on performance. Lets satisfy the simple request of full disclosure,why do you two continue to dodge that legal obligation?
> Ric Klingenberg
> XYIENCE
> 702.430.5491 Office

**From:** flamencovivo@aol.com [mailto:flamencovivo@aol.com]
**Sent:** Wednesday, August 22, 2007 12:51 PM
**To:** Vicki DiBernardo
**Subject:** Re: is this true?

Vicki,

I was repeatedly told not to worry about my hard-earned retirement money at VesCor. Suddenly they filed chapter 11 and I lost $200,000.

I will not allow that to happen to me again. I trust nobody. How do I know for a fact that things are going so great at Xyience?

I want to speak to those people who are currently in charge at Xyience.

I need to do my own homework and will keep a very close eye on this mess.

I think I may need to pull out because things don't feel right and I am VERY nervous.

Please furnish me with their contact info. Also, please pass on this email to them before we speak.
Thanks, Linda
858-571-5683

**From:** flamencovivo@aol.com
**To:** vdibernardo@xyience.com
**Subject:** Re: is this true?
**Date:** Wed, 22 Aug 2007 1:25 pm

---

I find it extremely offensive for you to call me unreasonable to question my money.

Are you retired with no income and did you borrow $900,000 to invest in Xyience?

You honestly don't think that I should question my huge investment and should just shut up?

I thought you were more more professional than this Vicki. Doesn't make Xyience look very good with comments like this.

-----Original Message-----
From: Vicki DiBernardo <vdibernardo@xyience.com>
To: flamencovivo@aol.com
Sent: Wed, 22 Aug 2007 1:05 pm
Subject: RE: is this true?

Hi Michael,

Please give her a call. She is being unreasonable and now wants to pull her money out of the company. As she has stated, "you don't start a company without a budget and spend all of the investor's money". "What happened to the money?" I told her it was unfortunate that she missed the presentation by Kirk – she came in at the tail end of the Q&A. I said had she been there she would have heard Kirk talk about the cost of launching a beverage in the market place usually costs the company $100M before it starts to breakeven.

Bottom line is she wants to talk to you – the money guy!

Regards,

Vicki DiBernardo
VP Human Resources
and Administration
Xyience Incorporated
10650 W. Charleston Blvd., Suite 110
Las Vegas, NV 89135
702-430-5430 (direct)
702-430-5495 (fax)
702-241-5816 (cell)
vdibernardo@xyience.com
www.xyience.com

*"This email and any attachments are confidential, intended solely for an intended recipient, and may be legally privileged. Any review, reproduction, dissemination or other use of, or taking any action in reliance upon, this email or any attachments by anyone other than the intended recipient is prohibited. If you have received this email in error, please contact the sender and delete this email and any attachments."*

---

**From:** flamencovivo@aol.com [mailto:flamencovivo@aol.com]
**Sent:** Wednesday, August 22, 2007 12:51 PM
**To:** Vicki DiBernardo
**Subject:** Re: is this true?

Vicki,

**Sent:** Wednesday, August 22, 2007 4:26 AM
**To:** Vicki DiBernardo
**Subject:** is this true?

I am very upset after reading the below on the internet.
=I heard Xyience is going bankrupt. They cant seem to get new investment. They sold too many share

and all outstanding shares are therefore devalued to 50% persuse price. You should look into the upcoming bankruptcy.

1. I heard Xyience will be laying off another round of employees by year end. They will retain core, vital upper management and operate on a skeleton crew. It will be a far cry from their heyday when they had so much funding they had to think of ways to spend it. Please look into their funding problems. They say the next round of layoffs are because of a change in company vision. Is this true?

Vicki, Please have one of the key persons contact me ASAP.
I cannot lose money that I borrowed and now I am in a panic.
I recently got screwed for all my retirement money from a scam 2 months ago.
Please tell me what is going on.
I need to hear from one of those gentlemen who spoke at the meeting. Please respond.
thanks, Linda Lesker
85-571-5683

---

---

size=2 width="100%" align=center>

AOL now offers free email to everyone. Find out more about what's free from AOL at AOL.com.

---

AOL now offers free email to everyone. Find out more about what's free from AOL at AOL.com

XYIENCE®

# Memo

To: All Employees

From: Xyience Management

Date: November 6, 2007

Re: Employee Policies and Procedures

Dear Employees,

Several employees have recently reported that they are being harassed by, and bombarded with questions and requests for information from, shareholders, former employees, founders, and other outside parties. These employees have communicated that such activity has become a major distraction and created a work environment that is very disconcerting to employees.

Management takes these reports very seriously and is committed to ensuring that the Company ... safe and harassment free workplace for its employees. Accordingly, we are instituting a new