RECEIVED & FILED

'09 MAY -5 P12 :44

U.S. BANKRUPTCY COURT
MARY A. SCHOTT. CLERK

Rich Bergeron
147 OLD COUNTY ROAD
East Sandwich, MA 02537
Telephone: (617) 209-4325
Defendant as Pro Se Attorney

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>XYIENCE, INC., A Nevada Corporation<br><br>Debtor. | No. BK-S-08-10474-MKN<br>Chapter 11<br><br>Eighth Judicial District Court<br>Las Vegas, Clark County, Nevada<br>Case No. A544781, Dept. XXIII |
| XYIENCE INCORPORATED, a Nevada Corporation,<br>Plaintiff,<br><br>v.<br><br>RICHARD BERGERON, an individual<br>Defendant. | CASE NO. BK-2-08-AP-01082-MKN<br><br>**AFFIDAVIT OF MICHAEL J. CLARK IN SUPPORT OF DEFENDANT AND COUNTER CLAIMANT RICH BERGERON'S AMENDED RULE 11 AND 9011 MOTION**<br><br>Hearing Date: ___________, 2009<br>Hearing Time : 9:30 AM<br><br>Location: 300 Las Vegas Blvd. South<br>Courtroom #2<br>Las Vegas, NV 89101 |
| RICHARD BERGERON, an Individual,<br><br>Counterclaimant,<br><br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada Corporation,<br><br>Counterdefendants. | |

**AFFIDAVIT OF MICHAEL J. CLARK IN SUPPORT OF DEFENDANT AND COUNTER CLAIMANT RICH BERGERON'S AMENDED RULE 11 AND 9011 MOTION**

I, Michael J. Clark, do hereby swear under penalty of perjury under the laws of the United States of America that the following assertions are true and correct to the best of my knowledge and belief:

1. I make this affidavit in support of Defendant and Counter-claimant Rich Bergeron's Amended Rule 11 and 9011 Motion.
2. I am over the age of 18, am mentally competent, have personal knowledge of the facts in this matter, and if called upon to testify, could and would testify as set forth herein.
3. I am an investor in Xyience and had 6,919,250 shares issued to me by Xyience on or around May 24, 2004.
4. I am losing my house as well as my office, as I had re-financed both to help fund this company.
5. The financials and other reports were all good until the end.
6. In the final days before Fertitta Enterprises and their group of investors took control of the company, I was coerced into signing a release of voting rights on my shares.
7. My signing the voting rights over was presented to me as necessary in order to keep the company going, but it was actually a method for the Fertitta group to bankrupt the company without any resistance.
8. They had even shut the company down for one day to force the main shareholders to sign an agreement which led to the insolvency of this company.
9. I have been following Rich Bergeron's reports and regular emails and am confident he has the best interest of the shareholders in mind with his litigation and has always been trying to warn us of the corruption going on at Xyience.

*Dated December 21, 2008*

Michael J. Clark
4950 Vegas Drive
Las Vegas, Nevada 89103-2308

Subscribed and Sworn to Before Me

This 23rd Day of December, 2008

NOTARY PUBLIC
My Commission Expires: 04-04-2010

FLORENCE L. HOLT
NOTARY PUBLIC
STATE OF NEVADA
Date Appointment Exp: 04-04-2010
Certificate No: 06-104847-1