RECEIVED & FILED

'09 MAY -5 P12:44

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Rich Bergeron
147 OLD COUNTY ROAD
East Sandwich, MA 02537
Telephone: (617) 209-4325
Defendant as Pro Se Attorney

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>XYIENCE, INC., A Nevada Corporation<br><br>Debtor. | No. BK-S-08-10474-MKN<br>Chapter 11<br><br>Eighth Judicial District Court<br>Las Vegas, Clark County, Nevada<br>Case No. A544781, Dept. XXIII |
| XYIENCE INCORPORATED, a Nevada Corporation,<br>Plaintiff,<br><br>v.<br><br>RICHARD BERGERON, an individual<br>Defendant. | CASE NO. BK-2-08-AP-01082-MKN<br><br>**AFFIDAVIT OF MICHAEL J. CLARK IN SUPPORT OF DEFENDANT AND COUNTER CLAIMANT RICH BERGERON'S AMENDED RULE 11 AND 9011 MOTION**<br><br>Hearing Date: ____________, 2009<br>Hearing Time : 9:30 AM<br><br>Location: 300 Las Vegas Blvd. South<br>Courtroom #2<br>Las Vegas, NV 89101 |
| RICHARD BERGERON, an Individual,<br><br>Counterclaimant,<br><br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada Corporation,<br><br>Counterdefendants. | |

**AFFIDAVIT OF CLEVELAND C. CORDER IN SUPPORT OF DEFENDANT AND COUNTER CLAIMANT RICH BERGERON'S AMENDED RULE 11 AND 9011 MOTION**

I, Cleveland C. Corder, do hereby swear under penalty of perjury under the laws of the United States of America that the following assertions are true and correct to the best of my knowledge and belief:

1. I make this affidavit in support of Defendant and Counter-claimant Rich Bergeron's Amended Rule 11 and 9011 Motion.
2. I am over the age of 18, am mentally competent, have personal knowledge of the facts in this matter, and if called upon to testify, could and would testify as set forth herein.
3. I am an investor in Xyience and had 60,000 shares issued to me by Xyience on or around November 16, 2006.
4. I was always told the company's placement with the UFC (Ultimate Fighting Championship) was the key to its success.
5. I was approached in June of 2006 by a representative of Xyience, Joseph Hopkins, about investing in a "hot new product" called Xyience.
6. I was a professional boxer in Idaho when a Roy Jones match came to the Treasure Valley. I was approached to be on the card, but instead I chose to help promote it. One of the promoters of the card was from Las Vegas. His name was Joseph Hopkins. He told me about Xyience and how they were sponsoring the card.
7. I asked more about the company and did some research, including asking some friends in the supplement business about the products Xyience sold.
8. Joe told me about the connection to the UFC and how they were going to buy in and the stock would eventually triple. I checked with others involved in the company who confirmed that the Fertittas were planning to invest in the brand and were thinking of actually buying the company. I consistently heard from company representatives and officials that the UFC was going to make the company huge. I invested because of the UFC, I had belief in the UFC connection, and I am now struggling because the UFC owners destroyed all shareholder value.
9. After three months I decided to purchase the 60,000 shares, because Hopkins told me my investment would double in twelve months and ultimately triple. Hopkins said the

increase in value was due to the fact that the Fertitta Family was buying into the company, which he said would raise the value significantly.

10. I was told by Xyience employees that UFC would have the company public within 2 years and I would triple my investment. My phone calls to him were never returned, and he left no forwarding numbers in his voicemail instructions.
11. When the Web-site where I was following what Rich Bergeron was doing closed, I was really freaking out.
12. I did not hear anything for about a year from Joseph Hopkins. He did not return my calls and left no forwarding information on his voicemail messages.
13. To my surprise, I later received an email stating that Xyience was filing bankruptcy and that my shares were now worth nothing.
14. After talking with fellow shareholder Ron Solomon, I joined a lawsuit with many other shareholders, and the attorneys advised us to keep sending money and pursuing the case, but I can't afford that.
15. As a shareholder I feel that I should have been notified of the company's financial status prior to it filing bankruptcy.
16. My investment of $150,000 was my life savings, and as a professional boxer the money comes at a high price personally.
17. I would be perfectly happy just getting my old investment back and am not interested in dealing with the company any further as far as gaining any post-bankruptcy interest in the brand.
18. By making this investment I had planned on creating a stable financial future for my family, ensuring my children would have sizable college funds and making sure there is money for retirement.
19. Now I struggle just to make my mortgage payments, car payments, health insurance, and other necessities.
20. The loss of this stock and denial of any opportunity in the new company caused by this fraudulent bankruptcy left me with great distress and impacted my family in an extremely negative manner.
21. I once was excited that the Fertitta family was taking over Xyience due to their business

savvy, but now I think their business savvy has cost me, and it cost my children their college education.

22. I was not informed and did not approve of the bankruptcy being filed and was under the impression that the UFC ownership's interest in the company was supposed to prevent bankruptcy rather than promote it.
23. I still don't understand how I can invest $150,000.00 and never be notified that Xyience was filing bankruptcy until it was already in progress, especially knowing I never moved or changed my phone number or email address.
24. I was never even notified by Xyience that they were falling on hard times. I just found out from the other stock holders and the Web sites Rich Bergeron created to warn all of us.
25. The only hope for me to see justice is to trust in this Court and Rich Bergeron's work to expose this injustice and gain some kind of valuable and meaningful relief for all of us.
26. I know this is in layman's terms, but thank you for your time and consideration in this matter that deeply affects me and my family.

Dated this 13 day of April, 2009.

JOSHUA POSTON NOTARY PUBLIC STATE OF IDAHO

Cleveland C Corder
2248 E. Vanoker
Meridian I.D. 83646
(208) 860-2559

Subscribed and Sworn to Before Me
This ~~day of~~ April, 2009

NOTARY PUBLIC
My Commission Expires: 11/10/14

INCORPORATED UNDER THE LAWS OF THE
STATE OF NEVADA



NUMBER 296

SHARES 60,000

# XYIENCE INCORPORATED

This Corporation is authorized to issue 50,000,000 Common Shares at $0.001 Par Value

THIS CERTIFIES THAT Cleveland Corder *is the owner of* ****Sixty Thousand **** *fully paid and nonassessable shares of the above Corporation transferable only on the books of the Corporation by the holder hereof in person or by duly authorized Attorney upon surrender of this Certificate properly endorsed.*

**In Witness Whereof,** *the said Corporation has caused this Certificate to be signed by its duly authorized officers and its Corporate Seal to be hereunto affixed this* 16th *day of* November *A.D.* 2006

President

Secretary/Treasurer