RECEIVED & FILED

'09 MAY -5 P12 :43

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Rich Bergeron
147 OLD COUNTY ROAD
East Sandwich, MA 02537
Telephone: (617) 209-4325
Defendant as Pro Se Attorney

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>XYIENCE, INC., A Nevada Corporation<br><br>Debtor. | No. BK-S-08-10474-MKN<br>Chapter 11<br><br>Eighth Judicial District Court<br>Las Vegas, Clark County, Nevada<br>Case No. A544781, Dept. XXIII |
| XYIENCE INCORPORATED, a Nevada Corporation,<br>Plaintiff,<br><br>v.<br><br>RICHARD BERGERON, an individual<br>Defendant. | CASE NO. BK-2-08-AP-01082-MKN<br><br>**AFFIDAVIT OF MOSES JOSEPH BOJRAB IN SUPPORT OF DEFENDANT AND COUNTER CLAIMANT RICH BERGERON'S AMENDED RULE 11 AND 9011 MOTION**<br><br>Hearing Date: ___________, 2009<br>Hearing Time : 9:30 AM<br><br>Location: 300 Las Vegas Blvd. South<br>Courtroom #2<br>Las Vegas, NV 89101 |
| RICHARD BERGERON, an Individual,<br><br>Counterclaimant,<br><br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada Corporation,<br><br>Counterdefendants. | |

**AFFIDAVIT OF MOSES JOSEPH BOJRAB IN SUPPORT OF DEFENDANT AND COUNTER CLAIMANT RICH BERGERON'S AMENDED RULE 11 AND 9011 MOTION**

I, Moses Joseph Bojrab, do hereby swear under penalty of perjury under the laws of the United States of America that the following assertions are true and correct to the best of my knowledge and belief:

1. I make this affidavit in support of Defendant and Counter-claimant Rich Bergeron's Amended Rule 11 and 9011 Motion.
2. I am over the age of 18, am mentally competent, have personal knowledge of the facts in this matter, and if called upon to testify, could and would testify as set forth herein.
3. I am an investor in Xyience and had 50,000 shares issued to me by Russell Pike on or around May 31, 2005.
4. I was always told the company's placement with the UFC (Ultimate Fighting Championship) was the key to its success.
5. I bought this stock as an investment in my Defined Benefits retirement plan when I was 65 years old, since I was told it was a great value.
6. I am now 68 years old and find out that I have been defrauded of my money. This hurts tremendously.
7. I was not informed and did not approve of the bankruptcy being filed and was under the impression that the UFC ownership's interest in the company was supposed to prevent bankruptcy rather than promote it.
8. All indications I received from company officials and other shareholders told me that the stock would appreciate as long as the UFC was involved with the company, but I have since discovered by reading Rich Bergeron's material and following this case that the UFC ownership actually destroyed this company.
9. I was never notified by Xyience that they were having any difficulties. I just found out from the Web sites Rich Bergeron created about the corruption at the company.
10. Bergeron's work to expose this fraud looks to be the only hope any of us shareholders have, and if his activities had not been stopped by Xyience, I am confident I would have

acted to remedy this situation before being defrauded out of my investment.

11. I have attached my stock certificate and all pertinent paperwork I received from Xyience.

*Dated December* 18 *, 2008*

Moses Joseph Bojrab

Moses Joseph Bojrab, AFFIANT
6995 Alamitos circle, Las Vegas, NV 89120

IRENE QUEEN
Notary Public State of Nevada
No. 96-[illegible]
My appt. exp. Jan. 30, 2011

**Subscribed and Sworn to Before Me**

**This** 18 **Day of December, 2008**

Irene Queen

STATE OF NEVADA
COUNTY of CLARK

**NOTARY PUBLIC**
**My Commission Expires:**

INCORPORATED UNDER THE LAWS OF THE
STATE OF NEVADA

NUMBER 20 | SHARES 50,000

# XYIENCE INCORPORATED

This Corporation is authorized to issue 50,000,000 Common Shares at $0.001 Par Value

THIS CERTIFIES THAT *M. JOSEPH BOJRAB LIMITED PENSION TRUST* *is the owner of*
******************FIFTY THOUSAND****************** *fully paid and nonassessable shares of the above Corporation transferable only on the books of the Corporation by the holder hereof in person or by duly authorized Attorney upon surrender of this Certificate properly endorsed.*

In Witness Whereof, *the said Corporation has caused this Certificate to be signed by its duly authorized officers and its Corporate Seal to be hereunto affixed this* 31st *day of* May *A.D.* 2005

President **Russell Pike**

Secretary/Treasurer **Carol Brown**

**XYIENCE INCORPORATED**
**Indication of Interest**

Dear Shareholder:

Xyience Incorporated, a Nevada corporation (the "**Company**"), is providing this Indication of Interest to you in order to assist the Company in gauging the level of interest, among its existing shareholder base, for participating in a new round of equity financing. **If you are interested in potentially participating in such financing, please complete and sign this Indication of Interest and return it to the Company, at the address set forth below, as soon as possible:**

Xyience Incorporated
10650 West Charleston Boulevard
Suite 110
Las Vegas, Nevada 89135
Fax: 702-430-5495

If you are not interested in potentially participating in such financing, you do not need to complete this Indication of Interest.

