RECEIVED & FILED

'09 MAY -5 P12:43

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Rich Bergeron
147 OLD COUNTY ROAD
East Sandwich, MA 02537
Telephone: (617) 209-4325
Defendant as Pro Se Attorney

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>XYIENCE, INC., A Nevada Corporation<br><br>Debtor. | No. BK-S-08-10474-MKN<br>Chapter 11<br><br>Eighth Judicial District Court<br>Las Vegas, Clark County, Nevada<br>Case No. A544781, Dept. XXIII |
| XYIENCE INCORPORATED, a Nevada Corporation,<br>Plaintiff,<br><br>v.<br><br>RICHARD BERGERON, an individual<br>Defendant. | CASE NO. BK-2-08-AP-01082-MKN<br><br>**AFFIDAVIT OF PATRICK DOUGLAS PATTERSON IN SUPPORT OF DEFENDANT AND COUNTER CLAIMANT RICH BERGERON'S AMENDED RULE 11 AND 9011 MOTION**<br><br>Hearing Date: ____________, 2009<br>Hearing Time : 9:30 AM<br><br>Location: 300 Las Vegas Blvd. South<br>Courtroom #2<br>Las Vegas, NV 89101 |
| RICHARD BERGERON, an Individual,<br><br>Counterclaimant,<br><br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada Corporation,<br><br>Counterdefendants. | |

**AFFIDAVIT OF PATRICK DOUGLAS PATTERSON IN SUPPORT OF DEFENDANT AND COUNTER CLAIMANT RICH BERGERON'S AMENDED RULE 11 AND 9011 MOTION**

I, Patrick Douglas Patterson, do hereby swear under penalty of perjury under the laws of the United States of America that the following assertions are true and correct to the best of my knowledge and belief:

1. I make this affidavit in support of Defendant and Counter-claimant Rich Bergeron's Amended Rule 11 and 9011 Motion.
2. I am over the age of 18, am mentally competent, have personal knowledge of the facts in this matter, and if called upon to testify, could and would testify as set forth herein.
3. I am an investor in Xyience and had 30,000 shares issued to me by Russell Pike on or around August of 2005.
4. I received my shares at the Xyience headquarters in Las Vegas.
5. At the time of purchase I was given a sales pitch and a 2-3 year plan.
6. The plan, I was told, involved selling off two (Vitamin Supplements, Clothing) of the three Xyience subdivisions and repaying the investors.
7. At that point Xyience would focus on energy drinks, I was told.
8. The design, I was told, was always to build the company up and sell it off to pay dividends to all the stock holders.
9. At that point I decided to stall on my first home purchase and invest in Xyience with the understanding that I would get my initial investment back in 24 months.
10. I received all types of emails from what seemed to be a revolving door of management stating the company was on the up and up, along with attachments containing new contracts with the UFC and vendors.
11. The financial loss has hurt me extremely this year when I was expecting to get my investment back and purchase a home for my family.
12. I had to borrow money from family and friends for the initial investment and now must also pay them back on top of the loss.
13. My family has been in extreme distress since learning about the activities of certain individuals and entities managing Xyience, which has left us with seemingly nothing and lined the pockets of the already extremely wealthy (The Fertittas).
14. Rich Bergeron has my full support in bringing reparations to the people who made Xyience possible from the beginning.

*Dated December 18th, 2008*

Patrick Douglas Patterson
73 Daisy Springs Ct
Las Vegas NV. 89148

YOUR NAME HERE, AFFIANT
YOUR Address

Subscribed and Sworn to Before Me

This 20 Day of December, 2008

NOTARY PUBLIC
My Commission Expires:

CHERYL R. STREATER
Notary Public, State of Nevada
Appointment No. 06-105939-1
My Appt. Expires May 29, 2010

INCORPORATED UNDER THE LAWS OF THE
STATE OF NEVADA



NUMBER 76

SHARES 30,000

# XYIENCE INCORPORATED

This Corporation is authorized to issue 50,000,000 Common Shares at $0.001 Par Value

THIS CERTIFIES THAT **Patrick Patterson** *is the owner of*
******** ******** Thirty Thousand ******** *fully paid and nonassessable*
*shares of the above Corporation transferable only on the books of the Corporation by the holder hereof in person or by duly authorized Attorney upon surrender of this Certificate properly endorsed.*

**In Witness Whereof,** *the said Corporation has caused this Certificate to be signed by its duly authorized officers and its Corporate Seal to be hereunto affixed this* 28th *day of* November *A.D.* 2005

President

Secretary/Treasurer