RECEIVED & FILED

'09 MAY -5 P12 :43

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Rich Bergeron
147 OLD COUNTY ROAD
East Sandwich, MA 02537
Telephone: (617) 209-4325
Defendant as Pro Se Attorney

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>XYIENCE, INC., A Nevada Corporation<br><br>Debtor. | No. BK-S-08-10474-MKN<br>Chapter 11<br><br>Eighth Judicial District Court<br>Las Vegas, Clark County, Nevada<br>Case No. A544781, Dept. XXIII |
| XYIENCE INCORPORATED, a Nevada Corporation,<br>Plaintiff,<br><br>v.<br><br>RICHARD BERGERON, an individual<br>Defendant. | CASE NO. BK-2-08-AP-01082-MKN<br><br>**DEFENDANT AND COUNTERCLAIMANT'S CERTIFICATE OF SERVICE**<br>Hearing Date:<br><br>Time: 9:30 AM |
| RICHARD BERGERON, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada corporation,<br><br>Counterdefendants. | Location: 300 Las Vegas Blvd. South<br>Courtroom #2<br>Las Vegas, NV 89101 |

## CERTIFICATE OF SERVICE

1. On May 5, 2009 I served the following documents:

AFFIDAVIT OF LINDA LESKER IN SUPPORT OF DEFENDANT AND COUNTER CLAIMANT RICH BERGERON'S AMENDED RULE 11 AND 9011 MOTION

AFFIDAVIT OF CLEVELAND C. CORDER IN SUPPORT OF DEFENDANT AND COUNTER CLAIMANT RICH BERGERON'S AMENDED RULE 11 AND 9011 MOTION

AFFIDAVIT OF PATRICK DOUGLAS PATTERSON IN SUPPORT OF DEFENDANT AND COUNTER CLAIMANT RICH BERGERON'S AMENDED RULE 11 AND 9011 MOTION

AFFIDAVIT OF MOSES JOSEPH BOJRAB IN SUPPORT OF DEFENDANT AND COUNTER CLAIMANT RICH BERGERON'S AMENDED RULE 11 AND 9011 MOTION

AFFIDAVIT OF MICHAEL J. CLARK IN SUPPORT OF DEFENDANT AND COUNTER CLAIMANT RICH BERGERON'S AMENDED RULE 11 AND 9011 MOTION

2. I served the above-named document(s) by the following means to the persons as listed below:

[x] a. **By U.S. mail:**

Fertitta Enterprises Bill Bullard, and ZYEN, LLC at 2960 W SAHARA AVE., Las Vegas, NV 89102

Jamie Cogburn's principal place of business at 170 S. Green Valley Pkwy., Suite 280, Henderson, NV 89012.

Attorney Pamela Lawson and Hunterton & Associates at 333 South Sixth Street, Las Vegas, NV 89101

Frank Fertitta, Jr.'s principal place of residence at 20 Vintage Court, Las Vegas, Nevada, 89113.

Frank Fertitta III's place of residence at 9400 Kings Gate Ct., Las Vegas, NV 89145.

Lorenzo Fertitta's place of residence at 8913 Greensboro Lane, Las Vegas, NV 89134.

Station Casinos' Principal Place of Business at 1505 SOUTH PAVILION CENTER DRIVE, LAS VEGAS, NV 89135.

Zuffa Marketing, LLC's principal place of business at 2960 W. Sahara Avenue, Suite 100, Las Vegas, NV 89102.

Zuffa, LLC's principal place of business at 2960 W Sahara, Suite 200, Las Vegas, NV 89102.

Kirk Sanford's place of residence at 7199 Ranchito Cir., Las Vegas, NV 89120-3039.

Karim Maskatiya's principal place of business at 643 River Oaks Pkwy., San Jose, CA 95134-1907.

Omer Sattar's place of residence at 660 Tam O' Shanter, Las Vegas, NV 89109-0102

Adam Frank's place of residence at 1 Hughes Center Drive #505, Las Vegas, NV 89169

[x] b. **By direct email (as opposed to through the ECF system)** (list persons and email addresses):
Laurel E. Davis (NV Bar No. 3005) ldavis@fclaw.com
Jon T. Pearson (NV Bar No. 10182) jpearson@fclaw.com
GREGORY E GARMAN: bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com
U.S. TRUSTEE - LV – 11: USTPRegion17.lv.ecf@usdoj.gov

I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**I declare under penalty of perjury that the foregoing is true and correct.**

*DATED this 5th day of May, 2009.*

IN PROPER PERSON

[signature]

Rich Bergeron
147 Old County Road
East Sandwich, MA 02537
617-209-4325
Attorney Pro-Se
Rich.Bergeron@gmail.com