GORDON SILVER
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gordonsilver.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@gordonsilver.com
, ESQ.
Nevada Bar No.
E-mail:
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Fertitta Enterprises, Inc.

E-Filed On May 28, 2009

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>XYIENCE INCORPORATED,<br>a Nevada corporation,<br><br>Debtor. | Case No.: BK-S-08-10474-MKN<br>Chapter 11 |
| XYIENCE INCORPORATED,<br>a Nevada corporation,<br><br>Plaintiff,<br>v.<br><br>RICHARD BERGERON, an individual,<br><br>Defendant. | Adversary No. 08-1082-MKN<br><br>**CERTIFICATE OF SERVICE: (1) MOTION OF COUNTERDEFENDANT, FERTITTA ENTERPRISES, INC., TO STRIKE AFFIDAVITS FILED BY DEFENDANT/COUNTERCLAIMANT, RICHARD BERGERON, AND FOR CIVIL CONTEMPT AND FILING BAR; (2) REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION OF COUNTERDEFENDANT, FERTITTA ENTERPRISES, INC., TO STRIKE AFFIDAVITS FILED BY DEFENDANT/COUNTERCLAIMANT, RICHARD BERGERON, AND FOR CIVIL CONTEMPT AND FILING BAR; AND (3) NOTICE OF HEARING**<br><br>Date: N/A<br>Time: N/A |
| RICHARD BERGERON, an individual,<br><br>Counterclaimant,<br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada corporation,<br><br>Counterdefendants. | |

1. On May 27, 2009, the foregoing documents were served by the following means to the persons as listed below:

☒ a. ECF System to: See attached ECF Confirmation Sheet

☒ b. By direct email to: Richard Bergergon: rich.bergeron@gmail.com

I declare under penalty of perjury that these facts are true to the best of my knowledge and belief.

DATED this 28th day of May, 2009.

Elizabeth Barnwell, an employee of
Gordon Silver

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555



101630-001/707170.doc

## File a Motion:

08-01082-mkn XYIENCE INCORPORATED v. BERGERON

Type: ap Office: 2 (Las Vegas) Judge: mkn

Lead Case: 2-08-bk-10474

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from MATTHEW C. ZIRZOW entered on 5/27/2009 at 3:42 PM PDT and filed on 5/27/2009

**Case Name:** XYIENCE INCORPORATED v. BERGERON
**Case Number:** 08-01082-mkn
**Document Number:** 175

**Docket Text:**
Motion to Strike *Affidavits Filed by Defendant/Counterclaimant, Richard Bergeron, and for Civil Contempt and Filing Bar* Filed by MATTHEW C. ZIRZOW on behalf of FERTITTA ENTERPRISES (ZIRZOW, MATTHEW)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\ebarnwell\Desktop\Motion to Strike Affidavits.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=5/27/2009] [FileNumber=12478535-0 ] [ca55a89cc04daa798137ef2040d3bf67300a963c0d2290bb63ee988ea6caba586eb 9d8796755af31e9abbdeab69edc007d4ffa656e7cf6494e87e206c1cf6c47]]

**08-01082-mkn Notice will be electronically mailed to:**

LAUREL E. DAVIS on behalf of Plaintiff XYIENCE INCORPORATED
ldavis@fclaw.com, mhurtado@fclaw.com

GREGORY E GARMAN on behalf of Counter-Defendant FERTITTA ENTERPRISES
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

JON PEARSON on behalf of Plaintiff XYIENCE INCORPORATED
jpearson@fclaw.com, mhurtado@fclaw.com

MATTHEW C. ZIRZOW on behalf of Counter-Defendant FERTITTA ENTERPRISES
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

**08-01082-mkn Notice will not be electronically mailed to:**

RICH BERGERON on behalf of Counter-Claimant RICH BERGERON
147 OLD COUNTY ROAD
EAST SANDWICH, MA 02537

BARTHOLOMEW DONOVAN
UNKNOWN
LAS VEGAS, NV 89101

GARY NELSON
,

## File a Notice:

08-01082-mkn XYIENCE INCORPORATED v. BERGERON

Type: ap Office: 2 (Las Vegas) Judge: mkn

Lead Case: 2-08-bk-10474

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from MATTHEW C. ZIRZOW entered on 5/27/2009 at 3:53 PM PDT and filed on 5/27/2009

