GORDON SILVER
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gordonsilver.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Fertitta Enterprises, Inc.

E-Filed On 6/29/09

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>XYIENCE, INCORPORATED,<br>a Nevada corporation,<br><br>Debtor. | Case No.: BK-S-08-10474-MKN<br>Chapter 11 |
| XYIENCE INCORPORATED,<br>a Nevada corporation,<br><br>Plaintiff,<br>v.<br><br>RICHARD BERGERON, an individual,<br><br>Defendant. | Adversary No. 08-1082-MKN |
| RICHARD BERGERON, an individual,<br><br>Counterclaimant,<br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada corporation,<br><br>Counterdefendants. | **REPLY OF COUNTERDEFENDANT, FERTITTA ENTERPRISES, INC., TO OPPOSITION TO MOTION TO STRIKE AFFIDAVITS FILED BY DEFENDANT/COUNTERCLAIMANT, RICHARD BERGERON, AND FOR CIVIL <u>CONTEMPT AND FILING BAR</u>**<br><br>Date: July 1, 2009<br>Time: 9:30 a.m. |

Counterdefendant, Fertitta Enterprises, Inc., a Nevada corporation ("Fertitta Enterprises"), by and through its counsel, the law firm of Gordon Silver, hereby submits its Reply (the "Reply") to the Opposition (the "Opposition") [Docket No. 184] filed by Defendant/Counterclaimant, Richard Bergeron ("Mr. Bergeron"), to Fertitta Enterprises' Motion to Strike Affidavits and for Civil Contempt and Filing Bar (the "Motion") [Adv. Docket No. 175].[1]

Mr. Bergeron's personal attacks against Fertitta Enterprises' attorneys in his Opposition are exceedingly inappropriate and do nothing to advance his request to supplement his Amended Sanctions Motion with additional evidence by way of the untimely Affidavits. Mr. Bergeron's Affidavits were filed long after the close of briefing on his Amended Sanctions Motion and he fails to articulate any good cause for allowing the late filings. Specifically, four of the five Affidavits were available to him for several months prior to the close of briefing on his Amended Sanctions Motion, and the remaining Affidavit contains information that was well known before the close of briefing by a party who has been active in the bankruptcy case. In addition, the Affidavits add nothing of relevance to the matter at bar—the Amended Sanctions Motion—as the Affidavits are all by Xyience shareholders describing how their stock has been rendered worthless as a result of the bankruptcy filing. As has been stated repeatedly throughout this litigation, Mr. Bergeron lacks standing to raise the claims of shareholders as a matter of law.

Mr. Bergeron cannot hide behind assertions that he is not an attorney or "excusable neglect" for his late filing of the Affidavits as even a first grader understands simple deadlines. Instead, properly viewed, these new Affidavits are a perpetuation of Mr. Bergeron's harassing, vexatious, and frivolous litigation campaign against Fertitta Enterprises, and illustrate the need for imposing a filing bar against him to prevent such improper conduct in the future. Mr. Bergeron has been provided with numerous warnings and an opportunity for many months now to avoid the consequences of his frivolous filings by withdrawing them, yet he has failed or refused to do so.

[1] Unless otherwise indicated, all capitalized terms shall have the same meaning as set forth in the Motion.

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

Second, with respect to the Eppley Action, which again is offered as evidence that Mr. Bergeron is currently engaging in a similar style of "guerilla" litigation in another forum, the federal judge in that matter has set July 1, 2009 at 2:30 p.m. (EDT) (*e.g.*, one hour after the hearing on this Motion) as the date and time for a show cause hearing why the Defendant in that action, Ms. Iacovelli, should not be held in contempt and sanctioned for disregard of that Court's orders. A copy of the docket in the Eppley Action from May 26, 2009 (*e.g.*, the date the docket sheet attached to Fertitta Enterprises' RJN as Exhibit "1" ended), through the date of the filing of this Reply), is attached hereto as Exhibit "A." Orders entered in the Eppley Action setting the show cause hearing and a hearing on all pending matters are attached hereto as Exhibit "B" and Exhibit "C," which are docket numbers 79 and 85, respectively, in that matter.

Although Mr. Bergeron is not the Plaintiff in the Eppley Action, he has played an integral role in that litigation and is subject to a preliminary injunction order and an order prohibiting him from engaging in the unauthorized practice of law on behalf of Ms. Iacovelli in that matter. Mr. Bergeron's claimed limited involvement in the Eppley Action is belied by numerous documents filed in that case, including not only that Court's orders, but also numerous declarations of Dr. Eppley's counsel. Copies of relevant portions of five (5) affidavits of Dr. Eppley's counsel filed in the Eppley Action are attached hereto as Exhibit "D," Exhibit "E," Exhibit "F," Exhibit "G," and Exhibit "H," which are docket numbers 16, 31, 45, 52, and 77, respectively, in that matter. In short, Mr. Bergeron's continually harassing filings are part of a pattern of abuse by him in several jurisdictions in an attempt to extort financial settlements from litigants, and must be stopped.

DATED this 29th day of June, 2009.

GORDON SILVER

By: [signature]

GREGORY E. GARMAN, ESQ.
MATTHEW C. ZIRZOW, ESQ.
Attorneys for Fertitta Enterprises, Inc.

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

# EXHIBIT "A"

MANDATE, PROSE

**U.S. District Court**
**Southern District of Indiana (Indianapolis)**
**CIVIL DOCKET FOR CASE #: 1:09-cv-00386-SEB-JMS**

EPPLEY, MD, DMD v. IACOVELLI
Assigned to: Judge Sarah Evans Barker
Referred to: Judge Jane Magnus-Stinson
Case in other court: 7th Circuit, 09-02239
Cause: 28:1332 Diversity-Libel,Assault,Slander

Date Filed: 03/30/2009
Jury Demand: None
Nature of Suit: 320 Assault Libel & Slander
Jurisdiction: Diversity

**Plaintiff**

**DR. BARRY EPPLEY, MD, DMD** represented by

**Gary P. Price**
LEWIS & KAPPES
One American Square
Suite 2500
Indianapolis , IN 46282
(317)639-1210
Fax: (317)639-4882
Email: gprice@lewis-kappes.com
*ATTORNEY TO BE NOTICED*

**Joseph Peter Rompala**
LEWIS & KAPPES
One American Square
Suite 2500
Indianapolis , IN 46282
(317) 285-8035
Email: jrompala@lewis-kappes.com
*ATTORNEY TO BE NOTICED*

