## Todd Richardson

**From:** BEppley [BEppley@ologymd.com]
**Sent:** Sunday, April 12, 2009 10:29 AM
**To:** Todd Richardson
**Subject:** FW: Your lawyer is an idiot

*Barry L. Eppley, M.D., D.M.D.*
*Plastic Surgery*

---

**From:** Rich Bergeron [mailto:rich.bergeron@gmail.com]
**Sent:** Sat 4/11/2009 6:43 PM
**To:** BEppley
**Subject:** Your lawyer is an idiot

Barry,

Your lawyer is really not helping you. He's making it a lot easier for me to sue you here in MA, and there are certainly grounds for an investigation there by the Indianapolis District Attorney into just how much influence peddling may be going on. This could shake up the entire state of Indiana with you as the poster child for opening up the whole can of worms.

If your state won't act to correct this injustice, mine will.

I have a new idea to generate local support here for my case as well.

You won't hear about it, though, until the project is completed.

All I can tell you is it will exponentially increase my chances for success.

Enjoy the legal games down there in the Indiana sandbox while they last. Just get ready to make the trek to Boston once my case goes into effect. Or, maybe you can start scouting out Boston attorneys and law firms now to save yourself the headache later.

Either way, I just wanted to write this to thank you for reacting just as I knew you and your lawyers would.

As a writer, I am taught to recognize certain things about people that help me understand their overall character. The smallest nuances can reveal the most crucial aspects of a person's attitude. Very often, there are traits a smart and observant person will notice that reveal how honest or forthright a person is going to be and is by their nature. For instance, a writer like me looks deep into a pleading like your verified complaint and sees all the tell-tale signs that Richardson and you fabricated this entire case out of thin air, and while nobody answered Lucille's question at the hearing of "why now" the nature of the way you did things would lead even an objective party to wonder what is really going on behind the scenes. Why now? Was it the judge, and did you and Andrea just get to know her recently? Why and how does a judge who has a connection to Clarian and Ology get assigned this case and refuse to step down? Why were you able to get Lucille locked up so quickly? Your lawyer may actually be the most

culpable of all parties in this because he actually facilitated lucille's being locked up through his letter. He hijacked the MA process in addition to the IN process. And, more importantly, he included all his efforts on the record, giving me an admitted confession to bring to bear in my own case. You see, I have uncovered scandal before. Never mind the Xyience case. I was still a baby in the news business when I worked closely a local scandal regarding "prior restraints" when another public official abused someone's first amendment rights once in NH:

http://archive.citizen.com/2005/january2005/01.08.05/news/gilford_01.08.05a.asp

http://www.citizen.com/apps/pbcs.dll/article?AID=/20050512/GJNEWS02/50512159

http://archive.citizen.com/2005/march2005/03.31.05/news/gilford_033105a.asp

http://archive.citizen.com/2005/january2005/01.12.05/news/gilford_01.12.05a.asp

http://archive.citizen.com/2005/february2005/02.21.05/news/gilford_022105a.asp

http://archive.citizen.com/2005/february2005/02.18.05/news/gilford_021805d.asp

The most important one of all in this case is the following article, which was the result of some of my best early investigative reporting. I remember going into the Town Administrator's office one day after writing this and watching him fumble to cover up the fact that he was reading from the very booklet I got from the State explaining the policy that would not cover the damages.

I can bet that if somehow your own litigation is being covered by Malpractice/Negligence Insurance, it will not be a claim that will be honored by that same insurance agency when I file in MA against you. Trust me, it won't be too hard for me to find out who your provider is. When I file against you in MA, it will all be out of your own pocket, because there will be other unrelated matters involved related to fabrication of this case and abuse of the IN federal courts, not to mention potential Judge tampering.

Check out the piece and see for yourself:

http://archive.citizen.com/2005/march2005/03.29.05/news/gilford_032905a.asp

Insurance policies have all kinds of loopholes. If you committed Insurance fraud anywhere along the way by getting this suit paid for illegitimately, I'll find out through discovery.

