GORDON SILVER
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gordonsilver.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Fertitta Enterprises, Inc.

E-Filed On 6/29/09

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

In re:

XYIENCE INCORPORATED,
a Nevada corporation,

Debtor.

XYIENCE INCORPORATED,
a Nevada corporation,

Plaintiff,

v.

RICHARD BERGERON, an individual,

Defendant.

RICHARD BERGERON, an individual,

Counterclaimant,

v.

XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada corporation,

Counterdefendants.

Case No.: BK-S-08-10474-MKN
Chapter 11

Adversary No. 08-1082-MKN

**CERTIFICATE OF SERVICE: REPLY OF COUNTERDEFENDANT, FERTITTA ENTERPRISES, INC., TO OPPOSITION TO MOTION TO STRIKE AFFIDAVITS FILED BY DEFENDANT/COUNTERCLAIMANT, RICHARD BERGERON, AND FOR CIVIL CONTEMPT AND FILING BAR**

Date: July 1, 2009
Time: 9:30 a.m.

1. On June 29, 2009, the foregoing documents were served by the following means to the persons as listed below:

☒ a. ECF System to: See attached ECF Confirmation Sheet

☒ a. By direct email to: Richard Bergergon: rich.bergeron@gmail.com

I declare under penalty of perjury that these facts are true to the best of my knowledge and belief.

DATED this 29th day of June, 2009.

Marsha Stallsworth, an employee of
Gordon Silver



Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

## File an answer to a motion:

08-01082-mkn XYIENCE INCORPORATED v. BERGERON

Type: ap Office: 2 (Las Vegas) Judge: mkn
Lead Case: 2-08-bk-10474

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from MATTHEW C. ZIRZOW entered on 6/29/2009 at 2:07 PM PDT and filed on 6/29/2009

**Case Name:** XYIENCE INCORPORATED v. BERGERON
**Case Number:** 08-01082-mkn
**Document Number:** 185

**Docket Text:**
Reply Filed by MATTHEW C. ZIRZOW on behalf of FERTITTA ENTERPRISES (Related document (s)[184] Opposition filed by Defendant RICHARD BERGERON.) (Attachments: # (1) Attachment No. 1) (ZIRZOW, MATTHEW)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\mds\Desktop\Fertitta's Reply to Bergeron's Opposition to Motion to Strike Affidavits filed by Bergerong and for Civil Contempt and Filing Bar.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=6/29/2009] [FileNumber=12786747-0
] [adc6a8fdf9a9403ded38dc32e4d4fd1dba581b05602747e2ebae9aaec8b87e3a188
00b062b2e4a807bdca0dea548ff19c1d62bec7f6a4296f83b176aea520b15]]
**Document description:** Attachment No. 1
**Original filename:**C:\Documents and Settings\mds\Desktop\Att 1.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=6/29/2009] [FileNumber=12786747-1
] [c16ac38014cd260a23b0753152239c90b5aacda361721a87d0a516410f51d724302
591e66653e6d559f488e3520ff8e7e59e82573fc97f969e56e55ad696a84a]]

**08-01082-mkn Notice will be electronically mailed to:**

LAUREL E. DAVIS on behalf of Plaintiff XYIENCE INCORPORATED
ldavis@fclaw.com, mhurtado@fclaw.com

GREGORY E GARMAN on behalf of Counter-Defendant FERTITTA ENTERPRISES
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

JON PEARSON on behalf of Plaintiff XYIENCE INCORPORATED
jpearson@fclaw.com, mhurtado@fclaw.com

MATTHEW C. ZIRZOW on behalf of Counter-Defendant FERTITTA ENTERPRISES
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

**08-01082-mkn Notice will not be electronically mailed to:**

RICH BERGERON on behalf of Counter-Claimant RICH BERGERON
147 OLD COUNTY ROAD
EAST SANDWICH, MA 02537

BARTHOLOMEW DONOVAN
UNKNOWN
LAS VEGAS, NV 89101

GARY NELSON
,

## MDS Marsha D. Stallsworth

| | |
|---|---|
| **From:** | MDS Marsha D. Stallsworth |
| **Sent:** | Monday, June 29, 2009 2:12 PM |
| **To:** | 'rich.bergeron@gmail.com' |
| **Subject:** | THIS CONSTITUTES SERVICE OF Dkt 185 Fertitta's Reply to Bergeron's Opposition to Motion to Strike |
| **Attachments:** | Dkt 185 Fertitta's Reply to Bergeron's Opposition to Motion to |

721883.pdf (2 MB)

Dkt 185 Fertitta's Reply to Bergeron's Opposition to Motion to Strike Affidavits filed by Bergerong and for Civil Contempt and Filing Bar.pdf