E-Filed On 9-15-09

GORDON SILVER
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gordonsilver.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Fertitta Enterprises, Inc.

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>XYIENCE INCORPORATED,<br>a Nevada corporation,<br><br>Debtor. | Case No.: BK-S-08-10474-MKN<br>Chapter 11<br><br>Adversary No. 08-1082-MKN |
| XYIENCE INCORPORATED,<br>a Nevada corporation,<br><br>Plaintiff,<br>v.<br><br>RICHARD BERGERON, an individual,<br><br>Defendant. | **CERTIFICATE OF SERVICE RE: OPPOSITION OF FERTITTA ENTERPRISES, INC., TO DEFENDANT AND COUNTERCLAIMANT, RICHARD BERGERON'S, EX PARTE MOTION: (1) TO DISMISS FOR FAILURE TO PROSECUTE; (2) FOR SUMMARY JUDGMENT ON COUNTERCLAIM; and (3) TO COMPEL HEARING ON RULE 9011 SANCTIONS** |
| RICHARD BERGERON, an individual,<br><br>Counterclaimant,<br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada corporation,<br><br>Counterdefendants. | Date: N/A<br>Time: N/A |

1. On September 14, 2009, the foregoing document was served by the following means to the persons as listed below:

☒ a. ECF System to: See attached ECF Confirmation Sheet

☒ a. By direct email to: Richard Bergeron: rich.bergeron@gmail.com

I declare under penalty of perjury that these facts are true to the best of my knowledge and belief.

DATED this 15th day of September, 2009.

Trish Huelsman, an employee of
Gordon Silver

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

## File an answer to a motion:

08-01082-mkn XYIENCE INCORPORATED v. BERGERON

Type: ap Office: 2 (Las Vegas) Judge: mkn

Lead Case: 2-08-bk-10474

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from MATTHEW C. ZIRZOW entered on 9/14/2009 at 4:57 PM PDT and filed on 9/14/2009

**Case Name:** XYIENCE INCORPORATED v. BERGERON
**Case Number:** 08-01082-mkn
**Document Number:** 188

**Docket Text:**
Opposition Filed by MATTHEW C. ZIRZOW on behalf of FERTITTA ENTERPRISES (Related document(s)[187] Motion to Dismiss Adversary Proceeding filed by Defendant RICHARD BERGERON, Counter-Claimant RICH BERGERON, Motion for Summary Judgment, Motion to Compel.) (ZIRZOW, MATTHEW)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\Opp Fertitta.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=9/14/2009] [FileNumber=13561940-0
] [c0b70fdde4a3cdb34c0ffaa183fa2f5061ce19993cac67da54a4127a04e8d93c5a9
078d4cce0f47dbd82770d39f0073325bcd48ce03243949557904bb389b056]]

**08-01082-mkn Notice will be electronically mailed to:**

LAUREL E. DAVIS on behalf of Plaintiff XYIENCE INCORPORATED
ldavis@fclaw.com, mhurtado@fclaw.com

GREGORY E GARMAN on behalf of Counter-Defendant FERTITTA ENTERPRISES
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

JON PEARSON on behalf of Plaintiff XYIENCE INCORPORATED
jpearson@fclaw.com, mhurtado@fclaw.com

MATTHEW C. ZIRZOW on behalf of Counter-Defendant FERTITTA ENTERPRISES
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com