FENNEMORE CRAIG, P.C.
Laurel E. Davis (NV Bar No. 3005)
Jon T. Pearson (NV Bar No. 10182)
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
E-mail: ldavis@fclaw.com
E-mail: jpearson@fclaw.com

Attorneys for Plaintiff/Counter-Defendant
Xyience Incorporated

**E-filed October 14, 2009**

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>XYIENCE INCORPORATED,<br>a Nevada corporation,<br><br>Debtor. | Chapter 11<br><br>No. BK-S-08-10474-MKN |
| XYIENCE INCORPORATED, a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD BERGERON, an individual<br><br>Defendant. | Adv. No. 08-01082 |
| RICHARD BERGERON, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada corporation,<br><br>Counterdefendants. | Date: N/A<br>Time:<br><br>**ATTORNEY INFORMATION SHEET RE: EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR THE PLAINTIFF/COUNTER-DEFENDANT** |

On behalf of the Plaintiff/Counter-Defendant, and as required by the Court, I have contacted the attorneys listed below regarding the proposed Order Shortening Time submitted herewith. They agree or disagree to the time being shortened, as indicated below.

| NAME | DATE CONTACTED | AGREE | DISAGREE |
|---|---|---|---|
| Greg Garman,<br>Counsel for Zyen, LLC | 10/8/09 | X | |
| Richard Bergeron,<br>In Pro Per | 10/8/09<br>(Mr. Bergeron was<br>Sent via email copies<br>Of the Motion and Declaration) | | X |

FENNEMORE CRAIG, P.C.

By: /s/ Laurel E. Davis
Laurel E. Davis (Nevada Bar No. 3005)

Counsel for Plaintiff/Counter-Defendant