**Entered on Docket**
**October 19, 2009**

**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>XYIENCE, INCORPORATED, a Nevada Corporation,<br>Debtor(s) | Case No. BK-S 08-10474-mkn<br><br>Chapter 11<br>Hearing Date: November 4, 2009<br>Hearing Time: 9:30 A.M. |
| XYIENCE, INCORPORATED, a Nevada Corporation,<br>Plaintiff,<br>v.<br>RICHARD BERGERON, an Individual,<br>Defendant, | |
| RICHARD BERGERON, an Individual,<br>Counter-Claimant,<br>v.<br>XYIENCE, INCORPORATED, a Nevada Corporation,<br>Counter-Defendant, | **ORDER SHORTENING TIME** |

**ORDER SHORTENING TIME**

This court having considered Plaintiff/Counter-Defendant's Ex Parte Application for Order Shortening Time for Hearing on their Motion to Withdraw as Counsel of Record for the Plaintiff/Counter-Defendant and good cause appearing,

IT IS HEREBY ORDERED that the Ex Parte Application for Order Shortening Time be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the Motion to Withdraw as Counsel of Record for the Plaintiff/Counter-Defendant shall be heard on shortened time by the Honorable Mike K. Nakagawa on November 4, 2009 at 9:30 A.M. in the Foley Federal Building located at 300 Las Vegas Boulevard South, Third Floor, Las Vegas, NV 89101;

IT IS FURTHER ORDERED that the Motion to Withdraw as Counsel of Record for the Plaintiff/Counter-Defendant together with any supporting documents, and this Order Shortening Time shall be served no later than one business day after the entry of the Order Shortening Time. Any objections or oppositions to the Motion to Withdraw as Counsel of Record for the Plaintiff/Counter-Defendant shall be filed by October 30, 2009;

IT IS SO ORDERED.

###