FENNEMORE CRAIG, P.C.
Laurel E. Davis (NV Bar No. 3005)
Jon T. Pearson (NV Bar No. 10182)
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
E-mail: ldavis@fclaw.com
E-mail: jpearson@fclaw.com

Attorneys for Plaintiff/Counter-Defendant
**Xyience Incorporated**

**E-filed November 10, 2009**

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>XYIENCE INCORPORATED, a Nevada corporation,<br><br>Debtor. | Chapter 11<br><br>No. BK-S-08-10474-MKN |
| XYIENCE INCORPORATED, a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD BERGERON, an individual<br><br>Defendant. | Adv. No. 08-01082 |
| RICHARD BERGERON, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada corporation,<br><br>Counterdefendants. | **NOTICE OF ENTRY OF ORDER** |

**NOTICE OF ENTRY OF ORDER**

Please take notice that on the 10th day of November, 2009, the Bankruptcy Court entered an Order Granting the Motion by Fennemore Craig, P.C. to Withdraw as Counsel For Plaintiff/Counterdefendant, a copy of the Order is attached.

DATED this 10th day of November, 2009.

FENNEMORE CRAIG, P.C.

/s/ Laurel E. Davis

By ______________________________

Laurel E. Davis

Counsel for Plaintiff/Counter-Defendant