Case 08-01082-mkn Doc 199 Entered 11/10/09 14:27:00 Page 1 of 3

Entered on Docket
November 10, 2009

Hon. Mike K. Nakagawa
United States Bankruptcy Judge

FENNEMORE CRAIG, P.C.
Laurel E. Davis (NV Bar No. 3005)
Jon T. Pearson (NV Bar No. 10182)
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
E-mail: ldavis@fclaw.com
E-mail: jpearson@fclaw.com

Attorneys for Plaintiff/Counter-Defendant
**Xyience Incorporated**

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>XYIENCE INCORPORATED,<br>a Nevada corporation,<br><br>Debtor. | Chapter 11<br><br>No. BK-S-08-10474-MKN<br><br>Adv. No. 08-01082 |
| XYIENCE INCORPORATED, a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD BERGERON, an individual<br><br>Defendant. | **ORDER GRANTING THE MOTION BY FENNEMORE CRAIG, P.C. TO WITHDRAW AS COUNSEL FOR PLAINTIFF/COUNTERDEFENDANT**<br><br>Date: November 4, 2009<br>Time: 9:30 a.m. |

Case 08-01082-mkn Doc 199 Entered 11/10/09 14:27:00 Page 2 of 3

RICHARD BERGERON, an individual,

Counterclaimant,

v.

XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada corporation,

Counterdefendants.

The Court heard the Motion by Fennemore Craig, P.C. to Withdraw as Counsel for Plaintiff/Counterdefendant ("Motion to Withdraw") on November 4, 2009 at 9:30 a.m. pursuant to Order Shortening Time, and considered the lack of opposition to the Motion to Withdraw. The Court having granted the Motion to Implement the Plan[1] filed by the Official Committee of Unsecured Creditors, and other good cause appearing,

IT IS HEREBY ORDERED that the Motion to Withdraw is Granted.

SUBMITTED BY:

FENNEMORE CRAIG, P.C.

By /s/ Laurel E. Davis
Attorneys for the Debtor

GORDON SILVER

By /s/ Gregory E. Garman
Attorneys for Fertitta Enterprises, Inc.

###

---

[1] *See*, Motion to Implement Plan and supporting Declarations filed in the chapter 11 case as Docket No. 342, 345 and 346.

78202.1

**LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies as follows:

[ ] The Court waived the requirement of approval under LR 9021, with the consent of counsel.

[x] The following counsel waived the requirement of approval:

Harley Goldstein, counsel for the Official Committee of Unsecured Creditors

[ ] No parties appeared or filed written objections, and there is no trustee appointed in this case.

[x] A copy of this proposed order was delivered to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below: (list each party and whether the party has approved or failed to respond to the document).

Greg Garman, counsel for Fertitta Enterprises, Inc.