RECEIVED
AND FILED

NOV 1 2010

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Rich Bergeron
PO Box 5212
Weirs Beach, NH 03247
Telephone: (617) 209-4325
Defendant as Pro Se Attorney

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>XYIENCE, INC., A Nevada Corporation<br><br>Debtor. | No. BK-S-08-10474-MKN<br>Chapter 11<br><br>Eighth Judicial District Court<br>Las Vegas, Clark County, Nevada<br>Case No. A544781, Dept. XXIII |
| XYIENCE INCORPORATED, a Nevada Corporation,<br>Plaintiff,<br><br>v.<br><br>RICHARD BERGERON, an individual<br>Defendant. | CASE NO. BK-2-08-AP-01082-MKN<br><br>**DEFENDANT AND COUNTER-CLAIMANT RICH BERGERON'S DESIGNATION OF EVIDENCE IN SUPPORT OF DEFENDANT AND COUNTER-CLAIMANT'S MOTION FOR SUMMARY JUDGMENT** |
| RICHARD BERGERON, an Individual,<br><br>Counterclaimant,<br><br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation<br><br>Counterdefendant | Hearing Date:<br><br>Time: 9:30 AM<br><br>Location: 300 Las Vegas Blvd. South<br>Courtroom #2<br>Las Vegas, NV 89101 |

**DEFENDANT AND COUNTER-CLAIMANT RICH BERGERON'S DESIGNATION OF EVIDENCE IN SUPPORT OF DEFENDANT AND COUNTER-CLAIMANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant and counter-claimant, Rich Bergeron, pursuant to Fed. R. Civ. Pro. 56, hereby submits his Designation of Evidence in Support of his Motion for Summary Judgment and designates the attached affidavit and the following evidentiary material of record relied upon in support of Bergeron's Motion for Summary Judgment:

1. Docket #s 30 (filed on 4-23-08), 37 (filed on 4-25-08), 48 (filed on 5-15-08), 53 (filed on 6-25-08), 55 (filed on 8-13-08), 58 (filed on 8-26-08), 85 (filed on 10-08-08), 103 (filed on 10-22-08), 124 (filed on 12-17-2008), and 135 (filed on 1-07-09): Entries by the court regarding continuances of scheduling conferences.
2. Docket # 161: Minute Entry Vacating Scheduling Conference.
3. Docket # 106: Amended Answer to Complaint and Counterclaim filed by Rich Bergeron on November 3, 2008.
4. Docket #107: Affidavit of Rich Bergeron in Support of Answer and Counterclaim filed by Rich Bergeron on November 3, 2008.
5. Docket #108: Affidavit of Bart Donovan filed by Bartholomew Donovan on November 3, 2008.
6. Docket #109: Affidavit of Gary Nelson filed by Gary Nelson on November 3, 2008.
7. Docket #110: Reply to Amended Counterclaim filed by Jon Pearson on behalf of Xyience, Inc.
8. Docket # 187: Ex Parte Motion to Dismiss Adversary Proceeding for Failure to Prosecute; Motion for Summary Judgment on Counterclaim; Motion to Compel Hearing on Rule 9011 Sanctions filed by Rich Bergeron on August 26, 2009.
9. Docket #188: Opposition Filed By Matthew C. Zirzow on behalf of Fertitta Enterprises on September 14, 2009.
10. Docket #190: Joinder to Docket # 188 filed by Jon Pearson on behalf of Xyience Incorporated.
11. Docket #191: Reply filed by Bergeron to Docket #s 188 and 190 on September 29, 2009.

12. Docket # 192: Motion to Withdraw as Attorney of Record filed by Laurel E. Davis on Behalf of Fennemore Craig, P.C. on October 08, 2009.
13. Docket # 193: Declaration of: Laurel E. Davis filed by Laurel E. Davis on behalf of Fennemore and Craig, P.C. on October 08, 2009.
14. Docket # 195: Ex Parte Application for Order Shortening Time To Hear Motion to Withdraw as Counsel of Record for the Plaintiff/Counter-Defendant filed by Laurel Davis on behalf of Xyience, Inc.
15. Docket #197: Order Shortening Time filed October 19, 2009.
16. Docket # 199: Order Granting Fennemore Craig, P.C. Motion to withdraw as Counsel.

DATED this 11th of November, 2010

IN PROPER PERSON

Rich Bergeron
PO BOX 5212
Weirs Beach, NH 03247
617-209-4325
Attorney Pro-Se
Rich.Bergeron@gmail.com