Rich Bergeron
PO Box 5212
Weirs Beach, NH 03247
Telephone: (617) 209-4325
Defendant as Pro Se Attorney

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In Re:

XYIENCE, INC., A Nevada Corporation

Debtor.

---

XYIENCE INCORPORATED, a Nevada Corporation,
Plaintiff,

v.

RICHARD BERGERON, an individual
Defendant.

---

RICHARD BERGERON, an Individual,

Counterclaimant,

v.

XYIENCE INCORPORATED, a Nevada corporation

Counterdefendant

---

No. BK-S-08-10474-MKN
Chapter 11

Eighth Judicial District Court
Las Vegas, Clark County, Nevada
Case No. A544781, Dept. XXIII

CASE NO. BK-2-08-AP-01082-MKN

**DEFENDANT/COUNTER-CLAIMANT RICH BERGERON'S CERTIFICATE OF SERVICE**

Hearing Date:

Time: 9:30 AM

Location: 300 Las Vegas Blvd. South
Courtroom #2
Las Vegas, NV 89101

RECEIVED
AND FILED
2010 NOV 19 AM 11:42
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

# CERTIFICATE OF SERVICE

1. On November 17th, 2010 I served the following documents:

DEFENDANT AND COUNTER-CLAIMANT RICH BERGERON'S BRIEF AND MEMORANDUM OF FACT IN SUPPORT OF DEFENDANT AND COUNTER-CLAIMANT'S MOTION FOR SUMMARY JUDGMENT

DEFENDANT AND COUNTER-CLAIMANT RICH BERGERON'S AFFIDAVIT IN SUPPORT OF DEFENDANT AND COUNTER-CLAIMANT'S MOTION FOR SUMMARY JUDGMENT

DEFENDANT AND COUNTER-CLAIMANT RICH BERGERON'S DESIGNATION OF EVIDENCE IN SUPPORT OF DEFENDANT AND COUNTER-CLAIMANT'S MOTION FOR SUMMARY JUDGMENT

DEFENDANT/COUNTER-CLAIMANT RICH BERGERON'S DISPOSITIVE MOTION FOR SUMMARY JUDGMENT

NOTICE TO COUNTER-DEFENDANT AND DEBTOR XYIENCE REGARDING THE FILING OF MOTION FOR SUMMARY JUDGMENT

2. I served the above-named documents by the following means to the persons as listed below:

[x] a. By U.S. mail:

XYIENCE, INC. TRUSTEE COUNSEL JONATHAN A. BACKMAN
117 NORTH CENTER ST
BLOOMINGTON, IL 61701

XYIENCE, INC. TRUSTEE DAVID HERZOG
77 W WASHINGTON ST., ST 1717
CHICAGO, IL 60602

3. I declare under penalty of perjury that the foregoing is true and correct.

DATED this 17th of November, 2010

IN PROPER PERSON

Rich Bergeron
PO BOX 5212
Weirs Beach, NH 03247
617-209-4325
Attorney Pro-Se
Rich.Bergeron@gmail.com