RECEIVED & FILED

DEC 15 11 51 AM '10

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Rich Bergeron
PO Box 5212
Weirs Beach, NH 03247
Telephone: (617) 209-4325
Defendant/Counter-Claimant as Pro Se Attorney

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br>XYIENCE, INC., A Nevada Corporation<br>Debtor. | No. BK-S-08-10474-MKN<br>Chapter 11<br>Eighth Judicial District Court<br>Las Vegas, Clark County, Nevada<br>Case No. A544781, Dept. XXIII |
| XYIENCE INCORPORATED, a Nevada Corporation,<br>Plaintiff,<br>v.<br>RICHARD BERGERON, an individual<br>Defendant. | CASE NO. BK-2-08-AP-01082-MKN<br>**DEFENDANT AND COUNTER CLAIMANT'S NOTICE OF HEARING ON MOTION FOR LEAVE TO AMEND RULE 9011 SANCTIONS MOTION AND MOTION FOR SUMMARY JUDGMENT** |
| RICHARD BERGERON, an individual,<br>Counterclaimant,<br>v.<br>XYIENCE INCORPORATED<br>Counterdefendant. | Hearing Date: February 10, 2011<br>Time: 9:30 AM<br>Location: 300 Las Vegas Blvd. South<br>Courtroom #2<br>Las Vegas, NV 89101 |

**DEFENDANT AND COUNTER CLAIMANT'S NOTICE OF HEARING ON MOTION FOR LEAVE TO AMEND RULE 9011 SANCTIONS MOTION AND MOTION FOR SUMMARY JUDGMENT**

**NOTICE IS HEREBY GIVEN** that on November 19, 2010, Rich Bergeron, as pro-se attorney for an adversary proceeding in above-captioned Chapter 11 case, filed his:

*Defendant and Counter Claimant's Motion for Leave to Amend Rule 9011 Sanction Motion*, with supporting evidence and certificate of service.

*Defendant and Counter Claimant's Motion For Summary Judgment,* with supporting evidence and certificate of service.

These Motions seek the entry of an order approving Bergeron's request for summary judgment against the estate on his counterclaim and an order allowing Bergeron to amend the outstanding sanctions request once more due to new information and the need to add a new party: Michael Levy.

Bergeron has served all respondents to the initial amended motion properly (see exhibit 1 receipt and certified letter return sheets) indicating no failures in service. None of the email respondents initiated any return message indicating the proper representatives did not receive copies of the applicable documents related to this hearing.

Any Opposition to the Motion must be filed pursuant to Local Rule 9014(d), which states:

Any opposition to a motion must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule.

PLEASE TAKE FURTHER NOTICE that any opposition must be served and filed on movant on before January 26, 2011.

If you object to the relief requested, you must file a WRITTEN response to this pleading with

the Court. You must also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

(a) The court may refuse to allow you to speak at the scheduled hearing; and

(b) The court may rule against you without formally calling the matter at the hearing.

NOTICE IS FURTHER GIVEN that the hearing on said Motion will be held before a United States Bankruptcy Judge in the Foley Federal Building, 300 Las Vegas Boulevard South, Third Floor, Las Vegas, Nevada on February 10, 2011, at 9:30 a.m.

Dated: December 9, 2010

IN PROPER PERSON

[signature]

Rich Bergeron
PO Box 5212
Weirs Beach, NH 03247
617-209-4325
Attorney Pro-Se
Rich.Bergeron@gmail.com

