GORDON SILVER
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Fertitta Enterprises, Inc. and Zyen, LLC

E-Filed On 2/2/11

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>XYIENCE INCORPORATED, a Nevada corporation,<br><br>Debtor. | Case No.: BK-S-08-10474-MKN<br>Chapter 11<br><br>Adversary No. 08-1082-MKN |
| XYIENCE INCORPORATED, a Nevada corporation,<br><br>Plaintiff,<br>v.<br><br>RICHARD BERGERON, an individual,<br><br>Defendant. | Date: N/A<br>Time: N/A |
| RICHARD BERGERON, an individual,<br><br>Counterclaimant,<br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada corporation,<br><br>Counterdefendants. | |

**CERTIFICATE OF SERVICE OF THE OPPOSTION OF COUNTERDEFENDANT, FERTITTA ENTERPRISES, INC., TO DEFENDANT/COUNTERCLAIMANT, RICHARD BERGERON'S MOTION FOR LEAVE TO AMEND RULE 9011 SANCTIONS MOTION**

I hereby certify that on January 27, 2011, the Opposition of Counterdefendant, Fertitta Enterprises, Inc., to Defendant/Counterclaimant, Richard Bergeron's Motion for Leave to Amend Rule 9011 Sanctions Motion was served by the following means to the persons as listed below:

☒ ECF System to: See attached ECF Confirmation Sheet

On January 28, 2011, the same was served by the following means to the persons as listed below:

☒ By direct email to: Richard Bergergon: rich.bergeron@gmail.com

I declare under penalty of perjury that these facts are true to the best of my knowledge and belief.

DATED this 28th day of January, 2011.

Erin Salvador, an employee of
GORDON SILVER



Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

## File an answer to a motion:

08-01082-mkn XYIENCE INCORPORATED v. BERGERON

Type: ap Office: 2 (Las Vegas) Judge: mkn
Lead Case: 2-08-bk-10474

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from GREGORY E GARMAN entered on 1/27/2011 at 5:34 PM PST and filed on 1/27/2011

**Case Name:** XYIENCE INCORPORATED v. BERGERON
**Case Number:** 08-01082-mkn
**Document Number:** 220

**Docket Text:**
Opposition *of Counterdefendant, Fertitta Enterprises, Inc., to Defendant/Counterclaimant, Richard Bergeron's Motion for Leave to Amend Rule 9011 Sanctions Motion* Filed by GREGORY E GARMAN on behalf of FERTITTA ENTERPRISES (Related document(s)[207] Motion to Amend filed by Defendant RICHARD BERGERON, Counter-Claimant RICH BERGERON, Motion for Sanctions.) (GARMAN, GREGORY)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\Fertitta Opps.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/27/2011] [FileNumber=18429635-0
] [51112d020d543a637eddcc9de68a69e4540085d774ec790fd471cb0d879044c0be0
ef7583e246f9ff2c29c67842127262a59dd546bc15902e3737f62c69deabd]]

**08-01082-mkn Notice will be electronically mailed to:**

LAUREL E. DAVIS on behalf of Plaintiff XYIENCE INCORPORATED
ldavis@fclaw.com, mhurtado@fclaw.com

GREGORY E GARMAN on behalf of Counter-Defendant FERTITTA ENTERPRISES
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

JON T PEARSON on behalf of Plaintiff XYIENCE INCORPORATED
pearsonj@ballardspahr.com, LVDocket@ballardspahr.com;koronac@ballardspahr.com

MATTHEW C. ZIRZOW on behalf of Counter-Defendant FERTITTA ENTERPRISES
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

**08-01082-mkn Notice will not be electronically mailed to:**

RICH BERGERON on behalf of Counter-Claimant RICH BERGERON
147 OLD COUNTY ROAD
EAST SANDWICH, MA 02537

BARTHOLOMEW DONOVAN
UNKNOWN
LAS VEGAS, NV 89101

FENNEMORE CRAIG, P.C.
300 SO FOURTH ST., STE #1400
LAS VEGAS, NV 89101

GARY NELSON
,