C. Stanley Hunterton, Esq.
HUNTERTON & ASSOCIATES
333 S. 6th Street
Las Vegas, NV 89101
(702) 388-0098

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| IN RE:<br><br>XYIENCE INCORPORATED,<br>a Nevada corporation,<br><br>Debtor. | ) | Chapter 11<br><br>No. BK-S-08-10474-MKN<br><br>**NOTICE OF REQUEST TO BE REMOVED FROM MAILING MATRIX AND ELECTRONIC SERVICE LIST** |
| XYIENCE INCORPORATED, a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD BERGERON, an individual,<br><br>Defendant. | ) | Adversary Case No.: BK-S-08-01082-MKN |
| RICHARD BERGERON, an individual,<br><br>Counterclaimant,<br><br>vs.<br><br>XYIENCE INCORPORATED, a Nevada Corporation,<br><br>Counterdefendant. | ) | |

TO: THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF NEVADA.

C. Stanley Hunterton, Esq., of the law firm of HUNTERTON & ASSOCIATES, hereby requests removal of C. Stanley Hunterton, Esq., Pamela R. Lawson, Esq., and the

HUNTERTON
&
ASSOCIATES
ATTORNEYS AT LAW
333 South Sixth Street
Las Vegas, NV 89101
(702) 388-0098

Hunterton & Associates company address from the mailing matrix and electronic service list in the above entitled matter.

**DATED** this 3rd day of February, 2011.

Respectfully submitted,

**HUNTERTON & ASSOCIATES**

By: /S/ C. STANLEY HUNTERTON
C. STANLEY HUNTERTON
333 South Sixth Street
Las Vegas, Nevada 89101
(702) 388-0098

**CERTIFICATE OF SERVICE**

**IT IS HEREBY CERTIFIED** by the undersigned that I am an employee of HUNTERTON & ASSOCIATES and that pursuant to Fed.R.Civ.P. 30(b)(6), on the 3rd day of February, 2011, the ***NOTICE OF REQUEST TO BE REMOVED FROM MAILING MATRIX AND ELECTRONIC SERVICE LIST*** was served by electronic filing, addressed to the parties listed on the Bankruptcy Court's Electronic Mail Notice List.

By: [signature]
An employee of **HUNTERTON & ASSOCIATES**

**HUNTERTON & ASSOCIATES**
ATTORNEYS AT LAW
333 South Sixth Street
Las Vegas, NV 89101
(702) 388-0098