Entered on Docket
March 04, 2011

Hon. Lloyd King
United States Bankruptcy Judge

GORDON SILVER
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorney for Fertitta Enterprises, Inc. and Zyen, LLC

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>XYIENCE, INCORPORATED,<br>a Nevada corporation,<br><br>Debtor. | Case No.: BK-S-08-10474-MKN<br>Chapter 11 |
| XYIENCE INCORPORATED,<br>a Nevada corporation,<br><br>Plaintiff,<br>v.<br><br>RICHARD BERGERON, an individual,<br><br>Defendant. | Adversary No. 08-1082-MKN |
| RICHARD BERGERON, an individual,<br><br>Counterclaimant, | Date: February 10, 2011<br>Time: 9:30 a.m. |



Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

v.

XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada corporation,

Counterdefendants.

**ORDER DENYING DEFENDANT AND COUNTERCLAIMANT'S MOTION FOR LEAVE TO AMEND RULE 9011 SANCTIONS MOTION**

Defendant and Counterclaimant's Motion for Leave to Amend Rule 9011 Sanctions Motion (the "Leave to Amend Motion")[1] [Docket No. 207] filed by Defendant/Counterclaimant, Richard Bergeron ("Mr. Bergeron") came on for hearing before this Court on February 10, 2011, at 9:30 a.m. Mr. Bergeron appeared *pro se*, Gregory, E. Garman, Esq. of the law firm of Gordon Silver appeared on behalf of Fertitta Enterprises, Inc. ("Fertitta Enterprises") and Zyen, LLC ("Zyen"). Laurel Davis, Esq. of the law firm of Fennemore Craig, P.C. ("Fennemore Craig") appeared on behalf of herself, Fennemore Craig, John H. Mowbray, Esq. of Fennemore Craig, and Jon T. Pearson, a former associate of Fennemore Craig (collectively, the "Fennemore Craig Parties"). Jonathan A. Backman, Esq. of the Law Office of Jonathan A. Backman appeared on behalf of David Herzog, the Liquidating Trustee. The Court having reviewed the Leave to Amend Motion filed by Mr. Bergeron, stated its findings of fact and conclusions of law on the record at the hearing, which findings of fact and conclusions of law are incorporated herein by this reference in accordance with Rule[2] 52, and made applicable to this adversary proceeding by Bankruptcy Rule 7052; and good cause appearing therefor;

. . .

. . .

. . .

[1] All capitalized, undefined terms shall have the meaning attributed to them in the Leave to Amend Motion.

[2] All references to "Section" herein shall be to the Bankruptcy Code appearing in Title 11 of the U.S. Code; all references to a "Rule" shall refer to the Federal Rules of Civil Procedure; all references to a "Bankruptcy Rule" shall refer to the Federal Rules of Bankruptcy Procedure; and all references to a "Local Rule" shall refer to the Local Rules of Practice of the U.S. District Court for the District of Nevada (or Bankruptcy Practice, where applicable).





Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

IT IS HEREBY ORDERED that:

1. The Leave to Amend Motion shall be denied in its entirety; and
2. Bergeron shall be prohibited from making any further telephonic appearances in the United States Bankruptcy Court for the District of Nevada.

PREPARED AND SUBMITTED:

GORDON SILVER

By: ______________________________

GREGORY E. GARMAN, ESQ.
3960 Howard Hughes Parkway, 9th Floor
Las Vegas, Nevada 89169
Attorneys for Fertitta Enterprises, Inc.
and Zyen, LLC





Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

**LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☒ The court waived the requirement of approval under LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objection to the form or content of the order.

###





Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555