UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| In re:<br><br>XYIENCE, INCORPORATED,<br>A NEVADA CORPORATION<br><br>Debtor(s) | Bankruptcy No.: 08-10474-MKN<br><br>Adv No: **08-01082-MKN**<br><br>BAP: |
| RICHARD BERGERON,<br>AN INDIVIDUAL<br>Appellant(s)<br>vs<br><br>XYIENCE, INCORPORATED,<br>A NEVADA CORPORATION<br><br>Appellee(s) | Appeal Ref: 11-14<br><br>NOTICE OF REFERRAL OF APPEAL TO BANKRUPTCY APPELLATE PANEL |

TO: ALL PARTIES IN APPEAL:

YOU ARE HEREBY NOTIFIED that a Notice of Appeal has been filed by RICHARD BERGERON with the Clerk of the Bankruptcy Court on 03/18/2011 . By virtue of orders of the Judicial Council of the Ninth Circuit and the District Court for this district, the above appeal has been referred to the U.S. Bankruptcy Appellate Panels of the Ninth Circuit (BAP).

Any party desiring to object to such referral must do so in conformity with the foregoing orders and their provisions for reference to BAP, a copy thereof being attached.

For further information, you may contact the Clerk of the Bankruptcy Appellate Panel at 125 South Grand Ave, Pasadena, CA 91105, or phone (626) 229-7225.

DATE: 03/22/2011

Mary A. Schott, CLERK

By: /S/ M. BREAREY
____________________
Deputy Clerk
U.S. Bankruptcy Court
300 Las Vegas Blvd., So.
Las Vegas, NV 89101

CC:

BANKRUPTCY APPELLATE PANEL
125 SOUTH GRAND AVENUE
PASADENA, CA 91105

RICHARD BERGERON
PO BOX 5212
WEIRS BEACH, NH 03247

ORIGINAL XYIENCE, INC.
C/O ATTORNEY JAMIE COGBURN
9555 S. EASTERN AVENUE, SUITE 280
LAS VEGAS, NV 89123

ZYEN, LLC.
C/O WILLIAM BULLARD
135 E. SUNSET ROAD, SUITE J
LAS VEGAS, NV 89119

KARIM MASKATIYA
7244 FISHER ISLAND DR
MIAMI BEACH, FL 33109

OMER SATTAR
662 TAM O SHANTER
LAS VEGAS, NV 89109

ZUFFA, LLC
2960 WEST SAHARA AVENUE, SUITE 100
LAS VEGAS, NV 89102

STATION CASINOS, INC.
1505 SOUTH PAVILLION CENTER DRIVE
LAS VEGAS, NV 89135

MICHAEL LEVY
1335 E. SUNSET ROAD SUITE #J-H
LAS VEGAS, NV 89119

KIRK SANFORD
7199 RANCHITO CIRCLE
LAS VEGAS, NV 89120