# TRANSMITTAL FORM

**TO:** BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
125 South Grand Avenue, Pasadena, CA 91105

**FROM:** BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA - SOUTHERN
District Office No. 0978/2

**CASE NAME** XYIENCE, INCORPORATED, A NEVADA CORPORATION VS. RICHARD BERGERON, AN INDIVIDUAL

**BANKRUPTCY NO** 08-10474-MKN

**ADVERSARY NO** 08-01082-MKN

**APPEALS FILED IN THE SAME BANKRUPTCY CASE OR IN A RELATED ADV CASE** N/A

**REFERENCE NO** 11-14
**BANKRUPTCY JUDGE** MIKE K. NAKAGAWA

**DATE NOTICE OF APPEAL FILED** 03/18/2011
** MOTION FOR LEAVE TO APPEAL INFORMA PAUPERIS FILED BY APPELLANT

**DATE OF ENTRY OF ORDER APPEALED** 03/04/2011

**DATE BANKRUPTCY FILED** 01/18/2008

**DATE NOTICE OF APPEAL AND NOTICE OF OBJECTION PERIOD MAILED TO PARTIES** 03/22/2011

**DATE OF TRANSMITTAL** 03/22/2011

The entire case docket can be viewed electronically at www.nvb.uscourts.gov through PACER.

/S/ M. BREAREY
DEPUTY CLERK