United States Bankruptcy Court
District of Nevada

XYIENCE INCORPORATED,
Plaintiff

Adv. Proc. No. 08-01082-mkn

BERGERON,
Defendant

# CERTIFICATE OF NOTICE

District/off: 0978-2 User: breareymr Page 1 of 1 Date Rcvd: Mar 22, 2011
Form ID: apmemo2 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2011.

intp +U.S. BANKRUPTCY COURT DISTRICT OF NV, LAS VEGAS, 300 LAS VEGAS BLVD S., LAS VEGAS, NV 89101-5833

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****

NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 24, 2011** **Signature:** Joseph Speetjens

# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number 08−10474−mkn**
**Chapter 11**
**Adversary Proceeding Number 08−01082−mkn**
**Appeal Reference Number 11−14**
**BAP Number**
**USDC Case Number**

In re:
XYIENCE, INCORPORATED , Debtor(s)

---

XYIENCE INCORPORATED, Plaintiff(s)

vs

RICHARD BERGERON, Defendant(s)

---

RICHARD BERGERON, AN INDIVIDUAL , Appellant(s)

vs

XYIENCE, INCORPORATED, A NEVADA CORPORATION , Appellee(s)

---

MEMORANDUM

To: ALL PARTIES IN APPEAL

From: U.S. Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101

The following item(s) are required for the above referenced appeal to proceed timely:

**Designation of Record On Appeal** must be filed at the Bankruptcy Clerk's Office 14 days after the filing of the Notice of Appeal. It must include the exact hearing dates of transcripts, exact titles and filing dates of all pleadings and exhibits. If any party includes a transcript, it must immediately be ordered by filing a Transcript Order Form with the Clerk's Office and make arrangements for payment with our Electronic Court Recorders.

The **Statement Of Issues** must also be filed at the Bankruptcy Clerk's Office 14 days after filing the Notice of Appeal. The Appellee is allowed 14 days after service of the Appellant Statement of Issues and Designation of Record to file an Additional/Supplemental Designation of Record.

**IF THE ABOVE ARE NOT COMPLIED WITH, THE BANKRUPTCY CLERK WILL FILE A STATUS REPORT WITH THE BANKRUPTCY APPELLATE PANEL OR THE U.S. DISTRICT COURT**

**INDICATING WHY THE BANKRUPTCY CLERK HAS BEEN UNABLE TO FORWARD THE RECORD ON A TIMELY BASIS.**

**PLEASE NOTE THE FOLLOWING REGARDING THE RECORD ON APPEAL:**

Pursuant to Local Rule 8009(a), **Excerpts of Record** shall be filed by the parties on appeals to the District Court in the same manner as required by Federal Rules Bankruptcy Procedures 8009(b) for appeals to the Bankruptcy Appellate Panel. A party filing excerpts of record with the District Court shall file two copies to be bound separately from the briefs. A party filing excerpts of record with the Bankruptcy Appellate Panel shall file the number of copies as required by the 9th Circuit Bankruptcy Appellate Panel. Copies of the designated record no longer need to be delivered to the Clerk of the Bankruptcy Court unless there is a separate request per Local Rule 8006(a)(2).

BY THE COURT

Mary A. Schott

Mary A. Schott
Clerk of the Bankruptcy Court