RECEIVED AND FILED

MAR 28 12 02 PM '11

U.S. B... COURT
MARY A. ... CLERK

Richard E. Bergeron III
PO Box 5212
Weirs Beach, NH 03247
Pro-Se
Email: Rich.Bergeron@gmail.com
617-209-4325

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>XYIENCE, INCORPORATED,<br>A Nevada Corporation,<br><br>Debtor. | Case No: BK-S-08-10474-MKN<br>Chapter 11<br><br>Adversary No. 08-1082-MKN<br><br>Appeal Ref. No. 11-14 |
| XYIENCE, INCORPORATED,<br>A Nevada Corporation,<br><br>Plaintiff.<br><br>v.<br><br>RICHARD BERGERON, an individual,<br><br>Defendant. | |
| RICHARD BERGERON, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation,<br><br>Counterdefendant. | **DESIGNATION OF RECORD ON APPEAL**<br><br>Hearing Date: n/a<br>Time: n/a |

**DEFENDANT AND COUNTERCLAIMANT RICHARD E. BERGERON'S DESIGNATION OF RECORD ON APPEAL**

TO THE HONORABLE JUDGES OF THE 9TH CIRCUIT BANKRUPTCY APPEALS PANEL:

NOW COMES Appellant, Rich Bergeron, and submits this Designation of Record on Appeal, and requests that the following items be contained in the record of this appeal:

1. Docket #207: Defendant and Counter Claimant's Motion for Leave to Amend Rule 9011 Sanction Motion, Filed by RICH BERGERON, Docketed on 11/19/2010.

2. Docket #208, Affidavit of Rich Bergeron in Support of Defendant and Counter Claimant's Motion For Leave to Amend Rule 9011 Sanction Motion, Filed by Rich Bergeron, Docketed on 11/19/2011.

3. Docket #219, Opposition to Defendant and Counterclaimant, Richard Bergeron's, Motion For Leave to Amend Rule 9011 Sanctions Motion with Certificate of Service Filed by LAUREL E. DAVIS on behalf of FENNEMORE CRAIG, P.C., Docketed on 1/27/2011.

4. Docket # 220, Opposition of Counterdefendant, Fertitta Enterprises, Inc., to Defendant/Counterclaimant, Richard Bergeron's Motion for Leave to Amend Rule 9011 Sanctions Motion Filed by GREGORY E GARMAN on behalf of FERTITTA ENTERPRISES, Docketed 1/27/2011.

5. Docket #224, Order Denying Defendant and Counterclaimant's Motion for

Leave to Amend Rule 9011 Sanctions Motion, Docketed on 3/04/2011.

6. Docket #226, Notice of Appeal, Defendant and Counterclaimant Richard E. Bergeron's Motion for Leave to Appeal Informa Pauperis and Motion and Affidavit for Permission to Appeal In Forma Pauperis Filed by RICHARD BERGERON. Appeal Reference # 11-14, Docketed on 3/18/2011.

7. Full Transcript of 3/10/2011 Motion to Amend hearing, which should be provided to the appellate panel at no cost to appellant Bergeron due to the state of his financial affairs delineated in the paperwork associated with Docket #226. Bergeron cannot afford the fees associated with the preparation of a transcript for this purpose.

WHEREFORE, PREMISES CONSIDERED, the Defendant/Appellant respectfully requests that these matters be contained within the record of this appeal, and that this designation and all associated paperwork, including the attached statement of issues, be forwarded by the court to the appropriate parties/appellees due to Bergeron's informa pauperis status.

Respectfully Submitted,

**Rich Bergeron**
**PO BOX 5212**
**Weirs Beach, NH 03247**
**617-209-4325**
**Attorney Pro-Se**
Rich.Bergeron@gmail.com
DATED: March 24, 2011

RECEIVED
AND FILED

MAR 28 12 02 PM '11

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**Richard E. Bergeron III**
**PO Box 5212**
**Weirs Beach, NH 03247**
**Pro-Se**
**Email: Rich.Bergeron@gmail.com**
**617-209-4325**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| **In re:** | **Case No: BK-S-08-10474-MKN** |
| | **Chapter 11** |
| **XYIENCE, INCORPORATED,** | |
| **A Nevada Corporation,** | |
| | **Adversary No. 08-1082-MKN** |
| **Debtor.** | |
| | **Appeal Ref. No. 11-14** |
| **XYIENCE, INCORPORATED,** | |
| **A Nevada Corporation,** | |
| **Plaintiff.** | |
| **v.** | |
| **RICHARD BERGERON, an individual,** | |
| **Defendant.** | |
| **RICHARD BERGERON, an individual,** | |
| **Counterclaimant,** | **STATEMENT OF ISSUES** |
| **v.** | |
| **XYIENCE INCORPORATED, a Nevada corporation,** | |
| **Counterdefendant.** | **Hearing Date: n/a** |
| | **Time: n/a** |

**DEFENDANT AND COUNTERCLAIMANT RICHARD E. BERGERON'S STATEMENT OF ISSUES**

TO THE HONORABLE JUDGES OF THE 9TH CIRCUIT BANKRUPTCY APPEALS PANEL:

NOW COMES Appellant, Rich Bergeron, and submits this Statement of Issues on Appeal. Petitioner expects to raise the following issues on appeal of Judge Lloyd King's March 4, 2011 order denying the motion to amend the Rule 9011 Sanction Motion:

1. Whether there was clear bias toward Bergeron's status as a pro-se representative that improperly influenced Judge King's ultimate decision to deny Bergeron's amendment request.

2. Whether a motion for leave to appeal can only be granted when an actual amended motion is attached to the motion for leave.

3. Whether Judge King was in the best position to make a decision on the motion since he admittedly did not read the associated pleadings and was not familiar with the basis for the request for relief contained in the existing amended motion.

4. Whether Judge King, having represented his blatant ignorance of the case filings and made consistent statements admitting he did not review the pleadings, should be allowed to proceed as the judge on this matter.

5. Whether Judge Nakagawa should be restored as the judge of record who shall hear all motions in the future and shall rehear the motion to amend due to the failure of Judge King to grasp the full weight of the proceedings.

6. Whether Judge King's arbitrary decision to deny Bergeron all future opportunities to appear telephonically is constitutionally permissible considering Bergeron's poverty level income and lack of financial resources that would prevent him from being able to afford to return to Nevada once he is in a position to afford to fly home to his residence in New Hampshire.

7. Whether Judge King's immediate, biased ruling without properly reviewing the applicable pleadings, and after allowing the opposition to go first at the hearing for Bergeron's motion, represents a violation of Bergeron's 14th Amendment right to equal treatment under the law.

Respectfully Submitted,

Rich Bergeron Rich Bergeron

**Rich Bergeron**
**PO BOX 5212**
**Weirs Beach, NH 03247**
**617-209-4325**
**Attorney Pro-Se**
Rich.Bergeron@gmail.com

DATED: March 24, 2011