GORDON SILVER
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Fertitta Enterprises, Inc.
and Zyen, LLC, Appellees

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>XYIENCE, INCORPORATED,<br>a Nevada corporation,<br><br>Debtor. | Case No.: BK-S-08-10474-MKN<br>Chapter 11 |
| XYIENCE INCORPORATED,<br>a Nevada corporation,<br><br>Plaintiff,<br>v.<br><br>RICHARD BERGERON, an individual,<br><br>Defendant. | Adversary No. 08-1082-MKN |
| RICHARD BERGERON, an individual,<br><br>Counterclaimant,<br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada corporation,<br><br>Counterdefendants. | Date: N/A<br>Time: N/A |

**STATEMENT OF ELECTION TO HAVE APPEAL HEARD BY DISTRICT COURT INSTEAD OF BANKRUPTCY APPELLATE PANEL PURSUANT TO 28 U.S.C. § 158(c)(1)(B)**

Pursuant to 28 U.S.C. § 158(c)(1)(B), Rule 8001(e) of the Federal Rules of Bankruptcy Procedure, and Rule 8001 of the Local Rules of Bankruptcy Practice for the U.S. District Court for the District of Nevada, Fertitta Enterprises, Inc. and Zyen, LLC. (collectively, the "Appellees"), by and through their counsel, the law firm of Gordon Silver, hereby elect to have the appeal of the Order Denying Defendant and Counterclaimant's Motion for Leave to Amend Rule 9011 Sanctions Motion [ECF No. 224], entered in the above-captioned adversary proceeding, which is the subject of the Notice of Appeal [ECF No. 226], heard by the U.S. District Court for the District of Nevada, rather than by the U.S. Bankruptcy Appellate Panel for the Ninth Circuit.

DATED this 20th day of April, 2011.

GORDON SILVER

By: /s/ Gregory E. Garman

GREGORY E. GARMAN, ESQ.
Attorneys for Fertitta Enterprises, Inc.
and Zyen, LLC, Appellees

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555



101630-001/1185596.doc