GORDON SILVER
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Fertitta Enterprises, Inc.
and Zyen, LLC, Appellees

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>XYIENCE, INCORPORATED,<br>a Nevada corporation,<br><br>Debtor. | Case No.: BK-S-08-10474-MKN<br>Chapter 11 |
| XYIENCE INCORPORATED,<br>a Nevada corporation,<br><br>Plaintiff,<br>v.<br><br>RICHARD BERGERON, an individual,<br><br>Defendant. | Adversary No. 08-1082-MKN |
| RICHARD BERGERON, an individual,<br><br>Counterclaimant,<br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada corporation,<br><br>Counterdefendants. | Date: N/A<br>Time: N/A |

## CERTIFICATE OF SERVICE

1. On April 20, 2011, I served the following document(s):

   a. Statement of Election to Have Appeal Heard by District Court Instead of Bankruptcy Appellate Panel Pursuant o 28 U.S.C. § 158(c)(1)(B) Dkt. No. 236



Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

2. I served the above-named document(s) by the following means to the persons as listed below:

☒ a. ECF System: See attached ECF Confirmation Sheets.

---

☒ b. United States Mail, postage fully prepaid:

Rich Bergeron
P.O. Box 5212
Weirs Beach, NH 03247

---

☐ c. Personal Service:

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

---

3. On April 21, 2011, Docket No. 236 was served by direct email as follows:

☒ d. By direct email:

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Rich Bergeron: richbergeron@gmail.com

---

☐ e. By fax transmission:

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. *A copy of the fax transmission is attached.*

---

☐ f. By messenger:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.
*(A declaration by the messenger must be attached to this Certificate of Service)*

---

///

///





Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 24th day of April, 2011.

An employee of Gordon Silver

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

## File an Appeal:

08-01082-mkn XYIENCE INCORPORATED v. BERGERON

| | | |
|---|---|---|
| Type: ap | Office: 2 (Las Vegas) | Judge: mkn |
| Lead Case: 2-08-bk-10474 | Case Flag: APPEAL | |

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from GREGORY E GARMAN entered on 4/20/2011 at 10:25 AM PDT and filed on 4/20/2011

**Case Name:** XYIENCE INCORPORATED v. BERGERON
**Case Number:** 08-01082-mkn
**Document Number:** 236

**Docket Text:**
Election to Appeal to District Court *(USDC)*. Appeal Reference # 11-14 BAP # 11-1135 Filed by GREGORY E GARMAN on behalf of FERTITTA ENTERPRISES, ZYEN, LLC (Related document(s) [226] Notice of Appeal filed by Defendant RICHARD BERGERON.)(GARMAN, GREGORY)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\Not of Election.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/20/2011] [FileNumber=19192709-0
] [8f7a6559fd481b0d28b23e656b7a734901db22c7d019d2519722f2e0df696e4e467
e1f0b64a7186e233a429abbd2d29824f81ac7ae58a7cbc556ea41098b0b94]]

**08-01082-mkn Notice will be electronically mailed to:**

JAMIE S. COGBURN on behalf of Plaintiff XYIENCE INCORPORATED
jsc@cogburnlaw.com

GREGORY E GARMAN on behalf of Counter-Defendant FERTITTA ENTERPRISES
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

PAMELA R. LAWSON on behalf of Attorney HUNTERTON & ASSOCIATES
plawson@huntertonlaw.com

JON T PEARSON on behalf of Plaintiff XYIENCE INCORPORATED
pearsonj@ballardspahr.com, LVDocket@ballardspahr.com;koronac@ballardspahr.com

MATTHEW C. ZIRZOW on behalf of Counter-Defendant FERTITTA ENTERPRISES