RECEIVED & FILED

MAY 9 2 19 PM '11

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Richard E. Bergeron III
PO Box 5212
Weirs Beach, NH 03247
Pro-Se
Email: Rich.Bergeron@gmail.com
617-209-4325

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>XYIENCE, INCORPORATED,<br>A Nevada Corporation,<br><br>Debtor. | Case No: BK-S-08-10474-MKN<br>Chapter 11<br><br>Adversary No. 08-1082-MKN<br><br>Appeal Ref. No. 11-14<br><br>BAP # 11-1135 |
| XYIENCE, INCORPORATED,<br>A Nevada Corporation,<br><br>Plaintiff.<br><br>v.<br><br>RICHARD BERGERON, an individual,<br><br>Defendant. | |
| RICHARD BERGERON, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation,<br><br>Counterdefendant. | **OPPOSITION TO APPELLEE'S STATEMENT OF ELECTION TO HAVE APPEAL HEARD BY DISTRICT COURT**<br><br>Hearing Date: n/a<br>Time: n/a |

**DEFENDANT AND COUNTERCLAIMANT RICHARD E. BERGERON'S OPPOSITION TO APPELLEE'S STATEMENT OF ELECTION TO HAVE APPEAL HEARD BY DISTRICT COURT INSTEAD OF BANKRUPTCY APPELLATE PANEL PURSUANT TO 28 U.S.C. 158(c)(1)(B)**

TO THE HONORABLE JUDGES OF THE 9TH CIRCUIT BANKRUPTCY APPEALS PANEL:

NOW COMES Appellant, Rich Bergeron, and submits this opposition to the appellee's request to have the instant appeal heard by the U.S. District Court.

Attorney Gregory Eugene Garman, of Zyen, LLC filed a statement of election regarding this appeal only after it was already docketed with the 9th Circuit BAP. This has been Garman's only response thus far to all the appeals paperwork, and it is untimely and contains no compulsory reasoning why the U.S. District Court is the preferable venue for this case.

Attorney Garman and his clients have thus far received entirely favorable treatment in the District of Nevada. The 9th Circuit is more appropriate for this appeal to prevent any bias caused by the appellee's position of power in the state of Nevada due to casino ownership and the high taxes paid by these individuals who are in an ownership interest of Zyen, LLC, namely Frank Fertitta III and Lorenzo Fertitta. Zyen, LLC is a subsidiary of Fertitta Enterprises as well as a sponsor of The Ultimate Fighting Championships (the UFC) and many of their fighters. Frank Fertitta III and Lorenzo Fertitta also own a majority of the UFC.

The high level of bias and the issues with Bergeron's 14th Amendment right to equal treatment under the law being circumvented are illustrated by the fact that the

out of state Trustee, who lives and works closer to the venue than Bergeron is still allowed to appear telephonically. Additionally, Judge King himself appeared by satellite for the injunction hearing on March 1, 2011. Both King and the Trustee's counsel have considerably more resources than Bergeron to afford to attend hearings in person. By the very nature of his having to spend so much time on cases which pay him no hourly rates or contributory fees of any nature, Bergeron cannot possibly earn enough to continue returning for every hearing in Nevada if he should choose to return home to New Hampshire at any point.

This case is so permeated with bias toward the local appellee and their attorneys and against the self-represented appellant that a BAP designation is the only venue in which Bergeron can ever hope for a fair ruling taking into account the full weight of precedent law.

WHEREFORE: This appeal should proceed in the BAP where it is already designated and set to be heard.

Respectfully Submitted,

**Rich Bergeron**
**PO BOX 5212**
**Weirs Beach, NH 03247**
**617-209-4325**
**Attorney Pro-Se**
Rich.Bergeron@gmail.com
DATED: May 9, 2011