GORDON SILVER
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Fertitta Enterprises, Inc.
and Zyen, LLC, Appellees

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>XYIENCE, INCORPORATED,<br>a Nevada corporation,<br><br>Debtor. | Case No.: BK-S-08-10474-MKN<br>Chapter 11 |
| XYIENCE INCORPORATED,<br>a Nevada corporation,<br><br>Plaintiff,<br>v.<br><br>RICHARD BERGERON, an individual,<br><br>Defendant. | Adversary No. 08-1082-MKN<br><br>District Court Case No. 11-cv-00772-JCM-PAL |
| RICHARD BERGERON, an individual,<br><br>Counterclaimant,<br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada corporation,<br><br>Counterdefendants. | **APPELLEES' SUPPLEMENTAL DESIGNATION OF RECORD AND SUPPLEMENTAL STATEMENT OF ISSUES** |

Pursuant to Fed. R. Bankr. P. 8006, Fertitta Enterprises, Inc. ("Fertitta Enterprises") and Zyen, LLC ("Zyen") (together, the "Appellees"), by and through their undersigned counsel,

respectfully submit this supplemental designation of record on appeal and supplemental statement of issues on appeal (the "Appellees' Designation of Record and Statement of Issues")[1] with respect to the appeal from the United States Bankruptcy Court for the District of Nevada's (the "Bankruptcy Court") entry of the Order Denying Defendant and Counterclaimant's Motion for Leave to Amend Rule 9011 Sanctions Motion (the "Sanctions Order") [ECF No. 224].

On March 18, 2011, Richard Bergeron (the "Appellant") filed his Notice of Appeal [ECF No. 226] from the Sanctions Order, thereby commencing the instant appeal (the "Appeal"). On April 20, 2011, Appellees filed their Statement of Election to Have Appeal Heard by District Court Instead of Bankruptcy Appellate Panel Pursuant to 28 U.S.C. § 158(c)(1)(B) ("Statement of Election") [ECF No. 236], thereby electing that the Appeal be heard before the United States District Court for the District of Nevada (the "District Court").[2] On May 11, 2011, the United States Bankruptcy Appellate Panel of the Ninth Circuit (the "B.A.P.") entered its Order [ECF No. 239] finding that the election was timely and proper and transferring the Appeal to the District Court.

On March 28, 2011, Appellant filed his Designation of Record on Appeal and his Defendant and Counterclaimant Richard E. Bergeron's Statement of Issues (together, the "Designation of Record and Statement of Issues") [ECF No. 234].[3]

## STATEMENT OF ISSUES[4]

1. Whether the Bankruptcy Court erred in denying the Appellant's motion for leave to amend his sanctions motion (the "Leave to Amend Motion") [ECF No. 207]; and

2. Whether the Bankruptcy Court erred in prohibiting Appellant from making any

[1] This designation is only made on behalf of Appellees. Debtor, Xyience Incorporated, as another appellee herein represented by separate counsel, may have additional items to be included in the record on this Appeal (defined herein), in addition to those set forth herein.

[2] As of the date of filing of the instant pleading, the District Court docket did not reflect any entry indicating the allocation of a case number for the Appeal.

[3] Included in the same docket entry are the two separate documents filed by Appellant, which for the sake of convenience and clarity shall be referenced as a single document.

[4] Although convoluted, Appellant seemingly has sought to impermissibly broaden the scope of issues on appeal to include issues that were not addressed by the Bankruptcy Court. As such, Appellees deemed it prudent to clarify the only two issues that may properly be addressed in this Appeal.

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

further telephonic appearances in the Bankruptcy Court.

