GORDON SILVER
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Fertitta Enterprises, Inc. and Zyen, LLC, Appellees

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>XYIENCE, INCORPORATED, a Nevada corporation,<br><br>Debtor. | Case No.: BK-S-08-10474-MKN<br>Chapter 11 |
| XYIENCE INCORPORATED, a Nevada corporation,<br><br>Plaintiff,<br>v.<br><br>RICHARD BERGERON, an individual,<br><br>Defendant. | Adversary No. 08-1082-MKN<br><br>District Court Case No.: 11-cv-00772-JCM-PAL |
| RICHARD BERGERON, an individual,<br><br>Counterclaimant,<br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation; FERTITTA ENTERPRISES, INC., a Nevada corporation,<br><br>Counterdefendants. | **<u>CERTIFICATE OF SERVICE</u>** |

1. On May 13, 2011, I served the following document(s):

| | | |
|---|---|---|
| a. | Appellees' Supplemental Designation of Record and Supplemental Statement of Issues | Dkt. No. 241 |

2. I served the above-named document(s) by the following means to the persons as listed below:

☒ a. ECF System: See attached ECF Confirmation Sheets.

---

☒ b. United States Mail, postage fully prepaid:

Rich Bergeron
P.O. Box 5212
Weirs Beach, NH 03247

---

☐ c. Personal Service:

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

---

☐ d. By direct email:

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

---

☐ e. By fax transmission:

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. *A copy of the fax transmission is attached.*

---

☐ f. By messenger:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.
*(A declaration by the messenger must be attached to this Certificate of Service)*

---

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 16th day of June, 2011.

______________________________
An employee of Gordon Silver





Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

## File an Appeal:

08-01082-mkn XYIENCE INCORPORATED v. BERGERON

| | | |
|---|---|---|
| Type: ap | Office: 2 (Las Vegas) | Judge: mkn |
| Lead Case: 2-08-bk-10474 | Case Flag: APPEAL | |

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from GREGORY E GARMAN entered on 5/13/2011 at 5:50 PM PDT and filed on 5/13/2011

**Case Name:** XYIENCE INCORPORATED v. BERGERON
**Case Number:** 08-01082-mkn
**Document Number:** 241

**Docket Text:**
Supplemental Appellee Designation of Record. Appeal Reference # 11-14 BAP # NV-11-1135 U.S. District Court # 2:11-cv-00772-JCM-PAL *and Supplemental Statement of Issues* Filed by GREGORY E GARMAN on behalf of FERTITTA ENTERPRISES, ZYEN, LLC Appellee designation due by 05/27/2011. (Related document(s)[234] Designation of Record filed by Defendant RICHARD BERGERON, Statement of Issues.)(GARMAN, GREGORY)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\Xyience Appeal - Designation.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=5/13/2011] [FileNumber=19420796-0
] [e92b1906f3cdb2f46e01b49245b39cb1e5bdfaff228c71d2ca3f1d1479eb9a50c50
6c2d572c910b5d2124adf3981179fdc74e47355d7923ea22b79ed78d9aba0]]

**08-01082-mkn Notice will be electronically mailed to:**

JAMIE S. COGBURN on behalf of Plaintiff XYIENCE INCORPORATED
jsc@cogburnlaw.com

GREGORY E GARMAN on behalf of Counter-Defendant FERTITTA ENTERPRISES
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

PAMELA R. LAWSON on behalf of Attorney HUNTERTON & ASSOCIATES
plawson@huntertonlaw.com

JON T PEARSON on behalf of Plaintiff XYIENCE INCORPORATED
pearsonj@ballardspahr.com, LVDocket@ballardspahr.com;koronac@ballardspahr.com

MATTHEW C. ZIRZOW on behalf of Counter-Defendant FERTITTA ENTERPRISES
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

**08-01082-mkn Notice will not be electronically mailed to:**

BANKRUPTCY APPELLATE PANEL
125 SOUTH GRAND AVENUE
PASADENA, CA 91105

RICHARD E BERGERON
PO BOX 5212
WEIRS BEACH, NH 03247

RICH BERGERON on behalf of Counter-Claimant RICH BERGERON
147 OLD COUNTY ROAD
EAST SANDWICH, MA 02537

BARTHOLOMEW DONOVAN
UNKNOWN
LAS VEGAS, NV 89101

FENNEMORE CRAIG, P.C.
300 SO FOURTH ST., STE #1400
LAS VEGAS, NV 89101

MICHAEL LEVY
1335 E. SUNSET ROAD SUITE J-H
LAS VEGAS, NV 89119

KARIM MASKATIYA
7244 FISHER ISLAND DR
MIAMI BEACH, FL 33109

GARY NELSON
,

KIRK SANFORD
7199 RANCHITO CIRCLE
LAS VEGAS, NV 89120

OMER SATTAR
622 TAM O'SHANTER
LAS VEGAS, NV 89109

STATION CASINOS, INC.
1505 SOUTH PAVILION CENTER
LAS VEGAS, NV 89135

U.S. BANKRUPTCY COURT DISTRICT OF NV, LAS VEGAS
300 LAS VEGAS BLVD S.

LAS VEGAS, NV 89101

ZUFFA, LLC
2960 WEST SAHARA AVENUE
SUITE 100
LAS VEGAS, NV 89102