Honorable Lloyd King
United States Bankruptcy Judge

**Entered on Docket**
**March 07, 2013**

# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number 08−10474−mkn**
**Chapter 11**
**Adversary Proceeding Number 08−01082−mkn**

In re:
XYIENCE, INCORPORATED , Debtor(s)

XYIENCE INCORPORATED, Plaintiff(s)

vs

RICHARD BERGERON, Defendant(s)

Hearing Date: 5/15/2013
Hearing Time: 11:00 AM

ORDER TO SHOW CAUSE FOR DISMISSAL OF ADVERSARY PROCEEDING FOR LACK OF PROSECUTION

Any proceeding that has been pending in this court for more than one (1) year without any activity of record may be dismissed for want of prosecution. LR 7041. It appearing to the Court that the above−captioned adversary showed no activity from 3/4/2011 to present; therefore,

IT IS ORDERED that the Plaintiff and/or attorney for the Plaintiff in the above−entitled proceeding is directed to appear and show cause why this adversary proceeding should not be dismissed for lack of prosecution under LR 7041.

The hearing will be held before a United States Bankruptcy Judge, on 5/15/2013, at the hour of 11:00 AM, in Courtroom No. 1 of the Foley Federal Building and U.S. Courthouse, 3rd Floor, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

**IT IS SO ORDERED.**

Copies mailed through BNC to all parties in the adversary case.

###