United States Bankruptcy Court
District of Nevada

XYIENCE INCORPORATED,
Plaintiff

Adv. Proc. No. 08-01082-mkn

BERGERON,
Defendant

# CERTIFICATE OF NOTICE

District/off: 0978-2 User: espinozal Page 1 of 2 Date Rcvd: Mar 07, 2013
Form ID: pdf906 Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2013.

| | |
|---|---|
| aty | +FENNEMORE CRAIG, P.C., 300 SO FOURTH ST., STE #1400, LAS VEGAS, NV 89101-6021 |
| aty | HUNTERTON & ASSOCIATES, 333 S. SIXT ST, LAS VEGAS, NV 89101 |
| aty | +RICH BERGERON, 147 OLD COUNTY ROAD, EAST SANDWICH, MA 02537-1465 |
| intp | +BANKRUPTCY APPELLATE PANEL, 125 SOUTH GRAND AVENUE, PASADENA, CA 91105-1643 |
| intp | BARTHOLOMEW DONOVAN, UNKNOWN, LAS VEGAS, NV 89101 |
| cd | +FERTITTA ENTERPRISES, c/o GORDON & SILVER, LTD., 3960 HOWARD HUGHES PKWY, 9TH FLOOR, LAS VEGAS, NV 89169-5978 |
| intp | +KARIM MASKATIYA, 7244 FISHER ISLAND DR, MIAMI BEACH, FL 33109-0744 |
| intp | +KIRK SANFORD, 7199 RANCHITO CIRCLE, LAS VEGAS, NV 89120-3039 |
| intp | +MICHAEL LEVY, 1335 E. SUNSET ROAD SUITE J-H, LAS VEGAS, NV 89119-4928 |
| intp | OMER SATTAR, 622 TAM O'SHANTER, LAS VEGAS, NV 89109 |
| cc | +RICH BERGERON, 147 OLD COUNTRY ROAD, EAST SANDWICH, MA 02537-1465 |
| dft | RICHARD BERGERON, EAST SANDWICH, MA 02537 |
| intp | +RICHARD E BERGERON, III, PO BOX 5212, WEIRS BEACH, NH 03247-5212 |
| intp | +STATION CASINOS, INC., 1505 SOUTH PAVILION CENTER, LAS VEGAS, NV 89135-1403 |
| intp | +U.S. BANKRUPTCY COURT DISTRICT OF NV, LAS VEGAS, 300 LAS VEGAS BLVD S., LAS VEGAS, NV 89101-5833 |
| pla | +XYIENCE INCORPORATED, 4572 HACIENDA AVENUE, LAS VEGAS, NV 89118-1532 |
| intp | +ZUFFA, LLC, 2960 WEST SAHARA AVENUE, SUITE 100, LAS VEGAS, NV 89102-1709 |
| intp | ZYEN, LLC, C/O WILLIAM BULLARD, 135 E. SUNSET ROAD, SUITE J, LAS VEGAS, NV 89119 |

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

| | |
|---|---|
| ust | +E-mail/Text: USTPRegion17.LV.ECF@usdoj.gov Mar 08 2013 03:31:28 ANTONIA DARLING, 300 LAS VEGAS BLVD., SO. #4300, LAS VEGAS, NV 89101-5803 |
| ust | +E-mail/Text: ustpregion17.sf.ecf@usdoj.gov Mar 08 2013 05:09:23 AUGUST B. LANDIS, OFFICE OF UST FOR REGION 17, 235 PINE STREET, ROOM 700, SAN FRANCISCO, CA 94104-2736 |
| ust | +E-mail/Text: USTPRegion17.LV.ECF@usdoj.gov Mar 08 2013 03:31:28 J MICHAL BLOOM, 300 LAS VEGAS BLVD S #4300, LAS VEGAS, NV 89101-5803 |
| ust | E-mail/Text: USTPRegion17.RE.ECF@usdoj.gov Mar 08 2013 03:31:27 NICHOLAS STROZZA, 300 BOOTH ST RM 2129, RENO, NV 89509 |
| ust | +E-mail/Text: scott.a.farrow@usdoj.gov Mar 08 2013 03:31:28 SCOTT ANDREW FARROW, DEPT OF JUSTICE, OFFICE OF US TRUSTEE, 300 LAS VEGAS BLVD., SO., LAS VEGAS, NV 89101-5833 |
| ust | +E-mail/Text: USTPRegion17.RE.ECF@usdoj.gov Mar 08 2013 03:31:27 WILLIAM B COSSITT, U.S. TRUSTEE'S OFFICE, 300 BOOTH ST, #3009, RENO, NV 89509-1360 |

TOTAL: 6

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

intp GARY NELSON

TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 09, 2013** **Signature:** Joseph Speetjens

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2013 at the address(es) listed below:

GREGORY E GARMAN on behalf of Counter-Defendant FERTITTA ENTERPRISES bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com
JAMIE S. COGBURN on behalf of Plaintiff XYIENCE INCORPORATED jsc@cogburnlaw.com
JON T PEARSON on behalf of Plaintiff XYIENCE INCORPORATED pearsonj@ballardspahr.com, LVDocket@ballardspahr.com
MATTHEW C. ZIRZOW on behalf of Counter-Defendant FERTITTA ENTERPRISES bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com
PAMELA R. LAWSON on behalf of Attorney HUNTERTON & ASSOCIATES pam.lawsonlawlv@gmail.com

TOTAL: 5

Honorable Lloyd King
United States Bankruptcy Judge

**Entered on Docket**
**March 07, 2013**

---

# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number 08−10474−mkn**
**Chapter 11**
**Adversary Proceeding Number 08−01082−mkn**

In re:
XYIENCE, INCORPORATED , Debtor(s)

---

XYIENCE INCORPORATED, Plaintiff(s)

vs

RICHARD BERGERON, Defendant(s)

---

Hearing Date: 5/15/2013
Hearing Time: 11:00 AM

ORDER TO SHOW CAUSE FOR DISMISSAL OF ADVERSARY
PROCEEDING FOR LACK OF PROSECUTION

Any proceeding that has been pending in this court for more than one (1) year without any activity of record may be dismissed for want of prosecution. LR 7041. It appearing to the Court that the above−captioned adversary showed no activity from 3/4/2011 to present; therefore,

IT IS ORDERED that the Plaintiff and/or attorney for the Plaintiff in the above−entitled proceeding is directed to appear and show cause why this adversary proceeding should not be dismissed for lack of prosecution under LR 7041.

The hearing will be held before a United States Bankruptcy Judge, on 5/15/2013, at the hour of 11:00 AM, in Courtroom No. 1 of the Foley Federal Building and U.S. Courthouse, 3rd Floor, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

**IT IS SO ORDERED.**

Copies mailed through BNC to all parties in the adversary case.

###