Jonathan A. Backman
Law Office of Jonathan A. Backman
117 N. Center Street
Bloomington, Illinois 61701-5001
(309) 820-7420
jbackman@backlawoffice.com

*Counsel for the Liquidating Trustee*

E-filed on: July 7, 2013

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>XYIENCE INCORPORATED,<br>a Nevada corporation,<br><br>Debtor. | Chapter 11<br><br>No. BK-S-08-10474-MKN |
| XYIENCE INCORPORATED, a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD BERGERON,<br><br>Defendant. | Adversary Case No. 08-1082-MKN<br><br>Honorable Lloyd King |
| RICHARD BERGERON,<br><br>Counter-plaintiff<br><br>v.<br><br>XYIENCE INCORPORATED,<br>a Nevada corporation,<br><br>Counter-defendant. | |

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

I, Jonathan A. Backman, an Illinois attorney, hereby enter my appearance for the interested party David Herzog, the Liquidating Trustee of the Estate of Xyience, Incorporated.

I further request that all notices given in this case and all papers served or required to be served in this case be given to and served upon the undersigned on behalf of David Herzog, at the following address:

Law Office of Jonathan A. Backman
117 N. Center Street
Bloomington, Illinois 61701-5001
(309) 820-7420
FAX: (309) 820-7430
jbackman@backlawoffice.com

Dated: July 7, 2013

Respectfully submitted,

/s/ Jonathan A. Backman

Jonathan A. Backman
Law Office of Jonathan A. Backman
117 N. Center Street
Bloomington, Illinois 61701-5001
(309) 820-7420
FAX: (309) 820-7430
jbackman@backlawoffice.com

*Counsel for David Herzog, as Liquidating Trustee for the Estate of Xyience Incorporated*

**CERTIFICATE OF SERVICE**

I, Jonathan A. Backman, an Illinois attorney, hereby certify that on July 7, 2013, I electronically filed the foregoing **Notice of Appearance and Request for Notice** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

JAMIE S. COGBURN
jsc@cogburnlaw.com

GREGORY E GARMAN
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

PAMELA R. LAWSON
pam.lawsonlawlv@gmail.com

JON T. PEARSON
pearsonj@ballardspahr.com, LVDocket@ballardspahr.com

MATTHEW C. ZIRZOW
bankruptcynotices@gordonsilver.com,
usan@lzlawnv.com;anna@lzlawnv.com;carey@lzlawnv.com

and I hereby certify that I have delivered the document to the following non-CM/ECF participants: NONE.

/s/ Jonathan A. Backman
Jonathan A. Backman