Jonathan A. Backman
Law Office of Jonathan A. Backman
117 N. Center Street
Bloomington, Illinois 61701-5001
(309) 820-7420
jbackman@backlawoffice.com

*Counsel for the Liquidating Trustee as Liquidating Trustee for the Estate of Xyience, Incorporated*

E-filed on: July 10, 2013

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>XYIENCE INCORPORATED, a Nevada corporation,<br><br>Debtor. | Chapter 11<br><br>No. BK-S-08-10474-MKN |
| XYIENCE, INCORPORATED, a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD BERGERON,<br><br>Defendant. | Adversary Case No. 08-1082-MKN<br><br>Honorable Lloyd King |
| RICHARD BERGERON,<br><br>Counterplaintiff<br><br>v.<br><br>XYIENCE, INCORPORATED, a Nevada corporation,<br><br>Counterdefendant. | Hearing: August 14, 2013<br>12:00 p.m. P.D.T.<br>(By Teleconference Only) |

NOTICE OF HEARING ON COUNTER-DEFENDANT
RICHARD BERGERON'S MOTION FOR SUMMARY JUDGEMENT

**NOTICE IS HEREBY GIVEN** that a hearing will be held on August 14, 2013, by telephone conference in the above-referenced adversary proceeding on Defendant/Counterclaimant Rich Bergeron's Dispositive Motion for Summary Judgment

as filed on November 19, 2010 (the "Motion"). The Motion seeks the entry of summary judgment for Mr. Bergeron and against debtor Xyience, Incorporated, in the amount of $175,000.

**Any Opposition to the Motion must be filed pursuant to Local Rule 9014(d), which states:**

> Any opposition to a motion must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection C of this rule.

**PLEASE TAKE NOTICE that any opposition must be served and filed on or before July 31, 2013.**

If you object to the relief requested, you must file a WRITTEN response to this pleading with the Court. You must also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

(a) The court may refuse to allow you to speak at the scheduled hearing; and

(b) The court may rule against you without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN that the hearing on the Motion will be conducted by telephone conference only on <u>Wednesday, August 14, 2013, at 12:00 p.m. PDT</u>. If you wish to participate in the hearing, you should <u>contact the undersigned</u> for information as to how to join that call at the time of the hearing.**

Dated: July 10, 2013

Respectfully submitted,

/s/ Jonathan A. Backman

Jonathan A. Backman
Law Office of Jonathan A. Backman
117 N. Center Street
Bloomington, Illinois 61701-5001
(309) 820-7420
FAX: (309) 820-7430
jbackman@backlawoffice.com

*Counsel for David Herzog, as Liquidating Trustee for the Estate of Xyience, Incorporated*

Dated: July 10, 2013

Respectfully submitted,

/s/ Jonathan A. Backman

Jonathan A. Backman
Law Office of Jonathan A. Backman
117 N. Center Street
Bloomington, Illinois 61701-5001
(309) 820-7420
FAX: (309) 820-7430
jbackman@backlawoffice.com

*Counsel to David Herzog, as Liquidating Trustee for the Estate of Xyience Incorporated*

# CERTIFICATE OF SERVICE

I, Jonathan A. Backman, an Illinois attorney, hereby certify that on July 10, 2013, I electronically filed the foregoing **Notice of Hearing on Counter-Defendant Richard Bergeron's Motion for Summary Judgement** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

JAMIE S. COGBURN jsc@cogburnlaw.com

GREGORY E GARMAN bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

PAMELA R. LAWSON pam.lawsonlawlv@gmail.com

JON T. PEARSON pearsonj@ballardspahr.com, LVDocket@ballardspahr.com

MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com,
susan@lzlawnv.com;anna@lzlawnv.com;carey@lzlawnv.com

and I hereby certify that I have delivered the document to the following non-CM/ECF participant by first class United States mail, postage-pre-paid:

Richard Bergeron
rich.bergeron@gmail.com
RICHARD BERGERON
147 OLD COUNTY ROAD
EAST SANDWICH, MA 02537

Richard E Bergeron, III
PO BOX 5212
WEIRS BEACH, NH 03247

Richard Bergeron, III
107 Cottonhill Road
Belmont, N.H. 03220

/s/ Jonathan A. Backman
Jonathan A. Backman