GORDON SILVER
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Fertitta Enterprises, Inc.
and Zyen, LLC

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>XYIENCE INCORPORATED,<br>a Nevada corporation,<br><br>Debtor. | Case No.: BK-S-08-10474-MKN<br>Chapter 11<br><br>Adversary No. 08-1082-MKN |
| XYIENCE INCORPORATED,<br>a Nevada corporation,<br><br>Plaintiff,<br>v.<br><br>RICHARD BERGERON, an individual,<br><br>Defendant. | |
| RICHARD BERGERON, an individual,<br><br>Counterclaimant,<br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation;<br>Counterdefendant. | **<u>FERTITTA ENTERPRISES, INC.'S LIMITED RESPONSE TO DEFENDANT/COUNTER-CLAIMANT'S DISPOSITIVE MOTION FOR SUMMARY JUDGMENT</u>**<br><br>Date: August 14, 2013<br>Time: 12:00 p.m. |

Fertitta Enterprises, Inc. ("Fertitta Enterprises"), a Nevada corporation, by and through its counsel, the law firm of Gordon Silver, hereby submits this limited response (the "Response") to *Defendant/Counter-Claimant's Dispositive Motion for Summary Judgment* [ECF No. 210] (the

. . .

"Summary Judgment Motion") filed by Defendant/Counterclaimant, Richard Bergeron ("Bergeron").[1]

Fertitta Enterprises was previously a "counterdefendant" in the above-captioned adversary proceeding, in which Bergeron alleged a defamation cause of action (the "Defamation Claim") against Xyience, Inc. ("Xyience") and Fertitta Enterprises. See Amended Counterclaim, ECF No. 106. On January 30, 2009, however, pursuant to Fed. R. Civ. P. 12(b)(6), made applicable to this adversary proceeding pursuant to Fed. R. Bankr. P. ("Bankruptcy Rule") 7012(b), the Court entered an order and memorandum decision dismissing with prejudice Bergeron's Defamation Claim against Fertitta Enterprises for failure to state a claim for which relief may be granted. See Order, ECF No. 142; Memorandum Decision, ECF No. 141. As such, Fertitta Enterprises is no longer a defendant in this adversary proceeding.

On January 22, 2009, Bergeron filed an amended[2] motion pursuant to Bankruptcy Rule 9011 (the "9011 Motion"), alleging without any admissible, supporting evidence, that Fertitta Enterprises and its counsel, Gregory E. Garman and Matthew C. Zirzow[3] of the law firm of Gordon Silver, among other parties, violated Bankruptcy Rule 9011 and thus should be sanctioned. See ECF No. 136.[4] Fertitta Enterprises and its counsel vehemently oppose and refute the 9011 Motion and the conducted alleged therein. See ECF No. 150. Nevertheless, the Court has yet to render a decision regarding Bergeron's unsupported 9011 Motion. As such, even though it is no longer a defendant, Fertitta Enterprises and its counsel remain interested parties in this adversary proceeding pending the Court's decision regarding the 9011 Motion.

---

[1] Pursuant to LR 7012.1 and 9014.2, Fertitta Enterprises consents to entry of final order(s) or judgment(s) by the bankruptcy judge if it is determined that the bankruptcy judge, absent consent of the parties, cannot enter final orders for judgment consistent with Article III of the United States Constitution.

[2] Previously, the Court denied Bergeron's initial sanctions motion. See Memorandum Decision, ECF No. 72; Order, ECF No. 104. Bergeron has nevertheless filed the 9011 Motion in a futile attempt to re-litigate his purported sanctions claims.

[3] Mr. Zirzow is no longer an attorney at Gordon Silver.

[4] Notwithstanding the 9011 Motion having been fully briefed by the parties pursuant to the Court's briefing schedule order [ECF No. 160], Bergeron attempted to supplement the 9011 Motion and the record with additional affidavits, and in this regard, filed a motion for leave to amend the 9011 Motion (the "Leave to Amend Motion"). See ECF Nos. 169-173, 184, 207. However, on March 4, 2011, the Court entered an order denying the Leave to Amend Motion. See ECF No. 224.





Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

Fertitta Enterprises and its counsel do not oppose the Summary Judgment Motion to the extent the relief requested therein is limited to summary judgment on Bergeron's Defamation Claim against Xyience. However, Fertitta Enterprises and its counsel reserve their rights with respect to 9011 Motion, any objections thereto, and any orders entered in connection therewith.

DATED this 31st day of July, 2013.

GORDON SILVER

By: ______________________
GREGORY E. GARMAN, ESQ.
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Attorneys for Fertitta Enterprises, Inc.
and Zyen, LLC





Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555