GORDON SILVER
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Fertitta Enterprises, Inc.
and Zyen, LLC

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>XYIENCE INCORPORATED,<br>a Nevada corporation,<br><br>Debtor. | Case No.: BK-S-08-10474-MKN<br>Chapter 11<br><br>Adversary No. 08-1082-MKN |
| XYIENCE INCORPORATED,<br>a Nevada corporation,<br><br>Plaintiff,<br>v.<br><br>RICHARD BERGERON, an individual,<br><br>Defendant. | |
| RICHARD BERGERON, an individual,<br><br>Counterclaimant,<br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation;<br>Counterdefendant. | **CERTIFICATE OF SERVICE: FERTITTA ENTERPRISES, INC.'S LIMITED RESPONSE TO DEFENDANT/COUNTER-CLAIMANT'S DISPOSITIVE MOTION FOR SUMMARY JUDGMENT**<br><br>Date: August 14, 2013<br>Time: 12:00 p.m. |

1. On July 31, 2013, I served the following document(s):

| | | |
|---|---|---|
| a. | Fertitta Enterprises, Inc.'s Limited Response to Defendant/Counter-Claimant's Dispositive motion for Summary Judgment | ECF No. 253 |

2. I served the above-named document(s) by the following means to the persons as listed below:

☒ a. ECF System: See attached ECF Confirmation Sheets.

☒ b. United States Mail, postage fully prepaid:

Richard E. Bergeron, III
PO Box 5212
Weirs Beach, NH 03247

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 2nd day of August, 2013.

Jasminn Hernandez, an employee of Gordon Silver

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

## File an answer to a motion:

08-01082-mkn XYIENCE INCORPORATED v. BERGERON

Type: ap Office: 2 (Las Vegas) Judge: mkn
Lead Case: 2-08-bk-10474

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from GREGORY E GARMAN entered on 7/31/2013 at 2:37 PM PDT and filed on 7/31/2013

**Case Name:** XYIENCE INCORPORATED v. BERGERON
**Case Number:** 08-01082-mkn
**Document Number:** 253

**Docket Text:**
Limited Response : *Fertitta Enterprises, Inc.'s Limited Response to Defendant/Counter-Claimant's Dispositive Motion for Summary Judgment* Filed by GREGORY E GARMAN on behalf of FERTITTA ENTERPRISES (Related document(s)[210] Motion for Summary Judgment filed by Defendant RICHARD BERGERON, Counter-Claimant RICH BERGERON.) (GARMAN, GREGORY)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**\\gslaw.com\root\USERS\bankscan\Bankruptcy E-File Upload Folder\UserPrompt\limited response.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=7/31/2013] [FileNumber=25057695-0 ] [335caca6b584b4dc3476879efe6fc7a018e8b2ca7d82c1a0ef621c22fa79a2aded1 95dad716d7d4cba646c43dbab073dd64963f3fc6b62d091b3d60f7593deb3]]

**08-01082-mkn Notice will be electronically mailed to:**

JONATHAN A. BACKMAN on behalf of Interested Party DAVID HERZOG
jabackman@backlawoffice.com, ebackman@backlawoffice.com

JAMIE S. COGBURN on behalf of Plaintiff XYIENCE INCORPORATED
jsc@cogburnlaw.com

GREGORY E GARMAN on behalf of Counter-Defendant FERTITTA ENTERPRISES
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

GREGORY E GARMAN on behalf of Interested Party ZYEN, LLC
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

PAMELA R. LAWSON on behalf of Attorney HUNTERTON & ASSOCIATES
pam.lawsonlawlv@gmail.com

JON T PEARSON on behalf of Plaintiff XYIENCE INCORPORATED
pearsonj@ballardspahr.com, LVDocket@ballardspahr.com

MATTHEW C. ZIRZOW on behalf of Counter-Defendant FERTITTA ENTERPRISES
bankruptcynotices@gordonsilver.com, susan@lzlawnv.com;anna@lzlawnv.com;carey@lzlawnv.com

**08-01082-mkn Notice will not be electronically mailed to:**

BANKRUPTCY APPELLATE PANEL
125 SOUTH GRAND AVENUE
PASADENA, CA 91105

RICH BERGERON on behalf of Counter-Claimant RICH BERGERON
147 OLD COUNTY ROAD
EAST SANDWICH, MA 02537

RICH BERGERON on behalf of Defendant RICHARD BERGERON
147 OLD COUNTY ROAD
EAST SANDWICH, MA 02537

RICHARD E BERGERON, III
PO BOX 5212
WEIRS BEACH, NH 03247

BARTHOLOMEW DONOVAN
UNKNOWN
LAS VEGAS, NV 89101

FENNEMORE CRAIG, P.C.
300 SO FOURTH ST., STE #1400
LAS VEGAS, NV 89101

MICHAEL LEVY
1335 E. SUNSET ROAD SUITE J-H
LAS VEGAS, NV 89119

KARIM MASKATIYA
7244 FISHER ISLAND DR
MIAMI BEACH, FL 33109

GARY NELSON
,

KIRK SANFORD
7199 RANCHITO CIRCLE
LAS VEGAS, NV 89120

OMER SATTAR
622 TAM O'SHANTER
LAS VEGAS, NV 89109

STATION CASINOS, INC.
1505 SOUTH PAVILION CENTER
LAS VEGAS, NV 89135

U.S. BANKRUPTCY COURT DISTRICT OF NV, LAS VEGAS
300 LAS VEGAS BLVD S.
LAS VEGAS, NV 89101

ZUFFA, LLC
2960 WEST SAHARA AVENUE
SUITE 100
LAS VEGAS, NV 89102