Honorable Lloyd King
United States Bankruptcy Judge

Entered on Docket
August 19, 2013

Jonathan A. Backman
Law Office of Jonathan A. Backman
117 N. Center Street
Bloomington, Illinois 61701-5001
(309) 820-7420
jbackman@backlawoffice.com

*Counsel for the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>XYIENCE. INCORPORATED,<br>a Nevada corporation,<br><br>Debtor. | Chapter 11<br><br>No. BK-S-08-10474-MKN |
| XYIENCE INCORPORATED, a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD BERGERON,<br><br>Defendant. | Adversary Case No. 08-1082-MKN<br><br>Honorable Lloyd King |
| RICHARD BERGERON,<br><br>Counter-plaintiff,<br><br>v.<br><br>XYIENCE INCORPORATED,<br>a Nevada corporation, et al.,<br><br>Counter-defendants. | Hearing: August 14, 2013<br>12:00 p.m. P.D.T.<br>(By Teleconference) |

**ORDER**

This cause coming to be heard on Defendant/Counterclaimant Rich Bergeron's Dispositive Motion for Summary Judgment (the "Motion"); Mr. Bergeron appearing pro se; Gregory Garman appearing for himself, his firm, Fertitta Enterprises, Inc., and all affiliated persons who are the subject of Mr. Bergeron's Rule 9011 motion (other than Mr. Matthew Zirzow, who has since left Mr. Garman's firm); and Jonathan Backman appearing for David Herzog, as Liquidating Trustee (the "Trustee") for the estate (the "Trust Estate") of Xyience, Incorporated (the "Debtor"), the former debtor and debtor in possession in the above-captioned Chapter 11 case ("Case"), with appearances noted on the record; the Court having considered the Motion, and the lack of opposition thereto;

IT IS HEREBY FOUND, ORDERED AND DECREED as follows:

1. By agreement between the Trustee and Mr. Bergeron, Mr. Bergeron is allowed a $175,000 pre-petition claim again the Debtor, and therefore against the Trust Estate, without the need to file a proof of claim in the Case.

2. By agreement of the Trustee and Mr. Bergeron, all of the Debtor's claims against Mr. Bergeron in this Adversary Proceeding are dismissed.

3. This Order resolves all remaining claims in this Adversary Proceeding other than the Rule 9011 motion that the Court has set for hearing on September 19, 2013, at 9:30 a.m. P.D.T. and as to which any claims against the Debtor, the Trustee or the Trustee's professionals are disallowed in accordance with the agreement of Mr. Bergeron and the Trustee and the prior Order of this Court.

4. Mr. Garman will notify Mr. Zirzow of the date and time of the hearing scheduled for September 19, 2013, at 9:30 a.m. P.D.T. Any party may appear at the hearing telephonically or in person, but no further pleadings or papers shall be filed in connection with the hearing.

IT IS SO ORDERED.

SUBMITTED BY:

/s/ Jonathan A. Backman
*Counsel for the Liquidating Trustee*

###

LR 9021 CERTIFICATION

In accordance with Local Rule 9021(c), as amended by Administrative Order No. 2010-01, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

__ The court has waived the requirement set forth in LR 9021(b)(i).

__ No party appeared at the hearing or filed an objection to the motion.

X I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Gregory Garman, approved

Richard Bergeron, approved

Dated: August 14, 2013

Respectfully submitted,

/s/ Jonathan A. Backman

Jonathan A. Backman
Law Office of Jonathan A. Backman
117 N. Center Street
Bloomington, Illinois 61701-5001
(309) 820-7420
FAX: (309) 820-7430
jbackman@backlawoffice.com

*Counsel for David Herzog, as Liquidating Trustee for the Estate of Xyience, Incorporated*