Honorable Lloyd King
United States Bankruptcy Judge

Entered on Docket
September 13, 2013

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

* * * * * * *

| | | |
|---|---|---|
| In re:<br><br>XYIENCE INCORPORATED,<br>a Nevada Corporation<br><br>Debtor. | ) | BK-S-08-10474-MKN<br>Chapter 11<br><br>ADV. #08-1082-MKN |
| XYIENCE INCORPORATED,<br>a Nevada Corporation,<br><br>Plaintiff,<br>v.<br><br>RICHARD BERGERON,<br>an individual<br><br>Defendant. | ) | DATE: September 19, 2013<br>TIME: 9:30 A.M. |
| RICHARD BERGERON, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>XYIENCE INCORPORATED,<br>a Nevada Corporation; FERTITTA ENTER., INC., a Nevada Corporation,<br><br>Counterdefendants | ) | |

**ORDER STRIKING "MEMORANDUM OF LAW AND OBJECTION TO LEGAL REPRESENTATION OF PARTIES IN ADVANCE OF SEPTEMBER 19TH SANCTIONS HEARING" (DKT. #257) SUBMITTED BY DEFENDANT AND COUNTERCLAIMAINT RICHARD BERGERON**

On January 22, 2009, Mr. Bergeron filed his “Amended Motion for Rule 11 and 9011 Sanctions” (Dkt. #136) against various parties and participants in this bankruptcy adversary proceeding. The hearing on that motion is set for September 19, 2013 at 9:30 a.m.

In connection with that upcoming hearing an order, approved by Mr. Bergeron, was entered on August 19, 2013 which states “no further pleadings or papers shall be filed in connection with the hearing.” (Dkt. #255, page 2, lines 25-26.)

Despite this order limiting additional filings, on September 11, 2013, the undersigned United States Bankruptcy Judge received in the mail, apparently from Defendant and Counterclaimant Richard Bergeron, a document entitled “Memorandum of Law and Objection to Legal Representation of Parties in Advance of September 19th Sanctions Hearing” (“Memorandum of Law”). This judge has caused the Memorandum of Law to be filed with the clerk of the court. It is Dkt. #257.

Mr. Bergeron’s filing of his Memorandum of Law is in direct violation of both the express terms and the spirit of the court’s August 19, 2013 order which limits any additional filings relative to the upcoming sanctions hearing.

**THEREFORE,** it is hereby ordered that Richard Bergeron’s Memorandum of Law, Dkt. #257, is stricken. The Memorandum of Law may be ignored by the other participants in the September 19, 2013 hearing on Mr. Bergeron’s Amended Motion for Rule 11 and 9011 Sanctions.

**IT IS SO ORDERED.**

**Notice by CM/ECF Electronic Notice to:**
CM/ECF Electronic Mail Notice List
Gregory Garman, Esq.
Matthew C. Zirzow, Esq.

**Notice by Mail to:**

Richard Bergeron
147 Old Country Road
East Sandwich, MA 02537

Richard Bergeron
P.O. Box 5212
Weirs Beach, NH 03247