United States Bankruptcy Court
District of Nevada

XYIENCE INCORPORATED,
Plaintiff

Adv. Proc. No. 08-01082-mkn

BERGERON,
Defendant

# CERTIFICATE OF NOTICE

District/off: 0978-2 User: lakaswm Page 1 of 1 Date Rcvd: Sep 30, 2013
Form ID: trscrpta Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2013.

aty +FENNEMORE CRAIG, P.C., 300 SO FOURTH ST., STE #1400, LAS VEGAS, NV 89101-6021
aty HUNTERTON & ASSOCIATES, 333 S. SIXT ST, LAS VEGAS, NV 89101
aty +RICH BERGERON, 147 OLD COUNTY ROAD, EAST SANDWICH, MA 02537-1465
intp +BANKRUPTCY APPELLATE PANEL, 125 SOUTH GRAND AVENUE, PASADENA, CA 91105-1643
intp BARTHOLOMEW DONOVAN, UNKNOWN, LAS VEGAS, NV 89101
intp +DAVID HERZOG, 77 W WASHINGTON ST., ST 1717, CHICAGO, IL 60602-3943
cd +FERTITTA ENTERPRISES, c/o GORDON & SILVER, LTD., 3960 HOWARD HUGHES PKWY, 9TH FLOOR, LAS VEGAS, NV 89169-5978
intp +KARIM MASKATIYA, 7244 FISHER ISLAND DR, MIAMI BEACH, FL 33109-0744
intp +KIRK SANFORD, 7199 RANCHITO CIRCLE, LAS VEGAS, NV 89120-3039
intp +MICHAEL LEVY, 1335 E. SUNSET ROAD SUITE J-H, LAS VEGAS, NV 89119-4928
intp OMER SATTAR, 622 TAM O'SHANTER, LAS VEGAS, NV 89109
cc +RICH BERGERON, 147 OLD COUNTRY ROAD, EAST SANDWICH, MA 02537-1465
dft RICHARD BERGERON, EAST SANDWICH, MA 02537
intp +RICHARD E BERGERON, III, PO BOX 5212, WEIRS BEACH, NH 03247-5212
intp +STATION CASINOS, INC., 1505 SOUTH PAVILION CENTER, LAS VEGAS, NV 89135-1403
intp +U.S. BANKRUPTCY COURT DISTRICT OF NV, LAS VEGAS, 300 LAS VEGAS BLVD S., LAS VEGAS, NV 89101-5833
pla +XYIENCE INCORPORATED, 4572 HACIENDA AVENUE, LAS VEGAS, NV 89118-1532
intp +ZUFFA, LLC, 2960 WEST SAHARA AVENUE, SUITE 100, LAS VEGAS, NV 89102-1709
intp ZYEN, LLC, C/O WILLIAM BULLARD, 135 E. SUNSET ROAD, SUITE J, LAS VEGAS, NV 89119

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp GARY NELSON
TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2013 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2013 at the address(es) listed below:

GREGORY E GARMAN on behalf of Interested Party ZYEN, LLC bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com
GREGORY E GARMAN on behalf of Counter-Defendant FERTITTA ENTERPRISES bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com
JAMIE S. COGBURN on behalf of Plaintiff XYIENCE INCORPORATED jsc@cogburnlaw.com
JON T PEARSON on behalf of Plaintiff XYIENCE INCORPORATED pearsonj@ballardspahr.com, LVDocket@ballardspahr.com
JONATHAN A. BACKMAN on behalf of Interested Party DAVID HERZOG jabackman@backlawoffice.com, ebackman@backlawoffice.com
MATTHEW C. ZIRZOW on behalf of Counter-Defendant FERTITTA ENTERPRISES mzirzow@lzlawnv.com, susan@lzlawnv.com;tiffany@lzlawnv.com;carey@lzlawnv.com;mary@lzlawnv.com
PAMELA R. LAWSON on behalf of Attorney HUNTERTON & ASSOCIATES pam.lawsonlawlv@gmail.com
TOTAL: 7

# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number 08−10474−mkn**
**Chapter 11**
**Adversary Proceeding Number 08−01082−mkn**

In re:
XYIENCE, INCORPORATED , Debtor(s)

XYIENCE INCORPORATED, Plaintiff(s)

vs

RICHARD BERGERON, Defendant(s)

## NOTICE OF FILING OFFICIAL TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

Please take notice that a transcript has been filed on 9/27/2013 for the proceeding held on 9/19/2013. The deadline for filing a *Request for Redaction* is 10/18/2013.

If a Request for Redaction is filed, the redacted transcript is due 10/28/2013. If no such request is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 12/26/2013 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber, or you may view the document at the clerk's office public terminal. The transcriber's contact information is available on the case docket, or by calling the CM/ECF Help Desk at 1−866−232−1266. You may review the court's transcript policy on its web site: www.nvb.uscourts.gov.

Dated: 9/30/13

BY THE COURT

Mary A Schott

Mary A. Schott
Clerk of the Bankruptcy Court