UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

Entered on Docket
October 15, 2013

* * * * * *

| | |
|---|---|
| In re: | Case No.: BK-S-08-10474-MKN |
| XYIENCE INCORPORATED, Debtor. | Chapter 11 |
| XYIENCE INCORPORATED, Plaintiff, v. RICHARD BERGERON, Defendant. | Adversary Case No. 08-1082-MKN<br>Date: September 19, 2013<br>Time: 9:30 a.m. |
| RICHARD BERGERON, Counter-plaintiff, v. XYIENCE INCORPORATED, et al., Counter-defendants. | |

**ORDER DENYING DEFENDANT AND COUNTERCLAIMANT RICHARD BERGERON'S AMENDED MOTION FOR RULE 11 AND 9011 SANCTIONS**

Pursuant to the Memorandum Opinion filed on this date,

IT IS HEREBY ORDERED that the Amended Motion for Rule 11 and 9011 Sanctions (ADkt. #136) filed by Defendant and Counterclaimant Richard Bergeron on January 21, 2009, is

DENIED.

Dated: OCT 1 5 2013.

Lloyd King
United States Bankruptcy Judge

Copies noticed through ECF to:
GREGORY E GARMAN bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

MATTHEW C. ZIRZOW mzirzow@lzlawnv.com

JAMIE S. COGBURN jsc@cogburnlaw.com

JON T PEARSON pearsonj@ballardspahr.com

U.S. TRUSTEE - LV - 11 USTPRegion17.lv.ecf@usdoj.gov

and sent via FIRST CLASS MAIL to:

RICH BERGERON
147 Old Country Road
East Sandwich, MA 02537

RICHARD BERGERON
P.O. Box 5212
Weirs Beach, NH 03247

and sent to BNC to:

All parties on BNC mailing list

###