Please note that this Indication of Interest is not an offer or commitment to sell or purchase securities, and does not require the Company to make such an offer or commitment to you. Rather, it is merely a tool for the Company to determine how receptive its current shareholders would be if the Company ultimately determines to pursue such a financing. If such an offering ultimately is pursued and you meet the qualification requirements determined by the Company, you will be provided with additional documentation that will set forth the terms and conditions of the proposed offering.

In addition, please be advised that, due to certain concerns under applicable federal and state securities laws, if the Company does, indeed, choose to pursue an equity offering to its current shareholders, that opportunity will only be offered to shareholders that are "accredited investors," as that term is defined under such laws.

All information furnished in response to this Indication of Interest will remain confidential, except that the Company may present such information to such parties as it deems appropriate to establish that one or more transactions involving the Company comply with the Securities Act of 1933, as amended, and state securities or "blue sky" laws.

## I. INVESTOR INFORMATION

Please provide the information requested below.

### A. Contact Information

Name: ____________________

Business Address: ____________________
Street City Zip+4

Residential Address: ____________________
Street City Zip+4

Telephones: ( ) ________ ( ) ________ ( ) ________
Home Business Fax

Email Address: ________@________.

All communications should be sent to:

☐ Residential Address ☐ Business Address

### B. Type of Investor or Proposed Form of Ownership *(Please check appropriate box)*

☐ Individual ☐ Trust

☐ Limited Liability Company ☐ Partnership

☐ Corporation ☐ Other : ____________
(specify)

## II. INVESTOR ACCREDITATION

Please indicate whether you are an "accredited investor" as defined in Regulation D promulgated by the Securities and Exchange Commission pursuant to the Securities Act of 1933, as amended (the "**Securities Act**") by checking one of the boxes below. If you **are not** an accredited investor, please **do not** check any of the boxes.

☐ **Individual with over $1.0 million net worth.** A natural person (not an entity) whose individual net worth, or joint net worth with his or her spouse, exceeds $1.0 million.

- ☐ **Individual with over $200,000 individual annual income.** A natural person (not an entity) who had an individual income in excess of $200,000 in each of the preceding two years and has a reasonable expectation of reaching the same income level in the current year.

- ☐ **Individual with over $300,000 joint annual income.** A natural person (not an entity) who had joint income with his or her spouse in excess of $300,000 in each of the preceding two years and has a reasonable expectation of reaching the same income level in the current year.

- ☐ **Individual who is an executive officer or director of the Company.** A natural person (not an entity) who is a current executive officer or director of the Company.

- ☐ **Entity with total assets in excess of $5 million or whose owners are otherwise accredited.** Any organization, corporation, business, or partnership (not a natural person) (1) with total assets in excess of $5 million, or (2) all of whose owners can satisfy at least one of the other items set forth in this Section II, and that was not formed for the specific purpose of acquiring securities of the Company.

- ☐ **Trust with total assets in excess of $5 million.** A trust with total assets in excess of $5 million that was not formed for the specific purpose of acquiring securities of the Company, and that is directed by a person who has such knowledge and experience in financial and business matters that he or she is capable of evaluating the merits and risks of the investment in the Company.

## XYIENCE INCORPORATED
## Level of Interest; Signature

### I. PROPOSED INVESTMENT

Please indicate the minimum and maximum amount you would be interested in investing in the Company:

Minimum: $______________

Maximum: $______________

### II. SIGNATURE

By signing below, you represent and warrant that the information provided herein is true and correct in all material respects.

**INDIVIDUAL INVESTOR:**

Name of Investor: ______________
Signature: ______________
Date: ______________

**ENTITY INVESTOR:**

Name of Entity: ______________
Name of Signatory: ______________
Title of Signatory: ______________
Signature: ______________
Date: ______________

XYIENCE

August 7, 2007

Dear Xyience Incorporated Shareholder:

Many thanks to all of you who attended the first annual Xyience Shareholder Conference, which took place on July 11th and 12th in Las Vegas. The attendance and feedback at the conference was overwhelmingly positive, and we appreciate your continued support. The conference, in our view, was certainly a special one, as it was an opportunity for us to meet many of the shareholders for the first time and to have an open forum discussion about the company in smaller group sessions in order to address your questions and concerns.

The shareholder conference had three main themes. The first, of course, was to introduce and provide background on the current management team and the company's strategic goals. The second was to communicate and implement management's goal of providing effective and consistent communications to you regarding your investment. The third was to have a very candid discussion on the strengths and challenges of the various aspects of the Company's business, including its financial condition, liquidity, capital structure, sales and marketing, and operations.