**Case Name:** XYIENCE INCORPORATED v. BERGERON
**Case Number:** 08-01082-mkn
**Document Number:** 176

**Docket Text:**
Notice *Request for Judicial Notice in Support of Motion of Counterdefendant, Fertitta Enterprises, Inc., to Strike Affidavits Filed by Defendant/Counterclaimant, Richard Bergeron, and for Civil Contempt and Filing Bar* Filed by MATTHEW C. ZIRZOW on behalf of FERTITTA ENTERPRISES (Related document(s)[175] Motion to Strike filed by Counter-Defendant FERTITTA ENTERPRISES.) (Attachments: # (1) Attachment A - Exhibits 6-11# (2) Attachment B - Exhibits 12-19)(ZIRZOW, MATTHEW)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\ebarnwell\Desktop\Request for Judicial Notice in Support of Motion to Strike Affidavits.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=5/27/2009] [FileNumber=12478741-0 ] [e5d34bdadeb2d203799eb7b6208c1ff6b1326a315f370961afe4ee24daec17d1d26 8a007c8bf889c852181f43a7a1a52dc548667224d2179eab247ec8513fede]]
**Document description:** Attachment A - Exhibits 6-11
**Original filename:**C:\Documents and Settings\ebarnwell\Desktop\Attachment A.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=5/27/2009] [FileNumber=12478741-1 ] [2abc0fc461d86a32794c9b30043779801a0b5848591df9e36bacf007545844788d6 f57247c933c007ec830de96099e4a3d91d122c8df7eb7a78237bdc7ee1925]]
**Document description:** Attachment B - Exhibits 12-19
**Original filename:**C:\Documents and Settings\ebarnwell\Desktop\Attachment B.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=5/27/2009] [FileNumber=12478741-2 ] [1a99b8c8bc507f385b5c744a48c9c34ad8aef1bf815365793d71fca2b5e5306dcd5 a4c295a8babaa3e044204f3767b87cdca6812029e1bea8d58a568d7719814]]

**08-01082-mkn Notice will be electronically mailed to:**

LAUREL E. DAVIS on behalf of Plaintiff XYIENCE INCORPORATED
ldavis@fclaw.com, mhurtado@fclaw.com

GREGORY E GARMAN on behalf of Counter-Defendant FERTITTA ENTERPRISES
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

JON PEARSON on behalf of Plaintiff XYIENCE INCORPORATED
jpearson@fclaw.com, mhurtado@fclaw.com

MATTHEW C. ZIRZOW on behalf of Counter-Defendant FERTITTA ENTERPRISES
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

**08-01082-mkn Notice will not be electronically mailed to:**

RICH BERGERON on behalf of Counter-Claimant RICH BERGERON
147 OLD COUNTY ROAD
EAST SANDWICH, MA 02537

BARTHOLOMEW DONOVAN
UNKNOWN
LAS VEGAS, NV 89101

GARY NELSON
,

## File a Notice:

08-01082-mkn XYIENCE INCORPORATED v. BERGERON

Type: ap Office: 2 (Las Vegas) Judge: mkn

Lead Case: 2-08-bk-10474

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from MATTHEW C. ZIRZOW entered on 5/27/2009 at 3:57 PM PDT and filed on 5/27/2009

**Case Name:** XYIENCE INCORPORATED v. BERGERON
**Case Number:** 08-01082-mkn
**Document Number:** 177

**Docket Text:**
Notice of Hearing Hearing Date: 07/01/2009 Hearing Time: 9:30 a.m. Filed by MATTHEW C. ZIRZOW on behalf of FERTITTA ENTERPRISES (Related document(s)[175] Motion to Strike filed by Counter-Defendant FERTITTA ENTERPRISES.)(ZIRZOW, MATTHEW)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\ebarnwell\Desktop\NOH Motion to Strike Affidavits.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=5/27/2009] [FileNumber=12478850-0
] [9b109bb2474fe5112f7c57ed2008ff506fa30c698ddecc1303765634cf783d39af8
33051f25cba2c0034184e28872204391b5f004468996c0d2f6d80f5783d6a]]

**08-01082-mkn Notice will be electronically mailed to:**

LAUREL E. DAVIS on behalf of Plaintiff XYIENCE INCORPORATED
ldavis@fclaw.com, mhurtado@fclaw.com

GREGORY E GARMAN on behalf of Counter-Defendant FERTITTA ENTERPRISES
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

JON PEARSON on behalf of Plaintiff XYIENCE INCORPORATED
jpearson@fclaw.com, mhurtado@fclaw.com

MATTHEW C. ZIRZOW on behalf of Counter-Defendant FERTITTA ENTERPRISES
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

**08-01082-mkn Notice will not be electronically mailed to:**

RICH BERGERON on behalf of Counter-Claimant RICH BERGERON
147 OLD COUNTY ROAD
EAST SANDWICH, MA 02537

BARTHOLOMEW DONOVAN
UNKNOWN
LAS VEGAS, NV 89101

GARY NELSON
,

**Elizabeth Barnwell**

---

**From:** MCZ Matthew C. Zirzow

**Sent:** Wednesday, May 27, 2009 5:31 PM

**To:** 'Rich Bergeron'

**Subject:** Fertitta Enterprises/Bergeron

**Attachments:** Motion of to Strike Affidavits.pdf; Request for Judicial Notice in Support of Motion to Strike Affidavits.pdf; NOH Motion to Strike Affidavits.pdf

Mr. Bergeron: Attached please find a copy of Fertitta Enterprises' Motion to Strike, a Request for Judicial Notice in Support of the Motion, and a Notice of Hearing on the Motion. You have been served. Have a wonderful evening!