**Todd Arthur Richardson**
LEWIS & KAPPES
One American Square
Suite 2500
Indianapolis , IN 46282
(317)639-1210
Fax: (317)639-4882
Email: trichardson@lewis-kappes.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**LUCILLE IACOVELLI** represented by **LUCILLE IACOVELLI**
3 Deer Hollow Road
Forestdale, MA 02644
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 05/26/2009 | 75 | RESPONSE in Opposition re 72 MOTION for Sanctions, filed by Plaintiff DR. BARRY EPPLEY, MD, DMD. (Richardson, Todd) (Entered: 05/26/2009) |
| 05/26/2009 | 76 | REPLY in Support of Motion re 18 MOTION *For Order to Show Cause Why Defendant And Those in Active Concert and Participation With Her Should Not Be Held In Contempt*, 51 Supplemental MOTION *for Order to Show Cause*, filed by Plaintiff DR. BARRY EPPLEY, MD, DMD. (Richardson, Todd) (Entered: 05/26/2009) |
| 05/26/2009 | 77 | AFFIDAVIT re 76 Reply in Support of Motion by DR. BARRY EPPLEY, MD, DMD. (Attachments: # 1 Exhibit A - J. Rompala Email of 4-28-09, # 2 Exhibit B - J. Rompala Email of 4-28-09, # 3 Exhibit C - Email received 4-29-09 from R. Bergeron, # 4 Exhibit D - Email of 4-29-09 from R. Bergeron, # 5 Exhibit E - Email of 4-29-09 from R. Bergeron, # 6 Exhibit F - Email of 4-29-09 from Frank, # 7 Exhibit G - Email of 5-3-09 from R. Bergeron, # 8 Exhibit H - Email of 5-14-09 from R. Bergeron, # 9 Exhibit I - Printout of Home Page, # 10 Exhibit J - Printout of 5-18-09)(Richardson, Todd) (Entered: 05/26/2009) |
| 05/26/2009 | 78 | AFFIDAVIT re 76 Reply in Support of Motion by DR. BARRY EPPLEY, MD, DMD. (Attachments: # 1 Exhibit A - Search for barryeppleyplasticsurgeon.com, # 2 Exhibit B - Search for eppleyplasticsurgerysucks., # 3 Exhibit C - Search for lewis-kappessucks.com, # 4 Exhibit D - Search for losingface.org, # 5 Exhibit D - Search for side-effects.eu, # 6 Exhibit F - Search for judgegod.com)(Richardson, Todd) (Entered: 05/26/2009) |
| 05/27/2009 | 79 | SCHEDULING ORDER: Show Cause Hearing set for 7/1/2009 02:00 PM in room #216 before Judge Sarah Evans Barker. Defendant shall be prepared to show cause why she should not be held in contempt and sanctioned for disregard of the Courts orders. The Court has allocated ninety (90) minutes for the hearing. The parties and any intended witnesses shall appear in person cm. Signed by Judge Sarah Evans Barker on 5/27/2009.(MAC) (Entered: 05/27/2009) |
| 05/28/2009 | 80 | ENTRY - The defendant shall have through the close of business on June 4, 2009, in which to supplement her designation of record on appeal by both submitting the proposed additional materials and explaining why, in relation to the standards established in Rule 10(e) of the Federal Rules of Appellate Procedure the inclusion of such additional materials could be found proper. Signed by Judge Sarah Evans Barker on 5/28/2009. (TMA) (Entered: 05/28/2009) |
| 06/04/2009 | 81 | MOTION for Sanctions *for Defendant's Refusal to Respond to Discovery Requests*, filed by Plaintiff DR. BARRY EPPLEY, MD, DMD. (Attachments: # 1 Exhibit A - Discovery Request of 4-21-09, # 2 Exhibit B - Email to Ms. Iacovelli of 5-27-09)(Richardson, Todd) (Entered: 06/04/2009) |

| | | |
|---|---|---|
| 06/04/2009 | 82 | Statement *and Certification Regarding Efforts to Resolve Discovery Dispute* by DR. BARRY EPPLEY, MD, DMD. (Richardson, Todd) (Entered: 06/04/2009) |
| 06/09/2009 | 83 | SEVENTH CIRCUIT TRANSCRIPT INFORMATION SHEET by DR. BARRY EPPLEY, MD, DMD for proceedings held on 04/08/2009 before Judge Sara Evans Barker, re 58 Notice of Appeal (Rompala, Joseph) (Entered: 06/09/2009) |
| 06/09/2009 | 84 | SEVENTH CIRCUIT TRANSCRIPT INFORMATION SHEET by DR. BARRY EPPLEY, MD, DMD for proceedings held on 04/17/2009 before Judge Sara Evans Barker, re 58 Notice of Appeal (Rompala, Joseph) (Entered: 06/09/2009) |
| 06/17/2009 | 85 | SCHEDULING ORDER: Motion Hearing set for 7/1/2009 02:00 PM in room #216 before Judge Sarah Evans Barker cm. Signed by Judge Sarah Evans Barker on 6/17/2009.(MAC) (Entered: 06/17/2009) |
| 06/17/2009 | 86 | ENTRY DIRECTING FURTHER PROCEEDINGS (See Entry). Signed by Judge Sarah Evans Barker on 6/17/09. c/m (TMA) (Entered: 06/18/2009) |
| 06/19/2009 | 87 | TRANSCRIPT of Proceedings held on April 17, 2009, before Judge Sarah Evans Barker. Court Reporter/Transcriber Kathleen Andrews, Telephone number (317) 631-0940. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Statement due 7/10/2009. Release of Transcript Restriction set for 9/17/2009. (Associated Reporting, ) (Entered: 06/19/2009) |
| 06/22/2009 | 88 | NOTICE of FILING of OFFICIAL TRANSCRIPT of Proceedings held before Judge Sarah Evans Barker on April 17, 2009. (Associated Reporting, ) (Entered: 06/22/2009) |
| 06/25/2009 | 89 | MANDATE of USCA as to 58 Notice of Appeal filed by LUCILLE IACOVELLI - This appeal, docketed on May 11, 2009, is DISMISSED for failure to timely pay the required docketing fee, pursuant to Circuit Rule 3(b). (No paper record to be returned.) (TMA) (Entered: 06/25/2009) |
| 06/26/2009 | 90 | NOTICE of FILING of OFFICIAL TRANSCRIPT of Proceedings held before Judge Sarah Evans Barker on 04/07/2009. (Howie-Walters, Laura) (Entered: 06/26/2009) |
| 06/26/2009 | 91 | TRANSCRIPT of Proceedings held on 04/07/2009, before Judge Sarah Evans Barker. Court Reporter/Transcriber Laura Howie-Walters, Telephone number (317) 632-3422. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Statement due 7/17/2009. Release of Transcript Restriction set for 9/24/2009. (Howie-Walters, Laura) (Entered: 06/26/2009) |

**Case #: 1:09-cv-00386-SEB-JMS**

| PACER Service Center |
|---|
| **Transaction Receipt** |

| 06/29/2009 13:17:58 | | | |
|---|---|---|---|
| **PACER Login:** | gs0046 | **Client Code:** | 101630-003 |
| **Description:** | Docket Report | **Search Criteria:** | 1:09-cv-00386-SEB-JMS Start date: 5/25/2009 |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |

**EXHIBIT "B"**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DR. BARRY EPPLEY, MD DMD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:09-cv-386- SEB-JMS |
| vs. | ) | |
| | ) | |
| LUCILLE IACOVELLI, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER SETTING SHOW CAUSE HEARING**

In accord with the Court's Entry and Notice dated May 1, 2009 (Docket No. 56), the Court now sets this action for a show cause hearing on Wednesday, July 1, 2009, at 2:00 p.m. in Room 216 of the United States Courthouse in Indianapolis, Indiana. Defendant shall be prepared to show cause why she should not be held in contempt and sanctioned for disregard of the Court's orders. The Court has allocated ninety (90) minutes for the hearing. The parties and any intended witnesses shall appear in person.