You need to really think about how deep the muck is getting for you here. I will not ever put out any false or unproven information about you or anything involved here. I will print the heavily researched plain facts of the case and collect backup documents to prove everything. I will use my right to free speech to explain my position and your lack of any position. All my promises are just that and not threats which you and your attorneys have tried to dress them up as. This is real life, Barry. These are real and definite consequences I'm presenting you with if you choose to be obstinate and continue this lost cause. I have no control over Frank, and while I do assume he will take down his site if you take care of Lucille and drop the case, he won't respond to orders or requests from me. He will have to be satisfied on his own, exclusive of my outlook on the situation and my motivations for taking action and pursuing the case here in MA. Frank appears to be waging a war that is outside the confines of any kind of courtroom procedure whatsoever. He has even threatened to come after me if I did not change certain things about my site to make it more SEO friendly and powerful in exposing what you are up to. He is a man possessed on this.Frankly, (pun intended), you will not escape this man with a resolution of this lawsuit. You will only exacerbate a situation which you unintentionally but unavoidably initiated

because of your need to promote yourself as a good doctor when you're past record is questionable. This is backfiring horribly, and you have really created a monster.

I will enjoy this, win or lose, because as long as it lasts you will be forever on the precipice of losing everything you've lied so hard to keep all these years. The hardest thing in the world to regain after its been lost is your reputation. I'm proud of what I've done. I've turned plenty of past critics into fastidious supporters because of my altruistic motivations that permeated my every action in the Xyience matter. I'll do the same here, and I will win by refusing to stoop to the crooked level of your bought and paid for judge and your lying and scheming lawyer.

The tide is turning, and if you don't already, you are going to regret ever filing this case. I have hundreds of years of precedent rulings supporting the right to peaceably protest and expound the right of free expression. Your lawyer sucks. Even if he didn't, you"ll never make it past the constitutional freedoms that make your efforts futile.

You and everyone working on your behalf are doing everything according to plan. It's all working out just as I knew it would. I predicted the Xyience bankruptcy more than a month before it happened, and I will predict this case ending badly before the verdict comes in 2 or 3 years. There will be no trial, unless you are the only defendant.

Keep doing what you're doing. It's all working out wonderfully. I appreciate your continued cooperation in this matter.

Rich

**Todd Richardson**

**From:** Rich Bergeron [rich.bergeron@gmail.com]
**Sent:** Monday, April 13, 2009 9:12 AM
**To:** Todd Richardson
**Subject:** Re: Eppley litigation

Wait until I employ this strategy to draw massive amounts of visitors to the Indianapolis Business Journal Article:

http://socialmediascience.com/docs/The-Complete-Syndication-Revelation.pdf

Real dumb trying to frame the TRO as a gag order, as that would be something that would prevent Mr. Wall from writing anything about this case and would entitle you to have him locked up. Are you going to get an injunction against the Indianapolis Business Journal, too?

Expect the recusal motion by midnight. You won't believe what Lucille found about Judge Barker's background. She has been picking this legal stuff up fast.

I'm meeting with this guy later today:

http://en.wikipedia.org/wiki/David_Grossack

http://www.e-legalclinic.com/

He lives in Hull, MA less than 20 minutes away, and he's going to give me another legal program Lucille and I can use to defend ourselves. And this guy has sued judges before!

Is Frank Evans really Judge Barker's brother? For her sake I hope not. My arguments don't really depend on that being true, but it's definitely suspicious if it's true.

Hope you are having an awesome monday!

On Fri, Apr 10, 2009 at 4:07 PM, Todd Richardson <TRichardson@lewis-kappes.com> wrote:

> Attached are copies of documents we filed this afternoon. Hard copies are being sent to you as well.
>
> – Todd Richardson
>
> CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance on this message. If you have received this message in error, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.
>
> TAX ADVICE NOTICE: Tax advice, if any, contained in this e-mail does not constitute a "reliance opinion" as defined in IRS Circular 230 and may not be used to establish reasonable reliance on the opinion of counsel for the purpose of avoiding the penalty imposed by Section 6662A of the Internal Revenue Code. The firm provides reliance opinions only in formal opinion letters containing the signature of a director.

Visit our firm at www.lewis-kappes.com

Please consider the environment before printing this e-mail.