# *CERTIFICATE OF SERVICE*

**1. On December 9, 2010 I served the attached notice and evidence.**

**2. I served the above-named documents by the following means to the persons as listed below:**

**[x] a. By First Class U.S. mail:**

**Original Xyience, Inc. Attorney Jamie Cogburn:**

9555 S. Eastern Avenue
Suite 280
Las Vegas, NV 89123

**William Bullard on behalf of himself and Zyen, LLC:**

1335 E. Sunset Road, SUITE J
Las Vegas, NV 89119

**Karim Maskatiya:**

7244 Fisher Island Dr
Miami Beach, FL 33109

**Omer Sattar:**

662 Tam 0 Shanter
Las Vegas, Nevada 89109

**Zuffa, LLC:**

2960 West Sahara Avenue
Suite 100
Las Vegas, NV 89102

**Station Casinos, Inc.:**

1505 SOUTH PAVILLION CENTER DRIVE
Las Vegas, NV 89135

**Michael Levy:**

1335 E. Sunset Road Suite # J-H
Las Vegas, Nevada 89119

**Kirk Sanford:**

7199 Ranchito Circle
Las Vegas, Nevada 89120

[x] b. **By direct email (as opposed to through the ECF system):**

**XYIENCE, Inc.:**
**C/O Jon Backman & David Herzog (Trustee's Counsel and Trustee, respectively)**

jbackman@backlawoffice.com, drhlaw@mindspring.com

**Attorney John Mowbray (Director) and Laurel Davis and their firm: Fennemore Craig:**

JMOWBRAY@fclaw.com
LDAVIS@fclaw.com

**Attorney Jon Pearson, formerly of Fennemore Craig and now with Ballard Spahr, LLP:**

pearsonj@ballardspahr.com

**Attorney Pamela Lawson and her firm Hunterton and Associates, also operating in the past on behalf of ADAM FRANK**

plawson@huntertonlaw.com

**LAWRENCE J. SEMENZA, also on behalf of ADAM FRANK:**

lsemenza@bhfs.com; orodriguez@bhfs.com

**TODD L. BICE, also on behalf of ADAM FRANK:**

lit@pisanellibice.com, mar@pisanellibice.com

**MICHAEL N. FEDER on behalf of ZUFFA MARKETING, LLC:**

mfeder@lrlaw.com, cwrangham@lrlaw.com;nfortenberry@lrlaw.com

**Attorneys Matthew C. Zirzow and Gregory Garman and their firm: Gordon and Silver, LTD, on behalf of Fertitta Enterprises, Lorenzo Fertitta, Estate of Frank Fertitta Jr., and Frank Fertitta III:**

bankruptcynotices@gordonsilver.com; bknotices@gordonsilver.com

**ANTHONY W. AUSTIN on behalf of ZUFFA MARKETING, LLC:**

aaustin@lrlaw.com

I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**3. I declare under penalty of perjury that the foregoing is true and correct.**

**DATED this 9th of December, 2010**

**IN PROPER PERSON**

**Rich Bergeron**
**PO BOX 5212**
Weirs Beach, NH 03247
**617-209-4325**
**Attorney Pro-Se**
**Rich.Bergeron@gmail.com**

# EXHIBIT 1

DATE [illegible] TIME
[illegible] [illegible]

[illegible] SERVICE [illegible]

[illegible] $[illegible].47

DEBIT SALE

ACCT. NUMBER EXP
[illegible] [illegible]

TRN # CLERK ID RECEIPT # AUTH
[illegible] [illegible] [illegible] [illegible]

[illegible] POSTAGE
[illegible]

[illegible] DELIVERY [illegible]

CUSTOMER [illegible]

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Zyen, LLC
C/o William J. Bullard
1335 E. Sunset Rd.
Suite J
Las Vegas, NV 89119

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) [handwritten] C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Transfer from service label)* 7009 0960 0000 0572 7882

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Zuffa, LLC
2960 West Sahara Ave.
Suite 100
Las Vegas, NV 89102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☒ Agent ☐ Addressee

B. Received by (*Printed Name*) C. Date of Delivery 11-22-10

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Transfer from service label)* 7009 0960 0000 0572 7899

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Station casinos
1505 South Pavillion Center Drive
Las vegas, NV 89135

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [illegible] ☐ Agent ☐ Addressee

B. Received by (Printed Name) Denise Nelson

C. Date of Delivery NOV 22 2010

D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7009 0960 0000 0572 7936

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Omer Sattar
662 Tam O Shanter
Las vegas, NV 89109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee

B. Received by (Printed Name) [illegible]

C. Date of Delivery 11/22

D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7009 0960 0000 0572 7912

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Levy
1335 E. Sunset Rd.
Suite #J-H
Las Vegas, NV 89119

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [illegible] ☐ Agent ☐ Addressee

B. Received by (Printed Name) [illegible] C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

3. Service Type ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Karim Maskatiya
7244 Fisher Island Drive
Miami Beach, FL 33109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [illegible] ☐ Agent ☐ Addressee

B. Received by (Printed Name) Ana Mayorga C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

3. Service Type ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7009 0960 0000 0572 7943

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jamie Cogburn
9555 S Eastern Ave.
Suite 280
Las Vegas, NV 89123

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [illegible] ☒ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery [illegible]

D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☒ No

3. Service Type ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7009 0960 0000 0572 7929

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540