## DESIGNATION OF RECORD

Appellees hereby designate the following additional items[5] to be included in the record on appeal pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure.

| **In re Xyience Incorporated (Xyience Incorporated v. Richard Bergeron), Adversary No. 08-1082-MKN** | | |
|---|---|---|
| **Date** | **ECF No.** | **Description** |
| 3/24/2008 | 7 | Motion to Dismiss Adversary Proceeding |
| 3/24/2008 | 8 | Notice of Hearing/Motion |
| 3/28/2008 | 11 | Defendant and Counterclaimant's (I) Emergency Motion to Suspend Bankruptcy Proceedings Pending Investigation of Fraudulent Bankruptcy Filing and (II) Motion for Summary Judgment on Defendant's Rule 11 Motion, Motion to Dismiss, and Counterclaims |
| 4/9/2008 | 16 | Opposition to Fertitta Enterprises, Inc. Motion to Dismiss Adversary Proceeding |
| 4/15/2008 | 19 | Opposition to Motion to Stay/Motion for Summary Judgment |
| 4/22/2008 | 28 | Reply |
| 4/25/2008 | 35 | Order Rescheduling Hearings and Setting Deadlines |
| 4/25/2008 | 36 | Hearing Scheduled/Rescheduled |
| 5/6/2008 | 40 | Amended Brief |
| 6/5/2008 | 51 | Ex Parte Motion for Order to Show Cause re: Unauthorized Recording of Court Proceedings |
| 6/5/2008 | 52 | Declaration of Gregory E. Garman, Esq. in Support of Motion for Order to Show Cause |
| 7/11/2008 | 54 | Reply by Counter-Claimant to Fertitta Enterprises Ex Parte Motion and (2) Motion to Compel Court to Rule on All Outstanding Motions |

[5] For ease of reference, the items below with an asterisk (*) reflect those that Appellant also designated in his Designation of Record and Statement of Issues.

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

| | | |
|---|---|---|
| 8/18/2008 | 56 | Order to Show Cause Re: Unauthorized Recording of Court |
| 8/29/2008 | 59 | Response by Defendant and Counterclaimant to Show Cause Order and Motion to Recuse Judge Mike K. Nakagawa |
| 8/29/2008 | 60 | Defendant and Counterclaimant's Response to Show Cause Order and Motion to Recuse Judge Mike K. Nakagawa |
| 9/5/2008 | 63 | Reply to Response to Show Cause Order and Countermotion to Recuse the Honorable Mike K. Nakagawa |
| 10/14/2008 | 72 | Memorandum Decision on Defendant and Counterclaimant's (I) Emergency Motion to Suspend Bankruptcy Proceedings Pending Investigation of Fraudulent Bankruptcy Filing and (II) Motion for Summary Judgment on Defendant's Rule 11 Motion, Motion to Dismiss, and Counterclaims |
| 10/14/2008 | 74 | Memorandum Decision on Motion of Counterdefendant Fertitta Enterprises, Inc to Dismiss Adversary Proceeding |
| 10/14/2008 | 75 | Order on Motion of Counterdefendant Fertitta Enterprises, Inc. to Dismiss Adversary Proceeding |
| 10/14/2008 | 79 | Memorandum Decision on Order to Show Cause Re Sanction for Unauthorized Recording of Court Proceeding |
| 10/14/2008 | 80 | Order on Show Cause Hearing re Sanctions for Unauthorized Recording of Court Proceeding |
| 10/14/2008 | 81 | Memorandum Decision on Defendant and Counterclaimant's Motion to Recuse Judge Nakagawa |
| 10/14/2008 | 82 | Order on Defendant and Counterclaimant's Motion to Recuse Judge Nakagawa |
| 10/22/2008 | 104 | (Order Denied) Order on Defendant and Counterclaimant's (I) Emergency Motion to Suspend Bankruptcy Proceedings Pending Investigation of Fraudulent Bankruptcy Filing and (II) Motion for Summary Judgment on Defendant's Rule 11 Motion, Motion to Dismiss and Counterclaims |
| 11/24/2008 | 111 | Motion to Dismiss Adversary Proceeding |
| 11/24/2008 | 112 | Declaration of Matthew C. Zirzow, Esq. in Support of Motion to Dismiss Adversary Proceeding |
| 11/25/2008 | 114 | Notice of Hearing |