Although the company competes in a highly competitive field of over 500 energy drinks, we believe we have something unique and special that positions us to be one of the leading brands in the market, primarily due to our affiliation with the UFC, our superior products, distribution network, and support of leading retailers around the country. As many of you know, launching a consumer product is an expensive proposition, especially when competing with well-capitalized competitors like Red Bull, Monster, and Rock Star, just to name a few. And although we have made great progress in reducing expenses over the past couple of months, the company urgently needs to raise more capital to continue building out its sales and marketing infrastructure and to resolve several large historical payables and other liabilities.

As discussed at the conference, the company continues to aggressively pursue various private and institutional funding options to move the business forward. However, like most start-up companies and their associated risk factors, our options are not as plentiful as more mature, stable companies. We are cautiously optimistic about a couple of potential opportunities and are especially excited about one in particular, as we believe

10650 West Charleston Blvd., Suite 110, Las Vegas, NV 89135
Phone: 702-430-5400 Fax: 702-430-3310
www.xyience.com

this financier will bring not only financial, but numerous strategic benefits that we believe are good for the company and all its shareholders. Of course, we cannot guaranty that we will be able to close this or any other financing.

Additionally, we have received significant preliminary indications from existing shareholders who are interested in making a further equity investment in the company. To that end, we have enclosed with this letter an Indication of Interest form to allow us to better gauge the level of interest, among our existing shareholder base, for participating in a new round of equity financing. We currently expect that the price per share in such round of equity financing will be between $2.50 a $3.50. Please note that the Indication of Interest form is not an offer or commitment to sell or purchase securities, and does not obligate the company to make such an offer or commitment. Rather, it is merely a tool for the company to determine how receptive its current shareholders would be if the company ultimately determines to pursue such a financing.

If you are interested in making an additional equity investment in the company, please complete this form and send it back to us as soon as possible. Please note, however, that given certain concerns under applicable state and federal securities laws, if offered, this opportunity will be provided only to shareholders who are "accredited investors," as that term is defined in those securities laws.

Once again many thanks for your participation, feedback, and support. For those of you who were unable to attend, we hope to see you at next year's conference.

Regards,

The Xyience Management Team

10650 West Charleston Blvd., Suite 110, Las Vegas, NV 89135
Phone: 702-430-5400 Fax: 702-430-3310
www.xyience.com

XYIENCE

February 20, 2007

Joseph M. Bojrab Limited
Attn: Joseph Bojrab
6995 Alamitos Circle
Las Vegas, NV 89120

Dear Mr. Bojrab:

Our auditors, AJ. Robbins, P.C. are conducting an audit of our financial statements for the year ended December 31, 2006. Please confirm to them the following information regarding our common stock held by you:

Original number of shares owned: ____________________

Date purchased or acquired: ____________________

Number of shares owned as of December 31, 2006: ____________________

Briefly describe in detail the reasoning for the difference (if any) between the original shares owned and shares owned as of December 31, 2006 (i.e. sold or transferred to private party, Company bought shares back): ____________________

____________________

____________________

Consideration Given (i.e. cash, services, note, conversion of convertible note): ________

____________________

Balance paid in full for the purchase of shares (i.e. cash paid, note issued, balance of convertible note, value of services): $____________________

Amount due to/(from) the Company: $____________________

Additional consideration received (i.e. options/warrants) ____________________

Additional terms not discussed above (i.e. put option, buyback provisions) please include all details of these additional terms (price, dates, etc.) : ____________________

____________________

XYIENCE

Please provide any additional information that may be helpful to our auditors related to any of the above requested information: ______________________

______________________

______________________

After signing and dating your reply, please fax and mail it directly to our auditors, AJ. Robbins, P.C., (303) 321-1288, 216 Sixteenth Street Suite 600, Denver, CO 80202 in the enclosed envelope.

Very truly yours,

Jeff Dash
Chief Financial Officer

To: AJ. Robbins, P.C.

I have provided the correct information above as of December 31, 2006.

Signature: ______________________

Print Name: ______________________

Date: ______________________

XYIENCE
*xtreme science for your active lifestyle*

**10650 W. Charleston Blvd**
**Suite #110**
**Las Vegas, NV 89135**
**702-430-5400 702-430-3310 fax**

Dear Xyience Investors,

It is that time of year again where we need to verify everyones information and make the necessary changes to update our Stockholder files.

Please fill in the required information and return this form to my attention at the address above.

**INVESTOR INFORMATION** **Please print all information**

Name: ______________________________

Name on Stock Certificate: ______________________________

Address: ______________________________

______________________________
please include all: street, apt/unit #, city, state, zip, country

Phone #: ____________________ Fax #: ____________________

Email address: ______________________________ **(Required)**

Sincerely,

Carol T. Brown
Director of Administration
Xyience Incorporated
10650 W Charleston Blvd
Suite #110
Las Vegas, NV 89135
702-430-5400 office
702-430-3310 fax
cbrown@xyience.com