IT IS SO ORDERED.

Date: 05/27/2009

Sarah Evans Barker

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Gary P. Price
LEWIS & KAPPES
gprice@lewis-kappes.com

Joseph Peter Rompala
LEWIS & KAPPES
jrompala@lewis-kappes.com

Todd Arthur Richardson
LEWIS & KAPPES
trichardson@lewis-kappes.com

LUCILLE IACOVELLI
3 Deer Hollow Road
Forestdale, MA 02644

# EXHIBIT "C"

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| DR. BARRY EPPLEY, MD, DMD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 1:09-cv-386-SEB-JMS |
| | ) | |
| LUCILLE IACOVELLI, | ) | |
| | ) | |
| Defendant. | ) | |

## Entry and Notice

The parties are notified that all pending motions are set for hearing on **Wednesday, July 1, 2009, at 2:00 p.m.** in Room 216 of the United States Courthouse in Indianapolis, Indiana.

**IT IS SO ORDERED.**

Date: 06/17/2009

Sarah Evans Barker
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Gary P. Price
LEWIS & KAPPES
gprice@lewis-kappes.com

Todd Arthur Richardson
LEWIS & KAPPES
trichardson@lewis-kappes.com

Joseph Peter Rompala
LEWIS & KAPPES
jrompala@lewis-kappes.com

Lucille Iacovelli
3 Deer Hollow Road
Forestdale, MA 02644

**EXHIBIT "D"**

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

**DR. BARRY EPPLEY, MD, DMD,**

**Plaintiff,**

**v.**

**LUCILLE IACOVELLI,**

**Defendant.**

**Cause No. 1:09-cv-386-SEB-JMS**

## SECOND AFFIDAVIT OF COUNSEL

The undersigned Todd A. Richardson, being duly sworn, does hereby depose and say:

1. I am a competent adult with personal knowledge as to the matters set forth herein. I am an attorney duly licensed to practice law in the State of Indiana, the Commonwealth of Massachusetts and this Court. I am a member of the law firm Lewis & Kappes, One American Square, Suite 2500, Indianapolis, Indiana 46282, and am one of the counsel of record representing the plaintiff, Dr. Barry Eppley, in the above-captioned proceeding.

2. I submitted a previous affidavit in this cause on April 3, 2009.

3. At about 4 p.m. on Friday, April 3, 2009, I received an e-mail from rich.bergeron@gmail.com. A copy of that e-mail is attached hereto as Exhibit A.

4. At about 11:30 p.m. that same evening, I received another e-mail from rich.bergeron@gmail.com. A copy of that e-mail is attached hereto as Exhibit B.

5. On the morning of Saturday, April 4, 2009, I learned of the posting of a new website concerning this litigation, with the address www.eppleyplasticsurgerysucks.com. Copies of the pages included in that site as of Saturday, April 4, 2009, are attached hereto as Exhibit C.

6. In the afternoon of Saturday, April 4, 2009, a new posting appeared on several of Ms. Iacovelli's websites, including http://lucilleiacovelli.blogspot.com and www.losingface.net. A copy of that posting is attached hereto as Exhibit D.

7. Attached hereto as Exhibit E is a copy of an e-mail forwarded to me from Dr. Eppley on April 5, 2009.

8. Attached hereto as Exhibit F is a copy of an e-mail I received on April 5, 2009.

9. Attached hereto as Exhibit G is a copy of an e-mail forwarded by Philip S. Kappes, one of the founders of Lewis & Kappes.

I hereby affirm under the pains and penalties of perjury that the foregoing factual representations are true and correct.

[signature]
Todd A. Richardson

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2009, that the foregoing was filed electronically. Notice and service was sent to the following party via email and United States Postal Service Overnight Mail, this 6rd day of April, 2009:

Lucille M. Iacovelli
3 Deer Hollow Road
Forestdale, MA 02644-1714
luciacovelli@gmail.com

I further certify that notice of the filing of the foregoing pleading was given to the following by sending a copy of the filing to the following individual via email and United States Postal Service Overnight Mail, this 6th day of April, 2009:

Richard Bergeron
147 Old County Road
East Sandwich, MA 02537

Richard Bergeron
141 Green Street
Abington, MA 02351

Rich.Bergeron@gmail.com

s/Todd A. Richardson
Todd. A. Richardson

LEWIS & KAPPES, P.C.
One American Square, Suite 2500
Indianapolis, Indiana 46282
(317) 639-1210 (tel), (317) 639-4882 (fax)
jrompala@lewis-kappes.com

# EXHIBIT A

**Todd Richardson**

**From:** Rich Bergeron [rich.bergeron@gmail.com]
**Sent:** Friday, April 03, 2009 4:07 PM
**To:** Todd Richardson
**Subject:** Re: Lucille Iacovelli

Mr. Richardson,

I have been reading your legal material directed at Lucille and will be assisting her in filing a pro se response. I have also helped her formulate the fee waiver paperwork.

I know you are just doing your job here, and it is your client who chose to take this action against Lucille, but I assure you that in the long run this will not be a case you will be proud of if you don't start finding out the real facts and figuring out the truth behind Eppley's lies. I see plenty of areas in which a Rule 11 motion would apply here. For one, it is obvious you and your client did not do any adequate investigation into whether that supposed communication from Lucille actually came from her. Based on your letter alone Lucille was committed to a psych ward for doing nothing but exercising her rights to free speech on her blog. Someone else posted the suicide note on Eppley's site, and it's clear from your letter that the site offers any user a chance to enter any email address he or she wishes in order to send communication and commentary. This is not evidence. You had no IP address to verify, made no effort to find out if Lucille was in fact suicidal, and had no backup evidence to commit her other than that sole email that you can't prove came from her.

Also, your entire litigation paperwork talks of the suicide prevention as designed only to prevent damage to Eppley while never accounting for a more pure motivation that you could have at least feigned. It's clear by the language that this isn't about saving Lucille's life or preventing her any further harm. This is about one thing, clearing Dr. Eppley's name based on a fabricated suicide threat instead of the evidence that shows he really did butcher Lucille.