--
Rich Bergeron
Editor/Writer/Webmaster
www.unlimitedfightnews.com
www.fightnewsunlimited.com
www.combatsportscooperative.com
www.xyiencesucks.com
www.fightspaceonline.com
THE BEST FIGHT NEWS ON THE NET!!!
617-209-4325

SPONSORED BY:
www.tristatecagefighting.com
V-SHIELD:http://www.myspace.com/needinvestors
www.bulletfightgear.com
www.carnagefightgear.com
www.drinkredux.com
www.respekfightwear.com

**Todd Richardson**

---

**From:** Rich Bergeron [rich.bergeron@gmail.com]
**Sent:** Tuesday, April 14, 2009 4:24 AM
**To:** Todd Richardson
**Subject:** Re: Eppley litigation

Have you seen the judge's latest order?

WOW!

Seems as if Lucille and I will each have to file separate actions either way.

That means she files her counterclaim in Indiana, I file in MA.

That order can be exhibit 1.

I have struck up a very interesting cooperative agreement with Attorney David Grossack who teaches folks like me how to be better pro-se attorneys. Mr. Grossack sued Massachusetts judges for bias against males in family court, and his assistant is already looking at the judge's bogus order. In turn, I've placed banners wherever I can in support of his course, and I will be joining forces with him to help teach the masses how to represent themselves. So, you see, Todd, you have inspired something great out of something designed to be malicious. If it weren't for this suit I would not have discovered my calling in life: to go after scumbag lawyers like you and your colleagues at that shady firm who can't see this case is a travesty.

Expect the motion to recuse shortly.

Maybe I'll include another nice note with that, too, and you can pass it to the judge and help me out even more.

Have I told you you are an idiot?

# EXHIBIT "G"

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| **DR. BARRY EPPLEY, MD, DMD,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Cause No. 1:09-cv-386-SEB-JMS** |
| **LUCILLE IACOVELLI,** | ) | |
| **Defendant.** | ) | |

**<u>FIFTH AFFIDAVIT OF COUNSEL</u>**

The undersigned Todd A. Richardson, being duly sworn, does hereby depose and say:

1. I am a competent adult with personal knowledge as to the matters set forth herein. I am an attorney duly licensed to practice law in the State of Indiana, the Commonwealth of Massachusetts and this Court. I am a member of the law firm Lewis & Kappes, One American Square, Suite 2500, Indianapolis, Indiana 46282, and am one of the counsel of record representing the plaintiff, Dr. Barry Eppley, in the above-captioned proceeding.

2. I submitted four previous affidavits in this cause on April 3, 2009, April 6, 2009, April 10, 2009, and April 17, 2009.

3. Attached hereto as Exhibit A is a copy of an e-mail forwarded to me by Dr. Eppley on April 18, 2009.

4. Attached hereto as Exhibit B is a copy of an e-mail forwarded to me by Dr. Eppley on April 25, 2009.

5. Attached hereto as Exhibit C is a print-out of the home page of www.losingface.net, as it appeared on April 20, 2009. The links at the top of page 17 of 23 were to pages in www.barryeppleyplasticsurgeon.com.

6. Attached hereto as Exhibit D is a print-out of a page on http://luciacovelli.rediffiland.com as it appeared on April 21, 2009. The link in the text was to a page in www.losingface.net, and the links at the bottom of the first page were to: (1) an article in the Indianapolis Business Journal; (2) a page in www.barryeppleyplasticsurgeon.com; and (3) a page in www.eppleyplasticsurgerysucks.com.

7. Attached hereto as Exhibit E is a print-out of the home page of www.eppleyplasticsurgerysucks.com as it appeared on April 27, 2009.

8. Attached hereto as Exhibit F is a print-out of the first screen in the home page of www.lewis-kappessucks.com, as it appeared on April 20, 2009. The remainder of that page and site appeared to be identical to www.eppleyplasticsurgerysucks.com.

9. Attached hereto as Exhibit G is a print-out of the first screen in the home page of www.judgegod.com as it appeared on April 20, 2009. The remainder of that page appeared to be identical to www.barryeppleyplasticsurgeon.com/sarah-evans-barker.html, as it appeared on the same date (see Exhibit M hereto).

10. Attached hereto as Exhibit H is a print-out of the MySpace page for "judgegoddotcom" as it appeared on April 24, 2009.