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

| | | |
|---|---|---|
| 12/15/2008 | 125 | Opposition of Richard Bergeron to Motion to Dismiss Adversary Proceeding |
| 12/17/2008 | 126 | Defendant and Counterclaimant's Motion for Waiver of Courtcall Telephonic Appearance Fees |
| 12/24/2008 | 129 | Reply to Opposition of Richard Bergeron to Motion to Dismiss Adversary Proceeding |
| 12/29/2008 | 132 | Brief of Defendant and Counter-Claimant Rich Bergeron's in Advance of Fertitta Enterprises Motion to Dismiss Hearing |
| 1/6/2009 | 131[6] | Order on Defendant and Counterclaimant's Motion for Waiver of Courtcall Telephonic Appearance Fees |
| 1/21/2009 | 136 | Defendant and Counterclaimant's Amended Motion for Rule 11 and 9011 Sanctions |
| 1/30/2009 | 141 | Memorandum Decision on Motion of Counterdefendant Fertitta Enterprises, Inc to Dismiss Amended Counterclaim of Defendant/Counterclaimant Richard Bergeron |
| 1/30/2009 | 142 | Order on Motion of Counterdefendant Fertitta Enterprises, Inc. to Dismiss Amended Counterclaim of Defendant/Counterclaimant Richard Bergeron |
| 2/5/2009 | 148 | Notice of Hearing |
| 2/10/2009 | 150 | Opposition to Amended Motion For Rule 11 And 9011 Sanctions |
| 2/10/2009 | 151 | Declaration of Gregory E. Garman, Esq in Support of Opposition to Amended Motion for Rule 11 and 9011 Sanctions |
| 2/17/2009 | 155 | Defendant and Counterclaimant's Ex Parte Motion (1) for Waiver of Pleading Page Limit (2) for Continuance of Scheduling Conference and Amended Rule 11 and 9011 (3) for Priority Scheduling of Motion to Reconsider Hearing |
| 2/20/2009 | 158 | Opposition to Defendant and Counterclaimant's Ex Parte Motion (1) for Waiver of Pleading Page Limit (2) for Continuance of Scheduling Conference and Amended Rule 11 and 9011 (3) for Priority Scheduling of Motion to Reconsider Hearing |
| 2/24/2009 | 160 | Order On Ex Parte Motion Of Defendant/Counterclaimant Richard Bergeron For (1) Waiver Of Pleading Page Limit; (2) Continuance Of Scheduling Conference And Amended Rule 11 and 9011 Hearings; And (3) Priority Scheduling Of Motion To Reconsider |

[6] Note that this docket entry appears out of numerical order in the docket.

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

| | | |
|---|---|---|
| | | Hearing |
| 2/24/2009 | 162 | Virtual Minute Entry in reference to Hearing on 2/25/2009 |
| 3/12/2009 | 166 | Affidavit of Janis Grady |
| 3/20/2009 | 168 | Reply |
| 5/5/2009 | 169 | Affidavit of Linda Lesker in Support of Defendant and Counter Claimant Rich Bergeron's Amended Rule 11 and 9011 Motion |
| 5/5/2009 | 170 | Affidavit of Michael J. Clark In Support Of Defendant And Counter Claimant Rich Bergeron's Amended Rule 11 and 9011 Motion |
| 5/5/2009 | 171 | Affidavit of Michael J. Clark in Support of Defendant and Counter Claimant Rich Bergeron's Amended Rule 11 and 9011 Motion |
| 5/5/2009 | 172 | Affidavit of Joseph Bojrab in Support of Defendant and Counter Claimant Rich Bergeron's Amended Rule 11 and 9011 Motion |
| 5/5/2009 | 173 | Affidavit of Patrick Douglas Patterson in Support of Defendant and Counter Claimant Rich Bergeron's Amended Rule 11 and 9011 Motion |
| 5/27/2009 | 175 | Motion to Strike Affidavits filed by Defendant/Counterclaimant, Richard Bergeron, and for Civil Contempt and Filing Bar |
| 5/27/2009 | 176 | Notice Request for Judicial Notice in Support of Motion of Conterdefendant, Fertitta Enterprises, Inc to Strike Affidavits filed by Defendant/Counterclaimant, Richard Bergeron, and for Civil Contempt and Filing Bar |
| 5/27/2009 | 177 | Notice of Hearing Date: 7/1/2009 |
| 5/28/2009 | 178 | Supplemental Brief and Formal Request for Briefing Period Waiver in Respect to Recently Submitted Affidavits |
| 5/28/2009 | 179 | Affidavit of Rich Bergeron in Support of Defendant and Counter Claimant's Supplemental Brief in Advance of Hearing on Amended Motion for Rule 11 and 9001 Sanction; and Formal Request in Respect of Recently Submitted Affidavits |
| 5/28/2009 | 181 | Hearing Scheduled 7/1/2009 |
| 6/11/2009 | 184[7] | Opposition |

[7] Note that this docket entry appears out of numerical order in the docket.