Within the next week I will be making sure Lucille is prepared and ready for the April 7 proceeding, and I am writing this to you to give you one final opportunity to drop this matter on behalf of your client.

You might be laughing right now wondering how some hot shot attorney like yourself could possibly fumble a case against an amateur like me who doesn't even have a law degree. Believe me, that's the last thing you should be thinking about at this point. If you think this is going to be an easy paycheck, think again.

Be advised that as long as this litigation continues, the truth about Eppley will be exposed more and more each day, exponentially increasing the instances of people searching for Dr. Barry Eppley and finding adverse information about how he fouled up Lucille's face. As far as the Lanham act, that is not going to fly in any courtroom. As long as Lucille is not making any financial gains off Eppley's moniker, there's no way you can pursue civil action based on any trademark issue. Also, your name is going to be tarnished by this as well for instigating a case you never adequately investigated. Want to be known as the guy who blindsided a crippled old lady with a frivolous case?

I assure you that in the long run Dr. Eppley will not be able to pay your voluminous legal fees for the years this could drag on with me making sure Lucille has everything in order legally to counterclaim against you and Eppley for abuse of process and Rule 11 sanctions. Your letter that caused Lucille to be

committed is grounds enough for you to be named as a counterclaim defendant as well as Dr. Eppley.

If you want to talk to me about this, please give me a call at 617-209-4325. I am not an unreasonable man, but when I see someone victimized like this I take it seriously. This unfolding scenario is perfectly matched to everything I have already been through legally for the past two years with Xyience. I am now winning that case as Xyience announced in writing recently that it will be dropping the matter against me as soon as a liquidation trustee is named in the bankruptcy.

If you are a smart man, you will see that fighting against a defendant and counterclaimant who is proceeding informa pauperis and can likely find a way to appear by telephone rather than have to travel to Indiana, is going to be fruitless. The bottom line is Lucille and I have nothing of financial value you can take from us and Eppley has no case whatsoever to encourage a judge to force us to give either of you what we don't have. And the longer this litigation drags on the greater chance that you will lose or Eppley will run out of money and have to settle on the counterclaims.

You see, if this case continues this gives Lucille the chance she didn't have before to legally pursue action against Eppley. She will seek millions in damages for this despicable crusade against her, and Eppley and yourself will forever regret filing this action in the first place.

But, then again you are a lawyer. You know the law. If you think you can make it stick and you really want to ruin Lucille's life at the expense of your integrity and your reputation in the public marketplace, go ahead. I'm just letting you know in advance that the choices you make on this are going to be life-changing. I do not give up on causes like this, and I am fueled by this type of litigation challenge. What Xyience never realized is that I'm a stubborn person who sticks to his guns when he is right and will never give up on promoting the truth.

To make a long story short, do whatever you have to do, but don't say I did not warn you of the consequences.

Maybe if he doesn't pay you you can get a free nose job.

Rich

# EXHIBIT B

**Todd Richardson**

---

**From:** Rich Bergeron [rich.bergeron@gmail.com]
**Sent:** Friday, April 03, 2009 11:35 PM
**To:** Todd Richardson
**Subject:** Re: Lucille Iacovelli

Mr. Richardson,

You are an extremely cowardly lawyer from what I can see. I hope you are ready to put up some real evidence. I am ready to blow you right out of the water for not doing any homework whatsoever.

You are obviously not the brightest bulb to have neglected to do the most simple check of all to verify whether or not that "email" posting came from Lucille.

Do a Google search for "Lucillebella" and you will find out the truth behind who set this all up to hurt Lucille and reward Eppley.

Anyway, I don't want to give too much away.

I just want to keep you aware. Keep submitting my warnings as evidence as well. I'm glad you're getting it all on the record for posterity. It will be convenient when we counterclaim to bring up your already posted evidence. This will all be crucial in showing the judge you are worthy of Rule 11 sanctions for filing a frivolous action against Lucille. Your efforts to commit Lucille are also heavily documented. You've dug yourself into a deep hole, and you better think twice before you keep digging deeper.

You really have to be the dumbest lawyer on the planet. This is PERFECT!

It's going to be a pleasure for me to work on this. I absolutely love teaching crooked lawyers life lessons.

# EXHIBIT "E"

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| **DR. BARRY EPPLEY, MD, DMD,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Cause No. 1:09-cv-386-SEB-JMS** |
| **LUCILLE IACOVELLI,** | ) | |
| **Defendant.** | ) | |

## THIRD AFFIDAVIT OF COUNSEL

The undersigned Todd A. Richardson, being duly sworn, does hereby depose and say:

1. I am a competent adult with personal knowledge as to the matters set forth herein. I am an attorney duly licensed to practice law in the State of Indiana, the Commonwealth of Massachusetts and this Court. I am a member of the law firm Lewis & Kappes, One American Square, Suite 2500, Indianapolis, Indiana 46282, and am one of the counsel of record representing the plaintiff, Dr. Barry Eppley, in the above-captioned proceeding.

2. I submitted two previous affidavits in this cause on April 3, 2009, and April 6, 2009.

3. On April 8, 2009, I sent a copy of the Order Continuing Previously Issued Temporary Restraining Order, as entered by the Court earlier that day, by e-mail to luciacovelli@gmail.com, with a courtesy copy to rich.bergeron@gmail.com. A copy of the e-mail transmittal is attached hereto as Exhibit A.

4. Also on April 8, 2009, I received an e-mail from rich.bergeron@gmail.com. A copy of that e-mail is attached hereto as Exhibit B.

5. Attached hereto as Exhibit C is a print-out of Mr. Bergeron's website, www.eppleyplasticsurgerysucks.com, as it appeared on the internet as of April 9, 2009.

6. On the morning of April 9, 2009, I received an e-mail message from an individual identifying himself as Frank de Groot. Attached hereto as Exhibit D is a copy of that e-mail.

7. The April 9, 2009 message from Frank de Groot included a link to a website, http://www.barryeppleyplasticsurgeon.com/sarah-evans-barker.html. Attached hereto as Exhibit E is a print-out of that website as it appeared on the internet as of April 9, 2009.

8. Attached hereto as Exhibit F is a copy of an e-mail I received on April 10, 2009.

9. Attached hereto as Exhibit G is a copy of an e-mail forwarded to me by Dr. Eppley, sent to him on April 10, 2009 from rich.bergeron@gmail.com.

I hereby affirm under the pains and penalties of perjury that the foregoing factual representations are true and correct.