11. Attached hereto as Exhibit I is a print-out of the MySpace page for "eppleyplasticsurgerysucks" as it appeared on April 27, 2009.

12. Attached hereto as Exhibit J is a print-out of the profile for "Drbarryeppleysucks" on www.docstoc.com, as it appeared on April 20, 2009.

13. Attached hereto as Exhibit K is a print-out of the Twitter page for "dreppleysucks," as it appeared on April 20, 2009.

14. Attached hereto as Exhibit L is a print-out of the home page for www.barryeppleyplasticsurgeon.com, as it appeared on April 20, 2009.

15. Attached hereto as Exhibit M is a print-out of the "Sarah Evans Barker corruption" page on www.barryeppleyplasticsurgeon.com, as it appeared on April 20, 2009.

16. Attached hereto as Exhibit N is a print-out of http://barry-eppley.owndoc.com as it appeared on April 24, 2009. The link to "Dr.Barry.Eppley" following "Lucille Iacovelli will prevail, plastic surgeon" was to www.barryeppleyplasticsurgeon.com.

17. Attached hereto is a print-out of http://plasticdisaster.wordpress.com as it appeared on April 27, 2009.

18. Attached hereto as Exhibit P is a print-out of a screen on the home page of www.eppleyplasticsurgerysucks.com, as it appeared on April 27, 2009, showing Twitter postings from one day earlier.

19. Attached hereto as Exhibit Q is a print-out of the home page of www.losingface.net as it appeared on April 27, 2009.

I hereby affirm under the pains and penalties of perjury that the foregoing factual representations are true and correct.

Todd Richardson

Todd A. Richardson

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2009, that the foregoing was filed electronically. Notice and service was sent to the following party via email and United States Postal Service Mail, this 27th day of April, 2009:

Lucille M. Iacovelli
3 Deer Hollow Road
Forestdale, MA 02644-1714
luciacovelli@gmail.com

I further certify that notice of the filing of the foregoing pleading was given to the following by sending a copy of the filing to the following individual via United States Postal Service Mail, this 27th day of April, 2009:

Richard Bergeron
141 Green Street
Abington, MA 02351
Rich.Bergeron@gmail.com

s/Todd A. Richardson
Todd. A. Richardson

# EXHIBIT B

**Todd Richardson**

**From:** Dr. Eppley [beppley@ologymd.com]
**Sent:** Saturday, April 25, 2009 4:09 PM
**To:** Todd Richardson
**Cc:** abs@ologymd.com
**Subject:** FW: Rich Bergeron sent you a message on Facebook...

More of the same.

-----Original Message-----
From: Facebook [mailto:notification+kww4ygka@facebookmail.com]
Sent: Saturday, April 25, 2009 6:13 AM
To: Barry Eppley
Subject: Rich Bergeron sent you a message on Facebook...

Rich sent you a message.

--------------------
Re: Only the beginning

http://www.facebook.com/l.php?u=http://www.docstoc.com%2Fdocs%2F5638263%2FLucille-Iacovellis-Official-Judicial-Complaint-Against-Judge-Sarah-Evans-Barker

You are going to have to testify, and when you do I will use lucille's evidence to tear your testimony to shreds.

You cannot win.

Your lawyer sucks. He didn't bother to tell you he can't testify for you. It's not admissible. The only reason the court allowed it is because it seems you had the judge in your pocket.

The clock is ticking Barry...

Time is running out.

The point of no return is fast approaching.

If I were you I'd find a way for your lawyer to start getting you out of this. This weekend is your grace period. We'll try to work with you if you want to do the right thing, but if you continue to be a foolish egomaniac and balk at the skills I possess to find out every bad thing there is to know about you, you will only regret it. We will take this entire operation into phase 3: MASSIVE RETURN LITIGATION.

Once we have exhausted all our outlets in the Indy courts, we will bring you and Todd Richardson to Massachusetts where we will have a decision in Indiana proving you fucked us over there and filed a bad suit. No matter what happens, the court proceedings will be the least of your worries. If you do not quit every single day this continues is a new day that hundreds of thousands of people will be shown your misdeeds firsthand. Your ignorance will be your own destruction. I know the law, and what I don't know, Attorney David Grossack is teaching me in exchange for spreading his links for selling his pro-se course.