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

| | | |
|---|---|---|
| 6/15/2009 | 182 | Opposition to Supplemental Brief in Advance of Status Hearing on Amended Sanctions Motion; and Formal Request in Respect of Recently Submitted Affidavits |
| 6/29/2009 | 185 | Reply |
| 8/26/2009 | 187 | Motion to Dismiss Adversary Proceeding for Failure to Prosecute; 2) Motion for Summary Judgment on Counterclaim; 3) Motion to Compel Hearing on Rule 9011 Sanctions with Certificate of Service |
| 9/14/2009 | 188 | Opposition |
| 9/22/2009 | 190 | Joinder in Fertitta Enterprises, Inc's Opposition to Defendant and Counterclaimant, Richard Bergeron's, Ex Parte Motion: (1) to Dismiss for Failure to Prosecute; (2) for Summary Judgment on Counterclaim; and (3) to Compel Hearing on Rule 9011 Sanctions with Certificate of Service |
| 9/29/2009 | 191 | Reply with Certificate of Service |
| 11/19/2010 | 207* | Defendant and Counter Claimant's Motion for Leave to Amend Rule 9011 Sanction Motion |
| 11/19/2010 | 208* | Affidavit of Rich Bergeron |
| 12/14/2010 | 216 | Notice of Hearing Date: 2/10/2011 |
| 1/27/2011 | 219* | Opposition to Defendant and Counterclaimant, Richard Bergeron's, Motion for Leave to Amend Rule 9011 Sanctions Motion |
| 1/27/2011 | 220* | Opposition of Counterdefendant, Fertitta Enterprises, Inc., to Defendant/Counterclaimant, Richard Bergeron's Motion for Leave to Amend Rule 9011 Sanctions Motion |
| 3/4/2011 | 224* | Order Denying Defendant and Counterclaimant's Motion for Leave to Amend Rule 9011 Sanctions Motion |
| 3/18/2011 | 226* | Notice of Appeal, Defendant and Counterclaimant Richard E. Bergeron's Motion for Leave to Appeal Informa Pauperis and Motion and Affidavit for Permission to Appeal In Forma Pauperis |
| 3/22/2011 | 230 | Appeal Memorandum Appeal Reference # 11-14 |
| 4/20/2011 | 236 | Election to Appeal to District Court (USDC) Appeal Reference # 11-14 BAP #11-1135 |

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

| | | |
|---|---|---|
| 5/9/2011 | 238 | Opposition to Appellee's Statement of Election to Have Appeal Heard by District Court |
| 5/11/2011 | 239 | Order of the BAP #11-1135 |
| *Full Transcript of the February 10, 2011 hearing before the Bankruptcy Court.[8] | | |

| **In re Xyience Incorporated, Case No. 08-10474-MKN** | | |
|---|---|---|
| **Date** | **ECF No.** | **Description** |
| 5/19/2007 | 191 | Debtor's Plan of Reorganization |
| 11/23/2009 | 360 | Notice of (1) Effective Date; and (2) Deadline for Filing Requests for Payment of Administrative Claims and Professional Fee Claims, Including Claims Under 11 U.S.C. § 503(B) |

Appellees reserve the right to designate such other and further documents to be included in the record on appeal as necessary and appropriate. Appellees further reserve the right to request that the Court take judicial of matters pursuant to Rule 201 of the Federal Rules of Evidence.

DATED this 13 day of May, 2011.

GORDON SILVER

By: ____________________
GREGORY E. GARMAN, ESQ.
Attorneys for Fertitta Enterprises, Inc.
and Zyen, LLC, Appellees

[8] Appellant's Designation of Record and Statement of Issues also designates the transcript for the hearing on Defendant and Counterclaimant's Motion for Leave to Amend Rule 9011 Sanctions Motion [ECF No. 207]. However, Appellant has designated the hearing transcript for a hearing on March 10, 2011, whereas the aforementioned hearing, in fact, occurred February 10, 2011. See Notice of Hearing, ECF No. 216.





Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555