Todd A. Richardson

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2009, that the foregoing was filed electronically. Notice and service was sent to the following party via email and United States Postal Service Mail, this 10[rd] day of April, 2009:

Lucille M. Iacovelli
3 Deer Hollow Road
Forestdale, MA 02644-1714
luciacovelli@gmail.com

I further certify that notice of the filing of the foregoing pleading was given to the following by sending a copy of the filing to the following individual via email and United States Mail, this 10th day of April, 2009:

Richard Bergeron
147 Old County Road
East Sandwich, MA 02537

Richard Bergeron
141 Green Street
Abington, MA 02351

Rich.Bergeron@gmail.com

Todd Richardson
Todd. A. Richardson

**LEWIS & KAPPES, P.C.**
One American Square, Suite 2500
Indianapolis, Indiana 46282
(317) 639-1210 (tel), (317) 639-4882 (fax)
jrompala@lewis-kappes.com

# EXHIBIT B

**Todd Richardson**

**From:** Rich Bergeron [rich.bergeron@gmail.com]
**Sent:** Wednesday, April 08, 2009 6:54 PM
**To:** Joseph P. Rompala; Todd Richardson; Gary Price; beppley@ologymd.com
**Subject:** Re: SERVICE OF COURT DOCUMENTS IN IACOVELLI CASE

I would just like you to all know that I have been made aware that Judge Barker is on the Board of Directors for Clarian Health Partners, which was a co-defendant in a previous Eppley malpractice case.

Knowing this, I expect Judge Barker to make attempts to circumvent my rights to free speech as well as Lucille Iacovelli's.

Lucille will take the appropriate legal steps to ask Barker to recuse herself if she does not remove herself from the case voluntarily.

As such, if I am not permitted in Indiana to counterclaim against Dr. Eppley, I will take the following steps:

1.) File a new civil action in U.S. District Court, Boston Division against Eppley, Lewis & Kappes, Attorney Todd Richardson, Attorney Gary Price, Attorney Joseph Rompala, and Phillip Kappes himself (seeing as it appears he's also been forewarned of the frivolousness of this case against Lucille). Abuse of Process will be the chief charge, but we will also add false imprisonment, which will be bolstered if you should think shutting Lucille or myself up by incarceration will keep your frivolous case alive.

2.) Actively work day and night myself and recruit others as well to find an adequate attorney in Indiana to take Lucille's case Pro Bono. Electronic Freedom Foundation lawyers have already expressed interest. I will also seek pro bono representation for myself in the long run if I must take action here in Massachusetts against your diabolical campaign to silence Lucille Iacovelli forever.

3.) Maintain www.eppleyplasticsurgerysucks.com (regardless of any future unconstitutional contempt findings) in its present state, updating it every time there is a new court development I am aware of, as long as the case against Lucille and restricting my First Amendment rights continues.

4.) Commit as many unpaid work hours as it takes to attract major news media interest in this lawsuit. I will obey Judge Barker's unconstitutional order in doing so and refrain from making any "disparaging" remarks about Eppley, but I will make it clear that Iacovelli needs legal representation and that she has an amazing free speech case here that could easily go to the Supreme Court and become landmark litigation protecting victims' rights to speak out against those who have victimized them.

This will be my last personal communication with all of you outside of service of appropriate documents. I encourage you to copy it and include it as evidence in your case.

I want to make it clear that I had nothing against Dr. Eppley personally to begin with, I have never met the man, he has apparently never read what I have written about Lucille as far as my book project, and he should have no right to silence me through an injunction if he has not made a prima facie case against me in any way. If he would like to tell his side of the story for my book, he now knows my contact information and can seek to do so. This attempt to use and abuse the legal process, violate our rights to free speech, falsely induce an emergency situation through anonymously posted messages, and use the

old-boy Indiana network to rubber stamp yourselves some selfish "justice" will not be swept under the rug should it be allowed to continue. People the world over will know all your names and be apprised of all your future actions to pursue this matter for wholly unethical and unfounded reasons.

This entire thing smells like hometown cooking, and I won't stand for it. From what I understand of Mr. De Groot's efforts, which I have been made aware of through the pleadings of this case, the longer this matter continues the worse the worldwide exposure of all of Eppley's personal flaws will get, regardless of what unconstitutional order protects him and his practice. De Groot does not appear to be bound by any journalistic principles of objectivity or avoidance of printing scandalous material, and his residence outside the continental Americas additionally complicates matters. I do not know de Groot, did not recruit him, and have not aided him in any manner. From all the evidence I've seen, he simply took up the reins on this all by himself. However, I imagine if he knows the lawsuit is over he will likely take down his Web-site, as I will dismantle eppleyplasticsurgerysucks.com if the suit is withdrawn.

This lawsuit needs to stop, plain and simple. Everyone who touches it is going to be hurt some way in the long run by the stress of this fight that is completely fabricated and wholly unnecessary.

I do not wish to exacerbate matters at all, but should I be continued to be backed into a corner by all this I will have no other choice.

Rich Bergeron
617-209-4325

# EXHIBIT G

**Todd Richardson**

**From:** Dr. Eppley [beppley@ologymd.com]
**Sent:** Friday, April 10, 2009 6:01 AM
**To:** Todd Richardson
**Cc:** abs@ologymd.com
**Subject:** FW: Lucille (SETTLEMENT NEGOTIATION, INADMISSIBLE COMMUNICATION)

Here is Bergeron's extortion offer.

-----Original Message-----
From: Rich Bergeron [mailto:rich.bergeron@gmail.com]
Sent: Friday, April 10, 2009 2:27 AM
To: beppley@ologymd.com
Subject: Lucille (SETTLEMENT NEGOTIATION, INADMISSIBLE COMMUNICATION)

Dr. Eppley,

What you have done by railroading Lucille Iacovelli with this lawsuit is beyond despicable. Because of your own selfish greed and over-reaching ego you have jeopardized the reputation of a federal judge, a law firm and its lawyers, and above all Lucille Iacovelli. You've taken direct action against me, a writer you've never met or spoken with despite a few attempts on my part to get you on the phone about a year ago. Frankly, you've made every mistake you could in this thing because you've been thinking with your ego and not with altruistic motives. Mr. Frank De Groot seems pretty psychotic to me, especially considering he has some harebrained idea that you will actually be the one to eventually pay for Lucille to get corrective surgery to finally fix what you did to her.

How could you think you could get away with this? What happens when an independent psychological evaluation makes its way into evidence and proves Lucille never was crazy? You and all your associates fabricated this entire suit with the primary objective of eliminating the threat of Lucille's true story and every other malpractice/negligence victim's story posted on the Internet. I admit it would be a Hell of a feat if you could have pulled it off. It would have represented a new sweeping precedent, possibly saving hospitals and health care centers all over the country millions in lawsuit and dispute resolution costs. With a billion dollar plus company like Clarian, the Indiana impact alone of such a legal decision could have a huge impact on bottom line health care expenses.

Unfortunately, you and Judge Barker, along with the Lewis and Kappes Legal team you assembled, have butchered the law, made a mockery of the Indiana justice system, and kicked an injured woman while she was down.