I know reporting, backing up what I report, exposing criminal actors and scam artists like yourself. I know how to get into all kinds of court records. My family is full of various law enforcement connections. When you're fucking with me, Dr. E., you are fucking with the best there is.

I will expose you for the negligent, selfish bastard you are. It is only a matter of time. You have until Monday to decide whether you want to really get this party started and roll the snowball down the hill. It's now or never to end this peacefully. Otherwise it is full on all out war. No holds barred, the full arsenal of my truth squad skills will be set to work on tearing into your past and finding every flaw ever recorded that's been attached to your name. I will uncover every legal document, find every charge of malpractice, and I

will find out if Clarian is complicit in anything as well. I wonder if you have your insurance through them? Why were they co-defendants with you and Pawel? I'll find out.

Fuck with me some more, Eppley.

Tell Todd to put up some new bullshit evidence.

Nothing will stop me.

Nothing will stop the truth from coming out.

--------------------

To reply to this message, follow the link below:
http://www.facebook.com/n/?inbox/readmessage.php&t=1004324604026&mid=5cdf64G435450faG68ed16G0

___
This message was intended for beppley@ologymd.com. Want to control which emails you receive from Facebook? Go to:
http://www.facebook.com/editaccount.php?notifications&md=bXNnO2Zyb209NzIyMTQ1MTU3O3Q9MTAwNDMyNDYwNDAyNjt0bz0xMTI5NTk5MjI2&mid=5cdf64G435450faG68ed16G0
Facebook's offices are located at 156 University Ave., Palo Alto, CA 94301.

**EXHIBIT "H"**

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| **DR. BARRY EPPLEY, MD, DMD,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Cause No. 1:09-cv-386-SEB-JMS** |
| **LUCILLE IACOVELLI,** | ) | |
| **Defendant.** | ) | |

**SIXTH AFFIDAVIT OF COUNSEL**

The undersigned Todd A. Richardson, being duly sworn, does hereby depose and say:

1. I am a competent adult with personal knowledge as to the matters set forth herein. I am an attorney duly licensed to practice law in the State of Indiana, the Commonwealth of Massachusetts and this Court. I am a member of the law firm Lewis & Kappes, One American Square, Suite 2500, Indianapolis, Indiana 46282, and am one of the counsel of record representing the plaintiff, Dr. Barry Eppley, in the above-captioned proceeding.

2. I submitted five previous affidavits in this cause on April 3, 2009, April 6, 2009, April 10, 2009, April 17, 2009 and April 27, 2009.

3. Attached hereto as Exhibit A is a copy of an e-mail forwarded to me by Joseph Rompala on April 28, 2009 from rich.bergeron@gmail.com.

4. Attached hereto as Exhibit B is a copy of an e-mail forwarded to me by Joseph Rompala on April 28, 2009, from luciacovelli@gmail.com.

5. Attached hereto as Exhibit C is a copy of an e-mail I received on April 29, 2009 from rich.bergeron@gmail.com.

6. Attached hereto as Exhibit D is a copy of an e-mail forwarded to me on April 29, 2009 by Dr. Eppley, from rich.bergeron@gmail.com.

7. Attached hereto as Exhibit E is a copy of an e-mail I received on April 29, 2009 from rich.bergeron@gmail.com.

8. Attached hereto as Exhibit F is a copy of an e-mail I received on April 29, 2009 from frank@rentageek.com.

9. Attached hereto as Exhibit G is a copy of an e-mail I received on May 3, 2009 from rich.bergeron@gmail.com.

10. Attached hereto as Exhibit H is a copy of an e-mail I received on May 14, 2009 from rich.bergeron@gmail.com.

11. Attached hereto as Exhibit I is a print-out of the home page of www.losingface.net, as of May 13, 2009.

12. Attached hereto as Exhibit J is a print-out of the entirety of http://lewis-kappessucks.com, as of May 18, 2009.

I hereby affirm under the pains and penalties of perjury that the foregoing factual representations are true and correct.