Before the Clarian partnership came to my attention, I was honestly worried that this was going to be a long fight against an unsympathetic judge, but now that I know any order she puts out is an easy appeal I'm very happy to have a hand in this case. As I write this my joint counterclaim is on my way to the clerk's office. After the judge must step down and the evidence shows 1) Lucille is sane and mentally competent, and 2.) She never communicated to Eppley that she planned to commit suicide on April 18., and 3.) that the First Amendment trumps restraining orders, you will be left with a huge legal bill you'll have to take out a second mortgage to support before you can get out of this thing without losing everything.

I don't know you and probably will never talk to you personally if you continue to refuse to speak openly about Lucille's procedures. However, I think seeing as you have so much invested, you ought to know me by now. You ought to know that Xyience (www.xyiencesucks.com) sued me in July of 2007 with the same kind of bullshit defamation allegations you're slinging at Lucille. Guess what that resulted in? The case is in bankruptcy court right now. Xyience admitted in writing the case is a waste of the corporation's assets and they will settle it at the first available opportunity.

I am now a well-rounded pro-se attorney about to receive a considerable settlement from Xyience if I do not receive the final judgment on my counterclaims in Nevada and/or Rule

11/9011 sanctions payments. You may have years of medical school under your belt and enough training to consider yourself an expert at plastic surgery, and with all your schooling I suppose you might even call yourself a genius, but you would never in your wildest dreams try to be your own lawyer since you have the money to pay for one. I had no choice and had to become one, and it taught me an important lesson. If you want something done right, you have to do it yourself. Of course, being a lawyer is one thing. Being a bankruptcy lawyer is an unspeakable nightmare. I wouldn't wish it upon anyone to go up against adversaries in that convoluted process on top of what is already a complicated system. I've seent he worst of the worst, and I'm prepared for anything. That's why I just told the judge to recuse herself in no uncertain terms through her clerk, and I did not even receive so much as an admonishment in return. She knows she's caught red handed and that her bias has been over exposed. And while this may cost you a whole lot of dough to go back to square one (no order from Barker will be allowed to stand on appeal), I'll be out a few hours time and some aggravation. That's the problem here.

You see, Todd Richardson is not your friend. Right now it appears he's not the judge's friend, either. You pay him hundreds of dollars an hour to invent shit for you that will never stand up in a court. He cares less if you win or lose, though he knows he'll probably get paid more if he wins. Still, winning for him is only a matter of dragging things out and generating fresh bills for you to unquestionably pay.

go to www.jurisdictionary.com if you don't believe me. This is why I represent myself. Lawyers are every bit the bloodsuckers and scoundrels they are portrayed as in most tasteless jokes about the profession. I've seen it in action time and again. I've remained as pro-se attorney on the Xyience case since the beginning. Three separate law firms have run the case for Xyience. Three different judges have thus far filed rulings in the matter. I predicted the bankruptcy months before it happened. Xyience had me flown to a Ultimate Fighting Championship event in Newark, NJ in November of 2007 to try to recruit me to work with them rather than against them. The shareholders flew me to vegas last October to talk about their options in filing further litigation. I balked at all settlement offers thus far and remained active in the suit. I was offered two settlements already in a case where I was the original one being sued (For $25 million no less).

I am the son of a well-known local detective who devoted some of the best years of his life to chasing FBI Most Wanted Fugitive Whitey Bulger. My Dad has a whole chapter in the book "Black Mass" about his investigation that the FBI's corruption would eventually make moot. I have been in direct contact with FBI and SEC agents myself in regard to the Xyience situation. I know how deep and how massive corrupt schemes can extend. I know how fact is often much stranger than fiction. I also know what being a malpractice/negligence victim is like. My mother died when I was 7. We settled out of court with two hospitals and won a judgment against one doctor, and so I could afford to send myself to college. Yet, the pain never goes away. My mother was a nurse. She was a community service advocate as well, a churchgoing Catholic, and a wonderful woman. Overbearing HMOs restricting what tests could be done for who at the time, an obstinate doctor who insisted her improper diagnosis was correct until the problem escalated beyond control, and just plain rotten fate killed my mother. I guess since Lucille is not dead, you are one step above the doctor who treated my mom as far as I can see. You should be thankful you don't have a wrongful death case to deal with.

The bottom line is, I can see myself doing this kind of thing for the rest of my life. I get the greatest charge you could ever imagine out of helping people with things like this, and of course if I win in this legal situation it is a story of beating impossible odds, backing up the First Amendment, and proving that you CAN be your own lawyer.

I have devoted almost two years of my life to chronicling Lucille's struggle. I will be as objective as possible with the final product, and I will still entertain interviewing you under whatever conditions you would prefer before I publish such a book. Yet, now you have created a new chapter I could never have even dreamed of.

Before I conclude, I think I need to tell you something important. For the past two years I have known Lucille we have argued over the direction of this book on numerous occasions. It has taken me an unfathomable amount of effort to convince Lucille that the book must have a happy ending. Just before you sued her and changed everything, she was finally talking about making attempts to get a major reconstruction done that might offer him some quality of life in her final days.

You will actually be the one to write the rest of this book. You will decide whether it is

a tragedy or an inspirational tale of forgiveness and redemption.

I tried to encourage Dr. Feldman once to do Lucille's reconstruction. She became convinced that him doing it would finally close that chapter and allow her to forgive him. He would not even examine her. He apparently suspected some kind of trickery or just didn't want to take the risk. Either way, the point is the ending nobody expects but everyone wants to see involves you emptying your wallet and maybe even saying your sorry (Lucille can't sue you for malpractice/negligence even if you admit it now because of the statute of limitations).

I will withdraw my counterclaim now on the way to the Judge's chambers in Indiana and sign a sworn statement that I will not file any action against you related to this particular case if you will compensate Lucille $50,000, sign your own sworn statement promising not to sue Lucille or myself again, and just tell her, "I'm sorry." You don't even have to explain what for or write a statement. Just call her on the phone and say, "I just want to tell you I'm sorry." Lucille will use the money to get the necessary surgery to create a happy ending, and you can move on with your life. If all turns out well, I may even decide to keep my notes and my existing book manuscript to myself. It all depends on what character you write for yourself. You can be the hero or the villain. It is entirely up to you.

I know that if you keep pestering Lucille, Frank De Groot may take things to another psychotic level, and if I were you, I'd be really scared of what Frank's up to and what he might do next. I've never seen anyone so charged up by a story of someone he doesn't even know and never met. It's sad, though, when a guy in Norway has more rights to free expression that people here in the U.S.

Finally, I think you should know that I have nothing but time to spend on this, and I'm doing it free of charge for Lucille.

If you decide to pursue this you WILL lose.

There will be an article coming out in a major Indianapolis Newspaper on Monday about everything, written by a very objective and fair reporter. Lucille's answered his questions, the reporter was at the hearing, and he knows about the judge's conflict of interest. If you go to www.taubmansucks.com you can read all about how sucks sites like the one I built are perfectly legal under trademark and First Amendment law. Just a few other sucks sites: Allstateinsurancesucks.com, paypalsucks.com, ebaysucks.com, montanasucks.com, Karlrovesucks.com, Tacobellsucks.com, Oreilly-sucks.com, milksucks.com, hotmailsucks.com, countrywidehomeloansucks.com, DEAsucks.com, homedepotsucks.com, Mitsubishisucks.com, Monsantosucks.com, ETC

Think you've got something all those major firms/government agencies/individuals didn't have? Think again.