Todd A. Richardson

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2009, that the foregoing was filed electronically. Notice and service was sent to the following party via United States Mail, postage prepaid, this 26th day of May, 2009:

Lucille M. Iacovelli
3 Deer Hollow Road
Forestdale, MA 02644-1714

I further certify that notice of the filing of the foregoing pleading was given to the following by sending a copy of the filing to the following individual via United States Mail, this 26th day of May, 2009:

Richard Bergeron
141 Green Street
Abington, MA 02351

s/Todd A. Richardson
Todd. A. Richardson

LEWIS & KAPPES, P.C.
One American Square, Suite 2500
Indianapolis, Indiana 46282
(317) 639-1210 (tel), (317) 639-4882 (fax)
jrompala@lewis-kappes.com

# EXHIBIT A

## Todd Richardson

**From:** Joseph P. Rompala
**Sent:** Tuesday, April 28, 2009 9:11 AM
**To:** Todd Richardson; Gary Price
**Cc:** Jack Wickes
**Subject:** FW: Dr. Eppley v. Lucille Iacovelli 1:09-cv-386 SEB-JMS: Electronic Service

Please see the below correspondence sent to me by Mr. Bergeron yesterday evening after emailing him the documents.

---

**From:** Rich Bergeron [mailto:rich.bergeron@gmail.com]
**Sent:** Monday, April 27, 2009 7:02 PM
**To:** Joseph P. Rompala
**Subject:** Re: Dr. Eppley v. Lucille Iacovelli 1:09-cv-386 SEB-JMS: Electronic Service

you guys are all fucked. How stupid can you be? Really?

You all have undergone years of training that should tell you that this behavior is not only unethical but punishable by heavy fines and/or disbarment in unique cases, which I will recommend when I file in MA against all of you.

You are giving me all the evidence I need to show you purposely intend to keep Iacovelli from her rights to free speech and due process and are deathly afraid of the prospect of her having any legal help whatsoever. That's because what you are doing is ILLEGAL.

Expect a Rule 11 Motion soon. 21 Days....

Better make them good ones.

On Mon, Apr 27, 2009 at 5:30 PM, Joseph P. Rompala <JRompala@lewis-kappes.com> wrote:

Please find attached documents filed today in the above captioned case.

Joseph P. Rompala

Associate Attorney

Lewis & Kappes, P.C.

One American Square, Suite 2500

Indianapolis, Indiana 46282

(317) 639-1210

Please consider the environment before printing this e-mail.

--
Rich Bergeron
Editor/Writer/Webmaster
www.unlimitedfightnews.com
www.fightnewsunlimited.com
www.combatsportscooperative.com
www.xyiencesucks.com
www.fightspaceonline.com
THE BEST FIGHT NEWS ON THE NET!!!
617-209-4325

SPONSORED BY:
www.tristatecagefighting.com
V-SHIELD:http://www.myspace.com/needinvestors
www.bulletfightgear.com
www.carnagefightgear.com
www.drinkredux.com
www.respekfightwear.com

# EXHIBIT B

**Todd Richardson**

---

**From:** Joseph P. Rompala

**Sent:** Tuesday, April 28, 2009 9:09 AM

**To:** Todd Richardson; Gary Price

**Subject:** FW: Dr. Eppley v. Lucille Iacovelli 1:09-cv-386 SEB-JMS: Electronic Service

This seems to be confirmation that Rich is continuing to serve as her lawyer.

---

**From:** Lucille [mailto:luciacovelli@gmail.com]
**Sent:** Tuesday, April 28, 2009 1:05 AM
**To:** Joseph P. Rompala
**Cc:** Rich Bergeron
**Subject:** Re: Dr. Eppley v. Lucille Iacovelli 1:09-cv-386 SEB-JMS: Electronic Service

I am not reading or opening any of these attachments. Your mail is being forwarded to Mr. Rich Bergeron.

You are harassing an ill and disabled person- me. Your continued harassment is causing me a degree of distress that threatens my survival.

STOP NOW.

On Mon, Apr 27, 2009 at 5:30 PM, Joseph P. Rompala <JRompala@lewis-kappes.com> wrote:

Please find attached documents filed today in the above captioned case.

Joseph P. Rompala

Associate Attorney

Lewis & Kappes, P.C.

One American Square, Suite 2500

Indianapolis, Indiana 46282

(317) 639-1210

Please consider the environment before printing this e-mail.