---

When Judge Barker recuses herself, a new and impartial judge will have to decide whether to extend her unconstitutional order. Any judge in their right mind would know it's a prior restraint, and it will not stand up on appeal. The restriction of the domain no matter what the content is also an issue public advocacy groups LOVE. The Electronic Frontier Foundation and Public Citizen lawyers would have a field day with this. Even if none of them take it, their work is easily accessible on other cases. I'll use the law to file pro-se actions against all of your co-conspirators and have you all haled to court here and see how you like it.

Think about it. Imagine if someone were to come to your office and issue you an order that says you can't perform plastic surgery anymore or you will be arrested. Now imagine this all stems from someone charging you with negligence that you never even operated on. That's how it feels to be in my shoes. I'm fighting for free speech and victims' rights, and you're not even suing me but you can get a TRO? That is just not right, and it's not legal or fair, either.

The egregious offenses involved here are perfect for me to exploit and generate a great deal of media interest for Lucille's cause.

In addition to the parties I've told you I would name, it is easy now to justify suing both Clarian Health Partners and Judge Sarah Evans Barker herself:

http://caught.net/prose/suejud.htm

I can even pursue a restraining order against HER, which you can bet I'll do if you ever even come close to trying to get me incarcerated for helping Lucille. The "triggering event" will be your filing for and getting approved for what will amount to a count of false imprisonment. I can also alert the Indiana Attorney General and the various District Attorneys in regard to potential criminal charges. You have to understand the screaming scandal this represents. Judge Barker has no choice but to step down, or she will be implicated on multiple abuse of process civil charges and criminal conspiracy charges. All we have to do is disprove your case, which will be easy, and we can even have the new judge approve a change of venue, which will land this thing in Massachusetts. You'll have to hire a whole new firm. You'll have to face an unfriendly judge, and you'll have to spend a lot of time away from work.

You have money, you have your full functions, and you have a job that likely keeps you busy 9-5. So count your blessings. Lucille has none of the above. Give her the money you'll have to spend to keep this case going. Spend what you would have spent to bring this thing to a close on increasing your global reach on-line. Maybe you can even try to see if Frank can help you "reverse the curse" so to speak as long as he knows you've made amends with Lucille. He seems like the kind of guy who'd be a better friend than an enemy. I don't know where he came from, but I've never seen a more stark example of Instant Karma in my life. His random appearance was a sign that this whole thing was wrong.

At any rate, I am sure Lucille will likely agree to a few concessions you'd like to draw up if you can bring yourself to say you're sorry, compensate her for all this undue stress, and pay for her operation.

Also, regardless of what judge we draw in the future if this continues, my next motion is going to be for a jury trial. Good luck with that.

I have better things to do, and I'm sure you've realized by now that this was not the best idea in the first place. Cut your losses, and end this before it gets ugly.

If I have to spend the time filing here in Massachusetts it won't be a little $100k counterclaim. I only low-balled Barker because I knew I was in foreign territory and would face an uphill battle either way. If I file here, I will seek $1.5 million, and I will name Clarian, Barker, Stutz, yourself, all your lawyers, and the firm of Lewis & Kappes.

Settle on good terms, and someday you might laugh about all this. Continue like a fool and you will truly understand what it's like to have no money. I venture to guess you've forked out at least $50k for a retainer on this. That will run out by next Friday at this rate. You've got three lawyers on this thing. I've looked at Xyience and Fertitta Enterprises legal billing statements in regards to my case in Nevada. Over the course of 2 years they've spent over a million dollars combined on my case alone. You can verify this yourself or have one of your high paid lawyers do it for you. Just tell him to search for Xyience on the PACER service system and find the core bankruptcy case. I've spent less than $1,000.

I can fight you toe to toe on this, even if you can somehow bully Lucille into quitting on her stool. You don't have any facts or truth on your side, and your case is already falling apart. It will be completely demolished on Monday when the reporter comes out with his blockbuster story, my counterclaim arrives in Indiana and hits the docket, and Judge Barker will get a notice of appeal faxed to her regarding the extension of the unconstitutional TRO with an even more egregiously unconstitutional TRO.

I'm an extremely honest man. I would not bullshit you for any reason. I know all the basics of the law. I know all the basics and some of the complicated aspects of the procedure, and what I don't know about the law and the procedure I can figure out. For ever $200 an hour you spend I will be working for myself for free. How much will you spend on this in a month?

Think about the consequences and don't blow the opportunity of a lifetime to go from zero to hero overnight.

I'd love to write about this as a positive outcome rather than a hopeless and pointless endless struggle that nobody wins in the long run.

The ball is in your court. Pay for your mistakes and move on. Don't cop out, and don't run from the truth.

Also, sharing this with your lawyer won't help your case. Your lawyer initiated settlement discussions with an earlier email, and all communications related to settlement negotiations are inadmissible in court.

Please feel free to call me if you want to discuss things,

Rich Bergeron
617-209-4325

**EXHIBIT "F"**

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| **DR. BARRY EPPLEY, MD, DMD,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**LUCILLE IACOVELLI,**<br><br>**Defendant.** | ) | **Cause No. 1:09-cv-386-SEB-JMS** |

**FOURTH AFFIDAVIT OF COUNSEL**

The undersigned Todd A. Richardson, being duly sworn, does hereby depose and say:

1. I am a competent adult with personal knowledge as to the matters set forth herein. I am an attorney duly licensed to practice law in the State of Indiana, the Commonwealth of Massachusetts and this Court. I am a member of the law firm Lewis & Kappes, One American Square, Suite 2500, Indianapolis, Indiana 46282, and am one of the counsel of record representing the plaintiff, Dr. Barry Eppley, in the above-captioned proceeding.

2. I submitted three previous affidavits in this cause on April 3, 2009, April 6, 2009, and April 10, 2009.

3. Attached hereto as Exhibit A is a copy of an e-mail from frank@rentageek.no, as forwarded to me by Dr. Barry Eppley on April 10, 2009.

4. Attached hereto as Exhibit B is a copy of an e-mail I received on April 10, 2009 from rich.bergeron@gmail.com.

5. Attached hereto as Exhibit C is a copy of an e-mail I received on April 11, 2009 from rich.bergeron@gmail.com.

6. Attached hereto as Exhibit D is a copy of an e-mail from frank@rentageek.no, as forwarded to me by Dr. Eppley on April 11, 2009.

7. Attached hereto as Exhibit E is a copy of an e-mail forwarded to me by Dr. Eppley on April 12, 2009, from rich.bergeron@gmail.com.