# EXHIBIT C

## Todd Richardson

**From:** Rich Bergeron [rich.bergeron@gmail.com]

**Sent:** Wednesday, April 29, 2009 1:10 AM

**To:** beppley@ologymd.com; Todd Richardson; Gary Price; Joseph P. Rompala

**Subject:** Rule 11 Sanctions Motion, Brief in Support of Rule 11 Sanctions

This email constitutes service of the attached documents.

I have been working directly with Lucille on these documents and am now forwarding them to you. If Dr. Eppley's claim is not withdrawn within the next 21 days, these motions will be filed with the Court.

# EXHIBIT D

**Todd Richardson**

---

**From:** BEppley [BEppley@ologymd.com]
**Sent:** Wednesday, April 29, 2009 6:47 AM
**To:** Todd Richardson
**Subject:** FW: Rule 11 Sanctions

*Barry L. Eppley, M.D., D.M.D.*
*Plastic Surgery*

---

**From:** Rich Bergeron [mailto:rich.bergeron@gmail.com]
**Sent:** Wed 4/29/2009 1:40 AM
**To:** BEppley
**Subject:** Rule 11 Sanctions

Just in case you decide not to read the court documents and let your layer ruin himself and you at the same time by ignoring the Rule 11 concerns, you should know that these documents seek over $1,000,000.00 in total sanctions against you and your attorneys collectively. If you do not withdraw your claims in 21 days, Lucille will file the Rule 11 documents with the court, and you will be required to answer for how you failed to verify that those suicide threats actually came from Lucille. They did not, and you know that, because either you or Andrea fabricated those posts.

Discovery will be ugly for you. I am meeting with Attorney Grossack later today, and we are going to help Lucille prepare for a grueling process of requesting documents and answers to questions related to Lucille's surgery and other malpractice cases you have been involved in. Depositions of Lucille and myself will prove nothing and will not help you or your case. As I've mentioned before, I have located a physician who concluded that you committed malpractice and recognized his last name as the same as that of an affiant in my Xyience case in Nevada. This physician WILL testify.

Furthermore, as is our legal right, Lucille and I will publish every document that comes out of this case and is entered into the docket's record.

You have 21 days to try to keep winning this case based on lies. See how far that gets you, and if you're still stupid enough to continue after that just don't ever say I never told you so.

Keep spending money on bloodsucking scumbag lawyers to fabricate this case further and you are only going to ruin yourself in the process.

You suck. Get used to it. You had your chance to fix this, but there will be no more deals or easy ways out from this point on. You had "thousands" of opportunities (if we are to believe your lawyer) to respond to Lucille's concerns and complaints in an amicable manner. You didn't. I gave you multiple chances to get yourself out of this frivolous case, and your lawyer idiotically made this effort by me part of the record. This will only strengthen Lucille's Rule 11 claims.

I warned you, I told you what would happen, and you ignored me. Now you will simply have to stand back as watch as the life you once knew crumbles around you.

Nothing will ever be the same again.

You have reached the point of no return.

No more threats, no more advanced notice of what goes up online and when. The **truth will be revealed**, the word of this injustice will be spread worldwide, and there's nothing you can do to stop it. Your lawyer can file all the motions in the world and bill you all the money in the world for his ridiculously over-priced time, and it will get you nowhere but further in the hole.

Last chance. Fold now or forever face the consequences.

Have a nice day,

Rich

# EXHIBIT E

**Todd Richardson**

**From:** Rich Bergeron [rich.bergeron@gmail.com]
**Sent:** Wednesday, April 29, 2009 7:31 PM
**To:** Todd Richardson
**Subject:** Re: Eppley lawsuit

Lucille and I just got done meeting with Attorney Grossack. He agreed to represent Lucille, and I will represent myself in bringing claims in Massachusetts state court against yourself, your fellow attorneys, Clarian Health Care Partners, and Eppley. We will start with unlawful imprisonment and conspiracy to commit abuses of process, abuse of process, Section 1983 claims, and whatever other 1st and 14th amendment claims apply. We will leave Judge Barker to the judicial complaint process to avoid going overboard in our claims and to ensure that the case will go to trial and is impervious to any type of Rule 11 concerns. Grossack said there might even be room for a Civil RICO claim considering the judge's relation to Daniel Evans and the unlikely event that all of these connections are mere coincidence. At any rate, this is fair warning.