8. Attached hereto as Exhibit F is a copy of an e-mail I received on April 13, 2009 from rich.bergeron@gmail.com.

9. Attached hereto as Exhibit G is a copy of an e-mail I received on April 14, 2009 from rich.bergeron@gmail.com.

10. On April 14, 2009, I visited the "Twitter" website, searched for Dr. Eppley's name and found a page for "Dr. Barry Eppley (dreppleysucks)." Attached hereto as Exhibit H is a print-out of that page, as it appeared on April 14, 2009.

11. Also on April 14, 2009, I visited the website www.losingface.net. Attached hereto as Exhibit I is a print-out of the first page of that website as it appeared on April 14, 2009. On page 13 of 23, the three items "Eppley Plastic Surgery," "Lucille Iacovelli's botched plastic surgery" and "Dr. Barry Eppley's alleged malpractice" are links, all of which lead directly to pages in www.barryeppleyplasticsurgeon.com. I noted that the same links also appear on other websites operated by Lucille Iacovelli.

12. Attached hereto as Exhibit J is a print-out of www.barryeppleyplasticsurgeon.com as it appeared on April 14, 2009.

13. Attached hereto as Exhibit K is a copy of an e-mail I received on April 17, 2009 from booblicker22@yahoo.com.

14. Attached hereto as Exhibit L is a print-out of the top of the home page of www.lewis-kappessucks.com, as it appeared on April 17, 2009. Based on my inspection on that date, the site appeared to be identical in content to www.eppleyplasticsurgerysucks.com. A search on the "WHOIS" website on April 17, 2009 indicated that www.lewis-kappessucks.com is registered to "Fight News Unlimited."

15. Attached hereto as Exhibit M is a print-out of the home page of www.eppleyplasticsurgerysucks.com, as it appeared on April 17, 2009. The banner advertisement for "Attorney David C. Grossack" on page 3 of 4 appeared to be a recent addition to that page.

16. Attached hereto as Exhibit N is a print-out of the home page of www.barryeppleyplasticsurgeon.com, as it appeared on April 17, 2009. The banner advertisement on page 6 of 6 for "Attorney David C. Grossack" appeared to be a recent addition to that page.

I hereby affirm under the pains and penalties of perjury that the foregoing factual representations are true and correct.

[signature]
Todd A. Richardson

**CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2009, that the foregoing was filed electronically. Notice and service was sent to the following party via email and United States Postal Service Mail, this 17th day of April, 2009:

Lucille M. Iacovelli
3 Deer Hollow Road
Forestdale, MA 02644-1714
luciacovelli@gmail.com

*/s/Todd A. Richardson*
Todd. A. Richardson

**Todd Richardson**

**From:** Rich Bergeron [rich.bergeron@gmail.com]
**Sent:** Friday, April 10, 2009 6:50 PM
**To:** Todd Richardson
**Subject:** Re: Eppley litigation

Todd, you're going to make a fool of yourself on this one, guaranteed. I have nothing to do with DeGroot. He actually is threatening me to make sure I keep up links to his site on my own site and demanding that I do not remove my site from the public realm or he'll start doing to me what he's doing to all of you. I will be filing his emails to me with my next motion.

I am going to proceed with drafting the Massachusetts counterclaims in case the Indiana court doesn't recognize me as a counter-plaintiff. You will also have a notice of appeal with a request for an immediate stay by Monday regarding the unconstitutional standing order. A motion to recuse Judge Barker will accompany that. I know you are before her in two other court cases, by the way.

I have alerted an FBI agent I've worked with on the Xyience case to what looks to me like a clear "pay for play" judge scam you, Eppley and Barker are running. Whatever arrangement you have, it's not going to last much longer. You won't get away with enforcing the mandates of a kangaroo court.

I will also be drafting an extensive Rule 11 Sanctions motion against you, all your brethren attorneys on this matter, your firm, Eppley, Clarian Health Care Partners, and Judge Barker. Enjoy your weekend!

On Fri, Apr 10, 2009 at 4:07 PM, Todd Richardson <TRichardson@lewis-kappes.com> wrote:

> Attached are copies of documents we filed this afternoon. Hard copies are being sent to you as well.
>
> -- Todd Richardson
>
> CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance on this message. If you have received this message in error, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.
>
> TAX ADVICE NOTICE: Tax advice, if any, contained in this e-mail does not constitute a "reliance opinion" as defined in IRS Circular 230 and may not be used to establish reasonable reliance on the opinion of counsel for the purpose of avoiding the penalty imposed by Section 6662A of the Internal Revenue Code. The firm provides reliance opinions only in formal opinion letters containing the signature of a director.
>
> Visit our firm at www.lewis-kappes.com
>
> Please consider the environment before printing this e-mail.

--

Rich Bergeron
Editor/Writer/Webmaster
www.unlimitedfightnews.com
www.fightnewsunlimited.com
www.combatsportscooperative.com
www.xyiencesucks.com
www.fightspaceonline.com
THE BEST FIGHT NEWS ON THE NET!!!
617-209-4325

SPONSORED BY:
www.tristatecagefighting.com
V-SHIELD:http://www.myspace.com/needinvestors
www.bulletfightgear.com
www.carnagefightgear.com
www.drinkredux.com
www.respekfightwear.com

**Todd Richardson**

**From:** Rich Bergeron [rich.bergeron@gmail.com]
**Sent:** Saturday, April 11, 2009 12:38 AM
**To:** Todd Richardson
**Subject:** Re: Eppley litigation

Ha ha, is that all you could find for trademark and First Amendment law?

That is a pretty skinny motion and affidavit. Interesting how all of a sudden you half-admit Eppley had no way to verify those postings were Lucille's. I can't wait for discovery.

How do you plan to prove Eppley could not have committed malpractice/negligence is what I wonder. That's going to be interesting. I do have contempt for Kangaroo courts, and as far as jurisdiction, a change of venue will definitely be in order when the counterclaim becomes effective and we set about dismantling all your so-called "evidence." You have no merits to speak of.

I hope you're having fun. And I hope your inbox is full of happy messages :)

Rich

On Fri, Apr 10, 2009 at 4:07 PM, Todd Richardson <TRichardson@lewis-kappes.com> wrote:

> Attached are copies of documents we filed this afternoon. Hard copies are being sent to you as well.
>
> -- Todd Richardson
>
> CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance on this message. If you have received this message in error, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.
>
> TAX ADVICE NOTICE: Tax advice, if any, contained in this e-mail does not constitute a "reliance opinion" as defined in IRS Circular 230 and may not be used to establish reasonable reliance on the opinion of counsel for the purpose of avoiding the penalty imposed by Section 6662A of the Internal Revenue Code. The firm provides reliance opinions only in formal opinion letters containing the signature of a director.
>
> Visit our firm at www.lewis-kappes.com
>
> Please consider the environment before printing this e-mail.