Is it really worth it?

I know I have nothing to lose.

What will you lose in the long run?

Only time will tell.

Your poker face needs a facelift. You're not bluffing anyone. I will fight this with every fiber of my being.

Cut your losses. Find a case you can really believe in, and find a cause really worth fighting for, because here you are only doing a dis-service to yourself and your practice.

I don't make threats. These are promises.

You have a little more than 20 days now to withdraw the claim against Lucille. WIthin that time action will be filed against you here. Lucille will file an interlocutory appeal of the injunction, a writ of mandamus seeking a stay, and a motion to strike all your testimony as inadmissible and irrelevant. Lucille knows this is her chance to show once and for all that Dr. Eppley really is culpable for the damage he did. She wants this book written more than I do, and she will likely die before it's even published thanks to Dr. E.

You have 7 days...

Do the right thing.

# EXHIBIT F

**Todd Richardson**

**From:** Frank de Groot (Rent-a-Geek) [frank@rentageek.no]
**Sent:** Wednesday, April 29, 2009 6:09 PM
**To:** beppley@ologymd.com
**Cc:** Todd Richardson
**Subject:** www.losingface.org

I noticed you're making Lucille's web hosts shut down her blogs.

So I'm moving them all over to Russia :-)

www.losingface.org is up & running, just haven't come around to mirroring her stuff yet.
Will happen in 24 hours after her site is shut down though.

Eppley, you're a suicidal maniac but I'm not stopping ya.
Your blind hatred will be your own undoing.

Lucille will have extra time and money on her hands now I'll be soon taking care of all her internet-publicity matters.

I advise you to find a way to sue me Eppley, or else things might end up badly for you.

Sue Eppley, sue!

# EXHIBIT G

## Todd Richardson

**From:** Rich Bergeron [rich.bergeron@gmail.com]
**Sent:** Sunday, May 03, 2009 8:46 PM
**To:** Todd Richardson
**Subject:** Get an Injunction Against the IBJ

Hey Shit For Brains, Good Morning!!

I hope you had a productive weekend. I know Lucille and I did.

Have you seen the latest comment on the IBJ story?

Just in case you haven't:

**The doc is the real nutcase here.**
Eppley quote- "We are not dealing with a sane nor rational individual. This is a psychotic patient who has spent the past 7 years defaming me on the Internet without any basis of fact," Ha! Is he serious? It doesn't take a medical degree to recognize what was done to damage this lady's face and neck, not to mention turning her into an invalid. The real psychotic is Eppley himself. My thanks to Rich Bergeron for publishing Eppley's court filing. Eppley and his lawyer, Mr. Todd Richardson are made for each other.. both downright corrupt. Eppley's complaint is bullsh*t. The allegation of Trade Mark violation is laughable. The lawsuit is a poorly crafted trap intended to remove factual information about Eppley he couldn't have removed with a legitimate complaint. He uses every baseless reason to sue, yet not a word about his sexually explicit smutty email to his female patient posted on Ms. Iacovelli's website. Eppley is the one committing suicide here.. he's doing a great job of killing his own business. I hope Iacovelli sues this guy and his unethical lawyer, too. She has grounds and they are criminals.

You should really get a preliminary injunction against that story.

Or are you afraid that the newspaper might actually be able to fight back??

You're a coward, just like I told you in the beginning. Your cowardice and crookedness will shine through in the end, just like the truth.

The Court of Public Opinion is more powerful than any court you could drag Lucille into, and I'll be happy to show you that over the course of this litigation. Your 7 days are almost up, and this week I will be filing my own case against you and Eppley in Massachusetts. Expect service by Friday if you do not withdraw this bogus case and get on with your lousy lawyering elsewhere.

# EXHIBIT H

**Todd Richardson**

**From:** Rich Bergeron [rich.bergeron@gmail.com]
**Sent:** Thursday, May 14, 2009 5:03 AM
**To:** beppley@ologymd.com; Todd Richardson; Gary Price; Joseph P. Rompala
**Subject:** Service of Attached Documents

Lucille asked me to send the two attached pleadings to you. This email constitutes service.